BTXN 117a (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>McClain Feed Yard, Inc.<br><br>　　　　　　　　　　Debtor(s)<br><br>Rabo AgriFinance LLC<br>　　　　　　　　　　Plaintiff(s)<br>　　vs.<br>A.J. Jacques Living Trust ; Michael Acey ; Acey Livestock, LLC ; Arnold Braun Trust ; Stan E. Ayers Jr. ,; Bar D Ranch Land & Cattle LLC ,; Don Ralph Barrett ,; Barrett's Livestock Inc. ,; Sonny Barthold ,; Bella Elegance LLC ,; Big Seven Capital Partners, LLC ,; Bryan Blackman ,; Dora Blackman ,; Arnold Braun ,; Robert Braun ,; JoAnn & Keith Brooks ,; Brooks Farms ,; Joel Brookshire ,; Eddie Bryant ,; Brent Burnett ,; Joe Burnett ,; Terry Burnett ,; Dennis Buss ,; Edwin D. Buss ,; Buss Family Trust ,; C Heart Ranch, LLC ,; Richard Carraway ,; Carraway Cattle, LLC ,; Curtis Jones Farms ,; DAC83 LLC ,; Eric DeJarnatt ,; N. Terry Dicks ,; Don Jones Farm, Inc. ,; Don Jones Trucking, Inc. ,; Edward Lewis Dufurrena ,; Rieta May Dufurrena ,; Dufurrena Cutting Horses ,; Robert Ellis ,; Michael Evans ,; Douglas Finley ,; Tom Frith ,; Justin Garwood ,; Garwood Cattle Co. ,; Gene Brookshire Family, LP ,; Jim Giordano ,; Mike Gourley ,; Robert Gray ,; Ronnie Gray ,; Gray Brothers Cattle ,; Jimmy Greer ,; Bradley Gungoll ,; Leah Gungoll ,; Gungoll Cattle, LLC ,; Keith Harris ,; Jace Harrold ,; Hines Cattle Company, LLC ,; Hines Farms, LLC ,; Cory Jesko ,; Dwight Jesko ,; David Johnson ,; Dustin Johnson ,; Kinsey Jones ,; Jordan Lesh, LLC ,; Larry Keith ,; Kingdom Trust ,; LFC Cattle ,; Janice Lawhon ,; Colette Lesh ,; Gary Lesh ,; Jan Lesh ,; Jared Lesh ,; Lesh Family Trust ,; Charles Lockwood ,; Cole Lockwood ,; Nikki Lockwood ,; Sherle Lockwood ,; Colton Long ,; MAP Enterprises ,; Natalie Martus ,; James McCuan ,; Morrison Cafe, LLC ,; Jean Nix ,; Open A Arena LLC ,; Barry Phillips ,; Drew Phillips ,; Priest Cattle Company, Ltd. ,; Priest Victory Investment LLC ,; Christopher Prince ,; Producers Livestock Commission ,; David Rainey ,; Rapp Ranch ,; Mark J. Reisz ,; Ralph Reisz ,; Ridgefield Capital Asset Management ,; Kent Ries ,; Riley Livestock, Inc. ,; Jim Rininger ,; Angie Robinson ,; Rick Rodgers ,; Wiley Roby Russell Jr. ,; Steve Ryan ,; Scarlet & Black Cattle, LLC ,; Scott Livestock Company ,; Shaw & Shaw Farms Partnership LLC ,; Robert J. Spring ,; Jeff Starnes ,; Starnes Cattle ,; Steve T Scott Farms, Inc. ,; Eddie Stewart ,; Rachel Stewart ,; Robert Stewart ,; Scott E. Stewart ,; Justin Stuever ,; Phillip Sullivan ,; Amy Sutton ,; Craig Sutton ,; TGF Ranch LLC ,; The University of Florida ,; Thorlakson Diamond T Feeders, LP ,; John Tidwell ,; Mykel Tidwell ,; John Tindal ,; Tindal Truck Sales ,; Colby VanBuskirk ,; Janet VanBuskirk ,; Lyndal VanBuskirk ,; Susan VanBuskirk ,; WJ Performance Horses, Inc. ,; Cameron Weddington ,; Nancy Weddington ,; William Weddington ,; Job White ,; Wildforest Cattle Company LLC ,<br>　　　　　　　　　　Defendant(s) | Case No.: 23–20084–rlj7<br>Chapter No.: 7<br><br>Adversary No.: 23–02005–rlj |

# SUMMONS IN AN ADVERSARY PROCEEDING

To the above−named defendant:

You are hereby summoned and required to serve upon **Michael R. Johnson**, Plaintiff's attorney (or if Plaintiff is not represented by counsel, upon Plaintiff), whose address is **Ray Quinney & Nebeker P.C.**
**36 South State Street, Suite 1400**
**Salt Lake City, UT 84111** , either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Fed. R. Bankr. P. 7012, that governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon Plaintiff's attorney (or upon Plaintiff if Plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk (or by the following date prescribed by the court: N/A) except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

*{If this summons and complaint is served in a foreign country}* Service of your answer must be made by the following date prescribed by the court N/A.

The motion or answer served by you must be filed with this court before service or within a reasonable time after service. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATED:  12/1/23                FOR THE COURT:
                               Robert P. Colwell, Clerk of Court

                               by: /s/C. Graham, Deputy Clerk



In Re: Rabo AgriFinance LLC v. Acey Livestock, LLC et al  
Case No. 23–20084–rlj7 –7  
Adv. No. 23–02005–rlj

# SUMMONS SERVICE EXECUTED

I, Carrie Hurst of**Ray Quinney & Nebeker P.C. certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 4th day of December, 2023, I caused to be served a copy of the within summons, together with the Amended complaint and *Order Regarding Adversary Proceeding Trial Setting and Alternative Scheduling Order* filed in this proceeding, on **Justin Garwood**

a defendant in this proceeding, by *Certified Mail, return receipt requested* at:

**2538 Middleton Rd.**  
**Columbiana, OH  44408**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 12/4/2023　　　　　/s/ Carrie Hurst  
*(Date)*　　　　　　　　　　　　*(Signature)*

**36 South State Street, Suite 1400, Salt Lake City, UT  84111

*State mailing address*



