BTXN 105a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: RABO AGRIFINANCE, LLC

Plaintiff(s)

v. ACEY LIVESTOCK, LLC, et al.

Defendant(s)

Case No.: 23-2004-rlj

Adversary No.: 23-02005-rlj

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __MATTINGLY III__   __JOSEPH__   __H.__
   Last          First          MI

2. Firm Name: __JOSEPH H. MATTINGLY III, PLLC__

3. Address: __P.O. BO 678 - 104 WEST MAIN STREET__
   __LEBANON, KENTUCKY  40033__

4. Phone: __270-692-1718__   FAX: __270-692-1249__

   Email: __joe@mattinglylawoffices.com__

5. Name used to sign *all* pleadings: __JOSEPH H. MATTINGLY III__

6. Retained by: __SEE ATTACHED__

7. Admitted on __10/10/1986__ and presently a member in good standing of the bar of the highest court of the state of __KENTUCKY__ and issued the bar license number of __81648__.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | SEE ATTACHED LIST | |
   | | |
   | | |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes  ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | Date of Application | Case No. and Style |
    |---|---|
    |  | NONE |
    |  |  |
    |  |  |

13. Local counsel of record: VAN W. NORTHERN

14. Local counsel's address: 3545 S. GEORGIA STREET
    AMARILLO, TX 79109

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒   I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐   I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

JOSEPH H. MATTINGLY III                                          DECEMBER 21, 2023
Printed Name of Applicant                                         Date

_____
Signature of Applicant

**SCHEDULE A**

RETAINED BY

Acey Livestock, LLC

Michael Acey

Barrett's Livestock, Inc.

Don Ralph Barrett

LIST OF ADMITTED COURTS

| Court | Year |
|---|---|
| Kentucky | 1986 |
| United States District Court, Western District of Kentucky | 1986 |
| United States Bankruptcy Court, Western District of Kentucky | 1986 |
| United States District Court, Eastern District of Kentucky | 1986 |
| United States Bankruptcy Court, Eastern District of Kentucky | 1986 |
| United States Court of Claims | 1986 |
| United States Tax Court | 1986 |
| United States Court of Appeals for the Sixth Circuit | 1989 |
| United States Supreme Court | 1997 |
| United States District Court, Southern District of Mississippi | 2000 |
| United States District Court, Southern District of Indiana | 2003 |



M. Katherine Bing
Clerk

**OFFICE OF THE CLERK**
**SUPREME COURT OF KENTUCKY**
ROOM 209, STATE CAPITOL
700 CAPITAL AVE.
FRANKFORT, KENTUCKY 40601-3488

Telephone:
(502) 564-4720
FAX:
(502) 564-5491

# CERTIFICATION

I, M. Katherine Bing, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____ Joseph Hubert Mattingly III _____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on _____ October 10, 1986 _____, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____ Joseph Hubert Mattingly III _____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at the Capitol at Frankfort, Kentucky this _____ 27th _____ day of December, 2023.

M. KATHERINE BING
CLERK

By: _Karen Cole_
Deputy Clerk

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
W. Fletcher McMurry Schrock
President

Rhonda Jennings Blackburn
President-Elect

Todd V. McMurtry
Vice President

Amy D. Cubbage
Immediate Past President

Elizabeth A. Combs
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
Stephanie McGehee-Shacklette
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



*THIS IS TO CERTIFY THAT*

*JOSEPH HUBERT MATTINGLY III*
*Joseph H. Mattingly III, PLLC*
*Post Office Box 678*
*Lebanon, Kentucky 40033*

*Membership No. 81648*

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against him. Dated this 22nd day of December, 2023.*

**JOHN MEYERS**
**REGISTRAR**

By: _____
Michele M. Pogrotsky, Deputy Registrar