

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 29, 2023

**United States Bankruptcy Judge**

___

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
McClain Feed Yard, Inc. §
 § Case No.:   23–20084–rlj7
Debtor(s) § Chapter No.:   7
 §
Rabo AgriFinance LLC §
Plaintiff(s) § Adversary No.:   23–02005–rlj
   vs. §
Acey Livestock, LLC  et al. §
Defendant(s) §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Joseph H. Mattingly III**, to represent Acey Livestock, LLC, Michael Acey, Barrett's Livestock, Inc. and Don Ralph Barrett, related to document 91, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #