

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 29, 2023

_____
**United States Bankruptcy Judge**
_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>McClain Feed Yard, Inc. | §<br>§<br>§ | |
| Debtor(s) | § | Case No.: 23−20084−rlj7<br>Chapter No.: 7 |
| Rabo AgriFinance LLC | § | |
| Plaintiff(s) | § | Adversary No.: 23−02005−rlj |
| vs.<br>Acey Livestock, LLC  et al. | §<br>§ | |
| Defendant(s) | § | |

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Joseph H. Mattingly III**, to represent Acey Livestock, LLC, Michael Acey, Barrett's Livestock, Inc. and Don Ralph Barrett, related to document 91, **ORDERS** this application be:

☑ *Granted* − The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* − The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

Rabo AgriFinance LLC,
    Plaintiff

Acey Livestock, LLC,
    Defendant

Adv. Proc. No. 23-02005-rlj

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 29, 2023 | Form ID: pdf001 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Dec 29 2023 21:20:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Dec 29 2023 21:20:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph H Mattingly | on behalf of Defendant Barrett's Livestock Inc. joe@mattinglylawoffices.com |
| Joseph H Mattingly | on behalf of Defendant Acey Livestock  LLC joe@mattinglylawoffices.com |
| Joseph H Mattingly | on behalf of Defendant Michael Acey joe@mattinglylawoffices.com |

District/off: 0539-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 29, 2023 | Form ID: pdf001 | Total Noticed: 2

Joseph H Mattingly
    on behalf of Defendant Don Ralph Barrett joe@mattinglylawoffices.com

Michael R. Johnson
    on behalf of Plaintiff Rabo AgriFinance LLC mjohnson@rqn.com asanchez@rqn.com;docket@rqn.com

TOTAL: 5