Dwight Jesko
3970 FM 1057
Hereford, TX 79045
Telephone: (806) 344-2568
jeskopatty@gmail.com
*PRO SE*

-and-

Cory Jesko
3970 FM 1057
Hereford, TX 79045
Telephone: (806) 344-6113
cory.jesko@gmail.com
*PRO SE*

**FILED**

**JAN 04 2024**

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>Debtors.[1] | Chapter 7<br><br>CASE NO. 23-20084-rlj<br><br>Jointly Administered |
| RABO AGRIFINANCE LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACEY LIVESTOCK, LLC, et al. | **ADV. PROC. NO. 23-02005-rlj**<br><br>**Honorable Robert L. Jones** |

---

[1] The debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7MCattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

**ORIGINAL *PRO SE* ANSWER OF DEFENDANTS**
**CORY JESKO AND DWIGHT JESKO**

**TO THE HONORABLE ROBERT L. JONES**

COME NOW Defendants Cory Jesko and Dwight Jesko, and in answer to Plaintiff Rabo Agrifinance LLC's First Amended Complaint for Declaratory Relief, would answer as follows:

Paragraphs 1 through 6: Admitted.

Paragraphs 7 through 58: Defendants have insufficient information to either admit or deny these allegations.

Paragraph 59: Admitted.

Paragraph 60: Admitted.

Paragraphs 61 through 138. Defendants have insufficient information to either admit or deny these allegations.

Paragraph 139: Admitted.

Paragraph 140: Acknowledged, but no answer or response is required.

Paragraphs 141 through 173: Defendants have insufficient information to either admit or deny the allegations of these Paragraphs, except: Cory Jesko filed his P&S Dealer Trust Claim on May 15, 2023. Dwight Jesko filed his P&S Dealer Trust Claim on May 17, 2023.

Paragraph 174: Acknowledged, but no answer or response is required.

Paragraphs 175 through 184: Defendants have insufficient information, and insufficient understanding, to either admit or deny the allegations of these Paragraphs.

Paragraph 185: Acknowledged, but no answer or response is required.

Paragraphs 186 through 202: Defendants have insufficient information, and insufficient understanding, to either admit or deny the allegations of these Paragraphs.

Paragraph 203: Acknowledged, but no answer or response is required.

Paragraphs 204 through 212: Defendants have insufficient information, and insufficient understanding, to either admit or deny the allegations of these Paragraphs.

Defendants deny that Plaintiff is entitled to the relief sought in its First Amended Complaint.

DATED this **29** day of **December**, 202**3**.

Respectfully submitted,

*PRO SE*
Dwight Jesko
3970 FM 1057
Hereford, TX 79045
jeskopatty@gmail.com
Telephone: (806) 344-2568

By: *Dwight Jesko*
Dwight Jesko

-and-

*PRO SE*
Cory Jesko
3970 FM 1057
Hereford, TX 79045
cory.jesko@gmail.com
Telephone: (806) 344-6113

By: *Cory Jesko*
Cory Jesko

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Original Pro Se Answer of Defendants Cory Jesko and Dwight Jesko* was served by the court enabled electronic service upon the following listed parties on this **29** day of **December** 202**3** :

| | |
|---|---|
| Underwood Law Firm, P.C.<br>Thomas C. Riney<br>W. Heath Hendricks<br>500 South Taylor, Suite 1200, LB 233<br>Amarillo, Texas 79101 | Email: tom.riney@uwlaw.com<br>Email: heath.hendricks@uwlaw.com |
| Michael R. Johnson (*Pro Hac Vice*)<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, Suite 1400<br>Salta Lake City, Utah 84111 | Email: mjohnson@rqn.com |

*/s/ Dwight Jesko*
Dwight Jesko

*/s/ Cory Jesko*
Cory Jesko