## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| McCLAIN FEED YARD, INC., | ) | CASE NO. 23-20084-RLJ-7 |
| McCLAIN FARMS, INC., AND | ) | |
| 7M CATTLE FEEDERS, INC., | ) | Jointly Administered |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |

---

| | | |
|---|---|---|
| **RABO AGRIFINANCE LLC,** | ) | ADV. PROC. NO. 23-02005-rlj |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | HONORABLE ROBERT L. |
| | ) | JONES |
| *Defendants.*[2] | ) | |

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

[2] ACEY LIVESTOCK, LLC; MICHAEL ACEY; STAN E. AYERS, JR.; ARNOLD BRAUN TRUST; ARNOLD BRAUN; ROBERT BRAUN; BAR D RANCH LAND & CATTLE LLC; N. TERRY DICKS; BARRETT'S LIVESTOCK INC.; DON RALPH BARRETT; BELLA ELEGANCE LLC; BIG SEVEN CAPITAL PARTNERS, LLC; DORA BLACKMAN; BRYAN BLACKMAN; EDDIE BRYANT; BRENT BURNETT; JOE BURNETT; TERRY BURNETT; BUSS FAMILY TRUST; EDWIN D. BUSS; DENNIS BUSS; C HEART RANCH, LLC; COLETTE LESH; CARRAWAY CATTLE, LLC; RICHARD CARRAWAY; CURTIS JONES FARMS; DAC83 LLC; ERIC DeJARNATT; DON JONES FARM, INC.; DON JONES TRUCKING, INC.; DUFURRENA CUTTING HORSES; EDWARD LEWIS DUFURRENA; RIETA MAY DUFURRENA; ROBERT ELLIS; MICHAEL EVANS; DOUG FINLEY; GARWOOD CATTLE CO.; JUSTIN GARWOOD; GENE BROOKSHIRE FAMILY, LP; JOEL BROOKSHIRE; GRAY BROTHERS CATTLE; ROBERT GRAY; RONNIE GRAY; JIMMY GREER; GUNGOLL CATTLE, LLC; BRADLEY GUNGOLL; LEAH GUNGOLL; JACE HARROLD; HINES CATTLE COMPANY, LLC; HINES FARMS, LLC; A.J. JACQUES LIIVING TRUST; CORY JESKO; DWIGHT JESKO, JOANN & KEITH BROOKS d/b/a BROOKS FARMS; LARRY KEITH; DUSTIN JOHNSON; DAVID JOHNSON; KINSEY JONES; KINGDOM TRUST; JAMES MCCUAN; KEITH HARRIS; JANICE LAWHON; JAN LESH; MORRISON CAFÉ, LLC; LESH FAMILY TRUST; GARY LESH; JARED LESH; JORDAN LESH, LLC; LFC CATTLE; CHARLES LOCKWOOD; COLE LOCKWOOD; SHERLE LOCKWOOD; NIKKI LOCKWOOD; MAP ENTERPRISES; MIKE GOURLEY;NATALIE MARTUS; JEAN NIX; OPEN A ARENA LLC; BARRY PHILLIPS; DREW PHILLIPS; PRIEST CATTLE COMPANY LTD; PRIEST VICTORY INVESTMENT LLC; CHRISTOPHER PRINCE; PRODUCERS LIVESTOCK COMMISSION; SONNY BARTHOLD; DAVID RAINEY; RAPP RANCH; MARK J. REISZ; RALPH REISZ; RIDGEFIELD CAPITAL ASSET MANAGEMENT; JIM GIORDANO; RILEY LIVESTOCK, INC.; ANGIE ROBINSON; RICK RODGERS; STEVE RYAN; JIM RININGER; SCARLET & BLACK CATTLE, LLC; COLTON LONG; SCOTT LIVESTOCK COMPANY; SHAW & SHAW FARMS PARTNERSHIP LLC; THE UNIVERSITY OF FLORIDA; ROBERT J. SPRING; STARNES CATTLE; JEFF STARNES; EDDIE STEWART; ROBERT STEWART; RACHEL STEWART; SCOTT E. STEWART; STEVE T SCOTT FARMS, INC.; JUSTIN STUEVER; PHILLIP SULLIVAN; AMY SUTTON; CRAIG SUTTON; TGF RANCH LLC; TOM FRITH; THORLAKSON DIAMOND T FEEDERS, L.P.; JOHN TIDWELL; MYKEL TIDWELL; TINDAL TRUCK SALES; JOHN TINDAL; JANET VANBUSKIRK; LYNDAL VANBUSKIRK; SUSAN VAN BUSKIRK; COLBY VANBUSKIRK; CAMERON WEDDINGTON; NANCY

## NOTICE OF STIPULATION OF DISMISSAL WITH PREJUDICE OF MAP ENTERPRISES, INC. AND MIKE GOURLEY

Pursuant to Fed. R. Civ. Pr. 41(a)(1)(A)(i), Plaintiff RABO AGRIFINANCE LLC hereby provides notice of its Stipulation of Dismissal with Prejudice of Defendants MAP Enterprises, Inc. and Mike Gourley. This Dismissal is submitted because on or about January 12, 2024, Defendant MAP Enterprises, Inc. rescinded its claim made under the Dealer Trust Notification dated April 25, 2023 (See Notice attached as **Exhibit 1**) and has agreed not to submit an appeal of the previous dismissal of its claim.

Respectfully submitted this 19th day of January 2024.

        UNDERWOOD LAW FIRM, P.C.
        Thomas C. Riney, SBN: 16935100
        W. Heath Hendricks, SBN: 240556451
        500 South Taylor, Suite 1200, LB 233
        Amarillo, Texas 79101
        Telephone: (806) 376-5613
        Facsimile: (806) 379-0316
        Email: tom.riney@uwlaw.com
        Email: heath.hendricks@uwlaw.com
        --and--
        RAY QUINNEY & NEBEKER P.C.
        Michael R. Johnson *(Pro Hac Vice)*
        36 South State, Suite 1400
        Salt Lake City, UT 84111
        Telephone: (801) 532-1500
        Facsimile: (801) 532-7543
        Email: mjohnson@rqn.com

        */s/ Michael R. Johnson*
        Michael R. Johnson
        *Attorneys for Rabo AgriFinance LLC*

---

WEDDINGTON; WILLIAM WEDDINGTON; WILDFOREST CATTLE COMPANY LLC; WILEY ROBY RUSSELL, JR. as TRUSTEE OF THE W. ROBBIE RUSSELL LIVING TRUST; WJ PERFORMANCE HORSES, INC.; JOB WHITE; and KENT RIES, in his capacity as CHAPTER 7 TRUSTEE OF THE DEBTORS' CONSOLIDATED BANKRUPTCY ESTATE.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2024, the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in this case.

*/s/ Michael R. Johnson*
Michael R. Johnson

# EXHIBIT 1

Map Enterprises, Inc
P.O. Box 1045
Mayfield, KY 42066

January 12, 2024

Thomas Jones
United States Department of Agriculture
210 Walnut Street, Rm 317
Des Moines, IA 50309
*Thomas.J.Jones@usda.gov*

Re:    Withdrawal of Dealer Trust Claim on Behalf of Map Enterprises

Mr. Jones:

Please allow this correspondence to serve as my written request to withdraw and/or rescind the claim made under the Dealer Trust Notification dated 4/25/23 on behalf of MAP Enterprises, Inc. A copy of the claim is attached hereto as Exhibit A. It is my understanding that the claim has been denied. Even if the timeline for appeal is still open, I do not wish to appeal the determination and would like to rescind the claim in its entirety.

Thank you for your attention to this matter.

Sincerely,

*[signature: Mike Gourley]*

Mike Gourley

# Dealer Trust Notification
## Section 318 (7 U.S.C 181-229)

Date: 4/25/2023

McClain Farms, Inc.
824 Mullins Ln
Benton, KY 42025-4702

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by McClain Farms, Inc. on the dates and in the amounts as follows:

Insert the sale transaction(s) detail here (e.g., head count, livestock description, sale date, delivery date, total sales price, balance due, etc.). Also, state pricing details if they are unique and need further explanation.  ***Attach all available supporting documents***

**RECEIVED
April 25, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

As a cash seller of livestock, I request that you hold in trust for me the items required to be held in trust under the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division Midwestern Regional Office at:

Packers and Stockyards Division
Midwestern Regional Office
210 Walnut St, Room 317
Des Moines, IA 50309

Sincerely,

(SIGNATURE): Mike Gourley
Claimant's Printed Name/Title: Mike Gourley Owner
Company Name (if Applicable): MAP Enterprises
Address: P.O. BOX 1045
City, State, Zip: Mayfield KY 42066
Telephone Number(s): 270-705-6475
Email: mike.gourley@barnmanagementgroup.com

cc: Packers and Stockyards Division, Fair Trade Practices Program

Note: Make sure to provide a signed copy of this notification to both the Dealer and the Packers and Stockyards Division, Midwestern Regional Office.