BTXN 117a (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
McClain Feed Yard, Inc. §
§ Case No.: 23–20084–rlj7
Debtor(s) § Chapter No.: 7
§
Rabo AgriFinance LLC §
Plaintiff(s) § Adversary No.: 23–02005–rlj
§
vs. §
A.J. Jacques Living Trust ; Michael Acey ; Acey §
Livestock, LLC ; Arnold Braun Trust ; Stan E. Ayers Jr. §
.; Bar D Ranch Land & Cattle LLC ,; Don Ralph Barrett §
,; Barrett's Livestock Inc. ,; Sonny Barthold ,; Bella §
Elegance LLC ,; Big Seven Capital Partners, LLC ,; §
Bryan Blackman ,; Dora Blackman ,; Arnold Braun ,; §
Robert Braun ,; JoAnn & Keith Brooks ,; Brooks Farms
,; Joel Brookshire ,; Eddie Bryant ,; Brent Burnett ,; Joe
Burnett ,; Terry Burnett ,; Dennis Buss ,; Edwin D. Buss
,; Buss Family Trust ,; C Heart Ranch, LLC ,; Richard
Carraway ,; Carraway Cattle, LLC ,; Curtis Jones Farms
,; DAC83 LLC ,; Eric DeJarnatt ,; N. Terry Dicks ,; Don
Jones Farm, Inc. ,; Don Jones Trucking, Inc. ,; Edward
Lewis Dufurrena ,; Rieta May Dufurrena ,; Dufurrena
Cutting Horses ,; Robert Ellis ,; Michael Evans ,;
Douglas Finley ,; Tom Frith ,; Justin Garwood ,;
Garwood Cattle Co. ,; Gene Brookshire Family, LP ,;
Jim Giordano ,; Mike Gourley ,; Robert Gray ,; Ronnie
Gray ,; Gray Brothers Cattle ,; Jimmy Greer ,; Bradley
Gungoll ,; Leah Gungoll ,; Gungoll Cattle, LLC ,; Keith
Harris ,; Jace Harrold ,; Hines Cattle Company, LLC ,;
Hines Farms, LLC ,; Cory Jesko ,; Dwight Jesko ,;
David Johnson ,; Dustin Johnson ,; Kinsey Jones ,;
Jordan Lesh, LLC ,; Larry Keith ,; Kingdom Trust ,;
LFC Cattle ,; Janice Lawhon ,; Colette Lesh ,; Gary
Lesh ,; Jan Lesh ,; Jared Lesh ,; Lesh Family Trust ,;
Charles Lockwood ,; Cole Lockwood ,; Nikki
Lockwood ,; Sherle Lockwood ,; Colton Long ,; MAP
Enterprises ,; Natalie Martus ,; James McCuan ,;
Morrison Cafe, LLC ,; Jean Nix ,; Open A Arena LLC ,;
Barry Phillips ,; Drew Phillips ,; Priest Cattle Company,
Ltd. ,; Priest Victory Investment LLC ,; Christopher
Prince ,; Producers Livestock Commission ,; David
Rainey ,; Rapp Ranch ,; Mark J. Reisz ,; Ralph Reisz ,;
Ridgefield Capital Asset Management ,; Kent Ries ,;
Riley Livestock, Inc. ,; Jim Rininger ,; Angie Robinson
,; Rick Rodgers ,; Wiley Roby Russell Jr. ,; Steve Ryan
,; Scarlet & Black Cattle, LLC ,; Scott Livestock
Company ,; Shaw & Shaw Farms Partnership LLC ,;
Robert J. Spring ,; Jeff Starnes ,; Starnes Cattle ,; Steve
T Scott Farms, Inc. ,; Eddie Stewart ,; Rachel Stewart ,;
Robert Stewart ,; Scott E. Stewart ,; Justin Stuever ,;
Phillip Sullivan ,; Amy Sutton ,; Craig Sutton ,; TGF
Ranch LLC ,; The University of Florida ,; Thorlakson
Diamond T Feeders, LP ,; John Tidwell ,; Mykel
Tidwell ,; John Tindal ,; Tindal Truck Sales ,; Colby
VanBuskirk ,; Janet VanBuskirk ,; Lyndal VanBuskirk
,; Susan VanBuskirk ,; WJ Performance Horses, Inc. ,;
Cameron Weddington ,; Nancy Weddington ,; William
Weddington ,; Job White ,; Wildforest Cattle Company
LLC ,

Defendant(s)

# SUMMONS IN AN ADVERSARY PROCEEDING

To the above−named defendant: **ERIC DEJARNATT**

You are hereby summoned and required to serve upon **Michael R. Johnson**, Plaintiff's attorney (or if Plaintiff is not represented by counsel, upon Plaintiff), whose address is **Ray Quinney & Nebeker P.C.**
**36 South State Street, Suite 1400**
**Salt Lake City, UT 84111** , either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Fed. R. Bankr. P. 7012, that governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon Plaintiff's attorney (or upon Plaintiff if Plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk (or by the following date prescribed by the court: N/A) except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

*{If this summons and complaint is served in a foreign country}* Service of your answer must be made by the following date prescribed by the court N/A.

The motion or answer served by you must be filed with this court before service or within a reasonable time after service. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATED: 12/1/23  FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/C. Graham, Deputy Clerk



In Re: Rabo AgriFinance LLC v. Acey Livestock, LLC et al
Case No. 23-20084-rlj7 -7
Adv. No. 23-02005-rlj

# SUMMONS SERVICE EXECUTED

I,  Nicholas Wyatt

of**  Kentucky Process Service, Inc.

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the  20th  day of  January  , 2024  I served a copy of the within summons, together with the complaint filed in this proceeding, on

the defendant in this proceeding, by {describe here the mode of service} Residential Posting

1/20/2024  11:15 am  Attempted service at 1115 County Road 1024, Cunningham, KY 42035. Son answered the door, dad "Eric" was in the shower. Said I would wait outside, son came back out 2 minutes or so later and said dad had an attorney who advised not to accept paperwork. Asked son attorneys name and he went back in. Son returned 10 minutes later and said dad was refusing to accept the paperwork and that I could deliver to any attorney I wanted to. During this time I could see an older gentleman walking around and ultimately sitting down inside the house and the son trying to talk to him. I advised the son I was going to leave the paperwork under a package that had just been delivered and consider it a drop serve.

the said defendant at  1115 County Road 1024 Cunningham, KY 42035

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  1/26/24                    /s/ Nicholas L Wyatt
             (Date)                          (Signature)

**  Business Address 128 S Locust St Versailles, KY 40383
    *State mailing address*

Doc ID: 1a112c1dd1058404db2f23e9d0778b091fa6eb5f

## AFFIDAVIT OF SERVICE

**State of Texas**      **County of Northern**     **District Court**

Case Number: 23-20084-RLJ7

Plaintiff: **Rabo Agrifinance LLC**
vs.
Debtor: **McClain Feed Yard Inc, McClain Farms Inc, and 7M Cattle Feeders Inc**

For:
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

Received by Kentucky Process Service Inc. on the 16th day of January, 2024 at 3:32 pm to be served on **Eric Dejarnatt, 1115 County Road 1024, Cunningham, KY 42035**.

I, Nicholas Wyatt, being duly sworn, depose and say that on the **20th day of January, 2024** at **11:15 am**, I:

**POSTED** by attaching a true copy of the **Cover Letter, Summons, Complaint and Court Order**, to a conspicuous place on the property of the within named person's **RESIDENCE** at the address of: **1115 County Road 1024, Cunningham, KY 42035**.

Additional Information pertaining to this Service:
1/20/2024  11:15 am  Attempted service at 1115 County Road 1024, Cunningham, KY 42035. Son answered the door, dad "Eric" was in the shower. Said I would wait outside, son came back out 2 minutes or so later and said dad had an attorney who advised not to accept paperwork. Asked son attorneys name and he went back in. Son returned 10 minutes later and said dad was refusing to accept the paperwork and that I could deliver to any attorney I wanted to. During this time I could see an older gentleman walking around and ultimately sitting down inside the house and the son trying to talk to him. I advised the son I was going to leave the paperwork under a package that had just been delivered and consider it a drop serve.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 26th day of ____January____, 2024____ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Leslie Grace Pennington
Notary Public, ID KYNP56361
State at Large, Kentucky
My Commission Expires on Aug. 20, 2026

Nicholas Wyatt
Process Server
1/26/24
Date

Kentucky Process Service Inc.
128 S. Locust Street
Versailles, KY 40383
(859) 489-0726

Our Job Serial Number: KPM-2024000427

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w

Doc ID: 1a112c1dd1058404db2f23e9d0778b091fa6eb5f

**RAY QUINNEY & NEBEKER**

ATTORNEYS AT LAW
D. Jay Curtis
James S. Jardine
Larry G. Moore
Jeffrey W. Shields
Bruce L. Olson
Jeffrey W. Appel
David J. Castleton
Ellen J. D. Toscano
Kevin G. Glade
Lester K. Essig
Stephen C. Tingey
John R. Madsen
Scott A. Hagen
Rick L. Rose
Brent D. Wride
Steven W. Call
Sally B. McMinimee
Steven G. Jones
Mark A. Cotter
Greggory J. Savage
Kelly J. Applegate
Justin T. Toth
Liesel B. Stevens
Robert O. Rice
Arthur B. Berger
Rick Thaler
John W. Mackay
McKay M. Pearson
Matthew N. Evans
Gary L. Longmore
John P. Wunderli
Michael R. Johnson
Samuel C. Straight
Paul C. Burke
Elaina M. Maragakis
D. Zachary Wiseman
Michael D. Mayfield
Bryan K. Bassett
Kamie F. Brown
Gregg D. Stephenson
Kristine M. Larsen
Gregory S. Roberts
Christopher N. Nelson
Angela E. Atkin
Samuel A. Lambert
David H. Leigh
Gavin M. Reese
Richard H. Madsen, II
S. Brandon Owen
Charles H. Livsey
David B. Dibble
Carol A. Funk
Maria E. Windham
Blake R. Bauman
Michael K. Erickson
R. Troy Mollerup
Paul N. Taylor
Z. Ryan Pahnke
Matthew M. Cannon
Tiffany Brooks Healy
James A. Sorenson
Allison G. Behjani
Skye Lazaro
Adam K. Richards
Beth J. Ranschau
Jeffrey S. Rasmussen
James Bullough
Christopher K. Hallstrom
Kennedy D. Nate
Katherine E. Priest
Jascha K. Clark
John O. Carpenter
Whitney Hulet Krogue
Blake M. Biddulph
Nathan L. Jepson
Raj Dhaliwal
J. Ramzi Hamady
Thomas L. Lingard
Aaron C. Hinton
Jason M. Tholen
Andrew Applegate
Austin C. Nate
Michael A. Stevens
Jessica A. Ramirez
Austin P. Atkinson
Emily B. Nuvan
Jacob G. Roberts
Martha A. Wingate
Lydia A. Rytting
Taylor B. Wofford
Eliza H. Burnett
Stephanie Hanawalt

OF COUNSEL
Herbert C. Livsey
Jonathan A. Dibble
John A. Adams
Douglas M. Monson
Jordan Christianson
Elaine A. Monson
Katie A. Eccles
Anjali J. Patel

January 16, 2024

<u>VIA Process Server</u>

Eric Dejarnatt
1115 County Road 1024
Cunningham, KY 42035

Re:   Bankruptcy cases of McClain Feed Yard, Inc.,
      McClain Farms, Inc., and 7M Cattle Feeders, Inc.
      Adversary Proceeding #23-02005 – Rabo vs. Dejarnatt et. al.

Dear Mr. Dejarnatt,

This law firm represents Rabo AgriFinance LLC, a secured creditor of the above-referenced bankruptcy estates pending in the United States Bankruptcy Court, Northern District of Texas. Rabo is also the Plaintiff in Adversary Proceeding # 23-02005 filed in connection with the 3 bankruptcy cases against you and multiple other Dealer Trust Claimants.

With this letter you are being served with a Complaint, Summons and an Order issued from the Bankruptcy Court in Adversary Proceeding # 23-02005. In accordance with the Bankruptcy Court Order we attempted to serve you with the Summons and Complaint on December 7, 2023, through the United States Postal Service by Certified mail. The envelope addressed to you at 1115 CR 1024, Cunningham, KY was returned as unclaimed, therefore we have arranged to have you served by a process server. The Summons you are being served with indicates that you must answer the complaint with 30 days of the date of issuance of the Summons, but since service was not initially made upon you in a timely manner, this letter is to inform you that you may have **30 days from the day you are personally served** with the Complaint to file an answer.

Please note that as stated in the Summons IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THE SUMMONS, and this letter, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELEIF DEMANDED IN THE COMPLAINT.

If you have any questions, or concerns about this matter and meeting the deadline, please contact me at (801) 323-3363. Your cooperation is appreciated.

Sincerely,

RAY QUINNEY & NEBEKER P.C.

Michael R. Johnson

MRJ/ch
enclosures
1660272

SALT LAKE CITY OFFICE
PO Box 45385
Salt Lake City, Utah
84145-0385

36 South State Street
Suite 1400
Salt Lake City, Utah
84111

801 532-1500 TEL
801 532-7543 FAX
www.rqn.com

PROVO OFFICE
86 North University Ave
Suite 430
Provo, Utah
84601-4420

801 342-2400 TEL
801 375-8379 FAX

A PROFESSIONAL CORPORATION