David L. LeBas, SBN 12098600
dlebas@namanhowell.com
Rachel Barr, SBN 24118185
rbarr@namanhowell.com
NAMAN HOWELL SMITH & LEE PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
Ph. (512) 479-0300
Fax (512) 474-1901

*ATTORNEYS FOR*
*THORLAKSON DIAMOND T FEEDERS, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>    Debtors.[1] | Case No. 23-20084-rlj<br>Chapter No. 7<br><br>Jointly Administered |
| RABO AGRIFINANCE LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>ACEY LIVESTOCK, LLC et al.<br><br>    *Defendants*. | Adversary No.  23-02005-rlj<br><br>Honorable Robert L. Jones |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

*ATTORNEYS FOR THORLAKSON DIAMOND T FEEDERS, LP* hereby request that all

notices given or required to be given in this case, and all papers served or required to be served on

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

1

creditors or parties-in-interest in this case, be given to and served upon its attorney of record, Rachel E. Barr, Naman Howell Smith & Lee, PLLC, 8310 N. Capital of Texas Highway, Ste. 490, Austin, Texas 78731.  This request includes all notices, copies, and pleadings referred to in the applicable provisions of the United States Code, or in the Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

         Respectfully submitted,

         David L. LeBas, SBN 12098600
         dlebas@namanhowell.com
         Rachel E. Barr, SBN 24118185
         rbarr@namanhowell.com
         NAMAN HOWELL SMITH & LEE, PLLC
         8310 N. Capital of Texas Highway, Ste. 490
         Austin, Texas 78731
         (512) 479-0300; FAX (512) 474-1901

         By: */s/ Rachel E. Barr*
           **RACHEL E. BARR**

*Attorneys for Cattle Empire, LLC*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on March 20, 2024, a copy of the foregoing document was filed and served via the CM/ECF filing system on all counsel of record.

         */s/ Rachel E. Barr*
         **RACHEL E. BARR**