Van W. Northern
NORTHERN LEGAL, P.C.
3545 S. Georgia Street
Amarillo, Texas  79109
Telephone:  (806) 374-2266
Facsimile:  (806) 374-9535
northernlegalpc@gmail.com

and

Joseph H. Mattingly III (Admission *Pro Hac Vice Pending*)
JOSEPH H. MATTINGLY III, PLLC
P.O. Box 678 – 104 West Main Street
Lebanon, Kentucky  40033
Telephone:  (270) 692-1718
Facsimile:  (270) 692-1249
Email:  *joe@mattinglylawoffices.com*

*Attorneys for Defendants, Acey Livestock, LLC; Micahel Acey;
Barrett's Livestock, Inc.; and and Don Ralph Barrett*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>**McCLAIN FEED YARD, INC.,**<br>**McCLAIN FARMS, INC., and**<br>**7M CATTLE FEEDERS, INC.,**<br><br>Debtors. | Chapter 7<br><br>CASE NO.:  23-20084-rlj<br>Jointly Administered |
| **RABO AGRIFINANCE LLC,**<br><br>Plaintiff,<br><br>**vs.**<br><br>**ACEY LIVESTOCK, LLC,** *et al.*,<br><br>Defendants | **ADV. PROC. NO:  23-02005-rlj**<br><br>**Honorable Robert L. Jones** |

1

**RESPONSE OF DEFENDANTS, ACEY LIVESTOCK, LLC; MICHAEL ACEY; BARRETT'S LIVESTOCK, INC.; AND DON RALPH BARRETT, TO JOINT MOTION FOR ENTRY OF ALTERNATIVE SCHEDULING ORDER**

Come the Defendants, Acey Livestock, LLC; Michael Acey; Barrett's Livestock, Inc.; and Don Ralph Barrett, by counsel, and as their Response to the Joint Motion of the Plaintiff, Rabo Agrifinance LLC, and the Defendant, Kent Ries, Chapter 7 Trustee, for the entry of an alternative Scheduling Order [DE# 147], state that they have no objection to the entry of the alternative Scheduling Order, as proposed, and join in the request for entry thereof.

WHEREFORE, the Defendants, Acey Livestock, LLC; Michael Acey; Barrett's Livestock, Inc.; and Don Ralph Barrett, respectfully request that the tendered alternative Scheduling Order be entered by the Court.

Respectfully Submitted,

/s/ *Joseph H. Mattingly III*
**JOSEPH H. MATTINGLY III**
Attorney at Law
104 W. Main Street - P.O. Box 678
Lebanon, Kentucky 40033
(270) 692 – 1718
joe@mattinglylawoffices.com
(Application for Admission *Pro Hac Vice* Pending)

and

Van W. Northern
NORTHERN LEGAL, P.C.
3545 S. Georgia Street
Amarillo, Texas 79109
Telephone: (806) 374-2266
Facsimile: (806) 374-9535
northernlegalpc@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was electronically filed by the Clerk of the Court on this 9th day of April, 2024, by using the CM/ECF system which will serve a notice of electronic filing upon all interested parties registered. A copy thereof has also been served by electronic mail to the following:

UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney
W. Heath Hendricks
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
tom.riney@uwlaw.com
heath.hendricks@uwlaw.com

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
Hudson M. Jobe
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
hjobe@qslwm.com

Michael R. Johnson
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
mjohnson@rqn.com

By:   /s/ Joseph H. Mattingly III
      JOSEPH H. MATTINGLY

3