BTXN 154 (rev. 11/03)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
McClain Feed Yard, Inc. §
§ Case No.:   23−20084−rlj7
Debtor(s) § Chapter No.:   7
§
Rabo AgriFinance LLC §
Plaintiff(s) § Adversary No.:   23−02005−rlj
  vs. §
Acey Livestock, LLC  et al. §
Defendant(s) §

# CLERK'S ENTRY OF DEFAULT

   The Clerk for the United States Bankruptcy Court for the Northern District of Texas, having reviewed the adversary docket in the above−styled and numbered matter, and having received the Affidavit of counsel for the Plaintiff in this cause, and having found that no answer, motion, pleading, response, or appearance has been entered by or on behalf of Defendant Bella Elegance LLC, hereby notes and dockets a Clerk's Entry of Default in the above−captioned adversary proceeding.

DATED:  4/9/24            FOR THE COURT:
                          Robert P. Colwell, Clerk of Court

                          by: /s/C. Graham, Deputy Clerk

