

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

Signed April 9, 2024

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| IN RE:<br><br>MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>Debtors. | Chapter 7<br><br>CASE NO. 23-20084-rlj<br><br>Jointly Administered |
|---|---|
| RABO AGRIFINANCE LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>ACEY LIVESTOCK, LLC et al.,<br><br>*Defendants.* | ADV. PROC. NO. 23-02005<br><br>Honorable Robert L. Jones |

**ORDER SETTING STATUS CONFERENCE ON JOINT MOTION FOR STATUS CONFERENCE AND FOR ENTRY OF ALTERNATIVE SCHEDULING ORDER**

The Court shall hold a status conference on the Joint Motion for Status Conference and for Entry of Alternative Scheduling Order (Docket No. 147) filed by Plaintiff Rabo Agrifinance LLC and Defendant Kent Ries, Chapter 7 Trustee at **1:30 p.m. on April 11, 2024**. Such hearing will be held via WebEx by accessing the meeting/dial-in information on the Court's website ([www.txnb.uscourts.gov](www.txnb.uscourts.gov)) under Judge Jones' "Hearing Dates and Calendar" tab prior to the hearing.

# # # END OF ORDER # # #

Order submitted by:

Hudson M. Jobe
State Bar No. 24041189
QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

SPECIAL COUNSEL FOR KENT RIES, TRUSTEE