BTXN 154 (rev. 11/03)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| McClain Feed Yard, Inc. | § | |
| | § | Case No.:    23–20084–rlj7 |
| Debtor(s) | § | Chapter No.:  7 |
| | § | |
| Rabo AgriFinance LLC | § | |
| Plaintiff(s) | § | Adversary No.:   23–02005–rlj |
| vs. | § | |
| Acey Livestock, LLC  et al. | § | |
| | § | |
| Defendant(s) | § | |

## CLERK'S ENTRY OF DEFAULT

   The Clerk for the United States Bankruptcy Court for the Northern District of Texas, having reviewed the adversary docket in the above–styled and numbered matter, and having received the Affidavit of counsel for the Plaintiff in this cause, and having found that no answer, motion, pleading, response, or appearance has been entered by or on behalf of Defendant C Heart Ranch, LLC; Garwood Cattle Co.; Kingdom Trust; LFC Cattle; Producers Livestock Commission; Starnes Cattle; TGF Ranch LLC; Tindal Truck Sales; Wildforest Cattle Company LLC; and WJ Performance Horses, Inc., hereby notes and dockets a Clerk's Entry of Default in the above–captioned adversary proceeding.

DATED:  5/21/24                 FOR THE COURT:
                                Kevin McNatt, Clerk of Court

                                by: /s/C. Graham, Deputy Clerk

