UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.commc

    -and-

Michael R. Johnson (*Pro Hac Vice*)
Austin C. Nate (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: anate@rqn.com

*Attorneys for Plaintiff Rabo AgriFinance LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>Debtors.[1] | Chapter 7<br><br>CASE NO. 23-20084-rlj<br><br>Jointly Administered |
| RABO AGRIFINANCE LLC, | **ADV. PROC. NO. 23-02005-rlj** |

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

| | |
|---|---|
| *Plaintiff,*<br><br>v.<br><br>ACEY LIVESTOCK, LLC et al.,<br><br>*Defendants.*[2] | **Honorable Robert L. Jones** |

## NOTICE OF DOCKET CALL HEARING ON MOTIONS FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS (i) C HEART RANCH, LLC; (ii) GARWOOD CATTLE CO.; (iii) KINGDOM TRUST; (iv) LFC CATTLE; (v) PRODUCERS LIVESTOCK COMMISSION; (vi) STARNES CATTLE; (vii) TGF RANCH LLC; (viii) TINDAL TRUCK SALES; (ix) WILDFOREST CATTLE COMPANY, LLC; (x) WJ PERFORMANCE HORSES, INC. AND (xi) BELLA ELEGANCE, LLC

---

[2] The Defendants named in the Complaint are ACEY LIVESTOCK, LLC; MICHAEL ACEY; STAN E. AYERS, JR.; ARNOLD BRAUN TRUST; ARNOLD BRAUN; ROBERT BRAUN; BAR D RANCH LAND & CATTLE LLC; N. TERRY DICKS; BARRETT'S LIVESTOCK INC.; DON RALPH BARRETT; BELLA ELEGANCE LLC; BIG SEVEN CAPITAL PARTNERS, LLC; DORA BLACKMAN; BRYAN BLACKMAN; EDDIE BRYANT; BRENT BURNETT; JOE BURNETT; TERRY BURNETT; BUSS FAMILY TRUST; EDWIN D. BUSS; DENNIS BUSS; C HEART RANCH, LLC; COLETTE LESH; CARRAWAY CATTLE, LLC; RICHARD CARRAWAY; CURTIS JONES FARMS; DAC83 LLC; ERIC DeJARNATT; DON JONES FARM, INC.; DON JONES TRUCKING, INC.; DUFURRENA CUTTING HORSES; EDWARD LEWIS DUFURRENA; RIETA MAY DUFURRENA; ROBERT ELLIS; MICHAEL EVANS; DOUG FINLEY; GARWOOD CATTLE CO.; JUSTIN GARWOOD; GENE BROOKSHIRE FAMILY, LP; JOEL BROOKSHIRE; GRAY BROTHERS CATTLE; ROBERT GRAY; RONNIE GRAY; JIMMY GREER; GUNGOLL CATTLE, LLC; BRADLEY GUNGOLL; LEAH GUNGOLL; JACE HARROLD; HINES CATTLE COMPANY, LLC; HINES FARMS, LLC; A.J. JACQUES LIIVING TRUST; CORY JESKO; DWIGHT JESKO, JOANN & KEITH BROOKS d/b/a BROOKS FARMS; LARRY KEITH; DUSTIN JOHNSON; DAVID JOHNSON; KINSEY JONES; KINGDOM TRUST; JAMES MCCUAN; KEITH HARRIS; JANICE LAWHON; JAN LESH; MORRISON CAFÉ, LLC; LESH FAMILY TRUST; GARY LESH; JARED LESH; JORDAN LESH, LLC; LFC CATTLE; CHARLES LOCKWOOD; COLE LOCKWOOD; SHERLE LOCKWOOD; NIKKI LOCKWOOD; MAP ENTERPRISES; MIKE GOURLEY; NATALIE MARTUS; JEAN NIX; OPEN A ARENA LLC; BARRY PHILLIPS; DREW PHILLIPS; PRIEST CATTLE COMPANY LTD; PRIEST VICTORY INVESTMENT LLC; CHRISTOPHER PRINCE; PRODUCERS LIVESTOCK COMMISSION; SONNY BARTHOLD; DAVID RAINEY; RAPP RANCH; MARK J. REISZ; RALPH REISZ; RIDGEFIELD CAPITAL ASSET MANAGEMENT; JIM GIORDANO; RILEY LIVESTOCK, INC.; ANGIE ROBINSON; RICK RODGERS; STEVE RYAN; JIM RININGER; SCARLET & BLACK CATTLE, LLC; COLTON LONG; SCOTT LIVESTOCK COMPANY; SHAW & SHAW FARMS PARTNERSHIP LLC; THE UNIVERSITY OF FLORIDA; ROBERT J. SPRING; STARNES CATTLE; JEFF STARNES; EDDIE STEWART; ROBERT STEWART; RACHEL STEWART; SCOTT E. STEWART; STEVE T SCOTT FARMS, INC.; JUSTIN STUEVER; PHILLIP SULLIVAN; AMY SUTTON; CRAIG SUTTON; TGF RANCH LLC; TOM FRITH; THORLAKSON DIAMOND T FEEDERS, L.P.; JOHN TIDWELL; MYKEL TIDWELL; TINDAL TRUCK SALES; JOHN TINDAL; JANET VANBUSKIRK; LYNDAL VANBUSKIRK; SUSAN VAN BUSKIRK; COLBY VANBUSKIRK; CAMERON WEDDINGTON; NANCY WEDDINGTON; WILLIAM WEDDINGTON; WILDFOREST CATTLE COMPANY LLC; WILEY ROBY RUSSELL, JR. as TRUSTEE OF THE W. ROBBIE RUSSELL LIVING TRUST; WJ PERFORMANCE HORSES, INC.; JOB WHITE; and KENT RIES, in his capacity as CHAPTER 7 TRUSTEE OF THE DEBTORS' CONSOLIDATED BANKRUPTCY ESTATE.

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE AND PARTIES IN INTEREST:

**PLEASE BE NOTIFIED** that a hearing is set for a VIDEO DOCKET CALL on June 20, 2024 at 1:30 p.m., via WebEx to consider the following matters:

- Motion for Entry of Default Judgment Against Defendant Bella Elegance LLC [Docket #155]

- Motion for Entry of Default Judgment Against Defendants (i) C Heart Ranch, LLC; (ii) Garwood Cattle Co.; (iii) Kingdom Trust; (iv) LFC Cattle; (v) Producers Livestock Commission; (vi) Starnes Cattle; (vii) TFG Ranch LLC; (viii) Tindal Truck Sales; (ix) Wildforest Cattle Company, LLC; and (x) WJ Performance Horses, Inc. [Docket #165].

Objections to the Motions must be filed by June 12, 2024.

DATED this 22nd day of May, 2024.

> UNDERWOOD LAW FIRM, P.C.
> Thomas C. Riney, SBN: 16935100
> W. Heath Hendricks, SBN: 240556451
> 500 South Taylor, Suite 1200, LB 233
> Amarillo, Texas 79101
> Telephone: (806) 376-5613
> Facsimile: (806) 379-0316
> Email: tom.riney@uwlaw.com
> Email: heath.hendricks@uwlaw.com
>      -and-
> Michael R. Johnson (Pro Hac Vice)
> Austin C. Nate (Pro Hac Vice)
> RAY QUINNEY & NEBEKER P.C.
> 36 South State Street, Suite 1400
> Salt Lake City, Utah 84111
> Telephone:  (801) 532-1500
> Facsimile:  (801) 532-7543
> Email:  mjohnson@rqn.com
> Email:  anate@rqn.com

*/s/ Michael R. Johnson*
Michael R. Johnson
*Attorneys for Rabo AgriFinance LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2024, I electronically filed the foregoing **NOTICE OF DOCKET CALL HEARING ON MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS (i) C HEART RANCH, LLC; (ii) GARWOOD CATTLE CO.; (iii) KINGDOM TRUST; (iv) LFC CATTLE; (v) PRODUCERS LIVESTOCK COMMISSION; (vi) STARNES CATTLE; (vii) TGF RANCH LLC; (viii) TINDAL TRUCK SALES; (ix) WILDFOREST CATTLE COMPANY, LLC; (x) WJ PERFORMANCE HORSES, INC. AND (xi) BELLA ELEGANCE LLC** ("**NOTICE**") with the United States Bankruptcy Court for the Northern District of Texas by using the CM/ECF system which sent notice to registered ECF users in this case.

I further certify that on May 22, 2024, I mailed a true and correct copy of the **NOTICE** via first class mail, postage prepaid, to the following:

C Heart Ranch, LLC
454 Daniels Lane
Ardmore, OK  73401

Garwood Cattle Co.
2538 Middleton Rd.
Columbiana, OH  44408

Kingdom Trust
6804 Poplar Corner Rd.
Bells, TN 38006

LFC Cattle
P.O. Box 778

Ringling, OK 73456

Producers Livestock Commission
2501 Exchange Ave. 128
Oklahoma City, OK  73108

Starnes Cattle
851 SW 6th Ave.
Williston, FL  32696

TGF Ranch LLC
1585 E. M79 Hwy
Hastings, MI  49058

Tindal Truck Sales
3484 State Route 45N
Mayfield, KY 42066

Wildforest Cattle Company LLC
1206 Paris Rd.
Mayfield, KY 42066

WJ Performance Horses, Inc.
650 FM 163
Cleveland, TX  77327

Bella Elegance LLC
c/o Job E. White
10216 SW 49 Lane
Gainesville, FL  32608

/s/ Carrie Hurst