BTXN 154 (rev. 11/03)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re:<br>McClain Feed Yard, Inc. | §<br>§<br>§ | Case No.: 23−20084−rlj7 | |
| Debtor(s) | § | Chapter No.: 7 | |
| Rabo AgriFinance LLC | §<br>§ | | |
| Plaintiff(s) | § | Adversary No.: 23−02005−rlj | |
| vs.<br>Acey Livestock, LLC  et al. | §<br>§<br>§ | | |
| Defendant(s) | § | | |

# CLERK'S ENTRY OF DEFAULT

   The Clerk for the United States Bankruptcy Court for the Northern District of Texas, having reviewed the adversary docket in the above−styled and numbered matter, and having received the Affidavit of counsel for the Plaintiff in this cause, and having found that no answer, motion, pleading, response, or appearance has been entered by or on behalf of Defendant C Heart Ranch, LLC; Garwood Cattle Co.; Kingdom Trust; LFC Cattle; Producers Livestock Commission; Starnes Cattle; TGF Ranch LLC; Tindal Truck Sales; Wildforest Cattle Company LLC; and WJ Performance Horses, Inc., hereby notes and dockets a Clerk's Entry of Default in the above−captioned adversary proceeding.

DATED:  5/21/24           FOR THE COURT:
                          Kevin McNatt, Clerk of Court

                          by: /s/C. Graham, Deputy Clerk



United States Bankruptcy Court

Northern District of Texas

Rabo AgriFinance LLC,
    Plaintiff

Acey Livestock, LLC,
    Defendant

Adv. Proc. No. 23-02005-rlj

# CERTIFICATE OF NOTICE

District/off: 0539-2     User: admin     Page 1 of 6
Date Rcvd: May 21, 2024     Form ID: BTXN154     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Amy Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Arnold Braun Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Bryan Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Buss Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Charles Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Colby VanBuskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Cole Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Craig Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Dennis Buss, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Dora Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Douglas Finley, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Dustin Johnson, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Eddie Bryant, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Gary Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Gungoll Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Jan Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Janet VanBuskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Janice Lawhon, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Jared Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Jim Rininger, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Jimmy Greer, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Joel Brookshire, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Jordan Lesh, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Kent Ries, 2700 S. Western St., Suite 300, Amarillo, TX 79109-1536 |
| dft | + | Leah Gungoll, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Lesh Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Lyndal VanBuskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Michael Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Morrison Cafe, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Nikki Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| pla | + | Rabo AgriFinance LLC, 14767 North Outer 40 Road, Suite 400, Chesterfield, MO 63017-2003 |
| dft | + | Robert Braun, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Robert Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Ronnie Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Scott Livestock Company, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Sherle Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Steve Ryan, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Susan VanBuskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| dft | + | Wiley Roby Russell, Jr., 201 Main Street, Suite 600, Fort Worth, Tx 76102-3110 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

| District/off: 0539-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: BTXN154 | Total Noticed: 39 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Bella Elegance LLC |
| dft | | Brent Burnett |
| dft | | Brooks Farms |
| dft | | C Heart Ranch, LLC |
| dft | | Cameron Weddington |
| dft | | Carraway Cattle, LLC |
| dft | | Christopher Prince |
| dft | | Colette Lesh |
| dft | | Cory Jesko |
| dft | | DAC83 LLC |
| dft | | David Johnson |
| dft | | David Rainey |
| dft | | Dufurrena Cutting Horses |
| dft | | Dwight Jesko |
| dft | | Edward Lewis Dufurrena |
| dft | | Eric DeJarnatt |
| dft | | Garwood Cattle Co. |
| dft | | Jace Harrold |
| dft | | James McCuan |
| dft | | Jean Nix |
| dft | | Jeff Starnes |
| dft | | Jim Giordano |
| dft | | JoAnn & Keith Brooks |
| dft | | Job White |
| dft | | Joe Burnett |
| dft | | John Tidwell |
| dft | | John Tindal |
| dft | | Justin Garwood |
| dft | | Justin Stuever |
| dft | | Kingdom Trust |
| dft | | LFC Cattle |
| dft | | Larry Keith |
| dft | | Mark J. Reisz |
| dft | | Mykel Tidwell |
| dft | | Nancy Weddington |
| dft | | Natalie Martus |
| dft | | Open A Arena LLC |
| dft | | Phillip Sullivan |
| dft | | Producers Livestock Commission |
| dft | | Ralph Reisz |
| dft | | Rapp Ranch |
| dft | | Rick Rodgers |
| dft | | Ridgefield Capital Asset Management |
| dft | | Rieta May Dufurrena |
| dft | | Sonny Barthold |
| dft | | Stan E. Ayers, Jr. |
| dft | | Starnes Cattle |
| dft | | TGF Ranch LLC |
| dft | | Terry Burnett |
| dft | | The University of Florida |
| dft | | Tindal Truck Sales |
| dft | | Tom Frith |
| dft | | WJ Performance Horses, Inc. |
| dft | | Wildforest Cattle Company LLC |
| dft | | William Weddington |

TOTAL: 55 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| District/off: 0539-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: BTXN154 | Total Noticed: 39 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abel Angel Leal | on behalf of Defendant A.J. Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law |
| Amber Miller | on behalf of Defendant Robert Ellis amiller@cdmlaw.com  sboggs@cdmlaw.com |
| Amber Miller | on behalf of Defendant Big Seven Capital Partners  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com |
| Amber Miller | on behalf of Defendant Richard Carraway amiller@cdmlaw.com  sboggs@cdmlaw.com |
| Amber Miller | on behalf of Defendant Drew Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com |
| Amber Miller | on behalf of Defendant Barry Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com |
| David L. LeBas | on behalf of Defendant Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com |
| Hudson M. Jobe | on behalf of Trustee Kent Ries hjobe@qslwm.com  nchancellor@qslwm.com |
| John F. Massouh | on behalf of Defendant Steve T Scott Farms  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Gray Brothers Cattle john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Arnold Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behralf of Defendant Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | |

| | |
|---|---|
| | on behalf of Defendant Scarlet & Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Robert J. Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Janet VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Scott Livestock Company john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Susan VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Colton Long john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Robert Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Bradley Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Colby VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant A.J. Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 5 of 6 |
| Date Rcvd: May 21, 2024 | Form ID: BTXN154 | Total Noticed: 39 |

John F. Massouh
    on behalf of Defendant Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Edwin D. Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Lyndal VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

Joseph H Mattingly
    on behalf of Defendant Don Ralph Barrett joe@mattinglylawoffices.com

Joseph H Mattingly
    on behalf of Defendant Michael Acey joe@mattinglylawoffices.com

Joseph H Mattingly
    on behalf of Defendant Barrett's Livestock Inc. joe@mattinglylawoffices.com

Joseph H Mattingly
    on behalf of Defendant Acey Livestock  LLC joe@mattinglylawoffices.com

Kent David Ries
    on behalf of Defendant Kent Ries kent@kentries.com

Kyle Weldon
    on behalf of Defendant Eddie Stewart kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Defendant Wiley Roby Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Defendant Priest Victory Investment LLC kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Defendant Priest Cattle Company  Ltd. kyle@bradburycounsel.com

Michael R. Johnson
    on behalf of Plaintiff Rabo AgriFinance LLC mjohnson@rqn.com  asanchez@rqn.com;docket@rqn.com

Rachel E Barr
    on behalf of Defendant Thorlakson Diamond T Feeders  LP rbarr@namanhowell.com

Steven Lee Hoard
    on behalf of Defendant Hines Farms  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Don Jones Farm  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Don Jones Trucking  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Riley Livestock  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Shaw & Shaw Farms Partnership LLC shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant N. Terry Dicks shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Bar D Ranch Land & Cattle LLC shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Kinsey Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Hines Cattle Company  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

| District/off: 0539-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: BTXN154 | Total Noticed: 39 |

Steven Lee Hoard
        on behalf of Defendant Curtis Jones Farms shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Todd Jeffrey Johnston
        on behalf of Defendant Angie Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

TOTAL: 76