

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 20, 2024**

**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC., | CASE NO. 23-20084-rlj |
| | Jointly Administered |
| Debtors.[1] | |
| RABO AGRIFINANCE LLC, | |
| *Plaintiff*, | **ADV. PROC. NO. 23-02005-rlj** |
| v. | **Honorable Robert L. Jones** |
| ACEY LIVESTOCK, LLC et al., | |
| *Defendants*.[2] | |

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

**DEFAULT JUDGMENT AGAINST BELLA ELEGANCE**                                         **PAGE 1**

# DEFAULT JUDGMENT AGAINST DEFENDANT
# BELLA ELEGANCE LLC

Pursuant to Federal Rule of Civil Procedure 55(b)(2), made applicable in the above-entitled adversary proceeding by Federal Rule of Bankruptcy Procedure 7055, and based upon

---

[2] The Defendants named in the Complaint are ACEY LIVESTOCK, LLC; MICHAEL ACEY; STAN E. AYERS, JR.; ARNOLD BRAUN TRUST; ARNOLD BRAUN; ROBERT BRAUN; BAR D RANCH LAND & CATTLE LLC; N. TERRY DICKS; BARRETT'S LIVESTOCK INC.; DON RALPH BARRETT; BELLA ELEGANCE LLC; BIG SEVEN CAPITAL PARTNERS, LLC; DORA BLACKMAN; BRYAN BLACKMAN; EDDIE BRYANT; BRENT BURNETT; JOE BURNETT; TERRY BURNETT; BUSS FAMILY TRUST; EDWIN D. BUSS; DENNIS BUSS; C HEART RANCH, LLC; COLETTE LESH; CARRAWAY CATTLE, LLC; RICHARD CARRAWAY; CURTIS JONES FARMS; DAC83 LLC; ERIC DeJARNATT; DON JONES FARM, INC.; DON JONES TRUCKING, INC.; DUFURRENA CUTTING HORSES; EDWARD LEWIS DUFURRENA; RIETA MAY DUFURRENA; ROBERT ELLIS; MICHAEL EVANS; DOUG FINLEY; GARWOOD CATTLE CO.; JUSTIN GARWOOD; GENE BROOKSHIRE FAMILY, LP; JOEL BROOKSHIRE; GRAY BROTHERS CATTLE; ROBERT GRAY; RONNIE GRAY; JIMMY GREER; GUNGOLL CATTLE, LLC; BRADLEY GUNGOLL; LEAH GUNGOLL; JACE HARROLD; HINES CATTLE COMPANY, LLC; HINES FARMS, LLC; A.J. JACQUES LIIVING TRUST; CORY JESKO; DWIGHT JESKO; JOANN & KEITH BROOKS d/b/a BROOKS FARMS; LARRY KEITH; DUSTIN JOHNSON; DAVID JOHNSON; KINSEY JONES; KINGDOM TRUST; JAMES MCCUAN; KEITH HARRIS; JANICE LAWHON; JAN LESH; MORRISON CAFÉ, LLC; LESH FAMILY TRUST; GARY LESH; JARED LESH; JORDAN LESH, LLC; LFC CATTLE; CHARLES LOCKWOOD; COLE LOCKWOOD; SHERLE LOCKWOOD; NIKKI LOCKWOOD; MAP ENTERPRISES; MIKE GOURLEY;NATALIE MARTUS; JEAN NIX; OPEN A ARENA LLC; BARRY PHILLIPS; DREW PHILLIPS; PRIEST CATTLE COMPANY LTD; PRIEST VICTORY INVESTMENT LLC; CHRISTOPHER PRINCE; PRODUCERS LIVESTOCK COMMISSION; SONNY BARTHOLD; DAVID RAINEY; RAPP RANCH; MARK J. REISZ; RALPH REISZ; RIDGEFIELD CAPITAL ASSET MANAGEMENT; JIM GIORDANO; RILEY LIVESTOCK, INC.; ANGIE ROBINSON; RICK RODGERS; STEVE RYAN; JIM RININGER; SCARLET & BLACK CATTLE, LLC; COLTON LONG; SCOTT LIVESTOCK COMPANY; SHAW & SHAW FARMS PARTNERSHIP LLC; THE UNIVERSITY OF FLORIDA; ROBERT J. SPRING; STARNES CATTLE; JEFF STARNES; EDDIE STEWART; ROBERT STEWART; RACHEL STEWART; SCOTT E. STEWART; STEVE T SCOTT FARMS, INC.; JUSTIN STUEVER; PHILLIP SULLIVAN; AMY SUTTON; CRAIG SUTTON; TGF RANCH LLC; TOM FRITH; THORLAKSON DIAMOND T FEEDERS, L.P.; JOHN TIDWELL; MYKEL TIDWELL; TINDAL TRUCK SALES; JOHN TINDAL; JANET VANBUSKIRK; LYNDAL VANBUSKIRK; SUSAN VAN BUSKIRK; COLBY VANBUSKIRK; CAMERON WEDDINGTON; NANCY WEDDINGTON; WILLIAM WEDDINGTON; WILDFOREST CATTLE COMPANY LLC; WILEY ROBY RUSSELL, JR. as TRUSTEE OF THE W. ROBBIE RUSSELL LIVING TRUST; WJ PERFORMANCE HORSES, INC.; JOB WHITE; and KENT RIES, in his capacity as CHAPTER 7 TRUSTEE OF THE DEBTORS' CONSOLIDATED BANKRUPTCY ESTATE.

the Plaintiff's *Motion for Entry of Default Judgment Against Defendant Bella Elegance LLC* (the "**Motion**") filed by Plaintiff Rabo AgriFinance LLC ("**Plaintiff**"), in the above-entitled adversary proceeding, and the other pleadings and papers of record and on file in this case—including, but not limited to, the Plaintiff's First Amended Complaint, the Proof of Service, the Declaration of the Plaintiff's counsel Michael R. Johnson, and the Default Certificate entered by the Clerk of the Court, and for good cause appearing therefore, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment shall be, and it hereby is, entered in favor of the Plaintiff against Defendant Bella Elegance LLC as follows on the Plaintiff's First, Second and Third Claims for Relief, and the Court hereby enters the following declaratory rulings regarding those claims as they relate to Defendant:

   A. The claim that Defendant filed with the United States Department of Agriculture, Packers & Stockyards Division asserting claims (the "**Dealer Trust Claims**") against McClain Feed Yard, Inc., McClain Farms, Inc, 7M Cattle Feeders, Inc. and/or Brian McClain (collectively, the "**McClain Debtors**") under 7 U.S.C. § 217b (the "**Dealer Trust Statute**") is not a valid claim under the Dealer Trust Statute.

   B. Defendant's Dealer Trust Claims are not valid and are not payable under the Dealer Trust Statute.

   C. Defendant is not entitled to any funds or payments as a trust fund claimant or secured creditor under the Dealer Trust Statute.

   D. The preliminary decision of the United States Department of Agriculture, Packers & Stockyards Division, to disallow the Defendant's Dealer Trust Claims is affirmed, and

Defendant has no rights against the McClain Debtors or their bankruptcy estates under the Dealer Trust Statute.

E. Defendant's rights against the McClain Debtors, their bankruptcy estates and their assets, if any, are junior and inferior to Plaintiff's rights against the McClain Debtors, their bankruptcy estates and their assets.

F. If and to the extent Defendant has claims against the McClain Debtors related to the subject matter of its Dealer Trust Claims, those claims are, at most, general unsecured claims and not secured claims or trust claims.

2. Except as set forth above, all other requests for declaratory relief in Plaintiff's Complaint against this particular Defendant, if any, are denied as moot and are dismissed.

3. Plaintiff is hereby awarded its recoverable costs and expenses.

**************END OF ORDER*************

*Submitted by:*

*/s/ Michael R. Johnson, Esq.*
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email:  mjohnson@rqn.com
Counsel for Plaintiff

United States Bankruptcy Court

Northern District of Texas

Rabo AgriFinance LLC,
    Plaintiff

Acey Livestock, LLC,
    Defendant

Adv. Proc. No. 23-02005-rlj

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 21, 2024 | Form ID: pdf023 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 21 2024 21:19:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Jun 21 2024 21:19:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abel Angel Leal | on behalf of Defendant A.J. Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law |
| David L. LeBas | on behalf of Defendant Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com |
| Dawn Whalen Theiss | on behalf of Interested Party mp U.S. Department of Agriculture dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov |

District/off: 0539-2     User: admin     Page 2 of 4
Date Rcvd: Jun 21, 2024     Form ID: pdf023     Total Noticed: 2

| Name | Description |
|---|---|
| Hudson M. Jobe | on behalf of Trustee Kent Ries hjobe@qslwm.com nchancellor@qslwm.com |
| John F. Massouh | on behalf of Defendant Gray Brothers Cattle john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Arnold Braun john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jimmy Greer john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Morrison Cafe LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Charles Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Joel Brookshire john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Ronnie Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Janice Lawhon john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Dustin Johnson john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Scarlet & Black Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Buss Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Michael Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Dennis Buss john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Robert J. Spring john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Janet VanBuskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Arnold Braun Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jan Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Eddie Bryant john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Scott Livestock Company john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Susan VanBuskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jared Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Nikki Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Lyndal VanBuskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Colton Long john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Gungoll Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Sherle Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Craig Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |

Case 23-02005-rlj    Doc 176    Filed 06/23/24    Entered 06/23/24 23:22:25    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0539-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: pdf023 | Total Noticed: 2 |

| | |
|---|---|
| John F. Massouh | on behalf of Defendant Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Robert Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Bradley Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Colby VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant A.J. Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Edwin D. Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Steve T Scott Farms  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| Joseph H Mattingly | on behalf of Defendant Michael Acey joe@mattinglylawoffices.com |
| Joseph H Mattingly | on behalf of Defendant Barrett's Livestock Inc. joe@mattinglylawoffices.com |
| Joseph H Mattingly | on behalf of Defendant Acey Livestock  LLC joe@mattinglylawoffices.com |
| Joseph H Mattingly | on behalf of Defendant Don Ralph Barrett joe@mattinglylawoffices.com |
| Kent David Ries | on behalf of Defendant Kent Ries kent@kentries.com |
| Michael R. Johnson | on behalf of Plaintiff Rabo AgriFinance LLC mjohnson@rqn.com  asanchez@rqn.com;docket@rqn.com |
| Rachel E Barr | on behalf of Defendant Thorlakson Diamond T Feeders  LP rbarr@namanhowell.com |
| Steven Lee Hoard | on behalf of Defendant Hines Farms  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Defendant Don Jones Farm  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 21, 2024 | Form ID: pdf023 | Total Noticed: 2 |

Steven Lee Hoard
    on behalf of Defendant Don Jones Trucking  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Riley Livestock  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Shaw & Shaw Farms Partnership LLC shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant N. Terry Dicks shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Bar D Ranch Land & Cattle LLC shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Kinsey Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Curtis Jones Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Hines Cattle Company  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Todd Jeffrey Johnston
    on behalf of Defendant Angie Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

TOTAL: 68