BTXN 154 (rev. 11/03)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
McClain Feed Yard, Inc. §
§ Case No.:   23−20084−rlj7
Debtor(s) § Chapter No.:   7
§
Rabo AgriFinance LLC  et al. §
Plaintiff(s) § Adversary No.:   23−02005−rlj
§
vs. §
Acey Livestock, LLC  et al. §
Defendant(s) §

# CLERK'S ENTRY OF DEFAULT

The Clerk for the United States Bankruptcy Court for the Northern District of Texas, having reviewed the adversary docket in the above−styled and numbered matter, and having received the Affidavit of counsel for the Plaintiff in this cause, and having found that no answer, motion, pleading, response, or appearance has been entered by or on behalf of Defendant (1) STAN E. AYERS, JR.; (2) BRENT BURNETT; (3) TERRY BURNETT; (4) ERIC DEJARNATT; (5) JACE HARROLD; (6) JEAN NIX; (7) CHRISTOPHER PRINCE; (8) DAVID RAINEY; (9) MARK J. REISZ; (10) RALPH REISZ; (11) STARNES CATTLE; (12) JEFF STARNES; (13) JUSTIN STUEVER; (14) PHILLIP SULLIVAN; (15) TINDAL TRUCK SALES; (16) NANCY WEDDINGTON; (17) WILLIAM WEDDINGTON; (18) TOM FRITH; (19) JIM GIORDANO; (20) JOHN TINDAL; (21) JOB E. WHITE; (22) JUSTIN GARWOOD; (23) JOANN & KEITH BROOKS D/B/A/ BROOKS FARMS; (24) LARRY KEITH; & (25) JAMES MCCUAN, hereby notes and dockets a Clerk's Entry of Default in the above−captioned adversary proceeding.

DATED:  7/12/24            FOR THE COURT:
                           Kevin McNatt, Clerk of Court

                           by: /s/S Longoria, Deputy Clerk

