UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.commc

    -and-

Michael R. Johnson (*Pro Hac Vice*)
Austin C. Nate (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: anate@rqn.com

*Attorneys for Plaintiff Rabo AgriFinance LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>    Debtors.[1] | Chapter 7<br><br>CASE NO. 23-20084-rlj<br><br>Jointly Administered |

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

| | |
|---|---|
| RABO AGRIFINANCE LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>ACEY LIVESTOCK, LLC et al.,<br><br>*Defendants.*[2] | **ADV. PROC. NO. 23-02005-rlj**<br><br>**Honorable Robert L. Jones** |

### NOTICE OF DOCKET CALL HEARING ON MOTIONS FOR ENTRY OF DEFAULT JUDGMENT AGAINST [DOCKET # 182]

---

[2] The Defendants named in the Complaint are ACEY LIVESTOCK, LLC; MICHAEL ACEY; STAN E. AYERS, JR.; ARNOLD BRAUN TRUST; ARNOLD BRAUN; ROBERT BRAUN; BAR D RANCH LAND & CATTLE LLC; N. TERRY DICKS; BARRETT'S LIVESTOCK INC.; DON RALPH BARRETT; BELLA ELEGANCE LLC; BIG SEVEN CAPITAL PARTNERS, LLC; DORA BLACKMAN; BRYAN BLACKMAN; EDDIE BRYANT; BRENT BURNETT; JOE BURNETT; TERRY BURNETT; BUSS FAMILY TRUST; EDWIN D. BUSS; DENNIS BUSS; C HEART RANCH, LLC; COLETTE LESH; CARRAWAY CATTLE, LLC; RICHARD CARRAWAY; CURTIS JONES FARMS; DAC83 LLC; ERIC DeJARNATT; DON JONES FARM, INC.; DON JONES TRUCKING, INC.; DUFURRENA CUTTING HORSES; EDWARD LEWIS DUFURRENA; RIETA MAY DUFURRENA; ROBERT ELLIS; MICHAEL EVANS; DOUG FINLEY; GARWOOD CATTLE CO.; JUSTIN GARWOOD; GENE BROOKSHIRE FAMILY, LP; JOEL BROOKSHIRE; GRAY BROTHERS CATTLE; ROBERT GRAY; RONNIE GRAY; JIMMY GREER; GUNGOLL CATTLE, LLC; BRADLEY GUNGOLL; LEAH GUNGOLL; JACE HARROLD; HINES CATTLE COMPANY, LLC; HINES FARMS, LLC; A.J. JACQUES LIIVING TRUST; CORY JESKO; DWIGHT JESKO, JOANN & KEITH BROOKS d/b/a BROOKS FARMS; LARRY KEITH; DUSTIN JOHNSON; DAVID JOHNSON; KINSEY JONES; KINGDOM TRUST; JAMES MCCUAN; KEITH HARRIS; JANICE LAWHON; JAN LESH; MORRISON CAFÉ, LLC; LESH FAMILY TRUST; GARY LESH; JARED LESH; JORDAN LESH, LLC; LFC CATTLE; CHARLES LOCKWOOD; COLE LOCKWOOD; SHERLE LOCKWOOD; NIKKI LOCKWOOD; MAP ENTERPRISES; MIKE GOURLEY;NATALIE MARTUS; JEAN NIX; OPEN A ARENA LLC; BARRY PHILLIPS; DREW PHILLIPS; PRIEST CATTLE COMPANY LTD; PRIEST VICTORY INVESTMENT LLC; CHRISTOPHER PRINCE; PRODUCERS LIVESTOCK COMMISSION; SONNY BARTHOLD; DAVID RAINEY; RAPP RANCH; MARK J. REISZ; RALPH REISZ; RIDGEFIELD CAPITAL ASSET MANAGEMENT; JIM GIORDANO; RILEY LIVESTOCK, INC.; ANGIE ROBINSON; RICK RODGERS; STEVE RYAN; JIM RININGER; SCARLET & BLACK CATTLE, LLC; COLTON LONG; SCOTT LIVESTOCK COMPANY; SHAW & SHAW FARMS PARTNERSHIP LLC; THE UNIVERSITY OF FLORIDA; ROBERT J. SPRING; STARNES CATTLE; JEFF STARNES; EDDIE STEWART; ROBERT STEWART; RACHEL STEWART; SCOTT E. STEWART; STEVE T SCOTT FARMS, INC.; JUSTIN STUEVER; PHILLIP SULLIVAN; AMY SUTTON; CRAIG SUTTON; TGF RANCH LLC; TOM FRITH; THORLAKSON DIAMOND T FEEDERS, L.P.; JOHN TIDWELL; MYKEL TIDWELL; TINDAL TRUCK SALES; JOHN TINDAL; JANET VANBUSKIRK; LYNDAL VANBUSKIRK; SUSAN VAN BUSKIRK; COLBY VANBUSKIRK; CAMERON WEDDINGTON; NANCY WEDDINGTON; WILLIAM WEDDINGTON; WILDFOREST CATTLE COMPANY LLC; WILEY ROBY RUSSELL, JR. as TRUSTEE OF THE W. ROBBIE RUSSELL LIVING TRUST; WJ PERFORMANCE HORSES, INC.; JOB WHITE; and KENT RIES, in his capacity as CHAPTER 7 TRUSTEE OF THE DEBTORS' CONSOLIDATED BANKRUPTCY ESTATE.

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE AND PARTIES IN INTEREST:

**PLEASE BE NOTIFIED** that a hearing is set for a VIDEO DOCKET CALL on August 14, 2024 at 1:30 p.m., via WebEx to consider the following matters:

- Motion for Entry of Default Judgment Against Defendants (1) Stan E. Ayers, Jr.; (2) Brent Burnett; (3) Terry Burnett; (4) Eric Dejarnatt; (5) Jace Harrold; (6) Jean Nix; (7) Christopher Prince; (8) David Rainey; (9) Mark J. Reisz; (10) Ralph Reisz; (11) Jeff Starnes; (12) Justin Stuever; (13) Phillip Sullivan; (14) Nancy Weddington; (15) William Weddington; (16) Tom Frith; (17) John Tindal; (18) Job E. White; (19) Justin Garwood; (20) Joann & Keith Brooks D/B/A/ Brooks Farms; (21) Larry Keith; & (22) James Mccuan [Docket #182].

Objections to the Motions must be filed by August 12, 2024.

DATED this 25th day of July, 2024.

        UNDERWOOD LAW FIRM, P.C.
        Thomas C. Riney, SBN: 16935100
        W. Heath Hendricks, SBN: 240556451
        500 South Taylor, Suite 1200, LB 233
        Amarillo, Texas 79101
        Telephone: (806) 376-5613
        Facsimile: (806) 379-0316
        Email: tom.riney@uwlaw.com
        Email: heath.hendricks@uwlaw.com
            -and-
        Michael R. Johnson (Pro Hac Vice)
        Austin C. Nate (Pro Hac Vice)
        RAY QUINNEY & NEBEKER P.C.
        36 South State Street, Suite 1400
        Salt Lake City, Utah 84111
        Telephone:  (801) 532-1500
        Facsimile:  (801) 532-7543
        Email:  mjohnson@rqn.com
        Email:  anate@rqn.com

        */s/  Michael R. Johnson*
        Michael R. Johnson
        *Attorneys for Rabo AgriFinance LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2024, I electronically filed the foregoing **NOTICE OF DOCKET CALL HEARING ON MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS (1) STAN E. AYERS, JR.; (2) BRENT BURNETT; (3) TERRY BURNETT; (4) ERIC DEJARNATT; (5) JACE HARROLD; (6) JEAN NIX; (7) CHRISTOPHER PRINCE; (8) DAVID RAINEY; (9) MARK J. REISZ; (10) RALPH REISZ; (11) JEFF STARNES; (12) JUSTIN STUEVER; (13) PHILLIP SULLIVAN; (14) NANCY WEDDINGTON; (15) WILLIAM WEDDINGTON; (16) TOM FRITH; (17) JOHN TINDAL; (18) JOB E. WHITE; (19) JUSTIN GARWOOD; (20) JOANN & KEITH BROOKS D/B/A/ BROOKS FARMS; (21) LARRY KEITH; & (22) JAMES MCCUAN** ("**NOTICE**") with the United States Bankruptcy Court for the Northern District of Texas by using the CM/ECF system which sent notice to registered ECF users in this case.

I further certify that on July 25, 2024, I mailed a true and correct copy of the **NOTICE** via first class mail, postage prepaid, to the following:

| Stan E. Ayers, Jr.<br>6200 Ross Road<br>Rockford, OH 45882 | Christopher Prince<br>206 Urbana Dr.<br>Blackwell, OK 74631 | Justin Stuever<br>P.O. Box 22<br>Morrison, OK 73061 | James McCuan<br>6804 Poplar Corner Rd<br>Bells, TN 38006 |
|---|---|---|---|
| Brent Burnett<br>1612 Sanderson Rd<br>Mayfield, KY 42066 | David Rainey<br>69 CR 640<br>Corinth, MS 38834 | Phillip Sullivan<br>396 Neeley Rd.<br>Mayfield, KY 42066 | John Tindal<br>3483 State Route 45N<br>Mayfield, KY 42066 |
| Terry Burnett<br>210 Bethel Churst Road<br>Melber, KY 42069 | Mark J. Reisz<br>1631 McLucas Lane<br>The Villages, FL 34762 | Larry Keith<br>1462 Pauley Flatwoods Road<br>Austinville, VA 24312-3656 | Job E. White<br>10216 SW 49th Ln.<br>Gainesville, FL 32608 |

| Eric Dejarnatt<br>1115 Country Road 1024<br>Cunningham, KY 42035 | Ralph Reisz<br>4062 Keller Road<br>Owensboro, KY 42301 | Nancy Weddington<br>3486 Hwy 70 East<br>Brownsville, TN 38012 | Justin Garwood<br>2538 Middleton Rd.,<br>Columbiana, OH 44408 |
|---|---|---|---|
| Jace Harrold<br>650 FM 163<br>Cleveland, TX 77327 | Tom Frith<br>1585 E. M79 Hwy<br>Hastings, MI 49058 | William Weddington<br>3486 Hwy 70 East<br>Brownsville, TN 38012 | Joann & Keith Brooks d/b/a/ Brooks Farms<br>4778 Albert Owens Rd.<br>South Fulton, TN 38257 |
| Jean Nix<br>P.O. Box 1527<br>Mont Belvieu, TX 77580 | Jeff Starnes<br>851 SW 6th Ave<br>Williston, FL 32696 | | |

*/s/ Michael R. Johnson*

5