IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>Debtors.1 | Chapter 7<br><br>CASE NO. 23-20084-rlj<br><br>Jointly Administered |
| RABO AGRIFINANCE LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>ACEY LIVESTOCK, LLC et al.,<br><br>*Defendants.* | <br><br>ADV. PROC. NO. 23-02005<br><br>Honorable Robert L. Jones |

## NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE** that the firm name and contact information has changed for the undersigned, counsel for Kent Ries, Trustee:

Hudson M. Jobe
Texas Bar No. 24041189
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

The new contact information should be used pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, and 11 U.S.C. §§ 342(a) and 1109(b), for any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions,

---

1 The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

1

memoranda, affidavits, declarations, orders, disclosure statements and plans of reorganization, or other documents filed or entered in this case.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the new contact information to be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any subsequent appearances, pleadings, claims, proofs of claim, documents, suits, motions nor any other writings or conduct, shall constitute a waiver of the:

    a.    right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

    b.    right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private right, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether or not such jury trial right is pursuant to statute or the United States Constitution;

    c.    right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    d.    other rights, claims, actions, defenses, setoffs, recoupments or other matters under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

    Respectfully submitted,

    By: */s/ Hudson M. Jobe*
    Hudson M. Jobe
    Texas Bar No. 24041189
    JOBE LAW PLLC
    6060 North Central Expressway, Suite 500

            Dallas, Texas 75206
            (214) 807-0563
            hjobe@jobelawpllc.com

            COUNSEL FOR TRUSTEE

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service on August 8, 2024.

             _/s/ Hudson M. Jobe_