Van W. Northern
NORTHERN LEGAL, P.C.
3545 S. Georgia Street
Amarillo, Texas  79109
Telephone:  (806) 374-2266
Facsimile:  (806) 374-9535
northernlegalpc@gmail.com

and

Joseph H. Mattingly III (Admission *Pro Hac Vice Pending*)
JOSEPH H. MATTINGLY III, PLLC
P.O. Box 678 – 104 West Main Street
Lebanon, Kentucky  40033
Telephone:  (270) 692-1718
Facsimile:  (270) 692-1249
Email:  *joe@mattinglylawoffices.com*

*Attorneys for Defendants, Acey Livestock, LLC; Micahel Acey;
Barrett's Livestock, Inc.; and and Don Ralph Barrett*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| **IN RE:** | |
| **McCLAIN FEED YARD, INC.,** **McCLAIN FARMS, INC.,** and **7M CATTLE FEEDERS, INC.,** | Chapter 7 |
| | CASE NO.: 23-20084-rlj |
| | Jointly Administered |
| Debtors. | |
| **RABO AGRIFINANCE LLC,** | **ADV. PROC. NO: 23-02005-rlj** |
| Plaintiff, | **Honorable Robert L. Jones** |
| vs. | |
| **ACEY LIVESTOCK, LLC,** *et al.,* | |
| Defendants | |

1

**NOTICE OF SERVICE OF REQUEST FOR ADMISSIONS AND INTERROGATORY BY DEFENDANTS, ACEY LIVESTOCK, LLC, AND BARRETT'S LIVESTOCK, INC., UPON THE PLAINTIFF, RABO AGRIFINANCE, LLC**

Come the Defendants, Acey Livestock, LLC, and Barrett's Livestock, Inc., by counsel, and notify the Court and all interested parties that on this 14th day of August, 2014, Request for Admissions and Interrogatory pursuant to R.Bank.P. 33 and 36 and F.R.Civ.P. 33 and 36, were served upon the Plaintiff, Rabo Agrifinance, LLC, which require response within thirty (30) days after service thereof.

Respectfully Submitted,

  /s/ *Joseph H. Mattingly III*
**JOSEPH H. MATTINGLY III**
Attorney at Law
104 W. Main Street - P.O. Box 678
Lebanon, Kentucky 40033
(270) 692 – 1718
*joe@mattinglylawoffices.com*
(Application for Admission *Pro Hac Vice* Pending)

and

Van W. Northern
NORTHERN LEGAL, P.C.
3545 S. Georgia Street
Amarillo, Texas  79109
Telephone:  (806) 374-2266
Facsimile:  (806) 374-9535
*northernlegalpc@gmail.com*

2

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was electronically filed by the Clerk of the Court on this 14th day of August, 2024, by using the CM/ECF system which will serve a notice of electronic filing upon all interested parties registered. A copy thereof has also been served by electronic mail to the following:

UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney
W. Heath Hendricks
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
tom.riney@uwlaw.com
heath.hendricks@uwlaw.com

John Massouh
SPROUSE SHRADER SMITH, PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo Texas 79105
john.massouh@sprouselaw.com

Michael R. Johnson
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
mjohnson@rqn.com

Abel A. Leal
SIMMONS SMITH BROWN, PLLC
8144 Walnut Hill Lane, Suite 1080
Dallas, Texas 75231
abel@ssbtxlaw.com

Hudson M. Jobe
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
hjobe@jobelawpllc.com

Cody Simmons
400 13th Street
Canyon, Texas 79015
cody@ssbtxlaw.com

Cory and Dwight Jesko
3970 FM 1057
Hereford, Texas 79045
jeskopatty@gmail.com
cory.jesko@gmail.com

Steven L. Hoard
MULLIN HOARD & BROWN, LLP
P.O. Box 31656
Amarillo, Texas 79120
shoard@mhba.com

David LeBas
NAMAN HOWELL SMITH & LEE, PLLC
8310 N. Capital of Texas Hwy., Ste. 490
Austin, Texas 78731
dlebas@namanhowell.com
rbarr@namanhowell.com

By:    /s/ Joseph H. Mattingly III
       JOSEPH H. MATTINGLY

3