

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 16, 2024**

**United States Bankruptcy Judge**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>    Debtors.[1] | Chapter 7<br><br>CASE NO. 23-20084-rlj<br><br>Jointly Administered |
| RABO AGRIFINANCE LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>ACEY LIVESTOCK, LLC et al.,<br><br>    *Defendants.*[2] | **ADV. PROC. NO. 23-02005-rlj**<br><br>**Honorable Robert L. Jones** |

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

**DEFAULT JUDGMENT AGAINST DEFENDANTS: (1) STAN E. AYERS, JR.; (2) BRENT BURNETT; (3) TERRY BURNETT; (4) ERIC DEJARNATT; (5) JACE HARROLD; (6) JEAN NIX; (7) CHRISTOPHER PRINCE; (8) DAVID RAINEY; (9) MARK J. REISZ; (10) RALPH REISZ; (11) JEFF STARNES; (12) JUSTIN STUEVER; (13) PHILLIP SULLIVAN; (14) NANCY WEDDINGTON; (15) WILLIAM WEDDINGTON; (16) TOM FRITH; (17) JOB E. WHITE; (18) JUSTIN GARWOOD; (19)**

---

[2] The Defendants named in the Complaint are ACEY LIVESTOCK, LLC; MICHAEL ACEY; STAN E. AYERS, JR.; ARNOLD BRAUN TRUST; ARNOLD BRAUN; ROBERT BRAUN; BAR D RANCH LAND & CATTLE LLC; N. TERRY DICKS; BARRETT'S LIVESTOCK INC.; DON RALPH BARRETT; BELLA ELEGANCE LLC; BIG SEVEN CAPITAL PARTNERS, LLC; DORA BLACKMAN; BRYAN BLACKMAN; EDDIE BRYANT; BRENT BURNETT; JOE BURNETT; TERRY BURNETT; BUSS FAMILY TRUST; EDWIN D. BUSS; DENNIS BUSS; C HEART RANCH, LLC; COLETTE LESH; CARRAWAY CATTLE, LLC; RICHARD CARRAWAY; CURTIS JONES FARMS; DAC83 LLC; ERIC DeJARNATT; DON JONES FARM, INC.; DON JONES TRUCKING, INC.; DUFURRENA CUTTING HORSES; EDWARD LEWIS DUFURRENA; RIETA MAY DUFURRENA; ROBERT ELLIS; MICHAEL EVANS; DOUG FINLEY; GARWOOD CATTLE CO.; JUSTIN GARWOOD; GENE BROOKSHIRE FAMILY, LP; JOEL BROOKSHIRE; GRAY BROTHERS CATTLE; ROBERT GRAY; RONNIE GRAY; JIMMY GREER; GUNGOLL CATTLE, LLC; BRADLEY GUNGOLL; LEAH GUNGOLL; JACE HARROLD; HINES CATTLE COMPANY, LLC; HINES FARMS, LLC; A.J. JACQUES LIIVING TRUST; CORY JESKO; DWIGHT JESKO, JOANN & KEITH BROOKS d/b/a BROOKS FARMS; LARRY KEITH; DUSTIN JOHNSON; DAVID JOHNSON; KINSEY JONES; KINGDOM TRUST; JAMES MCCUAN; KEITH HARRIS; JANICE LAWHON; JAN LESH; MORRISON CAFÉ, LLC; LESH FAMILY TRUST; GARY LESH; JARED LESH; JORDAN LESH, LLC; LFC CATTLE; CHARLES LOCKWOOD; COLE LOCKWOOD; SHERLE LOCKWOOD; NIKKI LOCKWOOD; MAP ENTERPRISES; MIKE GOURLEY;NATALIE MARTUS; JEAN NIX; OPEN A ARENA LLC; BARRY PHILLIPS; DREW PHILLIPS; PRIEST CATTLE COMPANY LTD; PRIEST VICTORY INVESTMENT LLC; CHRISTOPHER PRINCE; PRODUCERS LIVESTOCK COMMISSION; SONNY BARTHOLD; DAVID RAINEY; RAPP RANCH; MARK J. REISZ; RALPH REISZ; RIDGEFIELD CAPITAL ASSET MANAGEMENT; JIM GIORDANO; RILEY LIVESTOCK, INC.; ANGIE ROBINSON; RICK RODGERS; STEVE RYAN; JIM RININGER; SCARLET & BLACK CATTLE, LLC; COLTON LONG; SCOTT LIVESTOCK COMPANY; SHAW & SHAW FARMS PARTNERSHIP LLC; THE UNIVERSITY OF FLORIDA; ROBERT J. SPRING; STARNES CATTLE; JEFF STARNES; EDDIE STEWART; ROBERT STEWART; RACHEL STEWART; SCOTT E. STEWART; STEVE T SCOTT FARMS, INC.; JUSTIN STUEVER; PHILLIP SULLIVAN; AMY SUTTON; CRAIG SUTTON; TGF RANCH LLC; TOM FRITH; THORLAKSON DIAMOND T FEEDERS, L.P.; JOHN TIDWELL; MYKEL TIDWELL; TINDAL TRUCK SALES; JOHN TINDAL; JANET VANBUSKIRK; LYNDAL VANBUSKIRK; SUSAN VAN BUSKIRK; COLBY VANBUSKIRK; CAMERON WEDDINGTON; NANCY WEDDINGTON; WILLIAM WEDDINGTON; WILDFOREST CATTLE COMPANY LLC; WILEY ROBY RUSSELL, JR. as TRUSTEE OF THE W. ROBBIE RUSSELL LIVING TRUST; WJ PERFORMANCE HORSES, INC.; JOB WHITE; and KENT RIES, in his capacity as CHAPTER 7 TRUSTEE OF THE DEBTORS' CONSOLIDATED BANKRUPTCY ESTATE.

## JOANN & KEITH BROOKS D/B/A/ BROOKS FARMS; (20) LARRY KEITH; & (21) JAMES MCCUAN

Pursuant to Federal Rule of Civil Procedure 55(b)(2), made applicable in the above-entitled adversary proceeding by Federal Rule of Bankruptcy Procedure 7055, and based upon the Plaintiff's *Motion for Entry of Default Judgment Against Defendants: (1) Stan E. Ayers, Jr.; (2) Brent Burnett; (3) Terry Burnett; (4) Eric Dejarnatt; (5) Jace Harrold; (6) Jean Nix; (7) Christopher Prince; (8) David Rainey; (9) Mark J. Reisz; (10) Ralph Reisz; (11) Jeff Starnes; (12) Justin Stuever; (13) Phillip Sullivan; (14) Nancy Weddington; (15) William Weddington; (16) Tom Frith; (17) Job E. White; (18) Justin Garwood; (19) Joann & Keith Brooks D/B/A/ Brooks Farms; (20) Larry Keith; & (21) James McCuan* (the "**Motion**") filed on July 25, 2024, by Plaintiff Rabo AgriFinance LLC ("**Plaintiff**"), in the above-entitled adversary proceeding, and the other pleadings and papers of record and on file in this case—including, but not limited to, the Plaintiff's First Amended Complaint, the Proofs of Service, the Declaration of the Plaintiff's counsel Matthew M. Cannon, and the Default Certificates entered by the Clerk of the Court, and for good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.      Judgment shall be, and it hereby is, entered in favor of the Plaintiff against each of Defendants Stan E. Ayers, Jr., Brent Burnett, Terry Burnett, Eric Dejarnatt, Jace Harrold, Jean Nix, Christopher Prince, David Rainey, Mark J. Reisz, Ralph Reisz, Jeff Starnes, Justin Stuever, Phillip Sullivan, Nancy Weddington, William Weddington, Tom Frith, Job E. White, Justin Garwood, Joann & Keith Brooks d/b/a Brooks Farms, Larry Keith and James McCuan (collectively, the "**Defaulted Defendants**") as follows on Plaintiff's First, Second and Third

Claims for Relief, and the Court hereby enters the following declaratory rulings regarding those claims as they relate to the Defaulted Defendants:[3]

A.      The claims that the Defaulted Defendants have filed or asserted with the United States Department of Agriculture, Packers & Stockyards Division asserting claims (the "**Dealer Trust Claims**") against McClain Feed Yard, Inc., McClain Farms, Inc, 7M Cattle Feeders, Inc. and/or Brian McClain (collectively, the "**McClain Debtors**") under 7 U.S.C. § 217b (the "**Dealer Trust Statute**") are not valid claims under the Dealer Trust Statute.

B.      The Defaulted Defendants' Dealer Trust Claims are not valid and are not payable under the Dealer Trust Statute.

C.      The Defaulted Defendants are not entitled to any funds or payments as a trust fund claimant or secured creditor under the Dealer Trust Statute.

D.      The preliminary decision of the United States Department of Agriculture, Packers & Stockyards Division, to disallow the Defaulted Defendants' Dealer Trust Claims is affirmed, and the Defaulted Defendants have no rights against the McClain Debtors or their bankruptcy estates under the Dealer Trust Statute.

E.      If and to the extent the Defaulted Defendants have claims against the McClain Debtors related to the subject matter of their Dealer Trust Claims, those claims are, at most, general unsecured claims against the bankruptcy estate, and are not secured claims or trust claims.

---

[3] At the August 14, 2024 docket call on the Motion, Plaintiff requested that Defendant John Tindall be removed from the list of Defaulted Defendants.  The Court agreed to that request. Accordingly, although the Motion seeks relief against Defendant John Tindall, he has been excluded from the list of Defaulted Defendants.

DEFAULT JUDGMENT AGAINST VARIOUS DEFENDANTS

2.      Except as set forth above, all other requests for declaratory relief in Plaintiff's

Complaint against the Defaulted Defendants, if any, are denied as moot and are dismissed.

3.      Plaintiff is hereby awarded its recoverable costs and expenses, if any.

***************END OF ORDER*************

*Submitted by:*

*/s/ Michael R. Johnson, Esq.*
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email:  mjohnson@rqn.com
Counsel for Plaintiff