


**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 16, 2024**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>Debtors.[1] | Chapter 7<br><br>CASE NO. 23-20084-rlj<br><br>Jointly Administered |
| RABO AGRIFINANCE LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>ACEY LIVESTOCK, LLC et al.,<br><br>*Defendants.*[2] | **ADV. PROC. NO. 23-02005-rlj**<br><br>**Honorable Robert L. Jones** |

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

**DEFAULT JUDGMENT AGAINST VARIOUS DEFENDANTS**

PAGE 1

**DEFAULT JUDGMENT AGAINST DEFENDANTS: (1) STAN E. AYERS, JR.; (2) BRENT BURNETT; (3) TERRY BURNETT; (4) ERIC DEJARNATT; (5) JACE HARROLD; (6) JEAN NIX; (7) CHRISTOPHER PRINCE; (8) DAVID RAINEY; (9) MARK J. REISZ; (10) RALPH REISZ; (11) JEFF STARNES; (12) JUSTIN STUEVER; (13) PHILLIP SULLIVAN; (14) NANCY WEDDINGTON; (15) WILLIAM WEDDINGTON; (16) TOM FRITH; (17) JOB E. WHITE; (18) JUSTIN GARWOOD; (19)**

---

[2] The Defendants named in the Complaint are ACEY LIVESTOCK, LLC; MICHAEL ACEY; STAN E. AYERS, JR.; ARNOLD BRAUN TRUST; ARNOLD BRAUN; ROBERT BRAUN; BAR D RANCH LAND & CATTLE LLC; N. TERRY DICKS; BARRETT'S LIVESTOCK INC.; DON RALPH BARRETT; BELLA ELEGANCE LLC; BIG SEVEN CAPITAL PARTNERS, LLC; DORA BLACKMAN; BRYAN BLACKMAN; EDDIE BRYANT; BRENT BURNETT; JOE BURNETT; TERRY BURNETT; BUSS FAMILY TRUST; EDWIN D. BUSS; DENNIS BUSS; C HEART RANCH, LLC; COLETTE LESH; CARRAWAY CATTLE, LLC; RICHARD CARRAWAY; CURTIS JONES FARMS; DAC83 LLC; ERIC DeJARNATT; DON JONES FARM, INC.; DON JONES TRUCKING, INC.; DUFURRENA CUTTING HORSES; EDWARD LEWIS DUFURRENA; RIETA MAY DUFURRENA; ROBERT ELLIS; MICHAEL EVANS; DOUG FINLEY; GARWOOD CATTLE CO.; JUSTIN GARWOOD; GENE BROOKSHIRE FAMILY, LP; JOEL BROOKSHIRE; GRAY BROTHERS CATTLE; ROBERT GRAY; RONNIE GRAY; JIMMY GREER; GUNGOLL CATTLE, LLC; BRADLEY GUNGOLL; LEAH GUNGOLL; JACE HARROLD; HINES CATTLE COMPANY, LLC; HINES FARMS, LLC; A.J. JACQUES LIIVING TRUST; CORY JESKO; DWIGHT JESKO, JOANN & KEITH BROOKS d/b/a BROOKS FARMS; LARRY KEITH; DUSTIN JOHNSON; DAVID JOHNSON; KINSEY JONES; KINGDOM TRUST; JAMES MCCUAN; KEITH HARRIS; JANICE LAWHON; JAN LESH; MORRISON CAFÉ, LLC; LESH FAMILY TRUST; GARY LESH; JARED LESH; JORDAN LESH, LLC; LFC CATTLE; CHARLES LOCKWOOD; COLE LOCKWOOD; SHERLE LOCKWOOD; NIKKI LOCKWOOD; MAP ENTERPRISES; MIKE GOURLEY; NATALIE MARTUS; JEAN NIX; OPEN A ARENA LLC; BARRY PHILLIPS; DREW PHILLIPS; PRIEST CATTLE COMPANY LTD; PRIEST VICTORY INVESTMENT LLC; CHRISTOPHER PRINCE; PRODUCERS LIVESTOCK COMMISSION; SONNY BARTHOLD; DAVID RAINEY; RAPP RANCH; MARK J. REISZ; RALPH REISZ; RIDGEFIELD CAPITAL ASSET MANAGEMENT; JIM GIORDANO; RILEY LIVESTOCK, INC.; ANGIE ROBINSON; RICK RODGERS; STEVE RYAN; JIM RININGER; SCARLET & BLACK CATTLE, LLC; COLTON LONG; SCOTT LIVESTOCK COMPANY; SHAW & SHAW FARMS PARTNERSHIP LLC; THE UNIVERSITY OF FLORIDA; ROBERT J. SPRING; STARNES CATTLE; JEFF STARNES; EDDIE STEWART; ROBERT STEWART; RACHEL STEWART; SCOTT E. STEWART; STEVE T SCOTT FARMS, INC.; JUSTIN STUEVER; PHILLIP SULLIVAN; AMY SUTTON; CRAIG SUTTON; TGF RANCH LLC; TOM FRITH; THORLAKSON DIAMOND T FEEDERS, L.P.; JOHN TIDWELL; MYKEL TIDWELL; TINDAL TRUCK SALES; JOHN TINDAL; JANET VANBUSKIRK; LYNDAL VANBUSKIRK; SUSAN VAN BUSKIRK; COLBY VANBUSKIRK; CAMERON WEDDINGTON; NANCY WEDDINGTON; WILLIAM WEDDINGTON; WILDFOREST CATTLE COMPANY LLC; WILEY ROBY RUSSELL, JR. as TRUSTEE OF THE W. ROBBIE RUSSELL LIVING TRUST; WJ PERFORMANCE HORSES, INC.; JOB WHITE; and KENT RIES, in his capacity as CHAPTER 7 TRUSTEE OF THE DEBTORS' CONSOLIDATED BANKRUPTCY ESTATE.

**JOANN & KEITH BROOKS D/B/A/ BROOKS FARMS; (20) LARRY KEITH; & (21) JAMES MCCUAN**

Pursuant to Federal Rule of Civil Procedure 55(b)(2), made applicable in the above-entitled adversary proceeding by Federal Rule of Bankruptcy Procedure 7055, and based upon the Plaintiff's *Motion for Entry of Default Judgment Against Defendants: (1) Stan E. Ayers, Jr.; (2) Brent Burnett; (3) Terry Burnett; (4) Eric Dejarnatt; (5) Jace Harrold; (6) Jean Nix; (7) Christopher Prince; (8) David Rainey; (9) Mark J. Reisz; (10) Ralph Reisz; (11) Jeff Starnes; (12) Justin Stuever; (13) Phillip Sullivan; (14) Nancy Weddington; (15) William Weddington; (16) Tom Frith; (17) Job E. White; (18) Justin Garwood; (19) Joann & Keith Brooks D/B/A/ Brooks Farms; (20) Larry Keith; & (21) James McCuan* (the "**Motion**") filed on July 25, 2024, by Plaintiff Rabo AgriFinance LLC ("**Plaintiff**"), in the above-entitled adversary proceeding, and the other pleadings and papers of record and on file in this case—including, but not limited to, the Plaintiff's First Amended Complaint, the Proofs of Service, the Declaration of the Plaintiff's counsel Matthew M. Cannon, and the Default Certificates entered by the Clerk of the Court, and for good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1.  Judgment shall be, and it hereby is, entered in favor of the Plaintiff against each of Defendants Stan E. Ayers, Jr., Brent Burnett, Terry Burnett, Eric Dejarnatt, Jace Harrold, Jean Nix, Christopher Prince, David Rainey, Mark J. Reisz, Ralph Reisz, Jeff Starnes, Justin Stuever, Phillip Sullivan, Nancy Weddington, William Weddington, Tom Frith, Job E. White, Justin Garwood, Joann & Keith Brooks d/b/a Brooks Farms, Larry Keith and James McCuan (collectively, the "**Defaulted Defendants**") as follows on Plaintiff's First, Second and Third

Claims for Relief, and the Court hereby enters the following declaratory rulings regarding those claims as they relate to the Defaulted Defendants:[3]

    A.    The claims that the Defaulted Defendants have filed or asserted with the United States Department of Agriculture, Packers & Stockyards Division asserting claims (the "**Dealer Trust Claims**") against McClain Feed Yard, Inc., McClain Farms, Inc, 7M Cattle Feeders, Inc. and/or Brian McClain (collectively, the "**McClain Debtors**") under 7 U.S.C. § 217b (the "**Dealer Trust Statute**") are not valid claims under the Dealer Trust Statute.

    B.    The Defaulted Defendants' Dealer Trust Claims are not valid and are not payable under the Dealer Trust Statute.

    C.    The Defaulted Defendants are not entitled to any funds or payments as a trust fund claimant or secured creditor under the Dealer Trust Statute.

    D.    The preliminary decision of the United States Department of Agriculture, Packers & Stockyards Division, to disallow the Defaulted Defendants' Dealer Trust Claims is affirmed, and the Defaulted Defendants have no rights against the McClain Debtors or their bankruptcy estates under the Dealer Trust Statute.

    E.    If and to the extent the Defaulted Defendants have claims against the McClain Debtors related to the subject matter of their Dealer Trust Claims, those claims are, at most, general unsecured claims against the bankruptcy estate, and are not secured claims or trust claims.

---

[3] At the August 14, 2024 docket call on the Motion, Plaintiff requested that Defendant John Tindall be removed from the list of Defaulted Defendants. The Court agreed to that request. Accordingly, although the Motion seeks relief against Defendant John Tindall, he has been excluded from the list of Defaulted Defendants.

    2.    Except as set forth above, all other requests for declaratory relief in Plaintiff's Complaint against the Defaulted Defendants, if any, are denied as moot and are dismissed.

    3.    Plaintiff is hereby awarded its recoverable costs and expenses, if any.

*************END OF ORDER*************

*Submitted by:*

*/s/ Michael R. Johnson, Esq.*
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Counsel for Plaintiff

United States Bankruptcy Court
Northern District of Texas

Rabo AgriFinance LLC,
    Plaintiff

Acey Livestock, LLC,
    Defendant

Adv. Proc. No. 23-02005-rlj

# CERTIFICATE OF NOTICE

District/off: 0539-2      User: admin      Page 1 of 4
Date Rcvd: Aug 19, 2024      Form ID: pdf023      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Aug 19 2024 21:23:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 19 2024 21:23:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abel Angel Leal | on behalf of Defendant A.J. Jacques Living Trust abel@ssbtxlaw.com abel@leal.law |
| David L. LeBas | on behalf of Defendant Thorlakson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com |
| Dawn Whalen Theiss | on behalf of Interested Party mp U.S. Department of Agriculture dawn.theiss@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Aug 19, 2024 | Form ID: pdf023 | Total Noticed: 2 |

| | |
|---|---|
| | brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov |
| Hudson M. Jobe | on behalf of Trustee Kent Ries hjobe@jobelawpllc.com cswoveland@jobelawpllc.com |
| John F. Massouh | on behalf of Defendant Gray Brothers Cattle john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Arnold Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Scarlet & Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Robert J. Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Janet VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Scott Livestock Company john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Susan VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Lyndal VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Colton Long john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |

Case 23-02005-rlj  Doc 189  Filed 08/21/24  Entered 08/21/24 23:09:47  Desc
Imaged Certificate of Notice  Page 8 of 9

| District/off: 0539-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: pdf023 | Total Noticed: 2 |

John F. Massouh
    on behalf of Defendant Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Robert Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Bradley Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Colby VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant A.J. Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Edwin D. Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Steve T Scott Farms  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

Joseph H Mattingly
    on behalf of Defendant Michael Acey joe@mattinglylawoffices.com

Joseph H Mattingly
    on behalf of Defendant Barrett's Livestock Inc. joe@mattinglylawoffices.com

Joseph H Mattingly
    on behalf of Defendant Acey Livestock  LLC joe@mattinglylawoffices.com

Joseph H Mattingly
    on behalf of Defendant Don Ralph Barrett joe@mattinglylawoffices.com

Kent David Ries
    on behalf of Defendant Kent Ries kent@kentries.com

Michael R. Johnson
    on behalf of Plaintiff Rabo AgriFinance LLC mjohnson@rqn.com  asanchez@rqn.com;docket@rqn.com

Rachel E Barr
    on behalf of Defendant Thorlakson Diamond T Feeders  LP rbarr@namanhowell.com

Steven Lee Hoard
    on behalf of Defendant Hines Farms  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 19, 2024 | Form ID: pdf023 | Total Noticed: 2 |

Steven Lee Hoard
    on behalf of Defendant Don Jones Farm Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Don Jones Trucking Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Riley Livestock Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Shaw & Shaw Farms Partnership LLC shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant N. Terry Dicks shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Bar D Ranch Land & Cattle LLC shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Kinsey Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Curtis Jones Farms shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Hines Cattle Company LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Todd Jeffrey Johnston
    on behalf of Defendant Angie Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

TOTAL: 68