***Demonstrative for RAF's Motion for Partial Summary Judgment dated 9-24-24***

| Appendix Pages | Subject Defendants | Claim(s) Amount* | Documentation | "Sale" Date(s) | Claim Date |
|---|---|---|---|---|---|
| 7-37 | Dennis Buss | $400,656.77 | Bill Tables, Projected Close Outs ("PCO"). Payment to MFY for investment/purchase. Alleged "sell" date in the future. | April 14, 2023 June 1, 2023 | April 24, 2023 |
|  | Buss Family Trust Edwin D. Buss | $487,511.05 | Bill Tables, PCOs, Invoice. Payment to MFY for investment/purchase. Alleged "sell" dates in the future. | April 4, 2023 June 6, 2023 July 29, 2023 (2x) | April 2023 |
| 38-45 | Eddie Bryant | $282,119.21 | Bill Table and PCO. Payment to MFY for investment/purchase. | April 14, 2023 | April 2023 |
| 46-56 | Gray Brothers Cattle Robert Gray Ronnie Gray | $483,945.93 | 5 Bill Tables dated 1/10/23 (same date as the alleged "sales"). | Jan. 10, 2023 (5x) | April 25, 2023 |
| 57-67 | Craig and Amy Sutton | $518,382.21 | 2 Bill Tables, Invoice, 2 PCOs. Payment to MFY for investment/purchase. Future "sale" date. | March 31, 2023 July 31, 2023 | April 24, 2023 |
| 68-78 | Steve Ryan | $278,051.87 | 2 Bill Tables and 2 PCOs. Payment to MFY for investment/purchase. | April 14, 2023 | April 24, 2023 |
| 79-87 | Janice Lawhon | $189,965.10 | Bill Table and PCO. Payment to MFY for investment/purchase. Future "sale" date. | July 26, 2023 | April 24, 2023 |
| 88-113 | A.J. Jacques Living Trust | $393,051.49 | 2 Feeding Agreements, 4 Bill Tables, 4 PCOs, 2 Close Outs ("CO"). | January 6, 2023 | May 3, 2023 |

***Demonstrative for RAF's Motion for Partial Summary Judgment dated 9-24-24***

| Appendix Pages | Subject Defendants | Claim(s) Amount* | Documentation | "Sale" Date(s) | Claim Date |
|---|---|---|---|---|---|
| | | | Payment *to* MFI for investment/purchase. Bad check from MFI for $26,997.32. | | |
| 114-128 | Gungoll Cattle, LLC Bradley Gungoll | $495,648.89 | 4 Invoices *from* MFY dated 1/6/23 (same date as alleged "sales"). | January 6, 2023 (4x) | May 3, 2023 |
| | Leah Gungoll | $150,852.24 | Invoice *from* MFY dated 1/6/23 (same date as alleged "sale"). | January 6, 2023 | May 3, 2023 |
| | Jan and Gary Lesh Morrison Café, LLC | $323,749.84 | Explanatory Letter of 4/24/23. 2 Bill Tables, PCO, texts with B. McClain. Transaction table of investments. | April 13, 2023 ("delivered") April 24, 2023 ("delivered") | April 24, 2023 |
| 129-176 | Lesh Family Trust Jordan Lesh, LLC Jared Lesh | 6,935,790.27 | 2 Checks from MFI. 13 Bill Tables, 14 Close Outs, 4 Invoices *from* MFY. | April 1, 2023 (check date) April 18, 2023 (check date) | April 25, 2023 |
| 177-186 | Gene Brookshire Family, LP | $6,529,887.87 | No document other than Notice. | April 14, 2023 (17x) | April 28, 2023 |
| | Joel Brookshire | $311,385.13 | No document other than Notice. | April 10, 2023 | April 28, 2023 |
| 187-193 | Doug Finley | $129,582.40 | Invoice *from* MFI to Doug Finley for *his* investment/purchase. | April 18, 2023 | April 24, 2023 |

***Demonstrative for RAF's Motion for Partial Summary Judgment dated 9-24-24***

| Appendix Pages | Subject Defendants | Claim(s) Amount* | Documentation | "Sale" Date(s) | Claim Date |
|---|---|---|---|---|---|
| | | | The alleged "sales" amount was the Projected Close Out "Sold" figure, not Profit plus Cost. | | |
| **194-221** | Scarlet & Black Cattle, LLC<br>Colton Long | $3,707,039.52 | MFI Colton Long Inventory and valuation table.<br>8 Feeding Agreements, 12 Bill Tables, and 1 Invoice *from* MFY.<br>"Expected" sell dates. | "exp. sell date(s)" of April 8, 9, 15, 16, 21, & 28, 2023. | April 24, 2023 |
| | | | 2 Invoices from SLC to MFI. (4-12-23) | April 12, 2023 | April 24, 2023 |
| **222-269** | Scott Livestock Company<br>Steve T. Scott Farms, Inc. | $5,059,256.37 | 11 invoices from SLC to MFI. (All invoices dated April 25, 2023).<br>10 Livestock Contracts (Dec. 2022 through Feb. 2023).<br>4 Invoices from MFY; 3 Bill Tables; texts with B. McClain.<br>Multiple Payments to MFY. | April 25, 2023 (12x) | April 25, 2023 |
| **270-285** | Robert J. Spring | $149,812.73 | Payment *to* MFY for investment/purchase.<br>2 Bill Tables, 2 PCOs, CO. Feeding Agreement and related correspondence (appears to be original/first agreement). Internal correspondence addressing investment scheme. | July 7, 2022 | April 25, 2023 |
| **286-290** | Michael Evans | $200,812.14 | Payment *to* MFY (for claim amount).<br>Bill Table (Total Cost is the investment amount/claim amount) | February 8, 2023 | April 27, 2023 |

***Demonstrative for RAF's Motion for Partial Summary Judgment dated 9-24-24***

| Appendix Pages | Subject Defendants | Claim(s) Amount* | Documentation | "Sale" Date(s) | Claim Date |
|---|---|---|---|---|---|
| **291-304** | Charles, Cole, Nikki, and/or Sherle Lockwood | $655,789.90 | 2 Feeding Agreements, 2 Invoices *from* MFY, 2 PCOs, 2COs. 2 bad checks from MFI. | April 5, 2023 | April 24, 2023 |
| | Janet VanBuskirk | $484,475.35 | 2 Feeding Agreements, Bill Table, 3 PCOs, 2 COs, 2 Invoices *from* MFY. Bad check from MFI of 4-3-23. 5 payment documents *to* MFY for investment/purchase. | December 20, 2022 March 1, 2023 April 3, 2023 | April 28, 2023 |
| **305-396** | Lyndal VanBuskirk | $4,766,092.78 | 15 Feeding Agreements, 12 PCOs, 4 COs, 2 Bill Tables, 12 Invoices *from* MFY. Payments *to* MFY for investment/purchase. 2 bad checks from MFI. | Feb. 28, 2023; March 17, 21, 22, 24, 2023; April 5, 2023. | April 28, 2023 |
| | Susan and Colby VanBuskirk | $601,206.21 | 4 Feeding Agreements, 4 PCOs, 4 Invoices *from* MFY. Payment *to* MFY for investment/purchase. | March 31, 2023 (4x) | April 28, 202 |
| **397-406** | Jimmy Greer | $354,918.73 | 2 Invoices *from* MFY; Payments *to* MFY for investment/purchase. (Claim amount is same as investment amount). | March 30, 2023 | Undated |
| **407-414** | Dustin Johnson | $213,446.78 | Bill Table. (Dated January 6, 2023) | January 6, 2023 | April 2023 |
| **415-428** | Dora Blackman | $53,651.36 | Letter; Feeding Agreement; PCO. | March 28, 2023 | April 26, 2023 |

4

***Demonstrative for RAF's Motion for Partial Summary Judgment dated 9-24-24***

| Appendix Pages | Subject Defendants | Claim(s) Amount* | Documentation | "Sale" Date(s) | Claim Date |
|---|---|---|---|---|---|
| | | | Invoice *from* MFY (same amount as claim amount). Documents showing prior investments. Text messages with B. McClain. | | |
| **429-452** | Cory Jesko | $84,504.22 | Feeding Agreement of 3/17/20 (probably a typo and was in 2023), Bill Table; Payment *to* MFY for investment/purchase. Text messages. | No sale date provided. | May 15, 2023 |
| | Dwight Jesko | $309,548.16 | Bill Table, PCO. Payment *to* MFY for investment/purchase. Text messages. | No sale date provided. | May 17, 2023 |
| **453-458** | Angie Robinson | $200,729.43 | Invoice *from* MFY to Ms. Robinson for investment/purchase amount. (Claim date and amount same as Invoice.) Payment *to* MFY for investment/purchase. | March 21, 2023 | May 8, 2023 |
| | Curtis Jones Farms | $2,208,532.93 | 5 Invoices *from* MFY to Curt Jones. Bad check from MFI. (handwriting). | April 6, 2023 (bad check). | April 26, 2023 |
| **459-496** | Don Jones Farm, Inc. | $7,673,566.08 | 12 Invoices from MFY to Don Jones. Bad check from MFI. (handwriting). | April 6, 2023 | April 26, 2023 |
| | Don Jones Trucking, Inc. | $1,250,833.14 | 4 Invoices from MFY to Don Jones. | | April 26, 2023 |

***Demonstrative for RAF's Motion for Partial Summary Judgment dated 9-24-24***

| Appendix Pages | Subject Defendants | Claim(s) Amount* | Documentation | "Sale" Date(s) | Claim Date |
|---|---|---|---|---|---|
| | Kinsey Jones | $353,831.49 | Invoice from MFY to Curt and Kinsey Jones. | (investment dates) | April 26, 2023 |
| 497-508 | Hines Cattle Company, LLC | $297,963.18 | 2 Notices, each alleging six investments from August 2 to October 10, 2022. | (investment date) | April 21, 2023 |
| | Hines Farms, LLC | $307,963.19 | Settlement Sheets and returned checks. Correspondence from S. Hines to B. McClain and MFI. | April 5, 2023 | |
| 509-565 | Thorlakson Diamond T Feeders, LP | $9,997,067.88 | Table showing Lot ID, Arrival Date, Sex, Head In, Weight, and Cost. 17 Feeding Agreements, 15 Bill Tables, 13 Invoices *from* MFY. MFY Thorlakson Inventory Table. | Not provided "We are not certain about the disposition of these cattle at this time." | April 26, 2023 |

*The "Claim(s) Amount" listed for the Subject Defendants is the claim amount contained in the USDA Workbook. (App. 719-31.)

The **USDA Report** can be found at **App. 566-731**.

**RECEIVED**
Apr 24, 2023

By Zachary Reding

USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

April 24, 2023

McClain Feed Yard, Inc.           7M Feeders, Inc.              McClain Farms, Inc.
320 Schley Street                 4010 FM 1057                 3231 Vanzora Rd.
Hereford, Texas 79045             Hereford, Texas 79045        Benton, Kentucky 42025

Riley Livestock, Inc.             Brian McClain
250 Brittian Rd                   824 Mullins Lane
Mayfield, Kentucky 42066          Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

    This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 4-14-2023 | 196 206.34 |
| 6-01-2023 | 204 450.43 |
|  |  |
|  |  |
|  |  |
|  |  |

    For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

    As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _Dn. Bur_

Title: _Owner_

Printed Name: _Dennis Buss_

Company Name: _Dennis Buss_

Address: _403 E Grand Tonkawa OK. 74653_

Telephone Number: _580-628-0270_

Email: _Dennisbusse SBCGlobal. Net_

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

> **RECEIVED**
> Apr 24, 2023
>
> By Zachary Reding
> **USDA, AMS, FTPP, PSD
> WESTERN REGIONAL OFFICE**

| For Bank Use Only – Taxpayer Identification Number | For Bank Use Only – Account Number | Type |
|---|---|---|
| ▮4114 | ▮4864 | D |

**RCB BANK**
P.O Box 189
Claremore, OK 74018-0189
MEMBER FDIC

| DATE / TIME: | 12/13/2022 8:10:17 AM |
|---|---|

Cutoff time: Domestic 2:00 pm CST
Foreign 1:00 pm CST

## WIRE TRANSFER FORM

THIS FORM MUST BE COMPLETED IN ITS ENTIRETY – ATTACH ALL SUPPORTING DOCUMENTATION AND RETAIN FOR FIVE YEARS.

**Request received:** In Person

**EXECUTION DATE** 12/13/2022 8:10:17 AM
(if different from date requested)

**AMOUNT OF TRANSFER:** $ 150703.19
(Must be Collected Funds)

☐ Foreign Wire          Wire Fee: $ 7.50

**ORIGINATOR'S INFORMATION:**

| | |
|---|---|
| RCB Bank Account Number: | ▮4864 |
| Name: | Dennis Lee Buss |
| Taxpayer Identification Number: | ▮4114 |
| Street Address (Cannot Use P.O. Box): | 408 E Grand Ave |
| City, State, Zip Code: | Tonkawa  OK  746533540 |
| Photo Identification: | Driver's License |
| (for in person requests only) Issuer: | OK    Number: ▮8652 |

**BENEFICIARY INFORMATION:**

| | |
|---|---|
| Beneficiary Account Number: | ▮0197 |
| Beneficiary's Name: | Mcclain Feed Yard Inc |
| Street Address (Cannot Use P.O. Box): | 824 Mullins Lane |
| City, State, Zip Code: | Benton, KY 42025 |
| Intermediary Bank (if known):  ABA | |
| Name-City-State-Zip-Country | |
| Beneficiary Bank:  ABA | 122238420 |
| Name of Bank | Merck Bk Walnut Cr |
| Address-City-State-Zip-Country | |

**ORIGINATOR TO BENEFICIARY INFORMATION:**

158 hfrs @ 581.70lbs @ $1.6397/lb: $150,703.19

*Buss*

Collected Balance: ~~$36,461.12~~    $187,164.31

**Callback Information:**

Callback Phone Number:
Person Spoke with:
Validation Questions: of 6 answered correctly

Originator authorizes the release of information to any third party used in executing the payment order and completing the transaction.

Originator assumes full responsibility for the funds transferred and warrants the transaction does not violate anti-money laundering regulations, Office of Foreign Assets Control (OFAC) rules, or other laws. Originator also understands that RCB Bank has an obligation to assist in the enforcement of these statutes and must take appropriate actions if there is reason to believe a transaction may violate any laws.

CUSTOMER'S SIGNATURE

jtiemann@BankRCB.net
EMPLOYEE ACCEPTING          EMPLOYEE POSTING

Wire Approved Electronically
APPROVING OFFICER

Revised 2/2016 RCB Wire Transfer Form (BaKWF Pdf)

**BENEFICIARY INFORMATION:**

Beneficiary Account Number: 0197

Beneficiary's Name: MCCLAIN FEED YARD INC

Street Address (Cannot Use P.O. Box): 824 MULLINS LANE

City, State, Zip Code: BENTON, KY 42025

Intermediary Bank (if known): ABA

Name-City-State-Zip-Country

Beneficiary Bank: ABA 122238420

Name of Bank MERCH BK WALNUT CR

Address-City-State-Zip-Country

## MCCLAIN FEEDYARD INC.
824 MULLINS LANE

BENTON KY. 42025

**BILL TO:** DENNIS BUSS

12/12/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 158 | H | 91909 | 1.6397 | $150,703.19 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 158 |  |  |  | $150,703.19 |

581.70 lb

## PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 158 |
| COST | 150703.19 |
| BOUGHT WEIGHT | 91909 |
| $ SOLD | 196206.34 |
| SELL WEIGHT | 122450 |
| COST/GAIN | 29013.95 |
| LBS GAINED | 30541 |
| PROFIT | 16489.2 |



| For Bank Use Only – Taxpayer Identification Number | For Bank Use Only – Account Number | Type |
|---|---|---|
| ▮4114 | ▮4864 | D |



P.O. Box 189
Claremore, OK 74018-0189
MEMBER FDIC

| DATE / TIME: | 2/8/2023 8:13:49 AM |
|---|---|
| | Cutoff time: Domestic 2:00 pm CST |
| | Foreign 1:00 pm CST |

## WIRE TRANSFER FORM

**THIS FORM MUST BE COMPLETED IN ITS ENTIRETY – ATTACH ALL SUPPORTING DOCUMENTATION AND RETAIN FOR FIVE YEARS.**

**Request received:** In Person

**EXECUTION DATE**    2/8/2023 8:13:49 AM
(if different from date requested)

☐ Foreign Wire

**AMOUNT OF TRANSFER:**    $ 158170.34
(Must be Collected Funds)

**Wire Fee:**    $ 7.50

### ORIGINATOR'S INFORMATION:

RCB Bank Account Number:    ▮4864
Name:    Dennis Lee Buss
Taxpayer Identification Number:    ▮4114
Street Address (Cannot Use P.O. Box):    403 E Grand Ave
City, State, Zip Code:    Tonkawa  OK  746533540
Photo Identification:    Driver's License
(for in person requests only)    Issuer:    OK    Number:    ▮6652

### BENEFICIARY INFORMATION:

Beneficiary Account Number:    ▮0197
Beneficiary's Name:    Mcclain Feed Yard INC
Street Address (Cannot Use P.O. Box):    824 Mullins Lane
City, State, Zip Code:    Benton, KY 42025
Intermediary Bank (if known):    ABA
Name-City-State-Zip-Country
Beneficiary Bank:    ABA  122238420
Name of Bank    Merch BK Walnut Cr
Address-City-State-Zip-Country

### ORIGINATOR TO BENEFICIARY INFORMATION:

161 hfrs @ 584.60lbs @ $1.6805/lb: $158,170.34

**Collected Balance:** $218,502.91

### Callback Information:

Callback Phone Number:
Person Spoke with:
Validation Questions: of 6 answered correctly

Originator authorizes the release of information to any third party used in executing the payment order and completing the transaction.

Originator assumes full responsibility for the funds transferred and warrants the transaction does not violate anti-money laundering regulations, Office of Foreign Assets Control (OFAC) rules, or other laws. Originator also understands that RCB Bank has an obligation to assist in the enforcement of these statutes and must take appropriate actions if there is reason to believe a transaction may violate any laws.

CUSTOMER'S SIGNATURE

jtiemann@BankRCB.net
EMPLOYEE ACCEPTING

EMPLOYEE POSTING

Wire Approved Electronically
APPROVING OFFICER

Revised 1/2010 RCB Wire Transfer Form (fiaEWF Pdf)

13

BENEFICIARY INFORMATION:

Beneficiary Account Number: 0197

Beneficiary's Name: MCCLAIN FEED YARD INC

Street Address (Cannot Use P.O. Box): 824 MULLINS LANE

City, State, Zip Code: BENTON, KY 42025

Intermediary Bank (if known): ABA

Name-City-State-Zip-Country

Beneficiary Bank: ABA 122238420

Name of Bank MERCH BK WALNUT CR

Address-City-State-Zip-Country

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025                    **BILL TO:** DENNIS BUSS

2/6/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|---|---|---|---|---|
| 161 | H | 94121 | 1.6805 | $158,170.34 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 161 | | | | $158,170.34 |

584.60 lbs

## PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 161 |
| COST | 158170.34 |
| BOUGHT WEIGHT | 94121 |
| $ SOLD | 204450.43 |
| SELL WEIGHT | 124775 |
| COST/GAIN | 29121.3 |
| LBS GAINED | 30654 |
| PROFIT | 17158.79 |

| | |
|---|---|
| **From:** | Dennis L. Buss |
| **To:** | Jones, Thomas - MRP-AMS |
| **Subject:** | [External Email]FW: Supporting documents for Dealer Trust Claim |
| **Date:** | Tuesday, April 25, 2023 5:06:32 PM |
| **Attachments:** | [Untitled].pdf |

---

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

This message was sent securely using Zix®

Thomas: Received your email today in reference to the Dealer Trust Claim. Attached are the two Invoices, Projected Close Outs, Wire verifications forwarding the cost of the cattle to McClain Feed Yard inc., per the invoices. The amount stated in the claim is the projected sales numbers stated within the projections. I have feed cattle with the company/Brian McClain since September 2015, basically 8 years.

Please utilize my personal email address per the claim form. This was a faster email to you, as I wanted to get to you today.

Questions, please let me know.

Thank you in advance for your review.

---

**From:** PRTB2090 <PRTB2090@rcbbank.bank>
**Sent:** Tuesday, April 25, 2023 4:52 PM
**To:** Dennis L. Buss <dennis.buss@rcbbank.bank>
**Subject:** 04252023



Website: RCBbank.bank

**CONFIDENTIALITY NOTICE:** *The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information. This information may be legally protected from disclosure by Federal and State privacy laws. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message including any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*

This message was secured by Zix®.

| From: | Dennis Buss |
|---|---|
| To: | AMS - PSDDesMoinesIA |
| Subject: | [External Email]Fwd: Dealer Trust Notification |
| Date: | Monday, April 24, 2023 4:15:29 PM |
| Attachments: | [Untitled].pdf |

**[External Email]**
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Sent from my iPhone

See attached Dealer Trust Notification. Question, please let me know.

This message was sent securely using Zix®

**CONFIDENTIALITY NOTICE:** *The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information. This information may be legally protected from disclosure by Federal and State privacy laws. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message including any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*

This message was secured by **Zix**®.

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Reding, Zachary - MRP-AMS |
| **Sent:** | Monday, April 24, 2023 4:33 PM |
| **To:** | Meyers, Alexis - MRP-AMS |
| **Cc:** | Fast, Adam - MRP-AMS; Jones, Thomas - MRP-AMS |
| **Subject:** | Brian McClain |
| **Attachments:** | Denn's Buss (OK) Deal Trust Notification.pdf; Steve Ryan (OK) Deal Trust Notification.pdf |

Hello,

I attempted to update the sharepoint with the information from the attached documents, but I could only open the file as a read only.

Sincerely,

 **Zachary J. Reding| Program Assistant**
*USDA | Agricultural Marketing Service | Fair Trade Practices Program*
***Packers & Stockyards Division | Western Regional Office***
3950 Lewiston Street, Ste. 200
Aurora, CO  80011
Phone: (303) 334-9021 |Fax: 303-371-4609
Email: Zachary.Reding@USDA.gov

*Stay connected with USDA:*

 

*USDA Grain Inspection, Packers & Stockyards Administration*

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*



TULSA OK 740

25 APR 2023    PM 1    L

Agricultural Marketing Service
Fair Trade Practices Program
Packers and Stockyards Midwestern Division Regional office
210 Walnut Street Federal Building, Room 317
Des Moines  Iowa 50309

50305823i0

Buss
403 E Grand
Tonkawa OK. 14653



## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

April __, 2023

McClain Feed Yard, Inc.
320 Schley Street
Hereford, Texas 79045

7M Feeders, Inc.
4010 FM 1057
Hereford, Texas 79045

McClain Farms, Inc.
3231 Vanzora Rd.
Benton, Kentucky 42025

Riley Livestock, Inc.
250 Brittian Rd
Mayfield, Kentucky 42066

Brian McClain
824 Mullins Lane
Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 4-14-2023 | 99,857.68 |
| 6-06-2023 | 196,158.82 |
| 7-29-2023 | 92,869.56 |
| 7-29-2023 | 98,630.99 |
| | |
| | |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

APR 28 '23 RCVD
USDA, FTPP, PSD, MRO

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

     As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _Edwin D. Buss_

Title: _Trustee_

Printed Name: _Edwin D. Buss_

Company Name: _Buss Family Trust_

Address: _2228 Crooked Oak Shawnee, Oklahoma 74804_

Telephone Number: _405-590-0718_

Email: _ELBuss@MBO.Net_

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

APR 28 '23 RCVD
USDA FTPP, PSD, MRO

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

**BILL TO:** BUSS FAMILY
TRUST

3/29/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 69 | H | 40296 | 1.9271 | $77,654.42 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  | $0.00 |  |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
| 69 |  |  |  | $77,654.42 |

*Invoiced 3-30-23*

## PROJECTED CLOSE OUT

| | |
|---|---:|
| HEAD | 69 |
| COST | 77654.42 |
| BOUGHT WEIGHT | 40296 |
| $ SOLD | 98630.99 |
| SELL WEIGHT | 53475 |
| COST/GAIN | 12520.05 |
| LBS GAINED | 13179 |
| PROFIT | 8456.52 |

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

**BILL TO:** BUSS FAMILY

3/29/2023    TRUST

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 65 | H | 37810 | 1.929 | $72,935.49 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 65 | | | | $72,935.49 |

wired. 3-30-23

## PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 65 |
| COST | 72935.49 |
| BOUGHT WEIGHT | 37810 |
| $ SOLD | 92869.56 |
| SELL WEIGHT | 50375 |
| COST/GAIN | 11936.75 |
| LBS GAINED | 12565 |
| PROFIT | 7997.32 |

| For Bank Use Only – Taxpayer Identification Number | For Bank Use Only – Account Number | Type |
|---|---|---|
| ▮3693 | ▮2277 | D |



**RCB BANK**
P.O. Box 189
Claremore, OK 74018-0189
MEMBER FDIC

| DATE / TIME: | 3/30/2023 11:57:33 AM |
|---|---|

Cutoff time: Domestic 2:00 pm CST
Foreign 1:00 pm CST

## WIRE TRANSFER FORM

THIS FORM MUST BE COMPLETED IN ITS ENTIRETY – ATTACH ALL SUPPORTING DOCUMENTATION AND RETAIN FOR FIVE YEARS.

**Request received:** Email/Fax/Drawdown

EXECUTION DATE
(if different from date requested)       3/30/2023 11:57:33 AM

AMOUNT OF TRANSFER:
(Must be Collected Funds)       $ 150589.91

☐ Foreign Wire       Wire Fee:       $ 15

### ORIGINATOR'S INFORMATION:

| | |
|---|---|
| RCB Bank Account Number: | ▮2277 |
| Name: | Edwin Dale Buss |
| Taxpayer Identification Number: | ▮3693 |
| Street Address (Cannot Use P.O. Box): | 2228 Crooked Oak |
| City, State, Zip Code: | Shawnee  OK  748040000 |
| Photo Identification: | Not In Person |
| (for in person requests only)  Issuer: | Number: |

### BENEFICIARY INFORMATION:

| | |
|---|---|
| Beneficiary Account Number: | ▮0197 |
| Beneficiary's Name: | MCCLAIN FEED YARD INC |
| Street Address (Cannot Use P.O. Box): | 824 MULLINS LANE |
| City, State, Zip Code: | BENTON, KY 42025 |
| Intermediary Bank (if known):  ABA | |
| Name-City-State-Zip-Country | |
| Beneficiary Bank:  ABA | 122238420 |
| Name of Bank | MERCH BK WALNUT CR |
| Address-City-State-Zip-Country | |

ORIGINATOR TO BENEFICIARY INFORMATION:
65 H @ 37810 LBS 1.929/LB $72,935.49; 69 H @ 40296 LBS 1.9271/LB $77,654.42

**Collected Balance:** $162,519.30

**Callback Information:**

Callback Phone Number: (406)690-0716
Person Spoke with: BAS1606 - Edwin Dale Buss (P)
Validation Questions: 3 of 6 answered correctly

Originator authorizes the release of information to any third party used in executing the payment order and completing the transaction.

Originator assumes full responsibility for the funds transferred and warrants the transaction does not violate anti-money laundering regulations, Office of Foreign Assets Control (OFAC) rules, or other laws. Originator also understands that RCB Bank has an obligation to assist in the enforcement of these statutes and must take appropriate actions if there is reason to believe a transaction may violate any laws.

| CUSTOMER'S SIGNATURE | kloucks@BankRCB.net  EMPLOYEE ACCEPTING | EMPLOYEE POSTING |
|---|---|---|

bcollier@BankRCB.net
APPROVING OFFICER

Revised 2/2010 RCB Wire Transfer Form (JbEWF Fill)

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

**BILL TO:** ED BUSS

2/6/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 154 | H | 90537 | 1.6812 | $152,210.80 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 154 | | | | $152,210.80 |

587.90 /bs.

wird 2-6-23

## PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 154 |
| COST | 152210.8 |
| BOUGHT WEIGHT | 90537 |
| $ SOLD | 196158.82 |
| SELL WEIGHT | 119350 |
| COST/GAIN | 27372.35 |
| LBS GAINED | 28813 |
| PROFIT | 16575.67 |

| For Bank Use Only – Taxpayer Identification Number | For Bank Use Only – Account Number | Type |
|---|---|---|
| ███8693 | ███2277 | D |

**RCB BANK**
P.O. Box 189
Claremore, OK 74018-0189
MEMBER FDIC

| DATE / TIME: | 2/8/2023 9:23:33 AM |
|---|---|
| | Cutoff time: Domestic 2:00 pm CST |
| | Foreign 1:00 pm CST |

## WIRE TRANSFER FORM

THIS FORM MUST BE COMPLETED IN ITS ENTIRETY – ATTACH ALL SUPPORTING DOCUMENTATION AND RETAIN FOR FIVE YEARS.

**Request received:**  Email/Fax/Drawdown

EXECUTION DATE   2/8/2023 9:23:33 AM
(if different from date requested)

AMOUNT OF TRANSFER:    $ 152210.80
(Must be Collected Funds)

☐ Foreign Wire     Wire Fee:     $ 15

**ORIGINATOR'S INFORMATION:**

| | |
|---|---|
| RCB Bank Account Number: | ███2277 |
| Name: | Edwin Dale Buss |
| Taxpayer Identification Number: | ███8693 |
| Street Address (Cannot Use P.O. Box): | 2228 Crooked Oak |
| City, State, Zip Code: | Shawnee  OK  748040000 |
| Photo Identification: | Not In Person |
| (for in person requests only)   Issuer: | Number: |

**BENEFICIARY INFORMATION:**

| | |
|---|---|
| Beneficiary Account Number: | ███0197 |
| Beneficiary's Name: | MCCLAIN FEED YARD INC |
| Street Address (Cannot Use P.O. Box): | 824 MULLINS LANE |
| City, State, Zip Code: | BENTON KY 42025 |
| Intermediary Bank (if known):     ABA | |
| Name-City-State-Zip-Country | |
| Beneficiary Bank:     ABA | 122238420 |
| Name of Bank | MERCH BK WALNUT CR |
| Address-City-State-Zip-Country | |

ORIGINATOR TO BENEFICIARY INFORMATION:
154 HFRS @ 587.90 LBS @ $1.6812/LB

**Collected Balance:** $164,746.32

**Callback Information:**

Callback Phone Number: (405)590-0718
Person Spoke with: BAB1606 - Edwin Dale Buss (P)
Validation Questions: 3 of 6 answered correctly

Originator authorizes the release of information to any third party used in executing the payment order and completing the transaction.

Originator assumes full responsibility for the funds transferred and warrants the transaction does not violate anti-money laundering regulations, Office of Foreign Assets Control (OFAC) rules, or other laws. Originator also understands that RCB Bank has an obligation to assist in the enforcement of these statutes and must take appropriate actions if there is reason to believe a transaction may violate any laws.

rrust@BankRCB.net

CUSTOMER'S SIGNATURE     EMPLOYEE ACCEPTING     EMPLOYEE POSTING

dmangrum@BankRCB.net
APPROVING OFFICER

Revised 3/2019 RCB Wire Transfer Form (3nd1WF Fill)

# MCCLAIN FEEDYARD

# INVOICE

**824 MULLINS LANE**

**BENTON KY 42025**

| INVOICE # | DATE |
|---|---|
| | **11/30/2022** |

| CUSTOMER ID | TERMS |
|---|---|
| | **Due Upon Receipt** |

**BILL TO**

ED BUSS

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 80 H 47056# @164.25 | 47056 | 1.6425 | 77,289.48 |

*588.20 lbs*

*Sent 11·30·22*

| | | | |
|---|---|---|---|
| *Thank you for your business!* | SUBTOTAL | | 77,289.48 |
| | CHECK OFF | | |
| | TOTAL | $ | 77,289.48 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# PROJECTED CLOSEOUT

| | |
|---|---|
| HEAD | 80 |
| COST | 77289.48 |
| BOUGHT WEIGHT | 47056 |
| $ SOLD | 99851.68 |
| SELL WEIGHT | 62000 |
| COST/GAIN | 14196.8 |
| LBS GAINED | 14944 |
| PROFIT | 8365.4 |



| For Bank Use Only – Taxpayer Identification Number | For Bank Use Only – Account Number | Type |
|---|---|---|
| ▉8693 | ▉2277 | D |



P.O. Box 189
Claremore, OK 74018-0189
MEMBER FDIC

| DATE / TIME: | 11/30/2022 12:29:17 PM |
|---|---|

Cutoff time: Domestic 2:00 pm CST
Foreign 1:00 pm CST

## WIRE TRANSFER FORM

THIS FORM MUST BE COMPLETED IN ITS ENTIRETY – ATTACH ALL SUPPORTING DOCUMENTATION AND RETAIN FOR FIVE YEARS.

**Request received:** Email/Fax/Drawdown

EXECUTION DATE          11/30/2022 12:29:17 PM
(if different from date requested)

AMOUNT OF TRANSFER:          $ 77289.48
(Must be Collected Funds)

☐ Foreign Wire          Wire Fee:          $ 7.50

**ORIGINATOR'S INFORMATION:**

| | |
|---|---|
| RCB Bank Account Number: | ▉2277 |
| Name: | Edwin Dale Buss |
| Taxpayer Identification Number: | ▉8693 |
| Street Address (Cannot Use P.O. Box): | 2228 Crooked Oak |
| City, State, Zip Code: | Shawnee OK 748040000 |
| Photo Identification: | Not In Person |
| (for in person requests only)   Issuer: | Number: |

**BENEFICIARY INFORMATION:**

| | |
|---|---|
| Beneficiary Account Number: | ▉0197 |
| Beneficiary's Name: | MCCLAIN FEED YARD |
| Street Address (Cannot Use P.O. Box): | 824 MULLINS LANE |
| City, State, Zip Code: | BENTON KY 42025 |
| Intermediary Bank (if known):   ABA | |
| Name-City-State-Zip-Country | |
| Beneficiary Bank:   ABA | 122238420 |
| Name of Bank | MECH BK WALNUT CR |
| Address-City-State-Zip-Country | |

ORIGINATOR TO BENEFICIARY INFORMATION:

80 H 47056# @ 164.25

**Collected Balance:** $78,959.18

**Callback Information:**

Callback Phone Number: (405)590-0718
Person Spoke with: BAB1806 - Edwin Dale Buss (P)
Validation Questions: 3 of 6 answered correctly

Originator authorizes the release of information to any third party used in executing the payment order and completing the transaction.

Originator assumes full responsibility for the funds transferred and warrants the transaction does not violate anti-money laundering regulations, Office of Foreign Assets Control (OFAC) rules, or other laws. Originator also understands that RCB Bank has an obligation to assist in the enforcement of these statutes and must take appropriate actions if there is reason to believe a transaction may violate any laws.

| | eosborne@BankRCB.net | |
|---|---|---|
| CUSTOMER'S SIGNATURE | EMPLOYEE ACCEPTING | EMPLOYEE POSTING |

mwynn@BankRCB.net
APPROVING OFFICER

Revised 2/2019 RCB Wire Transfer Form (IbsEWF Fill)

**34**



U.S. POSTAGE PAID
FCM LG ENV
SHAWNEE OK
APR 25, 23
74801
AMOUNT
**$8.13**
R2305H127929-08

50309

RDC 21

CERTIFIED MAIL

7022 3330 0000 5690 8220

Buss Family Trust
Edwin D. Buss
2228 Crooked Oak
Shawnee Oklahoma 74804
APR 23 '23
US MI Federal Court, vwn

Midwestern Division Regional Office
210 Walnut Street
Federal Building
Room 317
Des Moines, Iowa 50309

50309-211593



OKLAHOMA CITY OK 730

25 APR 2023 PM 6 L

Buss Family Trust
Edwin D. Buss
2228 Crooked Oak
Shawnee, Oklahoma    74804

Midwestern Division Regional Office
210 Walnut Street
Federal Building
Room 317
Des Moines, Iowa 50309

50309-211599



MAY 2 '23 RCVD
USDA. FTPP. PSD. MRD

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Ed Buss <elbuss@mbo.net> |
| **Sent:** | Monday, May 1, 2023 3:38 PM |
| **To:** | Jones, Thomas - MRP-AMS |
| **Subject:** | [External Email]See Attachment.   Please confirm that you received this. |
| **Attachments:** | 2023-05-01_153124.pdf |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

See Attached information for Buss Family Trust.  This is the Invoices and Wire Transfers

that would go along with the Dealer Trust Notification.

Thanks,
Buss Family Trust
Edwin D. Busss
405-590-0718
ELBuss@mbo.net

**DEALER TRUST NOTIFICATION**
**SECTION 318-PACKERS & STOCKYARDS ACT**

**RECEIVED**
Apr 27, 2023

By Zachary Reding
**USDA, AMS, FTPP, PSD**
**WESTERN REGIONAL OFFICE**

April __, 2023

McClain Feed Yard, Inc.
320 Schley Street
Hereford, Texas 79045

7M Feeders, Inc.
4010 FM 1057
Hereford, Texas 79045

McClain Farms, Inc.
3231 Vanzora Rd.
Benton, Kentucky 42025

Riley Livestock, Inc.
250 Brittian Rd
Mayfield, Kentucky 42066

Brian McClain
824 Mullins Lane
Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 4-14-23 | 282,119.21 |
| | |
| | |
| | |
| | |
| | |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _Eddie Bryant_

Title: _____

Printed Name: _Eddie Bryant_

Company Name: _____

Address: _1000 Fox Bend Way   Prosper, TX 75078_

Telephone Number: _480/861-2862_

Email: _pressyou @ AOL.com_

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division



PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 230 |
| COST | 214820.95 |
| BOUGHT WEIGHT | 132035 |
| $ SOLD | 282119.21 |
| SELL WEIGHT | 178250 |
| COST/GAIN | 43904.25 |
| LBS GAINED | 46215 |
| PROFIT | 23394.01 |



40



**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

BILL TO  EDDIE BRYANT

12/30/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 280 | M | 1,920.95 | 1.827 | $214,620.95 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 230 | | | | $214,620.95 |





U.S. POSTAGE
$8.13
FCML RDC
Orig: 72087
Dest: 50309
04/27/23
2000052483
R2305P14966S

CPU

CERTIFIED MAIL

7020 3160 0001 5781 1660

Midwestern Division Regional Office
210 Walnut Street
Federal Building
Room 317
Des Moines, Iowa 50309

RETURN RECEIPT
REQUESTED

43



LITTLE ROCK AR 720

27 APR 2023    PM 4    L

Midwestern Division Regional Office
210 Walnut Street
Federal Building
Room 317
Des Moines, Iowa 50309

50309-2155

Eddie Bryant
1000 Fox Bend Way
Prosper, TX 75078

MAY 2 '23 RCVD
USDA, FTPP, PSD, MRO

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Reding, Zachary - MRP-AMS |
| **Sent:** | Thursday, April 27, 2023 3:58 PM |
| **To:** | Meyers, Alexis - MRP-AMS |
| **Cc:** | Fast, Adam - MRP-AMS; Jones, Thomas - MRP-AMS |
| **Subject:** | Brian McClain |
| **Attachments:** | Eddie Bryant (TX) Dealer Trust Notification.pdf |

Hello,

Attached is a claim sent to the PSDDenverCO inbox.

Sincerely,

 **Zachary J. Reding| Program Assistant**
*USDA | Agricultural Marketing Service | Fair Trade Practices Program*
**Packers & Stockyards Division | Western Regional Office**
3950 Lewiston Street, Ste. 200
Aurora, CO  80011
Phone: (303) 334-9021 |Fax: 303-371-4609
Email: Zachary.Reding@USDA.gov

*Stay connected with USDA:*

  

*USDA Grain Inspection, Packers & Stockyards Administration*
*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

April _25th_, 2023

McClain Feed Yard, Inc.          7M Feeders, Inc.          McClain Farms, Inc.
320 Schley Street               4010 FM 1057             3231 Vanzora Rd.
Hereford, Texas 79045           Hereford, Texas 79045    Benton, Kentucky 42025

Riley Livestock, Inc.           Brian McClain
250 Brittian Rd                 824 Mullins Lane
Mayfield, Kentucky 42066        Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| January 10th, 2023 | $86,060.72 |
| January 10th, 2023 | $57,556.04 |
| January 10th, 2023 | $86,734.23 |
| January 10th, 2023 | $113,403.08 |
| January 10th, 2023 | $140,191.86 |
| | |
| | |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

APR 26 '23 RCVD
USDA. FYPP. PSD. MRD

**46**

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _Robert Gray Ronnie L E Gray_

Title:___Owners_____

Printed Name:_Robert Gray and Ronnie Gray_____

Company Name:_____Gray Brothers Cattle_____

Address _348500 E 3700 Rd Ralston OK 74650-5050_____

Telephone Number:_____918-225-9265_____

Email:_____cjchap45@gmail.com_____

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

APR 26 '23 RCVD
USDA, FTPP, PSD, WRO

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025          **BILL TO:**  GRAY BROTHERS

1/10/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 123 | H | 73013 | 1.732 | $126,458.52 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 123 | | | | $126,458.52 |

436533.90 total

427 hd

MCCLAIN FEEDYARD INC.
824 MULLINS LANE
BENTON KY. 42025                    BILL TO:  GRAY BROTHERS

1/10/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 100 | H | 59100 | 1.7305 | $102,272.55 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  | $0.00 |  |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 100 |  |  |  | $102,272.55 |

MCCLAIN FEEDYARD INC.

824 MULLINS LANE

BENTON KY. 42025                    **BILL TO:** GRAY BROTHERS

1/10/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 51 | H | 29855 | 1.739 | $51,917.85 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  | $0.00 |  |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 51 |  |  |  | $51,917.85 |

MCCLAIN FEEDYARD INC.

824 MULLINS LANE

BENTON KY. 42025

BILL TO:  GRAY BROTHERS

1/10/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 77 | H | 44968 | 1.74 | $78,244.32 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  | $0.00 |  |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 77 |  |  |  | $78,244.32 |

MCCLAIN FEEDYARD INC.

824 MULLINS LANE

BENTON KY. 42025                    BILL TO:  GRAY BROTHERS

1/10/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 76 | H | 44657 | 1.7386 | $77,640.66 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  | $0.00 |  |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
| 76 |  |  |  | $77,640.66 |

```
 7 6
 7 7
 5 1
1 8 0
1 2 3
4 2 7
```

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Cathy Chapman <cjchap45@gmail.com> |
| **Sent:** | Wednesday, April 26, 2023 10:37 AM |
| **To:** | reba@ssbtxlaw.com; Jones, Thomas - MRP-AMS; AMS - PSDDesMoinesIA |
| **Subject:** | [External Email]Fwd: |
| **Attachments:** | doc00260720230426092728.pdf |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Dear all,

I have attached the Dealer Trust Notification for Gray Brothers and copies of McClain Feedyard receipts. Please contact Bobby Gray at 918-225-9265 if you have any questions.

Thank you,
Cathy

---------- Forwarded message ---------
From: <pawneecopier@oscn.net>
Date: Wed, Apr 26, 2023, 10:27 AM
Subject:
To: <cjchap45@gmail.com>

-------------------
TASKalfa 4004i
[00:17:c8:dc:d2:65]
-------------------

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Cathy Chapman <cjchap45@gmail.com> |
| **Sent:** | Wednesday, April 26, 2023 8:23 AM |
| **To:** | Reding, Zachary - MRP-AMS; AMS - PSDDesMoinesIA |
| **Subject:** | [External Email]Fwd: |
| **Attachments:** | doc00259620230426070031.pdf |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Please find attached copy of signed document for Gray Brothers as requested. Please let me know if additional information is required.
Thank you,
Cathy

---------- Forwarded message ---------
From: <pawneecopier@oscn.net>
Date: Wed, Apr 26, 2023, 8:00 AM
Subject:
To: <cjchap45@gmail.com>


-------------------
TASKalfa 4004i
[00:17:c8:dc:d2:65]
-------------------



U.S. POSTAGE PAID
FCM
PAWNEE, OK
74058
APR 25, 23
AMOUNT
$8.13
R2305H128492-05

50309

RDC 21

7022 3330 0001 9994 1412

CERTIFIED MAIL

7022 3330 0001 9994 1412

ROBERT GRAY
348500 E 3700 RD
RALSTON, OK 74650

PACKERS AND STOCKYARDS MIDWESTERN DIVISION
210 WALNUT STREET
FEDERAL BUILDING ROOM 317
DES MOINES, IOWA   50309

50309-211052



TULSA OK 740

25 APR 2023    PM 1   L

PACKERS AND STOCKYARDS MIDWESTERN DIVISION
210 WALNUT STREET
FEDERAL BUILDING ROOM 317
DES MOINES, IOWA   50309

ROBERT GRAY
348500 E 3700 RD
RALSTON, OK 74650

RECEIVED
APRIL 25, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS DIVISION
DES MOINES, IA

**DEALER TRUST NOTIFICATION**
**SECTION 318-PACKERS & STOCKYARDS ACT**

April 24, 2023

McClain Feed Yard, Inc.
320 Schley Street
Hereford, Texas 79045

7M Feeders, Inc.
4010 FM 1057
Hereford, Texas 79045

McClain Farms, Inc.
3231 Vanzora Rd.
Benton, Kentucky 42025

Riley Livestock, Inc.
250 Brittian Rd
Mayfield, Kentucky 42066

Brian McClain
824 Mullins Lane
Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 3/31/2023 | 259,188.90 |
| 7/31/2023 | 259,193.31 |
|  |  |
|  |  |
|  |  |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _Amy Sutton       Craig Sutton_

Title: _____

Printed Name: _Amy Sutton     Craig Sutton_

Company Name: _____

Address: _1546 Cliff Creek Drive, Allen, TX 75002_

Telephone Number: _972-658-8151_

Email: _osutx5@verizon.net_

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

RECEIVED
APRIL 25, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

Online Banking

Amy Debeard Sutton    Profile & Settings    Saved Items    Log Out

| Accounts | Bill Pay | Transfer \| Zelle® | Rewards & Deals | Tools & Investing | Security Center | Open an Account | Help & Support |

# Send a Wire or ACH transfer

Make Transfer        Transfer Activity        Add Account/Recipient        Manage Accounts/Recipients

**Transfer status: Complete**
**Confirmation Number:**20230314B6B7HU3R005841

### Transfer Accounts

#### Accounts

**From:** Main Checking : Avail. Bal ($70,072.57)

**To:** McClain Feedyard (Rabobank NA)

### Transfer Details

#### Send amount

Send amount: $200,109.56

Additional fee: $30.00

#### Transfer description

190H 587.4lbs 1.793pp 200,109.56

#### Transfer dates

Frequency: One time only

Delivery speed: Same Day

Start on date: 03/14/2023

Estimated delivery date: 03/14/2023
**Note:**The receiving bank may make funds available later than this.

**Return to Transfer Activity**

**Secure Area**                                                                                            Log Out

Locations | Help & Support | Browse with Specialist | Privacy | Security | Online Banking Service Agreement | Advertising Practices |
CA Opt-Out Preference Signals Honored

### Quick Help

Use this screen to view your
transfer detail.

What can I do?

If you are viewing a scheduled
transfer, you can also edit it by
selecting the edit link.

What do I need to know?

**Investing involves risk.** It's possible to lose money by investing in securities. You should review any planned financial transactions that may have tax or legal
implications with your personal tax or legal advisor.

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed,
distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, registered investment
adviser,Member SIPC, and a wholly owned subsidiary of BofA Corp.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC and a wholly owned subsidiary of Bank of America Corporation. Trust and
fiduciary services are provided by Bank of America, N.A. and U.S. Trust Company of Delaware. Both are indirect subsidiaries of Bank of America Corporation.

Share Your Feedback

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

**BILL TO:** CRAIG & AMY SUTTON

3/8/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 190 | H | 111606 | 1.793 | $200,109.56 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 190 | | | | $200,109.56 |

## PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 190 |
| COST | 200109.56 |
| BOUGHT WEIGHT | 111606 |
| $ SOLD | 255913.31 |
| SELL WEIGHT | 147250 |
| COST/GAIN | 33861.8 |
| LBS GAINED | 35644 |
| PROFIT | 21941.95 |

Online Banking

| Accounts | Bill Pay | Transfer \| Zelle® | Rewards & Deals | Tools & Investing | Security Center | Open an Account | Help & Support |

## Send a Wire or ACH transfer

**Make Transfer**      **Transfer Activity**      **Add Account/Recipient**      **Manage Accounts/Recipients**

Transfer status: Complete
Confirmation Number:20221122B6B7HU1R010747

### Transfer Accounts

**Quick Help**

Use this screen to view your
transfer detail.

What can I do?

#### Accounts

    **From:** Main Checking : Avail. Bal ($70,072.57)

    **To:** McClain Feedyard (Rabobank NA)

If you are viewing a scheduled
transfer, you can also edit it by
selecting the edit link.

What do I need to know?

### Transfer Details

#### Send amount

    **Send amount:** $200,000.00

    **Additional fee:** $30.00

#### Transfer description

209H 586lbs 163.25pp 200,007.37

#### Transfer dates

    **Frequency:** One time only

    **Delivery speed:** Same Day

    **Start on date:** 11/22/2022

    **Estimated delivery date:** 11/22/2022
    **Note:**The receiving bank may make funds available later than this.

**Return to Transfer Activity**

**Secure Area**

Locations | Help & Support | Browse with Specialist | Privacy | Security | Online Banking Service Agreement | Advertising Practices |
CA Opt-Out Preference Signals Honored

**Investing involves risk.** It's possible to lose money by investing in securities. You should review any planned financial transactions that may have tax or legal implications with your personal tax or legal advisor.

Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation ("BofA Corp."). MLPF&S is a registered broker-dealer, registered investment adviser,Member SIPC, and a wholly owned subsidiary of BofA Corp.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC and a wholly owned subsidiary of Bank of America Corporation. Trust and fiduciary services are provided by Bank of America, N.A. and U.S. Trust Company of Delaware. Both are indirect subsidiaries of Bank of America Corporation.

Share Your Feedback

# MCCLAIN FEEDYARD

# INVOICE

**824 MULLINS LANE**

**BENTON KY 42025**

| INVOICE # | DATE |
|---|---|
| | **11/21/2022** |

| BILL TO |
|---|
| **CRAIG & AMY SUTTON** |

| CUSTOMER ID | TERMS |
|---|---|
| | **Due Upon Receipt** |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 209 H 122516# @163.25 | 122516 | 1.6325 | 200,007.37 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 200,007.37 |
| CHECK OFF | |
| TOTAL | $ **200,007.37** |

**IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT**
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

## PROJECTED CLOSEOUT

| | |
|---|---:|
| **HEAD** | 209 |
| **COST** | 200007.37 |
| **BOUGHT WEIGHT** | 122516 |
| **$ SOLD** | 259188.9 |
| **SELL WEIGHT** | 161975 |
| **COST/GAIN** | 37486.05 |
| **LBS GAINED** | 39459 |
| **PROFIT** | 21695.48 |



Sutton
1546 Cliff Creek Drive
Allen, TX 75002

Agricultural Marketing Service
Fair Trade Practices Program
Packers and Stockyards Midwestern Division Regional Office
210 Walnut Street
Federal Building, Room 317
Des Moines, IA 50309

U.S. POSTAGE PAID
FCM LETTER
ALLEN, TX
75013
APR 25, 23
AMOUNT
$8.13
R2305K142907-12

7022 2410 0001 8376 1567

USPS FIRST-CLASS MAIL
FCM LG ENV
DALLAS TX 750

Sutton
154th Cliff Creek Drive
Allen, TX 75002

NORTH TEXAS TX P&DC
DALLAS TX 750
25 APR 2023    PM 10 L

Agricultural Marketing Service
Fair Trade Practices Program
Packers and Stockyards Midwestern Division Regional Office
210 Walnut Street
Federal Building, Room 317
Des Moines, IA 50309

50309-211092

| | |
|---|---|
| **From:** | osutx5@verizon.net |
| **To:** | AMS - PSDDenverCO; AMS - PSDDesMoinesIA |
| **Subject:** | [External Email]McClain-Dealer Trust Notification Section 318-Packers & Stockyards Act |
| **Date:** | Monday, April 24, 2023 10:20:00 PM |
| **Attachments:** | 2023-04-24_221049.pdf |

[External Email]

If this message comes from an unexpected sender or references a vague/unexpected topic;

Use caution before clicking links or opening attachments.

Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

**RECEIVED**

Apr 24, 2023

By Zachary Reding
**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

**DEALER TRUST NOTIFICATION
SECTION 318-PACKERS & STOCKYARDS ACT**

April 24, 2023

McClain Feed Yard, Inc.          7M Feeders, Inc.               McClain Farms, Inc.

320 Schley Street                4010 FM 1057                   3231 Vanzora Rd.

Hereford, Texas 79045            Hereford, Texas 79045          Benton, Kentucky 42025


Riley Livestock, Inc.            Brian McClain

250 Brittian Rd                  824 Mullins Lane

Mayfield, Kentucky 42066         Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

        This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

Date of Purchase                            Amount Owed

4/14/2023                                   $ 278,051.87

        For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

Maker of Check                   Date of Check              Amount of Check

        As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _Steve Ryan_

Title: _____

Printed Name: _Steve Ryan_

Company Name: _____

Address: _4214 TOPAZ CIR YUKON, OK 73099_

Telephone Number: _405-637-2323_

Email: _Sryan1956@yahoo.com_

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

RECEIVED
Apr 24, 2023

By Zachary Reding
USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

*INVOICE for 159 Head of Cattle*

MCCLAIN FEEDYARD INC.
824 MULLINS LANE
BENTON KY. 42025

BILL TO: STEVE RYAN

12/7/2021

*Head weight Price/lb.*

| HEAD | SEX | WEIGHT | PRICE/# | TOTAL COST |
|------|-----|--------|---------|------------|
| 159 | H | 92697 | 1.627 | $150,818.02 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | $0.00 | | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 159 | | | | $150,818.02 |

*159   92,897 / .627*

*150,818.02*

12-01-22

## HERD #1

| | |
|---|---|
| Head | ~~150~~ 159 |
| Cost | 150,818.02 |
| Bought weight | 92,697 |
| # Sold | 195,263.52 |
| Sell weight | 123,226 |
| Cost/Gain | 29001.6 |
| Lbs. gained | ~~30,528~~ 30,528 |
| Profit | 15,443.9 |

Projected
Close-out

| | |
|---|---|
| cost | 150,818.02 |
| profit | 15,443.90 |
| Total | 166,261.92 |

PROJECTED CLOSE OUT — 159

HEAD
COST
BOUGHT WEIGHT
$ SOLD
SELL WEIGHT
COST/GAIN
LBS GAINED
PROFIT

*INVOICE for :106 Head of CATTLE*

MCCLAIN FEEDYARD INC.
824 MULLINS LANE
BENTON KY. 42025

BILL TO: STEVE RYAN

12/7/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 106 | H | 62010 | 1.6254 | $100,791.05 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 106 | | | | $100,791.05 |

*106   62,010  1.6254  100,791.05*

*100,791.05*

HERD #2

| | |
|---|---|
| Head | 106 |
| Cost | 100,791.05 |
| Bought weight | 42,010 |
| # Sold | 130,922.95 |
| Sell weight | 82,150 |
| Cost/Gain | 19,133 |
| Lbs. Gained | 20,140 |
| Profit | 10,998.9 |

Projected Close-out
Cost    100,791.05
profit   10,998.90

Total   111,789.95

| For Bank Uses Only – Taxpayer Identification Number | For Bank Uses Only – Account Number | Type |
|---|---|---|
| ▮3470 | ▮1767 | D |



## RCB BANK
P.O. Box 189
Claremore, OK 74018-0189
MEMBER FDIC

**DATE / TIME:**   12/8/2022 11:27:22 AM
Cutoff time: Domestic 2:00 pm CST
Foreign 1:00 pm CST

## WIRE TRANSFER FORM
THIS FORM MUST BE COMPLETED IN ITS ENTIRETY — ATTACH ALL SUPPORTING DOCUMENTATION AND RETAIN FOR FIVE YEARS.

**Request received:** Email/Fax/Drawdown

**EXECUTION DATE**  12/8/2022 11:27:22 AM
(if different from date requested)

**AMOUNT OF TRANSFER:**   $ 251609.07
(Must be Collected Funds)

☐ Foreign Wire        Wire Fee:        $ 15

**ORIGINATOR'S INFORMATION:**

| | |
|---|---|
| RCB Bank Account Number: | ▮1767 |
| Name: | Steven Leon Ryan |
| Taxpayer Identification Number: | ▮3470 |
| Street Address (Cannot Use P.O. Box): | 4214 Topaz Cir |
| City, State, Zip Code: | Yukon  OK  730990710 |
| Photo Identification: | Not In Person |
| (for in person requests only)  Issuer: | Number: |

**BENEFICIARY INFORMATION:**

| | |
|---|---|
| Beneficiary Account Number: | ▮0197 |
| Beneficiary's Name: | MCCLAIN FEED YARD INC |
| Street Address (Cannot Use P.O. Box): | 824 MULLINS LANE |
| City, State, Zip Code: | BENTON, KY 42025 |
| Intermediary Bank (if known)   ABA | |
| Name-City-State-Zip-Country | |
| Beneficiary Bank:   ABA | 122238420 |
| Name of Bank | MERCH BK WALNUT CR |
| Address-City-State-Zip-Country | |

**ORIGINATOR TO BENEFICIARY INFORMATION:**
159 HEIFERS@ 584.69 LBS @ 1.627/LB: $150,818.02 ACCT # ▮1767, 106 HEIFERS @ 585 LBS @ 1.6254/LB: $100,791.05 ACCT# ▮1767

**Collected Balance:** $310,768.36

**Callback Information:**
Callback Phone Number: (405)837-2323
Person Spoke with: RAA7197 – Steven Leon Ryan (P)
Validation Questions: 3 of 6 answered correctly

Originator authorizes the release of information to any third party used in executing the payment order and completing the transaction.

Originator assumes full responsibility for the funds transferred and warrants the transaction does not violate anti-money laundering regulations, Office of Foreign Assets Control (OFAC) rules, or other laws. Originator also understands that RCB Bank has an obligation to assist in the enforcement of these statutes and must take appropriate actions if there is reason to believe a transaction may violate any laws.

csavov@BankRCB.net
**CUSTOMER'S SIGNATURE**        **EMPLOYEE ACCEPTING**        **EMPLOYEE POSTING**

dbuss@BankRCB.net
**APPROVING OFFICER**

Revised 3/2019 RCB Wire Transfer Form (jlutWF Pdf)

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Robert spring <Robert@springoc.com> |
| **Sent:** | Wednesday, April 26, 2023 3:56 PM |
| **To:** | Jones, Thomas - MRP-AMS; Jones, Thomas - MRP-AMS |
| **Subject:** | [External Email]FW: McClain Farms Trust Claim |
| **Attachments:** | McClain Feedyard -Additional Documentation  for Robert J. Spring.pdf |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Good afternoon,

Here is Robert J. Spring's supporting documentation for the McClain Farms Trust Claim:

|  |  |
|---|---|
| Copy of Check from Robert J. Spring to MCLAIN FEEDYARD, INC. | (Pages 1 and 2) |
| Invoice from MCLAIN FEEDYARD, INC. | (Pages 3 and 4) |
| Cattle Feeding Agreement between Robert J. Spring to MCLAIN FEEDYARD, INC. | (Pages 5 thru 7) |
| Bills of Sale/ Proof of Sale | (Page 8) |
| MCLAIN FEEDYARD, INC. rolls over initial Robert J. Spring's Investment | (Page 9 thru 11) |

Please let me know if you have any questions. Thank you for your prompt response to this matter.

Thank you,
Robert J. Spring

---

**From:** Jones, Thomas - MRP-AMS
**Sent:** Wednesday, April 26, 2023 8:24 AM
**To:** Robert spring <Robert@springoc.com>
**Subject:** McClain Farms Trust Claim

Hello Robert,

I received your Dealer Trust Claim for $149,812.73 for a claim in July 2022.  However, the claim did not have any supporting documentation.  Please provide any supporting documentation, such as contracts, invoices, agreements, bills of sale, etc. to show proof of sale.  Any documentation that you provide will help in the investigation process to determine legitimate claims on the trust assets.

Please let me know if you have any questions in this regard.

Thank you,

**Thomas Jones, Auditor**
USDA | Agricultural Marketing Service | Fair Trade Practices Program
Packers & Stockyards Division | Midwestern Regional Office
210 Walnut Street, Rm 317, Des Moines, IA 50309
Phone: (515) 323-2507 | Mobile: (515) 344-2192
FAX: (515) 323-2590 | Email: Thomas.J.Jones@usda.gov

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Reding, Zachary - MRP-AMS |
| **Sent:** | Monday, April 24, 2023 4:33 PM |
| **To:** | Meyers, Alexis - MRP-AMS |
| **Cc:** | Fast, Adam - MRP-AMS; Jones, Thomas - MRP-AMS |
| **Subject:** | Brian McClain |
| **Attachments:** | Denn's Buss (OK) Deal Trust Notification.pdf; Steve Ryan (OK) Deal Trust Notification.pdf |

Hello,

I attempted to update the sharepoint with the information from the attached documents, but I could only open the file as a read only.

Sincerely,

 **Zachary J. Reding| Program Assistant**
*USDA | Agricultural Marketing Service | Fair Trade Practices Program*
***Packers & Stockyards Division | Western Regional Office***
3950 Lewiston Street, Ste. 200
Aurora, CO  80011
Phone: (303) 334-9021 |Fax: 303-371-4609
Email: Zachary.Reding@USDA.gov

*Stay connected with USDA:*

 

*USDA Grain Inspection, Packers & Stockyards Administration*
*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*



U.S. POSTAGE PAID
FCM LETTER
MUSTANG, OK
73064
APR 27, 23
AMOUNT
$5.02
R2304H107661-88

50309

RDC 21

7022 2410 0001 6430 3182

Ryan + [signature] Crick
1514 [illegible] 13099
Yukon, OR 13099

MAY 01 '23 RCVD
(SDIN, BTPO, SSC) HMD

Nebraska Iowa Regional Office
210 Walnut Street
Federal Building
Room 317
Des Moines, IA 50309



Ryan Topay Circle
1314 Topay Circle
Yukon, OK 73099

CERTIFIED MAIL

7022 2410 0001 6430 3250

U.S. POSTAGE PAID
FCM LETTER
MUSTANG OK
73064
APR 25, 23
AMOUNT
$4.78
R2304H109497-25

Midwestern Advanced Regional Office
210 Walnut Street
Federal Building
Room 317
Des Moines, IA 50309

APRIL 25, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS DIVISION
DES MOINES, IA

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

April 24, 2023

McClain Feed Yard, Inc.          7M Feeders, Inc.          McClain Farms, Inc.
320 Schley Street                4010 FM 1057              3231 Vanzora Rd.
Hereford, Texas 79045            Hereford, Texas 79045     Benton, Kentucky 42025

Riley Livestock, Inc.            Brian McClain
250 Brittian Rd                  824 Mullins Lane
Mayfield, Kentucky 42066         Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 07/26/2023 | 189,965.10 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _Janice E. Lawhon_
            Janice E. Lawhon

Title: _Owner_

Printed Name: _Janice E. Lawhon_

Company Name: _Owner_

Address: _912 S. 1st, Blackwell, OK 74631_

Telephone Number: _405-747-4193_

Email: _janicelawhon@yahoo.com_

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

RECEIVED
APRIL 25, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS DIVISION
DES MOINES, IA



| For Bank Use Only – Taxpayer Identification Number | For Bank Use Only – Account Number | Type |
|---|---|---|
| ████3348 | ████4651 | D |

**RCB BANK** P.O. Box 189
Claremore, OK 74018-0189
MEMBER FDIC

| DATE / TIME: | 3/30/2023 8:45:58 AM |
|---|---|

Cutoff time: Domestic  2:00 pm CST
Foreign  1:00 pm CST

## WIRE TRANSFER FORM

THIS FORM MUST BE COMPLETED IN ITS ENTIRETY – ATTACH ALL SUPPORTING DOCUMENTATION AND RETAIN FOR FIVE YEARS.

**Request received:** In Person

EXECUTION DATE  3/30/2023 8:45:58 AM
(if different from date requested)

AMOUNT OF TRANSFER:   $ 149488.75
(Must be Collected Funds)

☐ Foreign Wire      Wire Fee:   $ 7.50

### ORIGINATOR'S INFORMATION:
RCB Bank Account Number:      ████4651
Name:      Janice E Lawhon
Taxpayer Identification Number:      ████3348
Street Address (Cannot Use P.O. Box):  912 S 1st St
City, State, Zip Code:      Blackwell OK 746314309
Photo Identification:      Driver's License
(for in person requests only)  Issuer:  OK      Number:  ████1606

### BENEFICIARY INFORMATION:
Beneficiary Account Number:      ████0197
Beneficiary's Name:      Mcclain Feedyard Inc
Street Address (Cannot Use P.O. Box):  824 Mullins Lane
City, State, Zip Code:      Benton, KY 42025
Intermediary Bank (if known):   ABA
      Name-City-State-Zip-Country
Beneficiary Bank:      ABA  122238420
      Name of Bank  Merck BK Walnut CR
      Address-City-State-Zip-Country

ORIGINATOR TO BENEFICIARY INFORMATION:
Janice Lawhon 133 Heifers

Collected Balance:  $567,412.81

Callback Information:
Callback Phone Number:
Person Spoke with:
Validation Questions:  of 6 answered correctly

Originator authorizes the release of information to any third party used in executing the payment order and completing the transaction.

Originator assumes full responsibility for the funds transferred and warrants that the transaction does not violate anti-money laundering regulations, Office of Foreign Assets Control (OFAC) rules, or other laws. Originator also understands that RCB Bank has an obligation to assist in the enforcement of these statutes and must take appropriate actions where there is reason to believe a transaction may violate any laws.



CUSTOMER'S SIGNATURE      jtiemann@BankRCB.net
      EMPLOYEE ACCEPTING      EMPLOYEE POSTING

Wire Approved Electronically
APPROVING OFFICER

Revised 2/2015 RCB Wire Transfer Form (jhsEWF-Full)

Bought 3-29, 2023      Janice
                       Lawhon

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

BILL TO: JANICE LOWHON

3/29/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 133  | H   | 77592  | 1.9266   | $149,488.75 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        | $0.00    |  |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          |  |
| 133  |     |        |          | $149,488.75 |

Bought  5-24-23   Janice
Lawh

## PROJECTED CLOSE OUT

McClain Feedyard Inc.
824 Mullins Lane
Benton, KY  42025

| | |
|---|---|
| HEAD | 133 |
| COST | 149488.75 |
| BOUGHT WEIGHT | 77592 |
| $ SOLD | 189965.1 |
| SELL WEIGHT | 103075 |
| COST/GAIN | 24208.85 |
| LBS GAINED | 25483 |
| PROFIT | 16267.5 |

| | |
|---|---|
| From: | Janice E. Lawhon |
| To: | Jones, Thomas - MRP-AMS |
| Subject: | [External Email]Janice E. Lawhon |
| Date: | Wednesday, April 26, 2023 1:09:46 PM |
| Attachments: | Dealer Trust Notification. Sectiion 318-Packers & Stockyards Act FOR JANICE E. LAWHON.docx |

---

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

**This message was sent securely using Zix®**

Our scanning has been down due to internet problems so I am sending pictures of my Dealer Trust
Notification form and all of my documentation as you requested.  If you need me to send again
when our scanner is back up I will be glad to do so.

Since we are having internet issues please let me know that this was received.

Thank you!

**Janice E. Lawhon**
Asst. Vice-President
NMLS#  799307

1350 West Doolin
P. O. Box 849
Blackwell, OK  74631
Office:  580-363-7074
Fax:  580-363-9904
Email:  janice.lawhon@RCBbank.bank


Website: **RCBbank.bank**

**CONFIDENTIALITY NOTICE:** *The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information. This information may be legally protected from disclosure by Federal and State privacy laws. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message including any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*

This message was secured by **Zix**®.

| | |
|---|---|
| From: | Janice E. Lawhon |
| To: | PSDDDenverCO@usda.gov |
| Cc: | AMS - PSDDesMoinesIA |
| Subject: | [External Email]FW: 04252023 |
| Date: | Tuesday, April 25, 2023 3:44:31 PM |
| Attachments: | [Untitled].pdf |

**[External Email]**
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

**This message was sent securely using Zix®**

Attached find a Dealer Trust Notification, Section 318-Packers & Stockyards Act.

Janice Lawhon – MOBILE # 405-747-4193

**Janice E. Lawhon**
Asst. Vice-President
NMLS#  799307

1350 West Doolin
P. O. Box 849
Blackwell, OK  74631
Office:  580-363-7074
Fax:  580-363-9904
Email:  janice.lawhon@RCBbank.bank

---

**From:** PRTB2090 <PRTB2090@rcbbank.bank>
**Sent:** Tuesday, April 25, 2023 3:38 PM
**To:** Janice E. Lawhon <janice.lawhon@rcbbank.bank>
**Subject:** 04252023



Website: RCBbank.bank

CONFIDENTIALITY NOTICE: *The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information. This information may be legally protected from disclosure by Federal and State privacy laws. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message including any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.*

This message was secured by **Zix**®.





U.S. POSTAGE PAID
FCM LETTER
BLACKWELL, OK
74631
APR 25, 23
AMOUNT

**$8.13**

R2304H109814-01

RDC 21

50309









7015 0640 0006 9443 2111

Midwestern  Division  Regional Office
210 Walnut Street
Federal Building,  Room 317
Des Moines, Iowa    50309





Janice E. Lawhon
912 S 1st St
Blackwell, OK 74631-4309

RETURN RECEIPT
REQUESTED



TULSA OK 740

26 APR 2023

Midwestern Division Regional
Office
210 Walnut Street
Federal Building, Room 317
Dew Moines, Iowa 50309

50309-211092

Janice E. Lawhon
912 S. lst
Blackwell, Ok  74631

# DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

May 3, 2023

McClain Feed Yard, Inc.          7M Feeders, Inc.                McClain Farms, Inc.
320 Schley Street                4010 FM 1057                    3231 Vanzora Rd.
Hereford, Texas 79045            Hereford, Texas 79045           Benton, Kentucky 42025

Riley Livestock, Inc.            Brian McClain
250 Brittian Rd                  824 Mullins Lane
Mayfield, Kentucky 42066         Benton, Kentucky 42025

Mechanics Bank f/k/a Rabobank, N.A.      Rabo AgriFinance LLC
1111 Civic Dr                            14767 N Outer 40 Rd #400
Walnut Creek, California 94596           Chesterfield, MO 63017

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain
Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred
to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of
the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 1-6-2023 | $ 366,054.17 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

For each dishonored or bad check I received from one or more of the Purchasers for
livestock sales by me to one or more of the Purchasers, I provide you with the following
information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
| McClain Farms, Inc. | 1-6-2023 | $ 26,997.32 |
|  |  |  |
|  |  |  |

RECEIVED
May 3, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS
DIVISION
DES MOINES, IA

|  |  |  |
|--|--|--|

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _A.J. Jacques_

Title: _Trustee_

Printed Name: _A.J. Jacques_

Company Name: _A.J. Jacques Living Trust_

Address: _4025 W. Deer Crossing Dr. Stillwater, OK. 74074_

Telephone Number: _817-368-2266_

Email: _aj@atlasdrilling.com_

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

RECEIVED
May 3, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS
DIVISION
DES MOINES, IA

## Cattle Feeding Agreement

Dated 7/12/2022

This agreement exists to identify the partnership of McClain Feedyard and AJ JACQUES LIVING TRUST whom are involved in a cattle feeding arrangement. The arrangement allows for AJ JACQUES LIVING TRUST to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard provides at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to AJ JACQUES LIVING TRUST

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 AJ JACQUES LIVING TRUST

This agreement is for 175 head of steers at a total weight of 103145 lbs at a price of 1.773 per pound. Total cost for this group of cattle is $182,876.09 which AJ JACQUES LIVING TRUST has paid to McClain Feedyard. Sales contract for 1.7238 @ 775.

AJ JACQUES LIVING TRUST _____

McClain Feedyard _____

90

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

7/12/2022

**BILL TO:** A.J JACQUES

LIVING TRUST DATED

APRIL 21,2000 AS AMENDED

AND RESTARTED

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 175 | ST | 103145 | 1.773 | $182,876.09 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 175 | | | | $182,876.09 |

## PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 175 |
| COST | 182876.09 |
| BOUGHT WEIGHT | 103145 |
| $ SOLD | 233784.44 |
| SELL WEIGHT | 135625 |
| COST/GAIN | 30856 |
| LBS GAINED | 32480 |
| PROFIT | 20052.35 SPLIT |

CLOSE OUT

| | |
|---|---|
| HEAD | 171 |
| COST | 182876.09 |
| BOUGHT WEIGHT | 103145 |
| $ SOLD | 230,038.52 |
| SELL WEIGHT | 134235 |
| COST/GAIN | 27,034.77 |
| PROFIT | 20,127.66 |

Wire for 13418 44

## Cattle Feeding Agreement

Dated 7/12/2022

This agreement exists to identify the partnership of McClain Feedyard and AJ JACQUES LIVING TRUST whom are involved in a cattle feeding arrangement. The arrangement allows for AJ JACQUES LIVING TRUST to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard provides at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to AJ JACQUES LIVING TRUST

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 AJ JACQUES LIVING TRUST

This agreement is for 174 head of steers at a total weight of 102834 lbs at a price of 1.776 per pound. Total cost for this group of cattle is $182,633.18 which AJ JACQUES LIVING TRUST has paid to McClain Feedyard. Sales contract for 1.7294 @ 775.

AJ JACQUES LIVING TRUST _____

McClain Feedyard _____

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

7/12/2022

BILL TO: A.J .JACQUES

LIVING TRUST DATED

APRIL 21,2000 AS AMENDED

AND RESTARTED

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 174 | ST | 102834 | 1.776 | $182,633.18 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 174 | | | | $182,633.18 |

## PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 174 |
| COST | 182633.18 |
| BOUGHT WEIGHT | 102834 |
| $ SOLD | 233211.06 |
| SELL WEIGHT | 134850 |
| COST/GAIN | 30415.2 |
| LBS GAINED | 32016 |
| PROFIT | 20162.68 SPLIT |

CLOSE OUT

| | |
|---|---|
| HEAD | 170 |
| COST | 182633.18 |
| BOUGHT WEIGHT | 102834 |
| $ SOLD | 228,695.18 |
| SELL WEIGHT | 132770 |
| COST/GAIN | 25,693.68 |
| PROFIT | 20,368.32 |

wire for  13578 88

## Wire Transfer Outgoing Request

**CHASE** 🔾

### Wire Transfer Sender Information

| | | | | | |
|---|---|---|---|---|---|
| Sender Name: | | | | | |
| ARTHUR JACQUES III | | | | | |
| Account Name: | | Street Address: | | | |
| A J JACQUES | | 4025 W DEER CROSSING DR | | | |
| OR SUSAN P JACQUES JAWROS | | | | | |

| City: | State: | Zip: | Country: | | Daytime Phone: |
|---|---|---|---|---|---|
| STILLWATER | OK | 74074-7643 | USA | | 817-368-2266 |

| Primary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
|---|---|---|---|---|
| Driver's License | OK | ▊7936 | 03/30/2021 | 11/30/2023 |
| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
| Chase or Bank Issued Credit/Debit Card | Chase | XXXXXXXXXXX0506 | | 01/31/2027 |
| Comments: | | | | |

### Wire Transfer Information

| Request Date: | Request time: | Effective date: | Wire Type: |
|---|---|---|---|
| 07/12/2022 | 02:16:54PM Eastern time | 07/12/2022 | Domestic |
| Debit Account #: | Debit Account Type: | Wire Amount (US dollars): | |
| XXXXX0871 | PRIV CLIENT CKG PLUS | $365,509.27 | |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: | Wire Fee: |
| | | Checking | $0 |
| Currency type to be sent: | Exchange rate: | Foreign currency amount: | Amount to Collect (USD): |
| US Dollars | N/A | N/A | $365,509.27 |
| FX Contract Number: | | | |

### Recipient Account Information

| | | | | |
|---|---|---|---|---|
| Account Name: | | | | |
| McClain Farms | | | | |
| Street Address: | Account Number: | | | |
| | ▊3786 | | | |
| | City: | State: | Zip: | Country: |
| Text to Recipient: | | | | |

### Receiving Bank Information

| | | | | |
|---|---|---|---|---|
| Bank Name: | | | | |
| Community Financial Services Bank | | | | |
| Street Address: | Bank ABA/SWIFT Code: | | | |
| 221 W 5th St | 083903328 | | | |
| | City: | State: | Zip: | Country: |
| | Benton | KY | 42025-1135 | USA |
| Intermediary Bank Name: | | | | |
| Street Address: | Intermediary Bank ABA: | | | |
| | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | |

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

BILL TO: AJ JACQUES

1/6/2023

LIVING TRUST DATED

APRIL 21,2000 AS AMENDED

AND RESTARTED

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 175 | ST | 103303 | 1.7715 | $183,001.26 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
| 175 |  |  |  | $183,001.26 |

## PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 175 |
| COST | 183001.26 |
| BOUGHT WEIGHT | 103303 |
| $ SOLD | 233553.62 |
| SELL WEIGHT | 135625 |
| COST/GAIN | 30705.9 |
| LBS GAINED | 32322 |
| PROFIT | 19846.46 |

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

1/6/2023

**BILL TO:** AJ JACQUES
LIVING TRUST DATED
APRIL 21,2000 AS AMENDED
AND RESTARTED

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 174 | ST | 103373 | 1.7708 | $183,052.91 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 174 | | | | $183,052.91 |

## PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 174 |
| COST | 183052.91 |
| BOUGHT WEIGHT | 103373 |
| $ SOLD | 232911.69 |
| SELL WEIGHT | 134850 |
| COST/GAIN | 29903.15 |
| LBS GAINED | 31477 |
| PROFIT | 19955.63 |

**MCCLAIN FARMS INC**
824 MULLINS LANE
BENTON, KY 42025

4558

**MECHANICS BANK**
COMMITMENT THAT LASTS GENERATIONS
PH: 800-797-6324

90-203/1211

1/6/2023

PAY TO THE
ORDER OF    AJ JACQUES

$ **26,997.32

Twenty-Six Thousand Nine Hundred Ninety-Seven and 32/100****************************************************************

DOLLARS

AJ JACQUES

MEMO                                    Meagan Foad

⑈004558⑈ ⑊121102036⑊          3070⑈                MP

REFER TO MAKER

This is a LEGAL COPY of your
check. You can use it the
same way you would use the
original check.

RETURN REASON-S
REFER TO MAKER

**4558**

**MCCLAIN FARMS INC**
824 MULLINS LANE
BENTON, KY 42025

MECHANICS BANK
COMMITMENT THAT LASTS GENERATIONS
PH: 800-797-0324

90-203/1211

1/6/2023

PAY TO THE
ORDER OF___ AJ JACQUES

$ **26,997.32

Twenty-Six Thousand Nine Hundred Ninety-Seven and 32/100················································· DOLLARS

AJ JACQUES

MEMO

*Meagan Good*

⑈004558⑈ ⑆121102036⑇          3070⑈



Do not endorse or write below this line.

 **EQUITY BANK**

| | |
|---|---|
| Account: | **4464 |
| Date: | 04/27/2023 |
| Page: | 1 |

**7701 E Kellogg Dr, Ste 100**
**Wichita, KS 67207**

A J JACQUES
SUSAN P JACQUES
4025 W DEER XING DR
STILLWATER, OK 74074-7643

## Notice of Deposited Items Charged Back to Your Account

The items listed below have been returned and charged back to your account. For your convenience, we have provided substitute items which can be used in place of the original items. If you have any questions or need any assistance, please call Customer Service as 888-733-5041. Thank you for choosing Equity Bank!

**Charge Back Items**

| Payor R/T | Return Reason | Amount |
|---|---|---|
| ████2036 | 'S' - Refer to Maker | $26,997.32 |

| Summary | |
|---|---|
| Total Item Count: | 1 |
| Total Amount of Items Charged back: | $26,997.32 |
| Dep Item Ret Chrg: | $5.00 |
| Total Account Deduction: | $27,002.32 |

## Substitute Checks and Your Rights

### What is a substitute check?

To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

### What are my rights regarding substitute checks?

In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

### How do I make a claim for a refund?

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at:

Equity Bank                     Phone: 888-733-5041
7701 E Kellogg                  Fax: 316-733-5416
Wichita, KS 67207

You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include:
• A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
• An estimate of the amount of your loss;
• An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
• A copy of the substitute check [and/or] the following information to help us identify the substitute check:
  the check number, the amount of the check and the name of the person to whom you wrote the check.

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

May 3, 2023

McClain Feed Yard, Inc.
320 Schley Street
Hereford, Texas 79045

7M Feeders, Inc.
4010 FM 1057
Hereford, Texas 79045

McClain Farms, Inc.
3231 Vanzora Rd.
Benton, Kentucky 42025

Riley Livestock, Inc.
250 Brittian Rd
Mayfield, Kentucky 42066

Brian McClain
824 Mullins Lane
Benton, Kentucky 42025

Mechanics Bank f/k/a Rabobank, N.A.
1111 Civic Dr
Walnut Creek, California 94596

Rabo AgriFinance LLC
14767 N Outer 40 Rd #400
Chesterfield, MO 63017

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 1-6-2023 | $ 366,054.17 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
| McClain Farms, Inc. | 1-6-2023 | $ 26,997.32 |
|  |  |  |
|  |  |  |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _A.J. Jacques_

Title: _Trustee_

Printed Name: _A.J. Jacques_

Company Name: _A.J. Jacques Living Trust_

Address: _4025 W. Deer Crossing Dr. Stillwater, OK. 74074_

Telephone Number: _817-368-2266_

Email: _aj@atlasdrilling.com_

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | AJ Jacques <aj@atlasdrilling.com> |
| **Sent:** | Wednesday, May 17, 2023 10:17 AM |
| **To:** | Jones, Thomas - MRP-AMS |
| **Subject:** | [External Email]McClain Feedlot Case |
| **Attachments:** | HPSCAN_20230517144032236_2023-05-17_144942785.pdf |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hi Thomas,

Sorry it took me so long to get this information to you. This is all of the documentation that I have regarding this case. As you can see, my claim is for $366,054.17 plus $26,997.32. You can call me at 817-368-2266 if you have additional questions.

Thank You,
A.J. Jacques



A.J. Jacques
4025 W. Deer Crossing Dr.
Stillwater, OK 74074

Packers and Stockyards
Western Divisional Office
3950 Lewiston Street, Suite #288
Aurora, Co.
80011-1556

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Wells, Michael - MRP-AMS |
| **Sent:** | Wednesday, May 3, 2023 8:27 AM |
| **To:** | Jones, Thomas - MRP-AMS; Fast, Adam - MRP-AMS; England, Branard - MRP-AMS |
| **Cc:** | Meyers, Alexis - MRP-AMS; Meyers, Alexis - MRP-AMS; Mapes, Tanisha - MRP-AMS; Power, Jessica - MRP-AMS |
| **Subject:** | FW: [External Email]FW: Scanned document from HP ePrint user |
| **Attachments:** | HPSCAN_20230502205304147_2023-05-02_205438859.pdf |

Attached: Dealer Trust email and date stamped doc

---

**From:** AJ Jacques <aj@atlasdrilling.com>
**Sent:** Tuesday, May 2, 2023 4:02 PM
**To:** AMS - PSDDenverCO <PSDDenverCO@usda.gov>; AMS - PSDDesMoinesIA <PSDDesMoinesIA@usda.gov>
**Subject:** [External Email]FW: Scanned document from HP ePrint user

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

**Please see the attached "Dealer Trust Notification".**

Thank You,

A.J. Jacques

U.S. POSTAGE
STILLWATER
74074
MAY 03, 23
AMOUNT
**$7.96**
R2305K134852

50309

UNITED STATES
POSTAL SERVICE
RDC 21

CERTIFIED MAIL

7022 2410 0000 8126 8601

A.J. Jacques
4025 W. Deer Crossing Dr.
Stillwater, OK 74074

Midwestern Division Regional Office
210 Walnut Street
Federal Building, Room #317
Des Moines, IA.
50309

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

May 3, 2023

| | | |
|---|---|---|
| McClain Feed Yard, Inc. | 7M Feeders, Inc. | McClain Farms, Inc. |
| 320 Schley Street | 4010 FM 1057 | 3231 Vanzora Rd. |
| Hereford, Texas 79045 | Hereford, Texas 79045 | Benton, Kentucky 42025 |

Riley Livestock, Inc.   Brian McClain
250 Brittian Rd     824 Mullins Lane
Mayfield, Kentucky 42066  Benton, Kentucky 42025

Mechanics Bank f/k/a Rabobank, N.A.  Rabo AgriFinance LLC
1111 Civic Dr        14767 N Outer 40 Rd #400
Walnut Creek, California 94596   Chesterfield, Missouri 63017

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, Mechanics Bank f/k/a Rabobank, N.A., and Rabo AgriFinance LLC who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

   This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

Date of Purchase        Amount Owed

| Date of Purchase | Amount Owed |
|---|---|
| January 6, 2023 | $146,159.69 |
| January 6, 2023 | $175,052.56 |
| January 6, 2023 | $77,611.35 |
| January 6, 2023 | $96,825.29 |
| | |
| | |
| | |

   As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

RECEIVED
May 3, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

**114**

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _____

Title: Managing Member

Printed Name: Bradley A. Gungoll

Company Name: Gungoll Cattle, LLC

Address: 3818 South Sangre Rd., Stillwater, OK  74074

Telephone Number: (580) 548-6029

Email: gungoll@gungolljackson.com

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

RECEIVED
May 3, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

# MCCLAIN FEEDYARD

# INVOICE

**824 MULLINS LANE**

**BENTON KY 42025**

| INVOICE # | DATE |
|---|---|
| | 1/6/2023 |

| BILL TO |
|---|
| GUNGOLL CATTLE |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 153 H 88587# @164.99 | 88587 | 1.6499 | 146,159.69 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 146,159.69 |
| CHECK OFF | |
| TOTAL | $ 146,159.69 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

RECEIVED
May 3, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA **116**

# MCCLAIN FEEDYARD

# INVOICE

**824 MULLINS LANE**

**BENTON KY 42025**

| INVOICE # | DATE |
|---|---|
| | 1/6/2023 |

**BILL TO**

GUNGOLL CATTLE

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 181 H 106247# @164.76 | 106247 | 1.6476 | 175,052.56 |

*Thank you for your business!*

| | | |
|---|---|---|
| SUBTOTAL | | 175,052.56 |
| CHECK OFF | | |
| TOTAL | $ | 175,052.56 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

RECEIVED
May 3, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS
DIVISION
DES MOINES, IA

# MCCLAIN FEEDYARD

**824 MULLINS LANE**

**BENTON KY 42025**

# INVOICE

| INVOICE # | DATE |
|---|---|
| | 1/6/2023 |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**BILL TO**

**GUNGOLL CATTLE**

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 80 H 47120# @164.71 | 47120 | 1.6471 | 77,611.35 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 77,611.35 |
| CHECK OFF | |
| TOTAL | $ 77,611.35 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

RECEIVED
May 3, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

118

# MCCLAIN FEEDYARD

# INVOICE

**824 MULLINS LANE**

**BENTON KY 42025**

| INVOICE # | DATE |
|---|---|
| | 1/6/2023 |

| BILL TO |
|---|
| GUNGOLL CATTLE |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 102 H 58650# @165.09 | 58650 | 1.6509 | 96,825.29 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 96,825.29 |
| CHECK OFF | |
| TOTAL | $   96,825.29 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

RECEIVED
May 3, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA    **119**

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Wells, Michael - MRP-AMS |
| **Sent:** | Wednesday, May 3, 2023 12:51 PM |
| **To:** | Jones, Thomas - MRP-AMS; Fast, Adam - MRP-AMS; England, Branard - MRP-AMS |
| **Cc:** | Meyers, Alexis - MRP-AMS; Dubberke, Alexandra - MRP-AMS; Mapes, Tanisha - MRP-AMS; Power, Jessica - MRP-AMS |
| **Subject:** | FW: [External Email]Dealer Trust Notification Section 318-Packers & Stockyards Act, Gungoll Cattle LLC, Leah Gungoll |
| **Attachments:** | GC Lien Claim.pdf; LC Lien Claim.pdf |

Attached: Dealers Trust

---

**From:** Bradley A. Gungoll <gungoll@GungollJackson.com>
**Sent:** Wednesday, May 3, 2023 11:16 AM
**To:** AMS - PSDDenverCO <PSDDenverCO@usda.gov>; AMS - PSDDesMoinesIA <PSDDesMoinesIA@usda.gov>
**Cc:** Wade Gungoll <gungoll@gmail.com>; JACQUES, A J <aj@atlasdrilling.com>
**Subject:** [External Email]Dealer Trust Notification Section 318-Packers & Stockyards Act, Gungoll Cattle LLC, Leah Gungoll

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Attached are the claims for failure to pay for cattle for Gungoll Cattle LLC and Leah Gungoll.  Contact me with any questions.  Thanks.

**Bradley A. Gungoll**
ATTORNEY
gungoll@GungollJackson.com



### Gungoll, Jackson, Box & Devoll, P.C.

| | |
|---|---|
| 101 Park Avenue | 323 W. Broadway |
| Suite 1400 | PO Box 1549 |
| Oklahoma City, OK 73102 | Enid, OK 73702 |
| P. 405.272.4710 | P. 580.234.0436 |
| F. 405.272.5141 | F. 580.233.1284 |

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the recipient(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us via e-mail and delete this e-mail from your system. Thank you.



US POSTAGE
$008.34
First-Class Mail
ZIP 73102
05/03/2023
0368 0011825300

OKLAHOMA C
3 MAY 2023

CERTIFIED MAIL

7020 0640 0001 0394 3841

Gungoll Jackson PC
101 Park Avenue, Ste. 1400
Oklahoma City, OK 73102

Agricultural Marketing Service
3350 Lewiston St. #200
Aurora, CO 80011

80011-15050



CERTIFIED MAIL®

7020 0640 0001 0394 3834

US POSTAGE
$008.34°
First-Class - IMI
ZIP 73102
05/03/2023
0368 0011825500

OKLAHOMA CITY OK 730

3 MAY 2023

Agricultural Marketing Service
210 Walnut Street
Federal Building, Rm 317
Des Moines, IA 50309

50309-211092

Gungoll Jackson PC
101 Park Avenue, Ste. 1400
Oklahoma City, OK 73102

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

May 3, 2023

McClain Feed Yard, Inc.          7M Feeders, Inc.            McClain Farms, Inc.
320 Schley Street                4010 FM 1057               3231 Vanzora Rd.
Hereford, Texas 79045            Hereford, Texas 79045      Benton, Kentucky 42025

Riley Livestock, Inc.            Brian McClain
250 Brittian Rd                  824 Mullins Lane
Mayfield, Kentucky 42066         Benton, Kentucky 42025

Mechanics Bank f/k/a Rabobank, N.A.    Rabo AgriFinance LLC
1111 Civic Dr                          14767 N Outer 40 Rd #400
Walnut Creek, California 94596         Chesterfield, Missouri 63017

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, Mechanics Bank f/k/a Rabobank, N.A., and Rabo AgriFinance LLC who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

Date of Purchase                           Amount Owed

| Date of Purchase | Amount Owed |
|---|---|
| January 6, 2023 | $150,852.24 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

RECEIVED
May 3, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _____

Title: Self

Printed Name: Leah Gungoll

Company Name: N/A (individual)

Address: 3818 South Sangre Rd., Stillwater, OK  74074

Telephone Number: (580) 548-6029

Email: gungoll@gungolljackson.com

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

RECEIVED
May 3, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS
DIVISION
DES MOINES, IA

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|-----------|------|
|           | 1/6/2023 |

| BILL TO | |
|---------|--|
| LEAH CATTLE | |

| CUSTOMER ID | TERMS |
|-------------|-------|
|             | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|------------|--------|
| 157 H 91531# @164.81 | 91531 | 1.6481 | 150,852.24 |

Thank you for your business!

| | |
|--|--|
| SUBTOTAL | 150,852.24 |
| CHECK OFF | |
| TOTAL    $ | 150,852.24 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

RECEIVED
May 3, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS DIVISION
DES MOINES, IA

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Wells, Michael - MRP-AMS |
| **Sent:** | Wednesday, May 3, 2023 12:51 PM |
| **To:** | Jones, Thomas - MRP-AMS; Fast, Adam - MRP-AMS; England, Branard - MRP-AMS |
| **Cc:** | Meyers, Alexis - MRP-AMS; Dubberke, Alexandra - MRP-AMS; Mapes, Tanisha - MRP-AMS; Power, Jessica - MRP-AMS |
| **Subject:** | FW: [External Email]Dealer Trust Notification Section 318-Packers & Stockyards Act, Gungoll Cattle LLC, Leah Gungoll |
| **Attachments:** | GC Lien Claim.pdf; LC Lien Claim.pdf |

Attached: Dealers Trust

**From:** Bradley A. Gungoll <gungoll@GungollJackson.com>
**Sent:** Wednesday, May 3, 2023 11:16 AM
**To:** AMS - PSDDenverCO <PSDDenverCO@usda.gov>; AMS - PSDDesMoinesIA <PSDDesMoinesIA@usda.gov>
**Cc:** Wade Gungoll <gungoll@gmail.com>; JACQUES, A J <aj@atlasdrilling.com>
**Subject:** [External Email]Dealer Trust Notification Section 318-Packers & Stockyards Act, Gungoll Cattle LLC, Leah Gungoll

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Attached are the claims for failure to pay for cattle for Gungoll Cattle LLC and Leah Gungoll.  Contact me with any questions.  Thanks.

**Bradley A. Gungoll**
ATTORNEY
gungoll@GungollJackson.com



### Gungoll, Jackson, Box & Devoll, P.C.

| 101 Park Avenue | 323 W. Broadway |
|---|---|
| Suite 1400 | PO Box 1549 |
| Oklahoma City, OK 73102 | Enid, OK 73702 |
| P. 405.272.4710 | P. 580.234.0436 |
| F. 405.272.5141 | F. 580.233.1284 |

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the recipient(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us via e-mail and delete this e-mail from your system. Thank you.



Gungoll Jackson PC
101 Park Avenue, Ste. 1400
Oklahoma City, OK 73102

CERTIFIED MAIL

7020 0640 0001 0394 6835

US POSTAGE
$008.10²
First-Class - IMI
ZIP 73102
05/03/2023
0368 001182530O

3 MAY 2023

Agricultural Marketing Service
3950 Lewiston St. #200
Aurora, CO 80011

80011-155050



Gungoll Jackson PC
101 Park Avenue, Ste. 1400
Oklahoma City, OK 73102

7020 0640 0001 0394 6842

US POSTAGE
$008.10
First-Class · IMI
ZIP 73102
05/03/2023
036B 0011825300

OKLAHOMA C
3 MAY 2023

Agricultural Marketing Service
210 Walnut Street
Federal Building, Rm 317
Des Moines, IA 50309

50309-211082

*Gary & Jan Lesh* (handwritten)

**DEALER TRUST NOTIFICATION**
**SECTION 318-PACKERS & STOCKYARDS ACT**

**RECEIVED**
Apr 26, 2023
By Zachary Reding
USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

April 2*4*, 2023

McClain Feed Yard, Inc.          7M Feeders, Inc.          McClain Farms, Inc.
320 Schley Street                4010 FM 1057              3231 Vanzora Rd.
Hereford, Texas 79045            Hereford, Texas 79045     Benton, Kentucky 42025

Riley Livestock, Inc.            Brian McClain
250 Brittian Rd                  824 Mullins Lane
Mayfield, Kentucky 42066         Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

        This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 1/7/2023 / delivered 4/13/23 | $ 239,732 85 |
| 3/15/2023 delivered 4/24/23 | $ 84,036 99 |
| | |
| | |
| | |
| | |

        For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

        As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at                                and                    .

Sincerely,

Signature: _____ Jan Lesh / Gary Lesh _____

Title: __Owner__

Printed Name: __Jan Lesh / Gary Lesh__

Company Name: __Self / individual__

Address: __19700 County Road 200 Perry, OK 73077__

Telephone Number: __405-269-8167__

Email: __jlesh5@yahoo.com__

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

4/24/2023


**To Whom It May Concern:**


The group of cattle dated 1/7/2023 were delivered by Brian McClain from Hereferd, TX to a fats yard (assuming Friona) on April 13, 2023 as stated in a text message (see attached) from Brian. He was to pay for these cattle on Tuesday April 18, 2023.  His unfortunate death has left our payment of these cattle unpaid.

The group of cattle dated 3/15/2023 were taken to a sale barn on 3/22/2023 from Benton, KY to be sold by the 'bank' after Brians passing.

My son Jordan, who also owns a small trucking company and trucked cattle for McClain, was in Kentucky at the grow yard for an inspection of these cattle, owned by myself and several other groups of cattle owned by members of our family.  It was Brians practice to start cattle in Benton, line them out and then send them to McClain Feedyard Hereford, TX or 7M Feeders Friona, TX to the grow yard and grow them there before being sold and sent to a fats yard.

Upon inspection of the facilities and cattle he witnessed several/many trucks lined up to load out.  He asked the truck drivers who was having them load and where they were being taken. The answer was "the 'bank' is having us take them to a salebarn."  To date, no one has notified us of a sale price or sent us a payment.

I have attached some documentation as to our business dealings with Mr McClain since 2015.  It was his practice to contract the cattle, I believe through Riley Brothers, or Riley Livestock, INC - Jeff Riley  who I believe sold those cattle to Friona Feeders.  We would pay Brian for the cattle, he would line them out and grow them for 90-150 days.  He would pay us profit approximately 3-6 days after delivery.

Please let me know if you have any questions or concerns.

Gary & Jan Lesh

405-269-8167

# MCCLAIN FEEDYARD INC.

**824 MULLINS LANE**

**BENTON KY. 42025**

**BILL TO:** GARY LESI

**1/7/2023**

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 216 | H | 126576 | 1.709 | $216,318.38 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 216 | | | | $216,318.38 |

Delivered
4/23/23

## PROJECTED CLOSE OUT

| | | |
|---|---|---|
| HEAD | 216 | 216 |
| COST | 216,318.38 | 216,318.38 |
| BOUGHT WEIGHT | 126576 | 126576 |
| $ SOLD | 278,525.65 | 278,525.65 |
| SELL WEIGHT | 167,400 | 167,400 |
| COST/GAIN | 38,782.80 | 38,782.80 |
| LBS GAINED | 40,834 | 40,834 |
| PROFIT | 23,414.47 | 23,414.47 |

```
Cost   216,318.38
profit  23,414.47
       ─────────────
       $239,732.85
```

These cattle delivered 4/13/23

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

**BILL TO:** GARY LESH

3/15/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 75 | H | 43957 | 1.9118 | $84,036.99 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
| 75 |  |  |  | $84,036.99 |

delivered
4/24/23

4:33    ·ıll LTE ⬛·

< **Brian** >    ▢◁

by next week?

Thu, Apr 13 at 2:42 PM

any chance those cattle have
closed?  need to send may taxes
in 😬

I can do it Tuesday I delivered
today

ty so much!!!

Tue, Apr 18 at 9:28 AM

u able to wire that money on that
close out?

**Delivered**



iMessage    🎤

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | GROUP NAME | PURC DATE | SEX | #HD | PRICE/HD | PURCH PRICE | BUY WT | SALE DATE | #HD SOLD | SELL WGHT | DLY GAIN |
| 39 | | | | | | | | | | | |
| 40 | GROUP NAME | PURC DATE | SEX | #HD | PRICE/HD | PURCH PRICE | BUY WT | SALE DATE | #HD SOLD | SELL WGHT | DLY GAIN |
| 41 | RCB-1ST GROUP | | | | #DIV/0I | | | | | | #DIV/0I |
| 42 | | | | | #DIV/0I | | | | | | #DIV/0I |
| 43 | | 11/12/2015 | S | 176 | $899.96 | $158,393.27 | 79160 | 3/16/2016 | 170 | 128180 | 2.17 |
| 44 | | 3/16/2016 | S | 184 | $859.60 | $158,166.18 | 88688 | 7/14/2016 | 179 | 135324 | 1.55 |
| 45 | | 7/14/2016 | S | 212 | $747.78 | $158,529.87 | 104516 | 11/8/2016 | 207 | 140863 | 2.09 |
| 46 | | 11/8/2016 | H | 267 | $594.58 | $158,752.99 | 127359 | 3/16/2017 | 260 | 196820 | 1.77 |
| 47 | | 3/16/2017 | H | 245 | $647.79 | $158,708.40 | 119070 | Aug-17 | 238 | 173026 | 2.47 |
| 48 | | 8/24/2017 | H | 217 | $733.72 | $159,217.48 | 107849 | 10/30/2017 | 211 | 154663 | 2.12 |
| 49 | | 10/17/2017 | H | 215 | $740.68 | $159,245.21 | 107070 | 1/28/2018 | 209 | 153615 | 2.43 |
| 50 | | 1/28/2018 | H | 222 | $719.63 | $159,756.97 | 107004 | 3/21/2018 | 215 | 136740 | 2.64 |
| 51 | | 3/21/2018 | H | 220 | $727.12 | $159,966.84 | 105380 | 6/21/2018 | 214 | 156220 | 2.78 |
| 52 | | 6/21/2018 | H | 225 | $711.30 | $160,043.40 | 106200 | 9/19/2018 | 219 | 159870 | 3.08 |
| 53 | | 9/19/2018 | H | 223 | $725.65 | $161,819.50 | 110608 | 12/3/2018 | 218 | 160230 | 1.90 |
| 54 | | 12/3/2018 | H | 231 | $700.50 | $161,814.67 | 111481 | 3/1/2019 | 224 | 147616 | 1.37 |
| 55 | | 3/1/2019 | H | 232 | $698.30 | $162,004.79 | 115142 | 8/1/2019 | 227 | 166391 | 1.49 |
| 56 | | 8/1/2019 | H | 236 | $687.57 | $162,267.07 | 115871 | 1/3/2020 | 230 | 167900 | 1.67 |
| 57 | | 1/3/2020 | S | 215 | $758.05 | $162,981.42 | 107543 | 6/8/2020 | 210 | 161070 | 1.48 |
| 58 | | 6/8/2020 | S | 215 | $759.96 | $163,391.48 | 112165 | 11/10/2020 | 209 | 160094 | 1.50 |
| 59 | | 11/10/2020 | S | 228 | $720.18 | $164,201.97 | 116052 | 4/20/2021 | 223 | 169703 | |
| 60 | | | | | #DIV/0I | | | | | | #DIV/0I |
| 61 | | | | | #DIV/0I | | | | | | #DIV/0I |
| 62 | | | | | #DIV/0I | | | | | | #DIV/0I |
| 63 | RCB-2ND GROUP | | b | | #VALUE! | | | | | | #DIV/0I |
| 64 | | 3/5/2019 | S | 65 | $768.49 | $49,951.78 | 32144 | 8/23/2019 | 64 | 48640 | 1.51 |
| 65 | | 8/23/2019 | S | 68 | $738.61 | $50,225.19 | 33783 | 2/7/2020 | 67 | 50853 | 1.52 |
| 66 | | 2/7/2020 | s | 66 | $764.78 | $50,475.51 | 33858 | 6/8/2020 | 65 | 49465 | 1.98 |
| 67 | | 6/10/2020 | | 67 | $761.25 | $51,003.65 | 34746 | 11/10/2020 | 66 | 50820 | 1.57 |
| 68 | | 11/10/2020 | S | 71 | $720.38 | $51,146.63 | 36210 | 4/20/2021 | 70 | 53130 | 1.51 |
| 69 | | | | | | | | | | | |
| 70 | | | | | | | | | | | |
| 71 | | 2/23/2021 | | | | | | sold w/ other groups-lumped together | | | |
| 72 | | 6/11/2021 | | | | | | sold w/ other groups-lumped together | | 812,537.83 | |
| 73 | | 11/11/2021 | | | | | | sold w/ other groups-lumped together | | ############ | |
| 74 | | 2/8/2022 | | | #VALUE! | $216,361.16 | 151955 | | | | #VALUE! |
| 75 | ** | 8/8/2022 | | 229 | $944.26 | $216,235.33 | 132416 | 8/8/2022 | 282 | 216576 | 1.29 |
| 76 | | 1/7/2023 | H | 216 | $1,001.47 | $216,318.38 | 126576 | | | | #DIV/0I |

| GROUP NAME | PURC DATE | SEX | # HD | PRICE/HD | PURCH PRICE | BUY WT | SALE DATE | #HD SOLD | SELL WGHT | DLY GAIN |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | #DIV/0! |  |  |  |  |  | #DIV/0! |
|  | 5/17/2017 | h | 114 | $ 753.28 | $ 85,873.37 |  | 9/17/2017 |  |  | #DIV/0! |
|  | 10/19/2018 | H | 53 | #DIV/0! | $ 41,000.44 |  | 1/4/2019 | 52 |  | #DIV/0! |
|  | 1/4/2019 | H | 106 |  | $ 83,001.71 | 53636 | 3/1/2019 | 103 | 64272 |  |
|  | 3/1/2019 | h | 109 | $ 767.74 | $ 83,683.50 | 54446 | 8/13/2019 | 107 | 80785 | 1.49 |
|  | 8/1/2019 | H | 122 | $ 684.75 | $ 83,539.35 | 59353 | 1/3/2020 | 119 | 87822 | 1.57 |
|  | 1/3/2020 | H | 111 | $ 755.26 | $ 83,834.17 | 55234 | 6/8/2020 | 108 | 82404 | 1.2 |
|  | 6/8/2020 | S | 111 | $ 756.49 | $ 83,970.75 | 58386 | 11/3/2020 | 108 | 81432 | 1. |
|  | 11/10/2020 | s | 117 | $ 717.83 | $ 83,985.53 | 59670 |  |  |  |  |
|  | 3/1/2021 |  |  | #DIV/0! |  |  |  |  |  | #DIV/0! |
|  | 11-Jul |  |  | #DIV/0! |  |  |  |  |  | #DIV/0! |
|  | 11/1/2021 |  |  | #DIV/0! |  |  |  |  |  | #DIV/0! |
|  | 5/4/2022 |  | 86 | $ 969.18 | $ 83,349.60 | 48140 | 11/4/2022 | 82 | 63878 | #DIV/0!  1.25 |
|  | 9/5/2022 |  |  |  |  |  |  |  |  |  |
|  | 12/1/2022 |  |  |  |  |  |  |  |  |  |
|  | 3/15/2023 |  | 75 |  | $ 84,036.99 | 43957 |  |  |  |  |

**RECEIVED**

Apr 25, 2023

By Zachary Reding

**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

April 25, 2023

| | | |
|---|---|---|
| McClain Feed Yard, Inc. | 7M Feeders, Inc. | McClain Farms, Inc. |
| 320 Schley Street | 4010 FM 1057 | 3231 Vanzora Rd. |
| Hereford, Texas 79045 | Hereford, Texas 79045 | Benton, Kentucky 42025 |

| | |
|---|---|
| Riley Livestock, Inc. | Brian McClain |
| 250 Brittian Rd | 824 Mullins Lane |
| Mayfield, Kentucky 42066 | Benton, Kentucky 42025 |

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

Date of Purchase        *See Attached*        Amount Owed

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
| Mechanics Bank (McClain Farms —) | 4/1/23 | $183,070.³³ |
| " " | 4/18/23 | $185,070.³³ |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory

trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _____

Title: Owner

Printed Name: Jared Lesh

Company Name: Jared Lesh

Address: 10801 E Hwy 82   Whitesboro, Tx   76273

Telephone Number: (405) 269-3467

Email: JaredWLesh@aol.com

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

**139**

Image # 850934890000625

Front Image

**MCCLAIN FARMS INC**
824 MULLINS LANE
BENTON, KY 42025

4321

**MECHANICS BANK**
COMMITMENT THAT LASTS GENERATIONS
PH: 800-797-6324

90-203/1211

4/18/23

PAY TO THE
ORDER OF          Jared  Lesh                                    $ 185,070.33

hundred eighty five thousand seventy dollars & 33/100                     DOLLARS

MEMO                                        Meagan Flood

⑂004321⑂ ⑂121102036⑂          30 70⑂

Back Image

PAY TO THE ORDER OF

ENDORSE HERE

4/25/2023 1:21 PM                                                        140

Image # 850234720000472

Front Image

**MCCLAIN FARMS INC**
824 MULLINS LANE
BENTON, KY  42025

MECHANICS BANK
COMMITMENT THAT LASTS GENERATIONS
PH: 800-797-6324

90-203/1211

4320

4/1/23

Jared  Lesh

$ 185,070.³³

eighty three thousand seventy dollars & ³³/100                                DOLLARS

MEMO

Meagan Good

⑈004320⑈ ⑈⑈ 12110 2036⑈⑈        30 70⑈⑈

Back Image

ENDORSE HERE

PAY TO THE ORDER OF

## CLOSE OUT

| | |
|---|---:|
| HEAD | 473 |
| COST | 431337.88 |
| BOUGHT WEIGHT | 260832 |
| $ SOLD | 562,022.74 |
| SELL WEIGHT | 346236 |
| COST/GAIN | 104,751.71 |
| PROFIT | 25,933.15 |

Sold
3/23/23

MCCLAIN FEED YARD INC

824 MULLINS LANE

BENTON KY. 42025

BILL TO:  JARED LESH

11/17/2022

| AD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|---|---|---|---|---|
| 494 | H | 260832 | 1.6537 | $431,337.88 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 494 | | | | $431,337.88 |

## CLOSE OUT

Sold
3/28/23

| | |
|---|---|
| HEAD | 112 |
| COST | 99989.45 |
| BOUGHT WEIGHT | 59624 |
| $ SOLD | 133,051.46 |
| SELL WEIGHT | 81536 |
| COST/GAIN | 26,082.78 |
| PROFIT | 6,979.23 |
| | |
| JARED FEED | 32,095.00 |

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

BILL TO:  JARED LESH

11/17/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 116 | H | 59624 | 1.677 | $99,989.45 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 116 | | | | $99,989.45 |

## CLOSE OUT

| | |
|---|---|
| HEAD | 497 |
| COST | 444576.13 |
| BOUGHT WEIGHT | 292292 |
| $ SOLD | 601,953.20 |
| SELL WEIGHT | 400085 |
| COST/GAIN | 109,096.12 |
| PROFIT | 48,280.95 SPLIT |

32187 3°

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025                    **BILL TO:** JARED LESH

2/20/2022

1 split

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 511 | H | 292292 | 1.521 | $444,576.13 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 511 | | | | $444,576.13 |

## CLOSE OUT

| | |
|---|---|
| HEAD | 444 |
| COST | 436205.95 |
| BOUGHT WEIGHT | 266304 |
| $ SOLD | 568,695.88 |
| SELL WEIGHT | 348096 |
| COST/GAIN | 85,052.64 |
| PROFIT | 47,437.29 SPLIT |

Sold
3/28/23

31624 86

**MCCLAIN FEED YARD, INC**

824 MULLINS LANE

BENTON KY. 42025

**BILL TO:** JARED LESH

11/17/2022

| EAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|---|---|---|---|---|
| 456 | H | 266304 | 1.638 | $436,205.95 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| | | | | $436,205.95 |
| 456 | | | | |

### CLOSE OUT

Sold
3/24

| | |
|---|---|
| HEAD | 375 |
| COST | 327781.13 |
| BOUGHT WEIGHT | 204225 |
| $ SOLD | 436,143.48 |
| SELL WEIGHT | 276750 |
| COST/GAIN | 87,023.81 |
| PROFIT | 21,338.54 |

| | |
|---|---|
| jared feed | 31,605.00 |