**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

*10/14*
11/9/2022

**BILL TO:** JARED LESH

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 389 | H | 204225 | 1.605 | $327,781.13 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 389 | | | | $327,781.13 |

## CLOSE OUT

Sold
3/28/23

| | |
|---|---|
| HEAD | 425 |
| COST | 416878.86 |
| BOUGHT WEIGHT | 254334 |
| $ SOLD | 543,429.18 |
| SELL WEIGHT | 331925 |
| COST/GAIN | 81,277.37 |
| PROFIT | 45,272.95 SPLIT |

30181 97

MCCLAIN FEEDYARD INC.

824 MULLINS LANE

BENTON KY. 42025

SPLIT

BILL TO:  JARED LESH

11/17/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 437 | H | 254334 | 1.6391 | $416,878.86 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 437 |  |  |  | $416,878.86 |

## CLOSE OUT

Sold /
3/27/23

| | |
|---|---|
| HEAD | 373 |
| COST | 327652.78 |
| BOUGHT WEIGHT | 204336 |
| $ SOLD | 432,862.55 |
| SELL WEIGHT | 273036 |
| COST/GAIN | 83,617.50 |
| PROFIT | 21,592.27 |

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

10/18
11/9/2022

BILL TO:  JARED LESH

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST | |
|------|-----|--------|----------|------------|---|
| 387 | H | 204336 | 1.6035 | $327,652.78 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | $0.00 | | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |

## CLOSE OUT

| | |
|---|---|
| HEAD | 365 |
| COST | 329913.92 |
| BOUGHT WEIGHT | 199404 |
| $ SOLD | 430,196.24 |
| SELL WEIGHT | 264260 |
| COST/GAIN | 80,520.53 |
| PROFIT | 19,761.79 |

Sold
3/28/23

K&C JOHN FEEDYARD INC
824 MULLINS LANE
BENTON KY. 42025

BILL TO: JARED LESH

11/17/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 382 | H | 199404 | 1.6545 | $329,913.92 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 382 | | | | $329,913.92 |

## CLOSE OUT

Sold
3/28/23

| | |
|---|---|
| HEAD | 365 |
| COST | 331041.38 |
| BOUGHT WEIGHT | 200025 |
| $ SOLD | 432,074.19 |
| SELL WEIGHT | 265355 |
| COST/GAIN | 81,073.51 |
| PROFIT | 19,959.30 |

MAY 2 '23 RCVD
USDA, FTPP, PSD, MRD

MCCLAIN FEED YARD

824 MULLINS LANE

BENTON KY. 42025

BILL TO: JARED LESH

11/17/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 381 | H | 200025 | 1.655 | $331,041.38 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| | | | | $331,041.38 |
| 381 | | | | |

NW 2 28 RCVD
USDA FTPP PSD MRD

## CLOSE OUT

| | |
|---|---|
| HEAD | 343 |
| COST | 299907.05 |
| BOUGHT WEIGHT | 186730 |
| $ SOLD | 400,486.49 |
| SELL WEIGHT | 254163 |
| COST/GAIN | 80,868.77 |
| PROFIT | 19,710.67 |

Sold
3/24/23

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

*10/18*
11/9/2022

**BILL TO:** JARED LESH

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 355 | H | 186730 | 1.6061 | $299,907.05 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  | $0.00 |  |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 355 |  |  |  | $299,907.05 |

## CLOSE OUT

| | |
|---|---|
| HEAD | 262 |
| COST | 250,078.88 |
| BOUGHT WEIGHT | 157530 |
| $ SOLD | 322,654.28 |
| SELL WEIGHT | 204,622 |
| COST/GAIN | 45,448.49 |
| PROFIT | 27,126.91 |

Sold
3/24/23

268,163.49

$18,084.60  Profit

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025



*90 Days*

BILL TO:  JARED LESH

7/15/2022

*I new*

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|-----------|
| 267 | H | 157530 | 1.5875 | $250,078.88 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 267 | | | | $250,078.88 |

## CLOSE OUT

| | |
|---|---|
| HEAD | 508 |
| COST | 500104.11 |
| BOUGHT WEIGHT | 304700 |
| $ SOLD | 665,402.83 |
| SELL WEIGHT | 396748 |
| COST/GAIN | 97,634.65 |
| PROFIT | 67,664.07 SPLIT ÷2 |

Sold 3/24/23

45 109.38 Profit

From: **Meagan** maebrooke627@gmail.com
Date: Oct 19, 2022 at 8:41:50 AM
To: jaredwlesh@aol.com

Sent from Mail for Windows



## MCCLAIN FEEDYARD

824 MULLINS LANE
BENTON KY 42025

# INVOICE

| INVOICE # | DATE |
|-----------|------|
| | 10/19/2022 |

| CUSTOMER ID | TERMS |
|-------------|-------|
| | Due Upon Receipt |

**BILL TO**
JARED LESH

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|-----------|--------|
| 523 H 304700# @164.13 | 304700 | 1.6413 | 500,104.11 |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 500,104.11 |
| | CHECK OFF | |
| | TOTAL | $ 500,104.11 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

## CLOSE OUT

| | |
|---|---|
| HEAD | 409 |
| COST | 353034.48 |
| BOUGHT WEIGHT | 219208 |
| $ SOLD | 474,519.08 |
| SELL WEIGHT | 304296 |
| COST/GAIN | 98,502.09 |
| PROFIT | 22,982.51 |

Sold
3|24|23

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

*10/18*
11/9/2022

BILL TO:  JARED LESH

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|-----------|
| 424  | H   | 219208 | 1.6105   | $353,034.48 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        | $0.00    |  |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
| 424  |     |        |          | $353,034.48 |

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
|  | 4/1/2023 |

**BILL TO**

JARED LESH

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 665 H 353115# @197.88 | 353115 | 1.9788 | 698,743.96 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 698,743.96 |
| CHECK OFF | |
| **TOTAL** | **$  698,743.96** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

168

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE
BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 4/1/2023 |

| BILL TO |
|---|
| JARED LESH |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 645 H 338625# @197.98 | 338625 | 1.9798 | 670,409.78 |

*Thank you for your business!*

| | | |
|---|---|---|
| SUBTOTAL | | 670,409.78 |
| CHECK OFF | | |
| TOTAL | $ | 670,409.78 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 4/1/2023 |

| BILL TO |
|---|
| JARED LESH |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 630 H 328230# @198.03 | 328230 | 1.9803 | 649,993.87 |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 649,993.87 |
| CHECK OFF | |
| TOTAL | $  649,993.87 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM



**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

EP14F July 2022
OD: 12 1/2 x 9 1/2

PS00001000014

This package is made from post-consumer waste. Please recycle - again.

---

US POSTAGE AND FEES PAID
PRIORITY MAIL
Apr 20 2023
Mailed from ZIP 76240
PRIORITY MAIL
ZONE 1 FLAT-RATE ENV.
16103193
Commercial Plus Pricing

**USPS PRIORITY MAIL**   C101

Pack N Mail
The Packing Pros
1014 E Hwy 82
GAINESVILLE TX 76240

SHIP TO:
PACKERS & STOCKYARDS   MIDWESTERN DIV. OFF.
210 WALNUT ST RM 317
FEDERAL BUILDING
DES MOINES IA 50309-2110

USPS TRACKING #

9405 5111 0807 0471 2127 34

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

## Jones, Thomas - MRP-AMS

**From:**          Jared Lesh <jaredwlesh@aol.com>
**Sent:**          Friday, April 28, 2023 1:51 PM
**To:**            Jones, Thomas - MRP-AMS
**Subject:**       Re: McClain Dealer Trust Notification

Yes sir

Sent from my iPhone

On Apr 28, 2023, at 1:25 PM, Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov> wrote:

Jared,

Thank you for your email.  Just to clarify, your trust claim is as below:

$6,236,608.23 of unpaid invoices + $368,140.66 of returned checks = $6,604,748.89 to be included in the trust claim

Is this correct?

Thank you,

**Thomas Jones, Auditor**
USDA | Agricultural Marketing Service | Fair Trade Practices Program
Phone: (515) 323-2507 | Mobile: (515) 344-2192
FAX: (515) 323-2590 | Email: Thomas.J.Jones@usda.gov

**From:** Jared Lesh <jaredwlesh@aol.com>
**Sent:** Friday, April 28, 2023 12:52 PM
**To:** Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>
**Subject:** Re: McClain Dealer Trust Notification

Yes the invoices plus the checks are all unpaid

No the checks are not related to any of the invoices

Sent from my iPhone

On Apr 28, 2023, at 9:53 AM, Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov> wrote:

Hello Jared,

1

**172**

I have received your McClain Dealer Trust Notification and had some questions on it. I see that you are claiming 2 bad checks, totaling $368,140.66. However, you also attached many other invoices from McClain Feedyards. I have the following invoices attached with the Trust Claim:

11/17/2022 - $431,337.88
11/17/2022 - $99,989.45
2/20/2022 - $444,576.13
11/17/2022 - $436,205.95
11/9/2022 - $327,781.13
11/17/2022 - $416,878.86
11/9/2022 - $327,652.78
11/17/2022 - $329,913.92
11/9/2022 - $299,907.05
7/15/2022 - $250,078.88
10/19/2022 - $500,104.11
11/9/2022 - $353,034.48
4/1/2023 - $698,743.96
4/1/2023 - $670,409.78
4/1/2023 - $649,993.87

Total = $6,236,608.23

Are you claiming all of these on the Trust Claim as well? I wasn't sure, as you did not mention them in the "unpaid" section of the Notification form. In addition, are the bad checks related to any of these invoices?

Please let me know how much to include in your Trust Claim along with the bad checks, so that we can appropriately notate the full amount of unpaid invoices you had with Brian McClain.

Thank you,

**Thomas Jones, Auditor**
USDA | Agricultural Marketing Service | Fair Trade Practices Program
Packers & Stockyards Division | Midwestern Regional Office
210 Walnut Street, Rm 317, Des Moines, IA 50309
Phone: (515) 323-2507 | Mobile: (515) 344-2192
FAX: (515) 323-2590 | Email: Thomas.J.Jones@usda.gov

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Reding, Zachary - MRP-AMS |
| **Sent:** | Wednesday, April 26, 2023 10:36 AM |
| **To:** | Humildad, Alejandro - MRP-AMS |
| **Cc:** | Fast, Adam - MRP-AMS; Jones, Thomas - MRP-AMS |
| **Subject:** | Brian McClain |
| **Attachments:** | Charles Lockwood (OK) Dealer Trust Notification.pdf; Doug Finley (OK) Dealer Trust Notification.pdf; Gray Brothers Cattle (OK) Dealer Trust Notification.pdf; Jared Lesh (TX) Dealer Trust Notification.pdf; Jan & Gary Lesh (OK) Dealer Trust Notification.pdf |

Hello,

Attached are all trust claims the PSDDenverCO in box received yesterday evening & this morning.

Sincerely,



**Zachary J. Reding| Program Assistant**
*USDA | Agricultural Marketing Service | Fair Trade Practices Program*
***Packers & Stockyards Division | Western Regional Office***
3950 Lewiston Street, Ste. 200
Aurora, CO  80011
Phone: (303) 334-9021 |Fax: 303-371-4609
Email: Zachary.Reding@USDA.gov

*Stay connected with USDA:*

 

*USDA Grain Inspection, Packers & Stockyards Administration*
*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Power, Jessica - MRP-AMS |
| **Sent:** | Wednesday, April 26, 2023 12:55 PM |
| **To:** | Jones, Thomas - MRP-AMS |
| **Cc:** | Fast, Adam - MRP-AMS |
| **Subject:** | FW: [External Email]Jared Lesh/ McClain |

I think these were some invoices missed by Jared Lesh on his claim he submitted.

**From:** Jared Lesh <jaredwlesh@aol.com>
**Sent:** Wednesday, April 26, 2023 1:44 PM
**To:** Power, Jessica - MRP-AMS <Jessica.L.Power@usda.gov>; bprince51@mac.com
**Subject:** [External Email]Jared Lesh/ McClain

[External Email]
If this message comes from an unexpected sender or references a vague/unexpected topic;
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

## CLOSE OUT

| | |
|---|---|
| HEAD | 508 |
| COST | 500104.11 |
| BOUGHT WEIGHT | 304700 |
| $ SOLD | 665,402.83 |
| SELL WEIGHT | 396748 |
| COST/GAIN | 97,634.65 |
| PROFIT | 67,664.07 SPLIT |

2

**176**

RECEIVED

May 09, 2023

By Zachary Reding
**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

April 28, 2023

McClain Feed Yard, Inc.          7M Feeders, Inc.          McClain Farms, Inc.
320 Schley Street                4010 FM 1057             3231 Vanzora Rd.
Hereford, Texas 79045            Hereford, Texas 79045    Benton, Kentucky 42025

Riley Livestock, Inc.            Brian McClain
250 Brittian Rd                  824 Mullins Lane
Mayfield, Kentucky 42066         Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

    This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 4/14/23 | $350,002.69 |
| 4/14/23 | $406,924.08 |
| 4/14/23 | $374,202.56 |
| 4/14/23 | $355,800.03 |
| 4/14/23 | $413,262.03 |
| 4/14/23 | $456,534.62 |
| 4/14/23 | $419,673.01 |
| 4/14/23 | $413,909.55 |
| 4/14/23 | $217,299.58 |
| 4/14/23 | $384,208.00 |
| 4/14/23 | $412,671.25 |
| 4/14/23 | $448,653.87 |
| 4/14/23 | $414,347.14 |
| 4/14/23 | $350,449.96 |
| 4/14/23 | $316,292.50 |
| 4/14/23 | $383,618.10 |
| 4/14/23 | $412,038.90 |

177

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _Joel Brookshire_

Title: GP

Printed Name: Joel Brookshire

Company Name: Gene Brookshire Family, LP

Address: 907 Reidland Road; Crosby, Texas 77532

Telephone Number: 281-389-6117

Email: Joelbrookshire@hotmail.com

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

**RECEIVED**
May 09, 2023

By Zachary Reding
**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

178

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Reding, Zachary - MRP-AMS |
| **Sent:** | Tuesday, May 9, 2023 9:35 AM |
| **To:** | Meyers, Alexis - MRP-AMS |
| **Cc:** | Fast, Adam - MRP-AMS; Jones, Thomas - MRP-AMS |
| **Subject:** | Brian McClain |
| **Attachments:** | Joel Brookshire (TX) Dealer Trust Notification.pdf; Gene Brookshire Family, LP (TX) Dealer Trust Notification.pdf; A.J. Jacques Living Trust (OK) Dealer Trust Notification.pdf |

Hello,

Attached are trust claims sent to the WRO.

Sincerely,

 **Zachary J. Reding| Program Assistant**
*USDA | Agricultural Marketing Service | Fair Trade Practices Program*
***Packers & Stockyards Division | Western Regional Office***
3950 Lewiston Street, Ste. 200
Aurora, CO  80011
Phone: (303) 334-9021 |Fax: 303-371-4609
Email: Zachary.Reding@USDA.gov
*Stay connected with USDA:*

  

*USDA Grain Inspection, Packers & Stockyards Administration*
*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

## Wells, Michael - MRP-AMS

**From:** JOEL BROOKSHIRE <JOELBROOKSHIRE@hotmail.com>
**Sent:** Tuesday, May 9, 2023 8:33 AM
**To:** AMS - PSDDenverCO; AMS - PSDDesMoinesIA
**Subject:** [External Email]Dealer Trust Notification
**Attachments:** DEALER TRUST NOTIFICATION CLS - 4-23-23(1374379.1).pdf

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Please see the attached Dealer Trust Notification for Gene Brookshire Family, LP.

Respectfully,

Joel Brookshire
281-389-6117



1



7020 1810 0000 5850 3156

Agricultural Marketing Service
Fair Trade Practices Program
Packers And Stockyards
Midwestern Division Regional Office
210 Walnut Street
Federal Bldg. Room 317
IA 50309

907 Reidland Road
Crosby, TX 77532

$4.78

RECEIVED

May 09, 2023

By Zachary Reding
USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

April 28, 2023

McClain Feed Yard, Inc.          7M Feeders, Inc.          McClain Farms, Inc.
320 Schley Street                4010 FM 1057              3231 Vanzora Rd.
Hereford, Texas 79045            Hereford, Texas 79045     Benton, Kentucky 42025

Riley Livestock, Inc.            Brian McClain
250 Brittian Rd                  824 Mullins Lane
Mayfield, Kentucky 42066         Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

Date of Purchase                           Amount Owed

| Date of Purchase | Amount Owed |
| --- | --- |
| 4/10/23 | $146,549.72 |
| 4/10/23 | $164,835.41 |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

RECEIVED
May 09, 2023

By Zachary Reding
USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

Sincerely,

Signature: _Joel Brookshire_____

Title:_____Owner_____

Printed Name:_____Joel Brookshire_____

Company Name:_____

Address: _____907 Reidland Road_ Crosby, Texas 77532_____

Telephone Number:_____281-389-6117_____

Email:_____Joelbrookshire@hotmail.com_____


Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Reding, Zachary - MRP-AMS |
| **Sent:** | Tuesday, May 9, 2023 9:35 AM |
| **To:** | Meyers, Alexis - MRP-AMS |
| **Cc:** | Fast, Adam - MRP-AMS; Jones, Thomas - MRP-AMS |
| **Subject:** | Brian McClain |
| **Attachments:** | Joel Brookshire (TX) Dealer Trust Notification.pdf; Gene Brookshire Family, LP (TX) Dealer Trust Notification.pdf; A.J. Jacques Living Trust (OK) Dealer Trust Notification.pdf |

Hello,

Attached are trust claims sent to the WRO.

Sincerely,

 **Zachary J. Reding| Program Assistant**
*USDA | Agricultural Marketing Service | Fair Trade Practices Program*
***Packers & Stockyards Division | Western Regional Office***
3950 Lewiston Street, Ste. 200
Aurora, CO  80011
Phone: (303) 334-9021 |Fax: 303-371-4609
Email: Zachary.Reding@USDA.gov
*Stay connected with USDA:*

  

*USDA Grain Inspection, Packers & Stockyards Administration*
*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

## Wells, Michael - MRP-AMS

| | |
|---|---|
| **From:** | JOEL BROOKSHIRE <JOELBROOKSHIRE@hotmail.com> |
| **Sent:** | Tuesday, May 9, 2023 8:34 AM |
| **To:** | AMS - PSDDenverCO; AMS - PSDDesMoinesIA |
| **Subject:** | [External Email]Dealer Trust Notification |
| **Attachments:** | DEALER TRUST NOTIFICATION CLS - 4-23-23.pdf |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Please see the attached Dealer Trust Notification for Joel Brookshire.

Respectfully,

Joel Brookshire
281-389-6117

1



Agricultural Marketing Service
Fair Trade Practices Program
Packers And Stockyards
Midwestern Division Regional Office
210 Walnut Street 317
Federal Bldg. Room
IA 50309

907 Reidland Road
Crosby, TX 77532

RECEIVED
APRIL 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS DIVISION
DES MOINES, IA

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

April 24, 2023

McClain Feed Yard, Inc.
320 Schley Street
Hereford, Texas 79045

7M Feeders, Inc.
4010 FM 1057
Hereford, Texas 79045

McClain Farms, Inc.
3231 Vanzora Rd.
Benton, Kentucky 42025

Riley Livestock, Inc.
250 Brittian Rd
Mayfield, Kentucky 42066

Brian McClain
824 Mullins Lane
Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| April 18, 2023 | 129,582.40 |
| | |
| | |
| | |
| | |
| | |
| | |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _Doug Finley_
Doug Finley

Title: _Owner_

Printed Name: _DOUG Finley_

Company Name: _na_

Address: _3321 South Louisville, Tulsa, Ok 74135_

Telephone Number: _918-507-3697_

Email: _dougselectricok @ gmail.com_

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

RECEIVED
APRIL 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

RECEIVED
APR 26 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

#2

# McClain Feedyard, Inc

824 Mullins Ln
Benton KY 42025
270-703-5660


**INVOICE**

| INVOICE # | DATE |
|---|---|
| | 11/8/2022 |

| BILL TO |
|---|
| DOUG FINLEY |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 105 H 61562# @162.31 | 61562 | 1.6231 | 99,921.28 |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | 1 | | - |
| | 1 | | - |
| | 1 | | - |
| | 1 | | - |
| | 1 | | - |
| | | | - |
| | | | - |

*Thank you for your business!*

| SUBTOTAL | 99,921.28 |
|---|---|
| CHECK OFF | |
| **TOTAL** | $ **99,921.28** |

If you have any questions about this invoice, please contact
Meagan Powell at 270-703-1295 or mcclainfarms@gmail.com

189

#2

## PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 105 |
| COST | 99921.28 |
| BOUGHT WEIGHT | 61562 |
| $ SOLD | 129582.4 |
| SELL WEIGHT | 81375 |
| COST/GAIN | 18822.35 |
| LBS GAINED | 19813 |
| PROFIT | 10838.77 |

RECEIVED
APRIL 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Doug Finley <dougselectricok@gmail.com> |
| **Sent:** | Tuesday, April 25, 2023 8:14 PM |
| **To:** | AMS - PSDDesMoinesIA |
| **Subject:** | [External Email]Dealer Trust Notification |
| **Attachments:** | McClain Dealer Trust Notification.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

My name is Doug Finley and my Phone Number is 918-507-3697.  My email address is
dougselectricok@gmail.com.

I have attached the Dealer Trust Notification along with the invoice and projected close
out sheet where I purchased cattle from Brian McClain.

---

 Virus-free.www.avg.com



7022 1670 0002 8096 5533

Michwestern Division Regional Office
310 Walnut Street
Federal Building, Room 317
Des Moines, Iowa 50309

Doug Finley
3321 S. Louisville
Tulsa, OK 74135



TULSA OK 740

25 APR 2023  PM 3  L

Midwestern Division Regional Office
210 Walnut Street
Federal Building, Room 317
Des moines, Iowa  50309

50309-211092

Doug Finley
3331 S. Louisville
Tulsa, OK 74135

APR 28 23 RVD
ISDA FARM DSD.N20

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

April 24, 2023

McClain Feed Yard, Inc.          7M Feeders, Inc.              McClain Farms, Inc.
320 Schley Street                4010 FM 1057                 3231 Vanzora Rd.
Hereford, Texas 79045            Hereford, Texas 79045        Benton, Kentucky 42025

Riley Livestock, Inc.            Brian McClain
250 Brittian Rd                  824 Mullins Lane
Mayfield, Kentucky 42066         Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain
Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred
to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of
the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

Date of Purchase                              Amount Owed

| | |
|---|---|
| 1/12/23 purchase, 4/09/23 exp. sell date | $400,482.14 |
| 1/12/23 purchase, 4/08/23 exp. sell date | $351,287.49 |
| 2/08/23 purchase, 4/21/23 exp. sell date | $66,494.14 |
| 3/02/23 purchase, 4/28/23 exp. sell date | $195,574.12 |
| 3/01/23 purchase, 4/15/23 exp. sell date | $349,776.31 |
| 3/02/23 purchase, 4/16/23 exp. sell date | $100,398.75 |
| Other purchase dates and purchase costs listed below for additional cattle | |
| 3/2/2023 | $267,973.20 |
| 3/16/2023 | $330,251.63 |
| 3/17/2023 | $379,924.71 |
| 3/17/2023 | $431,528.46 |
| 3/30/2023 | $327,034.76 |
| 3/30/2023 | $119,329.56 |
| 3/31/2023 | $386,984.25 |

*these cattle were indicated to be purchased from a Florida ranch + Brian said that when they were delivered to TX, I could resell to him. He told me that they were delivered but he never paid me. These were described as "broke" type cattle.*

APR 25 '23 RCVD
USDA, FTPP, PSD, MRO

194

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: C

Title: Owner of Scarlet + Black Cattle LLC

Printed Name: Colton Long

Company Name: Scarlet + Black Cattle, LLC

Address: 5402 Walesa Ct Amarillo TX 79119

Telephone Number: 325 340 0548

Email: coltonlong70@yahoo.com

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

APR 25 '23 RCVD
USDA, FTPP, PSD, MRO

## MCCLAIN FEEDYARD

COLTON LONG INVENTORY                           2/28/2023

| DATE IN | WT IN | CURRENT WT | SEX | TOTAL CHARGES | HEAD | LOT |
|---------|-------|------------|-----|---------------|------|-----|
| 12/1/2022 | 593 | 773 | H | 72221.18 | 448 | 927A |
| 12/1/2022 | 590 | 770 | H | 63584.73 | 395 | 3626 |
| 12/1/2022 | 585 | 765 | H | 55564.42 | 347 | 3632 |
| 12/19/2022 | 591 | 751 | H | 18359.94 | 124 | 3634 |
| 12/19/2022 | 580 | 740 | H | 58208.88 | 409 | 3630 |
| 12/19/2022 | 590 | 750 | H | 48736.96 | 340 | 3633 |
| 12/2/2022 | 581 | 757 | H | 67742.01 | 427 | 911A |
| 12/21/2022 | 569 | 709 | H | 13519.45 | 107 | 920A |
| 1/12/2023 | 587 | 685 | H | 36217.12 | 405 | 1601A |
| 1/12/2023 | 590 | 688 | H | 32142.14 | 354 | 1602A |
| 2/8/2023 | 589 | 629 | H | 3933.15 | 65 | 3650A |

Feb 28 inventory

| Lot | Head | Sex | Date In | In Wt. | Current Wt. | Purchase Cost/Lot | Purchase Cost/Hd | Accrued Exp./Lot | Accrued Exp./Hd | Total Inputs/Lot |
|---|---|---|---|---|---|---|---|---|---|---|
| **VALUATION** | | | | | | | | | | |
| 1601A | 405 | H | 1/12/2023 | 587 | 685 | $400,482.14 | $988.84 | $36,217.12 | $89.42 | $436,699.26 |
| 1602A | 354 | H | 1/12/2023 | 590 | 688 | $351,287.49 | $992.34 | $32,142.14 | $90.80 | $383,429.63 |
| 3650a | 65 | H | 2/8/2023 | 589 | 629 | $66,494.14 | $1,022.99 | $3,933.15 | $60.51 | $70,427.29 |
| | 181 | H | 3/2/2023 | 595 | 629 | $195,574.12 | $1,080.52 | | $0.00 | $195,574.12 |
| | 250 | H | 3/2/2023 | 590 | 629 | $267,973.20 | $1,071.89 | | $0.00 | $267,973.20 |
| | 295 | H | 3/16/2023 | 587 | 629 | $330,251.63 | $1,119.50 | | $0.00 | $330,251.63 |
| | 337 | H | 3/17/2023 | 590 | 629 | $379,924.71 | $1,127.37 | | $0.00 | $379,924.71 |
| | 380 | H | 3/17/2023 | 594 | 629 | $431,528.46 | $1,135.60 | | $0.00 | $431,528.46 |
| | 291 | H | 3/30/2023 | 586 | 629 | $327,034.76 | $1,123.83 | | $0.00 | $327,034.76 |
| | 107 | H | 3/30/2023 | 581 | 629 | $119,329.56 | $1,115.23 | | $0.00 | $119,329.56 |
| | 347 | H | 3/31/2023 | 582 | 629 | $386,984.25 | $1,115.23 | | $0.00 | $386,984.25 |
| SUM | 3,012 | | | | | $3,256,864.46 | | $72,292.41 | | $3,329,156.87 |

## Cattle Feeding Agreement

This agreement exists to identify the partnership of Brian McClain of McClain Feedyard, 2548 CR 15 Friona Tx. 79035, and Scarlet and Black Cattle, LLC ("S&B").

This agreement allows for S&B to purchase the calves from Brian McClain or from McClain Farms. Brian McClain will grow the cattle to the desired weight and will be responsible for the monthly costs. These costs will include the feed and supplements provided by McClain Feedyard, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

Sale price of the feeder cattle

Minus

Cost stated above that McClain incurs

Minus

Original cost of the calves returned to S&B

Equals

Profit is divided by 1/3 to Brian McClain, 2/3 to S&B.

The agreed upon purchase price is as outlined by an invoice. The invoice is dated for a total of 324 heifers costing $349,776.31. Coinciding with the purchase of the cattle will be a forward contract that Brian McClain implements with his cattle broker ensuring a guaranteed sale price per lb. for the cattle at a specified weight.

The forward contract is for delivery of all the described cattle in the previous paragraph. The 324 heifers are sold at a feeder weight of 775 lbs. at a price of $178.50 for delivery in March or April, 2023.

Scarlet and Black Cattle, LLC                    Brian McClain, McClain Feedyard

Date: 3/01/23                                    Date: 3/01/23

Signed: _____                          Signed: _____

198

## Cattle Feeding Agreement

This agreement exists to identify the partnership of Brian McClain of McClain Feedyard, 2548 CR 15 Friona Tx. 79035, and Scarlet and Black Cattle, LLC ("S&B").

This agreement allows for S&B to purchase the calves from Brian McClain or from McClain Farms. Brian McClain will grow the cattle to the desired weight and will be responsible for the monthly costs. These costs will include the feed and supplements provided by McClain Feedyard, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

Sale price of the feeder cattle

Minus

Cost stated above that McClain incurs

Minus

Original cost of the calves returned to S&B

Equals

Profit is divided by 1/3 to Brian McClain, 2/3 to S&B.

The agreed upon purchase price is as outlined by an invoice. The invoice is dated for a total of 93 heifers costing $100,378.95. Coinciding with the purchase of the cattle will be a forward contract that Brian McClain implements with his cattle broker ensuring a guaranteed sale price per lb. for the cattle at a specified weight.

The forward contract is for delivery of all the described cattle in the previous paragraph. The 93 heifers are sold at a feeder weight of 775 lbs. at a price of $178.50 for delivery in March or April, 2023.

Scarlet and Black Cattle, LLC                    Brian McClain, McClain Feedyard

Date: 3/02/23                                    Date: 3/02/23

Signed:                                          Signed:

## Cattle Feeding Agreement

This agreement exists to identify the partnership of Brian McClain of McClain Feedyard, 2548 CR 15 Friona Tx. 79035, and Scarlet and Black Cattle, LLC ("S&B").

This agreement allows for S&B to purchase the calves from Brian McClain or from McClain Farms. Brian McClain will grow the cattle to the desired weight and will be responsible for the monthly costs. These costs will include the feed and supplements provided by McClain Feedyard, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

Sale price of the feeder cattle

Minus

Cost stated above that McClain incurs

Minus

Original cost of the calves returned to S&B

Equals

Profit is divided by 1/3 to Brian McClain, 2/3 to S&B.

The agreed upon purchase price is as outlined by two invoices. One invoice is dated 3/02/23 for a total of 181 heifers costing $195,574.12 and the other invoice is dated 3/02/23 for a total of 250 heifers costing $267,973.20. Coinciding with the purchase of the cattle will be a forward contract that Brian McClain implements with his cattle broker ensuring a guaranteed sale price per lb. for the cattle at a specified weight.

The forward contract is for delivery of all the described cattle in the previous paragraph. The 181 heifers and 250 heifers are sold at a feeder weight of 775 lbs. at a price of $178.50 for delivery in May, 2023.

Scarlet and Black Cattle, LLC                    Brian McClain, McClain Feedyard

Date: 3/02/23                    Date: 3/02/23

Signed:                    Signed:

## Cattle Feeding Agreement

This agreement exists to identify the partnership of Brian McClain of McClain Feedyard, 2548 CR 15 Friona Tx. 79035, and Scarlet and Black Cattle, LLC ("S&B").

This agreement allows for S&B to purchase the calves from Brian McClain or from McClain Farms. Brian McClain will grow the cattle to the desired weight and will be responsible for the monthly costs. These costs will include the feed and supplements provided by McClain Feedyard, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

Sale price of the feeder cattle

Minus

Cost stated above that McClain incurs

Minus

Original cost of the calves returned to S&B

Equals

Profit is divided by 1/3 to Brian McClain, 2/3 to S&B.

The agreed upon purchase price is as outlined by an invoice. The invoice is dated for a total of 324 heifers costing $349,776.31. Coinciding with the purchase of the cattle will be a forward contract that Brian McClain implements with his cattle broker ensuring a guaranteed sale price per lb. for the cattle at a specified weight.

The forward contract is for delivery of all the described cattle in the previous paragraph. The 324 heifers are sold at a feeder weight of 775 lbs. at a price of $178.50 for delivery in March or April, 2023.

Scarlet and Black Cattle, LLC                    Brian McClain, McClain Feedyard

Date: 3/01/23                    Date: 3/01/23

Signed:                         Signed:

201

## Cattle Feeding Agreement

This agreement exists to identify the partnership of Brian McClain of McClain Feedyard, 2548 CR 15 Friona Tx. 79035, and Scarlet and Black Cattle, LLC ("S&B").

This agreement allows for S&B to purchase the calves from Brian McClain or from McClain Farms. Brian McClain will grow the cattle to the desired weight and will be responsible for the monthly costs. These costs will include the feed and supplements provided by McClain Feedyard, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

Sale price of the feeder cattle

Minus

Cost stated above that McClain incurs

Minus

Original cost of the calves returned to S&B

Equals

Profit is divided by 1/3 to Brian McClain, 2/3 to S&B.

The agreed upon purchase price is as outlined by three invoices. The first invoice is dated as of 3/16/23 and is for 295 heifers costing $330,251.63. The second invoice is dated as of 3/16/23 and is for 337 heifers costing $379,924.71. The third invoice is dates as of 3/17/23 and is for 380 heifers costing $431,528.46. Coinciding with the purchase of the cattle will be a forward contract that Brian McClain implements with his cattle broker ensuring a guaranteed sale price per lb. for the cattle at a specified weight.

The forward contract is for delivery of all the described cattle in the previous paragraph. All of the previously described heifers in the above paragraphy are sold at a feeder weight of 775 lbs. at a price of $188.50 for delivery in June, 2023.

Scarlet and Black Cattle, LLC          Brian McClain, McClain Feedyard

Date: 3/17/23          Date: 3/17/23

Signed:          Signed:

## Cattle Feeding Agreement

This agreement exists to identify the partnership of Brian McClain of McClain Feedyard, 2548 CR 15 Friona Tx. 79035, and Scarlet and Black Cattle, LLC ("S&B").

This agreement allows for S&B to purchase the calves from Brian McClain or from McClain Farms. Brian McClain will grow the cattle to the desired weight and will be responsible for the monthly costs. These costs will include the feed and supplements provided by McClain Feedyard, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

Sale price of the feeder cattle

Minus

Cost stated above that McClain incurs

Minus

Original cost of the calves returned to S&B

Equals

Profit is divided by 1/3 to Brian McClain, 2/3 to S&B.

The agreed upon purchase price is as outlined by three invoices. The first invoice is dated as of 3/16/23 and is for 295 heifers costing $330,251.63. The second invoice is dated as of 3/16/23 and is for 337 heifers costing $379,924.71. The third invoice is dates as of 3/17/23 and is for 380 heifers costing $431,528.46. Coinciding with the purchase of the cattle will be a forward contract that Brian McClain implements with his cattle broker ensuring a guaranteed sale price per lb. for the cattle at a specified weight.

The forward contract is for delivery of all the described cattle in the previous paragraph. All of the previously described heifers in the above paragraphy are sold at a feeder weight of 775 lbs. at a price of $188.50 for delivery in June, 2023.

Scarlet and Black Cattle, LLC                    Brian McClain, McClain Feedyard

Date: 3/17/23                    Date: 3/17/23

Signed: _____    Signed: _____

**203**

## Cattle Feeding Agreement

This agreement exists to identify the partnership of Brian McClain of McClain Feedyard, 2548 CR 15 Friona Tx. 79035, and Scarlet and Black Cattle, LLC ("S&B").

This agreement allows for S&B to purchase the calves from Brian McClain or from McClain Farms. Brian McClain will grow the cattle to the desired weight and will be responsible for the monthly costs. These costs will include the feed and supplements provided by McClain Feedyard, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

Sale price of the feeder cattle

Minus

Cost stated above that McClain incurs

Minus

Original cost of the calves returned to S&B

Equals

Profit is divided by 1/3 to Brian McClain, 2/3 to S&B.

The agreed upon purchase price is as outlined by three invoices. The first invoice is dated as of 3/30/23 and is for 291 heifers costing $327,034.76. The second invoice is dated as of 3/30/23 and is for 107 heifers costing $119,329.56. The third invoice is dates as of 3/31/23 and is for 347 heifers costing $386,984.25. Coinciding with the purchase of the cattle will be a forward contract that Brian McClain implements with his cattle broker ensuring a guaranteed sale price per lb. for the cattle at a specified weight.

The forward contract is for delivery of all the described cattle in the previous paragraph. All of the previously described heifers in the above paragraph are sold at a feeder weight of 775 lbs. at a price of $185.20 for delivery in June, 2023.

Scarlet and Black Cattle, LLC                    Brian McClain, McClain Feedyard

Date: 3/31/23                                    Date: 3/31/23

Signed:                                          Signed:

204

<u>Cattle Feeding Agreement</u>

This agreement exists to identify the partnership of Brian McClain of McClain Feedyard, 2548 CR 15 Friona Tx. 79035, and Scarlet and Black Cattle, LLC ("S&B").

This agreement allows for S&B to purchase the calves from Brian McClain or from McClain Farms. Brian McClain will grow the cattle to the desired weight and will be responsible for the monthly costs. These costs will include the feed and supplements provided by McClain Feedyard, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

Sale price of the feeder cattle

Minus

Cost stated above that McClain incurs

Minus

Original cost of the calves returned to S&B

Equals

Profit is divided by 1/3 to Brian McClain, 2/3 to S&B.

The agreed upon purchase price is as outlined by three invoices. The first invoice is dated as of 3/30/23 and is for 291 heifers costing $327,034.76. The second invoice is dated as of 3/30/23 and is for 107 heifers costing $119,329.56. The third invoice is dates as of 3/31/23 and is for 347 heifers costing $386,984.25. Coinciding with the purchase of the cattle will be a forward contract that Brian McClain implements with his cattle broker ensuring a guaranteed sale price per lb. for the cattle at a specified weight.

The forward contract is for delivery of all the described cattle in the previous paragraph. All of the previously described heifers in the above paragraph are sold at a feeder weight of 775 lbs. at a price of $185.20for delivery in June, 2023.

Scarlet and Black Cattle, LLC                    Brian McClain, McClain Feedyard

Date: 3/31/23                                   Date: 3/31/23

Signed: _____            Signed: _____

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025        **BILL TO:** COLTON LONG

1/12/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 405 | HF | 237816 | 1.684 | $400,482.14 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 405 |  |  |  | $400,482.14 |

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025          **BILL TO:**  COLTON LONG

1/12/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 354 | HF | 208789 | 1.6825 | $351,287.49 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 354 | | | | $351,287.49 |

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

**BILL TO:** COLTON LONG

2/8/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|---|---|---|---|---|
| 65 | H | 38259 | 1.738 | $66,494.14 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 65 |  |  |  | $66,494.14 |

## MCCLAIN FEEDYARD INC.

824 MULLINS LANE

BENTON KY. 42025

**BILL TO:** COLTON LONG

3/2/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 181 | H | 107695 | 1.816 | $195,574.12 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 181 | | | | $195,574.12 |

209

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025                    **BILL TO:** COLTON LONG

3/31/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 347 | H | 201954 | 1.9162 | $386,984.25 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 347 | | | | $386,984.25 |

210

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025                          **BILL TO:** COLTON LONG

3/2/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 93 | H | 55149 | 1.8205 | $100,398.75 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 93 | | | | $100,398.75 |

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025                              BILL TO:  COLTON LONG

3/2/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 250 | H | 147400 | 1.818 | $267,973.20 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 250 | | | | $267,973.20 |

212

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

**BILL TO:** COLTON LONG

3/30/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 291 | H | 170526 | 1.9178 | $327,034.76 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 291 | | | | $327,034.76 |

213

## MCCLAIN FEEDYARD INC.

824 MULLINS LANE

BENTON KY. 42025                    **BILL TO:** COLTON LONG

3/30/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 107 | H | 62167 | 1.9195 | $119,329.56 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 107 |  |  |  | $119,329.56 |

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 3/16/2023 |

**BILL TO**

SCARLET & BLACK

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 295 H 173106# @190.78 | 173106 | 1.9078 | 330,251.63 |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 330,251.63 |
| | CHECK OFF | |
| | TOTAL | $  330,251.63 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

215

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025                    **BILL TO:**  COLTON LONG

3/17/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|-----------|
| 337 | H | 198695 | 1.9121 | $379,924.71 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  | $0.00 |  |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 337 |  |  |  | $379,924.71 |

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

**BILL TO:** COLTON LONG

3/17/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 380 | H | 225872 | 1.9105 | $431,528.46 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 380 | | | | $431,528.46 |

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025                          **BILL TO:**  COLTON LONG

3/31/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 347 | H | 201954 | 1.9162 | $386,984.25 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 347 | | | | $386,984.25 |

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Colton Long <coltonlong70@yahoo.com> |
| **Sent:** | Wednesday, April 26, 2023 10:14 AM |
| **To:** | Jones, Thomas - MRP-AMS |
| **Subject:** | [External Email]Fwd: Scarlet & Black Cattle, LLC / Colton Long - Brian McClain info 1 |
| **Attachments:** | 2.28.23 McClain Inventory.pdf; Feb 28 inventory.docx; 2.09.23 Written Agreement for 3 sets of Heifers.docx; 3.07.23 Executed Agreement 93 H - ST.pdf; 3.07.23 Executed Agreement 324 H - ST.pdf; 3.17.23 Executed Agreement 3 sets of H.pdf; 3.17.23 Written Agreement for 3 sets of heifers.docx; 3.31.23 Executed Agreement 3 sets of H.pdf; 3.31.23 Written Agreement for 3 sets of heifers.docx; 1601A and 1602A invoice - 1.12.23.pdf; 3650 invoice - 2.08.23 and 3.02.23.pdf; McClain 347 H - 3.31.23.pdf; McClain Invoice 93 H Brokered - 3.02.23.pdf; McClain Invoice 250 H 3.02.23.pdf; McClain Invoice 291 and 107 H - 3.30.23.pdf; McClain Invoice 295 H 3.16.23.pdf; McClain Invoice 337 and 380 H - 3.17.23.pdf; McClain Invoice 347 H Brokered - 3.01.23.pdf |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

-Colton

---

**From:** Colton Long <coltonlong70@yahoo.com>
**Sent:** Tuesday, April 25, 2023 12:27:27 PM
**To:** John Massouh <john.massouh@sprouselaw.com>
**Subject:** Fwd: Scarlet & Black Cattle, LLC / Colton Long - Brian McClain info 1

John,

This set of paperwork is what I sent TSCRA. I just wanted you to have this because comprehensively this is everything I have in terms of documentation on cattle with claims.

This should match fairly close the documentation you have. I just went thru it more thoroughly last night.

Thanks,

-Colton

---

**From:** Colton Long <coltonlong70@yahoo.com>
**Sent:** Monday, April 24, 2023 9:45:05 PM
**To:** cward@tscra.org <cward@tscra.org>
**Subject:** Scarlet & Black Cattle, LLC / Colton Long - Brian McClain info 1

Chris,

This would account for my inventory. I'm attaching two inventories.

1. Is the 2/28/23 inventory he sent me where he updates head counts/weights/costs and adds lot numbers

2.  Is the 3/31/23 inventory backed by invoices and some lot numbers that stayed on feed since 2/28. The unknown lot numbers in here are backed by invoices and signed agreements which I'll send but they don't receive lot numbers until the end of the following month which would have been end of April coming from Brian. Of note, there is one lot in here that I had identity on verbally from Brian but had not updated the inventory and that's 3650.

Also attached are written agreements executed by myself and Brian outlining the nature of our arrangement, the purchase invoice details and forward contract details with great detail.

Also attached are my purchase invoices.

I'll start sending text screenshots (all of 2023) in a separate email as long as my email can withstand all of the photos.

Thanks,

Colton Long
Owner of Scarlet & Black Cattle, LLC
325 340 0548

220



AMARILLO TX 791

25 APR 2023 PM 1 L

Colton Long
5402 Wndesa Ct
Amarillo, TX 79114

Packers + Stockyards Midwest Office
210 Walnut St.
Federal Building    Room 317
Des Moines, IA 50309

50309$2110

RECEIVED
May 4, 2023

**USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

## DEALER TRUST NOTIFICATION
### SECTION 318-PACKERS & STOCKYARDS ACT

April 24, 2023

McClain Feed Yard, Inc.
320 Schley Street
Hereford, Texas 79045

7M Feeders, Inc.
4010 FM 1057
Hereford, Texas 79045

McClain Farms, Inc.
3231 Vanzora Rd.
Benton, Kentucky 42027

Riley Livestock, Inc.
250 Brittian Rd
Mayfield, Kentucky 42066

Brian McClain
824 Mullins Lane
Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 4-12-23 | $252,689.84 |
| | |
| | |
| | |
| | |
| | |
| | |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

222

**USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _____

Title: owner

Printed Name: Steve T Scott

Company Name: Scott Livestock Company

Address: 10150 Hwy 47, West Point, MS 39773

Telephone Number: 334-701-7212

Email: scottlivestock1990@yahoo.com

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

# SLC

**STEVE T. SCOTT**

## SCOTT LIVESTOCK COMPANY
*LIVESTOCK DEALER*
**10150 HWY 47 · WEST POINT, MS 39773**
Fax: (334) 684-8443

**REMIT: PEOPLES BANK
710 MAIN STREET
SUITE 30
P.O. BOX 612
COLLINS, MS 39428**

Apr 12, 2023
Bill to: MCCLAIN FARMS

824 MULLINS LANE
BENTON KY
42025

Ship to    FOB

024030

**RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

| Head | Description | | Avg-wt | Weight | Price | Amount |
|------|-------------|-----|--------|--------|-------|--------|
| 195 | CC | HFS | 767 | 149,618 | 168.89 | 252,689.84 |

| | | Expense | Gst |
|---|---|---------|-----|

: 154245# GROSS SHRINK 3%
: .08 SLIDE UP/DOWN 750#

Total expenses    --------   -------   ----------

024030   Avg-wt:  767    Avg-cost: 168.89    Amount due    252,689.84

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER
Claimed on # __195__ cattle pursuant to
7CFR § 1260.174
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

Signature _A Scott_   Date _4/12/23_

I attest that all livestock referenced by this document
and transferred are of USA origin. _A Scott_

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
**SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.**

**224**

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Steve Scott <scottlivestock1990@yahoo.com> |
| **Sent:** | Thursday, May 4, 2023 11:06 AM |
| **To:** | PSDDesMoinesIA@udsa.gov; Jones, Thomas - MRP-AMS; Meyers, Alexis - MRP-AMS |
| **Subject:** | [External Email]McClain Dealer Trust Info |
| **Attachments:** | Dealer Trust SLC AR 4-12-23.pdf |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Please let me know if you need anything else. It has also been sent certified mail to the addresses listed on the form.

**Elizabeth** Scott Livestock Company

Steve: 334-701-7212
Elizabeth: 334-701-1993 334-684-8443 (Fax)
10150 Hwy 47, West Point, MS 39773



**RECEIVED**
**May 4, 2023**

**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

## DEALER TRUST NOTIFICATION
### SECTION 318-PACKERS & STOCKYARDS ACT

April 24, 2023

McClain Feed Yard, Inc.
320 Schley Street
Hereford, Texas 79045

7M Feeders, Inc.
4010 FM 1057
Hereford, Texas 79045

McClain Farms, Inc.
3231 Vanzora Rd.
Benton, Kentucky 42026

Riley Livestock, Inc.
250 Brittian Rd
Mayfield, Kentucky 42066

Brian McClain
824 Mullins Lane
Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 4-12-23 | $252,689.84 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

226

**USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _____

Title: owner

Printed Name: Steve T Scott

Company Name: Scott Livestock Company

Address: 10150 Hwy 47, West Point, MS 39773

Telephone Number: 334-701-7212

Email: scottlivestock1990@yahoo.com

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

# SLC

## SCOTT LIVESTOCK COMPANY
*LIVESTOCK DEALER*
**10150 HWY 47 · WEST POINT, MS 39773**
Fax: (334) 684-8443

**STEVE T. SCOTT**

**REMIT: PEOPLES BANK**
**710 MAIN STREET**
**SUITE 30**
**P.O. BOX 612**
**COLLINS, MS 39428**

Apr 12, 2023
Bill to: MCCLAIN FARMS

Ship to    FOB

024030

824 MULLINS LANE
BENTON KY
42025

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

| Head | Description | | Avg-wt | Weight | Price | Amount |
|------|-------------|------|--------|--------|--------|--------|
| 195 | CC | HFS | 767 | 149,618 | 168.89 | 252,689.84 |

Expense    Gst

: 154245# GROSS SHRINK 3%
: .08 SLIDE UP/DOWN 750#

Total expenses

024030    Avg-wt:  767    Avg-cost: 168.89    Amount due    252,689.84

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER
Claimed on # **195** cattle pursuant to
7CFR § 1260.174
DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

Signature    Date    4/12/23

I attest that all livestock referenced by this document
and transferred are of USA origin.    *A Scott*

Customers paying for livestock purchased of or through this company by check or draft agree
that title does not pass until the funds have been received by this company.
**SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH
AFTER DELIVERY TO BUYER.**

228

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Steve Scott <scottlivestock1990@yahoo.com> |
| **Sent:** | Thursday, May 4, 2023 11:06 AM |
| **To:** | PSDDesMoinesIA@udsa.gov; Jones, Thomas - MRP-AMS; Meyers, Alexis - MRP-AMS |
| **Subject:** | [External Email]McClain Dealer Trust Info |
| **Attachments:** | Dealer Trust SLC AR 4-12-23.pdf |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Please let me know if you need anything else. It has also been sent certified mail to the addresses listed on the form.

**Elizabeth** Scott Livestock Company

Steve: 334-701-7212
Elizabeth: 334-701-1993334-684-8443 (Fax)
10150 Hwy 47, West Point, MS 39773



RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

April 25, 2023

McClain Feed Yard, Inc.
320 Schley Street
Hereford, Texas 79045

7M Feeders, Inc.
4010 FM 1057
Hereford, Texas 79045

McClain Farms, Inc.
3231 Vanzora Rd.
Benton, Kentucky 42025

Riley Livestock, Inc.
250 Brittian Rd
Mayfield, Kentucky 42066

Brian McClain
824 Mullins Lane
Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 4-25-23 | 89,381.25 |
| 4-25-23 | 338,371.88 |
| 4-25-23 | 203,236.00 |
| 4-25-23 | 173,677.50 |
| 4-25-23 | 458,986.00 |
| 4-25-23 | 919,770.00 |
| 4-25-23 | 576,406.25 |
| 4-25-23 | 974,208.00 |
| 4-25-23 | 640,309.65 |
| 4-25-23 | 701,220.00 |
| 4-25-23 | 39,000.00 |
| 4-25-23 | -308,000.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | 4,806,566.53 |

230

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _____

Title: owner

Printed Name: Steve T Scott

Company Name: Scott Livestock Company

Address: 10150 Hwy 47, West Point, MS 39773

Telephone Number: 334-701-7212

Email: scottlivestock1990@yahoo.com

**RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# SCOTT LIVESTOCK COMPANY

## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: Cattle missing and cattle recovered

DATE: 4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|---|---|---|---|---|---|
| 30 | hfs missing based on inventory that should have been there | | | 1300.00 per hd | 39,000.00 |
| | | | | | |
| 237 | hfs recovered | | | 1300.00 per hd | (308,100.00) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| CERTIFICATION OF NON PRODUCERS STATUS FOR THE RESELLER | | |
|---|---|---|
| Claimed on # 267 cattle pursuant to 7CFR § 1260.174, DO NOT DEDUCT the $1.00 per head Beef Promotion Assessment BEEF COUNCIL REGISTERED No. MS-030 | Commission | |
| | Freight | |
| | Medicine | |
| _Signature_      4-25-23      _Date_ | Feed | |
| I attest that all livestock referenced by this document and transferred are of U.S. origin. | Health Certificate | |
| PAY THIS AMOUNT | | (269,100.00) |

Customers paying for livestock purchased of or through this company by check or draft agree that title does not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

232

RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

Remaing Cattle on March 2023 Contract

DATE: 4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|---|---|---|---|---|---|
| 70 | hfs | 750 | 52500 | 170.25 | $89,381.25 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

### CERTIFICATION OF NON PRODUCERS STATUS FOR THE RESELLER

Claimed on # 70 cattle pursuant to 7CFR § 1260.174, DO NOT DEDUCT the $1.00 per head Beef Promotion Assessment BEEF COUNCIL REGISTERED No. MS-030

Signature                    4-25-23
                              Date

I attest that all livestock referenced by this document and transferred are of U.S. origin.

| Commission |  |
|---|---|
| Freight |  |
| Medicine |  |
| Feed |  |
| Health Certificate |  |

PAY THIS AMOUNT

| Amt Due | $89,381.25 |
|---|---|

Customers paying for livestock purchased of or through this company by check or draft agree that title does not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

233

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# Scott Livestock Company

10150 Hwy 47
West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 6th day of January 2023 by and between Scott Livestock Company, of Clay County, Mississippi herein after known as Seller, and McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the following described livestock   The receipt of which is hereby acknowledged by the seller

| NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 4 loads | #1HFS<br>.08 slide over<br>& under 750# | 170.25 FOB |

These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard, Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as follows: March 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER

SCOTT LIVESTOCK COMPANY

BY: _____
Steve T. Scott, Owner

BUYER

McClain Farms/ Brain McClain

*Brian McClain*
BY: Brian McClain (Jan 9, 2023 13:33 CST)
_____
Brian McClain

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

April 2023 Contract 4 loads

DATE: 4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|----------|------|-----------|--------|----------------|--------|
| 265 | hfs | 750 | 198,750 | 170.25 | $338,371.88 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER

Claimed on # __265__ cattle pursuant to
7CFR § 1260.174, DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

_signature_       4-25-23
Signature          Date
I attest that all livestock referenced by this document and
transferred are of U.S. origin.

| | |
|---|---|
| Commission | |
| Freight | |
| Medicine | |
| Feed | |
| Health Certificate | |

PAY THIS AMOUNT

| Amt Due | $338,371.88 |
|---------|-------------|

Customers paying for livestock purchased of or through this company by check or draft agree that title does
not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

May 4, 2023
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# Scott Livestock Company
## 10150 Hwy 47
### West Point, MS 39773

# LIVESTOCK CONTRACT

THIS CONTRACT, made this 6th day of January 2023 by and between Scott
Livestock Company, of Clay County, Mississippi herein after known as Seller, and
McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the
following described livestock   The receipt of which is hereby acknowledged by the
seller

| NUMBER | DESCRIPTION | PRICE |
|--------|-------------|-------|
| 4 loads | #1HFS<br>.08 slide over<br>& under 750# | 170.25 FOB |

These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard,
Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as
follows: April 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on
the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the
buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER

SCOTT LIVESTOCK COMPANY

BY: _____
Steve T. Scott, Owner

BUYER

McClain Farms/ Brain McClain

*Brian McClain*
BY: Brian McClain (Jan 9, 2023 13:34 CST)
_____
Brian McClain

**236**

RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

Case 23-02005-rlj   Doc 192-2   Filed 09/26/24   Entered 09/26/24 14:58:44   Desc
Appendix Pages 151 - 300   Page 87 of 150

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

April 2023 Contract Lot 939

DATE: 4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|---|---|---|---|---|---|
| 149 | strs | 775 | 115,475 | 176.00 | $203,236.00 |
| | | | | | |
| | | | | | |

**CERTIFICATION OF NON PRODUCERS STATUS FOR THE RESELLER**

Claimed on # 149 cattle pursuant to 7CFR § 1260.174, DO NOT DEDUCT the $1.00 per head Beef Promotion Assessment BEEF COUNCIL REGISTERED No. MS-030

Signature _____ 4-25-23
                                Date

I attest that all livestock referenced by this document and transferred are of U.S. origin.

| | |
|---|---|
| Commission | |
| Freight | |
| Medicine | |
| Feed | |
| Health Certificate | |

PAY THIS AMOUNT

| | Amt Due | $203,236.00 |
|---|---|---|

Customers paying for livestock purchased of or through this company by check or draft agree that title does not pass until the funds have been received by this company.
**SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.**

X8295

237

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# Scott Livestock Company
### 10150 Hwy 47
### West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 29th day of December 2022 by and between Scott Livestock Company, of Clay County, Mississippi herein after known as Seller, and McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the following described livestock   The receipt of which is hereby acknowledged by the seller

| NUMBER | DESCRIPTION | PRICE |
|--------|-------------|-------|
| 2 loads | #1STR<br>.08 slide over<br>& under 775# | 176.00 FOB |

   These STR are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard, Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as follows: April 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER                                          BUYER

SCOTT LIVESTOCK COMPANY              McClain Farms/ Brain McClain

BY: _____          BY: _____
Steve T. Scott, Owner                   Brian McClain (Jan 3, 2023 10:01 CST)
                                           Brian McClain

RECEIVED
May 1, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

Case 23-02005-rlj   Doc 192-2   Filed 09/26/24   Entered 09/26/24 14:58:44   Desc
Appendix Pages 151 - 300   Page 89 of 150

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

April 2023 Contract Lot 940

DATE: 4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|----------|------|-----------|--------|----------------|--------|
| 135 | hfs | 775 | 104,625 | 166.00 | $173,677.50 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER

Claimed on # 135 cattle pursuant to
7CFR § 1260.174, DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

_Signature_                    4-25-23
Signature                        Date
I attest that all livestock referenced by this document and
transferred are of U.S. origin.

PAY THIS AMOUNT

| Commission | |
|------------|--|
| Freight | |
| Medicine | |
| Feed | |
| Health Certificate | |
| | |
| Amt Due | $173,677.50 |

Customers paying for livestock purchased of or through this company by check or draft agree that title does
not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

239

RECEIVED

May 4, 2023

USDA, AMS, FTPP,

PACKERS & STOCKYARDS DIVISION

DES MOINES, IA

# Scott Livestock Company

10150 Hwy 47

West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 29th day of December 2022 by and between Scott Livestock Company, of Clay County, Mississippi herein after known as Seller, and McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the following described livestock   The receipt of which is hereby acknowledged by the seller

| NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 2 loads | #1HFS .08 slide over & under 775# | 166.00 FOB |

These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard, Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as follows: April 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on the ground. The cattle are to be base sorted by the Buyer.

All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER                                          BUYER

SCOTT LIVESTOCK COMPANY                McClain Farms/ Brain McClain

BY: _____          BY: _Brian McClain (Jan 3, 2023 10:01 CST)_
Steve T. Scott, Owner                         Brian McClain

# MCCLAIN FEEDYARD

**824 MULLINS LANE**

**BENTON KY 42025**

RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# INVOICE

| INVOICE # | DATE |
|---|---|
| | 12/29/2022 |

| BILL TO |
|---|
| SCOTT LIVESTOCK |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

*Pd CK#108830*
*1/11/23*
*Cleared on 1/13/23*

*@ 7M Cattle Feeders Friona TX*

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 135 H 72495# @169.70 | SOLD 166 @ 775 *Lot# 940* | 72495 | 1.6970 | 123,024.02 |
| 149 S 80758# @180.20 | SOLD 176 @ 775 *Lot# 939* | 80758 | 1.8020 | 145,525.92 |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |

| Thank you for your business! | SUBTOTAL | 268,549.94 |
|---|---|---|
| | CHECK OFF | |
| | TOTAL $ | 268,549.94 |

**IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT**
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

241

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

April 2023 Contract Lot 943

DATE: 4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|---|---|---|---|---|---|
| 352 | hfs | 775 | 272,800 | 168.25 | $458,986.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER

Claimed on # __352__ cattle pursuant to
7CFR § 1260.174, DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

_____   4-25-23
Signature              Date
I attest that all livestock referenced by this document and
transferred are of U.S. origin.

| | |
|---|---|
| Commission | |
| Freight | |
| Medicine | |
| Feed | |
| Health Certificate | |

PAY THIS AMOUNT

| | | Amt Due | $458,986.00 |
|---|---|---|---|

Customers paying for livestock purchased of or through this company by check or draft agree that title does
not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

242

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# Scott Livestock Company

10150 Hwy 47
West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 10th day of January 2023 by and between Scott Livestock Company, of Clay County, Mississippi herein after known as Seller, and McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the following described livestock   The receipt of which is hereby acknowledged by the seller

| NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 6 loads | #1HFS .08 slide over & under 775# | 168.25 FOB |

These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard, Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as follows: April 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER

SCOTT LIVESTOCK COMPANY

BY: _____
Steve T. Scott, Owner

BUYER

McClain Farms/ Brain McClain

BY: _____
Brian McClain (Feb 27, 2023 17:28 CST)

Brian McClain

243

# MCCLAIN FEEDYARD

824 MULLINS LANE

BENTON KY 42025

**RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

# INVOICE

| INVOICE # | DATE |
|---|---|
| | 1/11/2023 |

**BILL TO**

SCOTT LIVESTOCK

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

Pd Ck #108830
1/11/23
Cleared on 1/13/23

@7M Cattle Feeders Friona TX

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 352 H 205568# @168.20  Lot #943 | 205568 | 1.6820 | 345,765.38 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 345,765.38 |
| CHECK OFF | |
| **TOTAL** | **$   345,765.38** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM





Pay Invoices
12/29/22 284 hd $268,549.94 Lot# 939 & 940
1/11/23 352 hd $343,765.38 Lot# 943

RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

STEVE T. SCOTT

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

April 2023 Contract Lot 950

DATE:   4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|---|---|---|---|---|---|
| 688 | hfs | 775 | 533,200 | 172.50 | $919,770.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER

Claimed on #  688  cattle pursuant to
7CFR § 1260.174, DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

Signature                    Date
4-25-23

I attest that all livestock referenced by this document and
transferred are of U.S. origin.

| | |
|---|---|
| Commission | |
| Freight | |
| Medicine | |
| Feed | |
| Health Certificate | |
| PAY THIS AMOUNT | Amt Due  $919,770.00 |

Customers paying for livestock purchased of or through this company by check or draft agree that title does
not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

246

**RECEIVED**

**May 4, 2023**

**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# Scott Livestock Company

10150 Hwy 47
West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 8th day of February 2023 by and between Scott Livestock Company, of Clay County, Mississippi herein after known as Seller, and McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the following described livestock   The receipt of which is hereby acknowledged by the seller

| NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 8 loads | #1HFS<br>.08 slide over<br>& under 775# | 172.50 FOB |

These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard, Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as follows: April 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER                                              BUYER

SCOTT LIVESTOCK COMPANY            McClain Farms/ Brain McClain

BY: _____            BY: Brian McClain (Feb 27, 2023 17:27 CST)
Steve T. Scott, Owner                          Brian McClain

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

BILL TO: SCOTT LIVESTOCK

2/8/2023

Lot # 950
1 7M Cattle Feeders
Friona, TX

l

Pd CK # 109856
2/8/23
Cleared on 2/13/23

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 344 | H | 203992 | 1.738 | $354,538.10 |
| 170 | H | 100130 | 1.742 | $174,426.46 |
| 174 | H | 102764 | 1.739 | $178,706.60 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 688 | | | | $707,671.15 |

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**





Pay Invoice 2/8/23 688 hd $707,671.15
lot # 950

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

May 2023 Contract Lot 1601

DATE: 4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|---|---|---|---|---|---|
| 425 | hfs | 775 | 329,375 | 175.00 | $576,406.25 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER

Claimed on # 425 cattle pursuant to
7CFR § 1260.174, DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

Signature    4-25-23    Date

I attest that all livestock referenced by this document and
transferred are of U.S. origin.

| | |
|---|---|
| Commission | |
| Freight | |
| Medicine | |
| Feed | |
| Health Certificate | |

PAY THIS AMOUNT | Amt Due | $576,406.25

Customers paying for livestock purchased of or through this company by check or draft agree that title does
not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

250

May 4, 2023

**USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

# Scott Livestock Company
10150 Hwy 47
West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 14th day of February 2023 by and between Scott
Livestock Company, of Clay County, Mississippi herein after known as Seller, and
McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the
following described livestock   The receipt of which is hereby acknowledged by the
seller

| NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 7 loads | #1HFS<br>.08 slide over<br>& under 775# | 175.00 FOB |

   These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard,
Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as
follows: May 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on
the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the
buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER                                                    BUYER

SCOTT LIVESTOCK COMPANY                McClain Farms/ Brain McClain

BY: _____        BY: _____
                                          Brian McClain (Feb 27, 2023 17:28 CST)
   Steve T. Scott, Owner                      Brian McClain

251

# MCCLAIN FEEDYARD

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 2/14/2023 |

**BILL TO**

SCOTT LIVESTOCK

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

*Pd Ck# 109859*
*2/14/23*
*Cleared on 2/17/23*

*@ 7M Cattle Feeders Friona TX*

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 427 H 251503# @176  *Lot #1601* | 251503 | 1.7600 | 442,645.28 |
| | | | . |
| | | | . |
| | | | . |
| | | | . |
| | | | . |
| | | | . |
| | | | . |
| | | | . |
| | | | . |
| | | | . |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 442,645.28 |
| | CHECK OFF | |
| | **TOTAL** | **$  442,645.28** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

252





Pay Invoices
2/14/23  427 hd  $442,645.28
Lot #1601

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

June 2023 Contract Lot 1604

DATE: 4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|---|---|---|---|---|---|
| 688 | hfs | 800 | 550,400 | 177.00 | $974,208.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER

Claimed on #_688___cattle pursuant to
7CFR § 1260.174, DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

_____    4-25-23
Signature            Date
I attest that all livestock referenced by this document and
transferred are of U.S. origin.

| Commission | |
|---|---|
| Freight | |
| Medicine | |
| Feed | |
| Health Certificate | |

**PAY THIS AMOUNT**

| Amt Due | $974,208.00 |
|---|---|

Customers paying for livestock purchased of or through this company by check or draft agree that title does
not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# Scott Livestock Company

10150 Hwy 47
West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 1st day of March 2023 by and between Scott Livestock Company, of Clay County, Mississippi herein after known as Seller, and McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the following described livestock   The receipt of which is hereby acknowledged by the seller

| NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 8 Loads | #1HFS .08 slide over & under 800# | 177.00 FOB |

   These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard, Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as follows: June 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the buyer.

All cattle to be delivered free of all encumbrances, and with clear title.


SELLER                                         BUYER

SCOTT LIVESTOCK COMPANY          McClain Farms/ Brain McClain

                                               *Brian McClain*
BY: _____          BY: Brian McClain (Mar 2, 2023 08:59 CST)
                                               _____
Steve T. Scott, Owner                      Brian McClain

**255**

# INVOICE

## MCCLAIN FEEDYARD

824 MULLINS LANE

BENTON KY 42025

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

| INVOICE # | DATE |
| --- | --- |
| | 2/28/2023 |

**BILL TO**

SCOTT LIVESTOCK

| CUSTOMER ID | TERMS |
| --- | --- |
| | Due Upon Receipt |

*Pay Ck#109863 $342367.08*
*3/1/23*
*Cleared on 3/3/23*
*Pay Wire 3/14/23 400,000.00*

*@ 7M Cattle Feeders Friona TX*

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 688 H 407984# @182.00 *Lot# 1604* | 407894 | 1.8200 | 742,367.08 |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |

| | | | |
| --- | --- | --- | --- |
| *Thank you for your business!* | SUBTOTAL | | 742,367.08 |
| | CHECK OFF | | |
| | **TOTAL** | **$** | **742,367.08** |

**IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT**
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM





Pay Invoice
2/28/23  688 hd  $742,367.08  Lot #1604

Paid remaining Balance on
3/14/23 of 400,000.00

with feed bill for February in

Wire

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

257

**Domestic Wires Out**

## TRANSACTION INFORMATION                                    Complete

| | | | |
|---|---|---|---|
| ID | 202303143020300390 | | |
| Account Number | ██████3467 | Bank Name | Peoples Bank |
| Created By | JOwens38 | Created Date | 3/14/2023 11:21:16 AM CST |
| Modified By | NetLink | Modified Date | 3/14/2023 11:32:08 AM CST |
| Authorized By | tmangum65 | Authorized Date | 3/14/2023 11:28:19 AM CST |
| Send By | tmangum65 | Send Date | 3/14/2023 11:28:19 AM CST |
| Ofac Match | N | | |

## TRANSACTION DETAILS

Business Function Code {3600}    BTR    Type/Subtype {1510}    1000

Amount {2000}    567,659.83 ☆

IMAD {1520}    20230314MMQFMPLQ000319

OMAD {1120}    20230314GMQFMP0101603203141230FT01

Sender FI {3100}    065403370
Sender Ref {3320}    2023034111300751

Receiver FI {3400}    122238420
MECH BK WALNUT CR

Previous Message
Identifier {3500}

| Originator's FI {5100} | ID Code: | F |
|---|---|---|
| | Identifier: | ██████3467 |
| | Name: | Peoples Bank |
| | Address 1: | 160 Maud Avenue |
| | City: | Mendenhall |
| | State: | MS |
| | Zip: | 39114 |

| Originator {5000} | ID Code: | D |
|---|---|---|
| | Identifier: | ██████6934 |
| | Name: | SCOTT LIVESTOCK CO |
| | Address 1: | 10150 HWY 47 |
| | City: | WEST POINT   MS   39773 |
| | Zip: | 0 |

| Beneficiary {4200} | ID Code: | D |
|---|---|---|
| | Identifier: | ██████0197 |
| | Name: | McClain Feedyard |
| | Address 1: | 824 Mullins Lane |
| | City: | Benton |
| | State: | KY |
| | Zip: | 42025 |

*Pays Invoices*
*2|28|23 Balance*
*$400,000.00*
*2|28|23 Feedbill*
*$167,659.83*

**RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

RECEIVED
May 1, 2023

USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

Case 23-02005-rlj   Doc 192-2   Filed 09/26/24   Entered 09/26/24 14:58:44   Desc
Appendix Pages 151 - 300   Page 109 of 150

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

STEVE T. SCOTT

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

June 2023 Contract Lot 1623

DATE:   4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|----------|------|-----------|--------|----------------|--------|
| 460 | hfs | 775 | 356,500 | 179.61 | $640,309.65 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER

Claimed on #  460  cattle pursuant to
7CFR § 1260.174, DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

Signature                    Date
4-25-23

I attest that all livestock referenced by this document and
transferred are of U.S. origin.

| | |
|---|---|
| Commission | |
| Freight | |
| Medicine | |
| Feed | |
| Health Certificate | |

PAY THIS AMOUNT

| | Amt Due | $640,309.65 |

Customers paying for livestock purchased of or through this company by check or draft agree that title does
not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

259

RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# Scott Livestock Company

10150 Hwy 47
West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 22nd day of March 2023 by and between Scott Livestock Company, of Clay County, Mississippi herein after known as Seller, and McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the following described livestock   The receipt of which is hereby acknowledged by the seller

| NUMBER | DESCRIPTION | PRICE |
|---|---|---|
| 7 Loads | #1HFS<br>.08 slide over<br>& under 775# | 179.61 FOB |

These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard, Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as follows: June 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on the ground. The cattle are to be base sorted by the Buyer.

All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the buyer.

All cattle to be delivered free of all encumbrances, and with clear title.

SELLER                                             BUYER

SCOTT LIVESTOCK COMPANY              McClain Farms/ Brain McClain

BY: _____              BY: _____
   Steve T. Scott, Owner                      Brian McClain

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**



Brian >

Wed, Mar 22 at 11:35 AM

I just invoiced cattle they are sold at 1.7961@775 I didn't get to ups before the cutoff your check has gone out today

RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

**BILL TO:** SCOTT LIVESTOCK

3/22/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 460 | H | 264960 | 1.889 | $500,509.44 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 460 | | | | $500,509.44 |

Lot # 1623
7M Cattle Feeders
Friona TX
Pay Wire 3/24/23
to McClain Feedyard

262

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

Domestic Wires Out

Complete

## TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| ID | 202303243020300577 | | |
| Account Number | ████3467 | Bank Name | Peoples Bank |
| Created By | lfrye33 | Created Date | 3/24/2023 11:57:12 AM CST |
| Modified By | NetLink | Modified Date | 3/24/2023 12:10:16 PM CST |
| Authorized By | tmangum65 | Authorized Date | 3/24/2023 12:06:32 PM CST |
| Send By | tmangum65 | Send Date | 3/24/2023 12:06:32 PM CST |
| Ofac Match | N | | |

## TRANSACTION DETAILS

Business Function Code {3600}    BTR    Type/Subtype {1510}    1000

| | | |
|---|---|---|
| Amount {2000} | 500,509.44 ✦ | |
| IMAD {1520} | 20230324MMQFMPLQ000512 | |
| OMAD {1120} | 20230324GMQFMP0102028703241308FT01 | |
| Sender FI {3100} | 065403370 | |
| Sender Ref {3320} | 2023032411301159 | |
| Receiver FI {3400} | 122238420 MECH BK WALNUT CR | |
| Previous Message Identifier {3500} | | |
| Originator's FI {5100} | ID Code: | F |
| | Identifier: | ████3467 |
| | Name: | Peoples Bank |
| | Address 1: | 160 Maud Avenue |
| | City: | Mendenhall |
| | State: | MS |
| | Zip: | 39114 |
| Originator {5000} | ID Code: | D |
| | Identifier: | ████6934 |
| | Name: | SCOTT LIVESTOCK CO |
| | Address 1: | 10150 HWY 47 |
| | City: | WEST POINT  MS  39773 |
| | Zip: | 0 |
| Beneficiary {4200} | ID Code: | D |
| | Identifier: | ████0197 |
| | Name: | McClain Feedyard |
| | Address 1: | 824 Mullins Lane |
| | City: | Benton |
| | State: | KY |
| | Zip: | 42025 |

*Handwritten:*
Pay Ivoice
3/22/23
460 hd
$500,509.44
Lot #1623

263

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# SCOTT LIVESTOCK COMPANY
## LIVESTOCK DEALER

STEVE T. SCOTT

10150 Hwy 47
West Point, MS 39773

REMIT: PEOPLES BANK
710 MAIN STREET, SUITE 30
P.O. BOX 612
COLLINS, MS 39428

BILLED TO: McClain Farms

824 Mullins Ln

Benton, KY

SHIPPED TO: FOB

June 2023 Contract Lot 1624

DATE: 4-25-23

| NO. HEAD | KIND | AVER. WT. | WEIGHT | PRICE PER CWT. | AMOUNT |
|----------|------|-----------|--------|----------------|--------|
| 480 | hfs | 775 | 372,000 | 188.50 | $701,220.00 |

CERTIFICATION OF NON PRODUCERS STATUS
FOR THE RESELLER

Claimed on #  480  cattle pursuant to
7CFR § 1260.174, DO NOT DEDUCT the
$1.00 per head Beef Promotion Assessment
BEEF COUNCIL REGISTERED No. MS-030

_Signature_                    4-25-23
Signature                      Date
I attest that all livestock referenced by this document and
transferred are of U.S. origin.

| | |
|---|---|
| Commission | |
| Freight | |
| Medicine | |
| Feed | |
| Health Certificate | |

PAY THIS AMOUNT

| Amt Due | $701,220.00 |
|---------|-------------|

Customers paying for livestock purchased of or through this company by check or draft agree that title does
not pass until the funds have been received by this company.
SELLER IS NOT RESPONSIBLE FOR SICKNESS, DISEASE, OR DEATH AFTER DELIVERY TO BUYER.

X8295

RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# Scott Livestock Company
10150 Hwy 47
West Point, MS 39773

## LIVESTOCK CONTRACT

THIS CONTRACT, made this 29th day of March 2023 by and between Scott Livestock Company, of Clay County, Mississippi herein after known as Seller, and McClain Farms/Brian McClain, herein after known as the Buyer, covers the sale of the following described livestock   The receipt of which is hereby acknowledged by the seller

| NUMBER | DESCRIPTION | PRICE |
|--------|-------------|-------|
| 7 Loads | #1HFS .08 slide over & under 775# | 188.50 FOB |

These HFS are now located at 7M Cattle Feeders Friona, TX and McClain Feedyard, Hereford, TX. And are to remain there until delivered.  Deliveries are to be made as follows: June 2023 at Buyers option. The Cattle are to be weighed with a 3% shrink on the ground. The cattle are to be base sorted by the Buyer.
All Cattle are to be sound and in merchantable condition
And free of any contagious disease. Crippled, deformed,
Blind –eyed, locoed, lump-jawed, or otherwise deformed animals, maybe rejected by the buyer.

All cattle to be delivered free of all encumbrances, and with clear title.


SELLER                                              BUYER

SCOTT LIVESTOCK COMPANY               McClain Farms/ Brain McClain

BY: _____        BY: _____
Steve T. Scott, Owner                        Brian McClain



RECEIVED
May 4, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

BM

Bryan >

Give me call at your convenience

Mon, Mar 6 at 10:35 AM

In sale I'll call later

10-4

Fri, Mar 10 at 7:50 AM

What price did I tell you on the fats

You didn't

Wed, Mar 29 at 11:25 AM

Call me when you can

480 hd@589@1.9473 sell at 775@1.8850

Tue, Apr 18 at 12:05 PM

Give me call

Delivered

iMessage

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

**BILL TO:** SCOTT LIVESTOCK

3/29/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 480 | H | 282720 | 1.9473 | $550,540.66 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 480 | | | | $550,540.66 |

Lot #1624
7M Cattle Feeders
1 Friona TX

Pay Wire 4/3/23
$ to McClain Feedyard

**267**

**RECEIVED**
**May 4, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

**Domestic Wires Out**

## TRANSACTION INFORMATION                                    Complete

| | | | |
|---|---|---|---|
| ID | 202304033020300504 | | |
| Account Number | ████3467 | Bank Name | Peoples Bank |
| Created By | lmangum65 | Created Date | 4/3/2023 11:36:17 AM CST |
| Modified By | NetLink | Modified Date | 4/3/2023 12:10:01 PM CST |
| Authorized By | lfrye33 | Authorized Date | 4/3/2023 12:05:50 PM CST |
| Send By | lfrye33 | Send Date | 4/3/2023 12:05:50 PM CST |
| Ofac Match | N | | |

## TRANSACTION DETAILS
**Business Function Code {3600}**        BTR        **Type/Subtype {1510}**   1000

**Amount {2000}**        550,540.66

**IMAD {1520}**        20230403MMQFMPLQ000451

**OMAD {1120}**        20230403GMQFMP0102713604031308FT01

**Sender FI {3100}**        065403370
**Sender Ref {3320}**        2023040311301046

**Receiver FI {3400}**        122238420
                              MECH BK WALNUT CR

**Previous Message**
**Identifier {3500}**

*Handwritten: Pay Invoice 3/29/23 480 hd $550,540.66 Lot # ████ 1624*

| | | |
|---|---|---|
| **Originator's FI {5100}** | ID Code: | F |
| | Identifier: | ████3467 |
| | Name: | Peoples Bank |
| | Address 1: | 160 Maud Avenue |
| | City: | Mendenhall |
| | State: | MS |
| | Zip: | 39114 |
| **Originator {5000}** | ID Code: | D |
| | Identifier: | ████6934 |
| | Name: | SCOTT LIVESTOCK CO |
| | Address 1: | 10150 HWY 47 |
| | City: | WEST POINT   MS   39773 |
| | Zip: | 0 |
| **Beneficiary {4200}** | ID Code: | D |
| | Identifier: | ████0197 |
| | Name: | McClain Feedyard |
| | Address 1: | 824 Mullins Lane |
| | City: | Benton |
| | State: | KY |
| | Zip: | 42025 |

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Steve Scott <scottlivestock1990@yahoo.com> |
| **Sent:** | Thursday, May 4, 2023 11:13 AM |
| **To:** | Jones, Thomas - MRP-AMS; Meyers, Alexis - MRP-AMS; AMS - PSDDesMoinesIA |
| **Subject:** | [External Email]McClain Dealer Trust info |
| **Attachments:** | Dealer Trust SLC contracts as of 4-25-231.pdf |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Please let me know if you need anything else. It has also been sent certified mail to the addresses listed on the form.

**Elizabeth**Scott Livestock Company

Steve: 334-701-7212
Elizabeth: 334-701-1993334-684-8443 (Fax)
10150 Hwy 47, West Point, MS 39773



## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

April 25, 2023

| | | |
|---|---|---|
| McClain Feed Yard, Inc.<br>320 Schley Street<br>Hereford, Texas 79045 | 7M Feeders, Inc.<br>4010 FM 1057<br>Hereford, Texas 79045 | McClain Farms, Inc.<br>3231 Vanzora Rd.<br>Benton, Kentucky 42025 |
| Riley Livestock, Inc.<br>250 Brittian Rd<br>Mayfield, Kentucky 42066 | Brian McClain<br>824 Mullins Lane<br>Benton, Kentucky 42025 | |

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 7/7/2022 | $149,812.73 |
| | |
| | |
| | |
| | |
| | |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

APR 25 '23 RCVD
USDA, FTPP, PSD, MRD

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _Robert Spring_

Title: _____

Printed Name: _____ ROBERT J. SPRING_____

Company Name: _____

Address: P.O. BOX 2096, EDMOND, OK 73083_____

Telephone Number: ____(405)340-6811_____

Email: ____ROBERT@SPRINGOC.COM_____

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

APR 25 '23 RCVD
USDA, FTPP, PSD, MRD

Robert J. Spring
P.O. Box 2096
Edmond, OK 73083
robert@springoc.com
Office: 405-340-6811

April 26th, 2023

Certified Tracking Number: 7021 2720 0000 9354 1612

PSD Midwestern Regional Office
210 Walnut Street, Room 317
Des Moines, Iowa 50309

Robert J. Spring
P.O. Box 2096
Edmond, OK 73083

Gentleman:

I mailed your company a certified letter/return receipt retaining a Dealer Trust Notification dated April 25th, 2023. The certified letter tracking number is listed above. I am mailing you the supporting documents that go along with the Dealer Trust Notification. The summary of the supporting documents is listed below:

- Copy of Check from Robert J. Spring to MCCLAIN FEEDYARD, INC.     (Pages 1 and 2)
- Invoice from MCCLAIN FEEDYARD, INC.     (Pages 3 and 4)
- Cattle Feeding Agreement between Robert J. Spring to MCCLAIN FEEDYARD, INC. (Pages 5 thru 7)
- Bills of Sale/ Proof of Sale     (Page 8)
- MCCLAIN FEEDYARD, INC. rolls over initial Robert J. Spring's Investment     (Page 9 thru 11)

Thank you,

Robert J. Spring

MAY 2 '23 RCVD
USDA: FTPP, PSD, MRO

272

MCC100: MCCLAIN FEEDYARD, INC.
ACCOUNT NUMBER:

CHECK NUMBER:    002948
CHECK DATE:    07/07/22

| INVOICE/REFERENCE | TYPE | DATE | COMMENT | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 063022 | INV | 06/30/22 | PURCHASE OF CATTLE | 149,812.73 | .00 | 149,812.73 |
| | HEAD 164 | | | | | |
| | SEX H | | | | | |
| | WEIGHT 96417 | | | | | |
| | PRICE/ LB 1.5538 | | | | | |

CHECK TOTALS:                002948    149,812.73         .00    149,812.73

MCC100                07/07/22        002948        $149,812.73

ONLY $*****149,812*Dollars And 73 Cents.

MCCLAIN FEEDYARD, INC.
824 MULLINS LANE
BENTON KY  42025



THE FACE OF THIS CHECK IS PRINTED BLUE - THE BACK CONTAINS A SIMULATED WATERMARK

**ROBERT J SPRING**
**JACKLYN E SPRING**
PH: 405-340-6811
P.O. BOX 2096
EDMOND, OK 73083

BANCFIRST
P.O. Box 26790, Oklahoma City, Oklahoma 73126
Member FDIC-(888) 278-1000

**2948**

| Reference Number | Date | Check Number | Check Amount |
|---|---|---|---|
| MCC100 | 07/07/22 | 002948 | $149,812.73 |

ONLY $*****149,812*Dollars And 73 Cents.

PAY
TO THE
ORDER
OF

MCCLAIN FEEDYARD, INC.
824 MULLINS LANE
BENTON KY 42025

VOID AFTER 12 MONTHS

AUTHORIZED SIGNATURE

"002948" ⑆103003632⑆        4043"

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

**BILL TO:**  ROBERT SPRING

6/30/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 164  | H   | 96417  | 1.5538   | $149,812.73 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        | $0.00    |       |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          |       |
| 164  |     |        |          | $149,812.73 |

## PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 164 |
| COST | 149812.73 |
| BOUGHT WEIGHT | 96417 |
| $ SOLD | 195568.27 |
| SELL WEIGHT | 127100 |
| COST/GAIN | 29148.85 |
| LBS GAINED | 30683 |
| PROFIT | 16606.69 |

**ROBERT J. SPRING**
**P.O. BOX 2048**
**EDMOND, OKLAHOMA 73083**
**405-340-6811 (O)**

July 12, 2022

Mr. Brian McClain
McClain Feedyard, Inc.
824 Mullins Lane
Benton, KY  42025

RE: Cattle Feeding Agreement
    164 Heifers

Mr. McClain:

In accordance with your recent conversations with Robert, please find enclosed Cattle
Feeding Agreement  dated 6/30/2022, prepared utilizing the Invoice and Projected Close
Out sheet provided by you.

If the agreement terms are correct please insert the correct feedyard, execute and return to
me at the letterhead address or via e-mail at greggr@springoc.com.

Thanks for working with us.

Very truly yours,
ROBERT J. SPRING

By: _____
    Gregory S. Robins

## Gregg Robins

| | |
|---|---|
| **From:** | Meagan <mcclainfarms@gmail.com> |
| **Sent:** | Monday, July 18, 2022 10:34 AM |
| **To:** | Gregg Robins |
| **Attachments:** | 20220718_002.pdf |

Here is the completed agreement.

Sent from Mail for Windows

1

## Cattle Feeding Agreement

### Dated 6/30/2022

This agreement exists to identify the partnership of McClain Feedyard and **Robert J. Spring, P.O. Box 2048, Edmond, OK  73083,** whom are involved in a cattle feeding arrangement.  The arrangement allows for **Robert J. Spring** to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after poiunds have been added to the cattle through McClain Feedyard feed them at McClain Feedyard, _McClain, Feedyard_. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard provides at its expense.  McClain Feedyard is also is responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to **Robert J. Spring**

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 **Robert J. Spring.**

This agreement is for 164 head of heifers at a total of 96417 lbs at a price of 1.5538 per pound. Total cost for this group of cattle is $149,812.73 which Robert J. Spring has paid to McClain Feedyard.

Sales contract for 1.5386 @ 775.

Robert J. Spring _(signature)_

McClain Feedyard _(signature)_

6/30/22 HERD



**CLOSE OUT**

| | |
|---|---|
| HEAD | 160 |
| COST | 149812.73 |
| BOUGHT WEIGHT | 86417 |
| $ SOLD | 191,633.79 |
| SELL WEIGHT | 125120 |
| COST/GAIN | 25,003.71 |
| PROFIT | 16,817.35 |

CHECK FOR 161024.30

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

BILL TO: ROBERT SPRINGS

11/30/2022

11/30/22 HERD

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 172 | H | 98952 | 1.625 | $160,797.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 172 | | | | $160,797.00 |



## PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 172 |
| COST | 160797 |
| BOUGHT WEIGHT | 98952 |
| $ SOLD | 211105.4 |
| SELL WEIGHT | 133300 |
| COST/GAIN | 32630.6 |
| LBS GAINED | 34348 |
| PROFIT | 17677.8 |

11/30/22 hono

**Gregg Robins**

| | |
|---|---|
| **From:** | Gregg Robins |
| **Sent:** | Thursday, April 20, 2023 3:58 PM |
| **To:** | Robert spring |
| **Subject:** | McClain Feed Yard Investment |
| **Attachments:** | McClain Feed Yard - RJ Spring.pdf |

Robert:

Please find attached PDF copy of the McClain Feed Yard information from my files:

The initial investment of $149,812.73 was for 164 heifers on 6/30/22. The Projected Close Out and actual Close Out numbers provided by text message from Brian McClain are included along with a copy of the Cattle Feeding Agreement dated 6/30/22.

The Projected Close Out and Invoice for the 11/30/22 herd are also included. Again, these are screen shots of text messages from Brian McClain.

RECAP OF INVESTMENT WITH MCCLAIN FEEDYARD, INC.:

| | | |
|---|---|---|
| Sales Price: | $191,633.79 | (6/20/22 herd in November of 2022) |
| Initial Investment: | $149,812.73 | (6/30/22 – 164 heifers) |
| Cost Feed: | $ -25,003.71 | |
| Profit: | $ -16,817.35 | |
| McClain Promote | $  -5,605.78 | (1/3 of Profit) |
| Net Profit to RJS | $  11,211.57 | |

This results in Robert J. Spring (RJS) receiving a total of $161,024.30 for the 6/30/22 herd.

On 11/30/22 McClain Feed Yard rolls the initial RJR investment and reported profit into a new herd of 172 heifers at a cost of $160,797. This leaves $227.30 of profit from the 6/30/22 herd unaccounted for.

GSR


Gregory S. Robins
Vice President
Spring Operating Company
Spring Energy Company
Lake Hamilton Minerals LC
P.O. Box 2048
Edmond, OK  73083
405-340-6811 (O)
greggr@springoc.com

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Robert spring <Robert@springoc.com> |
| **Sent:** | Wednesday, April 26, 2023 3:56 PM |
| **To:** | Jones, Thomas - MRP-AMS; Jones, Thomas - MRP-AMS |
| **Subject:** | [External Email]FW: McClain Farms Trust Claim |
| **Attachments:** | McClain Feedyard -Additional Documentation  for Robert J. Spring.pdf |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Good afternoon,

Here is Robert J. Spring's supporting documentation for the McClain Farms Trust Claim:

| | |
|---|---|
| Copy of Check from Robert J. Spring to MCLAIN FEEDYARD, INC. | (Pages 1 and 2) |
| Invoice from MCLAIN FEEDYARD, INC. | (Pages 3 and 4) |
| Cattle Feeding Agreement between Robert J. Spring to MCLAIN FEEDYARD, INC. | (Pages 5 thru 7) |
| Bills of Sale/ Proof of Sale | (Page 8) |
| MCLAIN FEEDYARD, INC. rolls over initial Robert J. Spring's Investment | (Page 9 thru 11) |

Please let me know if you have any questions. Thank you for your prompt response to this matter.

Thank you,
Robert J. Spring

---

**From:** Jones, Thomas - MRP-AMS
**Sent:** Wednesday, April 26, 2023 8:24 AM
**To:** Robert spring <Robert@springoc.com>
**Subject:** McClain Farms Trust Claim

Hello Robert,

I received your Dealer Trust Claim for $149,812.73 for a claim in July 2022.  However, the claim did not have any supporting documentation.  Please provide any supporting documentation, such as contracts, invoices, agreements, bills of sale, etc. to show proof of sale.  Any documentation that you provide will help in the investigation process to determine legitimate claims on the trust assets.

Please let me know if you have any questions in this regard.

Thank you,

**Thomas Jones, Auditor**
USDA | Agricultural Marketing Service | Fair Trade Practices Program
Packers & Stockyards Division | Midwestern Regional Office
210 Walnut Street, Rm 317, Des Moines, IA 50309
Phone: (515) 323-2507 | Mobile: (515) 344-2192
FAX: (515) 323-2590 | Email: Thomas.J.Jones@usda.gov



U.S POSTAGE PAID
EDM-LETTER
EDMOND, OK
73034
APR 25, 23
AMOUNT
$8.13
R2304N1/68/8-10

50309

RDC 21

7021 2720 0000 9354 1612

PSD Midwestern Regional Office
210 Walnut Street, Room 317
Des Moines, Iowa 50309

50309-211052

ROBERT J. SPRING
P.O. BOX 2096
EDMOND, OK 73083

# Dealer Trust Notification
# Section 318 (7 U.S.C 181-229)

McClain Farms, Inc.
824 Mullins Ln
Benton, KY 42025-4702

Date: __4/27/23

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by McClain Farms, Inc. on
the dates and in the amounts as follows:
Insert the sale transaction(s) detail here (e.g., head count, livestock description, sale date, delivery date, total sales price, balance due, etc.). Also,
state pricing details if they are unique and need further explanation.  ***Attach all available supporting documents***

Purchased 2/8/23

213 head

121,410 pounds

$200,812.14

As a cash seller of livestock, I request that you hold in trust for me the items required to be held in
trust under the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division
Midwestern Regional Office at:

Packers and Stockyards Division
Midwestern Regional Office
210 Walnut St, Room 317
Des Moines, IA 50309

Sincerely,

(SIGNATURE): _____

Claimant's Printed Name/Title: __Michael Evans_____

Company Name (if Applicable): _____

Address: ___155 Via Rd_____

City, State, Zip: ____Clinton, KY  42031_____

Telephone Number(s): ____270-804-2971_____

Email: ___mirandabrooke@yahoo.com_____

MAY 2 '23 RCVD
USDA, FTPP, PSD, MRO
cc:  Packers and Stockyards Division, Fair Trade Practices Program
Note: Make sure to provide a signed copy of this notification to both the Dealer and the Packers and Stockyards Division,
Midwestern Regional Office.

286

**3296**

**River Valley AgCredit ACA**
Mayfield Branch
545 Dick Castleman Bypass
Mayfield KY 42066
270-247-5665

Customer: ██████ 0001
Loan: ██████ 8-001
MCCLAIN FEEDYARD INC
FBO: MICHAEL EVANS AND MIRANDA EVANS

Operating Unit: ACA

Gross Check: $200,812.14          Amount Of Advance: $200,812.14
Check Date: 02/10/2023            Effective Date: 02/10/2023

**Lending Support for Generations**
Call us for all your financial needs. *1-877-422-4203*
www.rivervalleyagcredit.com

MAY 2 '23 RCVD
USDA, FYPP, PSD, MRD

Loan Officer: 705          Prepared By: SFJ          **NET PAY:**      **$200,812.14**

COMMENTS: 213 HEAD

# ***COPY***COPY***

**3296**

**February 10, 2023**

Void After 90 Days

*Two Hundred  Thousand Eight Hundred  Twelve and 14/100ths Dollars*

**$200,812.14**

MCCLAIN FEEDYARD INC
FBO: MICHAEL EVANS AND MIRANDA EVANS

**NON-NEGOTIABLE**

**287**

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

BILL TO: MICHAEL EVANS

2/8/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 213 | H | 121410 | 1.654 | $200,812.14 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 213 | | | | $200,812.14 |

MAY 2 '23 RCVD
USDA. FTPP. PSD. MRO



EVANSVILLE IN 476

27 APR 2023   PM 1   L

Packers & Stockyards Division
Midwestern Regional Office
210 Walnut St. Room 317
Des Moines, IA   50309

50309-211092

Evans
166 Via Rd
Clinton, KY 42031

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Wells, Michael - MRP-AMS |
| **Sent:** | Friday, May 5, 2023 8:32 AM |
| **To:** | Jones, Thomas - MRP-AMS; Fast, Adam - MRP-AMS; England, Branard - MRP-AMS |
| **Cc:** | Meyers, Alexis - MRP-AMS; Dubberke, Alexandra - MRP-AMS; Mapes, Tanisha - MRP-AMS; Power, Jessica - MRP-AMS |
| **Subject:** | FW: [External Email]Michael Evans dealer trust |
| **Attachments:** | DOC042723-04272023085117.pdf |

Attached: dealer trust date stamped

---

**From:** Miranda Evans <mirandabrooke@yahoo.com>
**Sent:** Friday, May 5, 2023 7:46 AM
**To:** AMS - PSDDesMoinesIA <PSDDesMoinesIA@usda.gov>
**Subject:** [External Email]Michael Evans dealer trust

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

I also mailed a hard copy to the Iowa address.  Just do not always trust the mail.

Thank you,
Miranda Evans

RECEIVED
APRIL 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS DIVISION
DES MOINES, IA

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

April 24, 2023

McClain Feed Yard, Inc.          7M Feeders, Inc.          McClain Farms, Inc.
320 Schley Street                4010 FM 1057              3231 Vanzora Rd.
Hereford, Texas 79045            Hereford, Texas 79045     Benton, Kentucky 42025

Riley Livestock, Inc.            Brian McClain
250 Brittian Rd                  824 Mullins Lane
Mayfield, Kentucky 42066         Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 4-5-23 | $655,789.90 |
| | |
| | |
| | |
| | |
| | |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
| McClain Farms Inc | 4-5-2023 | $655,789.90 |
| McClain Farms Inc | 4-10-2023 | $655,789.90 |
| | | |
| | | |
| | | |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _____

Title: _____

Printed Name: Charles Lockwood _____

Company Name: _____

Address: 30789E 1920 Rd Ringling, OK 73456 _____

Telephone Number: 580-512-9550 _____

Email: clockwood@bankanb.com _____

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

RECEIVED
APRIL 26, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS
DIVISION
DES MOINES, IA



REFER TO MAKER

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON-S
REFER TO MAKER

McClain Farms Inc
824 Mullins Ln
Benton, KY 42025-4702

Mechanics Bank
Commitment That Lasts Generations

7349

4-5-23

PAY TO THE ORDER OF  Charles Lockwood  ANB  $ 655,789.90

Six hundred fifty five Thousand Seven hundred Eighty Nine + 90/100  DOLLARS

MEMO  602 HFR

Meajan Good
AUTHORIZED SIGNATURE

⑈007349⑈ ⑈⑈121102036⑈ 30.70⑈

⑈007349⑈ ⑈⑈121102036⑈ 30.70⑈ 8990⑈



REFER TO MAKER

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON-S
REFER TO MAKER

McClain Farms Inc
824 Mullins Ln
Benton, KY 42025-4702

Mechanics Bank
Commitment That Lasts Generations

7610

4/10/23

PAY TO THE ORDER OF  CHARLES LOCKWOOD AND ANB  $ 655,789.90

SIX HUNDRED FIFTY FIVE THOUSAND SEVEN HUNDRED EIGHTY NINE AND 90/100 -------------------  DOLLARS

MEMO  602 HEIFERS

Meajan Good
AUTHORIZED SIGNATURE

⑈007610⑈ ⑈⑈121102036⑈ 30.70⑈

⑈007610⑈ ⑈⑈121102036⑈ 30.70⑈ 8990⑈

RECEIVED
APRIL 26, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS
DIVISION
DES MOINES, IA

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| 1047 | 3/22/2023 |

**BILL TO**

CHARLES LOCKWOOD

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

Note* ▮ 3611

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 359 H 208687# @181.45 | 208687 | 1.8145 | 378,662.56 |

## PROJECTED CLOSEOUT

| | 1047 | |
|---|---|---|
| HEAD | 359 | |
| COST | 378662.56 | |
| BOUGHT WEIGHT | 208687 | |
| $ SOLD | 485817.4 | 174.61 |
| SELL WEIGHT | 278225 | |
| COST/GAIN | 66061.1 | |
| LBS GAINED | 69538 | |
| PROFIT | 41093.74 | |

*Thank you for your business!*

| SUBTOTAL | 378,662.56 |
|---|---|
| CHECK OFF | |
| **TOTAL** | $ 378,662.56 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

**294**

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| 1046 | 3/22/2023 |

| BILL TO | | CUSTOMER ID | TERMS |
|---|---|---|---|
| CHARLES LOCKWOOD | | | Due Upon Receipt |

Note *  ▮ 36l)

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 252 H 148756# @181.29 | 148756 | 1.8129 | 269,679.75 |

## PROJECTED CLOSEOUT

| | 1046 |
|---|---|
| HEAD | 252 |
| COST | 269679.75 |
| BOUGHT WEIGHT | 148756 |
| $ SOLD | 343164.17   175.71 |
| SELL WEIGHT | 195300 |
| COST/GAIN | 44216.8 |
| LBS GAINED | 46544 |
| PROFIT | 29267.62 |

*Thank you for your business!*

| SUBTOTAL | 269,679.75 |
|---|---|
| CHECK OFF | |
| TOTAL | $ 269,679.75 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

## Cattle Feeding Agreement

Dated 3/22/2023

This agreement exists to identify the partnership of McClain Feedyard and CHARLES LOCKWOOD whom are involved in a cattle feeding arrangement. The arrangement allows for CHARLES LOCKWOOD to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to CHARLES LOCKWOOD

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 CHARLES LOCKWOOD

These cattle are financed with American Nation Bank.

This agreement is for 359 head of heifers at a total weight of 208687 lbs at a price of 1.8145 per pound. Total cost for this group of cattle is $378,662.56 which CHARLES LOCKWOOD has paid to McClain Feedyard. Sales contract for 1.7461 @ 775.

CHARLES LOCKWOOD _____

McClain Feedyard _____

## Cattle Feeding Agreement

Dated 3/22/2023

This agreement exists to identify the partnership of McClain Feedyard and CHARLES LOCKWOOD whom are involved in a cattle feeding arrangement. The arrangement allows for CHARLES LOCKWOOD to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to CHARLES LOCKWOOD

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 CHARLES LOCKWOOD

These cattle are financed with American Nation Bank.

This agreement is for 252 head of heifers at a total weight of 148756 lbs at a price of 1.8129 per pound. Total cost for this group of cattle is $269,679.75 which CHARLES LOCKWOOD has paid to McClain Feedyard. Sales contract for 1.7571 @ 775.

CHARLES LOCKWOOD _____

McClain Feedyard _____

297

## CLOSE OUT

4/5/23

— Invoice #    Charles Lockwood

1046

| | |
|---|---|
| **HEAD** | 248 |
| **COST** | 269,679.75 |
| **BOUGHT WEIGHT** | 148756 |
| **$ SOLD** | 283,116.69 |
| **SELL WEIGHT** | 157,213 |
| **COST/GAIN** | 8,834.96 |
| **PROFIT** | 4,601.98 |

2/3

CHECK FOR    $272,747.73

Lum #    3611

4/5/23

## CLOSE OUT

1047  — Invoice #  Charles Lockwood

| | |
|---|---|
| **HEAD** | 354 |
| **COST** | 378,662.56 |
| **BOUGHT WEIGHT** | 208687 |
| **$ SOLD** | 397,686.01 |
| **SELL WEIGHT** | 220,617 |
| **COST/GAIN** | 12,454.03 |
| **PROFIT** | 6,569.42 |

2/3

CHECK FOR    $383,042.17

Loan #     3611

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Misty Mendenall <MMendenall@bankanb.com> |
| **Sent:** | Wednesday, April 26, 2023 4:52 PM |
| **To:** | Jones, Thomas - MRP-AMS; Charley Lockwood |
| **Subject:** | RE: [External Email]Dealer Trust Notification |
| **Attachments:** | C. Lockwood04262023164940.pdf |

Good Afternoon Thomas,

See attached for the requested documentation.

Thank you,

Misty Mendenall
Assistant Vice President
NMLS ID# 480597
American Nation Bank
1901 North Commerce
Ardmore, OK 73401
(580) 226-6222 Phone
(580) 223-2624 Fax



**"Quality Banking... With A Personal Touch"**



---

**From:** Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>
**Sent:** Wednesday, April 26, 2023 3:37 PM
**To:** Misty Mendenall <MMendenall@bankanb.com>; Charley Lockwood <CLockwood@bankanb.com>
**Subject:** FW: [External Email]Dealer Trust Notification

**External Email - This message was sent from outside the bank. Do not click links or open attachments unless you recognize the source of this email and know the content is safe. Use caution with links and attachments.**

Hello Misty & Charles,

We received the attached dealer trust claim you submitted in the amount of $655,789.90, which included 2 bad checks. However, there were no other supporting documents provided with the claim. Please provide any supporting