documentation, such as contracts, invoices, agreements, bills of sale, etc. to show proof of sale.  Any documentation that you provide will help in the investigation process to determine legitimate claims on the trust assets.

Please let me know if you have any questions in this regard.

**Thomas Jones, Auditor**
USDA | Agricultural Marketing Service | Fair Trade Practices Program
Phone: (515) 323-2507 | Mobile: (515) 344-2192
FAX: (515) 323-2590 | Email: Thomas.J.Jones@usda.gov

---

**From:** Misty Mendenall <MMendenall@bankanb.com>
**Sent:** Tuesday, April 25, 2023 4:33 PM
**To:** AMS - PSDDesMoinesIA <PSDDesMoinesIA@usda.gov>
**Subject:** [External Email]Dealer Trust Notification

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Good Afternoon,

Charles Lockwood asked that I forward the attached document to you.

If you have any questions feel free to contact him at 580-512-9550.

Thank you,


Misty Mendenall
Assistant Vice President
NMLS ID# 480597
American Nation Bank
1901 North Commerce
Ardmore, OK 73401
(580) 226-6222 Phone
(580) 223-2624 Fax




**"Quality Banking... With A Personal Touch"**




Confidentiality Notice: The information contained in this communication may be legally privileged, confidential or otherwise protected by law. It is intended only for the use and information of the individuals or entities to which it is

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Misty Mendenall <MMendenall@bankanb.com> |
| **Sent:** | Tuesday, April 25, 2023 4:33 PM |
| **To:** | AMS - PSDDesMoinesIA |
| **Subject:** | [External Email]Dealer Trust Notification |
| **Attachments:** | Charles Lockwood McClain Feed Yard04242023160711.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Good Afternoon,

Charles Lockwood asked that I forward the attached document to you.

If you have any questions feel free to contact him at 580-512-9550.

Thank you,


Misty Mendenall
Assistant Vice President
NMLS ID# 480597
American Nation Bank
1901 North Commerce
Ardmore, OK 73401
(580) 226-6222 Phone
(580) 223-2624 Fax




**"Quality Banking... With A Personal Touch"**




Confidentiality Notice: The information contained in this communication may be legally privileged, confidential or
otherwise protected by law. It is intended only for the use and information of the individuals or entities to which it is
addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying



US POSTAGE ~ PITNEY BOWES

ZIP 73401 $ 000.60⁰
02 4W
0000386915 APR 24 2023

OKLAHOMA CITY OK 730

25 APR 2023 PM 7

AMERICAN
NATION BANK
www.bankanb.com
P.O. Box 5009
Ardmore, Oklahoma 73403-0009

Midwestern Division Regional Office
210 Walnut Street, Federal Building, Room 317
Des Moines, Iowa 50309

50309-211052



US POSTAGE PITNEY BOWES

ZIP 73401 $ 008.10⁰
02 4W
0000366015 APR 24 2023

CERTIFIED MAIL™

7014 1200 0000 6195 7890

AMERICAN
NATION BANK
www.bankanb.com
P.O. Box 5009
Ardmore, Oklahoma 73403-0009

Midwestern Division Regional Office
210 Walnut Street, Federal Building, Room 317
Des Moines, Iowa 50309

50309-211092

RECEIVED

Apr 28, 2023

By Zachary Reding

USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

April 28, 2023

McClain Feed Yard, Inc.
320 Schley Street
Hereford, Texas 79045

7M Feeders, Inc.
4010 FM 1057
Hereford, Texas 79045

McClain Farms, Inc.
3231 Vanzora Rd.
Benton, Kentucky 42025

Riley Livestock, Inc.
250 Brittian Rd
Mayfield, Kentucky 42066

Brian McClain
824 Mullins Lane
Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed | |
|---|---|---|
| 12-20-2022 | $161,245.26 | (paid with insufficient Funds) |
| 3-01-2023 | $161,827.71 | (paid with insufficient Funds) |
| 4-03-2023 | $161,402.38 | |
| | | |
| | | |
| | | |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those

305

assets include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _Janet Van Buskirk_

Title: _____

Printed Name: _Janet Van Buskirk_

Company Name: _____

Address: _P.O. Box 778, Ringling, OK 73456_

Telephone Number: _580-465-0041_

Email: _janet.v@att.net_

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

**RECEIVED**
Apr 28, 2023

By Zachary Reding
**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**



**RECEIVED**

Apr 28, 2023

By Zachary Reding

**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

## Cattle Feeding Agreement

Dated 4/3/2023

This agreement exists to identify the partnership of McClain Feedyard and JANET VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for JANET VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to JANET VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 JANET VANBUSKIRK

This agreement is for 143 head of heifers at a total weight of 83369 lbs at a price of 1.9360 per pound. Total cost for this group of cattle is $161,402.38 which JANET VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.8497 @ 775.

JANET VANBUSKIRK

McClain Feedyard

**308**

No Note

# Cattle Feeding Agreement

Dated 12/20/2022

This agreement exists to identify the partnership of McClain Feedyard and JANET VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for JANET VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to JANET VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 JANET VANBUSKIRK

~~These cattle are financed with American Nation Bank.~~

This agreement is for 169 head of heifers at a total weight of 99045 lbs at a price of 1.628 per pound. Total cost for this group of cattle is $161,245.26 which JANET VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.597 @ 775.

JANET VANBUSKIRK _Janet Van Buskirk_

McClain Feedyard _Meagan Good_

**RECEIVED**
Apr 28, 2023

By Zachary Reding
**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

*Check Date*
*4-3*

# CLOSE OUT

| | |
|---|---|
| **HEAD** | 145 |
| **COST** | 161,827.71 |
| **BOUGHT WEIGHT** | 88770 |
| **$ SOLD** | 180,281.84 |
| **SELL WEIGHT** | 100,312 |
| **COST/GAIN** | 12,029.49 |
| **PROFIT** | 6,424.64 |

CHECK FOR    $166,110.81

1 -25- 2·3

145 HSR

$ 165,960 ⁷¹

Total Check    $ 332,071 ⁵²

RECEIVED
Apr 28, 2023

By Zachary Reding
**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

310

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

**BILL TO:**  JANET VANBUSKIRK

3/1/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 150 | H | 88770 | 1.823 | $161,827.71 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 150 | | | | $161,827.71 |

**RECEIVED**
Apr 28, 2023

By Zachary Reding
USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

**Please be advised that your account XXXXXX1582 has been debited for $161,827.71.**

VANBUSKIRK FERTILIZER #2
PO BOX 778
RINGLING, OK 734560778 US

**Account:**  XXXXXX1582

**Branch:**  5

**Wire Amount:**  $ 161,827.71

## Reference:

**Beneficiary**
MCCLAIN FEEDYARD  2100 S BLOSSER RD BENTON, KY 42025

**ORG to BNF Info**

**Originator**
JANET MARIE VANBUSKIRKPO BOX 778 RINGLING, OK 734560778 US

**Originator's FI**
F103100522 First National Bank & Trust Company  PO Box 69 405 W Main St Ardmore, OK 73402-0069

**Ref for Beneficiary**

**Sending Institution**
103003616 TBB

**Receiving Institution**
122238420 MECH BK WALNUT CR

**Institution to Pay Beneficiary**

**Instructing Institution**

**Information for institution**

**Information for Beneficiary**

**IMAD**
20230303MMQFMP23000720

**RECEIVED**
Apr 28, 2023

By Zachary Reding
**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

# PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 150 |
| COST | 161827.71 |
| BOUGHT WEIGHT | 88770 |
| $ SOLD | 189688.17 |
| SELL WEIGHT | 116250 |
| COST/GAIN | 26106 |
| LBS GAINED | 27480 |
| PROFIT | 1754.46 |

RECEIVED
Apr 28, 2023

By Zachary Redleg
USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

# Wire Original Information Report

Our Ref: 2023030343001

| ID | Category | Value |
|----|----------|-------|
| 1510 | Type Code | 1000 |
| **2000** | **Amount** | **$161,827.71** |
| 3100 | Sender FI | 103100522<br>FNB & TR ARDMORE |
| 3320 | Sender Reference | 2023030343001 |
| 3400 | Receiver FI | 122238420<br>MECH BK WALNUT CR |
| 3600 | Business Code | CTR |
| **4200** | **Beneficiary** | D<br>█████0197<br>MCCLAIN FEEDYARD<br>2100 S BLOSSER RD<br>BENTON, KY 42025 |
| **5000** | **Originator** | D<br>█████1582<br>JANET MARIE VANBUSKIRK<br>PO BOX 778<br>RINGLING, OK 734560778 US |

COPY

Fee: $15 Waived: _____

Collected Funds: _____

Br#: 5 CSR Signature: Missy Thompson

Customer Signature: _____

Verified by: _____

RECEIVED
Apr 28, 2023
By Zachary Reding
USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

3/3/2023    12:05:22PM

# MCCLAIN FEEDYARD

RECEIVED

Apr 28, 2023

By Zachary Reding
USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

# INVOICE

**824 MULLINS LANE**

**BENTON KY 42025**

| INVOICE # | DATE |
|---|---|
| | 4/3/2023 |

**BILL TO**

**JANET VANBUSKIRK**

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 143 H 83369# @193.60 | 83369 | 1.9360 | 161,402.38 |

*Thank you for your business!*

| | | |
|---|---|---|
| SUBTOTAL | | 161,402.38 |
| CHECK OFF | | |
| TOTAL | $ | 161,402.38 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

315

**RECEIVED**

Apr 28, 2023

By Zachary Reding

**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

# PROJECTED CLOSEOUT

| | |
|---|---|
| **HEAD** | 143 |
| **COST** | 161402.38 |
| **BOUGHT WEIGHT** | 83369 |
| **$ SOLD** | 204998.19 |
| **SELL WEIGHT** | 110825 |
| **COST/GAIN** | 26083.2 |
| **LBS GAINED** | 27456 |
| **PROFIT** | 17512.61 |

# Wire Original Information Report

| ID | Category | Value |
|------|----------------|------------------------------|
| 1510 | Type Code | 1000 |
| **2000** | **Amount** | **$161,402.38** |
| 3100 | Sender FI | 103100522 |
| | | FNB & TR ARDMORE |
| 3320 | Sender Reference | 2023040443001 |
| 3400 | Receiver FI | 122238420 |
| | | MECH BK WALNUT CR |
| 3600 | Business Code | CTR |
| **4200** | **Beneficiary** | D |
| | | ▮0197 |
| | | MCCLAIN FEEDYARD |
| | | 2100 S BLOSSER RD |
| | | BENTON, KY 42025 |
| **5000** | **Originator** | D |
| | | ▮582 |
| | | JANET MARIE VANBUSKIRK |
| | | PO BOX 778 |
| | | RINGLING, OK 734560778 US |

COPY

Fee: $15   Waived: _____

Collected Funds: _____

Br#: 5   CSR Signature: _Missy Thompson_

Customer Signature: _____

Verified by: _____

**RECEIVED**
Apr 28, 2023
By Zachary Reding
**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

4/4/2023      2:49:38PM

**RECEIVED**

Apr 28, 2023

By Zachary Reding

**USDA, AMS, FTPP, PSD**
**WESTERN REGIONAL OFFICE**

# CLOSE OUT

| | |
|---|---|
| **HEAD** | 165 |
| **COST** | 161,245.26 |
| **BOUGHT WEIGHT** | 99045 |
| **$ SOLD** | 182,563.09 |
| **SELL WEIGHT** | 112,707 |
| **COST/GAIN** | 14,244.66 |
| **PROFIT** | 7,073.17 |

**CHECK FOR**   $165,960.71

*Pd ch # 7612*
*4-3-23*

*ch returned*

2022-12-20 11:16

# MCCLAIN FEEDYARD

**824 MULLINS LANE**
**BENTON KY 42025**

*Closed out*
*1-25-23*

# INVOICE

| INVOICE # | DATE |
|---|---|
|  | 12/20/2022 |

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

**BILL TO**
**JANET VAN BUSKIRK**

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 169 99045 @ 162.80 | 99045 | 1.6280 | 161,245.26 |

RECEIVED
Apr 28, 2023
By Zachary Reding
USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 161,245.26 |
| CHECK OFF |  |
| TOTAL | $   161,245.26 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

**Please be advised that your account XXXXXX1582 has been debited for $161,245.26.**

VANBUSKIRK FERTILIZER #2
PO BOX 778
RINGLING, OK 734560778 US

**Account:** XXXXXX1582
**Branch:** 5
**Wire Amount:** $ 161,245.26

## Reference:

**Beneficiary**
MCCLAIN FEEDYARD

**ORG to BNF Info**
JANET VANBUSKIRK -169 99045 @ 162.8

**Originator**
JANET MARIE VANBUSKIRKPO BOX 778 RINGLING, OK 734560778 US

**Originator's FI**
F103100522 First National Bank & Trust Company  PO Box 69 405 W Main St Ardmore, OK 73402-0069

**Ref for Beneficiary**

**Sending Institution**
103003616 TBB

**Receiving Institution**
122238420 MECH BK WALNUT CR

**Institution to Pay Beneficiary**

**Instructing Institution**

**Information for Institution**

**Information for Beneficiary**

**IMAD**
20221220MMQFMP23000635

**RECEIVED**
Apr 28, 2023
By Zachary Reding
**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

# PROJECTED CLOSEOUT

| | |
|---|---|
| HEAD | 169 |
| COST | 161245.26 |
| BOUGHT WEIGHT | 99045 |
| $ SOLD | 209166.11 |
| SELL WEIGHT | 130975 |
| COST/GAIN | 30333.5 |
| LBS GAINED | 31930 |
| PROFIT | 17587.35 |

**RECEIVED**

Apr 28, 2023

By Zachary Reding

**USDA, AMS, FTPP, PSD**
**WESTERN REGIONAL OFFICE**

# Wire Original Information Report

| ID | Category | Value |
|------|----------|-------|
| 1510 | Type Code | 1000 |
| **2000** | **Amount** | **$161,245.26** |
| 3100 | Sender FI | 103100522<br>FNB & TR ARDMORE |
| 3320 | Sender Reference | 2022122043001 |
| 3400 | Receiver FI | 122238420<br>MECH BK WALNUT CR |
| 3600 | Business Code | CTR |
| **4200** | **Beneficiary** | D<br>█0197<br>MCCLAIN FEEDYARD |
| **5000** | **Originator** | D<br>█1582<br>JANET MARIE VANBUSKIRK<br>PO BOX 778<br>RINGLING, OK 734560778 US |
| 6000 | Originator to Beneficiary Information | JANET VANBUSKIRK -169 99045 @ 162.8 |

COPY

Fee: 8 ( 5 Waived: _____
Collected Funds: _____
Br#: 5 CSR Signature: _munay mnonyan_
Customer Signature: _____
Verified by: _____

**RECEIVED**
Apr 28, 2023
By Zachary Reding
**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

12/20/2022    12:20:18PM

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | JANET VAN BUSKIRK <janet.v@att.net> |
| **Sent:** | Wednesday, April 26, 2023 12:51 PM |
| **To:** | Jones, Thomas - MRP-AMS |
| **Subject:** | [External Email]Re: McClain Farms Trust Claim |
| **Attachments:** | JVB Combined Closeout.jpg; JVB Closeout 122022.jpg; JVB Invoice 122022.jpg; JVB Contract 122022.jpg; JVB Money Wire 122022.jpg; JVB Outgoing Wire 122022.jpg; JVB Projected Closeout 122022.jpg |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Mr. Jones:
I have attached the information for Janet Van Buskirk and I will send the remaining information. Thank you.
Janet Van Buskirk

,

On Wednesday, April 26, 2023, 08:22:15 AM CDT, Jones, Thomas - MRP-AMS <thomas.j.jones@usda.gov> wrote:


Hello Janet,


I received the Dealer Trust Claims for both Lyndal VanBuskirk and Janet VanBuskirk, totaling $1,572,310.76 for claims in April 2023.  We received a copy of one bad check with these claims.  Please provide any additional supporting documentation, such as contracts, invoices, agreements, bills of sale, etc. to show proof of sale.  Any documentation that you provide will help in the investigation process to determine legitimate claims on the trust assets.


Please let me know if you have any questions in this regard.


Thank you,


**Thomas Jones, Auditor**

USDA | Agricultural Marketing Service | Fair Trade Practices Program

Packers & Stockyards Division | Midwestern Regional Office

210 Walnut Street, Rm 317, Des Moines, IA 50309

Phone: (515) 323-2507 | Mobile: (515) 344-2192

FAX: (515) 323-2590 | Email: Thomas.J.Jones@usda.gov

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | JANET VAN BUSKIRK <janet.v@att.net> |
| **Sent:** | Wednesday, April 26, 2023 12:54 PM |
| **To:** | Jones, Thomas - MRP-AMS |
| **Subject:** | Re: McClain Farms Trust Claim |
| **Attachments:** | JVB Projected Closeout 1 32023.jpg; JVB Projected Closeout 32023.jpg; JVB Outgoing Wire 32023.jpg; JVB Money Wire 32023.jpg |

Mr. Jones:

Thank you for your cooperation in this matter.

Janet Van Buskirk

580-465-0041

On Wednesday, April 26, 2023, 08:22:15 AM CDT, Jones, Thomas - MRP-AMS <thomas.j.jones@usda.gov> wrote:


Hello Janet,


I received the Dealer Trust Claims for both Lyndal VanBuskirk and Janet VanBuskirk, totaling $1,572,310.76 for claims in April 2023.  We received a copy of one bad check with these claims.  Please provide any additional supporting documentation, such as contracts, invoices, agreements, bills of sale, etc. to show proof of sale.  Any documentation that you provide will help in the investigation process to determine legitimate claims on the trust assets.


Please let me know if you have any questions in this regard.


Thank you,


**Thomas Jones, Auditor**

USDA | Agricultural Marketing Service | Fair Trade Practices Program

Packers & Stockyards Division | Midwestern Regional Office

210 Walnut Street, Rm 317, Des Moines, IA 50309

Phone: (515) 323-2507 | Mobile: (515) 344-2192

FAX: (515) 323-2590 | Email: Thomas.J.Jones@usda.gov

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Hopes, Jennifer - MRP-AMS |
| **Sent:** | Friday, April 28, 2023 1:48 PM |
| **To:** | Fast, Adam - MRP-AMS; Power, Jessica - MRP-AMS; Jones, Thomas - MRP-AMS; England, Branard - MRP-AMS |
| **Subject:** | FW: [External Email]Dealer Trust Notification on Opened Cattle Notes for Janet Van Buskirk |
| **Attachments:** | McClain 3123 JVB Invoice.jpg; McClain 3123 JVB Projected closeout.jpg; McClain 3123 JVB Outgoing Wire.jpg; McClain 3123 JVB Wire Information.jpg; McClain 3123 JVB Closeout.jpg; McClain 4323 JVB Invoice.jpg; McClain 4323 JVB Projected closeout.jpg; McClain 4323 JVB Agreement.jpg; McClain 4323 JVB Wire Information.jpg |

-----Original Message-----
From: JANET VAN BUSKIRK <janet.v@att.net>
Sent: Friday, April 28, 2023 12:29 PM
To: AMS - PSDDenverCO <PSDDenverCO@usda.gov>; AMS - PSDDesMoinesIA <PSDDesMoinesIA@usda.gov>
Subject: [External Email]Dealer Trust Notification on Opened Cattle Notes for Janet Van Buskirk

[External Email]
If this message comes from an unexpected sender or references a vague/unexpected topic; Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

To Whom It May Concern:
This is the 2nd email with documentation for the Dealer Trust Notification.  Thank you Janet Van Buskirk





Janet VanBusKirk
P O Bx 778
Ringling OKla 73456

CERTIFIED MAIL

9589 0710 5270 0085 2921 20

RETURN RECEIPT
REQUESTED

Agricultural Marketing Service
Fair Trade Practices Program
Packers and Stockyards Midwestern Division Regional/
210 Walnut Street
Federal Building, Room 317
Des Moines, Iowa 50309

U.S. POSTAGE PAID
FCM LETTER
RINGLING, OK
73456
APR 25 23
AMOUNT
$8.13
R2308M154314-23

50309

RDC 21

OKLAHOMA CITY OK 730

25 APR 2023    PM 7    L

Agricultural Marketing Service
Fair Trade Practices Program
Packers and Stockyards Midwestern Division Regional
210 Walnut Street
Federal Building    Room 317
Des Moines, Iowa    50309

Janet Van BusKirk
P O Box 718
Ring Ling Okla
73456

APR 28 23 RCVD
USDA FTPP PSD NRO



U.S. POSTAGE PAID
FCM LG ENV
RINGLING OK
73456
APR 28 23
AMOUNT

$1.98

R2308M154314-09

50309

RDC 21

James Van Buskirk
P.O. Box 728
Ringling, Okla    73456

Agricultural Marketing Service
Fair Trade Practices Program
Packers and Stockyards
    Division    Regional Office
Midwestern Division
210 Walnut Street
Federal Building    Room 317
Des Moines, Iowa  50309

MAY 2 '23 RCVD
USDA: FTPP, PSD: MRO

**DEALER TRUST NOTIFICATION**
**SECTION 318-PACKERS & STOCKYARDS ACT**

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

April 28, 2023

McClain Feed Yard, Inc.
320 Schley Street
Hereford, Texas 79045

7M Feeders, Inc.
4010 FM 1057
Hereford, Texas 79045

McClain Farms, Inc.
3231 Vanzora Rd.
Benton, Kentucky 42025

Riley Livestock, Inc.
250 Brittian Rd
Mayfield, Kentucky 42066

Brian McClain
824 Mullins Lane
Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 2-28-2023 | $4,716,959.83 |
| 3-17-2023 | $878,295.69 (paid with insufficent funds) |
| 3-21-2023 | $541,633.19 ($349086.⁰⁰ paid with insufficent funds) |
| 3-22-2023 | $703,540.75 |
| 3-24-2023 | $941,156.46 |
| 4-5-2023 | $1,224,506.86 |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those

assets include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

Sincerely,

Signature: _Lyndal Van Buskirk_

Title: _____

Printed Name: _Lyndal Van Buskirk_

Company Name: _____

Address: _P.O. Box 778, Ringling, OK 73456_

Telephone Number: _580 490 6771_

Email: _janet.v@att.net_

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

**Cattle Feeding Agreement**

Dated 2/28/2023

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 257 head of heifers at a total weight of 147647 lbs at a price of 1.7012 per pound. Total cost for this group of cattle is $250,80.86 which LYNDAL VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.6444 @ 775.

LYNDAL VANBUSKIRK _Lyndal Van Buskirk_

McClain Feedyard _McClain Hood_

**RECEIVED
April 28, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**



## Cattle Feeding Agreement

Dated 2/28/2023

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 227 head of heifers at a total weight of 133158 lbs at a price of 1.6979 per pound. Total cost for this group of cattle is $226,088.97 which LYNDAL VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.657 @ 775.

LYNDAL VANBUSKIRK _Lyndal Van Buskirk_

McClain Feedyard _Mason Good_

**RECEIVED
April 28, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

# MCCLAIN FEEDYARD    ~3539

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 2/28/2023 |

| BILL TO |
|---|
| LYNDAL VANBUSKIRK |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 257 H 147467# @170.12 | 147467 $74 $\frac{1}{2}$ | 1.7012 | 250,870.86 |

## PROJECTED CLOSEOUT

| | |
|---|---|
| HEAD | 257 |
| COST | 250870.86 |
| BOUGHT WEIGHT | 147467 |
| $ SOLD | 327522.58   164.44 |
| SELL WEIGHT | 199175 |
| COST/GAIN | 49122.6 |
| LBS GAINED | 51708 |
| PROFIT | 27529.12   $^2/_3 = 18,352\frac{74}{}$   $71\frac{41}{}$ |

*Thank you for your business!*

| SUBTOTAL | 250,870.86 |
|---|---|
| CHECK OFF | |
| **TOTAL** | **$ 250,870.86** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

484 HER
476,959 $^{83}$

Due 7-10-23

Contract 775$^{13}$ @ 1.64 = 1,271

Note 985
Int. 27
food 215
NET 44

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE
BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 2/28/2023 |

**BILL TO**

LYNDAL VANBUSKIRK

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 227 H 133158# @169.79 | 133158 | 1.6979 | 226,088.97 |
| | 587 lb | | |

## PROJECTED CLOSEOUT

| | |
|---|---|
| **HEAD** | 227 |
| **COST** | 226088.97 |
| **BOUGHT WEIGHT** | 133158 |
| **$ SOLD** | 291504.7 |
| **SELL WEIGHT** | 175925 |
| **COST/GAIN** | 40628.65 |
| **LBS GAINED** | 42767 |
| **PROFIT** | 24787.08 |

165.70

2/3 = 16,524⁷² $72 ⁸⁰

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 226,088.97 |
| CHECK OFF | |
| **TOTAL** | **$   226,088.97** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

DATE 02/28/23
TIME 13:32:59

RECEIVED
April 28, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

AMERICAN NATION BANK - ARDMORE
ARDMORE, OK.

Type of Transfer:  WIRE TRANSFER

Amount of Transfer:     $476,959.83

Debit account  CHECKING #  ■8738

WIRE TRANSFER    McClain Feed Yard

LYNDAL VANBUSKIRK
JANET VANBUSKIRK
FARM ACCOUNT
PO BOX 778
RINGLING            OK 73456

# CLOSE OUT

1039

**HEAD**  333  HER                                329        – 4

**COST**                          374,365.15

**BOUGHT WEIGHT**         196703

**$ SOLD**                        397,652.41

**SELL WEIGHT**              211,146

**COST/GAIN**                 15,063.51

**PROFIT**                        8,223.75       $\frac{2}{3}$ = 5,482 $\frac{50}{}$

CHECK FOR     $379,847.65

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

## CLOSE OUT

4/5/23

|  | | 1038 | |
|---|---|---|---|
| **HEAD** | 447 HFR | 443 | -4 |
| **COST** | | 503,930.54 | |
| **BOUGHT WEIGHT** | | 264892 | |
| **$ SOLD** | | 535,348.53 | |
| **SELL WEIGHT** | | 284,428 | |
| **COST/GAIN** | | 20,356.21 | |
| **PROFIT** | | 11,061.78 | |

$2/3 = 7,374 \frac{52}{}$

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

CHECK FOR  $514,992.32

$ 511,305 $\frac{06}{}$        443

379,847 $\frac{45}{}$        329

$ 891,152 $\frac{71}{}$        772  HFR

Note ⟶  878,505 $\frac{69}{}$
Int.  4,111 $\frac{90}{}$

Net  8,535 $\frac{12}{}$


Total Check

891,152 $\frac{71}{}$    772
349,086 $\frac{53}{}$    323
$ 1,240,239 $\frac{24}{}$    1095 HFR

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025          1039 BILL TO:  LYNDAL VANBUSKIRK

3/16/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 333 | H | 196703 | 1.9032 | $374,365.15 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 333 | | | | $374,365.15 |

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

PROJECTED CLOSE OUT

|  |  |
|--|--|
|  | 1039 |
| HEAD | 333 |
| COST | 374365.15 |
| BOUGHT WEIGHT | 196703 |
| $ SOLD | 473956.05 |
| SELL WEIGHT | 258075 |
| COST/GAIN | 58303.4 |
| LBS GAINED | 61372 |
| PROFIT | 41287.5 |

1.84

2/3 = 27,525     82⁴⁴

339

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

1038 BILL TO: LYNDAL VANBUSKIRK

3/16/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 447 | H | 264892 | 1.9024 | $503,930.54 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 447 | | | | $503,930.54 |

*Handwritten notes (right side):*

780 HFR
878,295 ⁶⁹

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

contract 775ᵇ @ 1.84 = 1426
Note          1126
Int.             30
feed           218
                _____
Not             52

---

PROJECTED CLOSE OUT

| | 1038 |
|------|------|
| HEAD | 447 |
| COST | 503930.54 |
| BOUGHT WEIGHT | 264892 |
| $ SOLD | 636793.99 |
| SELL WEIGHT | 346425 |
| COST/GAIN | 77456.35 |
| LBS GAINED | 81533 |
| PROFIT | 55407.1 |

*Handwritten:* 1.84

²/₃ = 36,938 ⁰⁶    82 ⁴⁴

DATE 03/17/23
TIME 09:49:27

RECEIVED
April 28, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

AMERICAN NATION BANK - ARDMORE
ARDMORE, OK.

Type of Transfer: WIRE TRANSFER

Amount of Transfer:         $878,295.69

Debit account  CHECKING #  ████8738

WIRE TRANSFER    McClain Feed Yard

LYNDAL VANBUSKIRK
JANET VANBUSKIRK
FARM ACCOUNT
PO BOX 778
RINGLING          OK 73456



## Cattle Feeding Agreement

### Dated 3/20/2023

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 143 head of heifers at a total weight of 84627 lbs at a price of 1.7995 per pound. Total cost for this group of cattle is $152,286.29 which LYNDAL VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.7478 @ 775.

LYNDAL VANBUSKIRK

McClain Feedyard

342

**Cattle Feeding Agreement**     3407

Dated 3/20/2023

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 186 head of heifers at a total weight of 106969 lbs at a price of 1.8028 per pound. Total cost for this group of cattle is $192,843.71 which LYNDAL VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.7279 @ 775.

LYNDAL VANBUSKIRK

McClain Feedyard

343

**Cattle Feeding Agreement**  

Dated 3/20/2023

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 186 head of heifers at a total weight of 109126 lbs at a price of 1.8007 per pound. Total cost for this group of cattle is $196,503.19 which LYNDAL VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.7419 @ 775.

LYNDAL VANBUSKIRK _____
McClain Feedyard _____

# CLOSE OUT

Lynch
4/5/23

3(,( 7)

m   40
n   41
n   42
3 Invoices

|  | 1040 |  |
|---|---|---|
| **HEAD** 143 | 141 | - 2 |
| **COST** | 152,286.29 | |
| **BOUGHT WEIGHT** | 84627 | |
| **$ SOLD** | 159,929.07 | |
| **SELL WEIGHT** | 89,407 | |
| **COST/GAIN** | 4,986.83 | |
| **PROFIT** | 2,655.95 | $\frac{7}{3} = 1.770\underline{^{44}}$ |

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

CHECK FOR    $154,056.92 :    141

195.029⁴⁴   182

349,086⁵³   323 HER

Apply All on Note

still 1 more Invoice

# CLOSE OUT

|  |  | 1041 |  |
|---|---|---|---|
| **HEAD** | 1 8 6 H &c | 182 | – 4 |
| **COST** | | 192,843.71 | |
| **BOUGHT WEIGHT** | | 106969 | |
| **$ SOLD** | | 202,589.12 | |
| **SELL WEIGHT** | | 113,175 | |
| **COST/GAIN** | | 6,466.56 | |
| **PROFIT** | | 3,278.85 | $2/3 = 2,185\underline{90}$ |

CHECK FOR     $195,029.61

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| 1040 | 3/20/2023 |

| BILL TO |
|---|
| LYNDAL VANBUSKIRK |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 143 H 84627# @179.95 | 84627 | 1.7995 | 152,286.29 |
| | 592 lb | | |

## PROJECTED CLOSEOUT

| | 1040 |
|---|---|
| **HEAD** | 143 |
| **COST** | 152286.29 |
| **BOUGHT WEIGHT** | 84627 |
| **$ SOLD** | 193699.33    1.74 |
| **SELL WEIGHT** | 110825 |
| **COST/GAIN** | 24888.1 |
| **LBS GAINED** | 26198 |
| **PROFIT** | 16524.94   2/3 = 11,016.42      77.04 |

*Thank you for your business!*

| | | |
|---|---|---|
| SUBTOTAL | | 152,286.29 |
| CHECK OFF | | |
| TOTAL | $ | 152,286.29 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

347

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

**RECEIVED
April 28, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

| INVOICE # | DATE |
|---|---|
| 1041 | 3/20/2023 |

**BILL TO**

LYNDAL VANBUSKIRK

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 186 H 106969# @180.28 | 106969  575 lb | 1.8028 | 192,843.71 |

## PROJECTED CLOSEOUT

|  | 1041 |
|---|---|
| HEAD | 186 |
| COST | 192843.71 |
| BOUGHT WEIGHT | 106969  172.79 |
| $ SOLD | 249079.99 |
| SELL WEIGHT | 144150 |
| COST/GAIN | 35321.95 |
| LBS GAINED | 37181 |
| PROFIT | 20914.33   ⅔ = 13,942.88  $7496 |

*Thank you for your business!*

| SUBTOTAL | 192,843.71 |
|---|---|
| CHECK OFF | |
| TOTAL | $ 192,843.71 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

348

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

| INVOICE # | DATE |
|---|---|
| 1042 | 3/20/2023 |

**BILL TO**

LYNDAL VANBUSKIRK

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 186 H 109126# @180.07 | 109126 | 1.8007 | 196,503.19 |

587 lb

## PROJECTED CLOSEOUT

|  | 1042 |
|---|---|
| **HEAD** | 186 |
| **COST** | 196503.19 |
| **BOUGHT WEIGHT** | 109126 |
| **$ SOLD** | 251097.04 |
| **SELL WEIGHT** | 144150 |
| **COST/GAIN** | 33272.8 |
| **LBS GAINED** | 35024 |
| **PROFIT** | 21321.05 |

174.19

$\frac{2}{3}$ = 14,214.04  $ 7,642

*Thank you for your business!*

| SUBTOTAL | 196,503.19 |
|---|---|
| CHECK OFF | |
| **TOTAL** | **$ 196,503.19** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

515 HFR
$41,633.19

Contract 775 lb @ 1.73 = 1340

Note  1,052 -
Int.      28 -
Feed    213 -
Net        47

DATE 03/21/23
TIME 11:05:05

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

AMERICAN NATION BANK - ARDMORE
ARDMORE, OK.

Type of Transfer:   WIRE TRANSFER

Amount of Transfer:        $541,633.19

Debit account   CHECKING #   ██8738

WIRE TRANSFER       MCCLAIN FEED YARD

LYNDAL VANBUSKIRK
JANET VANBUSKIRK
FARM ACCOUNT
PO BOX 778
RINGLING              OK 73456

 3612

**Cattle Feeding Agreement**

Dated 3/21/2023

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 243 head of heifers at a total weight of 144779 lbs at a price of 1.8006 per pound. Total cost for this group of cattle is $260,689.07 which LYNDAL VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.7541 @ 775.

LYNDAL VANBUSKIRK _Lyndal Van Buskik_

McClain Feedyard _McClain Head_

### Cattle Feeding Agreement



Dated 3/21/2023

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 272 head of heifers at a total weight of 156890 lbs at a price of 1.8040 per pound. Total cost for this group of cattle is $283,029.56 which LYNDAL VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.7312 @ 775.

LYNDAL VANBUSKIRK _____

McClain Feedyard _____

RECEIVED
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

## Cattle Feeding Agreement

Dated 3/21/2023

SAM

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom
are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to
purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been
contracted for sale, at a pre-determined price, after pounds have been added to the cattle through
McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by
certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible
for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 152 head of heifers at a total weight of 88662 lbs at a price of 1.8026 per pound.
Total cost for this group of cattle is $159,822.12 which LYNDAL VANBUSKIRK has paid to McClain
Feedyard. Sales contract for 1.7389 @ 775.

LYNDAL VANBUSKIRK_____

McClain Feedyard_____

353

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| 1045 | 3/21/2023 |

**BILL TO**

LYNDAL VANBUSKIRK

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 272 H 156890# @180.40 | 156890 | 1.8040 | 283,029.56 |

## PROJECTED CLOSEOUT

| | 1045 |
|---|---|
| **HEAD** | 272 |
| **COST** | 283029.56 |
| **BOUGHT WEIGHT** | 156890 |
| **$ SOLD** | 364943.1 |
| **SELL WEIGHT** | 210800 |
| **COST/GAIN** | 51214.5 |
| **LBS GAINED** | 53910 |
| **PROFIT** | 30699.04 |

173.12

²/₃ = 20,466 ⁰³  ⊬75²⁴

*Thank you for your business!*

| SUBTOTAL | 283,029.56 |
|---|---|
| CHECK OFF | |
| **TOTAL** | $ **283,029.56** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

**354**

# MCCLAIN FEEDYARD

3612

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| 1043 | 3/21/2023 |

| BILL TO |
|---|
| LYNDAL VANBUSKIRK |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 243 H 144779# @180.06 | 144779 | 1.8006 | 260,689.07 |

## PROJECTED CLOSEOUT

| | 1043 |
|---|---|
| **HEAD** | 243 |
| **COST** | 260689.07 |
| **BOUGHT WEIGHT** | 144779 |
| **$ SOLD** | 330345.88 |
| **SELL WEIGHT** | 188325 |
| **COST/GAIN** | 41368.7 |
| **LBS GAINED** | 43546 |
| **PROFIT** | 28288.11 |

175.41

$2/_3 = 18,858^{74}$     77⁴¹

*Thank you for your business!*

| SUBTOTAL | 260,689.07 |
|---|---|
| CHECK-OFF | |
| **TOTAL** | **$   260,689.07** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

515 HER

5 43,718 ⁴³

DUE 7-25-23

Contract 775 ¹ᵇ @ 1.74 = 1348

Noto 1056⁻

Int.    29⁻

Food    214⁻

Net    47⁻

**355**

# MCCLAIN FEEDYARD

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| 1044 | 3/21/2023 |

| BILL TO |
|---|
| LYNDAL VANBUSKIRK  3  SAm |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 152 H 88662# @180.26 | 88662 | 1.8026 | 159,822.12 |

## PROJECTED CLOSEOUT

|  | 1044 |
|---|---|
| HEAD | 152 |
| COST | 159822.12 |
| BOUGHT WEIGHT | 88662 |
| $ SOLD | 204844.68    173.89 |
| SELL WEIGHT | 117800 |
| COST/GAIN | 27681.1 |
| LBS GAINED | 29138 |
| PROFIT | 17341.46 |

*Thank you for your business!*

| SUBTOTAL | 159,822.12 |
|---|---|
| CHECK OFF | |
| **TOTAL** | **$   159,822.12** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

356

RECEIVED
April 28, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

DATE 03/22/23
TIME 12:12:12

Loan #3012  54,371.8.63  L+I
S+L
No Note  159,822.12

AMERICAN NATION BANK - ARDMORE
ARDMORE, OK.

Type of Transfer:  WIRE TRANSFER

Amount of Transfer:    $703,540.75

Debit account   CHECKING #  ▉8738

WIRE TRANSFER    MCCLAIN FEED YARD

LYNDAL VANBUSKIRK
JANET VANBUSKIRK
FARM ACCOUNT
PO BOX 778
RINGLING            OK 73456

**Cattle Feeding Agreement**

 3615

Dated 3/23/2023

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 344 head of heifers at a total weight of 199795 lbs at a price of 1.8818 per pound. Total cost for this group of cattle is $375,974.23 which LYNDAL VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.8013 @ 775.

LYNDAL VANBUSKIRK *[signature]*
McClain Feedyard *[signature]*

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

358

## Cattle Feeding Agreement

Dated 3/23/2023

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 201 head of heifers at a total weight of 115615 lbs at a price of 1.8827 per pound. Total cost for this group of cattle is $217,668.36 which LYNDAL VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.7939 @ 775.

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

LYNDAL VANBUSKIRK _Lyndal Van Buskirk_

McClain Feedyard _Meagan Hoad_

**Cattle Feeding Agreement**

Dated 3/23/2023

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 315 head of heifers at a total weight of 184779 lbs at a price of 1.8807 per pound. Total cost for this group of cattle is $347,513.87 which LYNDAL VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.8089 @ 775.

LYNDAL VANBUSKIRK _Lyndal Van Buskirk_

McClain Feedyard _Meagan Broad_

RECEIVED
April 28, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# MCCLAIN FEEDYARD



# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| 1053 | 3/23/2023 |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**BILL TO**

LYNDAL VANBUSKIRK

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 344 H 199795# @188.18 | 199795<br>589 lb | 1.8818 | 375,974.23 |

## PROJECTED CLOSEOUT

|  | 1053 |
|---|---|
| HEAD | 344 |
| COST | 375974.23 |
| BOUGHT WEIGHT | 199795 |
| $ SOLD | 480222.23   180.13 |
| SELL WEIGHT | 266600 |
| COST/GAIN | 63464.75 |
| LBS GAINED | 66805 |
| PROFIT | 40783.25   $2/3 = 27,188^{84}$    $79^{04}$ |

*Thank you for your business!*

| SUBTOTAL | 375,974.23 |
|---|---|
| CHECK OFF | |
| TOTAL | $ 375,974.23 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

Contract 775 lb e 1.80 = 1395

Note 1,094 ³²
Int. 30 —
Feed 222 —
NET 49

860 HEA
$ 941,156.46
Due 7-25-23

**361**

# MCCLAIN FEEDYARD

**INVOICE**

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| 1051 | 3/23/2023 |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**BILL TO**

LYNDAL VANBUSKIRK

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 201 H 115615# @188.27 | 115615 | 1.8827 | 217,668.36 |

## PROJECTED CLOSEOUT

| | 1051 |
|---|---|
| **HEAD** | 201 |
| **COST** | 217668.36 |
| **BOUGHT WEIGHT** | 115615 |
| **$ SOLD** | 279442.52 |
| **SELL WEIGHT** | 155775 |
| **COST/GAIN** | 38152 |
| **LBS GAINED** | 40160 |
| **PROFIT** | 23622.16 |

179,39

$\frac{2}{3} = 15,748^{10}$  $78^{35}$

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 217,668.36 |
| CHECK OFF | |
| TOTAL | $  217,668.36 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

1003615

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| 1052 | 3/23/2023 |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**BILL TO**

LYNDAL VANBUSKIRK

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 315 H 184779# @188.07 | 184779 | 1.8807 | 347,513.87 |

## PROJECTED CLOSEOUT

|  | 1052 |
|---|---|
| **HEAD** | 315 |
| **COST** | 347513.87 |
| **BOUGHT WEIGHT** | 184779 |
| **$ SOLD** | 441597.96 |
| **SELL WEIGHT** | 244125 |
| **COST/GAIN** | 56378.7 |
| **LBS GAINED** | 59346 |
| **PROFIT** | 37705.39 |

180.89

$\frac{2}{3}$ = 25,136 $\frac{92}{}$     79 $\frac{80}{}$

*Thank you for your business!*

| SUBTOTAL | 347,513.87 |
|---|---|
| CHECK OFF | |
| TOTAL | $ 347,513.87 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

**363**

DATE 03/24/23
TIME 10:09:25

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

AMERICAN NATION BANK - ARDMORE
ARDMORE, OK.

Type of Transfer:  WIRE TRANSFER

Amount of Transfer:        $941,156.46

Debit account  CHECKING #  ██ 8738

WIRE TRANSFER    McClain Feed Yard

LYNDAL VANBUSKIRK
JANET VANBUSKIRK
FARM ACCOUNT
PO BOX 778
RINGLING            OK 73456

**364**

## Cattle Feeding Agreement

Dated 4/3/2023

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 325 head of heifers at a total weight of 193700 lbs at a price of 1.9348 per pound. Total cost for this group of cattle is $374,770.76 which LYNDAL VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.8688 @ 775.

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

LYNDAL VANBUSKIRK _Lyndal Van Buskirk_

McClain Feedyard _B. McC_

**Cattle Feeding Agreement**

Dated 4/3/2023

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 451 head of heifers at a total weight of 260227 lbs at a price of 1.9374 per pound. Total cost for this group of cattle is $504,163.79 which LYNDAL VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.8416 @ 775.

LYNDAL VANBUSKIRK

McClain Feedyard

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

3626

## Cattle Feeding Agreement

Dated 4/3/2023

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 138 head of heifers at a total weight of 78798 lbs at a price of 1.9386 per pound. Total cost for this group of cattle is $152,757.80 which LYNDAL VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.8333 @ 775.

LYNDAL VANBUSKIRK *(signature)*

McClain Feedyard *(signature)*

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

3424

## Cattle Feeding Agreement

### Dated 4/3/2023

This agreement exists to identify the partnership of McClain Feedyard and LYNDAL VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for LYNDAL VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to LYNDAL VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 LYNDAL VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 170 head of heifers at a total weight of 99620 lbs at a price of 1.9355 per pound. Total cost for this group of cattle is $192,814.51 which LYNDAL VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.8540 @ 775.

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

LYNDAL VANBUSKIRK _Lyndal VanBuskirk_

McClain Feedyard _B. McL_

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| 1067 | 4/3/2023 |

**BILL TO**

LYNDAL VANBUSKIRK

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 138 H 78798# @193.86 | 78798 | 1.9386 | 152,757.80 |

## PROJECTED CLOSEOUT

| | 1067 | |
|---|---|---|
| HEAD | 138 | |
| COST | 152757.8 | |
| BOUGHT WEIGHT | 78798 | |
| $ SOLD | 196077.22 | 183.33 |
| SELL WEIGHT | 106950 | |
| COST/GAIN | 26744.4 | |
| LBS GAINED | 28152 | |
| PROFIT | 16575.02 | 2/3 = 11,050 ⁰² ＄80 ⁰⁷ |

*Thank you for your business!*

| | SUBTOTAL | 152,757.80 |
|---|---|---|
| | CHECK OFF | |
| | TOTAL | $ 152,757.80 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

369

# MCCLAIN FEEDYARD



3624

# INVOICE

824 MULLINS LANE

BENTON KY 42025

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

| INVOICE # | DATE |
|---|---|
| 1065 | 4/3/2023 |

| BILL TO |
|---|
| LYNDAL VANBUSKIRK |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 325 H 193700# @193.48 | 193700 | 1.9348 | 374,770.76 |

## PROJECTED CLOSEOUT

| | 1065 |
|---|---|
| **HEAD** | 325 |
| **COST** | 374770.76 |
| **BOUGHT WEIGHT** | 193700 |
| **$ SOLD** | 470710.07 |
| **SELL WEIGHT** | 251875 |
| **COST/GAIN** | 55266.25 |
| **LBS GAINED** | 58175 |
| **PROFIT** | 40673.06 |

186.$^{58}$

$^2/_3$ = 27,115 $^{38}$ — ＄8343

*Thank you for your business!*

| SUBTOTAL | 374,770.76 |
|---|---|
| CHECK OFF | |
| **TOTAL** | **$ 374,770.76** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

Contract 775$^{18}$ @ 1.85 = 1433

1084 HSR
1,224,506 $^{84}$

Due 8-10-23

Noto  1,29-
Int   32-
Feed  223-
_____
Net   49-

RECEIVED
April 28, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| 1066 | 4/3/2023 |

**BILL TO**

LYNDAL VANBUSKIRK

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 451 H 260227# @193.74 | 260227 | 1.9374 | 504,163.79 |

## PROJECTED CLOSEOUT

| | 1066 |
|---|---|
| HEAD | 451 |
| COST | 504163.79 |
| BOUGHT WEIGHT | 260227 |
| $ SOLD | 643683.56 |
| SELL WEIGHT | 349525 |
| COST/GAIN | 84833.1 |
| LBS GAINED | 89298 |
| PROFIT | 54686.67 |

*184.16*

$2/3 = 36,457 \frac{78}{}$   $\div 80 \frac{84}{}$

*Thank you for your business!*

| SUBTOTAL | 504,163.79 |
|---|---|
| CHECK OFF | |
| TOTAL | $ 504,163.79 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

**371**

# MCCLAIN FEEDYARD

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| 1068 | 4/3/2023 |

| BILL TO | | CUSTOMER ID | TERMS |
|---|---|---|---|
| LYNDAL VANBUSKIRK | | | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 170 H 99620# @193.55 | 99620 | 1.9355 | 192,814.51 |

## PROJECTED CLOSEOUT

|  | 1068 |
|---|---|
| HEAD | 170 |
| COST | 192814.51 |
| BOUGHT WEIGHT | 99620 |
| $ SOLD | 244261.29 |
| SELL WEIGHT | 131750 |
| COST/GAIN | 30523.5 |
| LBS GAINED | 32130 |
| PROFIT | 20923.28 |

185.40

2/3 = 13,948 84   $ 82 05

*Thank you for your business!*

| SUBTOTAL | 192,814.51 |
|---|---|
| CHECK OFF | |
| TOTAL | $   192,814.51 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

**RECEIVED**
**April 28, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

DATE 04/05/23
TIME 11:30:40

AMERICAN NATION BANK - ARDMORE
ARDMORE, OK.

Type of Transfer:   WIRE TRANSFER

Amount of Transfer:      $1,224,506.86

Debit account   CHECKING #    ■8738

WIRE TRANSFER    McClain Feed Yard

LYNDAL VANBUSKIRK
JANET VANBUSKIRK
FARM ACCOUNT
PO BOX 778
RINGLING        OK 73456

4/24/23, 12:28 PM                                    Item Information

Print  Close



**Item's Information**
Bank: 121102036 Acct:▮▮▮▮ 3070 Date: 4/5/2023 Ck: 7350 Amt: $1,240,239.24
Loc: 1 DocSrc: 1 Dist.#: 3 CapDate: 4/5/2023 TranCode: 0
Sequence: 111001650 RunNbr: 111 Debit/Credit: DB Trace: 33233593

APR 25 '23 RCVD
USDA, FTPP, PSD, MRD

about:blank                                                                          1/1

4/24/23, 12:27 PM                          Item Information

                                                                    Print  Close



**Item's Information**
Bank: 121102036 Acct: [████]3070 Date: 4/10/2023 Ck: 7611 Amt: $1,240,239.24
Loc: 1 DocSrc: 1 Dist.#: 3 CapDate: 4/10/2023 TranCode: 0
Sequence: 110009510 RunNbr: 110 Debit/Credit: DB Trace: 33248931

APR 25 '23 RCVD
USDA, FTPP, PSD, MRD

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | JANET VAN BUSKIRK <janet.v@att.net> |
| **Sent:** | Wednesday, April 26, 2023 12:19 PM |
| **To:** | Jones, Thomas - MRP-AMS |
| **Subject:** | Re: McClain Farms Trust Claim |
| **Attachments:** | LVB Closeout #1003605.jpg; LVB Closeout 1 #1003605.jpg; LVB Projected Closeout # 1003605.jpg; LVB Projected closeout 1 1003605.jpg; LVB Money Wire #1003605.jpg |

Mr. Jones:
I will be sending several emails regarding the returned checks from McClain Farms to Lyndal Van Buskirk and Janet Van Buskirk. Thank you for your cooperation in this matter.
Janet Van Buskirk
580-465-0041

On Wednesday, April 26, 2023, 08:22:15 AM CDT, Jones, Thomas - MRP-AMS <thomas.j.jones@usda.gov> wrote:

Hello Janet,

I received the Dealer Trust Claims for both Lyndal VanBuskirk and Janet VanBuskirk, totaling $1,572,310.76 for claims in April 2023.  We received a copy of one bad check with these claims.  Please provide any additional supporting documentation, such as contracts, invoices, agreements, bills of sale, etc. to show proof of sale.  Any documentation that you provide will help in the investigation process to determine legitimate claims on the trust assets.

Please let me know if you have any questions in this regard.

Thank you,

**Thomas Jones, Auditor**

USDA | Agricultural Marketing Service | Fair Trade Practices Program

Packers & Stockyards Division | Midwestern Regional Office

210 Walnut Street, Rm 317, Des Moines, IA 50309

Phone: (515) 323-2507 | Mobile: (515) 344-2192

FAX: (515) 323-2590 | Email: Thomas.J.Jones@usda.gov

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | JANET VAN BUSKIRK <janet.v@att.net> |
| **Sent:** | Wednesday, April 26, 2023 12:25 PM |
| **To:** | Jones, Thomas - MRP-AMS |
| **Subject:** | Re: McClain Farms Trust Claim |
| **Attachments:** | LVB Closeout #1003607.jpg; LVB Closeout 1 #1003607.jpg; LVB Projected Closeout #1003607.jpg; LVB Projected Closeout 1 #1003607.jpg; LVB Money Wire #1003607.jpg; LVB Contract 1 # 1003607.jpg; LVB Contract 2 #1003607.jpg; LVB Contract 3 #1003607.jpg |

Mr. Jones:

This should be all the information for Lyndal Van Buskirk's returned check from McClain Farms. I will be sending information for Janet Van Buskirk.

On Wednesday, April 26, 2023, 08:22:15 AM CDT, Jones, Thomas - MRP-AMS <thomas.j.jones@usda.gov> wrote:


Hello Janet,


I received the Dealer Trust Claims for both Lyndal VanBuskirk and Janet VanBuskirk, totaling $1,572,310.76 for claims in April 2023.  We received a copy of one bad check with these claims.  Please provide any additional supporting documentation, such as contracts, invoices, agreements, bills of sale, etc. to show proof of sale.  Any documentation that you provide will help in the investigation process to determine legitimate claims on the trust assets.


Please let me know if you have any questions in this regard.


Thank you,


**Thomas Jones, Auditor**

USDA | Agricultural Marketing Service | Fair Trade Practices Program

Packers & Stockyards Division | Midwestern Regional Office

210 Walnut Street, Rm 317, Des Moines, IA 50309

Phone: (515) 323-2507 | Mobile: (515) 344-2192

FAX: (515) 323-2590 | Email: Thomas.J.Jones@usda.gov

1

**377**

CERTIFIED MAIL

9589 0710 5270 0085 2701 28





RDC 21          50309

U.S. POSTAGE PAID
FCM LG ENV
RINGLING, OK
73456
APR 26 23
AMOUNT
$10.44
R2308M154314-09

Agricultural marketing Service
Mid western Division Regional office
210 Walnut Street, Federal Building, Room 317
Des Moines. Iowa 50309



U.S. POSTAGE PAID
FCM LETTER
RINGLING, OK
74456
APR 25, 23
AMOUNT
$8.13
R2308M154314-23

RDC 21

50309

CERTIFIED MAIL

9589 0710 5270 0085 2920 07

Lynda I VanBusKirk
P O Box 778
Ringling OK 73456

Agricultural Marketing Service
Fair Trade Practices Program
Packers and Stockyards Mid western Division Regional
210 Walnut Street
Federal Building, Room 317
Des Moines, Iowa 50309

379



U.S. POSTAGE PAID
FCM LG ENV
RINGLING, OK
73456
APR 28, 23
AMOUNT
$2.94
R2308M154314-09



50309

UNITED STATES
POSTAL SERVICE.

RDC 21

Agricultural Marketing Service
Midwestern Division Regional Office
210 Walnut Street, Federal Building Room 317
Des Moines. Iowa 50309



il Van Buskirk
ox 778
q Oklahoma 73456

OKLAHOMA CITY OK 730

25 APR 2023 PM 7 L

Agricultural Marketing Service
Fair Trade Practices Program
Packers and Stockyards Midwestern Division Region 1
210 Walnut Street
Federal Building, Room 317
Des Moines, Iowa 50309

Lynda VanBuskirk
P O Box 728
Ringling OK 73456

RECEIVED

Apr 28, 2023

By Zachary Reding

USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

April 28 2023

McClain Feed Yard, Inc.
320 Schley Street
Hereford, Texas 79045

7M Feeders, Inc.
4010 FM 1057
Hereford, Texas 79045

McClain Farms, Inc.
3231 Vanzora Rd.
Benton, Kentucky 42025

Riley Livestock, Inc.
250 Brittian Rd
Mayfield, Kentucky 42066

Brian McClain
824 Mullins Lane
Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
| --- | --- |
| 03/31/2023 | $155,728.65 |
| 03/31/2023 | $136,122.61 |
| 03/31/2023 | $156,407.82 |
| 03/31/2023 | $152,947.13 |
| | |
| | |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those

assets include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _Susan VanBuskirk Colby VBlirk_

Title: _____

Printed Name: _Susan VanBuskirk Colby VanBuskirk_

Company Name: _____

Address: _P.O. Box 778, Ringling, OK 73456_

Telephone Number: _580-662-2447_

Email: _janet.v@att.net_

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

**RECEIVED**
Apr 28, 2023

By Zachary Reding
**USDA, AMS, FTPP, PSD**
**WESTERN REGIONAL OFFICE**

**RECEIVED**

Apr 28, 2023

By Zachary Reding

**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

**Cattle Feeding Agreement**     3 7 4 5

Dated 3/31/2023

This agreement exists to identify the partnership of McClain Feedyard and SUSAN & COLBY VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for SUSAN & COLBY VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to SUSAN & COLBY VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 SUSAN & COLBY VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 138 head of heifers at a total weight of 81420 lbs at a price of 1.9210 per pound. Total cost for this group of cattle is $156,407.82 which SUSAN & COLBY VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.8479 @ 775.

SUSAN & COLBY VANBUSKIRK

McClain Feedyard

**RECEIVED**

Apr 28, 2023

By Zachary Reding

**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

 3745

## Cattle Feeding Agreement

Dated 3/31/2023

This agreement exists to identify the partnership of McClain Feedyard and SUSAN & COLBY VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for SUSAN & COLBY VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to SUSAN & COLBY VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 SUSAN & COLBY VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 138 head of heifers at a total weight of 79350 lbs at a price of 1.9275 per pound. Total cost for this group of cattle is $152,947.13 which SUSAN & COLBY VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.8304 @ 775.

SUSAN & COLBY VANBUSKIRK

McClain Feedyard

# MCCLAIN FEEDYARD

824 MULLINS LANE

BENTON KY 42025

**RECEIVED**

Apr 28, 2023

By Zachary Reding
**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

# INVOICE

| INVOICE # | DATE |
|-----------|------|
| 1061 | 3/31/2023 |

| BILL TO |
|---------|
| SUSAN & COLBY VANBUSKIRK |

| CUSTOMER ID | TERMS |
|-------------|-------|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|------------|--------|
| 119 H 70805# @192.25 | 70805 | 1.9225 | 136,122.61 |

## PROJECTED CLOSEOUT

| | 1061 | | |
|---|---|---|---|
| **HEAD** | 119 | | |
| **COST** | 136122.61 | | |
| **BOUGHT WEIGHT** | 70805 | | |
| **$ SOLD** | 171244.7 | 1.86 | |
| **SELL WEIGHT** | 92225 | | |
| **COST/GAIN** | 20349 | | |
| **LBS GAINED** | 21420 | | |
| **PROFIT** | 14773.09 | $^2/_3$ = 9,848 $^{72}$ | 82,74 |

*Thank you for your business!*

| SUBTOTAL | 136,122.61 |
|----------|------------|
| CHECK OFF | |
| **TOTAL** | **$ 136,122.61** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

**RECEIVED**

Apr 28, 2023

By Zachary Reding

**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

3729

## Cattle Feeding Agreement

### Dated 3/31/2023

This agreement exists to identify the partnership of McClain Feedyard and SUSAN & COLBY VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for SUSAN & COLBY VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to SUSAN & COLBY VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 SUSAN & COLBY VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 139 head of heifers at a total weight of 80898 lbs at a price of 1.9250 per pound. Total cost for this group of cattle is $155,728.65 which SUSAN & COLBY VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.8391 @ 775.

SUSAN & COLBY VANBUSKIRK _____

McClain Feedyard _____

RECEIVED

Apr 28, 2023

By Zachary Reding

USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

**Cattle Feeding Agreement**

 37 29

Dated 3/31/2023

This agreement exists to identify the partnership of McClain Feedyard and SUSAN & COLBY VANBUSKIRK whom are involved in a cattle feeding arrangement. The arrangement allows for SUSAN & COLBY VANBUSKIRK to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to SUSAN & COLBY VANBUSKIRK

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 SUSAN & COLBY VANBUSKIRK

These cattle are financed with American Nation Bank.

This agreement is for 119 head of heifers at a total weight of 70805 lbs at a price of 1.9225 per pound. Total cost for this group of cattle is $136,122.61 which SUSAN & COLBY VANBUSKIRK has paid to McClain Feedyard. Sales contract for 1.8568 @ 775.

SUSAN & COLBY VANBUSKIRK

McClain Feedyard

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

**RECEIVED**
Apr 28, 2023
By Zachary Reding
**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

| INVOICE # | DATE |
|---|---|
| 1062 | 3/31/2023 |

**BILL TO**

SUSAN & COLBY VANBUSKIRK

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 139 H 80898# @192.50 | 80898 | 1.9250 | 155,728.65 |

## PROJECTED CLOSEOUT

| | |
|---|---|
| | 1062 |
| **HEAD** | 139 |
| **COST** | 155728.65 |
| **BOUGHT WEIGHT** | 80898 |
| **$ SOLD** | 198112.87 | 1.84 |
| **SELL WEIGHT** | 107725 |
| **COST/GAIN** | 25485.65 |
| **LBS GAINED** | 26827 |
| **PROFIT** | 16898.57 | $2/3 = 11,265^{72}$ $81^{05}$ |

*Thank you for your business!*

| SUBTOTAL | 155,728.65 |
|---|---|
| CHECK OFF | |
| **TOTAL** | **$  155,728.65** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

contract $778^{lb}$ @ 1.85 = 1,433

258 HFR
291,851 $^{24}$
Due 8-10-23

| Note | 1131 - |
|---|---|
| Int | 31 - |
| Feed | 221 - |
| Net | 50 - |

**389**

DATE 04/03/23
TIME 11:41:48

AMERICAN NATION BANK - WILSON
WILSON, OK.

Type of Transfer: WIRE TRANSFER

Amount of Transfer:        $601,206.21

Debit account   CHECKING #   ■4366

WIRE TRANSFER      McClain Feed Yard

S SUSAN VANBUSKIRK
  COLBY  VANBUSKIRK
  CATTLE ACCOUNT
  PO BOX 778
  RINGLING           OK 73456

RECEIVED
Apr 28, 2023
By Zachary Reding
USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

**RECEIVED**
Apr 28, 2023

By Zachary Reding
**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

| INVOICE # | DATE |
|-----------|------|
| 1063 | 3/31/2023 |

**BILL TO**

SUSAN & COLBY VANBUSKIRK

| CUSTOMER ID | TERMS |
|-------------|-------|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|------------|--------|
| 138 H 81420# @192.10 | 81420 | 1.9210 | 156,407.82 |

## PROJECTED CLOSEOUT

| | 1063 | |
|---|---|---|
| **HEAD** | 138 | |
| **COST** | 156407.82 | |
| **BOUGHT WEIGHT** | 81420 | |
| **$ SOLD** | 197631.72 | 1.85 |
| **SELL WEIGHT** | 106950 | |
| **COST/GAIN** | 24253.5 | |
| **LBS GAINED** | 25530 | |
| **PROFIT** | 16970.4 | $2/3 = 11.313\frac{60}{} + 8\frac{98}{}$ |

*Thank you for your business!*

| SUBTOTAL | 156,407.82 |
|----------|-----------|
| CHECK OFF | |
| **TOTAL** | **$  156,407.82** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

*# 3745*

# INVOICE

824 MULLINS LANE

BENTON KY 42025

**RECEIVED**
Apr 28, 2023
By Zachary Reding
**USDA, AMS, FTPP, PSD**
**WESTERN REGIONAL OFFICE**

| INVOICE # | DATE |
|-----------|------|
| 1064 | 3/31/2023 |

**BILL TO**

SUSAN & COLBY VANBUSKIRK

| CUSTOMER ID | TERMS |
|-------------|-------|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|------------|--------|
| 138 H 79350# @192.75 | 79350 | 1.9275 | 152,947.13 |

## PROJECTED CLOSEOUT

|  |  |
|--|--|
| | 1064 |
| **HEAD** | 138 |
| **COST** | 152947.13 |
| **BOUGHT WEIGHT** | 79350 |
| **$ SOLD** | 195757.73 |
| **SELL WEIGHT** | 106950 |
| **COST/GAIN** | 26220 |
| **LBS GAINED** | 27600 |
| **PROFIT** | 16590.6 |

1.83

$2/3 = 11,060^{40} \& 50^{15}$

*Thank you for your business!*

| SUBTOTAL | 152,947.13 |
|----------|------------|
| CHECK OFF | |
| **TOTAL** | $ **152,947.13** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

Contract 775$^{lb}$ @ 1.84 = 1,426

276 usr
309,354 $^{95}$
Ave 8-10-23

Note 1121⁻
Int.     30⁻
sold   225⁻
Not    50⁻



U.S. POSTAGE PAID
ECM LETTER
RINGLING, OK
APR 28,23
AMOUNT
$8.61
R2308M154314-09

50300 9

RDC 21

CERTIFIED MAIL

9589 0710 5270 0085 2701 11

SuSAN VanBasKirk
Colby
PO Box 715
Ringling Okla    73456

Agricultural Marketing Service
Fair Trade Practices Program
Packers and Stockyards
Midwestern Denver Regional Office
210 Walnut Street    Room 317
Federal Building
                              50309



U.S. POSTAGE PAID
RINGLING OK
73456
APR 28 '23
AMOUNT
$0.87
R2308M154314-09

50309

RDC 21

Susan Van Buskirk
C/o W J Colby
PoBox 778
Ringling OKLA
73456

Agricultural Marketing Service
Fair Trade Practices Program
Packer and Stockyards
Midwestern Division Regional Off.
210 Walnut Street
Federal Building Room 3/7

MAY 2 '23 RQVD
USDA, FTPP, PSD, MRO

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Hopes, Jennifer - MRP-AMS |
| **Sent:** | Friday, April 28, 2023 1:48 PM |
| **To:** | Fast, Adam - MRP-AMS; Power, Jessica - MRP-AMS; Jones, Thomas - MRP-AMS; England, Branard - MRP-AMS |
| **Subject:** | FW: [External Email]Deal Trust Notification on Opened Cattle Notes for Susan & Colby Van Buskirk |
| **Attachments:** | McClain VB S&C DTN.jpg; McClain VB S&C signature page DTN.jpg; McClain #1003729 C&S Money Wire.jpg; McClain #1003729 C&S Invoice 1.jpg; McClain #1003729 C& S Invoice 2.jpg; McClain # 1003729 C&S Agreement 1.jpg; McClain #1003729 C&S Agreement 2.jpg; McClain #1003745 C&S Invoice 1.jpg; McClain #1003745 C&S Invoice 2.jpg; McClain #1003745 C&S Agreement 1.jpg; McClain #1003745 C&S Agreement 2.jpg |

-----Original Message-----
From: JANET VAN BUSKIRK <janet.v@att.net>
Sent: Friday, April 28, 2023 12:40 PM
To: AMS - PSDDenverCO <PSDDenverCO@usda.gov>; AMS - PSDDesMoinesIA <PSDDesMoinesIA@usda.gov>
Subject: [External Email]Deal Trust Notification on Opened Cattle Notes for Susan & Colby Van Buskirk

[External Email]
If this message comes from an unexpected sender or references a vague/unexpected topic; Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

To Whom It May Concern:
I have attached information for the Dealer Trust Notification Section 318-Packers & Stockyards Act for Susan Van Buskirk & Colby Van Buskirk.  Thank you for your cooperation in this matter.
Janet Van Buskirk
580-465-0041

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Reding, Zachary - MRP-AMS |
| **Sent:** | Friday, April 28, 2023 1:27 PM |
| **To:** | Meyers, Alexis - MRP-AMS |
| **Cc:** | Fast, Adam - MRP-AMS; Jones, Thomas - MRP-AMS |
| **Subject:** | Brian McClain |
| **Attachments:** | Janet Van Buskirk (OK) Dealer Trust Notification.pdf; Susan & Colby Van Buskirk (OK) Dealer Trust Notification.pdf |

Hello,

Attached are two claims sent to the PSDDenver inbox.

Sincerely,



**Zachary J. Reding | Program Assistant**
*USDA | Agricultural Marketing Service | Fair Trade Practices Program*
***Packers & Stockyards Division | Western Regional Office***
3950 Lewiston Street, Ste. 200
Aurora, CO  80011
Phone: (303) 334-9021 | Fax: 303-371-4609
Email: Zachary.Reding@USDA.gov

*Stay connected with USDA:*

 

*USDA Grain Inspection, Packers & Stockyards Administration*

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

## Dealer Trust Notification
## Section 318 (7 U.S.C 181-229)

McClain Farms, Inc.                                             Date:

824 Mullins Ln
Benton, KY 42025-4702

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by McClain Farms, Inc. on
the dates and in the amounts as follows:

Insert the sale transaction(s) detail here (e.g., head count, livestock description, sale date, delivery date, total sales price, balance due, etc.)  Also,
state pricing details if they are unique and need further explanation.  ***Attach all available supporting documents***

5/30 - 190 heAd of cAttle - $211,613.18
3/30 - 127 heAd of cAttle - 143,305.55

As a cash seller of livestock, I request that you hold in trust for me the items required to be held
in trust under the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division
Midwestern Regional Office at:

    Packers and Stockyards Division
    Midwestern Regional Office
    210 Walnut St, Room 317
    Des Moines, IA 50309

Sincerely,

(SIGNATURE) Jammy Greer

Claimant's Printed Name/Title: __Jimmy GReeR__
Company Name (if Applicable): _____
Address: ___3209 WRAther RoAd___
City, State, Zip: ___MuRRAy, KY 42071___
Telephone Number(s): ___270-293-7970___

MAY 3 23 2020

Email: jdgReeR 62e, gmAil.com

CC: Packers and Stockyards Division, Fair Trade Practices Program
Note: Make sure to provide a signed copy of this notification to both the Dealer and the Packers and Stockyards Division, Midwestern Regional Office.

NOV 28 RCVD
USDA, FTPP PSD MR

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
|  | 3/31/2023 |

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

**BILL TO**

JIMMY GREER

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 190 H 110428# @191.63 | 110428 | 1.9163 | 211,613.18 |

Thank you for your business!

| | |
|---|---|
| SUBTOTAL | 211,613.18 |
| CHECK OFF | |
| **TOTAL** | **$ 211,613.18** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM



CK# 1672

581 lbs
when purchased

399

required to be held in trust... assets include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory



JIMMY D GREER
OR PEGGY GREER
FARM ACCOUNT
3209 WRATHER RD
MURRAY, KY 42071

1672

3-30-23

Pay to the Order of  McClain Feed Yard    $ 211,613 ⁱ⁸

Two hundred eleven thousand, six hundred thirteen  18/₁₀₀  Dollars

First Financial Bank
Murray, Kentucky

For  Cattle # 95+96

Jimmy Greer

⑆074900356⑆  [redacted]  1143⑈ 1672

| Account Number | [redacted]1143 | Routing Number | 74900356 |
| Amount | $211,613.18 | OF6 | 0 |
| Post Date | 20230403 | Serial Number | 1672 |
| Sequence Number | 910213612 | Tran | 81 |

RECEIVED
May 08, 2023

By Zachary Reding
USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

# MCCLAIN FEEDYARD

# INVOICE

**824 MULLINS LANE**
**BENTON KY 42025**

| INVOICE # | DATE |
|---|---|
| | 3/31/2023 |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**BILL TO**
**JIMMY GREER**

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 127 H 74841# @191.48 | 74841 | 1.9148 | 143,305.55 |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 143,305.55 |
| CHECK OFF | |
| TOTAL | $ 143,305.55 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM



CK# 1613

589 lbs
when purchased

MAY 3 '23 RCVD
USDA, FTPP, PSD, MRD

**401**



| | | | |
|---|---|---|---|
| Account Number | 1143 | Routing Number | 74900356 |
| Amount | $143,305.55 | OF6 | 0 |
| Post Date | 20230403 | Serial Number | 1673 |
| Sequence Number | 910213611 | Tran | 81 |



**RECEIVED**
May 08, 2023

By Zachary Reding
**USDA, AMS, FTPP, PSD**
**WESTERN REGIONAL OFFICE**





CERTIFIED MAIL

Jimmy Greer
3209 Wrather Rd
Murray, KY 42071-7417

7022 2410 0001 6510 4573

U.S. POSTAGE PAID
FCM LETTER
MURRAY, KY
42071
MAY 08, 23
AMOUNT
**$8.37**
R2305P149978-27

RDC 99

80011

Agricultural Marketing Services Fair Trade Program
Packers & Stockyards Western Div. Regional Office
3950 Lewiston St - Suite 200
Aurora, CO
80011-1556

80011-156050



This envelope is for use with the following services:   UPS Next Day Air®

; Worldwide Exp

; 2nd Day Air®

; Worldwide Exp

Ground

Standard

3 Day Select®

Scan QR
schedule

Domestic
• To qualify
correspon
8 oz. or les
or weighi

Internatio
• The UPS E
value. Cer
ups.com/i

• To qualify
UPS expre

Note: UP!
electronic
Do not ser

P: BROWN  S: BBL
HOUS — 1078
USDA AMS FTPP PSD MRO
210 WALNUT ST
RM 317
DES MOINES IA 50309

0.2 LBS LTR
1 OF 1

IA 503 9-30

UPS NEXT DAY AIR
TRACKING #: 1Z A37 E42 24 9472 7493

BILLING: P/P
SIGNATURE REQUIRED

SHIP TO:
PROGRAM SUPPORT
USDA AMS FTPP PSD MRO
ROOM 317
210 WALNUT STREET
FEDERAL BUILDING
DES MOINES IA 50309-2110

WESTERN REGION
3.........240
USDA AMS
950 E LEXINGTON ST
AURORA CO 80011

Visit ups.com for details on our privacy practices.



## Wells, Michael - MRP-AMS

| | |
|---|---|
| **From:** | Peggy Greer <pscgreer@gmail.com> |
| **Sent:** | Monday, May 8, 2023 1:53 PM |
| **To:** | AMS - PSDDesMoinesIA |
| **Subject:** | [External Email]Dealer Trust Notification - Jimmy Greer |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

[External Email]

If this message comes from an unexpected sender or references a vague/unexpected topic;

Use caution before clicking links or opening attachments.

Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

MAY 2 ?28 2023
USDA: FTPP PSD, MRP

1

**406**

**DEALER TRUST NOTIFICATION**
**SECTION 318-PACKERS & STOCKYARDS ACT**

April __, 2023

McClain Feed Yard, Inc.          7M Feeders, Inc.          McClain Farms, Inc.
320 Schley Street                4010 FM 1057              3231 Vanzora Rd.
Hereford, Texas 79045            Hereford, Texas 79045     Benton, Kentucky 42025

Riley Livestock, Inc.            Brian McClain
250 Brittian Rd                  824 Mullins Lane
Mayfield, Kentucky 42066         Benton, Kentucky 42025

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

   This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 1/6/23 | $ 213,446.78 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

   For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

   As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _____

Title: _owner_____

Printed Name: _Dustin Johnson_____

Company Name: _____

Address: _28081 Hwy 12, McCool, MS 39108_

Telephone Number: _662-312-6073_____

Email: _djcowhorses@gmail.com_____

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

**BILL TO:** DUSTIN JOHNSON

1/6/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 240 | HF | 120960 | 1.6654 | $201,446.78 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 240 | | | | $201,446.78 |

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | DJ Cow Horses <djcowhorses@gmail.com> |
| **Sent:** | Monday, May 1, 2023 2:00 PM |
| **To:** | Jones, Thomas - MRP-AMS |
| **Subject:** | Re: [External Email]Fwd: Dealer Trust Notification |

Here is the invoice from McClain feed yard ( not reflecting the additional $50 per head profit)

MCCLAIN FEEDYARD INC.
824 MULLINS LANE
BENTON KY. 42025

BILL TO: DUSTIN JOHNSON

1/6/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|---|---|---|---|---|
| 240 | HF | 120960 | 1.6654 | $201,446.78 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 240 | | | | $201,446.78 |

LEEANN JOHNSON
Cell: 601-750-3850

1

On May 1, 2023, at 1:11 PM, Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov> wrote:

Hello Mr. Johsnon,

I received the Dealer Trust Notification claim for $201,446.78 for a claim on January 6, 2023.  Please provide any additional supporting documentation, such as contracts, invoices, agreements, bills of sale, etc. to show proof of sale.  Any documentation that you provide will help in the investigation process to determine legitimate claims on the trust assets.

Please let me know if you have any questions in this regard.

Thank you,

**Thomas Jones, Auditor**
USDA | Agricultural Marketing Service | Fair Trade Practices Program
Phone: (515) 323-2507 | Mobile: (515) 344-2192
FAX: (515) 323-2590 | Email: Thomas.J.Jones@usda.gov

---

**From:** Hopes, Jennifer - MRP-AMS <Jennifer.R.Hopes@usda.gov>
**Sent:** Friday, April 28, 2023 2:04 PM
**To:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>; Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>; Power, Jessica - MRP-AMS <Jessica.L.Power@usda.gov>; England, Branard - MRP-AMS <Branard.K.England@usda.gov>
**Subject:** FW: [External Email]Fwd: Dealer Trust Notification

---

**From:** DJ Cow Horses <djcowhorses@gmail.com>
**Sent:** Friday, April 28, 2023 2:02 PM
**To:** AMS - PSDDenverCO <PSDDenverCO@usda.gov>; AMS - PSDDesMoinesIA <PSDDesMoinesIA@usda.gov>
**Subject:** [External Email]Fwd: Dealer Trust Notification

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | DJ Cow Horses <djcowhorses@gmail.com> |
| **Sent:** | Monday, May 1, 2023 1:48 PM |
| **To:** | Jones, Thomas - MRP-AMS |
| **Subject:** | [External Email]Fwd: dealer trust notification correction |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Good afternoon,
Please update the amount owed should be $213,446.78 . Updated file below.

Thank you ,
LEEANN JOHNSON
Cell: 601-750-3850


Begin forwarded message:

> **From:** DJ Cow Horses <djcowhorses@gmail.com>
> **Date:** April 28, 2023 at 2:29:11 PM CDT
> **To:** PSDDesMoinesIA@usda.gov
> **Subject: Fwd: dealer trust notification correction**

1



JACKSON MS  390

2 MAY 2023   PM 2  L

Johnson
25087 Hwy 12
McCool, MS 39108

Packers & Stockyards western Division
3750 Lewiston St.
Suite 200
Aurora, CO 80011-1556

80011-156050



JACKSON MS 390

2 MAY 2023 PM 3 L

Packers & Stockyards Midwestern Division
210 walnut St. Rm 317
Des Moines, IA 50309

50309-959955

Johnson
26081 Hwy 12
McCool MS 39108

*Dora Blackman*

**DEALER TRUST NOTIFICATION**
**SECTION 318-PACKERS & STOCKYARDS ACT**

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

April 26 2023

| McClain Feed Yard, Inc. | 7M Feeders, Inc. | McClain Farms, Inc. |
|---|---|---|
| 320 Schley Street | 4010 FM 1057 | 3231 Vanzora Rd. |
| Hereford, Texas 79045 | Hereford, Texas 79045 | Benton, Kentucky 42025 |

| Riley Livestock, Inc. | Brian McClain |
|---|---|
| 250 Brittian Rd | 824 Mullins Lane |
| Mayfield, Kentucky 42066 | Benton, Kentucky 42025 |

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 3/28/2023 | $ 53,051.36 |
| | |
| | |
| | |
| | |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

415

*Dora Blackman*

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

      As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _Dora Blackman_

Title: _Owner_

Printed Name: _Dora Blackman_

Company Name: _self / individual_

Address: _25335 N. Midwest Blvd. Orlando, OK 73073_

Telephone Number: _580-222-0006_

Email: _dorablackman @ yahoo.com_

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

**RECEIVED
April 27, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

4/26/2023

To Whom It May Concern,

The group of cattle that were purchased for me on 3/28/2023 have been sold. They were taken to a sale barn on 4/22/2023 from Benton, KY to be sold by the bank after Brian McClain's passing.

My friend Jordan Lesh, who trucks cattle for Brian McClain was in Kentucky on 4/22/2023 at the grow yard for an inspection of these cattle and many others as well, that are owned by myself and other people. He witnessed many trucks being lined up to load out the cattle to be taken to the sale barn. He asked the drivers who was having them load out the cattle and where they were being taken to. The drivers answered that the bank was having them take the cattle to the sale barn.

As of today, no one has notified me of a sale price or sent me a payment.

Brian McClain would purchase cattle, line them out before sending them to the McClain Feed yard in Hereford, Texas or the 7M Feeders in Friona, Texas to the grow yards before being sold at a later date and sent to a fats yard.

You will find that I have attached my documentation of my cattle business dealings with Brian McClain since November 2021. He would contract the cattle through the Riley Brothers, and/or Riley Livestock, INC, Jeff Riley who I believe then sold the cattle to the Friona Feeders. I would pay Brian for the whole amount of cattle at the beginning, he would then line them out and grow them for 100-150 days. He would then send me my entire amount back that I initially sent to him plus my profits within 4-10 days after delivery.

If you have any questions or concerns, please don't hesitate to contact me.

Dora Blackman

580-222-0006

dorablackman@yahoo.com

**RECEIVED
April 27, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

**Cattle Feeding Agreement**

Dated 3/15/2023

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

This agreement exists to identify the partnership of McClain Feedyard and DORA BLACKMAN whom are involved in a cattle feeding arrangement. The arrangement allows for DORA BLACKMAN to purchase the calves from McClain Feedyard in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Feedyard feeding them at McClain Feedyard, Friona, TX. McClain Feedyard fattens the cattle by certain feed and ingredients that McClain Feedyard provides at its expense. McClain Feedyard is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Feedyard will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain Feedyard incurs

Minus

Original cost of calves, returned to DORA BLACKMAN

Equals profit

Profit divided 1/3 McClain Feedyard and 2/3 DORA BLACKMAN

This agreement is for 51 head of heifers at a total weight of 29896 lbs at a price of 1.7946 per pound. Total cost for this group of cattle is $53,651.36which DORA BLACKMAN has paid to McClain Feedyard. Sales contract for 1.7361 @ 775.

DORA BLACKMAN ___Dra Blackman___ 3/28/2023

McClain Feedyard ___Meajan Good___

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
|  | 3/15/2023 |

**BILL TO**
DORA BLACKMAN

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 51 H 29896# @179.46 | 29896 | 1.7946 | 53,651.36 |

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

*Thank you for your business!*

| SUBTOTAL | 53,651.36 |
|---|---|
| CHECK OFF |  |
| TOTAL | $    53,651.36 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

## PROJECTED CLOSEOUT

| | |
|---|---|
| HEAD | 51 |
| COST | 53651.36 |
| BOUGHT WEIGHT | 29896 |
| $ SOLD | 68621.54 |
| SELL WEIGHT | 39525 |
| COST/GAIN | 9147.55 |
| LBS GAINED | 9629 |
| PROFIT | 5822.63 |

419

12:08 AM
04/23/23
Accrual Basis

## Dora Blackman
## Transaction Detail By Account
November 1, 2021 through April 23, 2023

| Type | Date | Memo | Split | Amount | Balance |
|------|------|------|-------|--------|---------|
| **McLain Cattle Money** | | | | | |
| Deposit | 05/26/2022 | McClain Money Deposited from 11/15/2021 54 Heifers | Stillwater Checking Account | 48,457.05 | 48,457.05 |
| Deposit | 10/28/2022 | McClain Money Deposited from 6/2/2022 54 Heifers | Stillwater Checking Account | 52,003.75 | 100,460.80 |
| Deposit | 03/21/2023 | McClain Money Deposited from 11/4/2022 53 Heifers | Stillwater Checking Account | 53,834.71 | 154,295.51 |
| **Total McLain Cattle Money** | | | | 154,295.51 | 154,295.51 |
| | | | | | |
| **MY Original Money Deposited** | | | | | |
| Deposit | 11/15/2021 | HEALDTON Morrison TEAM PENNINGS for Brian McClain Cattle Buy In | Stillwater Checking Account | 44,119.87 | 44,119.87 |
| **Total MY Original Money Deposited** | | | | 44,119.87 | 44,119.87 |
| | | | | | |
| **TOTAL** | | | | 198,415.38 | 198,415.38 |

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**



12:02 AM
04/23/23
Accrual Basis

# Dora Blackman
## Transaction Detail By Account
### November 1, 2021 through April 23, 2023

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **Cattle Buy In** | | | | | | | |
| Check | 11/15/2021 | | Mcclain Feedyard Buy | Bought Stockers 54 Head of Heifers | Stillwater Checking Account | 45,109.26 | 45,109.26 |
| Check | 06/02/2022 | | Mcclain Feedyard Buy | Bought Stockers 54 Head of Heifers | Stillwater Checking Account | 48,356.03 | 93,465.29 |
| Check | 11/04/2022 | | Mcclain Feedyard Buy | Bought Stockers 53 Head of Heifers | Stillwater Checking Account | 50,105.73 | 143,571.02 |
| Check | 11/04/2022 | 81630 | Mcclain Feedyard Buy | McLain Money Deposited from 6/2/2022 54 Heifers | Stillwater Checking Account | 1,898.00 | 145,469.02 |
| Check | 03/28/2023 | | Mcclain Feedyard Buy | Bought Stockers 51 Head of heifers | Stillwater Checking Account | 53,651.36 | 199,120.38 |
| **Total Cattle Buy In** | | | | | | 199,120.38 | 199,120.38 |
| **TOTAL** | | | | | | 199,120.38 | 199,120.38 |

RECEIVED
April 27, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

421



6:43

<1

BM

Brian McClain >

Wed, Mar 1 at 9:15 AM

Good morning Brian,

I hope you're feeling better than the last time we text.

I was just wondering how the cattle are coming?
It's been just over 115 days.
Looking to see when you were going to turn them?

Thanks
Dora Blackman

Next week holler at me

iMessage





BM

Brian McClain ›

Fri, Mar 10 at 10:02 AM

Good morning Brian

Just checking to see when my cattle will be ready to turn?

Dora

I got them shipped this week will wire Tuesday or Wednesday next week

Ok

Wed, Mar 15 at 10:04 AM

Can you talk

iMessage



6:44

‹ 2    BM    ▢◄

Brian McClain ›

Wed, Mar 15 at 10:04 AM

Can you talk

Yes

Dora Blackman
25335 N Midwest Blvd.
Orlando Ok 73073

Fri, Mar 24 at 5:07 PM

I called my bank and
they told me that the
funds from the check
should be available
Monday
So I will wire you the
money then and send
the paperwork as well

iMessage





Dora Blackman
26 335 N. Midwest Blvd.
Orlando, OK 73073

U.S. POSTAGE PAID
PONCA CITY, OK
73077
APR 27, 23
AMOUNT $1.11
50309
R2304M111634-09
RDC 21

Midwestern Division Regional Office
210 Walnut Street
Federal Building, Room 317
Des Moines, Iowa 50309

50309-211052



## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Reding, Zachary - MRP-AMS |
| **Sent:** | Thursday, April 27, 2023 9:30 AM |
| **To:** | Meyers, Alexis - MRP-AMS |
| **Cc:** | Fast, Adam - MRP-AMS; Jones, Thomas - MRP-AMS |
| **Subject:** | Brian McClain |
| **Attachments:** | Dora Blackman (OK) Dealer Trust Notification.pdf |

Hello,

Attached is a claim sent to the PSDDenverCO inbox.

Sincerely,

 **Zachary J. Reding | Program Assistant**

*USDA | Agricultural Marketing Service | Fair Trade Practices Program*
***Packers & Stockyards Division | Western Regional Office***
3950 Lewiston Street, Ste. 200
Aurora, CO  80011
Phone: (303) 334-9021 | Fax: 303-371-4609
Email: Zachary.Reding@USDA.gov

*Stay connected with USDA:*



*USDA Grain Inspection, Packers & Stockyards Administration*
*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

# Dealer Trust Notification
# Section 318 (7 U.S.C 181-229)

McClain Farms, Inc.
McClain Feed Yard, Inc.
7M Feeders, Inc.
824 Mullins Ln
Benton, KY 42025-4702

Date: 5-15-2023

GKarlberg@ampleo.com
bprince51@mac.com

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by McClain Farms, Inc. on
the dates and in the amounts as follows:

Insert the sale transaction(s) detail here (e.g., head count, livestock description, sale date, delivery date, total sales price, balance due, etc.). Also,
state pricing details if they are unique and need further explanation. ***Attach all available supporting documents***

MAY 19 '28 2010
USDA, FTPP, PSD, MRO

As a cash seller of livestock, I request that you hold in trust for me the items required to be held
in trust under the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division
Midwestern Regional Office at:

Packers and Stockyards Division
Midwestern Regional Office
210 Walnut St, Room 317
Des Moines, IA 50309

PSDDesMoinesIA@usda.gov

Sincerely,

(SIGNATURE): Cory Jesko

Claimant's Printed Name/Title: Cory Jesko

Company Name (if Applicable): _____

Address: 3920 FM 1057

City, State, Zip: Hereford Tx. 79045

Telephone Number(s): (806) 344-6113

Email: cory.jesko@gmail.com
USDA, FTPP, PSD, MRO

cc: Packers and Stockyards Division, Fair Trade Practices Program

**Note: Make sure to provide a signed copy of this notification to both the Dealer and the Packers and Stockyards Division,
Midwestern Regional Office.**

429

## Cattle Feeding Agreement

Dated 3/17/20

This agreement exists to identify the partnership of 7M CATTLE FEEDERS and DWIGHT JESKO whom are involved in a cattle feeding arrangement. The arrangement allows for DWIGHT JESKO to purchase the calves from 7M CATTLE FEEDERS in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through 7M CATTLE FEEDERS feeding them at 7M CATTLE FEEDERS, Friona, TX. 7M CATTLE FEEDERS fattens the cattle by certain feed and ingredients that 7M CATTLE FEEDERS provides at its expense. 7M CATTLE FEEDERS is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, 7M CATTLE FEEDERS will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that 7M CATTLE FEEDERS incurs

Minus

Original cost of calves, returned to DWIGHT JESKO

Equals profit

Profit divided 1/3 7M CATTLE FEEDERS and 2/3 DWIGHT JESKO

DWIGHT JESKO _____

7M CATTLE FEEDERS _____

MAY 28 '28 RCVD
USDA, FSA, PSD, WRO

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

**BILL TO:**  JEFF AND CORY JESKO

1/2/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 101 | H | 50662 | 1.668 | $84,504.22 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 101 | | | | $84,504.22 |

Paid 2-13-23
3rd. Group

USDA, FFPP, PSD, MRO   MAY 23-23 RCVD

**WIRE TRANSFER REQUEST**

Officer's Approval

Individual Calling

Taken By
CHEYANNE

Date
2/14/2023

---

**RECEIVER INFORMATION**
Bank Name
MECHANICS BANK
Bank Address and Location
2100 S BLOSSER RD          SANTA MARIA CA 93458
ABA or Routing #
122238420

**SENDER INFORMATION**
Account Name
CORY J JESKO

Account Number
7642

Address and Location
3970 FM 1057          HEREFORD TX 79045
Identification Type, State or Country of Issue, Number (Non-Customer)

Taxpayer ID# (noncustomer)

Request Code (If Required)

Phone #

**BENEFICIARY INFORMATION**
Beneficiary Account Name
MCCLAIN FEEDYARD

Account Number
0197

Beneficiary Address and Location
824 MULLINS LANE          BENTON KY 42025
Beneficiary Information Special Instructions (If any)

Current Balance     103,410.73

Collected Balance   103,410.73

Wire Fee   $        15.00

Wire Amt           $84,504.22

I acknowledge receipt of this notice; have read and understand its contents.

OFAC Review
Date
Conducted by

Cory Jesko
CUSTOMER SIGNATURE

MAY 29 '23 RCVD
USDA, FTPP, PSD, MRP

**432**



Packers and Stockyards Division

Midwestern Regional Office

Room 317

210 Walnut St.

Des Moines, IA

50309

CERTIFIED MAIL

7022 2410 0000 5093 2616

Dwight Jesko
3970 FM 1057
Hereford, TX 79045

12/31/22 10:47 AM

We have received the check this morning
Thank you

2/10/23 10:37 AM

Brian this is Patty Jesko.

2/14/23 10:18 AM

Did you get the money?

Yes thank you

3/6/23 8:09 AM

Do have a pen of about 100 head we can do?

Yes

3/6/23 8:20 AM

Send me a projection please

3/6/23 8:39 AM

By my email. Thank

RECEIVED
May 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA



Just sent let me know if u get it

**3/6/23 10:27 AM**

Got it thanks
RECEIVED
May 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

Let me know if you want them

**3/6/23 11:05 AM**

Well take them
Can you send me pen numbers of all our cattle Please don't forget Cory's

I can later I'm in sale now maybe In morning

Okay

How will you pay for these

Dwight can wire the money today.

Ok do you have wire instructions

Let me know when he sends so I can be watching for it



BM Home

watching for it

Will do

**3/6/23 3:43 PM**

Just found out money won't be there until in the morning.

**3/10/23 10:14 AM**

Did you get the money?

Let me check when was it supposed to be here

Yes

Do you have time to give me pen numbers?

**3/10/23 10:22 AM**

I'm in meetings all day I'll get them as soon as I'm around office

RECEIVED
May 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

**3/14/23 4:38 PM**

Pens?

**3/15/23 11:12 AM**

136

3/15/23 11:12 AM

I'll be back in a little while I'll get them for you sorry we are running wild

3/16/23 10:04 AM

The 94 head invoice is in g3 lot 3640 at hereford they are moving pen's around at friona then I know where the others are I'll send that to you today

3/16/23 12:02 PM

Thanks

3/16/23 12:11 PM

The 101 invoice is in pen 635 640 lot 1607

3/16/23 12:31 PM

All we lack are the 321 head.

I am waiting on the Feedyard to tell me

Thanks

RECEIVED
May 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

3/23/23 12:18 PM