

The 101 invoice is in pen 635 640 lot 1607

**3/16/23 12:31 PM**

Ali we lack are the 321 head.

I am waiting on the Feedyard to tell me

Thanks

**3/23/23 12:18 PM**

Pens? We want to look this weekend.

**3/23/23 1:16 PM**

I'm waiting on moves to make sure everything is still where I told you

RECEIVED
May 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

**3/23/23 1:29 PM**

Okay

**4/18/23 5:13 PM**

Brian our banker wants to look at the cattle this week
Can you please send me pens and head count. Thanks

Sent



RECEIVED
May 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

**2/1/23 9:27 AM**

We have been fighting ice ever since I have been home supposed to get a break tomorrow I'll have everything done for you then.

**4/3/23 1:24 PM**

Can you send pen numbers for ours and jeff-corys cattle in friona

Sent

**4/5/23 9:30 AM**

640 649 on 101.
409-410 402-404
This can change we are shipping this week so they can move

Okay    Thanks    Cool

# Dealer Trust Notification
## Section 318 (7 U.S.C 181-229)

Date: _5-17-23_

McClain Farms, Inc.
McClain Feed Yard, Inc.
7M Feeders, Inc.
824 Mullins Ln
Benton, KY 42025-4702

GKarlberg@ampleo.com
bprince51@mac.com

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by McClain Farms, Inc. on
the dates and in the amounts as follows:
Insert the sale transaction(s) detail here (e.g., head count, livestock description, sale date, delivery date, total sales price, balance due, etc.). Also,
state pricing details if they are unique and need further explanation.  ***Attach all available supporting documents***

MAY 23 '23 RCVD
USDA, FTPP, PSD, MRO

As a cash seller of livestock, I request that you hold in trust for me the items required to be held
in trust under the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division
Midwestern Regional Office at:

Packers and Stockyards Division
Midwestern Regional Office
210 Walnut St, Room 317
Des Moines, IA 50309

PSDDesMoinesIA@usda.gov

Sincerely,

(SIGNATURE): _Dwight Jesko_
Claimant's Printed Name/Title: _Dwight Jesko_
Company Name (if Applicable): _____
Address: _3970 FM 1057_
City, State, Zip: _Hereford      TX      79045_
Telephone Number(s): _806-344-2568      806-344-2570_
Email: _Patty.Jesko@e-mail.com_

cc: Packers and Stockyards Division, Fair Trade Practices Program
Note: Make sure to provide a signed copy of this notification to both the Dealer and the Packers and Stockyards Division,
Midwestern Regional Office.

440

# Jesko, Patricia

| | |
|---|---|
| **From:** | Jesko, Patricia |
| **Sent:** | Monday, April 24, 2023 8:15 AM |
| **To:** | cward@tscra.org |
| **Cc:** | Jesko, Patricia |
| **Subject:** | FW: case # 23-01-017C |
| **Attachments:** | doc03015320230424080727.pdf |

Mr. Ward,
We had two different groups.

| | | | | |
|---|---|---|---|---|
| Market value at Delivery | $309,548.16 | $99,830.81 | | $409,378.97 |
| Total head delivered | 321 | 94 | | 415 |
| Average cost | $ 964.33 | $ 1062.03 | | $ 986.456 |
| | 0 | 1 | 1 | |
| Confirmed dead | 0 | 0 | | 0 |
| Cattle transferred | 0 | 93 | | 414 |
| Owners record of cattle | 321 | 92 | | 92 |
| Physical inventory | 0 | 1 | | 322 |
| Missing head | 321 | $ 1062.03 | | $317,638.83 |
| Market value | $309,549.93 | | | |

Will mail the backup paper work.

Patty
CHS Service Center - Hereford
(806)364-2368
"Creating connections to empower agriculture"

-----Original Message-----
From: USTXTEX1@chsinc.com <USTXTEX1@chsinc.com>
Sent: Monday, April 24, 2023 8:08 AM
To: Jesko, Patricia <Patricia.Jesko@chsinc.com>
Subject:

---------------------
ECOSYS M5526cdw
[00:17:c8:9f:65:25]
---------------------

MAY 23 '23 RCVD
USDA. FTPP, PSD, MRG

## MCCLAIN FEEDYARD INC.
### 824 MULLINS LANE
### BENTON KY. 42025

**BILL TO:** DWIGHT JESCO

1/10/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 321 | H | 185859 | 1.6655 | $309,548.16 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 321 | | | | $309,548.16 |

MAY 23 '23 RCVD
USDA, FTPP, PSD, MRO

## PROJECTED CLOSE OUT    $1-10-23$

| | |
|---|---|
| **HEAD** | 321 |
| **COST** | 309548.16 |
| **BOUGHT WEIGHT** | 185859 |
| **$ SOLD** | 404798.52 |
| **SELL WEIGHT** | 248775 |
| **COST/GAIN** | 59770.2 |
| **LBS GAINED** | 62916 |
| **PROFIT** | 35480.16 |

MAY 23 '23 RCVD
USDA, FFPP, PSD, MRC

# FedPayments Manager<sup>SM</sup> -- Funds

| | | | |
|---|---|---|---|
| Environment: | Front-End-PROD | ABA: | 111324293 |
| Mode: | Prod | Service Unit: | 11132429 |
| Cycle Date: | 05/15/2023 | System Date/Time: | 05/15/2023 11:32:47 |

| | | | |
|---|---|---|---|
| Status: | Completed | Message Type: | Standard |
| Create Time: | 02/14/2023 10:13:04 | Test/Prod: | Prod |
| IMAD: | 20230214 QMGFT007 000169 02141018 | | |
| OMAD: | 20230214 GMQFMP01 008673 02141018 | | |

BASIC INFORMATION

| | |
|---|---|
| Sender ABA {3100}: | 111324293 1ST NATL HEREFORD |
| Receiver ABA {3400}: | 122238420 MECHANICS BANK |
| Amount {2000}: | 309,548.16 |
| Type/Subtype Code {1510}: | 1000 - Transfer of Funds |
| Business Function {3600}: | CTR - Customer Transfer |
| Sender Reference {3320}: | 002 |

ORIGINATOR INFORMATION

Originator {5000}

    Name:               DWIGHT JESKO
    Address:            3970 FM 1057
                        HEREFORD TX 79045

BENEFICIARY INFORMATION

Beneficiary {4200}

    ID Code:            D - DDA Account Number
    Identifier:         ▮▮▮▮0197
    Name:               MCCLAIN FEEDYARD
    Address:            824 MULLINS LANE
                        BENTON KY 42025

MAY 23 '23 RCVD
USDA, FPP, PSD, M20

## Cattle Feeding Agreement

Dated 3/17/20

This agreement exists to identify the partnership of 7M CATTLE FEEDERS and DWIGHT JESKO whom are involved in a cattle feeding arrangement. The arrangement allows for DWIGHT JESKO to purchase the calves from 7M CATTLE FEEDERS in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through 7M CATTLE FEEDERS feeding them at 7M CATTLE FEEDERS, Friona, TX. 7M CATTLE FEEDERS fattens the cattle by certain feed and ingredients that 7M CATTLE FEEDERS provides at its expense. 7M CATTLE FEEDERS is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, 7M CATTLE FEEDERS will distribute the profit as follows:

Sales price of fattened cattle

Minus

Cost stated above that 7M CATTLE FEEDERS incurs

Minus

Original cost of calves, returned to DWIGHT JESKO

Equals profit

Profit divided 1/3 7M CATTLE FEEDERS and 2/3 DWIGHT JESKO

---

DWIGHT JESKO _____

7M CATTLE FEEDERS _____

USDA  MAY 28 '23 RCVD
FTPP, PSD, MRC



Packers and Stockyards Division
Midwestern Regional Office
210 Walnut ST. Room 317
Des Moines, IA
50309

Dwight Jesko
3970 FM 1057
Hereford, TX 79045

7022 2410 0000 5093 2816



BM    Home

**12/31/22 10:47 AM**

We have received the check this morning
Thank you

**2/10/23 10:37 AM**

Brian this is Patty Jesko.

**2/14/23 10:18 AM**

Did you get the money?

Yes thank you

**3/6/23 8:09 AM**

Do have a pen of about 100 head we can do?

Yes

**3/6/23 8:20 AM**

RECEIVED
May 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

Send me a projection please

**3/6/23 8:39 AM**

By my email. Thank

447

**Brian Mc...**

RECEIVED
May 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

**2/1/23 9:27 AM**

We have been fighting ice ever since I have been home supposed to get a break tomorrow I'll have everything done for you then.

**4/3/23 1:24 PM**

Can you send pen numbers for ours and jeff-corys cattle in friona

Sent

**4/5/23 9:30 AM**

640 649 on 101.
409-410 402-404
This can change we are shipping this week so they can move

( Okay )     ( Thanks )     ( Cool )     [=]



BM   Home

Just sent let me know if u get it

**3/6/23 10:27 AM**

Got it thanks

RECEIVED
May 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

Let me know if you want them

**3/6/23 11:05 AM**

Well take them
Can you send me pen numbers of all our
cattle Please don't forget Cory's

I can later I'm in sale now maybe In
morning

Okay

How will you pay for these

Dwight can wire the money today.

Ok do you have wire instructions

Let me know when he sends so I can be
watching for it

449



watching for it

Will do

**3/6/23 3:43 PM**

Just found out money won't be there until in the morning.

**3/10/23 10:14 AM**

Did you get the money?

Let me check when was it supposed to be here

Yes

Do you have time to give me pen numbers?

**3/10/23 10:22 AM**

I'm in meetings all day I'll get them as soon as I'm around office

**3/14/23 4:38 PM**

RECEIVED
May 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

Pens?

**3/15/23 11:12 AM**

450



3/15/23 11:12 AM

I'll be back in a little while I'll get them for you sorry we are running wild

3/16/23 10:04 AM

The 94 head invoice is in g3 lot 3640 at hereford they are moving pen's around at friona then I know where the others are I'll send that to you today

3/16/23 12:02 PM

Thanks

3/16/23 12:11 PM

The 101 invoice is in pen 635 640 lot 1607

3/16/23 12:31 PM

All we lack are the 321 head.

I am waiting on the Feedyard to tell me

Thanks

RECEIVED
May 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

3/23/23 12:18 PM



The 101 invoice is in pen 635 640 lot 1607

**3/16/23 12:31 PM**

Ali we lack are the 321 head.

I am waiting on the Feedyard to tell me

Thanks

**3/23/23 12:18 PM**

Pens? We want to look this weekend.

**3/23/23 1:16 PM**

I'm waiting on moves to make sure everything is still where I told you

RECEIVED
May 26, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

**3/23/23 1:29 PM**

Okay

**4/18/23 5:13 PM**

Brian our banker wants to look at the cattle this week
Can you please send me pens and head count. Thanks

Sent

452

**RECEIVED**
**May 8, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

## DEALER TRUST NOTIFICATION
## SECTION 318-PACKERS & STOCKYARDS ACT

May 8 , 2023

| | | |
|---|---|---|
| McClain Feed Yard, Inc.<br>320 Schley Street<br>Hereford, Texas 79045 | 7M Feeders, Inc.<br>4010 FM 1057<br>Hereford, Texas 79045 | McClain Farms, Inc.<br>3231 Vanzora Rd.<br>Benton, Kentucky 42025 |
| Riley Livestock, Inc.<br>250 Brittian Rd<br>Mayfield, Kentucky 42066 | Brian McClain<br>824 Mullins Lane<br>Benton, Kentucky 42025 | |

**RE: Failure to Pay For Cattle by McClain Feed Yard, Inc., 7M Feeders, Inc., McClain Farms, Inc., Riley Livestock, Inc., and/or Brian McClain, who shall collectively be referred to as the "Purchasers."**

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by one or more of the Purchasers on the dates and in the amounts as follows (attach additional pages as needed):

| Date of Purchase | Amount Owed |
|---|---|
| 3·21·23 | $ 200,129.43 |
| | |
| | |
| | |
| | |
| | |

For each dishonored or bad check I received from one or more of the Purchasers for livestock sales by me to one or more of the Purchasers, I provide you with the following information (attach additional pages as needed):

| Maker of Check | Date of Check | Amount of Check |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

As a cash seller of livestock, I request that Purchasers hold in trust for me the assets required to be held in trust under the Packers and Stockyards Act (7 U.S.C. § 217b). Those assets

include, but are not limited to livestock, proceeds from the sale of livestock, and any associated accounts receivable or rights to payment. Such assets are to be held in a statutory trust for the benefit of unpaid cash sellers like myself. This notice is for the full amount due for the livestock sold.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Western Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556 as well as the Midwestern Division Regional Office located at 210 Walnut Street, Federal Building, Room 317, Des Moines, Iowa 50309 and via email at PSDDenverCO@usda.gov and PSDDesMoinesIA@usda.gov.

Sincerely,

Signature: _Angie Robinson_

**RECEIVED**
**May 8, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

Title:_____

Printed Name: _Angie Robinson_

Company Name:_____

Address: _9012 County Road 3114  Snyder, TX 79549_

Telephone Number: _940.207 0892_

Email: _arobino4o1@gmail.com_

Cc: Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division

454

# MCCLAIN FEEDYARD

**RECEIVED**
**May 8, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE
BENTON KY 42025

*Bought in OKC*

| INVOICE # | DATE |
|---|---|
|  | 3/21/2023 |

| BILL TO |
|---|
| ANGIE ROBINSON |

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 190 H 111473# @180.07 | 111473 | 1.8007 | 200,729.43 |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 200,729.43 |
| | CHECK OFF | |
| | TOTAL | $  200,729.43 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

User: blclf     Bank: HEARTLAND FINANCIAL     Date: 04/27/23 11:06:07

Message Status: PNRM
Seq Num: 20230800076700     Related Seq Num: 20230800152000
Pay Method: FED Output     Message ID: FTI0811
Date Recvd: 03/21/2023 09:30:41     Value Date: 03/21/2023

Sender: 111319347,     Receiver: 122238420
Amount: $200,729.43

**RECEIVED**
**May 8, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

Debit info --
    Account: ▇▇▇1692  Inst: 014  Br: 081  Type: D9
    Name:    ANGELA DANN ROBINSON
    Addr1:   CATTLE ACCOUNT
    Addr2:   9012 CR 3114
    Addr3:   SNYDER TX 79549
    Addr4:

Credit info --
    Rcvr:    122238420
    Name:    MECHANICS BANK
    Addr1:
    Addr2:
    Addr3:
    Addr4:

Advice:          Dept:    DEPT1        Trancode: DOMESTIC
Category:        Linesheet:            Create Template:

Message Text:

    Sndr Info   {1500}30        P
    Msg Type    {1510}1000
    IMAD        {1520}20230321L1LFB83C000372
    Amount      {2000}000020072943
    Sender DI   {3100}111319347
    Sndr Ref    {3320}20230800076700*
    Rcvr DI     {3400}122238420
    Bus Func    {3600}CTR
    BNF         {4200}▇▇▇0197*
                MCCLAIN FEED YARD INC*
    ORG         {5000}▇▇▇692*
                ANGELA DANN ROBINSON*
                CATTLE ACCOUNT*
                9012 CR 3114*
                SNYDER TX 79549*

**FIRSTBANK & TRUST**

# Outgoing Wire Transfer Request

**Date: 03/21/2023 09:30:41**
**Wire Transfer Message Reference Number:**          20230800076700

▼ **WIRE TO:**
Bank ABA No:               122238420
Bank Name:                 MECH BK WALNUT CR
Amount:                    200,729.43
Special Instructions (BBI):

**RECEIVED**
**May 8, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

▼ **BENEFICIARY BANK:**
Bank ABA No:
Bank Name:

▼ **CREDIT TO:**
Name:                      MCCLAIN FEED YARD INC
Address:

Account Number:            ▓0197
Special Instructions (OBI):

▼ **CHARGE TO:**
Name:                      ANGELA DANN ROBINSON
Address:                   CATTLE ACCOUNT
Address:                   9012 CR 3114
Acct. No. to be Debited:   ▓1692

I hereby authorize the bank to execute the wire transfer of funds according to my instructions stated above and to charge my
account or collect cash payment for the amount of the wire transfer and all applicable fees. I understand the bank handles wire
transfer requests expeditiously, but that the bank cannot guarantee this will be completed in any specific time period.

_Angela Robinson_                9410 2070892        3.21.23      11:32
**CUSTOMER SIGNATURE (required)**        Phone              Date         Time

---

**Callback**
Phone # called:          _____
Time of call:            _____        Source of #:       _____
Verified with:           _____        Callback made by:  _____

High Risk Destination Wire callback:   _____

PURPOSE OF WIRE:    _Cattle Purchase_

---

I certify that funds are available in the Customer's account and submit this transfer request.

If funds are uncollected,
Officer approval required

_Rebecca Fernandez_      325-574-1126     3-31-23       _____
**Employee Completing Request**     Phone           Date

Authorized Bank
Signature **Required** _____          2nd Authorized Bank
                                         Signature **If Required:** _____

BMX12944

B14x12748

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Bo Robinson <bobeck5354@yahoo.com> |
| **Sent:** | Monday, May 8, 2023 1:30 PM |
| **To:** | Jones, Thomas - MRP-AMS; Meyers, Alexis - MRP-AMS; AMS - PSDDesMoinesIA |
| **Subject:** | [External Email]Dealer trust-Angie Robinson |
| **Attachments:** | dealer trust _20230508_0002.pdf; Invoice_20230321_0001.pdf |

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Here is dealer trust for Angie Robinson, along with the invoice and wire. Please reply and let us know if you need anything else.

Thank you!

*Bo Robinson*
*2B Farms*
*bobeck5354@yahoo.com*
*325.207.2794*

Date 4-26-23

**[NAME AND ADDRESS OF BUYER]** McClain Farms / Feedyard
824 Mullins Lane
Benton, KY 42025

This is to notify you that I have not been paid for livestock purchased by McClain Farms / Feedyard on the dates and in the amounts as follows:

- Date   Please See Attached        Amount

- Date                              Amount

- Date                              Amount

- Date                              Amount

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

As a cash seller of livestock, I request that McClain Farms / Feedyard hold in trust for me the items required to be held in trust under Dealer Statutory Trust and the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division Western Regional Office at:

**Western Regional Office**
One Gateway Centre
3950 North Lewiston, Suite 200
Aurora, CO 80011

FAX 303-371-4609

Sincerely,

Signature: _Curtis Jones_

Title: _President_

Printed Name: _Curtis Jones_

Telephone Number: _620-340-7518_

Company Name: _Curtis Jones Farms_

Address: _1720 W 13Th Ave_

_Emporia, KS 66801_

cc: Packers and Stockyards Division, Western Regional Office

**NOTE: Please be sure to provide an original signed copy of this letter to both the Dealer and to the Packers and Stockyards Division, Western Regional Office.**

459

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

Curtis Jones Farms

| Date | Amount |
| --- | --- |
| 9/29/2022 | 387,129.25 |
| 10/18/2022 | 477,345.89 |
| 11/9/2022 | 285,711.34 |
| 12/29/2022 | 353,831.49 |
| 1/20/2023 | 401,537.17 |

A check from McClain Farms was deposited on 4/7/2023 for $690,107.04 for the cattle reference on the 9/29/2022 date, this was for their weight that they were then indicated to be sold for on that date. It was not discovered that the check had been returned until 4/11/2023 by us at the earliest.

# MCCLAIN FEEDYARD

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 9/29/2022 |

| BILL TO | | CUSTOMER ID | TERMS |
|---|---|---|---|
| CURT JONES | | | Due Upon Receipt |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 378 H 155715# @186.50 | LOT 1040 | 155715 | 1.8650 | 290,408.48 |
| 127 H 51861# @186.50 | LOT 1041 | 51861 | 1.8650 | 96,720.77 |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |

*Thank you for your business!*

| | | |
|---|---|---|
| SUBTOTAL | | 387,129.25 |
| CHECK OFF | | |
| TOTAL | $ | 387,129.25 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

461

**MCCLAIN FEEDYARD**

RECEIVED
April 27, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
|  | 10/18/2022 |

| BILL TO | | CUSTOMER ID | TERMS |
|---|---|---|---|
| CURT JONES | | | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 369 H 155718# @183.50    *1050* | 155718 | 1.8350 | 285,742.53 |
| 251 H 104416# @183.50    *1052* | 104416 | 1.8350 | 191,603.36 |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 477,345.89 |
| | CHECK OFF | |
| | **TOTAL**   $ | **477,345.89** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 11/9/2022 |

| BILL TO | | CUSTOMER ID | TERMS |
|---|---|---|---|
| CURT JONES | | | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 377 H 155701# @183.50    *1083* | 155701 | 1.8350 | 285,711.34 |

*Thank you for your business!*

| | SUBTOTAL | 285,711.34 |
|---|---|---|
| | CHECK OFF | |
| | **TOTAL** | **$  285,711.34** |

**IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT**
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**



824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 12/29/2022 |

| BILL TO |
|---|
| CURT & KINSEY JONES |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 253 H 103477# @195 | 103477 | 1.9500 | 201,780.15 |
| 251 H 103914# @194.50 | 103914 | 1.9450 | 202,112.73 |
| 380 H 156180# @194.50 | 156180 | 1.9450 | 303,770.10 |

*Thank you for your business!*

| SUBTOTAL | 707,662.98 |
|---|---|
| CHECK OFF | |
| **TOTAL** | **$ 707,662.98** |

**IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT**
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

464

# MCCLAIN FEEDYARD

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 1/20/2023 |

| BILL TO |
|---|
| CURT JONES |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 249 H 104082# @193.00 | LOT 1151 | 104082 | 1.9300 | 200,878.26 |
| 247 H 103987# @193.00 | LOT 1152 | 103987 | 1.9300 | 200,694.91 |

*Thank you for your business!*

| SUBTOTAL | 401,573.17 |
|---|---|
| CHECK OFF | |
| **TOTAL** | **$   401,573.17** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

4675

**MCCLAIN FARMS INC**
824 MULLINS LANE
BENTON, KY  42025

MECHANICS BANK
COMMITMENT THAT LASTS GENERATIONS
PH: 800-797-6324

90-203/1211

4-6-23

PAY TO THE
ORDER OF  Curtis Jones Farms                                    $690,107. 04/100s

Six hundred ninety thousand one hundred seven and  04/100s ——————— DOLLARS

MEMO 500 HFRS, Lots 1040, 1041

Meagan Road

MP

⑈004675⑈ ⑆121102036⑈ ▓ 3070⑈

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**



**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Meyers, Alexis - MRP-AMS |
| **Sent:** | Thursday, April 27, 2023 8:42 AM |
| **To:** | Fast, Adam - MRP-AMS |
| **Cc:** | Jones, Thomas - MRP-AMS |
| **Subject:** | RE: [External Email]Re: McClain Farms and Feedyard |
| **Attachments:** | Curtis Jones Returned Check.pdf; Don Jones Front  Back Returned Check.pdf; Kinsey Jones.pdf; Don Jones Trucking.pdf; Curtis Jones Farms.pdf; Don Jones Farm Inc.pdf |

Please see attached 

Thank you,

Alexis Meyers
Legal Instruments Examiner
USDA, AMS, FTPP, Packers and Stockyards Division
210 Walnut St, Rm 317
Des Moines, IA 50309
Office Phone: 515-323-2584
Cell Phone: 515-776-7743
Fax: 515-323-2590
Alexis.Meyers@usda.gov

---

**From:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>
**Sent:** Thursday, April 27, 2023 8:23 AM
**To:** Meyers, Alexis - MRP-AMS <Alexis.Meyers@usda.gov>
**Cc:** Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>
**Subject:** FW: [External Email]Re: McClain Farms and Feedyard

Alexis,

Would you date stamp the attached and forward to Thomas?

Thanks,

Adam

---

**From:** Bott, Caleb - MRP-AMS <Caleb.H.Bott@usda.gov>
**Sent:** Thursday, April 27, 2023 7:28 AM
**To:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>
**Subject:** FW: [External Email]Re: McClain Farms and Feedyard

Here are a few more trust claims.

---

**From:** Curtis Jones <curtisjonesfarms@gmail.com>
**Sent:** Wednesday, April 26, 2023 6:22 PM
**To:** maebrooke627@gmail.com; Bott, Caleb - MRP-AMS <Caleb.H.Bott@usda.gov>

1

**Cc:** jsettles@lmaweb.com; Steve Hoard <shoard@mhba.com>

**Subject:** [External Email]Re: McClain Farms and Feedyard

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hello,

Please find attached multiple Dealer Statutory Trust Notification Forms as well as copies of returned checks. These represent 4 different entities including Don Jones Farm Inc., Don Jones Trucking Inc., Curtis Jones Farms LLC, and Kinsey Jones. Please note that Kinsey Jones split payment on an invoice with Curtis Jones Farms so it is included twice along with all invoices paid by all entities. Don Jones  Farm and Don Jones Trucking may also have paid for seperate parts of a single invoice. Totals paid by each are attached. All of these entities have not received payment for cattle from McClain Farms/Feedyard. Hard copies will be mailed tomorrow. If any party has any questions don't hesitate to contact me.

Thank you,
Curtis Jones


--
Curtis Jones Farms LLC
1720 W 13TH AVE
Emporia, KS 66801
(620) 340 - 7518



Date 4-26-23

**[NAME AND ADDRESS OF BUYER]** McClain Farms /Feedyard
824 Mullins Lane
Benton, KY 42025

This is to notify you that I have not been paid for livestock purchased by McClain Farms /Feedyard on the
dates and in the amounts as follows:

- Date    Please See Attached          Amount

- Date                                 Amount            **RECEIVED**
                                                         **April 27, 2023**
- Date                                 Amount            **USDA, AMS, FTPP,**
                                              **PACKERS & STOCKYARDS DIVISION**
- Date                                 Amount            **DES MOINES, IA**

As a cash seller of livestock, I request that   McClain Farms /Feedyard hold in trust for me the items required
to be held in trust under Dealer Statutory Trust and the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division Western
Regional Office at:

**Western Regional Office**
One Gateway Centre
3950 North Lewiston, Suite 200
Aurora, CO 80011

FAX 303-371-4609

Sincerely,

Signature: Don Jones

Title: President

Printed Name: Don Jones

Telephone Number: 620-341-3115

Company Name: Don Jones Farm, Inc.

Address: 2434 Road Y

Reading, Ks. 66868

cc: Packers and Stockyards Division, Western Regional Office

**NOTE: Please be sure to provide an original signed copy of this letter to both the Dealer and to the
Packers and Stockyards Division, Western Regional Office.**

469

Don Jones Farm Inc.

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

| Date | Amount |
|------|--------|
| 9/29/2022 | 772,732.91 |
| 10/18/2022 | 191,096.90 |
| 10/26/2022 | 286,017.78 |
| 11/9/2022 | 864,694.69 |
| 12/2/2022 | 578,077.93 |
| 12/29/2022 | 505,176.29 |
| 1/20/2023 | 703,618.60 |
| 2/3/2023 | 908,524.52 |
| 2/15/2023 | 928,896.65 |
| 3/8/2023 | 888,898.71 |
| 3/17/2023 | 441,404.16 |

A check from McClain Farms was deposited on 4/7/2023 for $1,377,159.85 for the cattle reference on the 9/29/2022 date, this was for their weight that they were then indicated to be sold for on that date. It was not discovered that the check had been returned until 4/11/2023 by us at the earliest.

470

# MCCLAIN FEEDYARD

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|-----------|------|
|           | 9/29/2022 |

| BILL TO |
|---------|
| DON JONES |

| CUSTOMER ID | TERMS |
|-------------|-------|
|             | Due Upon Receipt |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|-------------|---|-----|------------|--------|
| 255 H 103020# @186.50 | LOT 1036 | 103020 | 1.8650 | 192,132.30 |
| 253 H 103730# @186.50 | LOT 1037 | 103730 | 1.8650 | 193,456.45 |
| 499 H 207584# @186.50 | LOT 1039 | 207584 | 1.8650 | 387,144.16 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 772,732.91 |
| CHECK OFF | |
| TOTAL | $ 772,732.91 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

471

RECEIVED
April 27, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# MCCLAIN FEEDYARD

**INVOICE**

824 MULLINS LANE
BENTON KY 42025

| INVOICE # | DATE |
|---|---|
|  | 10/18/2022 |

| BILL TO |
|---|
| DON JONES |

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 249 H 104082# @183.50   *1049* | 104082 | 1.8350 | 190,990.47 |
| 254 H 104140# @183.50   *1051* | 104140 | 1.8350 | 191,096.90 |

*Thank you for your business!*

| SUBTOTAL | 382,087.37 |
|---|---|
| CHECK OFF |  |
| **TOTAL** | **$  382,087.37** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

472

# MCCLAIN FEEDYARD

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
|  | 10/26/2022 |

| BILL TO |
|---|
| **DON JONES** |

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 127 H 51816# @184 | 1062 | 51816 | 1.8400 | 95,341.44 |
| 372 H 155868# @183.50 | 1063 | 155868 | 1.8350 | 286,017.78 |

*Thank you for your business!*

| SUBTOTAL | 381,359.22 |
|---|---|
| CHECK OFF |  |
| TOTAL | $ 381,359.22 |

**IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT**
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

RECEIVED
April 27, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE
BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 11/9/2022 |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**BILL TO**

**DON JONES**

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 127 H 51943# @184.75 | 1081 | 51943 | 1.8475 | 95,964.69 |
| 125 H 52005# @184.75 | 1085 | 52005 | 1.8475 | 96,079.24 |
| 385 H 155925# @185 | 1084 | 155925 | 1.8500 | 288,461.25 |
| 253 H 103983# @185 | 1086 | 103983 | 1.8500 | 192,368.55 |
| 124 H 52080# @184.50 | 1087 | 52080 | 1.8450 | 96,087.60 |
| 123 H 52029# @184 | 1089 | 52029 | 1.8400 | 95,733.36 |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 864,694.69 |
| | CHECK OFF | |
| | **TOTAL** | **$ 864,694.69** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# MCCLAIN FEEDYARD

824 MULLINS LANE

BENTON KY 42025

# INVOICE

| INVOICE # | DATE |
|---|---|
| . | 12/2/2022 |

| BILL TO |
|---|
| DON JONES |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 388 H 155976# @185.50 | LOT 2106 | *1106* | 155976 | 1.8550 | 289,335.48 |
| 251 H 104165# @185 | LOT 2107 | *1107* | 104165 | 1.8500 | 192,705.25 |
| 126 H 51912# @185 | LOT 2108 | *1108* | 51912 | 1.8500 | 96,037.20 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 578,077.93 |
| CHECK OFF | |
| **TOTAL** | **$   578,077.93** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE
BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 12/29/2022 |

| BILL TO |
|---|
| DON JONES |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 383 H 155498# @195 | *1139* | 155498 | 1.9500 | 303,221.10 |
| 249 H 103833# @194.50 | *1140* | 103833 | 1.9450 | 201,955.19 |

*Thank you for your business!*

| | | |
|---|---|---|
| SUBTOTAL | | 505,176.29 |
| CHECK OFF | | |
| TOTAL | $ | 505,176.29 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

RECEIVED
April 27, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|-----------|------|
|           | 1/20/2023 |

| BILL TO |
|---------|
| DON JONES |

| CUSTOMER ID | TERMS |
|-------------|-------|
|             | Due Upon Receipt |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|-------------|--|-----|------------|--------|
| 254 H 103378# @194 | LOT 1155 | 103378 | 1.9400 | 200,553.32 |
| 381 H 155829# @194 | LOT 1156 | 155829 | 1.9400 | 302,308.26 |
| 129 H 51858# @194 | LOT 1157 | 51858 | 1.9400 | 100,604.52 |

*Thank you for your business!*

| | |
|--|--|
| SUBTOTAL | 603,466.10 |
| CHECK OFF | |
| TOTAL | $ 603,466.10 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

477

# MCCLAIN FEEDYARD

**RECEIVED
April 27, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|-----------|------|
|  | **1/20/2023** |

| BILL TO |
|---------|
| **DON JONES** |

| CUSTOMER ID | TERMS |
|-------------|-------|
|  | **Due Upon Receipt** |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|-------------|--|-----|------------|--------|
| 125 H 51625# @194.00 | LOT 1150 | 51625 | 1.9400 | 100,152.50 |

*Thank you for your business!*

| | |
|--|--|
| SUBTOTAL | 100,152.50 |
| CHECK OFF | |
| **TOTAL** | **$ 100,152.50** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

478

RECEIVED
April 27, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 2/3/2023 |

| BILL TO | CUSTOMER ID | TERMS |
|---|---|---|
| DON JONES | | Due Upon Receipt |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 637 H 259896# @194.50 | LOT 1182 | 259896 | 1.9450 | 505,497.72 |
| 380 H 155800# @194.00 | LOT 1183 | 155800 | 1.9400 | 302,252.00 |
| 124 H 52080# @193.50 | LOT 1184 | 52080 | 1.9350 | 100,774.80 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 908,524.52 |
| CHECK OFF | |
| TOTAL | $ 908,524.52 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

479

# MCCLAIN FEEDYARD

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 2/15/2023 |

| BILL TO |
|---|
| DON JONES |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 373 H 156287# @198 | LOT 1191 | 156287 | 1.9800 | 309,448.26 |
| 379 H 156148# @198 | LOT 1192 | 156148 | 1.9800 | 309,173.04 |
| 385 H 156310# @198.50 | LOT 1194 | 156310 | 1.9850 | 310,275.35 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 928,896.65 |
| CHECK OFF | |
| TOTAL | $ 928,896.65 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

480

# MCCLAIN FEEDYARD

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 3/8/2023 |

| BILL TO |
|---|
| DON JONES |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 376 H 156416# @213.50 | 1206 | 156416 | 2.1350 | 333,948.16 |
| 380 H 156180# @213.50 | 1207 | 156180 | 2.1350 | 333,444.30 |
| 250 H 103750# @213.50 | 1208 | 103750 | 2.1350 | 221,506.25 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 888,898.71 |
| CHECK OFF | |
| TOTAL | $ 888,898.71 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

481

# MCCLAIN FEEDYARD

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 3/17/2023 |

| BILL TO | | CUSTOMER ID | TERMS |
|---|---|---|---|
| DON JONES | | | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 370 H 155400# @213    1215 | 155400 | 2.1300 | 331,002.00 |
| 124 H 51832# @213    1216 | 51832 | 2.1300 | 110,402.16 |

| | SUBTOTAL | 441,404.16 |
|---|---|---|
| *Thank you for your business!* | CHECK OFF | |
| | **TOTAL** | **$  441,404.16** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

4676

**MCCLAIN FARMS INC**
824 MULLINS LANE
BENTON, KY 42025

**MECHANICS BANK**
COMMITMENT THAT LASTS GENERATIONS
PH: 800-797-6324

90-203/1211

4-6-23

PAY TO THE
ORDER OF ___ Don Some Farm, Inc. ___ $ 1,377,159.85

One Million three hundred twenty seven thousand One hundred fifty nine + 85/100 DOLLARS

MEMO Lot # 1036 - 1037 - 1039

Meagan Good

⑈004676⑈ ⑆121102036⑆     3070⑈

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Meyers, Alexis - MRP-AMS |
| **Sent:** | Thursday, April 27, 2023 8:42 AM |
| **To:** | Fast, Adam - MRP-AMS |
| **Cc:** | Jones, Thomas - MRP-AMS |
| **Subject:** | RE: [External Email]Re: McClain Farms and Feedyard |
| **Attachments:** | Curtis Jones Returned Check.pdf; Don Jones Front  Back Returned Check.pdf; Kinsey Jones.pdf; Don Jones Trucking.pdf; Curtis Jones Farms.pdf; Don Jones Farm Inc.pdf |

Please see attached 

Thank you,

Alexis Meyers
Legal Instruments Examiner
USDA, AMS, FTPP, Packers and Stockyards Division
210 Walnut St, Rm 317
Des Moines, IA 50309
Office Phone: 515-323-2584
Cell Phone: 515-776-7743
Fax: 515-323-2590
Alexis.Meyers@usda.gov

---

**From:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>
**Sent:** Thursday, April 27, 2023 8:23 AM
**To:** Meyers, Alexis - MRP-AMS <Alexis.Meyers@usda.gov>
**Cc:** Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>
**Subject:** FW: [External Email]Re: McClain Farms and Feedyard

Alexis,

Would you date stamp the attached and forward to Thomas?

Thanks,

Adam

---

**From:** Bott, Caleb - MRP-AMS <Caleb.H.Bott@usda.gov>
**Sent:** Thursday, April 27, 2023 7:28 AM
**To:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>
**Subject:** FW: [External Email]Re: McClain Farms and Feedyard

Here are a few more trust claims.

---

**From:** Curtis Jones <curtisjonesfarms@gmail.com>
**Sent:** Wednesday, April 26, 2023 6:22 PM
**To:** maebrooke627@gmail.com; Bott, Caleb - MRP-AMS <Caleb.H.Bott@usda.gov>

**Cc:** jsettles@lmaweb.com; Steve Hoard <shoard@mhba.com>
**Subject:** [External Email]Re: McClain Farms and Feedyard

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Hello,

Please find attached multiple Dealer Statutory Trust Notification Forms as well as copies of returned checks. These represent 4 different entities including Don Jones Farm Inc., Don Jones Trucking Inc., Curtis Jones Farms LLC, and Kinsey Jones. Please note that Kinsey Jones split payment on an invoice with Curtis Jones Farms so it is included twice along with all invoices paid by all entities. Don Jones  Farm and Don Jones Trucking may also have paid for seperate parts of a single invoice. Totals paid by each are attached. All of these entities have not received payment for cattle from McClain Farms/Feedyard. Hard copies will be mailed tomorrow. If any party has any questions don't hesitate to contact me.

Thank you,
Curtis Jones


--
Curtis Jones Farms LLC
1720 W 13TH AVE
Emporia, KS 66801
(620) 340 - 7518



**485**

Date  4-26-23

**[NAME AND ADDRESS OF BUYER]**  Mc Clain Farms / Feedyard
824 Mullins Lane
Benton, KY  42025

This is to notify you that I have not been paid for livestock purchased by  Mc Clain Farms / Feedyard  on the
dates and in the amounts as follows:

- Date  10 -12-22          Amount  190,990.47

- Date  10 -26-22          Amount  95,341.44

- Date  11-25 -22          Amount  385,488.76

- Date  12-12-22           Amount  579,012.47

As a cash seller of livestock, I request that  Mc Clain Farms/Feedyard  hold in trust for me the items required
to be held in trust under Dealer Statutory Trust and the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division Western
Regional Office at:

**Western Regional Office**                              **RECEIVED**
One Gateway Centre                                    **April 27, 2023**
3950 North Lewiston, Suite 200                  **USDA, AMS, FTPP,**
Aurora, CO 80011                          **PACKERS & STOCKYARDS DIVISION**
                                                   **DES MOINES, IA**

FAX 303-371-4609

Sincerely,

Signature: _____

Title: _____President_____

Printed Name: ____Don Jones____

Telephone Number: __620/341-3115__

Company Name: __Don Jones Trucking, Inc.__

Address: __2434 Road Y__
             __Reading, Ks. 66868__

cc: Packers and Stockyards Division, Western Regional Office

**NOTE: Please be sure to provide an original signed copy of this letter to both the Dealer and to the
Packers and Stockyards Division, Western Regional Office.**

# MCCLAIN FEEDYARD

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 10/18/2022 |

| BILL TO |
|---|
| DON JONES |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 249 H 104082# @183.50 | 1049 | 104082 | 1.8350 | 190,990.47 |
| 254 H 104140# @183.50 | 1051 | 104140 | 1.8350 | 191,096.90 |

*Thank you for your business!*

| SUBTOTAL | 382,087.37 |
|---|---|
| CHECK OFF | |
| TOTAL | $ 382,087.37 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 10/26/2022 |

| BILL TO |
|---|
| DON JONES |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 127 H 51816# @184 | 1062 | 51816 | 1.8400 | 95,341.44 |
| 372 H 155868# @183.50 | 1063 | 155868 | 1.8350 | 286,017.78 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 381,359.22 |
| CHECK OFF | |
| TOTAL | $ 381,359.22 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

488

# MCCLAIN FEEDYARD

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 11/25/2022 |

| BILL TO |
|---|
| DON JONES |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 127 H 52070# @185 | 1096 | 52070 | 1.8500 | 96,329.50 |
| 383 H 155881# @185.5 | 1097 | 155881 | 1.8550 | 289,159.26 |

*Thank you for your business!*

| SUBTOTAL | 385,488.76 |
|---|---|
| CHECK OFF | |
| TOTAL | $ 385,488.76 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

824 MULLINS LANE

BENTON KY 42025

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

# INVOICE

| INVOICE # | DATE |
|---|---|
| | 12/12/2022 |

| BILL TO | | CUSTOMER ID | TERMS |
|---|---|---|---|
| DON JONES | | | Due Upon Receipt |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 372 H 155868# @185.75 | LOT 1118 | 155868 | 1.8575 | 289,524.81 |
| 256 H 103936# @185.75 | LOT 1119 | 103936 | 1.8575 | 193,061.12 |
| 126 H 51912# @185.75 | LOT 1121 | 51912 | 1.8575 | 96,426.54 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 579,012.47 |
| CHECK OFF | |
| TOTAL | $ 579,012.47 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Meyers, Alexis - MRP-AMS |
| **Sent:** | Thursday, April 27, 2023 8:42 AM |
| **To:** | Fast, Adam - MRP-AMS |
| **Cc:** | Jones, Thomas - MRP-AMS |
| **Subject:** | RE: [External Email]Re: McClain Farms and Feedyard |
| **Attachments:** | Curtis Jones Returned Check.pdf; Don Jones Front  Back Returned Check.pdf; Kinsey Jones.pdf; Don Jones Trucking.pdf; Curtis Jones Farms.pdf; Don Jones Farm Inc.pdf |

Please see attached 

Thank you,

Alexis Meyers
Legal Instruments Examiner
USDA, AMS, FTPP, Packers and Stockyards Division
210 Walnut St, Rm 317
Des Moines, IA 50309
Office Phone: 515-323-2584
Cell Phone: 515-776-7743
Fax: 515-323-2590
Alexis.Meyers@usda.gov

---

**From:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>
**Sent:** Thursday, April 27, 2023 8:23 AM
**To:** Meyers, Alexis - MRP-AMS <Alexis.Meyers@usda.gov>
**Cc:** Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>
**Subject:** FW: [External Email]Re: McClain Farms and Feedyard

Alexis,

Would you date stamp the attached and forward to Thomas?

Thanks,

Adam

---

**From:** Bott, Caleb - MRP-AMS <Caleb.H.Bott@usda.gov>
**Sent:** Thursday, April 27, 2023 7:28 AM
**To:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>
**Subject:** FW: [External Email]Re: McClain Farms and Feedyard

Here are a few more trust claims.

---

**From:** Curtis Jones <curtisjonesfarms@gmail.com>
**Sent:** Wednesday, April 26, 2023 6:22 PM
**To:** maebrooke627@gmail.com; Bott, Caleb - MRP-AMS <Caleb.H.Bott@usda.gov>

**Cc:** jsettles@lmaweb.com; Steve Hoard <shoard@mhba.com>
**Subject:** [External Email]Re: McClain Farms and Feedyard

---

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

---

Hello,

Please find attached multiple Dealer Statutory Trust Notification Forms as well as copies of returned checks. These represent 4 different entities including Don Jones Farm Inc., Don Jones Trucking Inc., Curtis Jones Farms LLC, and Kinsey Jones. Please note that Kinsey Jones split payment on an invoice with Curtis Jones Farms so it is included twice along with all invoices paid by all entities. Don Jones  Farm and Don Jones Trucking may also have paid for seperate parts of a single invoice. Totals paid by each are attached. All of these entities have not received payment for cattle from McClain Farms/Feedyard. Hard copies will be mailed tomorrow. If any party has any questions don't hesitate to contact me.

Thank you,
Curtis Jones


--
Curtis Jones Farms LLC
1720 W 13TH AVE
Emporia, KS 66801
(620) 340 - 7518



**492**

Date _4-26-23_

**[NAME AND ADDRESS OF BUYER]**
McClain Farms /Feedyard
824 Mullins Lane
Benton, KY 42025

This is to notify you that I have not been paid for livestock purchased by _McClain Farms /Feedyard_ on the dates and in the amounts as follows:

- Date _12-29-22_        Amount _353,831.49_

- Date        Amount

- Date        Amount

- Date        Amount

As a cash seller of livestock, I request that _McClain Farms /Feedyard_ hold in trust for me the items required to be held in trust under Dealer Statutory Trust and the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division Western Regional Office at:

**Western Regional Office**
One Gateway Centre
3950 North Lewiston, Suite 200
Aurora, CO 80011

FAX 303-371-4609

**RECEIVED**
**April 27, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

Sincerely,

Signature: _Kinsey Jones_

Title: _Owner_

Printed Name: _Kinsey Jones_

Telephone Number: _620. 794.3634_

Company Name: _Kinsey Jones_

Address: _30308 S. Carlson Rd._
_Reading, KS 66868_

cc: Packers and Stockyards Division, Western Regional Office

**NOTE: Please be sure to provide an original signed copy of this letter to both the Dealer and to the Packers and Stockyards Division, Western Regional Office.**

493

# MCCLAIN FEEDYARD

RECEIVED
April 27, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
|  | 12/29/2022 |

| BILL TO |
|---|
| CURT & KINSEY JONES |

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 253 H 103477# @195 | 103477 | 1.9500 | 201,780.15 |
| 251 H 103914# @194.50 | 103914 | 1.9450 | 202,112.73 |
| 380 H 156180# @194.50 | 156180 | 1.9450 | 303,770.10 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 707,662.98 |
| CHECK OFF | |
| TOTAL | $ 707,662.98 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Meyers, Alexis - MRP-AMS |
| **Sent:** | Thursday, April 27, 2023 8:42 AM |
| **To:** | Fast, Adam - MRP-AMS |
| **Cc:** | Jones, Thomas - MRP-AMS |
| **Subject:** | RE: [External Email]Re: McClain Farms and Feedyard |
| **Attachments:** | Curtis Jones Returned Check.pdf; Don Jones Front  Back Returned Check.pdf; Kinsey Jones.pdf; Don Jones Trucking.pdf; Curtis Jones Farms.pdf; Don Jones Farm Inc.pdf |

Please see attached 

Thank you,

Alexis Meyers
Legal Instruments Examiner
USDA, AMS, FTPP, Packers and Stockyards Division
210 Walnut St, Rm 317
Des Moines, IA 50309
Office Phone: 515-323-2584
Cell Phone: 515-776-7743
Fax: 515-323-2590
Alexis.Meyers@usda.gov

---

**From:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>
**Sent:** Thursday, April 27, 2023 8:23 AM
**To:** Meyers, Alexis - MRP-AMS <Alexis.Meyers@usda.gov>
**Cc:** Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>
**Subject:** FW: [External Email]Re: McClain Farms and Feedyard

Alexis,

Would you date stamp the attached and forward to Thomas?

Thanks,

Adam

---

**From:** Bott, Caleb - MRP-AMS <Caleb.H.Bott@usda.gov>
**Sent:** Thursday, April 27, 2023 7:28 AM
**To:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>
**Subject:** FW: [External Email]Re: McClain Farms and Feedyard

Here are a few more trust claims.

---

**From:** Curtis Jones <curtisjonesfarms@gmail.com>
**Sent:** Wednesday, April 26, 2023 6:22 PM
**To:** maebrooke627@gmail.com; Bott, Caleb - MRP-AMS <Caleb.H.Bott@usda.gov>

**Cc:** jsettles@lmaweb.com; Steve Hoard <shoard@mhba.com>

**Subject:** [External Email]Re: McClain Farms and Feedyard

---

[External Email]

If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**

Use caution before clicking links or opening attachments.

Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

---

Hello,

Please find attached multiple Dealer Statutory Trust Notification Forms as well as copies of returned checks. These represent 4 different entities including Don Jones Farm Inc., Don Jones Trucking Inc., Curtis Jones Farms LLC, and Kinsey Jones. Please note that Kinsey Jones split payment on an invoice with Curtis Jones Farms so it is included twice along with all invoices paid by all entities. Don Jones  Farm and Don Jones Trucking may also have paid for seperate parts of a single invoice. Totals paid by each are attached. All of these entities have not received payment for cattle from McClain Farms/Feedyard. Hard copies will be mailed tomorrow. If any party has any questions don't hesitate to contact me.

Thank you,
Curtis Jones


--

Curtis Jones Farms LLC
1720 W 13TH AVE
Emporia, KS 66801
(620) 340 - 7518



RECEIVED
April 21, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS DIVISION
DES MOINES, IA

Case 23-02005-rlj   Doc 192-4   Filed 09/26/24   Entered 09/26/24 14:58:44   Desc
Appendix Pages 438 - 637   Page 60 of 200

# Dealer Trust Notification
## Section 318 (7 U.S.C 181-229)

McClain Farms, Inc.
824 Mullins Ln
Benton, KY 42025-4702

Date: 4/21/2023

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by McClain Farms, Inc. on the dates and in the amounts as follows:
I330 Steers  Black, Black White Face, Red, Red White Face with 1/8th to ½ Brahman a few smokes
219 Heifers Black,Black White Face, Red, Red White Face with 1/8th to ¼ Brahman
Delivered August 2, 2022   65 steers weighed 40,025lbs : 20 heifers 9,955 lbs
August 3,2022  37 steers 23,785 lbs: 42 heifers 25,355 lbs
August 4,2022  74 steers 49,140 lbs : 77 heifers 47,210 lbs
August 13, 2022 39 steers 23,665 lbs 8 heifers 4,755 lbs
August 19, 2022 82 steers 49,405 lbs : 50 heifers 26,375 lbs
October 10, 2022  33 steers 18,015 lbs : 28 heifers 15,275 lbs
Sold April 5, 2023  330 steers 282,810 lbs avg 857 $1.7405/lb $492,230.81 less feed, trucking, and check off  balance due $388,401.71
219 heifers 181,113 lbs avg 827 $1.6355/lb $296,210.31 less feed, trucking and check off  balance due $227,506.66
Cattle was owned by Hines Cattle Company LLC and Hines Farms LLC

As a cash seller of livestock, I request that you hold in trust for me the items required to be held in trust under the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division Midwestern Regional Office at:

Packers and Stockyards Division
Midwestern Regional Office
210 Walnut St, Room 317
Des Moines, IA 50309

Sincerely,

(SIGNATURE): _David Hines_

Claimant's Printed Name/Title: David Hines

Company Name (if Applicable): Hines Farms, LLC

Address: 1019 NE 90th Ave.

City, State, Zip: High Springs, FL 32643

Telephone Number(s): 352-258-5170

Email: david.hinesfarms@ outlook.com.

cc: Packers and Stockyards Division, Fair Trade Practices Program

Note: Make sure to provide a signed copy of this notification to both the Dealer and the Packers and Stockyards Division, Midwestern Regional Office.

497

RECEIVED
April 21, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS
DIVISION
DES MOINES, IA

Case 23-02005-rlj   Doc 192-4   Filed 09/26/24   Entered 09/26/24 14:58:44   Desc
Appendix Pages 438 - 637   Page 61 of 200

# Dealer Trust Notification
## Section 318 (7 U.S.C 181-229)

McClain Farms, Inc.
824 Mullins Ln
Benton, KY 42025-4702

Date: 4/21/2023

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by McClain Farms, Inc. on the dates and in the amounts as follows:
1330 Steers  Black, Black White Face, Red, Red White Face with 1/8th to ½ Brahman a few smokes
219 Heifers Black,Black White Face, Red, Red White Face with 1/8th to ¼ Brahman
Delivered August 2, 2022   65 steers weighed 40,025lbs : 20 heifers 9,955 lbs
August 3,2022  37 steers 23,785 lbs: 42 heifers 25,355 lbs
August 4,2022  74 steers 49,140 lbs : 77 heifers 47,210 lbs
August 13, 2022  39 steers 23,665 lbs 8 heifers 4,755 lbs
August 19, 2022  82 steers 49,405 lbs : 50 heifers 26,375 lbs
October 10, 2022  33 steers 18,015 lbs : 28 heifers 15,275 lbs
Sold April 5, 2023  330 steers 282,810 lbs avg 857  $1.7405/lb $492,230.81 less feed, trucking, and check off  balance due $388,401.71
219 heifers 181,113 lbs avg 827  $1.6355/lb $296,210.31 less feed, trucking and check off  balance due $227,506.66
Cattle was owned by Hines Cattle Company LLC and Hines Farms LLC

As a cash seller of livestock, I request that you hold in trust for me the items required to be held in trust under the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division Midwestern Regional Office at:

> Packers and Stockyards Division
> Midwestern Regional Office
> 210 Walnut St, Room 317
> Des Moines, IA 50309

Sincerely,

(SIGNATURE): Steven Hines
Claimant's Printed Name/Title: Steven Hines  CEO
Company Name (if Applicable): Hines Cattle Company LLC
Address: 12609 NW 298th St
City, State, Zip: High Springs, Fl 32643
Telephone Number(s): 352-258-5173
Email: steven.hines@diamond-r.com

cc: Packers and Stockyards Division, Fair Trade Practices Program

**Note: Make sure to provide a signed copy of this notification to both the Dealer and the Packers and Stockyards Division, Midwestern Regional Office.**

498

## Settlement Sheet
### MCCLAIN FARMS

SELLER: STEVEN HINES

| HEAD | SEX | WEIGHT | AVG | PRICE | TOTAL | |
|------|-----|--------|-----|-------|-------|---|
| 330 | ST | 282810 | 857 | 1.7405 | $492,230.81 | 5-Apr |
| | HF | | #DIV/0! | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $492,230.81 | |
| | | | | CHECK OFF | $330.00 | |
| | | | | TRUCKING | $24,976.13 | |
| | | | | FEED | $78,522.97 | |
| 330 | | 282810 | | TOTAL | $388,401.71 | |

RECEIVED
April 21, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS DIVISION
DES MOINES, IA

## Settlement Sheet
### MCCLAIN FARMS

SELLER: STEVEN HINES

| HEAD | SEX | WEIGHT | AVG | PRICE | TOTAL | 5-Apr |
|------|-----|--------|-----|-------|-------|-------|
| 219 | HF | 181113 | 827 | 1.6355 | $296,210.31 | |
| | HF | | #DIV/0! | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $0.00 | |
| | | | | | $296,210.31 | |
| | | | | CHECK OFF | $219.00 | |
| | | | | TRUCKING | $16,575.07 | |
| | | | | FEED | $51,909.58 | |
| 219 | | 181113 | | TOTAL | $227,506.66 | |

RECEIVED
April 21, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS DIVISION
DES MOINES, IA

RECEIVED
April 21, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

printouts of this message
and its attachments.



RECEIVED
April 21, 2023
USDA, AMS,
FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA



6:06                    LTE

❮ Sent   **Attached Copy of...**  ⌃  ⌄



McClain Farms Inc
624 Mullins Ln
Benton, KY 42025-4702

Mechanics Bank

7174

4/10/23

PAY TO THE ORDER OF  Hines Farms LLC                    $307,954.19

three hundred seven thousand nine hundred fifty-four and 19/100   DOLLARS

MEMO  calves                          Meagan Good

⑆007174⑈ ⑆121102036⑈          8070⑈

FTPP:0 Sequence:2019225 Serial:7174 TR:121102036 Account:     8070 Amount:$307,954.19
Date:04/13/2023 BOFDDate:20230413 BOFDSequence:2019225 BOFDRouting:63100688



FOR DEPOSIT ONLY
HINES FARMS, LLC
9746722201



**RECEIVED**
**May 11, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

April 18, 2023

Dear Bryan McClain/ McClain Feeders, Inc:

The check you presented to Hines Cattle Company, LLC in payment for 549 cattle (330 steers, 219 heifers) on April 5, 2023, drawn on the Mechanics Banks 121102036, check number 7174, in the amount of $307,954.18 has been returned marked, "insufficient funds".

A $9.00 returned check fee is also due. The total amount due, therefore is $307,963.18.

If full payment has not been received in TEN (10) days, this check will be refereed to the District Attorney's Office for prosecution.

Sincerely,

David Hines

Hines Farms, LLC

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

PRESS FIRMLY TO SEAL

**PRIORITY MAIL EXPRESS®**

*UNITED STATES POSTAL SERVICE®*

U.S. POSTAGE PAID
PME 2-DAY
HIGH SPRINGS, FL
32643
APR 18, 23
AMOUNT
**$28.75**
R2304E107313-06

RDC 07

42025

EI 144 613 336 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( 352-258- ) 5170

David Hines
Hines Farms LLC
1819 NE 90th Ave
High Springs, FL 32643

**DELIVERY OPTIONS** (Customer Use Only)

☑ SIGNATURE REQUIRED **Note:** The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( 270 903-5660 )

Bryan McClain
889 Mullins Ln.
Benton, Ky.

ZIP + 4® (U.S. ADDRESSES ONLY)  4 2 0 2 5 - 4 7 0 2

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

☆ PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT** (If applicable)

USPS Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code    32643
Scheduled Delivery Date (MM/DD/YY)  04/20/2023
Postage  $23.75

Date Accepted (MM/DD/YY)  04/18/23
Scheduled Delivery Time  ☑ 6:00 AM  ☐ 12 NOON
Insurance Fee  COD Fee

Time Accepted  3:24  ☐ AM ☑ PM
10:30 AM  ☐ 3:00 PM
Return Receipt Fee  Live Animal Transportation Fee

Special Handling/Fragile  Sunday/Holiday Premium Fee

Weight    lb.    ozs.    Acceptance Employee Initials
☐ Flat Rate
Total Postage & Fees  $ 28.75

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM    Employee Signature
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM    Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

PSN 7690-02-000-9996

**RECEIVED**
**May 11, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

EP13F July 2022
OD: 12 1/2 x 9 1/2

PRIORITY MAIL FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT


See Package Pickup,
the QR code.

SCAN FOR PICKUP

01000006

5846

**RECEIVED**
**May 11, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

April 18, 2023

Dear Bryan McClain/ McClain Feeders, Inc:

The check you presented to Hines Cattle Company, LLC in payment for 549 cattle (330 steers, 219 heifers) on April 5, 2023, drawn on the Mechanics Banks 121102036, check number 7173, in the amount of $297,954.18 has been returned marked, "insufficient funds".

A $9.00 returned check fee is also due. The total amount due, therefore is $297,963.18.

If full payment has not been received in TEN (10) days, this check will be refereed to the District Attorney's Office for prosecution.

Sincerely,

Steven Hines

Hines Cattle Company, LLC

505

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; May 2022; All rights reserved.

# UNITED STATES POSTAL SERVICE®

**RDC 07**

**42025**

$28.75
R2304E107313-06

EI 144 613 322 US

## PRIORITY MAIL EXPRESS®

### UNITED STATES POSTAL SERVICE®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 352 ) 258-5113

Nunes Cattle Company LLC
12609 NW 298th St
High Spring, Fl 32643

**DELIVERY OPTIONS** (Customer Use Only)

☑ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
   *Refer to USPS.com® or local Post Office™ for availability.*

TO: (PLEASE PRINT)

Bryan McClain
829 Mulline Lane
Benton, Ky 42025-4702

ZIP + 4® (U.S. ADDRESSES ONLY)

PHONE ( 270 ) 703-5060

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

➤ **PEEL FROM THIS CORNER**

---

## PAYMENT BY ACCOUNT (If applicable)

USPS® Corporate Acct. No.       Federal Agency Acct. No. or Postal Service™ Acct. No.

### ORIGIN (POSTAL SERVICE USE ONLY)

| | |
|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) 04/20/2023 |
| 32643 | |
| Date Accepted (MM/DD/YY) 04/18/2023 | Scheduled Delivery Time ☐ 12:00 Noon ☑ 3:00 PM |
| Time Accepted 3:21 | ☐ AM ☑ PM |

| Special Handling/Fragile | Sunday/Holiday Premium Fee |
|---|---|
| $ | $ |
| Weight | Flat Rate ☑ |
| ___ lbs ___ ozs | Acceptance Employee Initials |

### DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

**LABEL 11-B, MAY 2021**      PSN 7690-02-000-9996

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| | | Postage $28.75 | |
| | | Insurance Fee | COD Fee |
| | | $ | $ |
| | | Return Receipt Fee | Live Animal Transportation Fee |
| | | $ | $ |
| | | Total Postage & Fees | |
| | | $0 | $28.75 |







---

### RECEIVED
### May 11, 2023
### USDA, AMS, FTPP,
### PACKERS & STOCKYARDS DIVISION
### DES MOINES, IA

PS1 00001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**
**ONE RATE ■ ANY WEIGHT**

Schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP




## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Power, Jessica - MRP-AMS |
| **Sent:** | Friday, May 12, 2023 4:25 AM |
| **To:** | Meyers, Alexis - MRP-AMS |
| **Cc:** | Jones, Thomas - MRP-AMS; Fast, Adam - MRP-AMS |
| **Subject:** | FW: [External Email]FW: MOre Trust Claims Needed |
| **Attachments:** | Reinert Hay Co 4.24.23 $63,211.10.pdf; Hines notice 4.18.23 $307,963.18.pdf; Hines notice 4.18.23 $297,963.18.pdf |

Alexis,

You can date stamp with 5/11/2023 as I received this after hours last night.   Not sure these will be considered as Trust claims as they were missing Trust Notifications.

Thanks
Jessi

**From:** jill@princewillcutt.com <jill@princewillcutt.com>
**Sent:** Thursday, May 11, 2023 5:07 PM
**To:** Power, Jessica - MRP-AMS <Jessica.L.Power@usda.gov>
**Subject:** [External Email]FW: MOre Trust Claims Needed

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

No Dealer Trust Notifications were sent with these attachments.  The Hines notices were for returned checks.  The Reinert letter was giving notice of their intent to file a lien under Chapter 188 of the Texas Ag Code.

Best regards,

Jill A. Denton
Legal Assistant
PRINCE & WILLCUTT, P.S.C.
1005 Main Street
P. O. Box 466
Benton, KY  42025-0466
jill@princewillcutt.com
Phone: (270) 527-8612
Fax: (270) 527-0916

Due to the unreliability of email messages, and the high possibility of email being overlooked or lost, you should never assume that we receive your message.  Information or questions concerning legal matters are best transmitted in person, by U.S. postal service or by telephone.

**\*\*Confidentiality Notice\*\***
This e-mail and the documents accompanying this transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individuals or entities named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution or the taking of any action in reliance on the contents of this e-mailed information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address above. The transmission is to be deleted and any items that may have been printed are to be destroyed. Thank you for your compliance.

**From:** jill@princewillcutt.com <jill@princewillcutt.com>
**Sent:** Thursday, May 11, 2023 3:51 PM
**To:** 'Power, Jessica - MRP-AMS' <Jessica.L.Power@usda.gov>
**Subject:** RE: MOre Trust Claims Needed

Don't apologize.  That's the whole reason we provided our list to you.  Give me a few minutes to find my scans on these and I'll send them to you.  —Jill

**From:** Power, Jessica - MRP-AMS <Jessica.L.Power@usda.gov>
**Sent:** Thursday, May 11, 2023 3:36 PM
**To:** jill@princewillcutt.com
**Cc:** Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>
**Subject:** MOre Trust Claims Needed

Jill,

Sorry to keep bothering you today.  The following we either are missing or don't have documentation reflecting the same amount on the claims list you sent for our review.  Could we get copies of these as well. So sorry about this.
David Hines - $307,963.18
Steven Hines - $297,963.18
Reinert Hay Company - $12,079.85 & $63,211.10

Thanks in advance,
Jessi



Jessica L. Power, CFE   ·   Kentucky Resident Agent
USDA AMS FTPP   ·   Packers and Stockyards Division
210 Walnut Street, Rm 317  ·  Des Moines, IA  50309
*Cell:*  (859) 321-7907  ·  *Fax:*  (515) 323-2590

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.



**NAMANHOWELL**
**SMITH&LEE**ᴾˡˡᶜ
ATTORNEYS AT LAW

David L. LeBas
Direct Dial: (512) 807-2460
dlebas@namanhowell.com

8310 N. Capital of Texas
Highway, Suite 490
Austin, Texas 78731
(512) 479-0300
Fax (512) 474-1901

Offices in:

· Austin

· Fort Worth

· San Antonio

· Waco

www.namanhowell.com

April 27, 2023

**Via CMRRR 7018 3090 0002 2930 3359**
McClain Feed Yard, Inc.
320 Schley Street
Hereford, Texas  79045

**Via CMRRR 7018 3090 0002 2930 3373**
7M Feeders, Inc.
4010 FM 1057
Hereford, Texas  79045

**Via CMRRR 7018 3090 0002 2930 3397**
McClain Farms, Inc.
3231 Vanzora Rd.
Benton, Kentucky  42025

**Via CMRRR 7018 3090 0002 2930 3366**
Riley Livestock Inc.
250 Brittian Rd.
Mayfield, Kentucky  42066

**Via CMRRR 7018 3090 0002 2930 3380**
Brian McClain
824 Mullins Lane
Benton, Kentucky  42025

**Via CMRRR 7018 3090 0002 2930 3403**
**Via Fax 303-371-4609**
**And Via Email to PSDDenverCO@usda.gov**
USDA Agricultural Marketing Service
Packers & Stockyards Division, Fair Trade Practices Program
Western Regional Office
One Gateway Center
3950 North Lewiston Street, Suite 200
Aurora, CO 80011-1556

**RECEIVED**
Apr 28, 2023

By Zachary Reding
**USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE**

Addressees
April 27, 2023
Page 2

RE:    **Dealer Trust Notification – Thorlakson Diamond T Feeders, L.P.**

Dear Addressees:

This letter transmits a Dealer Trust Notification, Section 318 – Packers and Stockyards Act with Exhibit A from Thorlakson Diamond T Feeders, L.P.

If you should have any questions, please do not hesitate to call.

Thank you for your assistance.

Sincerely,

NAMAN HOWELL SMITH & LEE, PLLC

By:    David LeBas

DLL/ja
Attachments

<table>
<tr><td>**RECEIVED**</td></tr>
<tr><td>Apr 28, 2023</td></tr>
<tr><td>By Zachary Reding<br>**USDA, AMS, FTPP, PSD**<br>**WESTERN REGIONAL OFFICE**</td></tr>
</table>

RECEIVED

Apr 28, 2023

By Zachary Reding
USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

# Dealer Trust Notification
## Section 318 - Packers and Stockyards Act

Date: April 26, 2023

McClain Feed Yard, Inc.
320 Schley Street
Hereford, Texas 79045

7M Feeders, Inc.
4010 FM 1057
Hereford, Texas 79045

McClain Farms, Inc.
3231 Vanzora Rd.
Benton, Kentucky 42025

Riley Livestock, Inc.
250 Brittian Rd
Mayfield, Kentucky 42066

Brian McClain
824 Mullins Lane
Benton, Kentucky 42025

To the Addressees:

We are the owners of the cattle described below that were in the possession of one or more of the following: McClain Feed Yard, Inc.; 7M Feeders, Inc.; McClain Farms, Inc.; Brian McClain. We are not certain about the disposition of these cattle at this time, but it is possible that these entities or that Riley Livestock, Inc. purchased them. This notification provides notice to you that we have not been paid for the cattle listed on Exhibit A, attached and incorporated by reference.

To the extent the transactions involving these cattle were or constituted cash sales, we request that you hold in trust for the undersigned the assets required to be held in trust under the Packers and Stockyards Act. This notice is for the full amount due for the livestock sold. If these calculations are in error or if the estimates are incorrect, due to lack of settlement records, this notice will be for the actual amount due for the livestock sales noted above.

As required by law, I am forwarding a copy of this letter to the Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division Regional Office located at 3950 Lewiston Street, Suite 200, Aurora, CO 80011-1556.

Sincerely,

(SIGNATURE): _____

Claimant's Printed Name/Title: Thomas Thorlakson, Vice President
Company Name (if Applicable): Thorlakson Diamond T Feeders, L.P.
Address: 2548 CR 15
City, State, Zip:  Friona, Texas 79035
Telephone Number(s):  403-948-5434 (Office); 403-999-3156 (Cell); 403-948-2992 (Fax)
Email: tom@tfyinc.com

cc:  Packers and Stockyards Division, Fair Trade Practices Program
Western Regional Office

4859-1094-3327, v. 1

One Gateway Centre
3950 North Lewiston, Suite 200
Aurora, CO 80011
Telephone 303-375-4240
FAX 303-371-4609
PSDDenverCO@usda.gov

RECEIVED
Apr 28, 2023

By Zachary Reding
USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE

| Lot ID | Arrival Date | Sex | Head In | Ave. Weight | $/CWT | Total Weight | Total in Cost |
|--------|--------------|-----|---------|-------------|-------|--------------|---------------|
| 948 | 11/18/2022 | H | 113 | 452 | $ 175.28 | 51025 | $  89,436.62 |
| 945 | 11/25/2022 | H | 235 | 585 | $ 163.22 | 137381 | $ 224,233.27 |
| 946 | 11/25/2022 | H | 408 | 587 | $ 163.14 | 239292 | $ 390,380.97 |
| 951 | 11/29/2022 | H | 502 | 591 | $ 162.05 | 296732 | $ 480,854.21 |
| 952 | 11/29/2022 | H | 500 | 583 | $ 162.30 | 291300 | $ 472,779.90 |
| 953 | 11/29/2022 | H | 496 | 589 | $ 162.05 | 292094 | $ 473,338.33 |
| 956 | 11/29/2022 | H | 522 | 583 | $ 163.00 | 304326 | $ 496,051.38 |
| 957 | 11/29/2022 | H | 476 | 587 | $ 162.50 | 279507 | $ 454,198.00 |
| 1510 | 1/12/2023 | H | 378 | 587 | $ 176.30 | 222037 | $ 391,451.23 |
| 1518 | 1/12/2023 | H | 426 | 506 | $ 176.80 | 215596 | $ 381,173.73 |
| 1517 | 1/12/2023 | H | 437 | 588 | $ 176.86 | 256998 | $ 454,526.66 |
| 1511 | 1/12/2023 | H | 284 | 590 | $ 176.45 | 167446 | $ 295,458.47 |
| 1514 | 1/12/2023 | H | 435 | 588 | $ 167.65 | 255824 | $ 428,888.94 |
| 1513 | 1/12/2023 | H | 348 | 593 | $ 167.56 | 206190 | $ 345,491.96 |
| 1531 | 1/12/2023 | H | 379 | 587 | $ 167.88 | 222321 | $ 373,232.49 |
| 1529 | 1/12/2023 | H | 270 | 578 | $ 168.07 | 156087 | $ 262,335.42 |
| 1528 | 1/12/2023 | H | 272 | 591 | $ 167.85 | 160834 | $ 269,959.87 |
| 1525 | 1/12/2023 | H | 401 | 573 | $ 168.14 | 229693 | $ 386,205.81 |
| 1526 | 1/12/2023 | H | 369 | 594 | $ 167.80 | 219260 | $ 367,918.28 |
| 1527 | 1/12/2023 | H | 109 | 583 | $ 167.95 | 63580 | $ 106,782.61 |
|  | 3/12/2023 | H | 229 | 586 | $ 189.46 | 134263 | $ 254,374.68 |
|  | 3/12/2023 | H | 415 | 592 | $ 189.31 | 245846 | $ 465,411.06 |
|  | 3/12/2023 | H | 246 | 579 | $ 190.07 | 142483 | $ 270,817.44 |
|  | 3/18/2023 | H | 186 | 586 | $ 192.75 | 108996 | $ 210,089.79 |
|  | 3/18/2023 | H | 311 | 593 | $ 192.65 | 184360 | $ 355,169.54 |
|  | 3/18/2023 | H | 309 | 591 | $ 192.82 | 182526 | $ 351,946.63 |
|  | 3/18/2023 | H | 458 | 589 | $ 191.74 | 269854 | $ 517,418.06 |
|  | 3/18/2023 | H | 379 | 587 | $ 191.90 | 222586 | $ 427,142.53 |
| Totals |  |  | 9893 |  | 4894 | 5758437 | 9997068 |

RECEIVED
Apr 28, 2023

By Zachary Reding
USDA, AMS, FTPP, PSD
WESTERN REGIONAL OFFICE



EXHIBIT
A

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement.  The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _113_ head of heifer calves at a total weight of _51025_ lbs. at a price of _175.28_ per pound. They are lots ____948____ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ _89,436.62_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _152.84_ per lb. at an average weight of _775_ lbs.

Tom Thorlakson                                          Brian McClain

_____                           _____

Thorlakson Diamond T Feeders LP     McClain Feedyard's/7M Feeders

Date Signed   _Dec 1, 2022_

514

948

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025                    **BILL TO:**  TOM THORLAKSON

11/18/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 113 | H | 51025 | 1.7528 | $89,436.62 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 113 | | | | $89,436.62 |

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025                    945 **BILL TO:** TOM THORLAKSON

11/25/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 235 | H | 137381 | 1.6322 | $224,233.27 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 235 | | | | $224,233.27 |

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement.  The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _235_ head of heifer calves at a total weight of _137,138'_ lbs. at a price of _163.82_ per pound. They are lots _945_ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $_224,233.27_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _157.81'_ per lb. at an average weight of _775_ lbs.

Tom Thorlakson

Brian McClain

Thorlakson Diamond T Feeders LP        McClain Feedyard's/7M Feeders

Date Signed   Dec 1, 2022

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025                946 **BILL TO:** TOM THORLAKSON

11/25/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 408 | H | 239292 | 1.6314 | $390,380.97 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 408 |  |  |  | $390,380.97 |

518

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement. The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _408_ head of heifer calves at a total weight of _237,272_ lbs. at a price of _163.14_ per pound. They are lots _946_ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ _390,330.99_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _160.01_ per lb. at an average weight of _775_ lbs.

Tom Thorlakson

Brian McClain

Thorlakson Diamond T Feeders LP        McClain Feedyard's/7M Feeders

Date Signed    _Dec 1, 2022_

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

951 BILL TO:  TOM THORLAKSON

11/29/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 502  | H   | 296732 | 1.6205   | $480,854.21 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | |
| 502  |     |        |          | $480,854.21 |

520

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement. The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _5C2_ head of heifer calves at a total weight of _296,732_ lbs. at a price of _162.05_ per pound. They are lots _951_ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ _480,854.01_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _159.00_ per lb. at an average weight of _775_ lbs.


Tom Thorlakson                                          Brian McClain

*Tom Thorlakson (signature)*                           *Brian McClain (signature)*

Thorlakson Diamond T Feeders LP         McClain Feedyard's/7M Feeders

Date Signed _Dec 1, 2022_

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025          952 **BILL TO:**  TOM THORLAKSON

11/29/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 500 | H | 291300 | 1.623 | $472,779.90 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 500 | | | | $472,779.90 |

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement. The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _500_ head of heifer calves at a total weight of _271,300_ lbs. at a price of _162.30_ per pound. They are lots _952_ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ _473,779.20_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _158.92_ per lb. at an average weight of _775_ lbs.

Tom Thorlakson

*Tom Thll*

Thorlakson Diamond T Feeders LP

Date Signed _Dec 1, 2022_

Brian McClain

*n mll*

McClain Feedyard's/7M Feeders

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025                           953 **BILL TO:** TOM THORLAKSON

11/29/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 496 | H | 292094 | 1.6205 | $473,338.33 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 496 | | | | $473,338.33 |

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement. The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _446_ head of heifer calves at a total weight of _2920⁴_ lbs. at a price of _162.05_ per pound. They are lots _953_ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ _473,338.³³_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _159.36_ per lb. at an average weight of _775_ lbs.

Tom Thorlakson

_(signature)_

Thorlakson Diamond T Feeders LP

Date Signed _Dec 1, 2022_

Brian McClain

_(signature)_

McClain Feedyard's/7M Feeders

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025                 95¢ **BILL TO:**  TOM THORLAKSON

11/29/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 522 | H | 304326 | 1.63 | $496,051.38 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 522 | | | | $496,051.38 |

# Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement.  The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _522_ head of heifer calves at a total weight of _304,326_ lbs. at a price of _163_ per pound. They are lots _956_ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ _496,051,38_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _159,51_ per lb. at an average weight of _775_ lbs.


Tom Thorlakson

_[signature]_

**Thorlakson Diamond T Feeders LP**

Date Signed _Dec 1, 2022_


Brian McClain

_[signature]_

**McClain Feedyard's/7M Feeders**

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025          957 **BILL TO:** TOM THORLAKSON

11/29/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 476 | H | 279507 | 1.625 | $454,198.88 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 476 | | | | $454,198.88 |

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement.  The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for __476__ head of heifer calves at a total weight of __279,507__ lbs. at a price of __162.50__ per pound. They are lots __957__ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ __454,198.00__ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ __159.68__ per lb. at an average weight of __775__ lbs.


Tom Thorlakson

_____

Thorlakson Diamond T Feeders LP

Date Signed __Dec 1, 2022__


Brian McClain

_____

McClain Feedyard's/7M Feeders

1510

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025                    BILL TO: TOM THORLAKSON

1/12/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 378 | H | 222037 | 1.763 | $391,451.23 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 378 | | | | $391,451.23 |

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement. The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _378_ head of heifer calves at a total weight of _222,037_ lbs. at a price of _176.30_ per pound. They are lots _1510_ and located at 7M feeders or McClain feeders. Total cost for this group of calves is $ _391,451.23_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _171.13_ per lb. at an average weight of _775_ lbs.


Tom Thorlakson                                      Brian McClain

_____                      _____

Thorlakson Diamond T Feeders LP        McClain Feedyard's/7M Feeders

Date Signed _March 1, 2023_

1510

# MCCLAIN FEEDYARD

**INVOICE**

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 2/16/2023 |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**BILL TO**

TOM THORLAKSON

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 426 H 251596# @176.80 | 215596 | 1.7680 | 381,173.73 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 381,173.73 |
| CHECK OFF | |
| TOTAL | $ 381,173.73 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement. The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _426_ head of heifer calves at a total weight of _215,596_ lbs. at a price of _1.80_ per pound. They are lots _1518_ and located at 7M feeders or McClain feeders.
Total cost for this group of calves is $ _381,173.73_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _160.95_ per lb. at an average weight of _775_ lbs.


Tom Thorlakson

_(signature)_

**Thorlakson Diamond T Feeders LP**

Date Signed _March 1, 2023_


Brian McClain

_(signature)_

**McClain Feedyard's/7M Feeders**

1517

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 2/16/2023 |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**BILL TO**

TOM THORLAKSON

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 437 H 256998# @176.86 | 256998 | 1.7686 | 454,526.66 |

*Thank you for your business!*

| | | |
|---|---|---|
| SUBTOTAL | | 454,526.66 |
| CHECK OFF | | |
| TOTAL | $ | 454,526.66 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement.  The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _437_ head of heifer calves at a total weight of _256,998_ lbs. at a price of _176.06_ per pound. They are lots _1517_ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ _454,526.66_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _171.66_ per lb. at an average weight of _775_ lbs.


Tom Thorlakson

_____

Thorlakson Diamond T Feeders LP

Date Signed _March 1, 2023_

Brian McClain

_____

McClain Feedyard's/7M Feeders

535

151

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY, 42025          BILL TO:  TOM THORLAKSON

1/12/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 284 | H | 167446 | 1.7645 | $295,458.47 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 284 | | | | $295,458.47 |

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement. The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for **284** head of heifer calves at a total weight of **167,446** lbs. at a price of **176.45** per pound. They are lots **1511** and located at 7M feeders or McClain feeders. Total cost for this group of calves is $ **295,458.47** which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ **171.53** per lb. at an average weight of **775** lbs.

Tom Thorlakson

_Tom Thorlakson (signature)_

**Thorlakson Diamond T Feeders LP**

Brian McClain

_Brian McClain (signature)_

**McClain Feedyard's/7M Feeders**

Date Signed **March 1, 2023**

537

1514

# MCCLAIN FEEDYARD

824 MULLINS LANE

BENTON KY 42025

# INVOICE

| INVOICE # | DATE |
|---|---|
|  | 1/12/2023 |

| BILL TO |
|---|
| TOM THORLAKSON |

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 435'H 255824# @167.65 | 255824 | 1.6765 | 428,888.94 |

|  | SUBTOTAL | 428,888.94 |
|---|---|---|
| Thank you for your business! | CHECK OFF |  |
|  | TOTAL $ | 428,888.94 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement. The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for 435 head of heifer calves at a total weight of 255,824 lbs. at a price of 167.65 per pound. They are lots 1514 and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ 428,888.94 which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $163.94 per lb. at an average weight of 775 lbs.

Tom Thorlakson

*Tom Thorlakson (signature)*

Thorlakson Diamond T Feeders LP

Date Signed  March 1, 2023

Brian McClain

*Brian McClain (signature)*

McClain Feedyard's/7M Feeders

539

1513

# MCCLAIN FEEDYARD

**824 MULLINS LANE**

**BENTON KY 42025**

# INVOICE

| INVOICE # | DATE |
|---|---|
| | 1/12/2023 |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**BILL TO**

TOM THORLAKSON

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 348 H 206190# @167.56 | 206190 | 1.6756 | 345,491.96 |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 345,491.96 |
| | CHECK OFF | |
| | TOTAL | $  345,491.96 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement.  The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for 348 head of heifer calves at a total weight of 206190 lbs. at a price of 167.56 per pound. They are lots 1513 and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ 345,496.96 which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ 164.37 per lb. at an average weight of 775 lbs.


Tom Thorlakson

Thorlakson Diamond T Feeders LP

Date Signed March 1, 2023

Brian McClain

McClain Feedyard's/7M Feeders

541

1531

# MCCLAIN FEEDYARD

**824 MULLINS LANE**

**BENTON KY 42025**

# INVOICE

| INVOICE # | DATE |
|---|---|
| | ~~3/15/2023~~ 1/12/23 |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**BILL TO**

TOM THORLAKSON

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 379 H 222321# @167.88 | 222321 | 1.6788 | 373,232.49 |

Thank you for your business!

| | |
|---|---|
| SUBTOTAL | 373,232.49 |
| CHECK OFF | |
| TOTAL | $ 373,232.49 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

542

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement. The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _379_ head of heifer calves at a total weight of _222,321_ lbs. at a price of _167.80_ per pound. They are lots _1531_ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ _373,232.44_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _163.95_ per lb. at an average weight of _775_ lbs.

Tom Thorlakson

_[signature]_

Thorlakson Diamond T Feeders LP

Date Signed _March 1, 2023_

Brian McClain

_[signature]_

McClain Feedyard's/7M Feeders

543

1529

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|-----------|------|
|           | ~~3/2/2023~~ 1/12/23 |

| BILL TO | |
|---------|--|
| TOM THORLAKSON | |

| CUSTOMER ID | TERMS |
|-------------|-------|
|             | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|------------|--------|
| 270 H 156087# @168.07 | 156087 | 1.6807 | 262,335.42 |

*Thank you for your business!*

| | | |
|--|--|--|
| SUBTOTAL | | 262,335.42 |
| CHECK OFF | | |
| TOTAL | $ | 262,335.42 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

544

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement. The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _270_ head of heifer calves at a total weight of _156,087_ lbs. at a price of _168.07_ per pound. They are lots _1529_ and located at 7M feeders or McClain feeders. Total cost for this group of calves is $_262,335.42_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $_163.11_ per lb. at an average weight of _775_ lbs.

Tom Thorlakson

Brian McClain

Thorlakson Diamond T Feeders LP    McClain Feedyard's/7M Feeders

Date Signed _March 1, 2023_

1528

# MCCLAIN FEEDYARD

**824 MULLINS LANE**

**BENTON KY 42025**

# INVOICE

| INVOICE # | DATE |
|---|---|
| | ~~3/2/2023~~ 1/12/23 |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**BILL TO**

TOM THORLAKSON

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 272 H 160834# @167.85 | 160834 | 1.6785 | 269,959.87 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 269,959.87 |
| CHECK OFF | |
| TOTAL | $ 269,959.87 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement. The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _272_ head of heifer calves at a total weight of _160,834_ lbs. at a price of _167,85_ per pound. They are lots _1528_ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ _269,959.87_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _164,48_ per lb. at an average weight of _775_ lbs.


Tom Thorlakson                                          Brian McClain

_[signature]_                                          _[signature]_

Thorlakson Diamond T Feeders LP        McClain Feedyard's/7M Feeders

Date Signed _March 1, 2023_

1525

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|-----------|------|
|           | 1/12/2023 |

| CUSTOMER ID | TERMS |
|-------------|-------|
|             | Due Upon Receipt |

**BILL TO**

TOM THORLAKSON

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|------------|--------|
| 401 H 229693# @168.14 | 229693 | 1.6814 | 386,205.81 |

| | | |
|--|--|--|
| *Thank you for your business!* | SUBTOTAL | 386,205.81 |
| | CHECK OFF | |
| | TOTAL | $  386,205.81 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement. The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _401_ head of heifer calves at a total weight of _229693_ lbs. at a price of _168.14_ per pound. They are lots _1525_ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $_386,205.81_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _162.54_ per lb. at an average weight of _775_ lbs.


Tom Thorlakson                                          Brian McClain

_Tom Thell_                                          _2 Mcl_

**Thorlakson Diamond T Feeders LP**      **McClain Feedyard's/7M Feeders**

Date Signed _March 1, 2023_

549

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement.  The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _369_ head of heifer calves at a total weight of _219,260_ lbs. at a price of _167.80_ per pound. They are lots _1526_ and located at 7M feeders or McClain feeders. Total cost for this group of calves is $ _367,918.20_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _164.78_ per lb. at an average weight of _775_ lbs.

Tom Thorlakson

Brian McClain

Thorlakson Diamond T Feeders LP        McClain Feedyard's/7M Feeders

Date Signed _March 1, 2023_

550

# MCCLAIN FEEDYARD

824 MULLINS LANE
BENTON KY 42025

# INVOICE

| INVOICE # | DATE |
|-----------|------|
|           | 1/12/2023 |

| BILL TO |
|---------|
| TOM THORLAKSON |

| CUSTOMER ID | TERMS |
|-------------|-------|
|             | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|-----------|--------|
| 369 H 219260# @167.80 | 219260 | 1.6780 | 367,918.28 |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 367,918.28 |
| | CHECK OFF | |
| | TOTAL | $ 367,918.28 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

1527

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 1/12/2023 |

| BILL TO |
|---|
| TOM THORLAKSON |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 109 H 63580# @167.95 | 63580 | 1.6795 | 106,782.61 |

*Thank you for your business!*

| | | |
|---|---|---|
| SUBTOTAL | | 106,782.61 |
| CHECK OFF | | |
| TOTAL | $ | 106,782.61 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement.  The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _109_ head of heifer calves at a total weight of _63,580_ lbs. at a price of _167.95_ per pound. They are lots _1527_ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ _106,782.61_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _163.62_ per lb. at an average weight of _775_ lbs.


Tom Thorlakson                                              Brian McClain

_Tom Thll_                                                 _n Mcb_

Thorlakson Diamond T Feeders LP        McClain Feedyard's/7M Feeders

Date Signed _March 1, 2023_

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 3/12/2023 |

| BILL TO |
|---|
| TOM THORLAKSON |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 229 H 134263# @189.46 | 134263 | 1.8946 | 254,374.68 |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 254,374.68 |
| | CHECK OFF | |
| | TOTAL $ | 254,374.68 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 3/12/2023 |

| **BILL TO** |
|---|
| TOM THORLAKSON |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 415 H 245846# @189.31 | 245846 | 1.8931 | 465,411.06 |

| | | | |
|---|---|---|---|
| *Thank you for your business!* | **SUBTOTAL** | | 465,411.06 |
| | **CHECK OFF** | | |
| | **TOTAL** | $ | 465,411.06 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 3/12/2023 |

**BILL TO**

TOM THORLAKSON

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 246 H 142483# @190.07 | 142483 | 1.9007 | 270,817.44 |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |

| *Thank you for your business!* | SUBTOTAL | 270,817.44 |
|---|---|---|
| | CHECK OFF | |
| | TOTAL | $ 270,817.44 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

MCCLAIN FEEDYARD INC.

824 MULLINS LANE

BENTON KY. 42025

BILL TO: TOM THORLAKSON

3/18/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 186  | H   | 108996 | 1.9275   | $210,089.79 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
| 186  |     |        |          | $210,089.79 |

557

MCCLAIN FEEDYARD INC.

824 MULLINS LANE

BENTON KY. 42025            **BILL TO:** TOM THORLAKSON

3/18/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 311 | H | 184360 | 1.9265 | $355,169.54 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 311 | | | | $355,169.54 |

MCCLAIN FEEDYARD INC.

824 MULLINS LANE

BENTON KY. 42025          BILL TO: TOM THORLAKSON

3/18/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 309 | H | 182526 | 1.9282 | $351,946.63 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 309 | | | | $351,946.63 |

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

**BILL TO:** TOM THORLAKSON

3/18/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 458 | H | 269854 | 1.9174 | $517,418.06 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 458 | | | | $517,418.06 |

MCCLAIN FEEDYARD INC.

824 MULLINS LANE

BENTON KY. 42025                    **BILL TO:** TOM THORLAKSON

3/18/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 379 | H | 222586 | 1.919 | $427,142.53 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 379 | | | | $427,142.53 |

## MCCLAIN FEEDYARD

### THORLAKSON INVENTORY                    1/31/2023

| DATE IN | WT IN | CURRENT WT | SEX | CURRENT CHARGES | HEAD | LOT |
|---|---|---|---|---|---|---|
| 11/1/2022 | 605 | 792 | S | 83064.84 | 470 | 901 |
| 11/1/2022 | 597 | 784 | H | 32025.99 | 182 | 902 |
| 11/3/2022 | 578 | 760 | H | 14237.4 | 83 | 910 |
| 11/3/2022 | 588 | 770 | S | 17392.61 | 102 | 911 |
| 11/4/2022 | 582 | 762 | S | 17975.27 | 106 | 919 |
| 11/4/2022 | 584 | 764 | S | 17805.69 | 105 | 920 |
| 11/5/2022 | 594 | 772 | S | 11445.54 | 68 | 905 |
| 11/6/2022 | 591 | 767 | H | 13753.43 | 83 | 3597 |
| 11/10/2022 | 584 | 752 | S | 9116.48 | 58 | 916 |
| 11/10/2022 | 586 | 766 | H | 20424.96 | 120 | 904 |
| 11/10/2022 | 598 | 778 | S | 75742.56 | 445 | 914 |
| 11/10/2022 | 581 | 761 | H | 16696.26 | 98 | 3602 |
| 11/11/2022 | 590 | 755 | H | 16972.95 | 91 | 913 |
| 11/11/2022 | 586 | 745 | H | 12481.72 | 83 | 915 |
| 11/11/2022 | 583 | 743 | H | 13962.29 | 86 | 3605 |
| 11/12/2022 | 585 | 746 | H | 29226.78 | 188 | 920 |
| 11/14/2022 | 592 | 752 | H | 10956.72 | 71 | 924 |
| 11/15/2022 | 593 | 753 | H | 9985.53 | 66 | 3608 |
| 11/18/2022 | 451 | 611 | H | 17257.38 | 113 | 948 |
| 11/18/2022 | 601 | 752 | H | 23907.16 | 164 | 949 |
| 11/25/2022 | 586 | 724 | H | 54530.42 | 408 | 946 |
| 11/25/2022 | 584 | 708 | H | 28137.58 | 235 | 945 |
| 11/29/2022 | 587 | 717 | H | 60549.58 | 476 | 957 |
| 11/29/2022 | 583 | 713 | H | 66170.28 | 522 | 956 |
| 11/29/2022 | 583 | 714 | H | 64818.8 | 500 | 952 |
| 11/29/2022 | 589 | 720 | H | 63403.58 | 496 | 953 |
| 11/29/2022 | 591 | 722 | H | 65029.08 | 502 | 951 |
| 10/31/2022 | 621 | 752 | S | 12910.81 | 101 | 897 |
| 1/12/2023 | 587 | 625 | H | 16087.68 | 378 | 1510~ |
| 1/12/2023 | 589 | 627 | H | 12243.24 | 284 | 1511~ |
| 1/12/2023 | 592 | 630 | H | 14581.2 | 348 | 1513~ |
| 1/12/2023 | 588 | 626 | H | 18474.84 | 435 | 1514~ |
| 1/12/2023 | 589 | 627 | H | 18572.5 | 437 | 1517~ |
| 1/12/2023 | 506 | 544 | H | 17717.06 | 426 | 1518~ |
| 1/12/2023 | 573 | 611 | H | 17074.58 | 401 | 1525~ |
| 1/12/2023 | 583 | 621 | H | 15748.92 | 369 | 1526 |
| 1/12/2023 | 594 | 632 | H | 5072.86 | 109 | 1527 |
| 10/31/2023 | 628 | 808 | S | 10312.96 | 62 | 896 |
| 1/12/2023 | 591 | 629 | H | 11698.72 | 272 | 1528~ |

| | | | | | |
|---|---|---|---|---|---|
| 1/12/2023 | 578 | 616 H | 11488.5 | 270 | 1529 |
| 1/12/2023 | 586 | 625 H | 16331.11 | 379 | 1531 |

## Jones, Thomas - MRP-AMS

| | |
|---|---|
| **From:** | Tom Thorlakson <tom@tfyinc.com> |
| **Sent:** | Wednesday, May 17, 2023 8:23 AM |
| **To:** | Jones, Thomas - MRP-AMS |
| **Subject:** | RE: Brian McClain |
| **Attachments:** | USDA paperwork.pdf |

Mr. Jones,

I believe I have gathered everything together, if you have any questions feel free to reach out to me any time.


Thanks

Tom Thorlakson

---

**From:** Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>
**Sent:** Friday, April 28, 2023 3:01 PM
**To:** Tom Thorlakson <tom@tfyinc.com>
**Subject:** FW: Brian McClain

Hello Mr. Thorlakson,

I received your Dealer Trust Notification claim for $9,997,067.88, which contained a spreadsheet showing the various Lot ID's, arrival dates, and total costs.  Please provide any additional supporting documentation, such as contracts, invoices, agreements, bills of sale, etc. to show proof of sale.  Any documentation that you provide will help in the investigation process to determine legitimate claims on the trust assets.

 Please let me know if you have any questions in this regard.


**Thomas Jones, Auditor**
USDA | Agricultural Marketing Service | Fair Trade Practices Program
Phone: (515) 323-2507 | Mobile: (515) 344-2192
FAX: (515) 323-2590 | Email: Thomas.J.Jones@usda.gov

---

**From:** Reding, Zachary - MRP-AMS <Zachary.Reding@usda.gov>
**Sent:** Friday, April 28, 2023 10:04 AM
**To:** Meyers, Alexis - MRP-AMS <Alexis.Meyers@usda.gov>
**Cc:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>; Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>
**Subject:** Brian McClain

Hello,

Rapp Ranch is already listed on the McClain claims spreadsheet, but two copies were in the mailbox this morning.  I don't know if there was some sort of edit or additional documentation added with these so I wanted to forward them.  Do you want me to overnight the hardcopy?
Sincerely,

1

**564**

**Zachary J. Reding| Program Assistant**

*USDA | Agricultural Marketing Service | Fair Trade Practices Program*
*Packers & Stockyards Division | Western Regional Office*
3950 Lewiston Street, Ste. 200
Aurora, CO  80011
Phone: (303) 334-9021 | Fax: 303-371-4609
Email: Zachary.Reding@USDA.gov

*Stay connected with USDA:*

   

*USDA Grain Inspection, Packers & Stockyards Administration*

*This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.*

**United States Department of Agriculture**
**Agricultural Marketing Service**
**Fair Trade Practice Program**
**Packers and Stockyards Division**
**210 Walnut Street, Suite 317**
**Des Moines, Iowa 50309**

**<u>Investigative Report Synopsis</u>**

| Date of Report | Investigation No.: | Prepared By: |
|---|---|---|
| June 9, 2023<br>Update: October 12, 2023 | ECM 379849 | Jessica L. Power, CFE<br>Kentucky Resident Agent |

**<u>RESPONDENT:</u>**

**BRIAN K. McCLAIN and McCLAIN FARMS, INC.**
**824 Mullins Road**
**Benton, Kentucky 42025**

**DEALER STATUTORY TRUST**
**SECTION 6 RELEASE**

**SYNOPSIS OF FACTS:**

A dealer trust investigation was initiated upon receipt of the first dealer trust claim, on April 19, 2023, by USDA AMS FTPP Packers and Stockyards Division.  The investigation purpose was to determine subjectivity of Brian K. McClain and McClain Farms, Inc., Benton, Kentucky to the dealer statutory trust (the trust) as defined in Section 318 of the Packers and Stockyards Act (7 U.S.C. 217a).  The trust applies to any livestock purchased by a dealer in cash sales and all inventories of, or receivables or proceeds from, such livestock shall be held by such dealer in trust for the benefit of all unpaid cash sellers of such livestock until full payment has been received by such unpaid cash sellers.

The investigation disclosed:

1. BRIAN K. McCLAIN and McCLAIN FARMS, INC. (McClain) was found subject to the Packers and Stockyards Act (the Act) as a livestock dealer (7 U.S.C. 201d) in commerce, through the purchase of livestock and resale of livestock in total to feedyard and rodeo production customers during March and April 2023.

2.  As of October 12, 2023, trust claim filings totaling $122,295,867.46 was received by USDA AMS PSD for unpaid livestock or unsatisfied livestock marketing agreements.

3. As of October 12, 2023, after consideration of timeliness and subjectivity to dealer activity, seven (7) unpaid seller trust claim filings totaling $2,930,940.33 were alleged valid by USDA AMS PSD.

4. As of October 12, 2023, remaining $119,364,927.13 trust claim filings were alleged invalid due to untimely filing or trust was not subject.

5. As of June 9, 2023, a total of $2,475,756.21 in trust assets was collected from the liquidation of livestock inventory in Kentucky and Texas on April 24, 2023 and April 25, 2023 at Blue Grass Stockyards, LLC. and Lone Star Stockyards, LLC. As of October 12, 2023, additional assets were disclosed from the sale of cattle inventory in May 2023 totaling $91,507.10 and cash assets in July 2023 totaling $80,010.70.  Trust assets as of October 12, 2023 totaled $2,645,850.14

**US Department of Agriculture**
**AMS - FTPP - Packers and Stockyards Division (PSD)**
**Investigative Report (V 1.0)**

Brian K. McClain and McClain Farms, Inc.
824 Mullins Lane, Benton, Kentucky 42025-4702

**Dealer Statutory Trust**
**SECTION 6 RELEASE**

Date of Report: 6/9/2023 (Update 10/12/2023)

| Section I | | Background/Jurisdiction | Page(s) |
|---|---|---|---|
| Exhibit | A | Trust Analysis Report | 4-8 |
| | B | Entity information; i.e. Articles of Incorporation, LLC, LLP, Partnership Agreements | 9-13 |
| | C | Memo for Alter Ego | 14-15 |
| | D | Dealer Activities Tracing Schedule | 16 |
| | D-1 | Dealer Activities Supporting Documents | 17-27 |
| | D-2 | Dealer Activities Supporting Documents | 28-41 |
| Section II | | Dealer Trust Assessement | |
| Exhibit | A | Trust Asset Schedule | 42 |
| | A-1 | Trust Asset Supporting Documents: Blue Grass Stockyards, LLC Inventory Sale | 43-55 |
| | A-2 | Trust Asset Supporting Documents: Lonestar Stockyard, LLC Inventory Sale | 56-59 |
| | B | Valid Trust Claim Schedule | 60 |
| | B-1 | Valid Trust Claim Supporting Documents for Michael Acey and Acey Livestock, LLC | 61-88 |
| | B-2 | Valid Trust Claim Supporting Documents for Don Ralph Barrett and Barrett's Livestock, Inc. | 89-92 |
| | B-3 | Valid Trust Claim Supporting Documents for JoAnn & Keith Brooks dba Brooks Farms | 93-104 |
| | B-4 | Valid Trust Claim Supporting Documents for Riley Livestock Inc. | 105-128 |
| | B-5 | Valid Trust Claim Supporting Documents for Bar D Ranch Land & Cattle | 129-139 |
| | B-6 | Valid Trust Claim Supporting Documents for Shaw & Shaw Farms Partnership LLC | 140-147 |
| | B-7 | Valid Trust Claim Supporting Documents for Jeff Starnes dba Starnes Cattle | 148-153 |

568



**United States Department of Agriculture**

## TRUST ANALYSIS

USDA AMS FTPP PSD confirmed that McClain was purchasing livestock in commerce and reselling the livestock in total to feedyard and rodeo production customers, both of which are dealer activities as defined by the Packers and Stockyards Act (7 U.S.C. 201d). The Dealer Statutory Trust provisions contained in Section 318 of the Packers and Stockyards Act, 1921, as amended and supplemented (7 U.S.C. §§ 181-229), provides that all livestock purchased by a dealer in cash sales, and all inventories of, or receivables or proceeds from, such livestock shall be held by such dealer in trust for the benefit of all unpaid cash sellers of such livestock until full payment has been received by such unpaid cash sellers. Section 318(d) provides a cash sale means a sale in which the seller does not expressly extend credit to the buyer. The investigation concluded that there was no expressed extension of credit by any cash seller of livestock.

Inventory on hand in McClain's Kentucky and Texas locations were liquidated during April 24 – 25, 2023 by order of Rabo Financial (Rabo). The inventory liquidation proceeds totaled $2,475,756.21. USDA AMS FTPP PSD (PSD) ordered proceeds to be set aside and held in trust for unpaid livestock sellers. Additional trust proceeds were collected from the sale of inventory in May 2023 at McClain Farms, Inc. totaling $91,507.10. Cash assets were identified in July 2023 from a Chase Bank account totaling $80,010.70. The additional proceeds resulted in a grand total of $2,645,850.14 in assets to be held in trust.

The investigation disclosed that McClain's business records in whole, were missing critical documentation to fully trace individual transactions from purchase to resale. The records were depleted either through destruction, failure to create or maintain, or compromised through creation of falsified documents to perpetuate a fraudulent financial scheme. The investigation concluded that McClain's various business operations overlapped daily, however the unpaid livestock sellers adequately supported their claims by providing investigators with appropriate invoices, returned payment documentation, and trucking/delivery support as provided in this report. Through review of provided documentation, USDA AMS FTPP PSD was able to substantiate the unpaid cash sales transactions.

The overlapping of McClain's feedyard and dealer operations, resulted in the comingling of assets. Where there is commingling of livestock, receivables, and cash such that it is impossible to determine from the dealer's records whether such assets have been derived from livestock purchased in a dealer transaction, all of dealer's inventories, accounts receivables, proceeds attributable to livestock sales, and cash are to be held in trust for benefit of unpaid cash sellers. The trust is a nonsegregated "floating trust" made up of all a dealer's trust assets, under which there may be a commingling of trust assets with other assets. There is no need to trace and identify specific trust assets to any seller's trust claim. All trust assets are subject to the claims of unpaid sellers and agents to the extent of the amount owed them and remain trust beneficiaries until they have been paid in full.

Claims received from companies and individuals that had unsatisfied livestock feeding arrangements after purchasing livestock in total from McClain with either written or verbal promise of future sale gains equated to $119,364,927.13 of the trust claims received by USDA AMS FTPP PSD. These claims were alleged not subject to dealer trust provisions. USDA investigators discerned that the invalid claims were not timely, and/or were part of livestock

feeding arrangements comprising the trading or tracking of fraudulent livestock financial scheme as purported, all of which were not defined as dealer activity subject to the trust.

## Jurisdiction

During operating years 2010 through 2022, McClain operated outside of federal oversight under the guise of a feedlot and/or backgrounding operation.  During this time, he expanded from one Benton, Kentucky location to acquiring two additional Texas feedlot locations in Hereford and Friona.  McClain owned and operated McClain Farms, Inc, based in Benton, Kentucky, upon two additional companies were established, McClain Feed Yard, Inc. and 7 M Cattle Feeders, Inc. Livestock seller documentation supports livestock delivery to McClain's business locations in Benton, Kentucky or Hereford and Friona, Texas.  The livestock were comingled with other livestock received from livestock sellers to McClain.  After sorting, livestock were re-sold through sale of livestock costs in total from McClain Farms, Inc. to customers of McClain's feedyard corporations or to rodeo production companies.

The following details the sale of livestock as records indicate:

1. Received as part of the Benton, Kentucky McClain Farms, Inc. inventory for resale to feeding corporation or Rodeo customers without changing the composition of the animal.
2. Moved to Hereford, Texas upon resale of livestock to Feedlot Investor customer via McClain Feed Yard, Inc.
3. Moved to Friona, Texas upon resale of livestock to Feedlot Investor customer via 7M Cattle Feeders, Inc.
4. Resold to Rodeo corporations around the United States for use in Rodeo competitions and similar entertainment productions.

The comingling of purchased livestock for the purpose of sale of livestock costs to new ownership via the above-described activities all demonstrate dealer activities by McClain Farms Inc. Livestock were not maintained by McClain for personal farm production and breeding purposes.

## Background

In early 2023, Rabo Financial (Rabo), McClain's predominant financial lender, was alerted to variations in reports of livestock on feed.  Subsequently, site audits indicated a substantial shortfall of livestock numbers in February 2023.  Rabo required substantial payment with a step down in collateral on the loan due April 1, 2023. McClain paid ½ of the payment due.  In response, action was set in motion by Rabo to freeze the Line of Credit (LOC) for McClains operations. McClain's operating account at Mechanics Bank received notice of the LOC freeze on April 5, 2023, and checks were returned as "*Refer to Maker*" beginning April 6, 2023. On April 7, 2023, Glenn Karlberg (Karlberg), CFO Solutions LLC dba Ampleo, was named Chief Controlling Officer via a *Letter of Engagement* to McClain. Karlberg arrived in Benton, Kentucky on April 10, 2023, on April 12, 2023, McClain signed paperwork with Rabo making the lender the sole controller of McClain's three (3) companies.

On April 18, 2023, McClain was found deceased from suicide at his farm in Benton, Kentucky. USDA AMS FTPP PSD agents began receiving calls that afternoon from concerned regulated entities.  On April 19, 2023, dealer trust claims were received prompting formal investigation into McClain's operations.

## Investigation Findings

On April 19, 2023, the first claim was received by unpaid livestock sellers from AMS FTPP PSD and McClain's estate of unpaid livestock purchased by McClain prior to McClain's passing invoking the Dealer Statutory Trust.  During April 19, 2023-September 2023, claims were received by USDA AMS FTPP PSD daily resulting in trust claim filings totaling $122,295,867.46.  USDA AMS FTPP PSD reviewed each claim and determined timeliness and validity.  Claims alleged valid were consider cash sales of livestock by unpaid livestock sellers for the purpose of resale in a dealer activity by McClain.  Valid claims had no feeding arrangement in place and expected immediate full payment upon invoicing for livestock sales.  Claims alleged invalid were untimely filed and/or were result of unsatisfied livestock feeding contracts and/or arrangements and/or were transactions created by McClain for continuation of a fraudulent financial scheme.

The total of valid claims with livestock sold on a cash basis that were unpaid either through receipt of dishonored check instruments from McClain or as a result of failure to pay for livestock totaled $2,930,940.33.  The remaining $119,364,927.13 were alleged invalid by USDA AMS FTPP PSD.



As described the alleged valid claims resulted from cash sellers of livestock to McClain.  The valid unpaid claims are summarized as follows:

| Valid Claim Summary: | | |
|---|---|---|
| **Livestock Purchase Date** | **Name of Unpaid Livestock Seller** | **Amount Unpaid for Livestock** |
| April 7, 2023 | Michael Acey and Acey Livestock LLC | $1,520,307.75 |
| April 12, 2023 | Michael Acey and Acey Livestock LLC | $100,272.05 |
| April 17, 2023 | Michael Acey and Acey Livestock LLC | $102,351.77 |
| March 30, 2023 | Don Ralph Barrett and Barrett's Livestock, Inc. | $96,862.41 |
| April 5, 2023 | JoAnn & Keith Brooks d.b.a. Brooks Farms | $141,260.26 |

| Date | Entity | Total |
|------|--------|-------|
| April 12, 2023 | McClain - Brooks dba Brooks Farms | $32,855.25 |
| April 4, 2023 | Riley Livestock, Inc. | $431,020.97 |
| April 10, 2023 | Riley Livestock, Inc. | $234,981.76 |
| April 14, 2023 | Riley Livestock, Inc. | $28,056.55 |
| March 21, 2023 | Bar D Ranch Land & Cattle | $92,053.76 |
| March 16, 2023 | Shaw & Shaw Farms Partnership LLC | $120,911.37 |
| March 16, 2023 | Jeff Starnes dba Starnes Cattle | $30,006.43 |
| | **TOTAL=** | **$2,930,940.33** |

Beginning on April 22, 2023, Rabo, controller of McClain's corporations, initiated liquidating cattle inventory that remained posthumously. As established by law, the proceeds from the sale of that inventory in Kentucky and Texas, and any cash monies received from livestock sales on hand or received after the invocation of the trust rights for livestock, should be considered trust assets for unpaid livestock sellers as per law.  The proceeds from the inventory liquidation were ordered to be held in trust, the trust assets reflecting this liquidation and cash on hand resulted in a total of $2,645,850.14.  The unpaid sellers of livestock would receive 90.27 percent of the loss they sustained after distribution of trust assets in total.

| TRUST ASSET DETAILS: | | | | |
|------|------|------|------|------|
| **Date** | **Entity** | **Head** | **Total** | **Description** |
| 4/25/2023 | Lonestar Stockyards LLC | 804 head | $   836,983.92 | *Proceeds from sale of livestock that remained in inventory* |
| 4/27/2023 | Blue Grass Stockyards, LLC | 1638 head | $ 1,638,772.29 | *Proceeds from sale of livestock that remained in inventory* |
| 5/4/2023 | Inventory sold from McClain Farm (undisclosed head) | | $91,507.70 | *Proceeds from sale of livestock that remained in inventory* |
| 7/11/2023 | Cash in Chase Bank Account | | $80,010.70 | *Cash Assets On Hand* |
| | **TOTAL TRUST ASSETS=** | | **$2,645,850.14** | |
| | **PRO RATA DISTRIBUTION=** | | **90.27%** | |

**Conclusion**

The unpaid livestock documented in the transactions in this report were received relative to McClain's passing in Benton, Kentucky or Texas locations and were subject to the businesses' dealer activities as previously described. As a result, the transactions documented should be due their proportionate share of the trust assets for fulfillment of McClain's obligation to pay for livestock purchased for trade business. The livestock described were not part of a feeding arrangement, and were solely livestock cash sales, in which each unpaid seller sold a product (cattle) to Brian McClain and McClain Farms Inc. with immediate payment expectations upon order fulfillment.

**0728988.09** dcornish
PAOI

Trey Grayson
Secretary of State
Received and Filed
     05/01/2009 11:00:12 AM
Fee Receipt: $50.00

**ARTICLES OF INCORPORATION**
**OF**
**McCLAIN FARMS, INC.**

**KNOW ALL MEN BY THESE PRESENTS**:

That the undersigned does hereby declare and affirm his intention and purpose of forming a corporation under the laws of the Commonwealth of Kentucky.

### ARTICLE I - NAME

The Corporation hereby proposed to be organized shall be named and known as Mc Clain Farms, Inc.

### ARTICLE II - DURATION

The duration of the corporation shall be perpetual.

### ARTICLE III - PURPOSE

The purpose or purposes for which this corporation is organized are the transaction of any and all lawful business for which corporations may be incorporated under the laws of the Commonwealth of Kentucky.

### ARTICLE IV - SHARES OF STOCK

The aggregate number of shares of stock authorized to be issued and the authorized class thereof shall be 1000 shares of no par value, common stock. All shares shall be common stock of one class and the voting power shall be one vote per share.

All shares issued by the corporation may be subject to any restriction on alienation which may be provided for in the by-laws of the corporation.

### ARTICLE V - PRE-EMPTIVE RIGHTS

Shareholders shall have no pre-emptive right to acquire additional shares or treasury shares, if any, of the corporation.

### ARTICLE VI - ADDRESS

The address of the initial registered and principle office and registered agent of the corporation shall be 824 Mullins Lane, Benton, KY 42025, and the name of its registered agent for service at such address is Brian McClain.

### ARTICLE VII - DIRECTORS

The number of directors constituting the initial Board of Directors shall be two (2), and the name and address of the person who shall serve as the Directors until the first annual meeting of the shareholders or until a successor is elected and qualified is:

Brian McClain
824 Mullins Lane
Benton, KY 42025

Crystal McClain
824 Mullins Lane
Benton, KY 42025

## ARTICLE VIII - INCORPORATORS

The names and address of the incorporator is:

Brian McClain
824 Mullins Lane
Benton, KY 42025

## ARTICLE IX – SHAREHOLDERS

The names and addresses of the initial shareholders and the number of shares subscribed to each are:

| Name | Share |
|------|-------|
| Brian McClain
824 Mullins Lane
Benton, KY 42025 | 510 |
| Crystal McClain
824 Mullins Lane
Benton, KY 42025 | 490 |

IN WITNESS WHEREOF, we have made, signed and acknowledged these Articles of Incorporation in

triplicate originals on this the 27 day of April, 2009.

BRIAN McCLAIN

STATE OF KENTUCKY
COUNTY OF MARSHALL

Subscribed, sworn to and acknowledged before me by Brian McClain on this the 27th day of April, 2009.

NOTARY PUBLIC

My commission expires: 3 - 4 - 2011

THIS INSTRUMENT PREPARED BY
JOHNSON & MATHIS
ATTORNEYS AT LAW
1114 Main Street
BENTON, KY 42025

BY: KIP C. MATHIS

## STATEMENT OF CONSENT OF
## REGISTERED AGENT

Pursuant to the provisions of KRS Chapter 271B, 273, 275 or 362, the undersigned hereby consents to act as registered agent on behalf of the business entity named below and for that purpose submits the following statements:

1.    This business entity is        [X] a corporation (KRS 271B or KRS 273)
                                      [ ] a limited liability company (KRS 275)
                                      [ ] a limited partnership (KRS 362)

2.    The name of the business entity is:  McCLAIN FARMS, INC.

3.    The state or country of incorporation, organization or formation is: KENTUCKY.

4.    The name of the initial registered agent is:  BRIAN McCLAIN.

5.    The street address of the registered office address in Kentucky is:  824 Mullins Lane,

      Benton, KY 42025.

_____
Signature of registered agent

      BRIAN McCLAIN
      Type or Print Name & Title, if applicable

      APRIL   27        , 2009
           Date

1060082.09    dcornish
ADD

Alison Lundergan Grimes
Kentucky Secretary of State
Received and Filed:
5/29/2019 10:25 AM
Fee Receipt: $50.00

## ARTICLES OF INCORPORATION
## OF
## 7M CATTLE FEEDERS, INC.

Pursuant to KRS 14A and KRS 271B, the undersigned incorporator adopts the following articles of incorporation:

### ARTICLE I - NAME

The name of the Corporation is 7M Cattle Feeders, Inc.

### ARTICLE II - DURATION

The duration of the corporation shall be perpetual.

### ARTICLE III - PURPOSE

The purpose of this corporation is to engage in any lawful act or activity for which a corporation may be organized under the laws of the Commonwealth of Kentucky.

### ARTICLE IV - SHARES OF STOCK

This corporation is authorized to issue one class of shares designated as "Common Stock." The aggregate number of shares of Common Stock which this corporation is authorized to issue is 1000, with no par value. All shares issued by the corporation may be subject to any restriction on alienation which may be provided for in the by-laws of the corporation.

### ARTICLE V - ADDRESS

The address of the corporation's initial registered office and the name of its initial registered agent at this office is as follows:

> Brian McClain
> 824 Mullins Lane
> Benton, KY 42025

## ARTICLE VI - INCORPORATOR

The names and address of the incorporator is:

> Brian McClain
> 824 Mullins Lane
> Benton, KY 42025

IN WITNESS WHEREOF, we have made, signed and acknowledged these Articles of

Incorporation this the _21_ day of _May_ , 2019.

BRIAN McCLAIN, Incorporator

## STATEMENT OF CONSENT OF INITIAL REGISTERED AGENT

Pursuant to KRS 14A.4-010(2), the undersigned hereby consents to serve as the initial

registered agent for 7M Cattle Feeders, Inc. (the "Corporation") as contemplated by the

Corporation's Articles of Incorporation.

This the _21_ day of _May_ , 2019.

BRIAN McCLAIN

THIS INSTRUMENT PREPARED BY
JOHNSON & MATHIS, PLLC
ATTORNEYS AT LAW
1114 MAIN ST – P O BOX 450
BENTON, KY, 42025

BY _____
KIP C. MATHIS

![USDA logo]

**United States Department of Agriculture**

# Memorandum of Alter Ego

To:        File

From:      Jessica L. Power CFE, Kentucky Resident Agent

Date:      05/31/2023

Subject:   Brian K. McClain and McClain Farms, Inc. and 7M Cattle Feeders, Inc. and
McClain Feed Yard, Inc.

As evidenced in <u>Section I Exhibit B</u>, an *Articles of Organization* was filed on April 27, 2009
with the Commonwealth of Kentucky, Secretary of State naming Brian McClain member and
organizing officer of the corporation.  McClain's wife at the time of formation was also named,
Crystal McClain, however divorced Brian McClain in 2020.  From review of records, Crystal
McClain was not named in the Trust report as an active member of the corporation as of the date
of the default.

Brian McClain is also listed as controlling officer of McClain Feed Yard, Inc. and 7M Cattle
Feeders, Inc.  All company business records and activities comingled, as the processes and
finances overlapped. As an individual and as a corporation, McClain and McClain Farms Inc.
were responsible for payments for the purchase of livestock on cash sales basis.  McClain issued
check payments from McClain Farms Inc. account to livestock sellers routinely per review.

As described, below is a check image of the McClain Farms, Inc. account that was used for
livestock purchases from livestock sellers. The signor was McClain's daughter, Megan Goad,
who worked for McClain as an office staff.

Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division, Midwestern Regional Office
210 Walnut Street, Room 317, Des Moines, IA  50309
Voice: 515-323-2579    Fax: 515-323-2590
PSD Hotline: 1-833-342-5773
www.ams.usda.gov

**An Equal Opportunity Provider and Employer**

13   **579**

McClain Feed Yard, Inc. was formed in March 2009 in Hereford, Texas.




On June 3, 2019, McClain established 7M Cattle Feeders Inc.  Though a Kentucky corporation the company is located in Friona, Texas and is registered under McClain Feed Yard, Inc. in Hereford, Texas.




**US Department of Agriculture**
**AMS - FTPP - Packers and Stockyards Division (PSD)**
**Livestock Tracing Schedule (V 1.0)**

**Entity Information**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Report Date | Entity Name | | | | | | DBA |
| 5/31/2023 | Brian K. McClain and McClain Farms, Inc. | | | | | | |

Mailing Address: 824 Mullins Lane, Benton, Kentucky 42025-4702 — Control Number: 379849

| Exhibit Number | Purchase Date | Seller / Purchased From | No. Head Purchased | TagID Number | Description | Net Weight | Price Per Cwt | Livestock Amount | Sale / Invoice Date | Sold to / Purchased For | No. Head Sold | TagID Number | Description | Net Weight | Price Per Cwt | Livestock Amount | Remarks | Control Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D-1 | 11/28/2022 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 26 | | | 11,370 | $150.00 | $17,055.00 | | | 26 | | Heifers | 11,370 | $150.00 | $17,055.00 | Resale of cost of livestock in total. | 379849 |
| | 11/28/2022 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 43 | | | 21,850 | $147.00 | $32,119.50 | | | 46 | | Heifers | 21,850 | $147.00 | $32,119.50 | Resale of cost of livestock in total. | |
| | 11/28/2022 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 51 | | | 32,260 | $137.07 | $44,220.05 | | | 51 | | Heifers | 32,260 | $137.07 | $44,218.78 | Resale of cost of livestock in total. | |
| | 12/2/2022 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 6 | | | 2,235 | $161.00 | $3,598.35 | | | 6 | | Heifers | 2,235 | $161.00 | $3,598.35 | Resale of cost of livestock in total. | |
| | 12/2/2022 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 41 | | | 19,580 | $147.59 | $28,898.90 | | | 41 | | Heifers | 19,580 | $147.59 | $28,898.12 | Resale of cost of livestock in total. | |
| | 1/20/2023 | Washington County Livestock Center Inc via Acey Livestock LLC | 16 | | | 7,540 | $161.02 | $12,141.25 | 1/30/2023 | Keith Harris | 16 | | Heifers | 7,540 | $161.02 | $12,140.91 | There is a variation in number of head, likely clerical error. The weight and price indicate resale of livestock costs in total. | |
| | 1/3/2023 | Brooks Farms | 10 | | | 4,505 | $152.78 | $6,882.93 | | | 10 | | Heifers | 4,505 | $152.78 | $6,882.74 | Resale of cost of livestock in total. | |
| | 1/9/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 23 | | | 8,330 | $165.53 | $13,789.00 | | | 23 | | Heifers | 8,330 | $165.53 | $13,789.65 | Resale of cost of livestock in total. | |
| | 1/9/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 12 | | | 38,925 | $158.61 | $61,737.75 | | | 12 | | Heifers | 38,925 | $158.61 | $61,738.94 | Resale of cost of livestock in total. | |
| | 1/16/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 30 | | | 11,460 | $158.91 | $18,210.55 | | | 30 | | Heifers | 11,460 | $158.91 | $18,211.09 | Resale of cost of livestock in total. | |
| | 1/16/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 34 | | | 17,540 | $154.33 | $27,069.80 | | | 34 | | Heifers | 17,540 | $154.33 | $27,069.48 | Resale of cost of livestock in total. | |
| | 1/18/2023 | Brooks Farms | 85 | | | 38,225 | $157.44 | $60,181.69 | | | 85 | | Heifers | 38,225 | $157.44 | $60,181.44 | Resale of cost of livestock in total. | |
| | 1/23/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 7 | | | 2,510 | $163.08 | $4,093.40 | | | 7 | | Heifers | 2,510 | $163.08 | $4,093.31 | Resale of cost of livestock in total. | |
| | 1/23/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 7 | | | 3,460 | $157.00 | $5,432.20 | | | 7 | | Heifers | 3,460 | $157.00 | $5,432.20 | Resale of cost of livestock in total. | |
| | 1/23/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 15 | | | 7,195 | $162.11 | $11,663.55 | | | 15 | | Heifers | 7,195 | $162.11 | $11,663.81 | Resale of cost of livestock in total. | |
| | **TOTALS** | | **406** | | | **226,985** | | **$347,093.92** | | | **409** | | | **226,985** | | **$347,092.32** | | |
| D-2 | 2/20/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 6 | | | 1,960 | $195.00 | $3,822.00 | | | 6 | | Heifers | 1,960 | $195.00 | $3,822.00 | Resale of cost of livestock in total. | |
| | 2/20/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 1 | | | 510 | $169.00 | $861.90 | | | 1 | | Heifers | 510 | $169.00 | $861.90 | Resale of cost of livestock in total. | |
| | 2/20/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 22 | | | 9,770 | $187.24 | $18,293.00 | | | 22 | | Heifers | 9,770 | $187.24 | $18,293.05 | Resale of cost of livestock in total. | |
| | 2/21/2023 | Livingston County Livestock Inc (via Riley Livestock Inc.) | 4 | | | 1,955 | $184.12 | $3,599.50 | | | 4 | | Heifers | 1,955 | $184.12 | $3,599.55 | Resale of cost of livestock in total. | |
| | 2/21/2023 | Livingston County Livestock Inc (via Riley Livestock Inc.) | 13 | | | 6,655 | $176.61 | $11,753.15 | | | 13 | | Heifers | 6,655 | $176.61 | $11,753.40 | Resale of cost of livestock in total. | |
| | 2/21/2023 | Brooks Farms | 118 | | | 59,740 | $173.64 | $103,731.35 | 3/24/2023 | Keith Harris | 118 | | Heifers | 59,740 | $173.64 | $103,732.54 | Resale of cost of livestock in total. | |
| | 2/27/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 8 | | | 4,035 | $172.49 | $6,960.00 | | | 8 | | Heifers | 4,035 | $172.49 | $6,959.97 | Resale of cost of livestock in total. | |
| | 2/27/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 9 | | | 4,345 | $193.00 | $8,385.85 | | | 9 | | Heifers | 4,345 | $193.00 | $8,385.85 | Resale of cost of livestock in total. | |
| | 3/13/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 23 | | | 11,775 | $186.28 | $21,934.25 | | | 23 | | Heifers | 11,775 | $186.28 | $21,934.47 | Resale of cost of livestock in total. | |
| | 3/13/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 29 | | | 14,330 | $207.28 | $29,703.70 | | | 29 | | Heifers | 14,330 | $207.28 | $29,703.22 | Resale of cost of livestock in total. | |
| | 3/13/2023 | Kentuckiana Livestock Market (via Riley Livestock Inc.) | 9 | | | 3,900 | $211.13 | $8,234.25 | | | 9 | | Heifers | 3,900 | $211.13 | $8,234.07 | Head count, weight, and cost were transferred to customer Keith Harris in resale of cost of livestock. | |
| | **TOTALS** | | **242** | | | **118,975** | | **$217,278.95** | | | **242** | | | **118,975** | | **$217,280.32** | | |

581

15

USDA

**United States Department of Agriculture**

---

# TRACING DOCUMENTS
# SECTION I EXHIBIT D-1

The documents in <u>Section I</u> <u>Exhibit D-1</u> document dealer activities by Brian K. McClain and McClain Farms, Inc. (McClain).

Documentation affirms that livestock (i.e. cattle) were purchased via cash sale from various livestock sellers then resold at full livestock costs to buyer, Keith Harris (Harris), on January 30, 2023.  The invoice to Harris was created by McClain Feed Yard, Inc.

Following the invoice to Harris is the supporting purchase documents by McClain from various sellers.  As noted livestock were purchased by Brian K McClain and McClain Farms Inc. from livestock sellers, then resold to either McClain Feed Yard, Inc. or 7 M Cattle Feeders, Inc. customers or external rodeo corporations.

There was no bank statement provided for January and February 2023 for McClain's Mechanics Bank business account to show the deposit for this transaction, however the deposit should have been similarly represented in the transaction process as documented in <u>Section I Exhibit D-2</u>.

MCCLAIN FEEDYARD INC.

824 MULLINS LANE

BENTON KY. 42025                          BILL TO:  KEITH HARRIS

1/30/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 30 | H | 11460 | 1.5891 | $18,211.09 |
| 34 | H | 17540 | 1.5433 | $27,069.48 |
| 7 | H | 2510 | 1.6308 | $4,093.31 |
| 7 | H | 3460 | 1.57 | $5,432.20 |
| 15 | H | 7195 | 1.6211 | $11,663.81 |
| 23 | H | 8330 | 1.6553 | $13,788.65 |
| 79 | H | 38925 | 1.5861 | $61,738.94 |
| 16 | H | 7540 | 1.6102 | $12,140.91 |
| 81 | H | 36720 | 1.6043 | $58,909.90 |
| 85 | H | 38225 | 1.5744 | $60,181.44 |
| 10 | H | 4505 | 1.5278 | $6,882.74 |
| 26 | H | 11370 | 1.5 | $17,055.00 |
| 46 | H | 21850 | 1.47 | $32,119.50 |
| 51 | H | 32260 | 1.3707 | $44,218.78 |
| 43 | H | 22265 | 1.4591 | $32,486.86 |
| 48 | H | 22365 | 1.5201 | $33,997.04 |
| 41 | H | 19580 | 1.4759 | $28,898.12 |
| 6 | H | 2235 | 1.61 | $3,598.35 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 648 |  |  |  | $472,486.12 |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

From MarketSystems 1.000.000.0000 Mon Nov 28 16:46:34 2022 Page 1 of 1

KENTUCKIANA/RBF LIVESTOCK
P.O. BOX 774
OWENSBORO KY 42302-0774
270.785.4121 * 800.264.1453

R E C A P

FOR=: 1975                  ( MS )              BUYER=: 1975
BRIAN MCCLAIN               MCCLA               BRIAN MCCLAIN
824 MULLLINS LANE                               824 MULLLINS LANE
                           0000000
BENTON KY        42025                          BENTON KY        42025
5:55:38                                         NOVEMBER 28, 2022

      ======= G R O S S ===== ==A V E R A G E===
-----PEN-- SUFIX HED  WEIGHT ==AMOUNT== WGH PRI/LB PRI/HED OTHER -----------
    13   41   26  11,370  17055.00  437 150.00  655.96
    12   46   43  21,850  32119.50  508 147.00  746.96
     9   56   51  32,260  44220.05  633 137.07  867.05
       ===  ======  ======= ========  ===     =======
       120  65,480  93394.55  546        778.28
                                         GROSS---> $93,394.55

PLEASE PAY GROSS AMOUNT!!!

NO SALE 11/21/22
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-D FULKERSON   DATE-11/28/22

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

18   **584**

From MarketSystems 1.000.000.0000 Mon Dec  5 1:00:53 2022   Page 1 of 1

KENTUCKIANA/RBF LIVESTOCK
P.O. BOX 774
OWENSBORO KY 42302-0774
270.785.4121 * 800.264.1453

R E C A P

FOR=: 1975                    ( MS )           BUYER=: 1975
BRIAN MCCLAIN                  MCCLA            MCCLAIN, BRIAN
824 MULLLINS LANE                              824 MULLLINS LANE
                              0000000
BENTON KY        42025                          BENTON KY        42025
5:14:47                                         DECEMBER 5, 2022

        ====== G R O S S ===== ==A V E R A G E===
-----PEN-- SUFIX HED  WEIGHT ==AMOUNT== WGH PRI/LB PRI/HED OTHER -----------
   13    41   15   5,570    8466.40  371 152.00  564.42
   14    41x   6   2,235    3598.35  373 161.00  599.72
   12    46   41  19,580   28898.90  478 147.59  704.85
   10    56   21  12,960   18420.65  617 142.13  877.17
   78    56x  16  10,580   16187.40  661 153.00 1011.71
   ===  ======= ====  =========  ==== ====       =======
         99   50,925   75571.70  514             763.35 =========
                                                 GROSS---> $75,571.70

PLEASE PAY GROSS AMOUNT!!!

NO SALE 12/19 & 12/26/22
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-D FULKERSON    DATE-12/05/22

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

  

# Washington Co. Livestock Center, Inc.
P.O. Box 93
Springfield, KY 40069
(859) 336-3481
**Sale Every Friday**

Buyer#:**8600**
ACEY, MICHAEL N F
211 OLD ORCHARD ROAD
PERRYVILLE KY 40468
FAX: 270-527-2577

Auction Date:Monday, January 2, 2023
Printed: January 02, 2023  5:45 pm
Page 1 of 1

# *** RECAP *** SUMMARY ***

| PEN NUMBER | BUYER NUMBER | NUMBER HEAD | AVG WEIGHT | AVG / CWT | AVG / HEAD | TOTAL WEIGHT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| | 8600-MISC | | 0 | 0.00 | 0.00 | 0 | 3,200.00 |
| 37 | 8600-36X | 1 | 340 | 155.00 | 527.00 | 340 | 527.00 |
| 203 | 8600-41 | 1 | 485 | 132.00 | 640.20 | 485 | 640.20 |
| 34 | 8600-46X | 16 | 471 | 161.02 | 758.83 | 7540 | 12,141.25 |
| 33 | 8600-56X | 49 | 578 | 156.89 | 907.09 | 28330 | 44,447.43 |
| 206 | 8600-56 | 2 | 585 | 138.21 | 808.50 | 1170 | 1,617.00 |
| 32 | 8600-61X | 66 | 646 | 157.00 | 1,015.39 | 42685 | 67,015.41 |
| | | 135 | 597 | 160.88 | 959.91 | 80550 | 129,588.29 |

\* - Averages are after any additional charges

| | |
|---|---|
| Total Head: | 135 |
| Total Weight: | 80550 |
| Total Refunds: | 0.00 |
| Additional Charges: | 3,200.00 |
| Total Purchases: | 126,388.29 |
| Payments Made: | 0.00 |
| **Grand Total:** | **$129,588.29** |
| **Amount Due:** | **$129,588.29** |

Signature: _____

Washington County Livestock Center reserves the right to offset sale proceeds against outstanding accounts.  We do not guarantee livestock against sickness or death. The purchaser agrees that the title of stock listed above shall be retained by us until check or draft in payment for them is paid. **We act as agents only.**

p.1                    8698386O119                    Washington Co. Livestock                    Jan 02 23, 05:52p

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

Ken-Ten Hwy. ✔

Office 731-479-0302
Home 731-479-1466

# Brooks Farms

### 6445 Charles Bushart Rd. - So. Fulton, TN 38257

M _McClain cattle_   Date _1-3-22_

| No. | Description | Weight | Price | Amount |
|-----|-------------|--------|-------|--------|
| 1 | | | | |
| 2 | 5   Hf Peepls   41, 42 | 2385 | | 3 430. 63 |
| 3 | 5   W SW  41 | 2120 | | 3452. 30 |
| 4 | | | | |
| 5 | | | | |
| 6 | Com | | | 180. 20 |
| 7 | | | | |
| 8 | | 4505 | | 6,882. 93 |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

From MarketSystems 1.000.000.0000 Mon Jan  9 16:57:40 2023 MST Page 1 of 1

✓

**KENTUCKIANA/RBF LIVESTOCK**
P.O. BOX 774
OWENSBORO KY 42302-0774
270.785.4121 * 800.264.1453

R E C A P

FOR=: 1975            ( MS )          BUYER=: 1975
BRIAN MCCLAIN          MCCLA            MCCLAIN, BRIAN
824 MULLLINS LANE                      824 MULLLINS LANE

                       0000000

BENTON KY      42025                   BENTON KY           42025
5:53:54                                JANUARY 9, 2023

====== G R O S S ===== ==A V E R A G E===
-----PEN-- SUFIX HED  WEIGHT ==AMOUNT== WGH PRI/LB PRI/HED OTHER ----------
   13    41   23   8,330  13789.00  362 165.53  599.52 _____
   12    46   79  38,925  61737.75  493 158.61  781.49 _____
    8    56   33  19,350  29218.50  586 151.00  885.40 _____
   77    56X  16   9,145  14786.25  572 161.69  924.14 _____
       === ====== ========= ====       =======
       151  75,750 119531.50  502      791.59 =========
                                       GROSS---> $119,531.50

PLEASE PAY GROSS AMOUNT!!!

CPH SALE 2/16/2023
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-D FULKERSON   DATE-01/09/23

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

22   **588**

Ken-Ten Hwy.

RIS BOXELL
1) 225-7657

Office 731-479-0302
Home 731-479-1466

✓

# Brooks Farms

### 6445 Charles Bushart Rd. - So. Fulton, TN 38257

7

M _McClain_____    Date _1-10-23_

| No. | Description | Weight | Price | Amount | | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | | | | | | 870.00 |
| 2 | 13 Hd. Cattlemens 41, 46, 56 | 6005 | | 9,460. 35 | | 832.50 |
| 3 | | | | | | |
| 4 | 39 Hd. Peoples 41, 46, 56 | 17625 | | 27,182. 48 | | 1,702.50 |
| 5 | | | | | | |
| 6 | 29 Hd. BW 41, 46, 56 | 13090 | | 20,797. 05 | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | 1468. 80 | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | 81 total    ag 453 | 36 720 | 160.43 | 58,908. 68 | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

From MarketSystem 1.000.000.0000 Mon Jan 16 13:05:33 2001

KENTUCKIANA/RBF LIVESTOCK
P.O. BOX 774
OWENSBORO KY 42302-0774
270.785.4121 * 800.264.1453

✓

R E C A P

FOR=: 1975                    ( MS )          BUYER=: 1975
BRIAN MCCLAIN                  MCCLA           MCCLAIN, BRIAN
824 MULLLINS LANE                             824 MULLLINS LANE
                              0000000
BENTON KY        42025                         BENTON KY        42025
4:51:05                                                  JANUARY 16, 2023

====== G R O S S ===== ==A V E R A G E===
-----PEN-- SUFIX HED  WEIGHT ==AMOUNT== WGH PRI/LB PRI/HED OTHER -----------
   9    41   30  11,460  18210.55  382 158.91  607.01
  12    46   34  17,540  27069.80  516 154.33  796.17
  10    56   12   7,880  10782.00  657 136.83  898.50
  78    56X  28  18,700  28658.50  668 153.25 1023.51
      === ======= ========= ====          =======
      104  55,580  84720.85  534        814.62 =========
                                        GROSS---> $84,720.85

PLEASE PAY GROSS AMOUNT!!!

CPH SALE 2/16/2023
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-D FULKERSON    DATE-01/16/23

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

Ken-Ten Hwy.

**Office** 731-479-0302
**Home** 731-479-1466

# Brooks Farms

**6445 Charles Bushart Rd. - So. Fulton, TN 38257**

132
01/16/23

M _McClain Cattle_                  Date _1-18-23_

| No. | Description | Weight | Price | Amount | ice | Amount |
|-----|-------------|--------|-------|--------|-----|--------|
| 1 | | | | | .00 | 636.00 |
| 2 | | | | | .00 | 632.00 |
| | | | | | .00 | 692.30 |
| 3 | Hw Peoples 41, 46, 52 | 17675 | | 26,136.94 | .00 | 688.00 |
| 4 | | | | | .00 | 627.55 |
| 5 | Hw Cattlemens 41, 42 | 12715 | | 20,210.30 | .00 | 689.75 |
| 6 | | | | | .00 | 644.00 |
| 7 | Hw SW 41, 42 | 7835 | | 12,305.45 | .00 | 656.00 |
| 8 | | | | | .00 | 688.80 |
| 9 | | | | | .00 | 707.55 |
| 10 | | | | | .00 | 660.10 |
| | | | | | .00 | 750.75 |
| 11 | Hw | 38225 | | | .00 | 696.00 |
| 12 | | | | | .00 | 664.00 |
| 13 | | | | 1529.00 | .00 | 688.00 |
| 14 | | | | | .00 | 668.15 |
| 15 | | | 157.44 | 60181.69 | .00 | 643.50 |
| 16 | | | | | .00 | 532.00 |
| 17 | | | | | .00 | 705.25 |
| 18 | | | | | .00 | 656.00 |
| 19 | | | | | .00 | 560.00 |
| 20 | | | | | .00 | 672.00 |
| 21 | | | | | .00 | 552.00 |
| 22 | | | | | .00 | 705.25 |
| 23 | | | | | .00 | 570.50 |
| 24 | | | | | ============ | |
| | | | | | | 17,110.80 |

| Charge Acct | Head | --------- Total --------- | | | --------- Average --------- | | |
| | | Weight | Cost | Gross Cost | Weight | Price | Cost |
|-------------|------|--------|------|------------|--------|-------|------|
| KB 41 | 26 | 10,680 | 17,110.80 | 17,110.80 | 410.77 | 160.21 | 658.11 |

THANK YOU! **THANK YOU!** BUSINESS!

I attest that ALL livestock referenced on this document and transferred are of USA origin, *CATTLEMENS STOCKYARD LLC.* TITLE DOES NOT PASS
UNTIL LIVESTOCK ARE PAID FOR IN FULL. WE DO NOT GUARANTEE LIVESTOCK AGAINST SICKNESS OR DEATH. WE ACT AS AGENTS ONLY.

25  **591**

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

From MarketSystems 1.000.000.0000 Mon Jan 23 14:14.12 2023 MST Page 1 of 1

KENTUCKIANA/RBF LIVESTOCK
P.O. BOX 774
OWENSBORO KY 42302-0774
270.785.4121 * 800.264.1453

✓

R E C A P

FOR=: 1975                    ( MS )              BUYER=: 1975
BRIAN MCCLAIN                 MCCLA               MCCLAIN, BRIAN
824 MULLLINS LANE                                824 MULLLINS LANE

                             0000000

BENTON KY        42025                           BENTON KY        42025
3:06:19                                          JANUARY 23, 2023

          ====== G R O S S ===== ==A V E R A G E===
-----PEN-- SUFIX HED  WEIGHT ==AMOUNT== WGH PRI/LB PRI/HED  OTHER -----------
   13    41   7   2,510   4093.40  359 163.08  584.77  _____
   12    46   7   3,460   5432.20  494 157.00  776.02  _____
   47   46X  15   7,195  11663.55  480 162.11  777.57  _____
   10    56   5   2,955   4284.75  591 145.00  856.95  _____
   14   56X   3   1,910   2826.80  637 148.00  942.26  _____
        ===  ======  ======  ========  === ======   ========
         37  18,030  28300.70   487           764.88 =========
                                              GROSS---> $28,300.70

PLEASE PAY GROSS AMOUNT!!!


CPH SALE 2/16/2023
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-D FULKERSON   DATE-01/23/23

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

26   **592**

**USDA**

**United States Department of Agriculture**

---

## TRACING DOCUMENTS
## SECTION I EXHIBIT D-2

The documents in <u>Section I</u> <u>Exhibit D-2</u> document dealer activities by Brian K. McClain and McClain Farms, Inc. (McClain).

Documentation affirms that livestock (i.e. cattle) were purchased via cash sale from various livestock sellers then resold at full livestock costs to buyer, Keith Harris (Harris), on March 24, 2023.  The invoice to Harris was created by McClain Feed Yard, Inc.

Following the invoice to Harris is the supporting purchase documents by McClain from various sellers.  As noted livestock were purchased by Brian K McClain and McClain Farms Inc. from livestock sellers, then resold to either McClain Feed Yard, Inc. or 7 M Cattle Feeders, Inc. customers or external rodeo corporations.

As documented, McClain's Mechanics Bank business account indicates a $217,280.31 deposit was made on March 24, 2023 representing payment to McClain from Harris.

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025

BILL TO:  KEITH HARRIS

3/24/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 22 | H | 9770 | 1.8724 | $18,293.35 |
| 6 | H | 1960 | 1.95 | $3,822.00 |
| 1 | H | 510 | 1.69 | $861.90 |
| 8 | H | 4035 | 1.7249 | $6,959.97 |
| 9 | H | 4345 | 1.93 | $8,385.85 |
| | | | | $0.00 |
| 4 | H | 1955 | 1.8412 | $3,599.55 |
| 13 | H | 6655 | 1.7661 | $11,753.40 |
| 9 | H | 3900 | 2.1113 | $8,234.07 |
| 23 | H | 11775 | 1.8628 | $21,934.47 |
| 29 | H | 14330 | 2.0728 | $29,703.22 |
| 118 | H | 59740 | 1.7364 | $103,732.54 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 242 | | | | $217,280.31 |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

28    **594**

From MarketSystems 1-800-300.0000 Wx-0x0-0
KENTUCKIANA/RBF LIVESTOCK
P.O. BOX 774
OWENSBORO KY 42302-0774
270.785.4121 * 800.264.1453

R E C A P

FOR=: 1975                    MS            BUYER=: 1975
BRIAN MCCLAIN                 MCCLA         MCCLAIN, BRIAN
824 MULLLINS LANE                          824 MULLLINS LANE
                             0000000
BENTON KY        42025                      BENTON KY        42025
9:35:39                                     FEBRUARY 20, 2023

====== G R O S S ===== ==A V E R A G E===
-----PEN-- SUFIX HED  WEIGHT ==AMOUNT== WGH PRI/LB PRI/HED  OTHER -----------
  13    41   6  1,960   3822.00  327 195.00  637.00
  10    46   1    510    861.90  510 169.00  861.90
  71   46X  22  9,770  18293.00  444 187.24  831.50
  12    56   2  1,035   1852.65  518 179.00  926.32
  79   56X  68 45,550  73966.50  670 162.39 1087.74
      ===  ======= ========== ====      =======
       99  58,825  98796.05  594         997.93 =========
                                         GROSS---> $98,796.05

PLEASE PAY GROSS AMOUNT!!!

CPH SALE 2/16/2023
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-D FULKERSON   DATE-02/20/23

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

29   **595**

MCCLAIN FARMS LIVESTOCK

PO BOX 297
LEDBETTER, KY 42058
(270) 898-8377

Buyer#:4
BRIAN MCCLAIN
824 MULLINS LANE
BENTON KY 42025
FAX:
PHONE:

Auction Date: Tuesday, February 21, 2023

February 21, 2023  4:16 pm

Page 1 of 1

## *** RECAP *** SUMMARY ***

| BUYER NUMBER | NUMBER HEAD | AVG WEIGHT | AVG / POUND | AVG / CWT | AVG / HEAD | TOTAL WEIGHT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 4-41 | 3 | 365 | 1.68 | 168.17 | 613.83 | 1095 | 1,841.50 |
| 4-46X | 4 | 488 | 1.84 | 184.12 | 899.88 | 1955 | 3,599.50 |
| 4-46 | 13 | 511 | 1.77 | 176.61 | 904.09 | 6655 | 11,753.15 |
| 4-56X | 37 | 586 | 1.75 | 174.54 | 1,023.40 | 21695 | 37,865.95 |
| 4-56 | 10 | 594 | 1.64 | 163.69 | 972.33 | 5940 | 9,723.30 |
|  | 67 | 557 |  | 173.50 | 966.92 | 37340 | 64,783.40 |

* - Averages are after any additional charges

| | |
|---|---|
| Total Head: | 67 |
| Total Weight: | 37340 |
| Total Refunds: | 0.00 |
| Additional Charges: | 0.00 |
| Total Purchases: | 64,783.40 |
| Total Sales Tax: | 0.00 |
| Payments Made: | 0.00 |

**Grand Total:** $64,783.40

**Amount Due:** $64,783.40

P&S REQUIRES PAYMENT BY THE NEXT BUSINESS DAY FOLLOWING PURCHASE OF LIVESTOCK!

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

30   **596**

Ken-Ten Hwy.

Office  731-479-0302
Home  731-479-1466

# Brooks Farms

### 6445 Charles Bushart Rd. - So. Fulton, TN 38257

M _McClain Cattle_     Date _2-21-23_

| | No. | Description | Weight | Price | Amount | |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | 14 | Hi. Peoples  41, 46, 56 | 6615 | | 10,116. | 40 |
| 3 | | | | | | |
| 4 | 56 | Cattleman  41, 46, 56 | 29470 | | 52,020. | 20 |
| 5 | | | | | | |
| 6 | 48 | SW.  41, 46, 56 | 23655 | | 39,205. | 15 |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | Com. | | 2389. | 60 |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | 118 | Hd        ag 50b | 59740 | 173.64 | 103,731. | 35 |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

31  **597**

From MarketSystems 1-800-000.0000 MGM 6127   15 nerd 024-4-4

KENTUCKIANA/RBF LIVESTOCK
P.O. BOX 774
OWENSBORO KY 42302-0774
270.785.4121 * 800.264.1453

R E C A P

FOR=: 1975                    MS              BUYER=: 1975
BRIAN MCCLAIN              MCCLA               MCCLAIN, BRIAN
824 MULLLINS LANE                             824 MULLLINS LANE

                          0000000

BENTON KY        42025                        BENTON KY        42025
                                              FEBRUARY 27, 2023
4:08:47

         ====== G R O S S ===== ==A V E R A G E===
-----PEN-- SUFIX HED  WEIGHT ==AMOUNT== WGH PRI/LB PRI/HED  OTHER ----------
           46    8   4,035    6960.00  504 172.49 870.00
   74     46X    9   4,345    8385.85  483 193.00 931.76
   12      56    8   5,170    8436.00  646 163.17 1054.50
   75     56X   38  22,425   39167.25  590 174.66 1030.71
          ===  ======= ========= ====           =======
           63  35,975   62949.10  571          999.19 =========
                                               GROSS---> $62,949.10

PLEASE PAY GROSS AMOUNT!!!

CPH SALE 2/16/2023
WE ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
USA ORIGIN. SIGNATURE-D FULKERSON   DATE-02/27/23

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

32   **598**

KENTUCKIANA/AGERESTOCK

P.O. BOX 774
OWENSBORO KY 42302-0774
270.785.4121 * 800.264.1453

R E C A P

FOR=: 1975                    ( MS )              BUYER=: 1975
BRIAN MCCLAIN                 MCCLA               MCCLAIN, BRIAN
824 MULLLINS LANE                                824 MULLLINS LANE
                             0000000
BENTON KY        42025                            BENTON KY          42025
4:59:40                                                      MARCH 13, 2023

====== G R O S S ===== ==A V E R A G E===
----PEN-- SUFIX HED  WEIGHT ==AMOUNT== WGH PRI/LB PRI/HED OTHER ----------
   40    41   9   3,900   8234.25   433  211.13   914.91
   12    46  23  11,775  21934.25   512  186.28   953.66
   75   46X  29  14,330  29703.70   494  207.28  1024.26
   10    56  15   8,515  14728.50   568  172.97   981.90
   78   56X  44  25,715  47344.90   584  184.11  1076.02
        === ======= ========== ====        =======
           120  64,235  121945.60  535       1016.21 =========
305                    HAUL       FR      FREIGHT GREATHOUS   440.00
                                                  ==========
                                          GROSS---> $122,385.60

LEASE PAY GROSS AMOUNT!!!

HANK YOU FOR YOUR BUSINESS
E ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
SA ORIGIN. SIGNATURE-D FULKERSON    DATE-03/13/23

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records April 2023.

**Mechanics Bank**
P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

RETURN SERVICE REQUESTED

MCCLAIN FEED YARD INC
824 MULLINS LN
BENTON KY 42025-4702

*Statement Ending 03/31/2023*

*Page 1 of 16*

### Managing Your Accounts

| | | |
|---|---|---|
| Client Services | 800.797.6324 | |
| Online | www.mechanicsbank.com | |
| Mobile | Download Our Mobile Apps | |



## BUSINESS LINE OF CREDIT
## UP TO $100,000

# Prime +0%
APR

### LIMITED TIME OFFER
### www.MechanicsBank.com/GrowIt

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Subject to change or cancellation without notice. Offer is effective as of 3/17/2022 and subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds/moneyrates.

**WATCH OUT FOR TECH SUPPORT SCAMS**
Scammers pose as technology support representatives and offer to fix non-existent computer or technology issues.
**Learn how to spot this scam at www.MechanicsBank.com/Security.**

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ANALYZED CHECKING | XXXXXXXX0197 | $0.00 |




Member
**FDIC**

34    **600**

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records May 2023.

 **Mechanics Bank®**

*Statement Ending 03/31/2023*

Page 3 of 16



# EQUIPMENT FINANCING
## Great rates for the equipment you need

Learn more at **www.MechanicsBank.com/GetEquipment**

# ANALYZED CHECKING-XXXXXXXX0197

## Account Summary

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/2023 | Beginning Balance | $0.00 |
| | 149 Credit(s) This Period | $191,871,945.24 |
| | 159 Debit(s) This Period | $191,871,945.24 |
| 03/31/2023 | Ending Balance | $0.00 |

## Electronic Credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/2023 | Wire/In/082900432/SIMMONS BANK//W R RUSSELL JR | $254,968.56 |
| 03/01/2023 | Wire/In/111300958///SCARLET AND BLACK CATTLE LLC | $349,776.31 |
| 03/01/2023 | Wire/In/121000248/WELLS FARGO SF/102/THORLAKSON DIAMOND T FEEDERS, LP | $774,380.90 |
| 03/01/2023 | Wire/In/103003616/TBB//CHARLES LOCKWOOD | $822,163.01 |
| 03/01/2023 | Wire/In/111319347///2B FARMS | $1,549,954.19 |
| 03/01/2023 | Wire/In/111319347///2B FARMS | $2,495,730.04 |
| 03/01/2023 | Remote Deposit | $5,084,190.71 |
| 03/02/2023 | CACTUS FEEDERS F PAYMENT 123456 | $164,047.39 |
| 03/02/2023 | Wire/In/263184488///BELLA ELEGANCE LLC | $60,513.65 |
| 03/02/2023 | Wire/In/111300958///SCARLET AND BLACK CATTLE LLC | $100,398.75 |
| 03/02/2023 | Wire/In/103003616/TBB//CHARLES LOCKWOOD | $649,836.80 |
| 03/02/2023 | Wire/In/121000248/WELLS FARGO SF/103/THORLAKSON DIAMOND T FEEDERS, LP | $904,527.78 |
| 03/02/2023 | Wire/In/103003616/TBB//LYNDAL VANBUSKIRK | $1,419,505.52 |
| 03/02/2023 | Wire/In/111319347///2B FARMS | $2,481,611.79 |
| 03/02/2023 | Remote Deposit | $5,198,933.71 |
| 03/03/2023 | CACTUS FEEDERS F PAYMENT 123456 | $415,293.64 |
| 03/03/2023 | Wire/In/103003616/TBB//LYNDAL VANBUSKIRK | $160,304.90 |
| 03/03/2023 | Wire/In/103003616/TBB//JANET MARIE VANBUSKIRK | $161,827.71 |
| 03/03/2023 | Wire/In/111300958///SCARLET AND BLACK CATTLE LLC | $463,547.32 |
| 03/03/2023 | Wire/In/103003616/TBB//LYNDAL VANBUSKIRK | $919,229.83 |
| 03/03/2023 | Wire/In/111319347///2B FARMS | $3,413,853.24 |
| 03/03/2023 | Remote Deposit | $96,062.49 |
| 03/03/2023 | Remote Deposit | $243,032.66 |
| 03/03/2023 | Remote Deposit | $356,425.81 |
| 03/03/2023 | Remote Deposit | $500,194.20 |
| 03/03/2023 | Remote Deposit | $871,779.82 |
| 03/03/2023 | Remote Deposit | $3,131,806.11 |
| 03/06/2023 | CACTUS FEEDERS F PAYMENT 123456 | $163,671.88 |
| 03/06/2023 | Wire/In/103003616/TBB//BRYAN BLACKMAN | $661,956.48 |
| 03/06/2023 | Wire/In/111319347///2B FARMS | $755,941.75 |
| 03/06/2023 | Wire/In/111319347///2B FARMS | $3,018,880.13 |
| 03/06/2023 | Remote Deposit | $79,278.28 |
| 03/06/2023 | Remote Deposit | $941,122.63 |
| 03/06/2023 | Remote Deposit | $3,862,962.18 |
| 03/07/2023 | Wire/In/111324293/1ST NATL HEREFORD//DWIGHT JESKO | $99,830.81 |
| 03/07/2023 | Wire/In/121000248/WELLS FARGO SF/105/THORLAKSON DIAMOND T FEEDERS, LP | $386,205.81 |
| 03/07/2023 | Wire/In/103003616/TBB//JARED WAYNE LESH | $572,219.78 |
| 03/07/2023 | Wire/In/111319347///2B FARMS | $2,492,962.90 |
| 03/07/2023 | Remote Deposit | $1,687,146.41 |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records May 2023.

35    **601**

# ANALYZED CHECKING-XXXXXXXX0197 (continued)

## Electronic Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 03/07/2023 | Remote Deposit | $1,913,094.44 |
| 03/08/2023 | Wire/In/103003616/TBB//NIKKI LOCKWOOD | $389,578.09 |
| 03/08/2023 | Wire/In/103003616/TBB//COLE LOCKWOOD | $576,566.28 |
| 03/08/2023 | Wire/In/111319347///2B FARMS | $2,493,603.47 |
| 03/08/2023 | Remote Deposit | $95,620.27 |
| 03/08/2023 | Remote Deposit | $5,085,053.43 |
| 03/09/2023 | Wire/In/121000248/WELLS FARGO SF/106/THORLAKSON DIAMOND T FEEDERS, LP | $367,918.28 |
| 03/09/2023 | Wire/In/103003616/TBB//LYNDAL VANBUSKIRK | $564,232.50 |
| 03/09/2023 | Wire/In/111319347///2B FARMS | $2,478,633.55 |
| 03/09/2023 | Remote Deposit | $4,599,886.58 |
| 03/10/2023 | Wire/In/121000248/WELLS FARGO SF/107/THORLAKSON DIAMOND T FEEDERS, LP | $106,782.61 |
| 03/10/2023 | Wire/In/103003616/TBB//COLBY VANBUSKIRK | $601,451.65 |
| 03/10/2023 | Wire/In/121102036///RILEY LIVESTOCK INC | $950,000.00 |
| 03/10/2023 | Wire/In/111319347///2B FARMS | $2,485,618.34 |
| 03/10/2023 | Remote Deposit | $30,331.63 |
| 03/10/2023 | Remote Deposit | $67,011.56 |
| 03/10/2023 | Remote Deposit | $242,888.93 |
| 03/10/2023 | Remote Deposit | $356,052.45 |
| 03/10/2023 | Remote Deposit | $500,765.56 |
| 03/10/2023 | Remote Deposit | $2,953,964.98 |
| 03/13/2023 | CACTUS FEEDERS F PAYMENT 123456 | $335,278.71 |
| 03/13/2023 | Wire/In/082900432/SIMMONS BANK//RICHARD CARRAWAY | $67,320.34 |
| 03/13/2023 | Wire/In/111910762/TITAN BANK, N.A.//BIG SEVEN CAPITAL PARTNERS LLC | $173,225.05 |
| 03/13/2023 | Wire/In/111319347///2B FARMS | $2,498,673.27 |
| 03/13/2023 | Remote Deposit | $14,294.17 |
| 03/13/2023 | Remote Deposit | $3,895,744.41 |
| 03/14/2023 | CACTUS FEEDERS F PAYMENT 123456 | $445,090.16 |
| 03/14/2023 | Wire/In/096016972/AGRIBANK FCB ST PA//5272-GARWOOD CATTLE COMPANY, L.L.C. | $151,000.00 |
| 03/14/2023 | Wire/In/026009593/BK AMER NYC/█████1150/STEVEN C SUTTON | $200,109.56 |
| 03/14/2023 | Wire/In/065403370////SCOTT LIVESTOCK CO | $567,659.83 |
| 03/14/2023 | Wire/In/096016972/AGRIBANK FCB ST PA//5272-GARWOOD CATTLE COMPANY, L.L.C. | $849,000.00 |
| 03/14/2023 | Remote Deposit | $3,877,007.14 |
| 03/15/2023 | Wire/In/082900432/SIMMONS BANK//EDWIN P STEWART | $252,768.94 |
| 03/15/2023 | Wire/In/082900432/SIMMONS BANK//W R RUSSELL JR | $252,768.94 |
| 03/15/2023 | Wire/In/114924700///AGTEXAS FCS FLCA | $362,776.99 |
| 03/15/2023 | Wire/In/111319347///2B FARMS | $870,048.99 |
| 03/15/2023 | Remote Deposit | $1,334,511.77 |
| 03/15/2023 | Remote Deposit | $3,855,909.30 |
| 03/16/2023 | Wire/In/111300958///SCARLET AND BLACK CATTLE LLC | $330,251.63 |
| 03/16/2023 | Wire/In/111319347///2B FARMS | $853,553.70 |
| 03/16/2023 | Remote Deposit | $5,184,054.33 |
| 03/17/2023 | CACTUS FEEDERS F PAYMENT 123456 | $433,360.14 |
| 03/17/2023 | Wire/In/256074974/NAVY FCU WASH/OPF█████1413/SCOTT E STEWART | $71,891.64 |
| 03/17/2023 | Wire/In/103101628/EXCHANGE PERRY//JORDAN ROBERT LESHJAN LESH | $147,242.06 |
| 03/17/2023 | Wire/In/111300958///SCARLET AND BLACK CATTLE LLC | $811,453.17 |
| 03/17/2023 | Wire/In/103003616/TBB//LYNDAL VANBUSKIRK | $878,295.69 |
| 03/17/2023 | Wire/In/111319347///2B FARMS | $2,172,885.48 |
| 03/17/2023 | Remote Deposit | $64,592.16 |
| 03/17/2023 | Remote Deposit | $242,272.94 |
| 03/17/2023 | Remote Deposit | $355,675.34 |
| 03/17/2023 | Remote Deposit | $501,382.41 |
| 03/17/2023 | Remote Deposit | $2,360,165.71 |
| 03/20/2023 | CACTUS FEEDERS F PAYMENT 123456 | $351,611.56 |
| 03/20/2023 | Wire/In/111319347///2B FARMS | $1,492,386.41 |
| 03/20/2023 | Remote Deposit | $1,334,506.02 |
| 03/20/2023 | Remote Deposit | $3,806,794.04 |
| 03/21/2023 | Wire/In/111319347///ANGELA DANN ROBINSON | $200,729.43 |
| 03/21/2023 | Wire/In/103003616/TBB//LYNDAL VANBUSKIRK | $541,633.19 |
| 03/21/2023 | Wire/In/111319347///2B FARMS | $2,483,824.90 |
| 03/21/2023 | Remote Deposit | $1,163,946.97 |
| 03/21/2023 | Remote Deposit | $3,994,347.76 |

**MECHANICS BANK**®

*Statement Ending 03/31/2023*

Page 5 of 16

## ANALYZED CHECKING-XXXXXXXX0197 (continued)

### Electronic Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 03/22/2023 | Wire/In/113122655/PROSPERITY BANK//WJ PERFORMANCE HORSES INC | $600,232.68 |
| 03/22/2023 | Wire/In/103003616/TBB//CHARLES LOCKWOOD | $648,342.31 |
| 03/22/2023 | Wire/In/103003616/TBB//LYNDAL VANBUSKIRK | $703,540.75 |
| 03/22/2023 | Wire/In/111319347///2B FARMS | $1,042,361.01 |
| 03/22/2023 | Wire/In/111319347///2B FARMS | $2,490,379.57 |
| 03/22/2023 | Remote Deposit | $5,162,743.55 |
| 03/23/2023 | Wire/In/103003616/TBB//CHARLES LOCKWOOD | $822,825.88 |
| 03/23/2023 | Wire/In/121000248/WELLS FARGO SF/108/THORLAKSON DIAMOND T FEEDERS, LP | $990,603.18 |
| 03/23/2023 | Wire/In/111319347///2B FARMS | $2,401,714.11 |
| 03/23/2023 | Remote Deposit | $441,404.16 |
| 03/23/2023 | Remote Deposit | $4,408,511.33 |
| 03/24/2023 | Wire/In/103112594/RCB BANK//JORDAN ROBERT LESH | $252,033.88 |
| 03/24/2023 | Wire/In/065403370///SCOTT LIVESTOCK CO | $500,509.44 |
| 03/24/2023 | Wire/In/103003616/TBB//LYNDAL VANBUSKIRK | $941,156.46 |
| 03/24/2023 | Wire/In/111319347///2B FARMS | $2,470,351.00 |
| 03/24/2023 | Remote Deposit | $217,280.31 |
| 03/24/2023 | Remote Deposit | $242,685.07 |
| 03/24/2023 | Remote Deposit | $355,740.88 |
| 03/24/2023 | Remote Deposit | $501,222.65 |
| 03/24/2023 | Remote Deposit | $3,747,537.64 |
| 03/27/2023 | CACTUS FEEDERS F PAYMENT 123456 | $729,476.60 |
| 03/27/2023 | Wire/In/111319347///2B FARMS | $2,415,907.57 |
| 03/27/2023 | Remote Deposit | $291,197.33 |
| 03/27/2023 | Remote Deposit | $4,462,289.27 |
| 03/28/2023 | Wire/In/103101628/EXCHANGE PERRY//DORA ALICIA BLACKMAN | $53,651.36 |
| 03/28/2023 | Wire/In/021000021/JPMORGAN CHASE/PPL OF 23/03/28/MARK REISZ | $129,430.20 |
| 03/28/2023 | Wire/In/021000021/JPMORGAN CHASE/DCD OF 23/03/28/RALPH A REISZ OR VERONICA W REI | $352,459.33 |
| 03/28/2023 | Wire/In/121000248/WELLS FARGO SF/█████/CACTUS OPERATING LLC | $430,812.67 |
| 03/28/2023 | Wire/In/111319347///2B FARMS | $2,476,133.13 |
| 03/28/2023 | Remote Deposit | $500,519.41 |
| 03/28/2023 | Remote Deposit | $4,161,058.63 |
| 03/29/2023 | CACTUS FEEDERS F PAYMENT 123456 | $427,877.65 |
| 03/29/2023 | Wire/In/111319347///2B FARMS | $2,499,911.69 |
| 03/29/2023 | Remote Deposit | $3,680,117.53 |
| 03/30/2023 | CACTUS FEEDERS F PAYMENT 123456 | $504,541.19 |
| 03/30/2023 | Wire/In/103112594/RCB BANK//JANICE E LAWHON | $149,488.75 |
| 03/30/2023 | Wire/In/103112594/RCB BANK//EDWIN DALE BUSS | $150,589.91 |
| 03/30/2023 | Wire/In/111910762/TITAN BANK, N.A.//CARRAWAY CATTLE LLC | $250,725.27 |
| 03/30/2023 | Wire/In/111300958///SCARLET AND BLACK CATTLE LLC | $446,364.32 |
| 03/30/2023 | Wire/In/111319347///2B FARMS | $1,465,446.55 |
| 03/30/2023 | Remote Deposit | $193.28 |
| 03/30/2023 | Remote Deposit | $98,869.70 |
| 03/30/2023 | Remote Deposit | $4,776,802.61 |
| 03/31/2023 | Wire/In/111300958///SCARLET AND BLACK CATTLE LLC | $386,984.25 |
| 03/31/2023 | Wire/In/111319347///2B FARMS | $2,494,420.00 |
| 03/31/2023 | Remote Deposit | $242,727.59 |
| 03/31/2023 | Remote Deposit | $354,918.73 |
| 03/31/2023 | Remote Deposit | $501,987.04 |
| 03/31/2023 | Remote Deposit | $4,090,693.09 |

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/2023 | Wire/Out/103112594//JAN & GARY LESH/RCB BANK | $88,382.83 |
| 03/01/2023 | Wire/Out/82900432//WR RUSSEL JR/SIMMONS PB AR | $272,479.53 |
| 03/01/2023 | Wire/Out/121000248//THORLAKSON DIAMOND T FEEDERS/WELLS FARGO NA | $765,874.66 |
| 03/01/2023 | Rabo AgriFinance COMM_LOAN ███4481 | $3,586.00 |
| 03/01/2023 | CARGILL INCORPOR CMLGBLAIRR CMBR█3108 | $10,851.60 |
| 03/02/2023 | Wire/Out/111300958//SCARLET AND BLACK CATTLE LLC/AMARILLO NATL | $496,643.92 |
| 03/02/2023 | Wire/Out/121000248//THORLAKSON DIAMOND T FEEDERS/WELLS FARGO NA | $805,557.93 |



Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records May 2023.

**Mechanics Bank**

*Statement Ending 03/31/2023*

*Page 6 of 16*

## ANALYZED CHECKING-XXXXXXXX0197 (continued)

### Electronic Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 03/02/2023 | LAND O' LAKES AG SERVICE ▮6510 | $9,898.64 |
| 03/03/2023 | 117030784 Online Transfer to XXXXXX3070 on 3/03/23 at 7:03 | $427,428.10 |
| 03/06/2023 | HEARTLAND CO-OP ARDEBITS 46034 | $6,374.62 |
| 03/07/2023 | Wire/Out/121000248//THORLAKSON DIAMOND T FEEDERS/WELLS FARGO NA | $415,811.95 |
| 03/07/2023 | 115101443 Online Transfer to XXXXXX3070 on 3/07/23 at 7:11 | $130,245.94 |
| 03/08/2023 | CARGILL INCORPOR CMLGBLAIRR CMBR▮3108 | $5,303.60 |
| 03/09/2023 | Wire/Out/121000248//THORLAKSON DIAMOND T FEEDERS/WELLS FARGO NA | $396,705.84 |
| 03/09/2023 | 110227021 Online Transfer to XXXXXX3070 on 3/09/23 at 12:24 | $2,064,201.39 |
| 03/10/2023 | Wire/Out/82900432//RICHARD CARRAWAY/SIMMONS PB AR | $67,627.17 |
| 03/10/2023 | Wire/Out/121000248//THORLAKSON DIAMOND T FEEDERS/WELLS FARGO NA | $115,561.92 |
| 03/10/2023 | Wire/Out/111910762//BIG SEVEN CAPITAL PARTNERS/TITAN BANK | $185,384.85 |
| 03/10/2023 | 110501110 Online Transfer to XXXXXX3070 on 3/10/23 at 12:51 | $62,000.00 |
| 03/10/2023 | 118468325 Online Transfer to XXXXXX3070 on 3/10/23 at 10:48 | $601,451.65 |
| 03/13/2023 | Wire/Out/26009593//CRAIG AND AMY SUTTON/BK AMER NYC | $214,687.49 |
| 03/13/2023 | 116668242 Online Transfer to XXXXXX3070 on 3/13/23 at 8:10 | $200,167.64 |
| 03/14/2023 | Wire/Out/83901113//MEAGAN GOAD/EXCHGE MAYFIELD KY | $27,648.37 |
| 03/14/2023 | Wire/Out/111300958//OPEN A ARENA/AMARILLO NATL | $387,958.03 |
| 03/14/2023 | 115758670 Online Transfer to XXXXXX3070 on 3/14/23 at 7:19 | $108,887.87 |
| 03/14/2023 | Dept of Revenue KY TaxPmnt 502-875-3733 | $205.68 |
| 03/14/2023 | IRS USATAXPYMT ▮4606 | $1,918.58 |
| 03/15/2023 | Wire/Out/82900432//EDWIN STEWART/SIMMONS PB AR | $270,468.71 |
| 03/15/2023 | Wire/Out/82900432//WR RUSSEL JR/SIMMONS PB AR | $270,468.71 |
| 03/15/2023 | CARGILL INCORPOR CMLGBLAIRR CMBR▮3108 | $10,384.92 |
| 03/16/2023 | Wire/Out/111300958//SCARLET AND BLACK CATTLE LLC/AMARILLO NATL | $354,338.26 |
| 03/17/2023 | Wire/Out/256074974//SCOTT STEWART/NAVY FCU WASH | $79,516.53 |
| 03/17/2023 | Wire/Out/103101628//JORDAN LESH/EXCHANGE PERRY | $157,484.37 |
| 03/17/2023 | Wire/Out/111300958//SCARLET AND BLACK CATTLE/AMARILLO NATL | $407,047.12 |
| 03/17/2023 | Wire/Out/111300958//SCARLET & BLACK CATTLE/AMARILLO NATL | $463,124.46 |
| 03/17/2023 | LAND O' LAKES AG SERVICE ▮6510 | $9,943.97 |
| 03/21/2023 | Wire/Out/113122655//WJ PERFORMANCE HORSES, INC/PROSPERITY BK ELCA | $794,432.65 |
| 03/22/2023 | Wire/Out/121000248//THORLAKSON DIAMOND T. FEEDERS/WELLS FARGO NA | $1,063,737.49 |
| 03/22/2023 | 116738591 Online Transfer to XXXXXX3070 on 3/22/23 at 8:15 | $523,078.89 |
| 03/22/2023 | CARGILL INCORPOR CMLGBLAIRR CMBR▮3108 | $5,106.51 |
| 03/23/2023 | Wire/Out/103112594//JORDAN LESH/RCB BANK | $270,338.10 |
| 03/23/2023 | 115787682 Online Transfer to XXXXXX3070 on 3/23/23 at 7:20 | $20,180.33 |
| 03/24/2023 | Wire/Out/111000614//JOEL AND CARLA BROOKSHIRE/JPMCHASE TEXAS | $50,190.41 |
| 03/24/2023 | Wire/Out/62005690//GENE BROOKSHIRE FAMILY LP/REGIONS BK | $63,099.46 |
| 03/24/2023 | 117777909 Online Transfer to XXXXXX3070 on 3/24/23 at 9:19 | $200,000.00 |
| 03/27/2023 | Wire/Out/83000137//MARK REISZ/JPMCHASE KENTUCKY | $138,890.96 |
| 03/27/2023 | Wire/Out/83000137//RALPH REISZ/JPMCHASE KENTUCKY | $378,543.67 |
| 03/27/2023 | HEARTLAND CO-OP ARDEBITS 46034 | $21,184.82 |
| 03/28/2023 | 116900392 Online Transfer to XXXXXX3070 on 3/28/23 at 8:46 | $246,623.93 |
| 03/29/2023 | Wire/Out/103112594//JANICE LOWHAN/RCB BANK | $129,448.64 |
| 03/29/2023 | Wire/Out/103112594//ED BUSS/RCB BANK | $161,008.63 |
| 03/29/2023 | Wire/Out/111910762//CARRAWAY CATTLE/TITAN BANK | $268,440.76 |
| 03/29/2023 | CARGILL INCORPOR CMLGBLAIRR CMBR▮3108 | $10,359.78 |
| 03/30/2023 | Wire/Out/111300958//SCARLET & BLACK CATTLE/AMARILLO NATL | $478,681.57 |
| 03/30/2023 | 115028756 Online Transfer to XXXXXX3070 on 3/30/23 at 6:59 | $302,502.13 |
| 03/31/2023 | Wire/Out/111300958//SCARLET & BLACK CATTLE/AMARILLO NATL | $414,368.44 |
| 03/31/2023 | LAND O' LAKES AG SERVICE ▮6510 | $9,927.49 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 03/01/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXX3070 | $10,129,568.02 |
| 03/02/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXX3070 | $9,665,666.90 |
| 03/03/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXX3070 | $10,297,424.74 |
| 03/06/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXX3070 | $9,457,906.87 |
| 03/07/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXX3070 | $6,520,268.13 |
| 03/08/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXX3070 | $8,563,785.20 |
| 03/09/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXX3070 | $5,549,487.43 |
| 03/10/2023 | Analysis Charges February 2023 | $1,497.96 |

38    **604**

## ANALYZED CHECKING-XXXXXXXX0197 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 03/10/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $7,261,133.29 |
| 03/13/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $6,565,375.82 |
| 03/14/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $5,560,349.65 |
| 03/15/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $6,328,094.61 |
| 03/16/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $6,011,818.78 |
| 03/17/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $6,921,050.29 |
| 03/20/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $6,768,332.44 |
| 03/21/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $7,584,918.67 |
| 03/22/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $9,055,676.98 |
| 03/23/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $8,774,540.23 |
| 03/24/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $8,907,276.96 |
| 03/27/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $7,357,671.32 |
| 03/28/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $7,852,138.12 |
| 03/29/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $6,031,976.18 |
| 03/30/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $7,058,389.28 |
| 03/31/2023 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX3070 | $7,646,459.99 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 4339 | 03/03/2023 | $2,647.00 | 4935* | 03/01/2023 | $29.61 | 4980* | 03/17/2023 | $50.00 |
| 4620* | 03/03/2023 | $2,150.00 | 4940* | 03/01/2023 | $1,050.00 | 4981 | 03/13/2023 | $125.00 |
| 4841* | 03/07/2023 | $3,000.00 | 4941 | 03/03/2023 | $2,761.87 | 4982 | 03/06/2023 | $15,289.60 |
| 4859* | 03/01/2023 | $375.00 | 4942 | 03/01/2023 | $849.49 | 4983 | 03/07/2023 | $122.53 |
| 4860 | 03/06/2023 | $70.00 | 4943 | 03/01/2023 | $4,557.66 | 4984 | 03/15/2023 | $974.78 |
| 4861 | 03/20/2023 | $213,385.59 | 4944 | 03/01/2023 | $973.82 | 4985 | 03/27/2023 | $1,000.00 |
| 4862 | 03/01/2023 | $12,357.50 | 4945 | 03/03/2023 | $946.02 | 4986 | 03/29/2023 | $50.00 |
| 4863 | 03/13/2023 | $1,580.00 | 4946 | 03/08/2023 | $1,900.00 | 4987 | 03/30/2023 | $2,375.00 |
| 4864 | 03/06/2023 | $875.00 | 4947 | 03/06/2023 | $939.58 | 4988 | 03/24/2023 | $2,100.00 |
| 4894* | 03/01/2023 | $6,000.00 | 4948 | 03/06/2023 | $188.09 | 4990* | 03/20/2023 | $500.00 |
| 4896* | 03/07/2023 | $407.69 | 4949 | 03/10/2023 | $136.67 | 4991 | 03/20/2023 | $875.00 |
| 4901* | 03/17/2023 | $1,000.00 | 4953* | 03/06/2023 | $29.61 | 4992 | 03/20/2023 | $625.00 |
| 4910* | 03/28/2023 | $375.00 | 4954 | 03/06/2023 | $559.96 | 4993 | 03/16/2023 | $1,702.62 |
| 4911 | 03/06/2023 | $1,580.00 | 4956* | 03/08/2023 | $67,654.01 | 4994 | 03/14/2023 | $2,648.51 |
| 4912 | 03/15/2023 | $2,500.00 | 4960* | 03/08/2023 | $500.00 | 4995 | 03/15/2023 | $536.66 |
| 4913 | 03/07/2023 | $3,000.00 | 4961 | 03/07/2023 | $220.00 | 4996 | 03/21/2023 | $2,056.15 |
| 4914 | 03/27/2023 | $1,580.00 | 4965* | 03/29/2023 | $66.45 | 4997 | 03/21/2023 | $974.78 |
| 4915 | 03/20/2023 | $1,580.00 | 4966 | 03/24/2023 | $5,850.50 | 5008* | 03/28/2023 | $2,500.00 |
| 4917* | 03/13/2023 | $1,850.00 | 4967 | 03/08/2023 | $250.00 | 5009 | 03/29/2023 | $1,905.01 |
| 4918 | 03/14/2023 | $250.00 | 4968 | 03/01/2023 | $3,828.00 | 5010 | 03/29/2023 | $3,823.28 |
| 4919 | 03/13/2023 | $750.00 | 4969 | 03/07/2023 | $76,327.75 | 5011 | 03/30/2023 | $1,073.60 |
| 4920 | 03/15/2023 | $45,356.54 | 4970 | 03/08/2023 | $53.95 | 5013* | 03/28/2023 | $452.90 |
| 4927* | 03/01/2023 | $30,000.00 | 4971 | 03/07/2023 | $2,056.16 | 5014 | 03/28/2023 | $1,000.00 |
| 4929* | 03/01/2023 | $400.00 | 4972 | 03/08/2023 | $974.78 | 5015 | 03/28/2023 | $974.78 |
| 4930 | 03/09/2023 | $276.25 | 4973 | 03/10/2023 | $74.20 | 5023* | 03/29/2023 | $828.14 |
| 4933* | 03/02/2023 | $1,608.00 | 4978* | 03/21/2023 | $2,100.00 | 5026* | 03/31/2023 | $974.78 |

* Indicates skipped check number



### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03/01/2023 | $0.00 | 03/09/2023 | $0.00 | 03/17/2023 | $0.00 |
| 03/02/2023 | $0.00 | 03/10/2023 | $0.00 | 03/20/2023 | $0.00 |
| 03/03/2023 | $0.00 | 03/13/2023 | $0.00 | 03/21/2023 | $0.00 |
| 03/06/2023 | $0.00 | 03/14/2023 | $0.00 | 03/22/2023 | $0.00 |
| 03/07/2023 | $0.00 | 03/15/2023 | $0.00 | 03/23/2023 | $0.00 |
| 03/08/2023 | $0.00 | 03/16/2023 | $0.00 | 03/24/2023 | $0.00 |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records May 2023.

## ANALYZED CHECKING-XXXXXXXX0197 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 03/27/2023 | $0.00 | 03/29/2023 | $0.00 | 03/31/2023 | $0.00 |
| 03/28/2023 | $0.00 | 03/30/2023 | $0.00 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from McClain Farms Inc records May 2023.

000003 1564456 0000000 000026 00052 05/09

| USDA | Agricultural Marketing Service, Fair Trade Practices Program | | | ECM # | |
|---|---|---|---|---|---|
| | Packers & Stockyards Division | | | 379830 | |
| | **Section II Exhibit A: Trust Asset Schedule** | | | Analysis as of | |
| | | | | 09/29/23 | |

| **PACKER / POULTRY DEALER INFORMATION** | |
|---|---|
| **Name** | McClain Farms, Inc. |
| **Address** | 824 Mullins Lane, Benton, KY 42025-4702 |

| **TRUST ASSETS IDENTIFIED** | |
|---|---|
| **Cash** | $2,645,850.14 |
| **Inventory** | $0.00 |
| **Accounts Receivable** | $0.00 |
| **Total Trust Assets** | $2,645,850.14 |

| **CLAIM INFORMATION** | |
|---|---|
| **Apparently Valid Claims** | $2,930,940.33 |
| **Pro Rata Distribution** | 90.27% |

| Exhibit | Date | Entity | Head | Total | Description |
|---|---|---|---|---|---|
| Exhibit A-1 | 4/25/2023 | Lonestar Stockyards LLC | 799 | $ 835,560.05 | Proceeds from sale of livestock that were in inventory |
| Exhibit A-2 | 4/27/2023 | Blue Grass Stockyards, LLC | 1638 | $ 1,638,772.29 | Proceeds from sale of livestock that were in inventory |
| No Exhibit | UPDATE 5/4/2023 | Cattle Proceeds Identified by trustee | | $ 91,507.10 | Proceeds from sale of livestock at McClain Farms |
| No Exhibit | UPDATE 7/11/2023 | Chase Bank | | $ 80,010.70 | Cash |
| | | | | $ 2,645,850.14 | |

**607**



**United States Department of Agriculture**

# DEALER TRUST ASSETS SUPPORTING DOCUMENTS
# SECTION II EXHIBIT A-1 and A-2

The documents in <u>Section II</u> Exhibits A-1 and A-2 include copies of sales proceed checks with seller detail that support the cattle inventory liquidated by Rabo Financial (Rabo) during April 24-25, 2023.  Blue Grass Stockyards, LLC and Lonestar Stockyards, LLC were the non-affiliated market agencies used to liquidate the livestock in McClain's Kentucky and Texas locations.

USDA AMS FTPP PSD advised Rabo, market agencies, and the bankruptcy trustee, that proceeds were to be held in trust for valid trust claim distribution as per law. The Dealer Statutory Trust provisions contained in Section 318 of the Packers and Stockyards Act, 1921, as amended and supplemented (7 U.S.C. §§ 181-229), provides that all livestock purchased by a dealer in cash sales, and all inventories of, or receivables or proceeds from, such livestock shall be held by such dealer in trust for the benefit of all unpaid cash sellers of such livestock until full payment has been received by such unpaid cash sellers.

Additional trust assets disclosed by the Trustee to PSD have been noted in <u>Section II Exhibit A Schedule of Trust Assets</u>.  There are no exhibits included in this report for the additional May 4, 2023 sale of cattle from McClain Farms Inc. totaling $91,507.10 and the additional July 11, 2023 cash assets on hand totaling $80,010.70 as disclosed by the Trustee.

The total trust assets as of the October 12, 2023 report update totals $2,645,850.14.

42   **608**

**4561 IRON WORKS PIKE**
**LEXINGTON, KY 40511**

73-269
421

Community Trust Bank
1-800-299-9250

DATE: 04/27/23

Amount

**$ 1,638,772.29**

** ONE MILLION SIX HUNDRED THIRTY EIGHT THOUSAND SEVEN HUNDRED
SEVENTY TWO and 29/100 **

Blue Grass Stockyards, Inc.
Custodial Account for Shippers Proceeds
Void After 90 Days

PAY
TO
THE
ORDER
OF

RABO AGRIFINANCE LLC & MCCLAIN FARMS INC
C/O JEFF HANSON

BY: **VOID - COPY ONLY**

⑈0⑈ ⑆042102694⑆ ⬛⬛⬛ 7436⑈

**4561 IRON WORKS PIKE**
**LEXINGTON, KY 40511**

0

#6,917 - RABO AGRIFINANCE LLC & MCCLAIN FARMS INC

Auction Date: 4/24/23

| TAG | HEAD | DESC | COMMENTS | TRAN | BUYER | AVG | WGT | PRICE | AMOUNT |
|-----|------|------|----------|------|-------|-----|-----|-------|--------|
| 5525 | 1 | 30FEDR STR BLK | | 543 | 4484-10 | 1050 | 1050 | 132.00 C | 1,386.00 |
| 5526 | 1 | 30FEDR STR BLK | | 539 | 4484-10 | 1150 | 1150 | 113.00 C | 1,299.50 |
| 5527 | 1 | 30FEDR STR RED | | 540 | 2500-45 | 990 | 990 | 97.00 C | 960.30 |
| 5528 | 1 | 30FEDR STR CHAR | | 542 | 2500-B5 | 1125 | 1125 | 112.00 C | 1,260.00 |
| 5529 | 1 | 30FEDR STR BLK | | 541 | 4484-10 | 1035 | 1035 | 129.00 C | 1,335.15 |
| 5530 | 1 | 30FEDR HFR BLK | | 544 | 3821-10 | 1375 | 1375 | 161.00 C | 2,213.75 |
| 5531 | 1 | 30FEDR STR BLK | | 545 | 4484-10 | 1130 | 1130 | 152.00 C | 1,717.60 |
| 5532 | 1 | 30FEDR STR BLK | | 546 | 4484-10 | 1440 | 1440 | 172.00 C | 2,476.80 |
| 5533 | 1 | 30FEDR STR BLK | | 547 | 4484-10 | 1500 | 1500 | 169.00 C | 2,535.00 |
| 5534 | 1 | 30FEDR STR BLK | | 549 | 4484-10 | 1510 | 1510 | 175.00 C | 2,642.50 |
| 5535 | 1 | 30FEDR HFR BLK | | 548 | 211-101 | 865 | 865 | 171.00 C | 1,479.15 |
| 5536 | 1 | 30FEDR HFR RED | | 553 | 3821-10 | 1100 | 1100 | 174.00 C | 1,914.00 |
| 5537 | 1 | 30FEDR HFR BLK | | 552 | 4484-10 | 1680 | 1680 | 171.00 C | 2,872.80 |
| 5538 | 1 | 30FEDR HFR RED | | 550 | 3821-10 | 1345 | 1345 | 90.00 C | 1,210.50 |
| 5539 | 1 | 30FEDR HFR BLK | | 551 | 3821-10 | 995 | 995 | 135.00 C | 1,343.25 |
| 5540 | 1 | 30FEDR HFR BLK | CRIPPLED | 555 | 4484-10 | 1250 | 1250 | 141.00 C | 1,762.50 |
| 5541 | 1 | 30FEDR HFR BLK | | 554 | 4484-10 | 1065 | 1065 | 153.00 C | 1,629.45 |
| 5542 | 1 | 30FEDR HFR BLK | | 556 | 4484-10 | 1090 | 1090 | 159.00 C | 1,733.10 |
| 5543 | 1 | 30FEDR HFR BLK | | 557 | 4484-10 | 1050 | 1050 | 140.00 C | 1,470.00 |
| 5544 | 1 | 30FEDR HFR BWF | | 561 | 4484-10 | 1690 | 1690 | 164.00 C | 2,771.60 |
| 5545 | 1 | 30FEDR HFR RED | | 558 | 4484-10 | 1115 | 1115 | 167.00 C | 1,862.05 |
| 5546 | 1 | 30FEDR HFR BLK | | 560 | 4484-10 | 995 | 995 | 131.00 C | 1,303.45 |

RABO AGRIFINANCE LLC & MCCLAIN FARMS INC
C/O JEFF HANSON

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Blue Grass Stockyards LLC records May 2023.    43    **609**

4561 IRON WORKS PIKE
LEXINGTON, KY 40511

73-269
421

Community Trust Bank
1-800-299-9250

DATE: 04/27/23

Amount

VOID VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID VOID Blue Grass Stockyards, Inc.
VOID VOID VOID VOID VOID VOID Custodial Account for Shippers Proceeds

Void After 90 Days

PAY
TO
THE
ORDER
OF

BY:   **VOID - COPY ONLY**

⑈0⑈ ⑆042102694⑆         7436⑈

**4561 IRON WORKS PIKE**
**LEXINGTON, KY 40511**

**0**

#6,917 - RABO AGRIFINANCE LLC & MCCLAIN FARMS INC

Auction Date: 4/24/23

| TAG | HEAD | DESC | COMMENTS | TRAN | BUYER | AVG | WGT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 5547 | 1 | 30FEDR HFR BLK | | 559 | 4484-10 | 1255 | 1255 | 167.00 C | 2,095.85 |
| 5548 | 1 | 30FEDR HFR BLK | | 565 | 4484-10 | 1380 | 1380 | 169.00 C | 2,332.20 |
| 5549 | 2 | 30FEDR HFR BLK | | 564 | 4484-10 | 1210 | 2420 | 172.00 C | 4,162.40 |
| | Additional Tags: 5522 | | | | | | | | |
| 5550 | 1 | 30FEDR HFR BLK | | 563 | 4484-10 | 1180 | 1180 | 140.00 C | 1,652.00 |
| 5551 | 1 | 30FEDR HFR BLK | | 566 | 4484-10 | 1160 | 1160 | 159.00 C | 1,844.40 |
| 5554 | 2 | 30FEDR HFR MIX | | 568 | 4484-10 | 1107 | 2215 | 161.00 C | 3,566.15 |
| | Additional Tags: 5553 | | | | | | | | |
| 5555 | 1 | 30FEDR HFR BLK | | 567 | 4484-10 | 1055 | 1055 | 157.00 C | 1,656.35 |
| 5556 | 1 | 30FEDR HFR BLK | | 569 | 4484-10 | 1250 | 1250 | 171.00 C | 2,137.50 |
| 5557 | 1 | 30FEDR HFR BLK | | 570 | 4484-10 | 950 | 950 | 144.00 C | 1,368.00 |
| 5558 | 1 | 30FEDR HFR BLK | | 573 | 4484-10 | 1115 | 1115 | 159.00 C | 1,772.85 |
| 5559 | 1 | 30FEDR HFR BLK | | 571 | 3821-10 | 1185 | 1185 | 169.00 C | 2,002.65 |
| 5560 | 1 | 30FEDR HFR BLK | | 572 | 4484-10 | 1455 | 1455 | 174.00 C | 2,531.70 |
| 5561 | 1 | 30FEDR  BLK | | 701 | 320 | 710 | 710 | 95.00 C | 674.50 |
| NT | 8 | 30FEDR HFR BLK | | 390 | 2962-302 | 396 | 3175 | 180.00 C | 5,715.00 |
| NT | 22 | 30FEDR HFR BLK | | 391 | 2500-55X | 478 | 10525 | 174.00 C | 18,313.50 |
| NT | 53 | 40FEDR HFR BLK | | 392 | 4912-5 | 571 | 30285 | 184.00 C | 55,724.40 |
| NT | 12 | 40FEDR HFR BLK | | 393 | 2962-303 | 697 | 8375 | 167.00 C | 13,986.25 |
| NT | 84 | 40FEDR HFR BLK | | 394 | 3821-156 | 586 | 49230 | 200.00 C | 98,460.00 |
| NT | 81 | 40FEDR HFR BLK | | 396 | 3821-157 | 591 | 47925 | 200.00 C | 95,850.00 |
| NT | 85 | 40FEDR HFR BLK | | 398 | 3821-158 | 591 | 50310 | 199.00 C | 100,116.90 |

RABO AGRIFINANCE LLC & MCCLAIN FARMS INC
C/O JEFF HANSON

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Blue Grass Stockyards LLC records May 2023.   44

4561 IRON WORKS PIKE
LEXINGTON, KY 40511

73-269
421

VOID VOID VOID VOID VOID VOID VOID

Community Trust Bank
1-800-299-9250

VOID VOID VOID VOID VOID VOID VOID   DATE: 04/27/23

VOID VOID VOID VOID VOID VOID VOID   Amount

VOID VOID VOID VOID VOID VOID VOID

VOID VOID VOID VOID VOID VOID V   Blue Grass Stockyards, Inc.

VOID VOID VOID VOID VOID VOID V   Custodial Account for Shippers Proceeds

Void After 90 Days

PAY
TO
THE
ORDER
OF

BY:   **VOID - COPY ONLY**

⑈0⑈ ⑆04210 26 94⑆ ▓▓▓ ⑈436⑈

## 4561 IRON WORKS PIKE
## LEXINGTON, KY 40511

0

#6,917 - RABO AGRIFINANCE LLC & MCCLAIN FARMS INC                          Auction Date: 4/24/23

| TAG | HEAD | DESC | COMMENTS | TRAN | BUYER | AVG | WGT | PRICE | AMOUNT |
|-----|------|------|----------|------|-------|-----|-----|-------|--------|
| NT | 85 | 40FEDR HFR BLK | | 400 | 4912-5X | 561 | 47720 | 204.00 C | 97,348.80 |
| NT | 81 | 40FEDR HFR BLK | | 402 | 150 | 577 | 46765 | 195.00 C | 91,191.75 |
| NT | 101 | 40FEDR HFR BLK | | 403 | 151 | 479 | 48390 | 195.00 C | 94,360.50 |
| NT | 55 | 40FEDR HFR BLK | | 405 | 3821-159 | 582 | 32060 | 195.50 C | 62,677.30 |
| NT | 107 | 40FEDR HFR BLK | | 407 | 155 | 729 | 78060 | 177.00 C | 138,166.20 |
| NT | 98 | 40FEDR HFR MIX | | 409 | 2500-55X | 408 | 40050 | 194.00 C | 77,697.00 |
| NT | 182 | 40FEDR HFR MIX | | 411 | 159 | 514 | 93670 | 182.00 C | 170,479.40 |
| NT | 211 | 40FEDR HFR MIX | | 413 | 3821-160 | 635 | 134145 | 193.00 C | 258,899.85 |
| NT | 85 | 40FEDR HFR BLK | | 415 | 5435-51 | 519 | 44165 | 202.50 C | 89,434.13 |
| NT | 13 | 30FEDR HFR CHAR | | 417 | 150-X | 550 | 7160 | 197.00 C | 14,105.20 |
| NT | 7 | 30FEDR HFR MIX | | 418 | 159-X | 535 | 3750 | 176.50 C | 6,618.75 |
| NT | 6 | 30FEDR HFR MIX | | 419 | 211-100 | 636 | 3820 | 166.00 C | 6,341.20 |
| NT | 4 | 30FEDR BULL MIX | | 420 | 2500-55 | 470 | 1880 | 192.00 C | 3,609.60 |
| NT | 4 | 30FEDR BULL MIX | | 421 | 3821-5 | 522 | 2090 | 175.00 C | 3,657.50 |
| NT | 3 | 30FEDR HFR BLK | | 422 | 211-100 | 590 | 1770 | 149.00 C | 2,637.30 |
| NT | 3 | 30FEDR HFR BLK | | 423 | 151-X | 513 | 1540 | 198.00 C | 3,049.20 |
| NT | 22 | 30FEDR HFR BLK | | 425 | 5435-51 | 527 | 11610 | 199.00 C | 23,103.90 |
| NT | 13 | 30FEDR HFR BLK | | 426 | 151-XX | 487 | 6340 | 193.00 C | 12,236.20 |
| NT | 1 | 30FEDR HFR BLK | | 427 | 311 | 895 | 895 | 125.00 C | 1,118.75 |
| NT | 29 | 30FEDR HFR BLK | | 428 | 5435-41 | 407 | 11820 | 201.00 C | 23,758.20 |
| NT | 3 | 30FEDR HFR BWF | | 429 | 5435-41 | 430 | 1290 | 180.00 C | 2,322.00 |
| NT | 2 | 30FEDR HFR BLK | | 430 | 211-100 | 712 | 1425 | 155.00 C | 2,208.75 |

RABO AGRIFINANCE LLC & MCCLAIN FARMS INC
C/O JEFF HANSON

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Blue Grass Stockyards LLC records May 2023.   45   **611**

73-269
421

4561 IRON WORKS PIKE
LEXINGTON, KY 40511

VOID VOID VOID VOID VOID VOID
Community Trust Bank   VOID VOID VOID VOID VOID VOID   DATE: 04/27/23
1-800-299-9250   VOID VOID VOID VOID VOID VOID   Amount
VOID VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID VOID   Blue Grass Stockyards, Inc.
VOID VOID VOID VOID VOID VOID   Custodial Account for Shippers Proceeds
Void After 90 Days

PAY
TO
THE
ORDER
OF

BY:   **VOID - COPY ONLY**

⑆0⑆ ⑈042102694⑈ ▬▬▬▬ 7436⑈

## 4561 IRON WORKS PIKE
## LEXINGTON, KY 40511

0

#6,917 - RABO AGRIFINANCE LLC & MCCLAIN FARMS INC                    Auction Date: 4/24/23

| TAG | HEAD | DESC | COMMENTS | TRAN | BUYER | AVG | WGT | PRICE | AMOUNT |
|-----|------|------|----------|------|-------|-----|-----|-------|--------|
| NT | 1 | 30FEDR HFR BLK | BAD EYE/WALKS OFF | 431 | 3821-48 | 565 | 565 | 137.50 C | 776.88 |
| NT | 1 | 30FEDR HFR BLK | | 432 | 1175-47 | 490 | 490 | 142.50 C | 698.25 |
| NT | 1 | 30FEDR HFR CHAX | | 433 | 3821-148 | 555 | 555 | 175.00 C | 971.25 |
| NT | 1 | 30FEDR HFR RED | | 434 | 2184-3 | 410 | 410 | 90.00 C | 369.00 |
| NT | 1 | 30FEDR HFR BLK | KNOT ON SIDE | 435 | 1175-47 | 565 | 565 | 115.00 C | 649.75 |
| NT | 1 | 30FEDR HFR CHAX | | 436 | 1175-47 | 545 | 545 | 132.50 C | 722.13 |
| NT | 8 | 30FEDR HFR BLK | | 437 | 5435-51 | 504 | 4035 | 179.00 C | 7,222.65 |
| NT | 4 | 30FEDR HFR BLK | | 438 | 3821-150 | 473 | 1895 | 169.00 C | 3,202.55 |
| NT | 3 | 30FEDR HFR BLK | | 439 | 211-100 | 581 | 1745 | 153.00 C | 2,669.85 |
| NT | 4 | 30FEDR HFR BLK | | 440 | 5435-41 | 476 | 1905 | 172.50 C | 3,286.13 |
| NT | 10 | 30FEDR HFR BLK | | 445 | 1175-41X | 430 | 4300 | 185.00 C | 7,955.00 |
| NT | 2 | 30FEDR HFR BLK | | 446 | 3821-148 | 550 | 1100 | 160.00 C | 1,760.00 |
| NT | 11 | 30FEDR HFR BLK | | 447 | 1175-47 | 465 | 5125 | 135.00 C | 6,918.75 |
| NT | 4 | 30FEDR HFR BLK | | 448 | 1175-47 | 490 | 1960 | 139.00 C | 2,724.40 |
| NT | 4 | 30FEDR HFR BLK | | 449 | 2500-56X | 545 | 2180 | 157.00 C | 3,422.60 |
| NT | 2 | 30FEDR HFR BLK | | 450 | 1175-47 | 562 | 1125 | 131.00 C | 1,473.75 |
| NT | 3 | 30FEDR HFR BLK | | 451 | 211-100 | 590 | 1770 | 149.00 C | 2,637.30 |
| NT | 5 | 30FEDR HFR CHAX | | 452 | 3821-148 | 540 | 2700 | 189.00 C | 5,103.00 |
| NT | 2 | 30FEDR HFR RED | | 453 | 3821-148 | 545 | 1090 | 185.00 C | 2,016.50 |

RABO AGRIFINANCE LLC & MCCLAIN FARMS INC
C/O JEFF HANSON

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Blue Grass Stockyards LLC records May 2023.   46   **612**

4561 IRON WORKS PIKE
LEXINGTON, KY 40511

73-269
421

VOID VOID VOID VOID VOID VOID
Community/Trust Bank    VOID VOID VOID VOID VOID    DATE: 04/27/23
1-800-299-9250
VOID VOID VOID VOID VOID VOID    Amount
VOID VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID VOID    Blue Grass Stockyards, Inc.
VOID VOID VOID VOID VOID VOID    Custodial Account for Shippers Proceeds
Void After 90 Days

PAY
TO
THE
ORDER
OF

BY:    **VOID - COPY ONLY**

⑈0⑈ ⑈04 210 2694⑈  ?436⑈

**4561 IRON WORKS PIKE**
**LEXINGTON, KY 40511**

0

#6,917 - RABO AGRIFINANCE LLC & MCCLAIN FARMS INC                         Auction Date: 4/24/23

| TAG | HEAD | DESC | COMMENTS | TRAN | BUYER | AVG | WGT | PRICE | AMOUNT |
|-----|------|------|----------|------|-------|-----|-----|-------|--------|
| NT | 6 | 30FEDR HFR BLK | | 454 | 2500-56X | 463 | 2780 | 177.00 C | 4,920.60 |
| NT | 1 | 30FEDR HFR BLK | | 455 | 2500-56X | 480 | 480 | 169.00 C | 811.20 |
| NT | 1 | 30FEDR HFR BLK | | 456 | 211-100 | 675 | 675 | 167.00 C | 1,127.25 |
| NT | 1 | 30FEDR STR BLK | | 457 | 2184-3 | 500 | 500 | 40.00 C | 200.00 |
| NT | 2 | 30FEDR HFR CHAR | | 458 | 1175-41X | 432 | 865 | 187.00 C | 1,617.55 |
| NT | 2 | 30FEDR HFR RWF | | 459 | 2500-56X | 492 | 985 | 158.00 C | 1,556.30 |
| NT | 3 | 30FEDR HFR RWF | | 460 | 211-100 | 580 | 1740 | 167.00 C | 2,905.80 |
| NT | 3 | 30FEDR HFR RWF | | 461 | 3821-148 | 528 | 1585 | 169.00 C | 2,678.65 |
| NT | 2 | 30FEDR HFR CHAR | | 462 | 1175-47 | 475 | 950 | 130.00 C | 1,235.00 |
| NT | 1 | 30FEDR HFR CHAR | | 463 | 2184-3 | 515 | 515 | 60.00 C | 309.00 |
| NT | 1 | 30FEDR HFR CHAR | | 464 | 2500-56X | 480 | 480 | 171.00 C | 820.80 |
| NT | 1 | 30FEDR HFR BLK | | 465 | 1175-47 | 430 | 430 | 110.00 C | 473.00 |
| NT | 1 | 30FEDR HFR BLK | | 466 | 211-100 | 655 | 655 | 157.00 C | 1,028.35 |
| NT | 1 | 30FEDR HFR BLK | LONGTOE | 467 | 1115-22 | 640 | 640 | 60.00 C | 384.00 |
| NT | 1 | 30FEDR HFR CHAR | | 468 | 2184-3 | 320 | 320 | 65.00 C | 208.00 |
| NT | 1 | 30FEDR HFR BWF | | 469 | 1175-47 | 540 | 540 | 130.00 C | 702.00 |
| NT | 1 | 30FEDR HFR RWF | | 470 | 1175-41X | 420 | 420 | 140.00 C | 588.00 |
| NT | 1 | 30FEDR HFR RED | WARTS | 471 | 1175-47 | 560 | 560 | 90.00 C | 504.00 |
| NT | 1 | 30FEDR HFR BLK | | 472 | 2500-56X | 525 | 525 | 93.00 C | 488.25 |
| NT | 1 | 30FEDR HFR RED | | 473 | 211-100 | 605 | 605 | 160.00 C | 968.00 |
| NT | 1 | 30FEDR HFR RED | | 474 | 3821-148 | 475 | 475 | 132.00 C | 627.00 |
| NT | 1 | 30FEDR HFR CHAX | | 475 | 1175-47 | 455 | 455 | 122.00 C | 555.10 |

RABO AGRIFINANCE LLC & MCCLAIN FARMS INC
C/O JEFF HANSON

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Blue Grass Stockyards LLC records May 2023.    47    **613**

4561 IRON WORKS PIKE
LEXINGTON, KY 40511

73-269
421

VOID VOID VOID VOID VOID VOID VOID
Community Trust Bank VOID VOID VOID VOID VOID V DATE 04/27/23
1-800-299-9250
VOID VOID VOID VOID VOID VOID Amount
VOID VOID VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID V Blue Grass Stockyards, Inc.
VOID VOID VOID VOID VOID V Custodial Account for Shippers Proceeds
Void After 90 Days

PAY
TO
THE
ORDER
OF

BY:    **VOID - COPY ONLY**

�désignation 042102694: ▮▮▮▮ 7436⑂

4561 IRON WORKS PIKE
LEXINGTON, KY 40511

0

#6,917 - RABO AGRIFINANCE LLC & MCCLAIN FARMS INC

Auction Date: 4/24/23

| TAG | HEAD | DESC | COMMENTS | TRAN | BUYER | AVG | WGT | PRICE | AMOUNT |
|-----|------|------|----------|------|-------|-----|-----|-------|--------|
| NT | 1 | 30FEDR HFR BLK | | 476 | 1175-47 | 435 | 435 | 91.00 C | 395.85 |
| NT | 1 | 30FEDR HFR RWF | | 477 | 211-100 | 570 | 570 | 167.00 C | 951.90 |
| NT | 1 | 30FEDR HFR RWF | | 478 | 1175-41X | 390 | 390 | 120.00 C | 468.00 |
| NT | 1 | 30FEDR HFR BLK | KNOTS | 479 | 1175-47 | 570 | 570 | 65.00 C | 370.50 |
| NT | 1 | 30FEDR HFR RED | | 480 | 1175-47 | 475 | 475 | 130.00 C | 617.50 |
| NT | 1 | 30FEDR HFR BWF | | 481 | 211-100 | 685 | 685 | 160.00 C | 1,096.00 |
| NT | 1 | 30FEDR HFR BLK | CRIPPLED | 482 | 1694-X | 715 | 715 | 69.00 C | 493.35 |
| NT | 1 | 30FEDR STR CHAR | | 483 | 4484-10 | 1110 | 1110 | 136.00 C | 1,509.60 |
| NT | 1 | 30FEDR HFR CHAR | | 484 | 1175-47 | 485 | 485 | 122.00 C | 591.70 |
| NT | 1 | 30FEDR HFR BLK | | 485 | 211-100 | 600 | 600 | 152.00 C | 912.00 |
| NT | 1 | 30FEDR HFR BLK | | 486 | 2184-3 | 455 | 455 | 133.00 C | 605.15 |
| NT | 1 | 30FEDR HFR RWF | | 487 | 1175-41X | 365 | 365 | 149.00 C | 543.85 |
| NT | 1 | 30FEDR HFR BLK | | 488 | 2500-56X | 530 | 530 | 161.00 C | 853.30 |
| NT | 1 | 30FEDR HFR BLK | LONGTOES | 489 | 1115-22 | 930 | 930 | 90.00 C | 837.00 |
| NT | 1 | 30FEDR HFR BLK | | 490 | 2184-3 | 365 | 365 | 50.00 C | 182.50 |
| NT | 1 | 30FEDR HFR BLK | | 491 | 1175-41X | 420 | 420 | 153.00 C | 642.60 |
| NT | 1 | 30FEDR HFR BWF | | 492 | 2500-56X | 570 | 570 | 167.00 C | 951.90 |
| NT | 1 | 30FEDR HFR BLK | | 493 | 211-100 | 565 | 565 | 157.00 C | 887.05 |
| NT | 1 | 30FEDR HFR RED | | 494 | 1175-47 | 445 | 445 | 129.00 C | 574.05 |
| NT | 1 | 30FEDR HFR BLK | | 495 | 1175-47 | 520 | 520 | 121.00 C | 629.20 |
| NT | 1 | 30FEDR BULL CHAR | | 496 | 211-100 | 570 | 570 | 150.00 C | 855.00 |
| NT | 1 | 30FEDR HFR BLK | | 497 | 1175-47 | 435 | 435 | 130.00 C | 565.50 |

RABO AGRIFINANCE LLC & MCCLAIN FARMS INC
C/O JEFF HANSON

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Blue Grass Stockyards LLC records May 2023.   48   **614**

LEXINGTON, KY 40511

73-269
421

VOID VOID VOID VOID VOID VOID VOID
Community Trust Bank VOID VOID VOID VOID VOID VOID DATE: 04/27/23
1-800-299-9250
VOID VOID VOID VOID VOID VOID VOID Amount
VOID VOID VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID VOID Blue Grass Stockyards, Inc.
VOID VOID VOID VOID VOID VOID Consolidated Account for Shippers Proceeds
Void After 90 Days

PAY
TO
THE
ORDER
OF

BY:   **VOID - COPY ONLY**

⑈0⑈ ⑆0421026941⑆ [redacted] 7436⑈

**4561 IRON WORKS PIKE**
**LEXINGTON, KY 40511**

0

#6,917 - RABO AGRIFINANCE LLC & MCCLAIN FARMS INC

Auction Date: 4/24/23

| TAG | HEAD | DESC | COMMENTS | TRAN | BUYER | AVG | WGT | PRICE | AMOUNT |
|-----|------|------|----------|------|-------|-----|-----|-------|--------|
| NT | 1 | 30FEDR HFR BWF | | 498 | 1175-41X | 435 | 435 | 130.00 C | 565.50 |
| NT | 1 | 30FEDR HFR BLK | BLIND | 499 | 1175-41X | 405 | 405 | 13.00 C | 52.65 |
| NT | 1 | 30FEDR HFR RWF | | 500 | 1175-47 | 535 | 535 | 91.00 C | 486.85 |
| NT | 1 | 30FEDR HFR CHAR | | 501 | 1175-47 | 460 | 460 | 130.00 C | 598.00 |
| NT | 1 | 30FEDR HFR RED | | 502 | 3821-148 | 460 | 460 | 173.00 C | 795.80 |
| NT | 1 | 30FEDR HFR RWF | | 503 | 1175-47 | 460 | 460 | 171.00 C | 786.60 |
| NT | 1 | 30FEDR HFR BLK | | 504 | 3821-148 | 515 | 515 | 165.00 C | 849.75 |
| NT | 1 | 30FEDR HFR RED | | 505 | 2184-3 | 345 | 345 | 45.00 C | 155.25 |
| NT | 1 | 30FEDR HFR RED | | 506 | 1175-41X | 385 | 385 | 141.00 C | 542.85 |
| NT | 1 | 30FEDR HFR BLK | | 507 | 1175-41X | 330 | 330 | 80.00 C | 264.00 |
| NT | 1 | 30FEDR HFR BLK | CRIPPLED | 508 | 3568 | 600 | 600 | 52.50 C | 315.00 |
| NT | 1 | 30FEDR HFR BLK | | 509 | 1175-41X | 300 | 300 | 60.00 C | 180.00 |
| NT | 1 | 30FEDR HFR BLK | | 510 | 1175-41X | 340 | 340 | 60.00 C | 204.00 |
| NT | 1 | 30FEDR HFR BLK | | 511 | 2184-3 | 335 | 335 | 10.00 C | 33.50 |
| NT | 1 | 30FEDR STR BLK | | 512 | 1694-X | 720 | 720 | 61.00 C | 439.20 |
| NT | 1 | 30FEDR HFR CHAR | | 513 | 1115-22 | 615 | 615 | 20.00 C | 123.00 |
| NT | 1 | 30FEDR HFR BLK | | 514 | 2184-3 | 420 | 420 | 42.50 C | 178.50 |
| | 1638 | Total | | | | | 935220 | | 1,741,554.07 |

RABO AGRIFINANCE LLC & MCCLAIN FARMS INC
C/O JEFF HANSON

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Blue Grass Stockyards LLC records May 2023.   49   **615**

**4561 IRON WORKS PIKE**

LEXINGTON, KY 40511

73-269
421

VOID VOID VOID VOID VOID VOID
Community/Trust Bank VOID VOID VOID VOID VOID DATE: 04/27/23
1-800-299-9250
VOID VOID VOID VOID VOID VOID Amount
VOID VOID VOID VOID VOID VOID
VOID VOID VOID VOID VOID VOID Blue Grass Stockyards, Inc.
VOID VOID VOID VOID VOID VOID Custodial Account for Shippers Proceeds
Void After 90 Days

PAY
TO
THE
ORDER
OF

BY: **VOID - COPY ONLY**

⑈0⑈ ⑆0421026941⑆ ⬛⬛⬛⬛ 7436⑈

**4561 IRON WORKS PIKE**

**LEXINGTON, KY 40511**

**0**

#6,917 - RABO AGRIFINANCE LLC & MCCLAIN FARMS INC

Auction Date: 4/24/23

| TAG | HEAD | DESC | | COMMENTS | TRAN | BUYER | AVG | WGT | PRICE | AMOUNT |
|-----|------|------|--|----------|------|-------|-----|-----|-------|--------|

| Type | # / Head | Tot WGT | Avg WGT | Avg / CWT | Avg / Head | Total |
|------|----------|---------|---------|-----------|------------|-------|
| FDR 30 | 318 | 184070 | 579 | 161.44 | 934.47 | 297,161.59 |
| FDR 40 | 1320 | 751150 | 569 | 192.29 | 1,094.24 | 1,444,392.48 |

| | | | | |
|---|---|---|---|---|
| BEEF PROMOTION | (1,638.00) | COMMISSION | (26,160.00) | INSURANCE | (4,353.94) |
| KY BEEF PROMOTION | (1,638.00) | FEED | (9,812.00) | TRUCKING (LARK TRUC | (13,700.00) |
| MISC (GATHERING & EX | (20,430.34) | TRUCKING (A HENSLEY | (10,125.50) | TRUCKING (GOOSE CRE | (3,000.00) |
| TRUCKING (ROSS, KEND | (1,650.00) | TRUCKING (LSB LOGIST | (3,000.00) | TRUCKING (SPEARS, MA | (1,712.00) |
| TRUCKING (HOLT, JAY) | (2,412.00) | TRUCKING (CURTSINGE | (1,650.00) | TRUCKING (HUNGATE T | (1,500.00) |

**Message(s)**

We appreciate your business!!!

| | | |
|---|---|---|
| **Total Deductions:** | | 102,781.78 |
| **Total Seller Amount:** | $ | 1,638,772.29 |
| **This Check Amount:** | $ | 1,638,772.29 |

RABO AGRIFINANCE LLC & MCCLAIN FARMS INC
C/O JEFF HANSON

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Blue Grass Stockyards LLC records May 2023.    50    **616**

# SELLER 6,917  RABO AGRIFINANCE LLC & MCCLAIN FARMS INC

## Seller Statement

### Monday, April 24, 2023

| TAG | HEAD | DESC | COMMENTS | BUYER | TRAN | PEN | AVG | WGT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5525 | 1 | STEER FDR 30 | | 4484-10 | 543 | 247 | 1050 | 1050 | 132.00 | 1,386.00 |
| 5526 | 1 | STEER FDR 30 | | 4484-10 | 539 | 218 | 1150 | 1150 | 113.00 | 1,299.50 |
| 5527 | 1 | STEER FDR 30 | | 2500-45 | 540 | 319 | 990 | 990 | 97.00 | 960.30 |
| 5528 | 1 | STEER FDR 30 | | 2500-B5 | 542 | 321 | 1125 | 1125 | 112.00 | 1,260.00 |
| 5529 | 1 | STEER FDR 30 | | 4484-10 | 541 | 247 | 1035 | 1035 | 129.00 | 1,335.15 |
| 5530 | 1 | HEIFER FDR 30 | | 3821-10 | 544 | 130 | 1375 | 1375 | 161.00 | 2,213.75 |
| 5531 | 1 | STEER FDR 30 | | 4484-10 | 545 | 247 | 1130 | 1130 | 152.00 | 1,717.60 |
| 5532 | 1 | STEER FDR 30 | | 4484-10 | 546 | 247 | 1440 | 1440 | 172.00 | 2,476.80 |
| 5533 | 1 | STEER FDR 30 | | 4484-10 | 547 | 247 | 1500 | 1500 | 169.00 | 2,535.00 |
| 5534 | 1 | STEER FDR 30 | | 4484-10 | 549 | 247 | 1510 | 1510 | 175.00 | 2,642.50 |
| 5535 | 1 | HEIFER FDR 30 | | 211-101 | 548 | 132 | 865 | 865 | 171.00 | 1,479.15 |
| 5536 | 1 | HEIFER FDR 30 | | 3821-10 | 553 | 130 | 1100 | 1100 | 174.00 | 1,914.00 |
| 5537 | 1 | HEIFER FDR 30 | | 4484-10 | 552 | 247 | 1680 | 1680 | 171.00 | 2,872.80 |
| 5538 | 1 | HEIFER FDR 30 | | 3821-10 | 550 | 130 | 1345 | 1345 | 90.00 | 1,210.50 |
| 5539 | 1 | HEIFER FDR 30 | | 3821-10 | 551 | 130 | 995 | 995 | 135.00 | 1,343.25 |
| 5540 | 1 | HEIFER FDR 30 | CRIPPLED | 4484-10 | 555 | 247 | 1250 | 1250 | 141.00 | 1,762.50 |
| 5541 | 1 | HEIFER FDR 30 | | 4484-10 | 554 | 247 | 1065 | 1065 | 153.00 | 1,629.45 |
| 5542 | 1 | HEIFER FDR 30 | | 4484-10 | 556 | 247 | 1090 | 1090 | 159.00 | 1,733.10 |
| 5543 | 1 | HEIFER FDR 30 | | 4484-10 | 557 | 247 | 1050 | 1050 | 140.00 | 1,470.00 |
| 5544 | 1 | HEIFER FDR 30 | | 4484-10 | 561 | 247 | 1690 | 1690 | 164.00 | 2,771.60 |
| 5545 | 1 | HEIFER FDR 30 | | 4484-10 | 558 | 247 | 1115 | 1115 | 167.00 | 1,862.05 |
| 5546 | 1 | HEIFER FDR 30 | | 4484-10 | 560 | 247 | 995 | 995 | 131.00 | 1,303.45 |
| 5547 | 1 | HEIFER FDR 30 | | 4484-10 | 559 | 247 | 1255 | 1255 | 167.00 | 2,095.85 |
| 5548 | 1 | HEIFER FDR 30 | | 4484-10 | 565 | 237 | 1380 | 1380 | 169.00 | 2,332.20 |
| 5549 | 2 | HEIFER FDR 30 | | 4484-10 | 564 | 237 | 1210 | 2420 | 172.00 | 4,162.40 |
| 5550 | 1 | HEIFER FDR 30 | | 4484-10 | 563 | 247 | 1180 | 1180 | 140.00 | 1,652.00 |
| 5551 | 1 | HEIFER FDR 30 | | 4484-10 | 566 | 237 | 1160 | 1160 | 159.00 | 1,844.40 |
| 5554 | 2 | HEIFER FDR 30 | | 4484-10 | 568 | 237 | 1107 | 2215 | 161.00 | 3,566.15 |
| 5555 | 1 | HEIFER FDR 30 | | 4484-10 | 567 | 237 | 1055 | 1055 | 157.00 | 1,656.35 |
| 5556 | 1 | HEIFER FDR 30 | | 4484-10 | 569 | 237 | 1250 | 1250 | 171.00 | 2,137.50 |
| 5557 | 1 | HEIFER FDR 30 | | 4484-10 | 570 | 237 | 950 | 950 | 144.00 | 1,368.00 |
| 5558 | 1 | HEIFER FDR 30 | | 4484-10 | 573 | 237 | 1115 | 1115 | 159.00 | 1,772.85 |
| 5559 | 1 | HEIFER FDR 30 | | 3821-10 | 571 | 130 | 1185 | 1185 | 169.00 | 2,002.65 |
| 5560 | 1 | HEIFER FDR 30 | | 4484-10 | 572 | 237 | 1455 | 1455 | 174.00 | 2,531.70 |
| 5561 | 1 | FDR 30 | | 320 | 701 | 346 | 710 | 710 | 95.00 | 674.50 |
| NT | 8 | HEIFER FDR 30 | | 2962-302 | 390 | 349 | 396 | 3175 | 180.00 | 5,715.00 |
| NT | 22 | HEIFER FDR 30 | | 2500-55X | 391 | 10 | 478 | 10525 | 174.00 | 18,313.50 |
| NT | 53 | HEIFER FDR 40 | | 4912-5 | 392 | 11/12 | 571 | 30285 | 184.00 | 55,724.40 |
| NT | 12 | HEIFER FDR 40 | | 2962-303 | 393 | 347 | 697 | 8375 | 167.00 | 13,986.25 |
| NT | 84 | HEIFER FDR 40 | | 3821-156 | 394 | 13/14/15 | 586 | 49230 | 200.00 | 98,460.00 |
| NT | 81 | HEIFER FDR 40 | | 3821-157 | 396 | 16/17/18 | 591 | 47925 | 200.00 | 95,850.00 |
| NT | 85 | HEIFER FDR 40 | | 3821-158 | 398 | 25/27/28 | 591 | 50310 | 199.00 | 100,116.90 |
| NT | 85 | HEIFER FDR 40 | | 4912-5X | 400 | 22/23/24 | 561 | 47720 | 204.00 | 97,348.80 |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Blue Grass Stockyards LLC records May 2023.

Seller Statement

# SELLER 6,917  RABO AGRIFINANCE LLC & MCCLAIN FARMS INC

## Monday, April 24, 2023

| TAG | HEAD | DESC | COMMENTS | BUYER | TRAN | PEN | AVG | WGT | PRICE | AMOUNT |
|-----|------|------|----------|-------|------|-----|-----|-----|-------|--------|
| NT | 81 | HEIFER FDR 40 | | 150 | 402 | 363 | 577 | 46765 | 195.00 | 91,191.75 |
| NT | 101 | HEIFER FDR 40 | | 151 | 403 | 263/265 | 479 | 48390 | 195.00 | 94,360.50 |
| NT | 55 | HEIFER FDR 40 | | 3821-159 | 405 | 40 | 582 | 32060 | 195.50 | 62,677.30 |
| NT | 107 | HEIFER FDR 40 | | 155 | 407 | 41/42 | 729 | 78060 | 177.00 | 138,166.20 |
| NT | 98 | HEIFER FDR 40 | | 2500-55X | 409 | 366 | 408 | 40050 | 194.00 | 77,697.00 |
| NT | 182 | HEIFER FDR 40 | | 159 | 411 | 43/44/33 | 514 | 93670 | 182.00 | 170,479.40 |
| NT | 211 | HEIFER FDR 40 | | 3821-160 | 413 | 5/46/35/3 | 635 | 134145 | 193.00 | 258,899.85 |
| NT | 85 | HEIFER FDR 40 | | 5435-51 | 415 | 368 | 519 | 44165 | 202.50 | 89,434.13 |
| NT | 13 | HEIFER FDR 30 | | 150-X | 417 | 345 | 550 | 7160 | 197.00 | 14,105.20 |
| NT | 7 | HEIFER FDR 30 | | 159-X | 418 | 342 | 535 | 3750 | 176.50 | 6,618.75 |
| NT | 6 | HEIFER FDR 30 | | 211-100 | 419 | 338 | 636 | 3820 | 166.00 | 6,341.20 |
| NT | 4 | BULL FDR 30 | | 2500-55 | 420 | 336 | 470 | 1880 | 192.00 | 3,609.60 |
| NT | 4 | BULL FDR 30 | | 3821-5 | 421 | 359 | 522 | 2090 | 175.00 | 3,657.50 |
| NT | 3 | HEIFER FDR 30 | | 211-100 | 422 | 338 | 590 | 1770 | 149.00 | 2,637.30 |
| NT | 3 | HEIFER FDR 30 | | 151-X | 423 | 261 | 513 | 1540 | 198.00 | 3,049.20 |
| NT | 22 | HEIFER FDR 30 | | 5435-51 | 425 | 343 | 527 | 11610 | 199.00 | 23,103.90 |
| NT | 13 | HEIFER FDR 30 | | 151-XX | 426 | 264 | 487 | 6340 | 193.00 | 12,236.20 |
| NT | 1 | HEIFER FDR 30 | | 311 | 427 | 334 | 895 | 895 | 125.00 | 1,118.75 |
| NT | 29 | HEIFER FDR 30 | | 5435-41 | 428 | 341 | 407 | 11820 | 201.00 | 23,758.20 |
| NT | 3 | HEIFER FDR 30 | | 5435-41 | 429 | 339 | 430 | 1290 | 180.00 | 2,322.00 |
| NT | 2 | HEIFER FDR 30 | | 211-100 | 430 | 338 | 712 | 1425 | 155.00 | 2,208.75 |
| NT | 1 | HEIFER FDR 30 | BAD EYE/WALK S OFF | 3821-48 | 431 | 101 | 565 | 565 | 137.50 | 776.88 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 432 | 228 | 490 | 490 | 142.50 | 698.25 |
| NT | 1 | HEIFER FDR 30 | | 3821-148 | 433 | 253 | 555 | 555 | 175.00 | 971.25 |
| NT | 1 | HEIFER FDR 30 | | 2184-3 | 434 | 332 | 410 | 410 | 90.00 | 369.00 |
| NT | 1 | HEIFER FDR 30 | KNOT ON SIDE | 1175-47 | 435 | 228 | 565 | 565 | 115.00 | 649.75 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 436 | 228 | 545 | 545 | 132.50 | 722.13 |
| NT | 8 | HEIFER FDR 30 | | 5435-51 | 437 | 257 | 504 | 4035 | 179.00 | 7,222.65 |
| NT | 4 | HEIFER FDR 30 | | 3821-150 | 438 | 256 | 473 | 1895 | 169.00 | 3,202.55 |
| NT | 3 | HEIFER FDR 30 | | 211-100 | 439 | 338 | 581 | 1745 | 153.00 | 2,669.85 |
| NT | 4 | HEIFER FDR 30 | | 5435-41 | 440 | 252 | 476 | 1905 | 172.50 | 3,286.13 |
| NT | 10 | HEIFER FDR 30 | | 1175-41X | 445 | 224 | 430 | 4300 | 185.00 | 7,955.00 |
| NT | 2 | HEIFER FDR 30 | | 3821-148 | 446 | 253 | 550 | 1100 | 160.00 | 1,760.00 |
| NT | 11 | HEIFER FDR 30 | | 1175-47 | 447 | 228 | 465 | 5125 | 135.00 | 6,918.75 |
| NT | 4 | HEIFER FDR 30 | | 1175-47 | 448 | 228 | 490 | 1960 | 139.00 | 2,724.40 |
| NT | 4 | HEIFER FDR 30 | | 2500-56X | 449 | 251 | 545 | 2180 | 157.00 | 3,422.60 |
| NT | 2 | HEIFER FDR 30 | | 1175-47 | 450 | 228 | 562 | 1125 | 131.00 | 1,473.75 |
| NT | 3 | HEIFER FDR 30 | | 211-100 | 451 | 338 | 590 | 1770 | 149.00 | 2,637.30 |
| NT | 5 | HEIFER FDR 30 | | 3821-148 | 452 | 253 | 540 | 2700 | 189.00 | 5,103.00 |
| NT | 2 | HEIFER FDR 30 | | 3821-148 | 453 | 253 | 545 | 1090 | 185.00 | 2,016.50 |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Blue Grass Stockyards LLC records May 2023.

52   **618**

# SELLER 6,917  RABO AGRIFINANCE LLC & MCCLAIN FARMS INC

## Monday, April 24, 2023

| TAG | HEAD | DESC | COMMENTS | BUYER | TRAN | PEN | AVG | WGT | PRICE | AMOUNT |
|-----|------|------|----------|-------|------|-----|-----|-----|-------|--------|
| NT | 6 | HEIFER FDR 30 | | 2500-56X | 454 | 251 | 463 | 2780 | 177.00 | 4,920.60 |
| NT | 1 | HEIFER FDR 30 | | 2500-56X | 455 | 251 | 480 | 480 | 169.00 | 811.20 |
| NT | 1 | HEIFER FDR 30 | | 211-100 | 456 | 338 | 675 | 675 | 167.00 | 1,127.25 |
| NT | 1 | STEER FDR 30 | | 2184-3 | 457 | 332 | 500 | 500 | 40.00 | 200.00 |
| NT | 2 | HEIFER FDR 30 | | 1175-41X | 458 | 224 | 432 | 865 | 187.00 | 1,617.55 |
| NT | 2 | HEIFER FDR 30 | | 2500-56X | 459 | 251 | 492 | 985 | 158.00 | 1,556.30 |
| NT | 3 | HEIFER FDR 30 | | 211-100 | 460 | 338 | 580 | 1740 | 167.00 | 2,905.80 |
| NT | 3 | HEIFER FDR 30 | | 3821-148 | 461 | 253 | 528 | 1585 | 169.00 | 2,678.65 |
| NT | 2 | HEIFER FDR 30 | | 1175-47 | 462 | 228 | 475 | 950 | 130.00 | 1,235.00 |
| NT | 1 | HEIFER FDR 30 | | 2184-3 | 463 | 332 | 515 | 515 | 60.00 | 309.00 |
| NT | 1 | HEIFER FDR 30 | | 2500-56X | 464 | 251 | 480 | 480 | 171.00 | 820.80 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 465 | 228 | 430 | 430 | 110.00 | 473.00 |
| NT | 1 | HEIFER FDR 30 | | 211-100 | 466 | 338 | 655 | 655 | 157.00 | 1,028.35 |
| NT | 1 | HEIFER FDR 30 | LONGTOE | 1115-22 | 467 | 214 | 640 | 640 | 60.00 | 384.00 |
| NT | 1 | HEIFER FDR 30 | | 2184-3 | 468 | 332 | 320 | 320 | 65.00 | 208.00 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 469 | 228 | 540 | 540 | 130.00 | 702.00 |
| NT | 1 | HEIFER FDR 30 | | 1175-41X | 470 | 224 | 420 | 420 | 140.00 | 588.00 |
| NT | 1 | HEIFER FDR 30 | WARTS | 1175-47 | 471 | 228 | 560 | 560 | 90.00 | 504.00 |
| NT | 1 | HEIFER FDR 30 | | 2500-56X | 472 | 251 | 525 | 525 | 93.00 | 488.25 |
| NT | 1 | HEIFER FDR 30 | | 211-100 | 473 | 338 | 605 | 605 | 160.00 | 968.00 |
| NT | 1 | HEIFER FDR 30 | | 3821-148 | 474 | 253 | 475 | 475 | 132.00 | 627.00 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 475 | 228 | 455 | 455 | 122.00 | 555.10 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 476 | 228 | 435 | 435 | 91.00 | 395.85 |
| NT | 1 | HEIFER FDR 30 | | 211-100 | 477 | 338 | 570 | 570 | 167.00 | 951.90 |
| NT | 1 | HEIFER FDR 30 | | 1175-41X | 478 | 224 | 390 | 390 | 120.00 | 468.00 |
| NT | 1 | HEIFER FDR 30 | KNOTS | 1175-47 | 479 | 228 | 570 | 570 | 65.00 | 370.50 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 480 | 228 | 475 | 475 | 130.00 | 617.50 |
| NT | 1 | HEIFER FDR 30 | | 211-100 | 481 | 338 | 685 | 685 | 160.00 | 1,096.00 |
| NT | 1 | HEIFER FDR 30 | CRIPPLED | 1694-X | 482 | 249 | 715 | 715 | 69.00 | 493.35 |
| NT | 1 | STEER FDR 30 | | 4484-10 | 483 | 247 | 1110 | 1110 | 136.00 | 1,509.60 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 484 | 228 | 485 | 485 | 122.00 | 591.70 |
| NT | 1 | HEIFER FDR 30 | | 211-100 | 485 | 338 | 600 | 600 | 152.00 | 912.00 |
| NT | 1 | HEIFER FDR 30 | | 2184-3 | 486 | 332 | 455 | 455 | 133.00 | 605.15 |
| NT | 1 | HEIFER FDR 30 | | 1175-41X | 487 | 224 | 365 | 365 | 149.00 | 543.85 |
| NT | 1 | HEIFER FDR 30 | | 2500-56X | 488 | 251 | 530 | 530 | 161.00 | 853.30 |
| NT | 1 | HEIFER FDR 30 | LONGTOES | 1115-22 | 489 | 214 | 930 | 930 | 90.00 | 837.00 |
| NT | 1 | HEIFER FDR 30 | | 2184-3 | 490 | 332 | 365 | 365 | 50.00 | 182.50 |
| NT | 1 | HEIFER FDR 30 | | 1175-41X | 491 | 224 | 420 | 420 | 153.00 | 642.60 |
| NT | 1 | HEIFER FDR 30 | | 2500-56X | 492 | 251 | 570 | 570 | 167.00 | 951.90 |
| NT | 1 | HEIFER FDR 30 | | 211-100 | 493 | 338 | 565 | 565 | 157.00 | 887.05 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 494 | 228 | 445 | 445 | 129.00 | 574.05 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 495 | 228 | 520 | 520 | 121.00 | 629.20 |
| NT | 1 | BULL FDR 30 | | 211-100 | 496 | 338 | 570 | 570 | 150.00 | 855.00 |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Blue Grass Stockyards LLC records May 2023.

# Seller Statement

## SELLER 6,917  RABO AGRIFINANCE LLC & MCCLAIN FARMS INC

### Monday, April 24, 2023

| TAG | HEAD | DESC | COMMENTS | BUYER | TRAN | PEN | AVG | WGT | PRICE | AMOUNT |
|-----|------|------|----------|-------|------|-----|-----|-----|-------|--------|
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 497 | 228 | 435 | 435 | 130.00 | 565.50 |
| NT | 1 | HEIFER FDR 30 | | 1175-41X | 498 | 224 | 435 | 435 | 130.00 | 565.50 |
| NT | 1 | HEIFER FDR 30 | BLIND | 1175-41X | 499 | 224 | 405 | 405 | 13.00 | 52.65 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 500 | 228 | 535 | 535 | 91.00 | 486.85 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 501 | 228 | 460 | 460 | 130.00 | 598.00 |
| NT | 1 | HEIFER FDR 30 | | 3821-148 | 502 | 253 | 460 | 460 | 173.00 | 795.80 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 503 | 226 | 460 | 460 | 171.00 | 786.60 |
| NT | 1 | HEIFER FDR 30 | | 3821-148 | 504 | 253 | 515 | 515 | 165.00 | 849.75 |
| NT | 1 | HEIFER FDR 30 | | 2184-3 | 505 | 332 | 345 | 345 | 45.00 | 155.25 |
| NT | 1 | HEIFER FDR 30 | | 1175-41X | 506 | 224 | 385 | 385 | 141.00 | 542.85 |
| NT | 1 | HEIFER FDR 30 | | 1175-41X | 507 | 224 | 330 | 330 | 80.00 | 264.00 |
| NT | 1 | HEIFER FDR 30 | CRIPPLED | 3568 | 508 | 337 | 600 | 600 | 52.50 | 315.00 |
| NT | 1 | HEIFER FDR 30 | | 1175-41X | 509 | 224 | 300 | 300 | 60.00 | 180.00 |
| NT | 1 | HEIFER FDR 30 | | 1175-41X | 510 | 224 | 340 | 340 | 60.00 | 204.00 |
| NT | 1 | HEIFER FDR 30 | | 2184-3 | 511 | 332 | 335 | 335 | 10.00 | 33.50 |
| NT | 1 | STEER FDR 30 | | 1694-X | 512 | 249 | 720 | 720 | 61.00 | 439.20 |
| NT | 1 | HEIFER FDR 30 | | 1115-22 | 513 | 214 | 615 | 615 | 20.00 | 123.00 |
| NT | 1 | HEIFER FDR 30 | | 2184-3 | 514 | 332 | 420 | 420 | 42.50 | 178.50 |

|  | 1638 | Totals | | | | | | 935220 | | 1,741,554.07 |

| COMMISSION | (26,160.00) | BEEF PROMOTION | (1,638.00) |
| INSURANCE | (4,353.94) | KY BEEF PROMOTION | (1,638.00) |

| FEED | (9,812.00) |
| TRUCKING (LARK TR | (13,700.00) |
| MISC (GATHERING & | (20,430.34) |
| TRUCKING (A HENSL | (10,125.50) |
| TRUCKING (GOOSE C | (3,000.00) |
| TRUCKING (ROSS, KE | (1,650.00) |
| TRUCKING (LSB LOG | (3,000.00) |
| TRUCKING (SPEARS, | (1,712.00) |
| TRUCKING (HOLT, JA | (2,412.00) |
| TRUCKING (CURTSIN | (1,650.00) |
| TRUCKING (HUNGAT | (1,500.00) |

Check Amount:  1,638,772.29

Seller 2          MCCLAIN FEEDYARD & RABO BANK                    04/25/23    PF 4052

| HEAD | TAG | DESC | | COMMENT | BUYER | | WGT | AVG | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 750 | MIXED | HFR | | 1 | -PREG | 607 | 607 | 175.00 | 1,062.25 |
| 1 | 751 | MIXED | HFR | | 1 | -PREG | 607 | 607 | 175.00 | 1,062.25 |
| 1 | 900 | GRY | STR | | 14 | -45 | 425 | 425 | 197.00 | 837.25 |
| 1 | 2901 | BLK | HFR | 4989 | 36 | -5X | 505 | 505 | 190.00 | 959.50 |
| 1 | 2902 | BLK | HFR | 4989 | 80 | -X | 410 | 410 | 2.00 | 8.20 |
| 1 | 2903 | CHAR | HFR | 4989 | 80 | -X | 500 | 500 | 42.00 | 210.00 |
| 1 | 2904 | BWF | HFR | 4989 | 80 | -X | 475 | 475 | 70.00 | 332.50 |
| 1 | 2905 | PAINT | HFR | 4989 | 90 | -9 | 870 | 870 | 150.00 | 1,305.00 |
| 1 | 2906 | BLK | HFR | 4989 | Z | -X | 685 | 685 | 35.00 | 239.75 |
| 1 | 2907 | BLK | HFR | 4989 | 6 | -6X | 665 | 665 | 157.00 | 1,044.05 |
| 1 | 2908 | BLK | HFR | 4989 | 80 | -X | 365 | 365 | 87.00 | 317.55 |
| 1 | 2909 | BLK | HFR | 4989 | 80 | -X | 480 | 480 | 11.00 | 52.80 |
| 1 | 2910 | BLK | HFR | 4989 | 80 | -X | 405 | 405 | 15.00 | 60.75 |
| 1 | 2912 | BLK | HFR | 4990 | Z | -X | 905 | 905 | 1.00 | 9.05 |
| 1 | 2913 | BLK | HFR | 4990 | 64 | | 495 | 495 | 22.00 | 108.90 |
| 1 | 2914 | BLK | HFR | 4991 | 386 | -42 | 565 | 565 | 147.00 | 830.55 |
| 1 | 2915 | CHAR | HFR | 4990 | 386 | -42 | 520 | 520 | 120.00 | 624.00 |
| 1 | 2916 | CHAR | STR | 4991 | 14 | -5 | 545 | 545 | 196.00 | 1,068.20 |
| 1 | 2917 | BLK | HFR | 4991 | 80 | -X | 615 | 615 | 77.00 | 473.55 |
| 1 | 2918 | BLK | HFR | 4990 | Z | -X | 685 | 685 | 1.00 | 6.85 |
| 1 | 2919 | BLK | HFR | 499 | 80 | -X | 430 | 430 | 2.00 | 8.60 |
| 1 | 2920 | PAINT | HFR | 4990 | 386 | -42 | 555 | 555 | 162.00 | 899.10 |
| 1 | 2921 | BLK | STR | 4991 | 80 | -X | 535 | 535 | 102.00 | 545.70 |
| 1 | 2922 | CHAR | HFR | 4991 | 386 | -42 | 525 | 525 | 97.00 | 509.25 |
| 1 | 2923 | CHAR | HFR | 4991 | 207 | -5 | 525 | 525 | 165.00 | 866.25 |
| 1 | 2924 | BLK | HFR | 4991 | 6 | -6X | 620 | 620 | 155.00 | 961.00 |
| 1 | 2925 | BWF | HFR | 4991 | 14 | -11 | 955 | 955 | 75.00 | 716.25 |
| 1 | 2926 | BLK | HFR | 4991 | 14 | -11 | 955 | 955 | 50.00 | 477.50 |
| 1 | 2927 | XBRED | STR | 4991 | 90 | -6 | 655 | 655 | 139.00 | 910.45 |

Continued On Next Page...

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Lone Star Stockyards LLC records May 2023.

Seller 2          MCCLAIN FEEDYARD & RABO BANK          04/25/23    PF 4052

Check Continued...

| 1 | 2928 | BLK  | HFR |      |     | 386 | -42  | 565  | 565  | 117.00 | 661.05   |
|---|------|------|-----|------|-----|-----|------|------|------|--------|----------|
| 1 | 2929 | BWF  | HFR | 4991 |     | 64  |      | 535  | 535  | 55.00  | 294.25   |
| 1 | 2930 | BLK  | HFR | 4991 |     | 381 | -1   | 625  | 625  | 32.00  | 200.00   |
| 1 | 2931 | BLK  | STR | 4992 |     | 90  | -5   | 520  | 520  | 130.00 | 676.00   |
| 1 | 2932 | CHAR | STR | 4992 |     | 80  | -X   | 525  | 525  | 55.00  | 288.75   |
| 1 | 2933 | BLK  | HFR | 4992 |     | 207 | -2   | 485  | 485  | 150.00 | 727.50   |
| 1 | 2934 | BLK  | HFR | 4992 |     | Z   | -X   | 755  | 755  | 45.00  | 339.75   |
| 1 | 2935 | BLK  | HFR | 4992 |     | Z   | -X   | 625  | 625  | 10.00  | 62.50    |
| 1 | 2936 | BLK  | HFR | 4992 |     | 80  | -X   | 585  | 585  | 95.00  | 555.75   |
| 1 | 2937 | BLK  | HFR | 4992 |     | 386 | -42  | 640  | 640  | 150.00 | 960.00   |
| 1 | 2938 | BWF  | HFR | 4992 |     | 36  | -5X  | 535  | 535  | 177.00 | 946.95   |
| 1 | 2939 | RWF  | STR | 4992 |     | 90  | -5   | 650  | 650  | 162.00 | 1,053.00 |
| 1 | 2940 | BLK  | HFR | 4992 |     | Z   | -X   | 580  | 580  | 30.00  | 174.00   |
| 1 | 2941 | BLK  | HFR | 4993 |     | Z   | -X   | 610  | 610  | 25.00  | 152.50   |
| 1 | 2942 | BLK  | HFR | 4993 |     | 14  | -11X | 1385 | 1385 | 50.00  | 692.50   |
| 1 | 2945 | CHAR | HFR | 4993 |     | 336 |      | 450  | 450  | 22.00  | 99.00    |
| 1 | 2946 | BLK  | HFR | 4993 |     | 336 |      | 615  | 615  | 60.00  | 369.00   |
| 1 | 2947 | BLK  | HFR | 4993 |     | 90  | -X   | 1640 | 1640 | 92.00  | 1,508.80 |
| 1 | 2948 | BLK  | HFR | 4993 |     | Z   | -X   | 680  | 680  | 40.00  | 272.00   |
| 1 | 2949 | BLK  | HFR | 4993 |     | 64  |      | 650  | 650  | 85.00  | 552.50   |
| 1 | 2950 | BMF  | HFR | 4993 | EYE | 1   | -12  | 975  | 975  | 110.00 | 1,072.50 |
| 1 | 2951 | BLK  | HFR | 4996 |     | 386 | -42  | 650  | 650  | 80.00  | 520.00   |
| 1 | 2952 | BLK  | HFR | 4996 |     | 80  | -X   | 375  | 375  | 120.00 | 450.00   |
| 1 | 2953 | RED  | STR | 4996 | HOR | 14  | -11  | 1025 | 1025 | 82.00  | 840.50   |
| 1 | 2954 | CHAR | HFR |      |     | 386 | -42  | 680  | 680  | 140.00 | 952.00   |
| 1 | 2955 | BLK  | HFR | 4996 |     | 36  | -5X  | 465  | 465  | 157.00 | 730.05   |
| 1 | 2958 | BLK  | HFR | 4996 |     | 207 | -2   | 440  | 440  | 130.00 | 572.00   |
| 1 | 2959 | BWF  | HFR | 4996 |     | Z   | -X   | 860  | 860  | 80.00  | 688.00   |
| 1 | 2960 | RED  | HFR | 4996 |     | 336 |      | 750  | 750  | 15.00  | 112.50   |

Continued On Next Page...

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Lone Star Stockyards LLC records May 2023.    56    622

Seller 2          MCCLAIN FEEDYARD & RABO BANK          04/25/23    PF 4052

Check Continued...

| 15 | 2843 MIXED | HFR | | 384 | | 7235 | 482 | 204.00 | 14,759.40 |
|----|------------|-----|--|-----|----|------|-----|--------|-----------|
| 1 | 9859 XBRED | HFR | | 384 | | 470 | 470 | 204.00 | 958.80 |
| 21 | 2978 MIXED | HFR | | 384 | | 10870 | 518 | 209.00 | 22,718.30 |
| 1 | 2978 GRY | HFR | | 386 | -42 | 585 | 585 | 175.00 | 1,023.75 |
| 39 | 2979 MIXED | HFR | | 7 | -3 | 18605 | 477 | 212.00 | 39,442.60 |
| 40 | 2980 MIXED | HFR | | 384 | | 16725 | 418 | 234.00 | 39,136.50 |
| 43 | 2974 MIXED | HFR | | 384 | | 20720 | 482 | 211.00 | 43,719.20 |
| 14 | 2975 MIXED | HFR | | 392 | -55 | 7480 | 534 | 195.00 | 14,586.00 |
| 15 | 2976 MIXED | HFR | | 384 | | 6020 | 401 | 220.00 | 13,244.00 |
| 4 | 2977 BLK | HFR | | 46 | | 1185 | 296 | 235.00 | 2,784.75 |
| 2 | 2977 XBRED | HFR | | 207 | -3 | 625 | 313 | 155.00 | 968.75 |
| 1 | 9880 GRY | STR | | 1 | -12 | 345 | 345 | 140.00 | 483.00 |
| 3 | 9881 XBRED | BULL CLF | | 90 | -5 | 1145 | 382 | 150.00 | 1,717.50 |
| 5 | 9882 BLK | BULL CLF | | 391 | -4 | 2190 | 438 | 225.00 | 4,927.50 |
| 9 | 2956 MIXED | HFR | | 392 | -55 | 5465 | 607 | 175.00 | 9,563.75 |
| 43 | 9888 MIXED | HFR | | 207 | -2 | 17315 | 403 | 152.00 | 26,318.80 |
| 6 | 9889 BLK | BULL CLF | | 90 | -3 | 2370 | 395 | 181.00 | 4,289.70 |
| 4 | 1000 MIXED | HFR | N/S | 560 | | 0 | 0 | 0.00 | 0.00 |
| 1 | BLK | HFR | | 46 | | 385 | 385 | 162.00 | 623.70 |

804 Totals                              492856                  885,085.60

| Sex | Head | Weight | Avg Wgt | Avg Prc | Avg Pr/Hd |
|-----|------|--------|---------|---------|-----------|
| STR | 78 | 60250 | 772.44 | 179.07 | 1383.20 |
| HFR | 706 | 425341 | 602.47 | 179.90 | 1083.86 |
| COW | 1 | 1105 | 1105.00 | 79.00 | 872.95 |
| BULL CLF | 15 | 6160 | 410.67 | 180.47 | 741.11 |

Continued On Next Page...

Seller 2        MCCLAIN FEEDYARD & RABO BANK          04/25/23   PF 4052

Check Continued...

| | |
|---|---|
| Trucking: 2P TRUCKING LLC | 4,390.49 |
| Miscellaneous Charge For: DEAD FEE | 100.00 |
| Miscellaneous Charge For: CLIFF LABOR | 400.00 |
| Miscellaneous Charge For: MED/52HD/15 | 780.00 |
| Feed Per CWT Per Day: | 18,654.00 |
| Preg Test   ->   2  Head   for   12.00 | 12.00 |
| DEDUCTION: INSURANCE | 1,858.69 |
| DEDUCTION: BEEF CHECKOFF | 804.00 |
| DEDUCTION: YARDAGE – CATTLE | 4,824.00 |
| DEDUCTION: BRAND INSPECTION | 683.40 |
| DEDUCTION: TEXAS BEEF PROMOTION | 804.00 |
| DEDUCTION: HEALTH FEE | 321.60 |
| SELLING COMMISSION | 14,469.50 |
| | 836,983.92 |

WE APPRECIATE YOUR BUSINESS

Check No.      0
04/25/2023

Eight Hundred Thirty Six Thousand Nine Hundred Eighty Three Dollars and 92 Cents      $**836,983.92

MCCLAIN FEEDYARD & RABO BANK          **THIS IS NOT A CHECK**

USDA Agricultural Marketing Service, Fair Trade Practices Program
Packers & Stockyards Division

**ECM #** 379849
**Analysis as of** 10/12/23

## Section II Exhibit B: Valid Claim Schedule

**PACKER / POULTRY DEALER INFORMATION**

**Name** Brian K. McClain and McClain Farms, Inc.
**Address** 824 Mullins Lane, Benton, KY 42025-4702

**CLAIM ANALYSIS**

| Exhibit | Name | Claim Amount | Apparently Valid Amount | Purchase or Kill Date | Date Claim Filed | Notice Timely Filed (Y/N) |
|---|---|---|---|---|---|---|
| | Michael Acey and Acey Livestock, LLC | $1,520,307.75 | $1,520,307.75 | 04/05/23 | 04/19/23 | Y |
| Exhibit B-1 | Michael Acey and Acey Livestock, LLC | $100,272.05 | $100,272.05 | 04/12/23 | 05/01/23 | Y |
| | Michael Acey and Acey Livestock, LLC | $102,351.77 | $102,351.77 | 04/18/23 | 05/12/23 | Y |
| Exhibit B-2 | Barrett's Livestock Inc. | $96,862.41 | $96,862.41 | 03/30/23 | 04/21/23 | Y |
| Exhibit B-3 | JoAnn & Keith Brooks d.b.a. Brooks Farms | $141,260.26 | $141,260.26 | 04/05/23 | 04/20/23 | Y |
| | JoAnn & Keith Brooks d.b.a. Brooks Farms | $32,855.25 | $32,855.25 | 04/12/23 | 04/20/23 | Y |
| | Riley Livestock, Inc. | $431,020.97 | $431,020.97 | 04/04/23 | 04/20/23 | Y |
| Exhibit B-4 | Riley Livestock, Inc. | $234,981.76 | $234,981.76 | 04/10/23 | 04/20/23 | Y |
| | Riley Livestock, Inc. | $28,056.55 | $28,056.55 | 04/14/23 | 04/20/23 | Y |
| Exhibit B-5 | Bar D Ranch Land & Cattle | $92,053.76 | $92,053.76 | 03/21/23 | 04/21/23 | Y |
| Exhibit B-6 | Shaw & Shaw Farms Partnership LLC | $120,911.37 | $120,911.37 | 03/16/23 | 04/21/23 | Y *NSF Check |
| Exhibit B-7 | Jeff Starnes dba Starnes Cattle | $30,006.43 | $30,006.43 | 03/16/23 | 04/21/23 | Y *NSF Check |
| **Totals** | | **$2,930,940.33** | **$2,930,940.33** | | | |



**United States Department of Agriculture**

# DEALER TRUST CLAIMS WITH SUPPORTING DOCUMENTS
## SECTION II EXHIBIT B-1

The documents in <u>Exhibit B-1</u> include Dealer Trust Claim Forms and supporting documents invoking Dealer Statutory Trust Rights as set forth in Section 318 of the Packers and Stockyards Act, 1921 as amended and supplemented (7 U.S.C. §§ 181-229), the documents include the following:

1. On April 19, 2023, a Dealer Trust Claim was received by Michael Acey and Acey Livestock LLC (Acey), notifying USDA Packers and Stockyards of unpaid livestock purchased by Brian McClain and McClain Farms, Inc. (McClain), Benton, Kentucky. The claim included an unpaid April 7, 2023 invoice totaling $1,520,307.75 for 1,250 head of cattle to McClain.  The bank had notified Acey that two checks issued by McClain Farms, Inc. from Mechanics Bank were being returned.

2. On May 1, 2023, Acey's attorney, Joe Mattingly (Mattingly) provided USDA the two dishonored check instruments totaling $1,520,307.75.  Additionally on this date, USDA was notified with an amended Trust Claim Form of an additional unpaid invoice totaling $100,272.05 from April 12, 2023.  McClain had not issued payment for the April 12, 2023 livestock.

3. On May 12, 2023, Mattingly provided USDA with an additional claim for $102,351.77. Acey had not invoiced the livestock as they were delivered the morning of April 18, 2023, hours prior to McClain's passing.  Acey traditionally invoiced McClain after fulfillment of McClains order.  Acey had not yet invoiced the livestock.  Josey Robinson, McClain's farm foreman, notified Robert Prince, Attorney for the McClain estate, that the 95 head of livestock that had not been tagged were Acey's 95 head delivered the morning of McClains passing.  Acey's livestock were easily identified as they were the only livestock missing tags and were sold in separate lots by Blue Grass Stockyards, LLC, Lexington, Kentucky personnel during the liquidation sale on April 24, 2023.

| Livestock Purchase Date | Amount Unpaid for Livestock |
|---|---|
| April 7, 2023 | $1,520,307.75 |
| April 12, 2023 | $100,272.05 |
| April 17, 2023 | $102,351.77 |

4. Hauling Documentation including payment to haulers deducted from original purchases at livestock market agencies by Acey.  Also included are text messages in writing from Acey's two haulers, Pat Mattingly and Steve Hogue, identifying that all livestock purchased during March and April to fulfill the invoices to McClain that were claimed and unpaid were delivered to the Benton, Kentucky location.

Date 4-18-2023

[ McClain Farms Inc.
824 Mullins Lane
Benton, Ky 42025-4702

This is to notify you that I have not been paid for livestock purchased by *McClain Farms* on the dates and in the amounts as follows:

- Date   Attached        Amount

- Date                   Amount

- Date                   Amount

- Date                   Amount

As a cash seller of livestock, I request that *McClain Farms* hold in trust for me the items required to be held in trust under Dealer Statutory Trust and the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division Western Regional Office at:

**Western Regional Office**
One Gateway Centre
3950 North Lewiston, Suite 200
Aurora, CO 80011

FAX 303-371-4609

**RECEIVED**
**April 19, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

Sincerely,

**Signature:** _Michael Acey_

**Title:** Owner

**Printed Name:** Micheal Acey

**Telephone Number:** 859-583-8883

**Company Name:** Acey Livestock, LLC

**Address:** 211 Old Orchard Rd.
Perryville, Ky 40468

cc: Packers and Stockyards Division, Western Regional Office

**NOTE: Please be sure to provide an original signed copy of this letter to both the Dealer and to the Packers and Stockyards Division, Western Regional Office.**

INVOICE DATE _4-7-23_



PERRYVILLE, KY    859.583.8083

MICHAEL ACEY
211 OLD ORCHARD ROAD
PERRYVILLE, KY 40468

BILL TO: _McClain Livestock_

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| 1250 Hd  Mixed Heifers | 79/250 | 192.14 | $1520307.75 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL** 1520307.75

Make all checks payable to Michael Acey/Acey Livestock, LLC
Thank you for your business!

62    **628**

**RECEIVED**
**May 1, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

REFER TO MAKER

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S REFER TO MAKER



RECEIVED
May 1, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA



**RECEIVED**
**May 1, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

**Bottom, Lisa**

From:         Taylor, Melanie
Sent:         Friday, April 21, 2023 8:31 AM
To:           PERRYVILLE PURGE; Cochran, Jennifer
Subject:      Large dollar return

The second large dollar item we were expecting is in today's return file.

DDA ▓▓▓ 0190 Acey Livestock $862,203.48 returned for Refer to Maker
Trace# 115490714 Date: 4/18/23



Melanie Taylor, NCP
EIM/BPM Specialist
Phone: (859) 238-0677
Fax: (859) 936-2977

**RECEIVED**
**May 1, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

LAW OFFICES OF
## JOSEPH H. MATTINGLY III
Practicing As A Professional Limited Liability Company
104 West Main Street - P.O. Box 678
Lebanon, Kentucky 40033

Telephone: (270) 692-1718
Telefax: (270) 692-1249

Email: *joe@mattinglylawoffices.com*
http://www.mattinglylawoffices.com

May 1, 2023

McClain Farms, Inc.
824 Mullins Lane
Benton, Kentucky 42025
Via Electronic Mail: *gkarlberg@ampleo.com*

United States Dept. of Agriculture
Western Regional Office
One Gateway Centre
3950 North Lewiston, Suite 200
Aurora, CO 80011
Via Electronic Mail: *adam.m.fast@usda.gov*
        *jessica.l.power@usda.gov*

Re:     *Michael Acey, individually and/or doing business as Acey
        Livestock, LLC*

## NOTICE OF CLAIM OF STATUTORY TRUST PURSUANT TO 7 U.S.C.A. §217b

To whom it may concern:

This follows the April 18, 2023, filing by my client, Michael Acey, individually and/or doing business as Acey Livestock, LLC, of his Notice of Claim of Statutory Trust pursuant to 7 U.S.C.A. §217b. I enclose a copy of that prior Notice herewith. This Notice is supplementary thereto and in order to provide you my contact information as attorney for Mr. Acey and Acey Livestock, LLC.

As was the case with the April 18, 2023, Notice, this is to notify you that Michael Acey, individually and/or doing business as Acey Livestock, LLC, was not paid for livestock purchased by McClain Farms, Inc., on the dates and in the amounts as follows:

- Date: April 7, 2023        $1,520,307.75
- Date: April 12, 2023       $  100,272.05
  TOTAL                      $1,620,579.80

As a cash seller of livestock, Michael Acey, individually and/or doing business as Acey Livestock, LLC, requests that McClain Farms, Inc., hold in trust for him the items required to be

**USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

held in trust under the Dealer Statutory Trust and the Packers and Stockyards Act.

     This Notice is provided to both McClain Farms, Inc., and the Packers and Stockyards
Division Western Regional Office, at their addresses above, as required by said Act.

Sincerely,

JOSEPH H. MATTINGLY III, PLLC

By   _____

      JOSEPH H. MATTINGLY III

**RECEIVED**
**May 1, 2023**

**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION** Date 4-18-2023
**DES MOINES, IA**

I McClain Farms Inc.
824 Mullins Lane
Benton, KY 42025-4702

This is to notify you that I have not been paid for livestock purchased by _McClain Farms_ on the dates
and in the amounts as follows:

- Date     Attached                    Amount

- Date                                 Amount

- Date                                 Amount

- Date                                 Amount

As a cash seller of livestock, I request that _McClain Farms_ hold in trust for me the items required to be
held in trust under Dealer Statutory Trust and the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division Western Regional
Office at:

**Western Regional Office**
One Gateway Centre
3950 North Lewiston, Suite 200
Aurora, CO 80011

FAX 303-371-4609

Sincerely,

Signature: _Michael Acey_

Title: Owner

Printed Name: Micheal Acey

Telephone Number: 859-583-8883

Company Name: Acey Livestock, LLC

Address: 211 Old Orchard Rd.
Perryville, Ky 40468

cc: Packers and Stockyards Division, Western Regional Office

**NOTE: Please be sure to provide an original signed copy of this letter to both the Dealer and to the Packers
and Stockyards Division, Western Regional Office.**

RECD 09/26/24

May 1, 2023

**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

INVOICE DATE  *4-12-23*



MICHAEL ACEY
211 OLD ORCHARD ROAD
PERRYVILLE, KY 40468

BILL TO: *Madam Livestock*

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| 82    53745 | 53,745 | 186 $\frac{57}{2}$ | $10,272.05 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | TOTAL $10,272.05 |

Make all checks payable to Michael Acey/Acey Livestock, LLC
Thank you for your business!

69    **635**

RECEIVED
May 12, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

LAW OFFICES OF
## JOSEPH H. MATTINGLY III
Practicing As A Professional Limited Liability Company
104 West Main Street - P.O. Box 678
Lebanon, Kentucky 40033

Telephone: (270) 692-1718
Telefax: (270) 692-1249

Email: *joe@mattinglylawoffices.com*
http://www.mattinglylawoffices.com

May 12, 2023

McClain Farms, Inc.
824 Mullins Lane
Benton, Kentucky 42025
Via Electronic Mail: *gkarlberg@ampleo.com*

United States Dept. of Agriculture
Western Regional Office
One Gateway Centre
3950 North Lewiston, Suite 200
Aurora, CO 80011
Via Electronic Mail: *adam.m.fast@usda.gov*
*jessica.l.power@usda.gov*

Re:   *Michael Acey, individually and/or doing business as Acey Livestock, LLC*

## NOTICE OF SUPPLEMENTAL CLAIM OF
## STATUTORY TRUST PURSUANT TO 7 U.S.C.A. §217b

To whom it may concern:

This follows the April 18, 2023, filing by my client, Michael Acey, individually and/or doing business as Acey Livestock, LLC, of his Notice of Claim of Statutory Trust pursuant to 7 U.S.C.A. §217b, and supplementation of that Claim on May 1, 2023. Please consider this as a supplemental and additional such claim.

This is to notify you that Michael Acey, individually and/or doing business as Acey Livestock, LLC, was not paid for livestock purchased by McClain Farms, Inc., on April 18, 2023, in the amount of $102,351.77. These livestock were delivered to McClain Farms, Inc., on the morning of April 18, 2023, were segregated and never commingled with other livestock at McClain Farms, LLC. Subsequently, they were held separately and separately accounted for at the sale of those livestock at Bluegrass Stockyards.

As a cash seller of livestock, Michael Acey, individually and/or doing business as Acey Livestock, LLC, requests that McClain Farms, Inc., hold in trust for him the items required to be held in trust under the Dealer Statutory Trust and the Packers and Stockyards Act.

**RECEIVED**
**May 12, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

This Notice is provided to both McClain Farms, Inc., and the Packers and Stockyards Division Western Regional Office, at their addresses above, as required by said Act.

Sincerely,

JOSEPH H. MATTINGLY III, PLLC

By _____

JOSEPH H. MATTINGLY III