

# Washington Pages Livestock Center, Inc.

**P.O. Box 93**
**Springfield, KY 40069**
**(859) 336-3481**
**Sale Every Friday**

Buyer#:**8600**
ACEY, MICHAEL  N F
211 OLD ORCHARD ROAD
PERRYVILLE KY 40468
FAX: 270-527-2577

Auction Date:Monday, April 17, 2023
Printed: April 18, 2023 12:33 pm
Page 1 of 1

# *** RECAP *** SUMMARY ***

| PEN NUMBER | BUYER NUMBER | NUMBER HEAD | AVG WEIGHT | AVG / CWT | AVG / HEAD | TOTAL WEIGHT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| | 8600-MISC | 0 | 0.00 | 0.00 | | 0 | 1,710.00 |
| 22A | 8600-36X | 5 | 379 | 203.18 | 770.04 | 1895 | 3,850.20 |
| 201 | 8600-46X | 33 | 491 | 204.87 | 1,006.97 | 16220 | 33,229.89 |
| 209 | 8600-46 | 3 | 456 | 190.00 | 867.67 | 1370 | 2,603.00 |
| 33 | 8600-56X | 41 | 567 | 194.54 | 1,104.86 | 23285 | 45,299.13 |
| 32 | 8600-61X | 13 | 651 | 184.99 | 1,204.58 | 8465 | 15,659.55 |
| | | 95 | 539 | 199.77 | 1,077.39 | 51235 | 102,351.77 |

\* - Averages are after any additional charges

| | |
|---|---:|
| Total Head: | 95 |
| Total Weight: | 51235 |
| Total Refunds: | 0.00 |
| Additional Charges: | 1,775.00 |
| Total Purchases: | 100,576.77 |
| Payments Made: | 0.00 |
| **Grand Total:** | **$102,351.77** |
| **Amount Due:** | **$102,351.77** |

Signature: _____

Washington County Livestock Center reserves the right to offset sale proceeds against outstanding accounts.  We do not guarantee livestock against sickness or death. The purchaser agrees that the title of stock listed above shall be retained by us until check or draft in payment for them is paid. **We act as agents only.**

72   **638**

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Acey Livestock LLC records May 2023.

**United States Department of Agriculture**

# HAULING DOCUMENTS

The following documents are supporting the delivery of livestock by Michael Acey and Acey Livestock, LLC (Acey) to Brian McClain and McClain Farms, Inc. (McClain), Benton, Kentucky.

1. Acey originally purchased livestock at Kentucky market agencies including Washington County Livestock Center, Inc. and Paris Stockyard to sale to McClain.   As routine, Acey deducted and paid for livestock haulers to deliver ('truck') the livestock upon purchase to McClain's Benton, Kentucky facility.   Acey had two haulers, as reflected in the livestock hauler payments, Pat Mattingly (Mattingly) and Steve Hogue (Hogue) that trucked livestock purchases to McClain on behalf of Acey.   The check payments to Mattingly and Hogue for livestock purchased from March 20, 2023 through April 17, 2023 by Acey were the livestock included in the unpaid livestock claims and were delivered to Benton, Kentucky.

2. Livestock haulers, Hogue and Mattingly, verified via text messages, included, that each livestock hauler had delivered all livestock for McClain to the Benton, Kentucky facility in March and April 2023.

## WASHINGTON COUNTY LIVESTOCK CENTER

**243065**

### P.O. BOX 93: SPRINGFIELD, KY 40069

73-262

839

Springfield State Bank
Springfield, KY

DATE: 03/20/23

Amount

** ONE THOUSAND TWO HUNDRED and NO/100 **

$ 1,200.00

Washington County Livestock Center, Inc.

Custodial Account for Shippers Proceeds

Void After 90 Days

PAY
TO
THE
ORDER
OF

HOGUE, STEVE
580 CASH LANE
PARKSVILLE KY 40464

BY:  **VOID - COPY ONLY**

⑈ 24 30 6 5⑈ ⑆08 39 0 26 20⑆ ▮ 4 78 3⑈

## WASHINGTON CO. LIVESTOCK CENTER

**243065**

### P.O. BOX 93: SPRINGFIELD, KY 40069

Comments and Amounts

DATE: 03/20/23

| | |
|---|---:|
| HAULING FOR BUYER# 8600-MISC (ACEY, MICHAEL N F ) | $1,200.00 |
| PAY TO: HOGUE, STEVE | **This Check Amount:** 1,200.00 |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Acey Livestock LLC records May 2023.

# WASHINGTON CO. LIVESTOCK CENTER

**243064**

### P.O. BOX 93: SPRINGFIELD, KY 40069

73-262
839

Springfield State Bank
Springfield, KY

DATE:  03/20/23

Amount

** ONE THOUSAND TWO HUNDRED and NO/100 **

**$ 1,200.00**

Washington County Livestock Center, Inc.
Custodial Account for Shippers Proceeds

Void After 90 Days

PAY
TO
THE
ORDER
OF

**MATTINGLY, PAT**
**5529 BARDSTOWN ROAD**
**SPRINGFIELD KY 40069**

BY:  **VOID - COPY ONLY**

⑈ 243064⑈  ⑆08390 26 20⑈  478  3⑈

# WASHINGTON CO. LIVESTOCK CENTER

**243064**

### P.O. BOX 93: SPRINGFIELD, KY 40069

Comments and Amounts

DATE:  03/20/23

HAULING FOR BUYER# 8600-MISC (ACEY, MICHAEL  N F )

$1,200.00

PAY TO: MATTINGLY, PAT

**This Check Amount:**    **1,200.00**

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Acey Livestock LLC records May 2023.

75    **641**

## PARIS STOCKYARDS
### PO BOX 5827 - PARIS, KY 40362

147852

Traditional Bank
Paris, KY

DATE:   03/23/23

Amount

** ONE THOUSAND FIVE HUNDRED and NO/100 **

$ 1,500.00

Custodial Account For Shippers Proceeds

VOID AFTER 90 DAYS

PAY
TO
THE
ORDER
OF

MATTINGLY, PAT
5529 BARDSTOWN RD
SPRINGFIELD KY 40069

BY:   **VOID - COPY ONLY**

⑈147852⑈ ⑆042101514⑆  9018⑈

## PARIS STOCKYARDS
### PO BOX 5827 - PARIS, KY 40362

147852

| Comments and Amounts | | DATE:   03/23/23 |
|---|---|---|
| TRUCKING 2 (MATTINGLY, PAT ) FOR BUYER# 601-CHG (ACEY, MICHAEL X) | | $1,500.00 |
| PAY TO: MATTINGLY, PAT | This Check Amount: | 1,500.00 |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Acey Livestock LLC records May 2023.

### PARIS STOCKYARDS
#### PO BOX 5827 - PARIS, KY 40362

147851

Traditional Bank
Paris, KY

DATE:   03/23/23

Amount

\*\* ONE THOUSAND FIVE HUNDRED and NO/100 \*\*

$ 1,500.00

Custodial Account For Shippers Proceeds

VOID AFTER 90 DAYS

PAY
TO
THE
ORDER
OF

HOGUE, STEVE

BY:   **VOID - COPY ONLY**

⑈147851⑈ ⑆042101514⑆ ██████ ⑈018⑈

### PARIS STOCKYARDS
#### PO BOX 5827 - PARIS, KY 40362

147851

Comments and Amounts

DATE:   03/23/23

TRUCKING 2 (HOGUE, STEVE) FOR BUYER# 601-CHG (ACEY, MICHAEL X)

$1,500.00

PAY TO: HOGUE, STEVE

This Check Amount:   1,500.00

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Acey Livestock LLC records May 2023.

# WASHINGTON CO. LIVESTOCK CENTER
## P.O. BOX 93: SPRINGFIELD, KY 40069

243421

73-262
839

Springfield State Bank
Springfield, KY

DATE:   03/27/23

Amount

** ONE THOUSAND TWO HUNDRED and NO/100 **

$ 1,200.00

Washington County Livestock Center, Inc.
Custodial Account for Shippers Proceeds

Void After 90 Days

PAY
TO
THE
ORDER
OF

MATTINGLY, PAT
5529 BARDSTOWN ROAD
SPRINGFIELD KY 40069

BY: ____ **VOID - COPY ONLY**

⑈243421⑈ ⑈083902620⑈ ▉ 1410⑈

# WASHINGTON CO. LIVESTOCK CENTER
## P.O. BOX 93: SPRINGFIELD, KY 40069

243421

Comments and Amounts

DATE:   03/27/23

HAULING FOR BUYER# 8600-MISC (ACEY, MICHAEL  N F )

$1,200.00

PAY TO: MATTINGLY, PAT

This Check Amount:   1,200.00

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Acey Livestock LLC records May 2023.

## WASHINGTON CO. LIVESTOCK CENTER
### P.O. BOX 93: SPRINGFIELD, KY 40069

243327

73-262
839

Springfield State Bank
Springfield, KY

DATE:   03/27/23

Amount

** ONE THOUSAND TWO HUNDRED and NO/100 **

$ 1,200.00

Washington County Livestock Center, Inc.
Custodial Account for Shippers Proceeds
Void After 90 Days

PAY
TO
THE
ORDER
OF

HOGUE, STEVE
580 CASH LANE
PARKSVILLE KY 40464

BY:   **VOID - COPY ONLY**

⑈243327⑈ ⑆083902620⑆ ▮▮▮▮ ▮▮▮▮⑈

## WASHINGTON CO. LIVESTOCK CENTER
### P.O. BOX 93: SPRINGFIELD, KY 40069

243327

Comments and Amounts

DATE:   03/27/23

HAULING FOR BUYER# 8600-MISC (ACEY, MICHAEL  N F )

$1,200.00

PAY TO: HOGUE, STEVE

This Check Amount:   1,200.00

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Acey Livestock LLC records May 2023.

## PARIS STOCKYARDS
### PO BOX 5827 - PARIS, KY 40362

148115

Traditional Bank
Paris, KY

DATE:  03/30/23

Amount

** ONE THOUSAND FIVE HUNDRED and NO/100 **

$ 1,500.00

Custodial Account For Shippers Proceeds
VOID AFTER 90 DAYS

PAY
TO
THE
ORDER
OF

MATTINGLY, PAT
5529 BARDSTOWN RD
SPRINGFIELD KY 40069

BY:   **VOID - COPY ONLY**

⑈148115⑈ ⑆042101514⑆ ▉9018⑈

## PARIS STOCKYARDS
### PO BOX 5827 - PARIS, KY 40362

148115

Comments and Amounts

DATE:  03/30/23

TRUCKING 2 (MATTINGLY, PAT ) FOR BUYER# 601-CHG (ACEY, MICHAEL X)

$1,500.00

PAY TO: MATTINGLY, PAT

This Check Amount:    1,500.00

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Acey Livestock LLC records May 2023.

# WASHINGTON CO. LIVESTOCK CENTER
## P.O. BOX 93: SPRINGFIELD, KY 40069

**243761**

73-262
839

Springfield State Bank
Springfield, KY

DATE:   04/03/23

** TWO THOUSAND FOUR HUNDRED and NO/100 **

Amount
**$ 2,400.00**

Washington County Livestock Center, Inc.
Custodial Account for Shippers Proceeds
Void After 90 Days

PAY
TO
THE
ORDER
OF

MATTINGLY, PAT
5529 BARDSTOWN ROAD
SPRINGFIELD KY 40069

BY:   **VOID - COPY ONLY**

⑆243761⑆ ⑈083902620⑈ ▮▮1110⑈

# WASHINGTON CO. LIVESTOCK CENTER
## P.O. BOX 93: SPRINGFIELD, KY 40069

**243761**

Comments and Amounts

DATE:   04/03/23

HAULING FOR BUYER# 8600-MISC (ACEY, MICHAEL N F )

$2,400.00

PAY TO: MATTINGLY, PAT

**This Check Amount:**   2,400.00

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Acey Livestock LLC records May 2023.

81   **647**

# WASHINGTON CO. LIVESTOCK CENTER
## P.O. BOX 93: SPRINGFIELD, KY 40069

243760

73-262
839

Springfield State Bank
Springfield, KY

DATE:   04/03/23

Amount

** ONE THOUSAND TWO HUNDRED and NO/100 **

$ 1,200.00

Washington County Livestock Center, Inc.
Custodial Account for Shippers Proceeds

Void After 90 Days

PAY
TO
THE          HOGUE, STEVE
ORDER        580 CASH LANE
OF           PARKSVILLE KY 40464

BY:   **VOID - COPY ONLY**

⑈243760⑈ ⑆08390 26 20⑆ ▮▮ ▮▮ 10⑈

# WASHINGTON CO. LIVESTOCK CENTER
## P.O. BOX 93: SPRINGFIELD, KY 40069

243760

Comments and Amounts

DATE:   04/03/23

HAULING FOR BUYER# 8600-MISC (ACEY, MICHAEL  N F )

$1,200.00

PAY TO: HOGUE, STEVE

This Check Amount:         1,200.00

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Acey Livestock LLC records May 2023.

## PARIS STOCKYARDS
### PO BOX 5827 - PARIS, KY 40362

148440

Traditional Bank
Paris, KY

DATE:   04/06/23

Amount

** ONE THOUSAND FIVE HUNDRED and NO/100 **

$ 1,500.00

Custodial Account For Shippers Proceeds
VOID AFTER 90 DAYS

PAY
TO
THE
ORDER
OF

MATTINGLY, PAT
5529 BARDSTOWN RD
SPRINGFIELD KY 40069

BY:   **VOID - COPY ONLY**

⑈148440⑈ ⑈042101514⑈ ▉ 9018⑈

## PARIS STOCKYARDS
### PO BOX 5827 - PARIS, KY 40362

148440

| Comments and Amounts | | DATE:   04/06/23 |
|---|---|---|
| TRUCKING 2 (MATTINGLY, PAT ) FOR BUYER# 601-CHG (ACEY, MICHAEL X) | | $1,500.00 |
| PAY TO: MATTINGLY, PAT | This Check Amount: | 1,500.00 |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Acey Livestock LLC records May 2023.

## WASHINGTON CO. LIVESTOCK CENTER
### P.O. BOX 93: SPRINGFIELD, KY 40069

244104

73-262
839

Springfield State Bank
Springfield, KY

DATE:   04/10/23

Amount

** ONE THOUSAND TWO HUNDRED and NO/100 **

$ 1,200.00

Washington County Livestock Center, Inc.
Custodial Account for Shippers Proceeds

Void After 90 Days

PAY
TO
THE
ORDER
OF

MATTINGLY, PAT
5529 BARDSTOWN ROAD
SPRINGFIELD KY 40069

BY:   **VOID - COPY ONLY**

⑂244104⑂ ⑊083902620⑊  1410⑂

## WASHINGTON CO. LIVESTOCK CENTER
### P.O. BOX 93: SPRINGFIELD, KY 40069

244104

Comments and Amounts

DATE:   04/10/23

HAULING FOR BUYER# 8600-MISC (ACEY, MICHAEL  N F )

$1,200.00

PAY TO: MATTINGLY, PAT

This Check Amount:      1,200.00

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Acey Livestock LLC records May 2023.

WASHINGTON CO. LIVESTOCK CENTER
P.O. BOX 93: SPRINGFIELD, KY 40069

244531

73-262
839

Springfield State Bank
Springfield, KY

DATE: 04/17/23

Amount

** ONE THOUSAND TWO HUNDRED and NO/100 **

$ 1,200.00

Washington County Livestock Center, Inc.
Custodial Account for Shippers Proceeds
Void After 90 Days

PAY TO THE ORDER OF

MATTINGLY, PAT
5529 BARDSTOWN ROAD
SPRINGFIELD KY 40069

BY: VOID - COPY ONLY

⑈244531⑈ ⑆083902620⑆ [redacted]1410⑈

WASHINGTON CO. LIVESTOCK CENTER
P.O. BOX 93: SPRINGFIELD, KY 40069

244531

Comments and Amounts

DATE: 04/17/23

HAULING FOR BUYER# 8600-MISC (ACEY, MICHAEL N F ) $1,200.00

PAY TO: MATTINGLY, PAT

This Check Amount: 1,200.00

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Acey Livestock LLC records May 2023.





+1 (502) 249-0849

Text Message
Today 7:59 AM

This is Pat Mattingly 5529 Bardstown Rd. Springfield, Ky. 40069

The cattle my trucks hauled for Micheal Acey out of Washington county livestock center, also, out of Paris Kentucky yards n the months of March, April all went to Brian McCain  n Benton, Ky.

These cattle were all hauled n March, April 2023

The sender is not in your contact list.

**Report Junk**

86    **652**



+1 (859) 516-2555

iMessage
Today 7:53 AM

This is Steve hogue the cattle I hauled for McLain in march &April were delivered to Benton Ky




The sender is not in your contact list.

**Report Junk**

**United States Department of Agriculture**

---

## DEALER TRUST CLAIMS WITH SUPPORTING DOCUMENTS
## SECTION II EXHIBIT B-2

The documents in <u>Exhibit B-2</u> include Dealer Trust Claim Forms and supporting documents invoking Dealer Statutory Trust Rights as set forth in Section 318 of the Packers and Stockyards Act, 1921 as amended and supplemented (7 U.S.C. §§ 181-229), the documents include the following:

1. On April 24, 2023, a Dealer Trust Claim was received by Don Ralph Barrett and Barrett's Livestock, Inc. (Barrett), notifying USDA Packers and Stockyards of unpaid livestock purchased by Brian McClain and McClain Farms, Inc. (McClain), Benton, Kentucky.  The claim included an unpaid March 30, 2023 invoice totaling $96,862.41 for 96 head of cattle to McClain.

| Livestock Purchase Date | Amount Unpaid for Livestock |
|---|---|
| March 30, 2023 | $96,862.41 |

2. Hauling Documentation including a bill of laden provided by Barrett from March 30, 2023 in which McClain 's hauler picked up the cattle for delivery to Benton, Kentucky.

Date 04/20/2023

**Barrett's Livestock inc.**
**251 W Laurens School Rd**
**Dublin GA 31021**

This is to notify you that I have not been paid for livestock purchased by **Brian McClain** on the dates and in the amounts as follows:

- Date  03/30/2023                     Amount $96,862.41

- Date                                 Amount

- Date                                 Amount

- Date                                 Amount

As a cash seller of livestock, I request that **Brian McClain** hold in trust for me the items required to be held in trust under Dealer Statutory Trust and the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division Western Regional Office at:

**Western Regional Office**                    **RECEIVED**
One Gateway Centre                             **April 24, 2023**
3950 North Lewiston, Suite 200                 **USDA, AMS, FTPP,**
Aurora, CO 80011                     **PACKERS & STOCKYARDS DIVISION**
                                               **DES MOINES, IA**
FAX 303-371-4609

Sincerely,

Signature: _Don Ralph Barrett_

**Title:** President
**Printed Name: Don Ralph Barrett**

**Telephone Number: (478)272-4949**
**Company Name:** Barrett's Livestock inc.

**Address:** 251 W Laurens School Rd Dublin GA 31021

cc: Packers and Stockyards Division, Western Regional Office

**NOTE: Please be sure to provide an original signed copy of this letter to both the Dealer and to the Packers and Stockyards Division, Western Regional Office.**

**Barrett's' Livestock**
251 West Laurens School Rd
Dublin, GA 31040
478-272-4949

<div align="center">

**RECEIVED**
**April 24, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

</div>

**Invoice**

BILL TO
Brian McClain
824 Mullins Ln
Benton, KY 42025-4702

SHIP TO
Brian McClain
824 Mullins Ln
Benton, KY 42025-4702

| INVOICE # | DATE | TOTAL DUE | | ENCLOSED |
|---|---|---|---|---|
| 23-0095 | 03/30/2023 | $96,862.41 | | |

**SHIP DATE**
03/30/2023

**SHIP VIA**
J.E.D Trucking (Barlow)

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **4x** | Number of Head: 96<br>Total Weight: 46,105<br>Average Weight: 480 | 461.05 | 206.37 | 95,146.89 |
| **Working** | | 96 | 1.25 | 120.00 |
| **Excede** | | 96 | 15.20 | 1,459.20 |
| **BOVI-SHIELD GOLD 5** | | 96 | 1.42 | 136.32 |

I attest that all livestock referenced by this document and
transferred are of Southeast US origin.

BALANCE DUE                          **$96,862.41**

In accordance with packer and stockyards laws, checks must
be postmarked and mailed within 24 hours of receiving cattle.

**RECEIVED**
**April 24, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

## BILL OF LADING

DATE _3/30/23_

Cattle Owned by:   Barrett's Livestock, Inc.

Trucker: _JED Trucking_

Driver: _Barlow_

### SHIPPING

Shipped from:   Barrett's Livestock, Inc.
Dublin, Georgia 31021

Destination: _Trenton, Ky_

Consigned to: _Brian McClain_

Loading Count _96_          Weight _46,105_

### ARRIVAL AT DESTINATION

Date: _3-31-23_               Time _____ am/pm

Unloading Count _96_

Number OK _____
Number Crippled _____

Livestock Condition          Number Dead _____

Customer purchasing and paying for livestock by check or draft expressly agrees that title does not pass to said purchaser, but is retained by owner until funds are actually received on the check or draft. Such check or draft is accepted only to the rules and practices of any bank in which it may be deposited for collection, and does not constitute a payment for livestock until remittance is received thereon.

Witnessed and
Approved by _____

Driver Signature _____



**United States Department of Agriculture**

# DEALER TRUST CLAIMS WITH SUPPORTING DOCUMENTS
# SECTION II EXHIBIT B-3

The documents in <u>Exhibit B-3</u> include Dealer Trust Claim Forms and supporting documents invoking Dealer Statutory Trust Rights as set forth in Section 318 of the Packers and Stockyards Act, 1921 as amended and supplemented (7 U.S.C. §§ 181-229), the documents include the following:

1. On April 25, 2023, a Dealer Trust Claim was received from JoAnn and Keith Brooks dba Brooks Farms (Brooks), notifying USDA Packers and Stockyards of unpaid livestock purchased by Brian McClain and McClain Farms, Inc. (McClain), Benton, Kentucky. The claim included an unpaid April 5, 2023 invoice totaling $141,260.26 for 144 head of cattle to McClain.  Also included was a check that was not honored and provided back to Brooks.  The check payment was dated April 4, 2023 in error by McClain for $141,260.26 for the April 5, 2023 invoice. USDA PSD included a clear image copy of the claim supporting invoice.

2. On April 25, 2023, a Dealer Trust Claim was received from JoAnn and Keith Brooks dba Brooks Farms (Brooks), notifying USDA Packers and Stockyards of unpaid livestock purchased by Brian McClain and McClain Farms, Inc. (McClain), Benton, Kentucky. The claim included an unpaid April 12, 2023 invoice totaling $32,855.25 for 36 head of cattle to McClain.  USDA PSD included a clear image copy of the claim supporting invoice.

| Livestock Purchase Date | Amount Unpaid for Livestock |
|---|---|
| April 5, 2023 | $96,862.41 |
| April 12, 2023 | $32,855.25 |

3. Hauling Documentation including a written statement from McClain farm's foreman, Josey Robinson,  provided and obtained by Brooks, attesting that livestock were received at the Benton, Kentucky location the week of April 5, 2023 and April 12, 2023 from Brooks.  Delivery documentation from Quality Control Trucking, LLC for the livestock included on the April 5, 2023 claim delivery to Benton, Kentucky.  Additionally, Brooks provided the unpaid trucking bill for livestock that his hauler, Quality Control Trucking, LLC, moved cattle to Columbiana, Ohio after delivery of the April 5, 2023 invoiced cattle.  Finally a April 11, 2023 trucking documentation of moving cattle that were invoiced on April 12, 2023 to Benton, Kentucky by hauler, Daniel Lewis.  Note that livestock were invoiced upon delivery and order fulfillment.

# Dealer Trust Notification
## Section 318 (7 U.S.C 181-229)

McClain Farms, Inc.
824 Mullins Ln
Benton, KY 42025-4702

Date: 4/20/23

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by McClain Farms, Inc. on
the dates and in the amounts as follows:

Insert the sale transaction(s) detail here (e.g., head count, livestock description, sale date, delivery date, total sales price, balance due, etc.). Also,
state pricing details if they are unique and need further explanation. ***Attach all available supporting documents***

APR 26 '23 RCVD
USDA, FTPP, PSD, MRO

As a cash seller of livestock, I request that you hold in trust for me the items required to be held
in trust under the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division
Midwestern Regional Office at:

Packers and Stockyards Division
Midwestern Regional Office
210 Walnut St, Room 317
Des Moines, IA 50309

Sincerely,

(SIGNATURE): _____

Claimant's Printed Name/Title: __Keith   Brooks   /owner__

Company Name (if Applicable): __Brooks   Farms__

Address: __4778   Albert   Owens   Rd.__

City, State, Zip: __South   Fulton , TN   38257__

Telephone Number(s): __270- 627-1032   or   731 - 796 - 1093__

Email: __tylerkbrooks2000@gmail.com__

cc:  Packers and Stockyards Division, Fair Trade Practices Program

Note: Make sure to provide a signed copy of this notification to both the Dealer and the Packers and Stockyards Division, 93
Midwestern Regional Office.

APR 25 '23 RCVD
USDA, FTPP, PSD, MRD

Ken-Ten Hwy.

**Office  731-479-0302**
**Home  731-479-1466**

# Brooks Farms

### 6445 Charles Bushart Rd. - So. Fulton, TN 38257

M _McClan Smith_          Date _4 5 23_

| No. | Description | Weight | Price | Amount | |
|---|---|---|---|---|---|
| 1 | | 7335 | | 14590 | 91 |
| 2  /8 | | | | | |
| 3 | | 47155 | | 93159 | 30 |
| 4  93 | | | | | |
| 5 | | 15735 | | 30700 | 25 |
| 6  33 | | | | | |
| 7 | | | | | |
| 8 | | | | 2809 | 80 |
| 9 | | | | | |
| 10 | | 70 245 | | 141260 | 26 |
| 11  144 | Hd. | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | 94 |
| 24 | | | | | |

660

Ken-Ten Hwy.

Office  731-479-0302
Home  731-479-1466

# Brooks Farms

## 6445 Charles Bushart Rd. - So. Fulton, TN 38257

M _McClain Cattle_                    Date _4-5-23_

| No. | Description | Weight | Price | Amount | |
|-----|-------------|--------|-------|--------|---|
| 1 | | | | | |
| 2 | 18 | Hd. Peoples  41, 46, 56 | 7355 | | 14,590 | 91 |
| 3 | | | | | |
| 4 | 93 | Hd. Cattle m  41, 41×, 46, 46×, 56, 56× | 47155 | | 93,159 | 30 |
| 5 | | | | | |
| 6 | 33 | Sw.  41, 46, 56 | 15735 | | 30,700 | 25 |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | com | | | 2809 | 80 |
| 10 | | | | | |
| 11 | 144 | Hd. | 70 245 | | 141,260 | 26 |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Brooks Farms records May 2023.

**McClain Farms Inc**
824 Mullins Ln
Benton, KY 42025-4702

Mechanics Bank
Commitment That Lasts Generations
90-283/1211

7579

4/4/2023

PAY TO THE
ORDER OF___ Brooks Farms

$ **141,260.26

One Hundred Forty-One Thousand Two Hundred Sixty and 26/100************************************************* _____ DOLLARS

Brooks Farms

MEMO

*Meagan Goad*
AUTHORIZED SIGNATURE

⑈007579⑈ ⑈121102036⑈            3070⑈

APR 25 23 RCVD
USDA, FTPP, PSD, MRO

96   **662**

APR 25 '23 RCVD
USDA, FTPP, PSD, MRO

Ken-Ten Hwy.

**Office** 731-479-0302
**Home** 731-479-1466

# Brooks Farms

## 6445 Charles Bushart Rd. - So. Fulton, TN 38257

M _Mathews & wife_                    Date _4-13-23_

| No. | | Description | Weight | Price | Amount |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | 3 | | 1500 | | 2651. 50 |
| 3 | | | | | |
| 4 | 11 | | 9580 | | 16,537. 65 |
| 5 | | | | | |
| 6 | 22 | | 9370 | | 17,036. 10 |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | 630. 00 |
| 10 | | | | | |
| 11 | | | | | |
| 12 | 36 | | 15 750 | 205.40 | 32 855. 25 |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |

Ken-Ten Hwy.

Office 731-479-0302
Home 731-479-1466

# Brooks Farms

## 6445 Charles Bushart Rd. - So. Fulton, TN 38257

M McClain Cattle                          Date 4-12-23

| No. | Description | Weight | Price | Amount | |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | 3 | Hd Peoples   46, 56 | 1500 | | 2651. | 50 |
| 3 | | | | | |
| 4 | 11 | Hd. Cattlemen  41  46 | 4880 | | 10,537. | 65 |
| 5 | | | | | |
| 6 | 22 | Hd SW   41, 46 | 9370 | | 19,036. | 10 |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | Comm | | | 630. | 00 |
| 10 | | | | | |
| 11 | | | | | |
| 12 | 36 | Hd | 15750 | 208 60 | 32,855. | 25 |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Brooks Farms records May 2023.



5/30/23

McClain Farms in Benton, KY Recieved
Cattle from Kieth Brooks every week including
the weeks 4/5/23 and 4/12/23.

Josey Robinson

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Brooks Farms records May 2023.

# QUALITY CONTROL TRUCKING, LLC
### 30215 CENTRAL GROVE RD
### OKOLONA, MS 38860
### 662-308-7162 (Jessica McIntosh)
### Qctrucking99@gmail.com



**4/08/23**

**INVOICE: 3011**

**KEITH BROOKS**
**4778 ALBERT OWENS ROAD**
**SOUTH FULTON, TN 38257**


**TRIP:  SOUTH FULTON, TN to BENTON, KY**


**TOTAL AMOUNT: 1,116.90**

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Brooks Farms records May 2023.

Ken-Ten Hwy.

Office 731-479-0302
Home 731-479-1466

# Brooks Farms

### 6445 Charles Bushart Rd. - So. Fulton, TN 38257

M _McClain Cattle_                                Date _4/8/23_

| No. | Description | Weight | Price | Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Trucking to Columbiana, OH | | | |
| 3 | | | | $3,210.00 |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Brooks Farms records May 2023.

# QUALITY CONTROL TRUCKING, LLC
### 30215 CENTRAL GROVE RD
### OKOLONA, MS 38860
### 662-308-7162 (Jessica McIntosh)
### Qctrucking99@gmail.com



**4/08/23**

**INVOICE: 3012**

**KEITH BROOKS**
**4778 ALBERT OWENS ROAD**
**SOUTH FULTON, TN 38257**

**TRIP:  BENTON, KY to COLUMBIA, OH**

**TOTAL AMOUNT: 3,210.00**

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Brooks Farms records May 2023.

TRUCK NUMBER __16__   DRIVER __David Lewis__   START DATE __04-11-23__

FROM __S. Fulton__   TO __Hornbyba, Tn__   TO __West Point, Ms__   TO _____

TO __No Trip memo__   TO _____   TO _____

__55. miles   100.00__

| STATE | STATE MILES TRAVELED | | |
|---|---|---|---|
| Trip memo | 0 | 04-11-23 | $100.00 |
| 04-12-23 | Braden Wdaln | | $100.00 |
| | West Point Ms | | $200.00 |
| 04-17-24 | Trip Memo | $500.00 | |
| | Total Exp | $622.00 | |
| | $162.00 | | |
| 04-15-24 | Huntingdon Tn | | $100.00 |
| 04-16-24 | Brooks to Rickys Mayfield Ky | | |
| | | $100.00 | |
| 04-31-2023 | Mayfield Ky to Ledbetters Selefown | | $100.00 |
| | | | $100.00 |

**TOTAL TRIP MILES**

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Brooks Farms records May 2023.



**United States Department of Agriculture**

## DEALER TRUST CLAIMS WITH SUPPORTING DOCUMENTS
## SECTION II EXHIBIT B-4

The documents in <u>Exhibit B-4</u> include Dealer Trust Claim Forms and supporting documents invoking Dealer Statutory Trust Rights as set forth in Section 318 of the Packers and Stockyards Act, 1921 as amended and supplemented (7 U.S.C. §§ 181-229), the documents include the following:

1. On April 24, 2023, a Dealer Trust Claim was received from Riley Livestock, Inc. (Riley), notifying USDA Packers and Stockyards of unpaid livestock purchased by Brian McClain and McClain Farms, Inc. (McClain), Benton, Kentucky.  The claim included an unpaid April 4, 2023 invoice totaling $431,020.97 for 434 head of cattle to McClain. Also included was the dishonored check from McClain for $431,020.97 dated April 5, 2023.

2. The claim included an unpaid invoice from April 10, 2023 for 230 head of cattle totaling $234,981.76. Riley included the original April 3, 2023 purchase invoice via their owned Owensboro, Kentucky market agency, and an April 4, 2023 purchase invoice via their owned market agrency in Ledbetter, KY.  Riley purchased the 230 head via their owned market agencies then rebilled the livestock in total at a dealer markup (i.e. profit) on April 10, 2023 to McClain.  Riley included the original payment check instruments to show that the livestock were purchased originally and paid for via public sale by Riley before reselling to McClain on April 10, 2023.

3. The claim included an unpaid invoice for April 14, 2023 for 26 head of cattle totaling $28,056.55. Riley included the original invoice in which they purchased the livestock at their owned market agency in Owensboro, Kentucky on April 10, 2023.  Riley then billed McClain via their dealer operations at a dealer markup (i.e. profit).  Riley also included their original payment showing they paid for the original cost of the livestock via the Owensboro, Kentucky market agency before reselling to McClain on April 14, 2023.

| Livestock Purchase Date | Amount Unpaid for Livestock |
|---|---|
| April 4, 2023 | $431,020.97 |
| April 10, 2023 | $234,981.76 |
| April 14, 2023 | $28,056.55 |

4. Hauling Documentation provided by Riley firming delivery of all livestock purchased by McClain during March and April 2023 were delivered to McClain in Benton, Kentucky.  Haulers used by Riley were Hatchett and Sons, Goose Creek Farms Trucking, LLC, Last Hollow Ranch, Billy Hatchett, and C&V LLC.

Date    April 20, 2023

**Riley Livestock**
**PO Box 663**
**Mayfield, KY 42066**

This is to notify you that I have not been paid for livestock purchased by **_Brian McClain_**        on the dates and in the amounts as follows:

- Date  4/4/23                    Amount    $431,020.97

- Date  4/10/23                   Amount    $234,981.76

- Date  4/14/23                   Amount    $28,056.55

- Date                            Amount

As a cash seller of livestock, I request that **Brian McClain/ McClain Farms** hold in trust for me the items required to be held in trust under Dealer Statutory Trust and the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division Western Regional Office at:

**Western Regional Office**                    **RECEIVED**
One Gateway Centre                             **April 24, 2023**
3950 North Lewiston, Suite 200                 **USDA, AMS, FTPP,**
Aurora, CO 80011                       **PACKERS & STOCKYARDS DIVISION**
                                               **DES MOINES, IA**

FAX 303-371-4609

Sincerely,

**Signature:** _____

**Title:**    President

**Printed Name:**    Jeff Riley

**Telephone Number:**    270-345-2302

**Company Name:**    Riley Livestock

**Address:** PO Box 663
            Mayfield, KY 42066

cc: Packers and Stockyards Division, Western Regional Office

**NOTE: Please be sure to provide an original signed copy of this letter to both the Dealer and to the Packers and Stockyards Division, Western Regional Office.**

RECEIVED
April 24, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

PO BOX 663
MAYFIELD, KY 42066
FAX 270-964-0034
OFFICE 270-345-2302
*********************
*   I N V O I C E   *
*********************
( 00011 )

=====BILL TO======:  1470          =====SHIP TO======:  1470
     MCCLAIN, BRIAN &                    MCCLAIN, BRIAN &
     824 MULLINS RD                      824 MULLINS RD
     BENTON, KY        42025             BENTON, KY        42025

   APRIL  4, 2023                                ========================
=====WEIGHT====  =======P R I C E===================
====== HEAD --------   -AVG-   -GROSS-   PER/LB   PER/HD  ====GROSS=========
      18   STEER     333     5,995   241.18    803.26    14,458.74
      10   HFRS      259     2,590   255.75    662.39     6,623.93
     169   HF        412    69,590   231.33    952.56   160,982.55
     108   HFRS      494    53,305   205.05  1,012.05   109,301.90
     129   HFRS      577    74,490   187.48  1,082.59   139,653.85
     =====          ========          ===========
     434            205,970                           431,020.97


CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER CLAIMED ON***434
CATTLE PURSUANT TO 7CFR & 1260.116 AND 1260.314  D O   N O T   D E D U C T
THE 2.00 PER HEAD BEEF PROMOTION ASSESSMENT.   BEEF COUNCIL REGISTERED
NO. KY-O34      DATE:    APRIL  4, 2023  SIGNED  _____MARY ANN HUNTER

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT
AND TRANSFERRED ARE OF USA ORIGIN. JEFF RILEY          DATE-__ 4/04/23

This is a LEGAL COPY of your
check. You can use it the
same way you would use the
original check.

RETURN REASON–S
REFER TO MAKER

McClain Farms Inc
824 Mullins Ln
Benton, KY 42025-4702

Mechanics Bank
Commitment That Lasts Generations

7605

4/5/2023

PAY TO THE
ORDER OF    RILEY LIVESTOCK                                    $ **431,020.97

Four Hundred Thirty-One Thousand Twenty and 97/100************************************

DOLLARS

RILEY LIVESTOCK

MEMO

Meagan Good
AUTHORIZED SIGNATURE

⑆007605⑆ ⑆121102036⑆  3070⑆

⑆007605⑆ ⑆121102036⑆          3070⑆ 51      2097⑆

**RECEIVED**
**April 24, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

PO BOX 663
MAYFIELD, KY 42066
FAX 270-964-0034
OFFICE 270-345-2302
********************
*   I N V O I C E   *
********************
( 00010 )

**RECEIVED**
**April 24, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

=====BILL TO======:  1470
   MCCLAIN, BRIAN &
   824 MULLINS RD
   BENTON, KY         42025

=====SHIP TO======:  1470
   MCCLAIN, BRIAN &
   824 MULLINS RD
   BENTON, KY         42025

   APRIL 10, 2023

| WEIGHT | | | PRICE | | | | GROSS |
|---|---|---|---|---|---|---|---|
| HEAD | | -AVG- | -GROSS- | PER/LB | PER/HD | ====GROSS==== | |
| 42 | HF | 417 | 17,525 | 221.46 | 924.07 | 38,810.87 | |
| 114 | HFRS | 495 | 56,450 | 201.55 | 998.03 | 113,774.98 | |
| 74 | HFRS | 600 | 44,380 | 185.66 | 1,113.46 | 82,395.91 | |
| 230 | | | 118,355 | | | 234,981.76 | |

CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER CLAIMED ON***230
CATTLE PURSUANT TO 7CFR & 1260.116 AND 1260.314  D O  N O T  D E D U C T
THE 2.00 PER HEAD BEEF PROMOTION ASSESSMENT.    BEEF COUNCIL REGISTERED
NO. KY-O34    DATE:    APRIL 10, 2023  SIGNED _____MARY ANN HUNTER

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT
AND TRANSFERRED ARE OF USA ORIGIN. JEFF RILEY        DATE-__  4/10/23

RECEIVED
April 24, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

OWENSBORO KY 42302-0774
270.785.4121 * 800.264.1453

## R E C A P

FOR=: 1975                    MS          BUYER=: 1975
BRIAN MCCLAIN              MCCLA            MCCLAIN, BRIAN
824 MULLLINS LANE                          824 MULLLINS LANE
                          0000000

BENTON KY        42025                      BENTON KY        42025
4:53:15                                     APRIL 3, 2023

| PEN | SUFIX | HED | WEIGHT | AMOUNT | WGH | PRI/LB | PRI/HED | OTHER |
|---|---|---|---|---|---|---|---|---|
| 12 | 41 | 12 | 4,330 | 9452.30 | 361 | 218.30 | 787.69 | |
| 13 | 46 | 58 | 27,535 | 56250.25 | 475 | 204.29 | 969.83 | |
| 77 | 46X | 22 | 11,345 | 21288.80 | 516 | 187.65 | 967.67 | |
| 10 | 56 | 24 | 14,715 | 25538.50 | 613 | 173.55 | 1064.10 | |
| 78 | 56X | 14 | 9,290 | 16232.50 | 664 | 174.73 | 1159.46 | |
| | | 130 | 67,215 | 128762.35 | 517 | | 990.47 | |

GROSS---> $128,762.35

LEASE PAY GROSS AMOUNT!!!

H___ YOU FOR YOUR BUSINESS
E ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

 ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
SA ORIGIN. SIGNATURE-D FULKERSON    DATE-04/03/23

RBF LIVESTOCK

| | | | | | Check Number | 105145 |
| | | | | | Check Date | Apr 4, 2023 |
| | | | | | Check Amoun | $128,762.35 |
| Invoice | Date | Discount Take | Amount Pai | Quantity | Description | |
| 040423-130 | 4/4/23 | | 128,762.35 | | | |

**RECEIVED**
**April 24, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

Apr 4, 2023

One Hundred Twenty-Eight Thousand Seven Hundred Sixty-Two and 35/100 Dollars

128,762.35

RBF LIVESTOCK
PO BOX 774
OWENSBORO, KY  42302

Memo: 130

RBF LIVESTOCK

| | | | | | Check Number | 105145 |
| | | | | | Check Date | Apr 4, 2023 |
| | | | | | Check Amoun | $128,762.35 |
| Invoice | Date | Discount Take | Amount Pai | Quantity | Description | |
| 040423-130 | 4/4/23 | | 128,762.35 | | | |

LIVINGSTON COUNTY LIVESTOCK, INC.
PO BOX 297
LEDBETTER, KY 42058
(270) 898-8377

Buyer#:4
BRIAN MCCLAIN
824 MULLINS LANE
BENTON KY 42025
FAX:
PHONE:

Auction Date: Tuesday, April 4, 2023

April 04, 2023  4:48 pm

Page 1 of 1

## *** RECAP *** SUMMARY ***

| BUYER NUMBER | NUMBER HEAD | AVG WEIGHT | AVG / POUND | AVG / CWT | AVG / HEAD | TOTAL WEIGHT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 4-41 | 30 | 439 | 2.19 | 219.10 | 963.66 | 13195 | 28,909.89 |
| 4-46 | 34 | 516 | 1.98 | 197.73 | 1,021.82 | 17570 | 34,742.01 |
| 4-56X | 25 | 565 | 1.96 | 196.05 | 1,107.68 | 14125 | 27,692.10 |
| 4-56 | 11 | 568 | 1.89 | 188.83 | 1,072.88 | 6250 | 11,801.70 |
| | 100 | 511 | | 201.69 | 1,031.46 | 51140 | 103,145.70 |

* - Averages are after any additional charges

| | |
|---|---|
| Total Head: | 100 |
| Total Weight: | 51140 |
| Total Refunds: | 0.00 |
| Additional Charges: | 0.00 |
| Total Purchases: | 103,145.70 |
| Total Sales Tax: | 0.00 |
| Payments Made: | 0.00 |
| **Grand Total:** | **$103,145.70** |
| **Amount Due:** | **$103,145.70** |

**RECEIVED
April 24, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA**

P&S REQUIRES PAYMENT BY THE NEXT BUSINESS DAY FOLLOWING PURCHASE OF LIVESTOCK!

**RECEIVED**
**April 24, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

## For your records

**Issued date:** 2023-04-05
**Check number:** VV4646
**From:** RILEY LIVESTOCK, INC.
**Amount:** $103145.70
**Payable to:** LIVINGSTON COUNTY LIVESTO...
**Delivery email:** MADDIE@RILEYLIVESTOCK.COM
**Memo:** 100MC

Are you a business? To save time, money, and resources, make payments using Deluxe Payment Exchange. Call 1-877-333-6964 to get started today!

deluxe. PAYMENT EXCHANGE

**Questions?** Visit **eChecks.com** or call 1-877-333-6964

**Does your financial institution have questions about this check?**

- This check was printed from an authorized check record. It is not a Check 21 Image Replacement Document.
- To confirm this check was issued by the account holder and details (pay to, amount, routing/account number) remain unmodified, the item's authenticity can be verified using the Deluxe Inc. Check Verification service at https://echecks.com/verify.

| Step 1 **Print the check** | Step 2 **Validate it printed correctly** | Step 3 **Deposit like normal** |
|---|---|---|
| ✓ **Any printer works**<br>✓ **Black or color ink**<br>✓ **Basic white paper** | ✓ **Correct if bank numbers are:**<br>Centered in white space<br>Parallel to edge of the page<br>Clearly printed in dark black ink<br>✗ **Reprint if bank numbers are:**<br>Cut off, skewed, or off-center<br>Smudged or wrinkled<br>Too light to read | 1. **Cut on the dotted line above**<br>2. **Endorse the back**<br>3. **Deposit like normal:**<br>In-person at a bank or credit union<br>Using an ATM<br>Via smartphone mobile deposit<br>With an office check scanner |

## How to use this check

**Need help?** Visit eChecks.com or call 1-877-333-6964

## Check appears upside down intentionally

Cut along this line

---

Original eCheck

**RILEY LIVESTOCK, INC.**
PO BOX 663
PH (270) 345-2303
MAYFIELD, KY 42066

This is a Deluxe eCheck. The PAY TO THE ORDER OF line designates the Payee. For questions, call Deluxe Payment Exchange customer support at 1-877-333-6964. Ref: E7D5-6843

**VV4646**

Date 04/05/2023
Void after 90 days

PAY TO THE ORDER OF LIVINGSTON COUNTY LIVESTOCK, INC $ 103,145.70

One hundred three thousand, one hundred forty-five and 70/100 Dollars

Rabobank Na

Memo 100MC

M.A. Hunter

Verify check at https://echecks.com/verify

⑈004646⑈ ⑆122238420⑆ [redacted]1216⑈

```
                         PO BOX 663
                    MAYFIELD, KY 42066                    RECEIVED
                     FAX 270-964-0034                    April 24, 2023
                   OFFICE 270-345-2302                USDA, AMS, FTPP,
                   *********************        PACKERS & STOCKYARDS DIVISION
                   *  I N V O I C E  *              DES MOINES, IA
                   *********************
                      ( 00071 )
```

```
=====BILL TO======: 1470            =====SHIP TO======: 1470
    MCCLAIN, BRIAN &                    MCCLAIN, BRIAN &
    824 MULLINS RD                      824 MULLINS RD
    BENTON, KY        42025             BENTON, KY        42025
```

```
    APRIL 14, 2023                           =====================
======WEIGHT==== ========P R I C E=================
======  HEAD --------  -AVG-   -GROSS-   PER/LB   PER/HD ====GROSS=========
         1    HF        415       415    186.46   773.81      773.81
        14    HFRS      478     6,690    228.58 1,092.29   15,292.00
        11    HFRS      580     6,375    188.09 1,090.07   11,990.74
       =====           ========                          ===========
        26                     13,480                      28,056.55
```

CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER CLAIMED ON****26
CATTLE PURSUANT TO 7CFR & 1260.116 AND 1260.314  D O   N O T   D E D U C T
THE 2.00 PER HEAD BEEF PROMOTION ASSESSMENT.    BEEF COUNCIL REGISTERED
NO. KY-O34     DATE:     APRIL 14, 2023  SIGNED  _____MARY ANN HUNTER

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT
AND TRANSFERRED ARE OF USA ORIGIN. JEFF RILEY          DATE-__  4/14/23

KENTUCKY INTRA-STATE

OWENSBORO KY 42302-0774
270.785.4121 * 800.264.1453

## R E C A P

FOR=: 1975                ( MS )          BUYER=: 1975
BRIAN MCCLAIN              MCCLA           MCCLAIN, BRIAN
824 MULLLINS LANE                         824 MULLLINS LANE
                          0000000
BENTON KY      42025                      BENTON KY        42025
4:32:46                                   APRIL 10, 2023

====== G R O S S ===== ==A V E R A G E===
----PEN-- SUFIX HED  WEIGHT ==AMOUNT==  WGH PRI/LB PRI/HED  OTHER ----------

| PEN | SUFIX | HED | WEIGHT | AMOUNT | WGH | PRI/LB | PRI/HED | OTHER |
|---|---|---|---|---|---|---|---|---|
| 41 | 41 | 1 | 415 | 747.00 | 415 | 180.00 | 747.00 | |
| 13 | 46 | 14 | 6,690 | 14859.85 | 478 | 222.12 | 1061.41 | |
| 12 | 56 | 11 | 6,375 | 11590.35 | 580 | 181.81 | 1053.66 | |

=== ====== ========= ====   ========
      26 13,480  27197.20  518        1046.04 =========
                                GROSS---> $27,197.20

LEASE PAY GROSS AMOUNT!!!

PP SALE 4/27/23 @ 6:00PM
E  T AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

 ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
SA ORIGIN. SIGNATURE-D FULKERSON    DATE-04/10/23

**RECEIVED**
**April 24, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

RBF LIVESTOCK

Check Number  105222
Check Date  Apr 11, 2023

Check Amoun  $27,197.20
Description

| Invoice | Date | Discount Taken | Amount Paid | Quantity | Description |
|---------|------|----------------|-------------|----------|-------------|
| 041123-26 | 4/11/23 | | 27,197.20 | | |

**RECEIVED**
**April 24, 2023**
**USDA, AMS, FTPP,**
**PACKERS & STOCKYARDS DIVISION**
**DES MOINES, IA**

Apr 11, 2023

Twenty-Seven Thousand One Hundred Ninety-Seven and 20/100 Dollars

27,197.20

RBF LIVESTOCK
PO BOX 774
OWENSBORO, KY  42302

Memo: 26

RBF LIVESTOCK

Check Number  105222
Check Date  Apr 11, 2023

Check Amoun  $27,197.20
Description

| Invoice | Date | Discount Taken | Amount Paid | Quantity | Description |
|---------|------|----------------|-------------|----------|-------------|
| 041123-26 | 4/11/23 | | 27,197.20 | | |

**Hatchett & Sons**

421 Bethel Rd
Lexington, TN  38351 US
billy.hatchett@yahoo.com



**Hatchett & Sons**
**Lexington, TN**

# INVOICE

BILL TO
Riley Livestock

| | |
|---|---|
| INVOICE | 1098 |
| DATE | 03/30/2023 |
| TERMS | Net 30 |
| DUE DATE | 04/29/2023 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Cattle Hauling | Dickson to Nicks to Mayfield to Jays  3/12/23 | 1 | 914.00 | 914.00 |
| Cattle Hauling | Led Better to Mclains 3/13/23 | 1 | 300.00 | 300.00 |
| Cattle Hauling | Led Better to Mayfield 3/13/23 | 1 | 300.00 | 300.00 |
| Cattle Hauling | Mayfield to Bath springs 3/13/23 | 1 | 300.00 | 300.00 |
| Load Fees | | 4 | -10.00 | -40.00 |

**BALANCE DUE**      **$1,774.00**

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Riley Livestock Inc. records May 2023.

**Hatchett & Sons**

421 Bethel Rd
Lexington, TN  38351 US
billy.hatchett@yahoo.com



**Hatchett & Sons**
**Lexington, TN**

# INVOICE

BILL TO
Riley Livestock

| | |
|---|---|
| INVOICE | 1095 |
| DATE | 03/30/2023 |
| TERMS | Net 30 |
| DUE DATE | 04/29/2023 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Cattle Hauling | Dickson to Parkers to Jolly to Fox Creek  2/21/23 | | | 1,150.00 |
| Cattle Hauling | Led better to Mayfield | 1 | 300.00 | 300.00 |
| Cattle Hauling | Led Better to Marshal Co. to Mclains | 1 | 350.00 | 350.00 |
| Load Fees | | 3 | -10.00 | -30.00 |

BALANCE DUE                    **$1,770.00**

Page 1 of 1

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Riley Livestock Inc. records May 2023.

**Goose Creek Farms Trucking, LLC**

1825 Cadiz Road
Princeton, KY 42445

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/12/2023 | 1141 |

**Bill To**

Riley Livestock, Inc.
Attn: Jan

| Terms |
|-------|
| Due on receipt |

| Item | Serviced | Description | Load number | Head/weight/miles | Rate | Quantity | Amount |
|------|----------|-------------|-------------|-------------------|------|----------|--------|
| #5 | 4/3/2023 | Dickson to Mcewen | | | 250.00 | | 250.00 |
| #5 | 4/3/2023 | Dickson to Mayfield/Benton | | | 725.00 | | 725.00 |
| #1 Maro... | 4/3/2023 | Owensboro to Madisonville | | | 300.00 | | 300.00 |
| #1 Maro... | 4/3/2023 | Owensboro to Benton Ky | | | 700.00 | | 700.00 |
| #5 | 4/4/2023 | Mayfield ky to Hays Center Ne | | 58hd 48840lbs 879miles | 4,307.10 | | 4,307.10 |

p ck # 108575

| | |
|---|---|
| **Total** | $6,282.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,282.10 |

| Phone # |
|---------|
| 2709631724 |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Riley Livestock Inc. records May 2023.

108575

**RILEY LIVESTOCK, INC.**

GOOSE CREEK FARMS TRUCKING LLC

Duplicate

Check Number  108574
Apr 12, 2023
Duplicate
Check Amount  $6,202.10

| Invoice | Date | Discount Taken | Amount Paid | Quantity | Description |
|---------|------|----------------|-------------|----------|-------------|
| 1141 | 4/12/23 | - | 6,202.10 | 1.00 | 4/3/23 / DICKSON TN / MCEWEN TN |
| | | | | 1.00 | 04/03/23 / DICKSON / MAYFIELD / BENTON |
| | | | | 1.00 | 04/03/23 / OWENSBORO KY / MADISONVILLE KY |
| | | | | 1.00 | 04/03/23 / OWENSBORO KY / BENTON KY (MCCLAINS) |
| | | | | 1.00 | MAYFIELD KY / HAYS CENTER NE / 58 HD |
| | | | | 4.00 | LD FEES |
| | | | | 1.00 | LD FEE |

32245182 5-14-10-LP  0408

| Item | Serviced | Description | Lead number | Head/weight/miles | Rate | Quantity | Amount |
|------|----------|-------------|-------------|-------------------|------|----------|--------|
| #5 | 4/3/2023 | Dickson to Mcewen | | | 250.00 | | 250.00 |
| #5 | 4/3/2023 | Dickson to Mayfield/Benton | | | 725.00 | | 725.00 |
| #1 Maro... | 4/3/2023 | Owensboro to Madisonville | | | 300.00 | | 300.00 |
| #1 Maro... | 4/3/2023 | Owensboro to Benton Ky | | | 700.00 | | 700.00 |
| #5 | 4/4/2023 | Mayfield ky to Hays Center Ne | | 58hd 48840lbs 879miles | 4,307.10 | | 4,307.10 |

| | |
|---|---|
| **Total** | $6,282.10 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $6,282.10 |

-80.00

620210

| Phone # |
|---------|
| 2709631724 |

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Riley Livestock Inc. records May 2023.    119    685

Lost Hollow Ranch
DBA:Josh Linville
(731) 412-8485
985 Olive Branch Ln
Olivehill, TN 38475

# INVOICE

Date:
4-6-2023
INVOICE # 057
Riley Livestock
PO Box 663
Mayfield , KY 42066

To

| Salesperson | Job | Payment Terms | Due Date |
|---|---|---|---|
| Josh | | Due on receipt | |

| Date | Description | Unit Price | Line Total |
|---|---|---|---|
| 4-3-23 | McEwen to Springhill | 450.00 | 450.00 |
| 4-3-23 | Dickson to Crossplains, J.Copland (Adams, TN), | | |
| | 7 Springs, Fox Crk & Pritchett | 1385.00 | 1385.00 |
| 4-3-23 | Owensboro to McClains & Mayfield | 755.00 | 755.00 |
| | | | |
| | | Subtotal | 2590.00 |
| | | Sales Tax | |
| | | Total | 2590.00 |

Make all checks payable to Josh Linville, DBA Lost Hollow Ranch

*Thank you for your business!*

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Riley Livestock Inc. records May 2023.

**RILEY LIVESTOCK, INC.**

LINVILLE, JOSH

108319

Duplicate

Check Number   108319

Apr 7, 2023

Duplicate

Check Amoun   $2,560.00

| Invoice | Date | Discount Taken | Amount Paid | Quantity | Description |
|---------|------|----------------|-------------|----------|-------------|
| 057 | 4/7/23 | - | 2,560.00 | 1.00 | MCCEWEN / SPRINGHILL |
| | | | | 1.00 | 7 SPRINGS / FOX CREEK / PRITCHETT |
| | | | | 1.00 | OWENSBORO / MCCLAINS / MAYFIELD |
| | | | | 3.00 | LD FEES |

32245102 G-14-15 LP  9408

---

| Salesperson | Josh | | |
|-------------|------|---|---|
| Josh | | Due on receipt | |

| Date | Description | Unit Price | Line Total |
|------|-------------|------------|------------|
| 4-3-23 | McEwen to Springhill | 450.00 | 450.00 |
| 4-3-23 | Dickson to Crossplains, J.Copland (Adams, TN), | | |
| | 7 Springs, Fox Crk & Pritchett | 1385.00 | 1385.00 |
| 4-3-23 | Owensboro to McClains & Mayfield | 755.00 | 755.00 |

| | | Subtotal | 2590.00 |
| | | Sales Tax | |
| | | Total | 2590.00 |

—30.00
2560.00

Make all checks payable to Josh Linville, DBA Lost Hollow Ranch

*Thank you for your business!*

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Riley Livestock Inc. records May 2023.

RILEY LIVESTOCK, INC.
LINVILLE, JOSH

Case 23-02005-rlj    Doc 192-5    Filed 09/26/24    Entered 09/26/24 14:58:44    Desc
Appendix Pages 638 - 731    Page 51 of 94

108319
Duplicate

Check Number    108319
Apr 7, 2023
Duplicate
Check Amount    $2,560.00

| Invoice | Date | Discount Taken | Amount Paid | Quantity | Description |
|---|---|---|---|---|---|
| 057 | 4/7/23 | - | 2,560.00 | 1.00 | MCCEWEN / SPRINGHILL |
| | | | | 1.00 | 7 SPRINGS / FOX CREEK / PRITCHETT |
| | | | | 1.00 | OWENSBORO / MCCLAINS / MAYFIELD |
| | | | | 3.00 | LD FEES |

32245182 6-14-10-LP  9408

| Salesperson | Job | | Payment Terms | Due Date |
|---|---|---|---|---|
| Josh | | | Due on receipt | |

| Date | Description | Unit Price | Line Total |
|---|---|---|---|
| 4-3-23 | McEwen to Springhill | 450.00 | 450.00 |
| 4-3-23 | Dickson to Crossplains, J.Copland (Adams, TN), | | |
| | 7 Springs, Fox Crk & Pritchett | 1385.00 | 1385.00 |
| 4-3-23 | Owensboro to McClains & Mayfield | 755.00 | 755.00 |

✳

| | | Subtotal | 2590.00 |
|---|---|---|---|
| | | Sales Tax | |
| | | Total | 2590.00 |

−30.00
2560.00

Make all checks payable to Josh Linville, DBA Lost Hollow Ranch
*Thank you for your business!*

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Riley Livestock Inc. records May 2023.



**Hatchett & Sons**

21 Bethel Rd
Lexington, TN 38351 US
billy.hatchett@yahoo.com

## INVOICE

**BILL TO**
Riley Livestock

| | |
|---|---|
| INVOICE | 1103 |
| DATE | 04/27/2023 |
| TERMS | Net 30 |
| DUE DATE | 05/27/2023 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Sales | m McEwen to Spring Hill 4/3/23 | | | 450.00 |
| Cattle Hauling | McEwen to Spring Hill 4/3/23 | 1 | 450.00 | 450.00 |
| Cattle Hauling | Dickson to McEwen 4/3/23 | 1 | 300.00 | 300.00 |
| Cattle Hauling | Dickson to Mayfield to Jays 4/3/23 | 1 | 889.00 | 889.00 |
| Cattle Hauling | Dickson to Marshal Co. 4/4/23 | 1 | 300.00 | 300.00 |
| Cattle Hauling | Ledbetter to Mayfield 4/4/23 | 1 | 300.00 | 300.00 |
| Cattle Hauling | Ledbetter to McLain's 4/4/23 | 1 | 300.00 | 300.00 |
| Cattle Hauling | Savannah to Mayfield to Marshal Co. | 1 | 943.00 | 943.00 |
| Load Fees | | 8 | -10.00 | -80.00 |

**BALANCE DUE**          **$3,852.00**

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Riley Livestock Inc. records May 2023.

10845

**RILEY LIVESTOCK, INC.**
HATCHETT, BILLY

Duplicate

Check Number    108459
Apr 27, 2023
Duplicate
Check Amoun    $3,852.00

| Invoice | Date | Discount Taken | Amount Paid | Quantity | Description |
|---|---|---|---|---|---|
| 1003 | 4/27/23 | | 3,852.00 | 2.00 | MCEWEN / SPRING HILL |
| | | | | 1.00 | DICKSON TN / MCEWEN |
| | | | | 1.00 | DICKSON TN / MAYFIELD KY / JAYS |
| | | | | 1.00 | DICKSON TN / MARSHALL CO. |
| | | | | 1.00 | LEDBETTER / MCCLAINS |
| | | | | 1.00 | SAVANNAH / MAYFIELD KY |
| | | | | 8.00 | LD FEE |
| | | | | 1.00 | LEDBETTER KY / MAYFIELD KY |

322451826-14-10-LP  9

| | | | | | |
|---|---|---|---|---|---|
| Sales | m<br>McEwen to Spring Hill 4/3/23 | | | | 450.00 |
| Cattle Hauling | McEwen to Spring Hill 4/3/23 | 1 | 450.00 | | 450.00 |
| Cattle Hauling | Dickson toMcEwen 4/3/23 | 1 | 300.00 | | 300.00 |
| Cattle Hauling | Dickson to Mayfield to Jays  4/3/23 | 1 | 889.00 | | 889.00 |
| Cattle Hauling | Dickson to Marshal Co. 4/4/23 | 1 | 300.00 | | 300.00 |
| Cattle Hauling | Ledbetter to Mayfield 4/4/23 | 1 | 300.00 | | 300.00 |
| Cattle Hauling | Ledbetter to McLain's 4/4/23 | 1 | 300.00 | | 300.00 |
| Cattle Hauling | Savannah to Mayfield to Marshal Co. | 1 | 943.00 | | 943.00 |
| Load Fees | | 8 | -10.00 | | -80.00 |

BALANCE DUE    $3,852.00

Page 1 of 1

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Riley Livestock Inc. records May 2023.

124    **690**

Check Number   108379
Apr 17, 2023
Duplicate
Check Amoun   $5,397.00

| Invoice | Date | Discount Taken | Amount Paid | Quantity | Description |
|---|---|---|---|---|---|
| 041623 | 4/17/23 | | 5,397.00 | 1.00 | FOX CREEK / MAYFIELD |
| | | | | 1.00 | OWENSBORO / MCCLAINS |
| | | | | 1.00 | MAYFIELD / JOLLY |
| | | | | 1.00 | GLASGOW / KINGS |
| | | | | 1.00 | RUSSELLVILLE / 7 SPRINGS |
| | | | | 1.00 | GUTHRIE / JOLLY / M.AYFIELD |
| | | | | 1.00 | ABINGDON VA / MARSHALL / MAYFIELD / NICKS |
| | | | | 6.00 | LD FEES |

32245182 6-14-10-LP  9408

ORIGIN:
DESTINATION:

| QUANTITY & DESCRIPTION | WEIGHT | RATE | MILES | TOTAL |
|---|---|---|---|---|
| 4-3  Fox Creek to Mayfield | 875 | | | 405.00 |
| 4-10  owensboro to mcClaine | | | | 680.00 |
| Mayfield & Jolly | 737 | | | 300.00 |
| Glasgow to Kings | 55 | | | 680.00 |
| 4-12  Russellville to Seven Spring | 87 | | | 320.00 |
| 4-13  Guthrie to Jolly & Mayfield | 100 | | | 565.00 |
| 4-14  abington Va to marshall to | 4537 | | | 2507.00 |
| Mayfield & nicks | | | | |
| | | | | 5457.00 |
| | | | | 60 |
| | | | | 5397.00 |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
X
DRIVERS SIGNATURE
DATE:

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Riley Livestock Inc. records May 2023.    125    691

# C & V LLC

P.O. Box 515, Marion, KY 42064
(270) 965-2216

DATE: 4-16.23

| SHIPPER | | CONSIGNEE | | | |
|---|---|---|---|---|---|
| *Riley* | | | | | |
| ORIGIN | | DESTINATION | | | |
| QUANTITY | DESCRIPTION | WEIGHT | RATE/MILES | TOTAL | |
| 4-3 | *Enf creek to Mayfield* | | 275 | 405.00 | * |
| 4-18 | *accemshar to McEldone* | | | 680.00 | |
| 5 | *Mayfield & Graves* | | | 300.00 | |
| | *Glasgow to Mayfield* | | 121 | 680.00 | |
| 4-12 | *Burn Clinic to Sena Spring* | | 57 | 320.00 | |
| 4-13 | *Dextrice to Valley & Mayfield* | | 100 | 565.00 | |
| 4-14 | *along the state dates* | | 445 | 2507.00 | |
| | *Mayfield & viches* | | | | |
| | | | | 5457.00 | |
| | | | | 60 | |
| | | | | 5397.00 | |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

X

DRIVERS SIGNATURE

DATE:

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Riley Livestock Inc. records May 2023.       126       692

108379

**RILEY LIVESTOCK, INC.**
C & V LLC

Duplicate

Check Number   108379
Apr 17, 2023
Duplicate
Check Amount   $5,397.00

| Invoice | Date | Discount Taken | Amount Paid | Quantity | Description |
|---------|------|----------------|-------------|----------|-------------|
| 041623 | 4/17/23 | | 5,397.00 | 1.00 | FOX CREEK / MAYFIELD |
| | | | | 1.00 | OWENSBORO / MCCLAINS |
| | | | | 1.00 | MAYFIELD / JOLLY |
| | | | | 1.00 | GLASGOW / KINGS |
| | | | | 1.00 | RUSSELVILLE / 7 SPRINGS |
| | | | | 1.00 | GUTHRIE / JOLLY / M,AYFIELD |
| | | | | 1.00 | ABINGDON VA / MARSHALL / MAYFIELD / NICKS |
| | | | | 6.00 | LD FEES |

32245162 8-14-10-LP  94

| ORIGIN | DESTINATION | | | |
|--------|-------------|--|--|--|
| QUANTITY | DESCRIPTION | WEIGHT | RATE | MILES | TOTAL |
| 4-3 | Fox Creek to Mayfield | 875 | | | 405.00 |
| 4-10 | Owensboro to McClanes | 180 | | | 680.00 |
| | Mayfield to Gurtly | 121 | | | 300.00 |
| | Glasgow to Kings | 5 | | | 680.00 |
| 4-12 | Russellville to Seven Spring | 57 | | | 320.00 |
| 4-13 | Guthrie to Jolly & Mayfield | 100 | | | 565.00 |
| 4-14 | Abington Va to Marshall & Mayfield & Nicks | 455 | | | 2507.00 |
| | | | | | 5457.00 |
| | | | | | 60 |
| | | | | | 5397.00 |

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

X

DRIVERS SIGNATURE

DATE:

Apr 17 23, 08:28p                    Vaughan

p.1          2709654408

Source: Documents obtained by Jessica Power, KY RA, USDA AMS FTPP PSD from Riley Livestock Inc. records May 2023.

127   **693**



**United States Department of Agriculture**

## DEALER TRUST CLAIMS WITH SUPPORTING DOCUMENTS
## SECTION II EXHIBIT B-5

The documents in <u>Exhibit B-5</u> include Dealer Trust Claim Forms and supporting documents invoking Dealer Statutory Trust Rights as set forth in Section 318 of the Packers and Stockyards Act, 1921 as amended and supplemented (7 U.S.C. §§ 181-229), the documents include the following:

1.  On April 21, 2023, a Dealer Trust Claim was received from Bar D Ranch Land & Cattle (Bar D), notifying USDA Packers and Stockyards of unpaid livestock purchased by Brian McClain and McClain Farms, Inc. (McClain), Benton, Kentucky.  The claim included an unpaid March 21, 2023 invoice totaling $92,053.76 for 81 head of cattle to McClain. Also included was the dishonored check from McClain for $92,053.76 dated April 5, 2023.  The check was dishonored by the financial institute on April 13, 2023.

| Livestock Purchase Date | Amount Unpaid for Livestock |
|---|---|
| March 21, 2023 | $92,053.76 |

2.  An agent memorandum was added to the claim on September 29, 2023, after further PSD investigation into this transaction disclosed the livestock were a direct sale of livestock to Brian McClain.  The claimant's neighbor, Steven Hines confirmed on September 29, 2023 that he arranged the transport and sale of livestock from Bar D Ranch Land and Cattle, Jeff Starnes dba Starnes Cattle, and Shaw & Shaw Farms Partnership, LLC to fulfill load orders for Brian McClain in March 2023. Though the livestock were 'invoiced' by McClain on a "settlement sheet" there was no consideration or expectations for profit/gains in a feeding arrangement with Bar D, Starnes, or Shaw.  Full payment was expected from McClain for the livestock purchase.  The claim was modified to valid after interviews and investigation in September 2023.

RECEIVED
April 21, 2025
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

Case 23-02005-rlj    Doc 192-5    Filed 09/26/24    Entered 09/26/24 14:58:44    Desc
Appendix Pages 638 - 731    Page 58 of 94

# Dealer Trust Notification
## Section 318 (7 U.S.C 181-229)

McClain Farms, Inc.                                        Date: 4/21/23
824 Mullins Ln
Benton, KY 42025-4702

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by McClain Farms, Inc. on
3/21/23 and in the amount of $92,053.76.

48 H Steer            $56,152.40
22 H Heifer           $23,267.86
11 H Brahma Cross     $12,714.50

Total Due $92,053.76
Balance Due: $92,053.76

Purchased 3/21/23
Delivered 3/22/23

As a cash seller of livestock, I request that you hold in trust for me the items required to be held in
trust under the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division
Midwestern Regional Office at:

> Packers and Stockyards Division
> Midwestern Regional Office
> 210 Walnut St, Room 317
> Des Moines, IA 50309

Sincerely,

(SIGNATURE): _____

Claimant's Printed Name/Title: _N. Terry Dicks_

Company Name (if Applicable): _Bar D Ranch Land + Cattle_

Address: _4458 S US Hwy 441_

City, State, Zip: _Lake City, Fl 32025_

Telephone Number(s): _386-397-5445_

Email: _kyle.dicks@gocdt.com_

cc: Packers and Stockyards Division, Fair Trade Practices Program

**Note: Make sure to provide a signed copy of this notification to both the Dealer and the Packers and Stockyards Division,
Midwestern Regional Office.**

RECEIVED
April 21, 2023

USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

Case 23-02005-rlj    Doc 192-5    Filed 09/26/24    Entered 09/26/24 14:58:44    Desc
Appendix Pages 638 - 731    Page 59 of 94

## Settlement Sheet

MCCLAIN FARMS                                  SELLER:              BAR D

21-Mar

| HEAD | SEX | WEIGHT | AVG | PRICE | TOTAL |
|---|---|---|---|---|---|
| 48 | ST | 29610 | 616.875 | 1.8964 | $56,152.40 |
| 22 | HF | 13025 | 592.045 | 1.7864 | $23,267.86 |
| 11 | BX | 7375 | 670.455 | 1.724 | $12,714.50 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $92,134.76 |
| | | | | CHECK OFF | $81.00 |
| | | | | PROFIT | |
| | | | | FEED | |
| 81 | | 50010 | | TOTAL | $92,053.76 |

---

McClain Farms Inc
824 Mullins Ln
Benton, KY 42025-4702

Mechanics Bank
Commitment That Lasts Generations
30-30/1231

7608

4/5/2023

PAY TO THE
ORDER OF    Bar D Ranch                                                 $ **92,053.76

Ninety-Two Thousand Fifty-Three and 76/100********************************************************************* DOLLARS

Bar D Ranch

MEMO                                          Meagan Good

⑆007608⑆ ⑆121102036⑆ ▮▮▮▮▮ 3070⑈

Return Item Notice          Page 1

4/13/23

Millennium Bank
6392 ARTESIAN CIRCLE
OOLTEWAH, TN  37363
(423) 238-1111

Deposited Account-     ██████9970 D      Charged Back Account-     ██████9970 D

          Bar D Ranch Land & Cattle, LLC
          4458 South Hwy 441
          Lake City FL  32025

RECEIVED
April 21, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS
DIVISION
DES MOINES, IA

The checks listed were deposited to your account
and have been returned.  We have charged your account
accordingly.  Please update your records to  reflect
these charges.

| ACCOUNT# | RETURNED | REDEPOSITED | FEE | DATE DEP. |
|---|---|---|---|---|
| ████3070 | 92,053.76 | | 5.00 | 4/10/23 |
| McClain Farms Inc. | | | | |
| REFER TO MAKER | | | | |

| TOTALS | 92,053.76 | | 0.00 | 5.00 |

REFER TO MAKER



This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

RETURN REASON - S
REFER TO MAKER

RECEIVED
April 21, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS
DIVISION
DES MOINES, IA



RECEIVED
April 21, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

**Jones, Thomas - MRP-AMS**

| | |
|---|---|
| **From:** | Kyle Dicks <kyle.dicks@gocdt.com> |
| **Sent:** | Friday, April 21, 2023 3:04 PM |
| **To:** | Fast, Adam - MRP-AMS; Dubberke, Alexandra - MRP-AMS; Terry Dicks |
| **Cc:** | Jones, Thomas - MRP-AMS; Ramos Taylor, Nilsa - MRP-AMS; Kristine Sistrunk |
| **Subject:** | RE: Potential Trust Claim Forms and Letter |

Sending to them now. Thanks

---

**From:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>
**Sent:** Friday, April 21, 2023 4:00 PM
**To:** Kyle Dicks <kyle.dicks@gocdt.com>; Dubberke, Alexandra - MRP-AMS <Alexandra.Dubberke@usda.gov>; Terry Dicks <Terry.Dicks@gocdt.com>
**Cc:** Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>; Ramos Taylor, Nilsa - MRP-AMS <Nilsa.Ramos@usda.gov>; Kristine Sistrunk <ksistrunk@gocdt.com>
**Subject:** RE: Potential Trust Claim Forms and Letter

Kyle,

The claim needs to be filed with McClain in addition to our office. I would recommend emailing the claim to Glenn Karlberg and cc Bob Prince.

Glenn Karlberg represented himself as the sole officer of McClain Farms, Inc., McClain Feed Yard, Inc. and 7M Cattle Feeders, Inc.

Glenn Karlberg, CFE
GKarlberg@ampleo.com

Bob Prince of Prince and Willcutt PSC is representing the estate of Brian McClain.

Bob Prince
bprince51@mac.com

Thanks,

Adam

---

**From:** Kyle Dicks <kyle.dicks@gocdt.com>
**Sent:** Friday, April 21, 2023 2:55 PM
**To:** Dubberke, Alexandra - MRP-AMS <Alexandra.Dubberke@usda.gov>; Terry Dicks <Terry.Dicks@gocdt.com>
**Cc:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>; Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>; Ramos Taylor, Nilsa - MRP-AMS <Nilsa.Ramos@usda.gov>; Kristine Sistrunk <ksistrunk@gocdt.com>
**Subject:** RE: Potential Trust Claim Forms and Letter

See attached. Also, on the USDA letter it should Bar D Ranch Land and Cattle. Thanks for your help!

**From:** Dubberke, Alexandra - MRP-AMS <Alexandra.Dubberke@usda.gov>
**Sent:** Friday, April 21, 2023 3:19 PM
**To:** Kyle Dicks <kyle.dicks@gocdt.com>; Terry Dicks <Terry.Dicks@gocdt.com>
**Cc:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>; Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>; Ramos Taylor, Nilsa - MRP-AMS <Nilsa.Ramos@usda.gov>; Kristine Sistrunk <ksistrunk@gocdt.com>
**Subject:** RE: Potential Trust Claim Forms and Letter

Back to me is ok

**Lexie Dubberke | Legal Instruments Examiner**
USDA, AMS, FTPP, Packers and Stockyards Division
210 Walnut St, Rm 317
Des Moines, IA 50309
Phone: 515-323-2548 Fax: 515-323-2590
Alexandra.Dubberke@usda.gov

**From:** Kyle Dicks <kyle.dicks@gocdt.com>
**Sent:** Friday, April 21, 2023 2:18 PM
**To:** Dubberke, Alexandra - MRP-AMS <Alexandra.Dubberke@usda.gov>; Terry Dicks <Terry.Dicks@gocdt.com>
**Cc:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>; Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>; Ramos Taylor, Nilsa - MRP-AMS <Nilsa.Ramos@usda.gov>; Kristine Sistrunk <ksistrunk@gocdt.com>
**Subject:** RE: Potential Trust Claim Forms and Letter

To Brian McClain Farms correct?

**From:** Dubberke, Alexandra - MRP-AMS <Alexandra.Dubberke@usda.gov>
**Sent:** Friday, April 21, 2023 3:15 PM
**To:** Kyle Dicks <kyle.dicks@gocdt.com>; Terry Dicks <Terry.Dicks@gocdt.com>
**Cc:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>; Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>; Ramos Taylor, Nilsa - MRP-AMS <Nilsa.Ramos@usda.gov>; Kristine Sistrunk <ksistrunk@gocdt.com>
**Subject:** RE: Potential Trust Claim Forms and Letter

Yes it can be emailed.

**Lexie Dubberke | Legal Instruments Examiner**
USDA, AMS, FTPP, Packers and Stockyards Division
210 Walnut St, Rm 317
Des Moines, IA 50309
Phone: 515-323-2548 Fax: 515-323-2590
Alexandra.Dubberke@usda.gov

**From:** Kyle Dicks <kyle.dicks@gocdt.com>
**Sent:** Friday, April 21, 2023 2:14 PM
**To:** Dubberke, Alexandra - MRP-AMS <Alexandra.Dubberke@usda.gov>; Terry Dicks <Terry.Dicks@gocdt.com>
**Cc:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>; Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>; Ramos Taylor, Nilsa - MRP-AMS <Nilsa.Ramos@usda.gov>; Kristine Sistrunk <ksistrunk@gocdt.com>
**Subject:** RE: Potential Trust Claim Forms and Letter

Since we are up against the 30-day deadline. Can this be emailed?

**From:** Dubberke, Alexandra - MRP-AMS <Alexandra.Dubberke@usda.gov>
**Sent:** Friday, April 21, 2023 3:08 PM
**To:** Terry Dicks <Terry.Dicks@gocdt.com>; Kyle Dicks <kyle.dicks@gocdt.com>
**Cc:** Fast, Adam - MRP-AMS <Adam.M.Fast@usda.gov>; Jones, Thomas - MRP-AMS <Thomas.J.Jones@usda.gov>; Ramos Taylor, Nilsa - MRP-AMS <Nilsa.Ramos@usda.gov>
**Subject:** Potential Trust Claim Forms and Letter

Good Afternoon,

Here is your Potential Dealer Trust Letter and forms for McClain. Please let us know if you have any questions.

Thanks,

**Lexie Dubberke | Legal Instruments Examiner**
USDA, AMS, FTPP, Packers and Stockyards Division
210 Walnut St, Rm 317
Des Moines, IA 50309
Phone: 515-323-2548 Fax: 515-323-2590
Alexandra.Dubberke@usda.gov

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.



Bar D                          3/21/23

Steers    $1.91 at 600 lbs                Brahman X steers
10 hd - 5905                               $ 1.?? at ?? lbs
9 hd - 5740                                $ 1.74 at 650
11 hd - 6810
9 hd - 5595                                7 hd - 4570
9 hd - 5560                                4 hd - 2805
─────────────                             ─────────────
48 hd - 29,610   Avg 616.88               11 hd - 7375
                                          Avg 670.45

heifers   $1.78 at 600 lbs
10 hd - 6070
12 hd - 6955
─────────────
22 hd - 13,025   Avg 592.05

81 hd - 50,010

| | 11 hd ② Brah X st | 13 hd ④ st | 5 st ⑦ |
|---|---|---|---|
| 7 hb ① | | 30 hd st ⑤ | 15 hd ⑥ hb |

703



**United States Department of Agriculture**

## Memorandum of Conversation

To:          File

From:        Jessica L. Power CFE, Kentucky Resident Agent

Date:        September 29, 2023

Subject:     Follow-up Investigation into Terry Dick – Bar D Ranch Claim

On September 29, 2023, in response to an inquiry regarding his invalid claim status as disclosed by a motion in the bankruptcy court on Friday, September 22, 2023, I contacted Terry Dick to conduct further investigation into his claim.

In response, Mr. Dick affirmed that the livestock were a direct sale and were not part of any feeding arrangement. Mr. Dick stated that he had been selling yearlings to McClain for ten years, via a third-party broker/neighbor Steven Hines. Mr. Dick affirmed that Hines was acting as the middleman by providing a beneficial outlet for farmers and producers in their Northern Florida area through allowing them to sale small lots of yearlings to McClain.

The livestock included in the claim were hauled to Texas with other neighbors' yearlings. The livestock were weighed at the Hines' location. Mr. Dick provided a workup sheet with hauling information from March 2023 that was prepared at the time of shipping. He stated that prices listed above were base prices for target weight, the livestock were weighed and then a settlement sheet was provided with the check payment from McClain several weeks later. He stated the check was presented as "good" with his bank however three to four days after the check was returned as "see maker" and his account debited for the proceeds. He stated that McClain was contacted, stated that he would wire monies, however the following week is when he learned of McClains passing.

Mr. Dick affirmed there was no future gains or losses in partnership with McClain on the livestock included in this claim nor was there any share of feed costs. Historically over the years he had no issues with selling McClain livestock and assumed this would be no different. Mr. Dick acknowledged that he, and Hines share counsel regarding the McClain claims.

A later conversation with Hines confirmed that the three claims that were investigated today were direct sales with no future loss/profit or feed share consideration.

A follow-up analysis of all claim forms on September 28 and 29, 2023, determined that three (3) claims were uniquely guised as feeding arrangements however have been determined to be direct sales of livestock. Mr. Dick's claim is one (1) of three (3) claims that are considered subject to the trust.

Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division, Midwestern Regional Office
210 Walnut Street, Room 317, Des Moines, IA  50309
Voice: 515-323-2579    Fax: 515-323-2590
PSD Hotline: 1-833-342-5773
www.ams.usda.gov

**An Equal Opportunity Provider and Employer**

704



United States Department of Agriculture

---

## DEALER TRUST CLAIMS WITH SUPPORTING DOCUMENTS
## SECTION II EXHIBIT B-6

The documents in <u>Exhibit B-6</u> include Dealer Trust Claim Forms and supporting documents invoking Dealer Statutory Trust Rights as set forth in Section 318 of the Packers and Stockyards Act, 1921 as amended and supplemented (7 U.S.C. §§ 181-229), the documents include the following:

1. On April 21, 2023, a Dealer Trust Claim was received from Shaw & Shaw Farms Partnership, LLC (Shaw), notifying USDA Packers and Stockyards of unpaid livestock purchased by Brian McClain and McClain Farms, Inc. (McClain), Benton, Kentucky. The claim included an unpaid March 16, 2023 invoice totaling $120,911.37 for 105 head of cattle to McClain.  Also included was the dishonored check from McClain for $120,911.37 dated April 5, 2023.  The check was dishonored by the financial institute on April 14, 2023.

| Livestock Purchase Date | Amount Unpaid for Livestock |
|---|---|
| March 16, 2023 | $120,911.37 |

2. An agent memorandum was added to the claim on September 29, 2023, after further PSD investigation into this transaction disclosed the livestock were a direct sale of livestock to Brian McClain.  The claimant's neighbor, Steven Hines confirmed on September 29, 2023 that he arranged the transport and sale of livestock from Bar D Ranch Land and Cattle, Jeff Starnes dba Starnes Cattle, and Shaw & Shaw Farms Partnership, LLC to fulfill load orders for Brian McClain in March 2023. Though the livestock were 'invoiced' by McClain on a "settlement sheet" there was no consideration or expectations for profit/gains in a feeding arrangement with Bar D, Starnes, or Shaw.  Full payment was expected from McClain for the livestock purchase.  The claim was modified to valid after interviews and investigation in September 2023.

RECEIVED
April 21, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS DIVISION
DES MOINES, IA

Case 23-02005-rlj   Doc 192-5   Filed 09/26/24   Entered 09/26/24 14:58:44   Desc
Appendix Pages 638 - 731   Page 69 of 94

# Dealer Trust Notification
## Section 318 (7 U.S.C 181-229)

McClain Farms, Inc.
824 Mullins Ln
Benton, KY 42025-4702

Date: _4/21/23_

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by McClain Farms, Inc. on
the dates and in the amounts as follows:

Insert the sale transaction(s) detail here (e.g., head count, livestock description, sale date, delivery date, total sales price, balance due, etc.). Also,
state pricing details if they are unique and need further explanation. ***Attach all available supporting documents***

As a cash seller of livestock, I request that you hold in trust for me the items required to be held in
trust under the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division
Midwestern Regional Office at:

Packers and Stockyards Division
Midwestern Regional Office
210 Walnut St, Room 317
Des Moines, IA 50309

Sincerely,

(SIGNATURE): _Buckley Shaw_

Claimant's Printed Name/Title: _BUCKLEY  SHAW  -  PARTNER_

Company Name (if Applicable): _SHAW & SHAW FARMS PARTNERSHIP LLC_

Address: _11605  NW  140  ST_

City, State, Zip: _ALACHUA, FL  32615_

Telephone Number(s): _352 665 0424_

Email: _BUCKSHAW 52 @ GMAIL . COM_

cc: Packers and Stockyards Division, Fair Trade Practices Program

Note: Make sure to provide a signed copy of this notification to both the Dealer and the Packers and Stockyards Division,
Midwestern Regional Office.

706

### Settlement Sheet

MCCLAIN FARMS                                    SELLER:



| HEAD | SEX | WEIGHT | AVG | PRICE | TOTAL |
|------|-----|--------|-----|-------|-------|
| 48 | ST | 31280 | 651.667 | 1.8584 | $58,130.75 |
| 57 | HF | 36050 | 632.456 | 1.7444 | $62,885.62 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $121,016.37 |
| HEAD | | | CHECK OFF | | $105.00 |
| | | | PROFIT | | |
| | | | FEED | | |
| 105 | | 67330 | TOTAL | | $120,911.37 |

SHAW & SHAW
16-Mar
1211°°
2023

RECEIVED
April 21, 2023
USDA, AMS,
FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

MARCH 16, 2023

GOT CHECK ON

APRIL 10, 2023

04-14-2023

ITEM CHARGEBACK NOTICE

Capital City Bank
P.O. BOX 900
Tallahassee FL 32302

RECEIVED
April 21, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

SHAW & SHAW FARMS PARTNERSHIP LLC
11605 NW 140TH ST
ALACHUA FL 32615-6435

The deposited item listed below was returned to us and has been deducted
from your account number ending 0234.

Amount of the item charged back:        $    120911.37
Please deduct the Item Chargeback Fee of: $        9.00

Your substitute check is attached to this notice and may be removed at the perforation.

As permitted by Federal Law under the Check 21 Act we have replaced the original
check deposited into your account with the attached substitute check (also known
as an Image Replacement Document). This substitute check is an accurate reproduction
of the original check and is the legal equivalent of the original check for all
purposes of payment and collection.

REFER TO MAKER

This is a LEGAL COPY of your
check. You can use it the
same
way you would use the
original
check.

RETURN REASON-S
REFER TO MAKER



CO07607C4A121102036A                    3070C            708
                                                         37B

RECEIVED
April 21, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS
DIVISION
DES MOINES, IA



Do not endorse or write below
this line.



JHAEIPPK:0  Sequence:2796640  Serial:7607  TR:121102036  Account:▮▮▮8070  Amount:$120,911.37  Date:04-11-2023
BOFDDate:20230411  BOFDSequence:2796640  BOFDRouting:63100688

RECEIVED
April 21, 2023
USDA, AMS, FTPP,
PACKERS &
STOCKYARDS
DIVISION
DES MOINES, IA

4/27/23

~~ONE~~

WESTERN  REGIONAL  OFFICE

303  371  4609

FROM:  SHAW :SHAW FARMS
CONTACT  BUCKLEY  SHAW

PAGES   5   INCLUDING  COVER  SHEET



United States Department of Agriculture

---

# Memorandum of Conversation

To:             File

From:           Jessica L. Power CFE, Kentucky Resident Agent

Date:           September 29, 2023

Subject:        Follow-up Investigation into Buckley Shaw – Shaw and Shaw Claim

On September 29, 2023, I conducted a follow-up investigation into Buckley Shaw's trust claim for unpaid livestock by McClain Farms, Inc.

Shaw confirmed that the livestock were sold via Steven Hines, a local affiliate of McClain. Shaw and his brother had only sold to McClain in Fall and this transaction in Spring 2023. Shaw had not met McClain and had only done business with McClain through Hines. He stated that there were no future profit and loss agreements in place with McClain or Hines. Upon sale of livestock that he owned he expected full payment to be rendered. The payment took a few weeks to reach Shaw, he said upon deposit he received information from his bank that it was returned due to McClains account issues. He stated that Hines contacted McClain to remediate the situation and was expecting payment, however McClain passed soon after.

Hines supported Shaw's information on September 29, 2023 that the three claims being investigated are direct sales with no feeding agreement or profit split arrangement in place with McClain.

The follow-up analysis of all claim forms on September 28 and 29, 2023, determined that three (3) claims were uniquely guised as feeding arrangements in contrast to other claims requiring further investigation. Findings determined the transaction to be direct sale of livestock to McClain and subject to trust.

EOM/JLP

Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division, Midwestern Regional Office
210 Walnut Street, Room 317, Des Moines, IA  50309
Voice: 515-323-2579    Fax: 515-323-2590
PSD Hotline: 1-833-342-5773
www.ams.usda.gov

**An Equal Opportunity Provider and Employer**

**712**



**United States Department of Agriculture**

## DEALER TRUST CLAIMS WITH SUPPORTING DOCUMENTS
## SECTION II EXHIBIT B-7

The documents in <u>Exhibit B-7</u> include Dealer Trust Claim Forms and supporting documents invoking Dealer Statutory Trust Rights as set forth in Section 318 of the Packers and Stockyards Act, 1921 as amended and supplemented (7 U.S.C. §§ 181-229), the documents include the following:

1. On April 21, 2023, a Dealer Trust Claim was received from Jeff Starnes dba Starnes Cattle (Starnes), notifying USDA Packers and Stockyards of unpaid livestock purchased by Brian McClain and McClain Farms, Inc. (McClain), Benton, Kentucky. The claim included an unpaid March 16, 2023 invoice totaling $30,006.43 for 25 head of cattle to McClain. Also included was the dishonored check from McClain for $120,911.37 dated April 5, 2023. The check was dishonored by the financial institute on April 13, 2023.

| Livestock Purchase Date | Amount Unpaid for Livestock |
|---|---|
| March 16, 2023 | $30,006.43 |

2. An agent memorandum was added to the claim on September 29, 2023, after further PSD investigation into this transaction disclosed the livestock were a direct sale of livestock to Brian McClain. The claimant's neighbor, Steven Hines confirmed on September 29, 2023 that he arranged the transport and sale of livestock from Bar D Ranch Land and Cattle, Jeff Starnes dba Starnes Cattle, and Shaw & Shaw Farms Partnership, LLC to fulfill load orders for Brian McClain in March 2023. Though the livestock were 'invoiced' by McClain on a "settlement sheet" there was no consideration or expectations for profit/gains in a feeding arrangement with Bar D, Starnes, or Shaw. Full payment was expected from McClain for the livestock purchase. The claim was modified to valid after interviews and investigation in September 2023.

# Dealer Trust Notification
## Section 318 (7 U.S.C 181-229)

Date: 4/21/23

McClain Farms, Inc.
824 Mullins Ln
Benton, KY 42025-4702

To Whom It May Concern:

This is to notify you that I have not been paid for livestock purchased by McClain Farms, Inc. on the dates and in the amounts as follows:

Insert the sale transaction(s) detail here (e.g., head count, livestock description, sale date, delivery date, total sales price, balance due, etc.). Also, state pricing details if they are unique and need further explanation. ***Attach all available supporting documents***

Shipping Date was 3-16-23  Check Date 4-5-23  Received
in mail 4-10-13  Returned on 4-13-23
25 hd total  Check amount  30006.43

6 Steers  4470  1.7175
16 Heifees  11620  1.616
3 Brahma X Steers  2245  1.593

As a cash seller of livestock, I request that you hold in trust for me the items required to be held in trust under the Packers and Stockyards Act.

As required by law, I am forwarding a copy of this letter to the Packers and Stockyards Division Midwestern Regional Office at:

Packers and Stockyards Division
Midwestern Regional Office
210 Walnut St, Room 317
Des Moines, IA 50309

RECEIVED
April 24, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

Sincerely,

(SIGNATURE): _____

Claimant's Printed Name/Title: Jeff Starnes

Company Name (if Applicable): Starnes Cattle

Address: 851 SW 6th Ave

City, State, Zip: Williston FL 32696

Telephone Number(s): (352) 317-6910

Email: Starnesfarming@gmail.com

cc: Packers and Stockyards Division, Fair Trade Practices Program

Note: Make sure to provide a signed copy of this notification to both the Dealer and the Packers and Stockyards Division, Midwestern Regional Office.

## Settlement Sheet

MCCLAIN FARMS                                    SELLER:            STARNES CATTLE

16-Mar

| HEAD | SEX | WEIGHT | AVG | PRICE | TOTAL |
|---|---|---|---|---|---|
| 6 | ST | 4470 | 745 | 1.7175 | $7,677.23 |
| 16 | HF | 11620 | 726.25 | 1.616 | $18,777.92 |
| 3 | BX | 2245 | 748.333 | 1.593 | $3,576.29 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $30,031.43 |
| | | | | CHECK OFF | $25.00 |
| | | | | PROFIT | |
| | | | | FEED | |
| 25 | | 18335 | | TOTAL | $30,006.43 |

RECEIVED
April 24, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA

STARNES CATTLE COMPANY
851 SW 6th Ave
Williston  FL  32696

-------------------------------------Note Balance History Account Number ███4666 --------------------------------------
04-05-2023 to 04-26-2023

| Post Date | Eff Date | Check Nbr | Description | Amount | Running Bal | Status |
|---|---|---|---|---|---|---|
| 04-18-2023 | 04-18-2023 | 1085 | Check | (75.00) | 10,081.79 | Completed |
| 04-13-2023 | 04-13-2023 | 1081 | Check | (765.00) | 10,156.79 | Completed |
| 04-13-2023 | 04-13-2023 | | Return of Deposit Item Fee | (15.00) | 10,921.79 | Completed |
| 04-13-2023 | 04-13-2023 | 7606 | Returned Check | (30,006.43) | 10,936.79 | Completed |
| 04-13-2023 | 04-13-2023 | | Deposit | 7,850.40 | 40,943.22 | Completed |
| 04-13-2023 | 04-13-2023 | | Deposit | 4,275.37 | 33,092.82 | Completed |
| 04-11-2023 | 04-11-2023 | 1082 | Check | (2,178.08) | 28,817.45 | Completed |
| 04-10-2023 | 04-10-2023 | 1083 | Check | (5,282.40) | 30,995.53 | Completed |
| 04-10-2023 | 04-10-2023 | | Deposit | 30,006.43 | 36,277.93 | Completed |

RECEIVED
April 24, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS DIVISION
DES MOINES, IA





RECEIVED
April 24, 2023
USDA, AMS, FTPP,
PACKERS & STOCKYARDS
DIVISION
DES MOINES, IA



**United States Department of Agriculture**

# Memorandum of Conversation

| | |
|---|---|
| To: | File |
| From: | Jessica L. Power CFE, Kentucky Resident Agent |
| Date: | September 29, 2023 |
| Subject: | Follow-up Investigation into Jeff Starnes – Starnes Cattle Claim |

On September 29, 2023, I conducted a follow-up investigation into Jeff Starnes' trust claim for unpaid livestock by McClain Farms, Inc.

Starnes confirmed that the livestock in this claim were sold to McClain. He had been doing business for almost ten years with McClain. McClain had solicited his business at that time by approaching yearling producers in the area. He stated that he had never had any issues with McClain and would sale his yearlings to him each year. He stated that the truck picked them up and he was not privy to where they went beyond pickup. He stated that the livestock he sold were heavier as they were fall carry-overs. He stated that he expected payment in full and had no future feeding share arrangements with any profit/loss consideration beyond the pickup of his livestock that day.

The follow-up analysis of all claim forms on September 28 and 29, 2023, determined that three (3) claims were uniquely guised as feeding arrangements in contrast to other claims requiring further investigation. Findings determined the transaction to be direct sale of livestock to McClain and subject to trust.

EOM/JLP

Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division, Midwestern Regional Office
210 Walnut Street, Room 317, Des Moines, IA 50309
Voice: 515-323-2579    Fax: 515-323-2590
PSD Hotline: 1-833-342-5773
www.ams.usda.gov

**An Equal Opportunity Provider and Employer**

**718**

# WORKBOOK

**USDA** Agricultural Marketing Service, Fair Trade Practices Program
Packers & Stockyards Division

**Trust Claimant Contact Info**

ECM # 379830
AMS # 26789

**REGISTRANT/PACKER/SUBJECT ENTITY INFORMATION**

| | |
|---|---|
| Name | McClain Farms Inc. |
| Address | 824 Mullins Lane, Benton, KY 42025-4702 |
| Contact Name | Glenn Karlberg, CFE |
| Contact Phone # | (602) 315-1841 |

**POTENTIAL CLAIMANT INFORMATION**

| Name | Address | City | State | Zip | Telephone Number | Cell Number | Email | Fax Number | Date Claim Filed | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| Acey Livestock, LLC | 211 Old Orchard Rd | Perryville | KY | 40468 | (859) 583-8083 | | lindaacey@yahoo.com | | 04/19/23 | |
| Riley Livestock, Inc. | PO Box 663 | Mayfield | KY | 42066 | (270) 345-2302 | (270) 705-5111 | maryann@rileylivestock.com | (270) 964-0034 | 04/20/23 | |
| Kyle Weldon, James D. Bradbury, LLC (Bradbury Counsel) | 201 Main Street, Suite 600 | Fort Worth | TX | 78759 | (817) 339-1105 | | Kyle@bradburycounsel.com | | | Mr. Weldon is with the James D. Bradbury, PLLC Counsel and represents clients from Texas & Tennessee that have not been paid for livestock sold to McClain Farms, Inc. |
| JoAnn & Keith Brooks d.b.a. Brooks Farms | 4778 Albert Owens Road | South Fulton | TN | 38257 | (731) 796-1093 | (270) 627-1032 | brooksj1942@gmail.com | tylerkbrooks2000@gmail.com | 04/20/23 | |
| Priest Cattle Company, Ltd | 899 Rosenthal Rd | Lorena | TX | 76655 | (254) 715-3197 | | cory.priest@gmail.com | | 04/20/23 | Priest Cattle Co is one of the clients represented by Kyle Weldon of James D. Bradbury, PLLC |
| Priest Victory Investment LLC | 201 Main Street, Suite 600 | Fort Worth | TX | 78759 | (254) 715-3197 | | cory.priest@gmail.com | | 04/20/23 | Priest Victory Investment is one of the clients represented by Kyle Weldon of James D. Bradbury, PLLC |
| Shaw & Shaw Farms Partnership LLC | 11605 NW 140th St | Alachua | FL | 32615 | (352) 538-2579 | | buckshaw52@gmail.com | | 04/21/23 | Shaw & Shaw did not receive NSF check until 4/14/2023, so claim is still timely. |
| Bar D Ranch Land & Cattle | 4458 S US Hwy 441 | Lake City | FL | 32025 | (386) 397-5445 | | Terry.dicks@gocdt.com | Kyle.dicks@gocdt.com | 04/21/23 | Bar D Ranch did not receive NSF check until 4/13/2023, so claim is still timely. |
| Hines Cattle Company, LLC (Steven Hines) | 12609 NW 298th St | High Springs | FL | 32643 | (352) 258-5173 | | Steven.hines@diamond-r.com | | 04/21/23 | Claim was split with Hines Farms, LLC below. |
| Hines Farmes, LLC (David Hines) | 1019 NE 90th Ave | High Springs | FL | 32643 | (352) 258-5170 | | david.hinesfarms@outlook.com | | 04/21/23 | Claim was split with Hines Cattle Company, LLC above. |
| Starnes Cattle (Jeff Starnes) | 851 SW 6th Ave | Williston | FL | 32696 | (352) 317-6910 | | starnesfarming@gmail.com | | 04/21/23 | Starnes did not receive NSF check until 4/13/2023, so claim is still timely. |
| Barrett's Livestock Inc. | 251 W Laurens School Rd | Dublin | GA | 31021 | (478) 272-4949 | | barrettls@outlook.com | | 04/21/23 | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | 201 Main Street, Suite 600 | Fort Worth | TX | 78759 | (817) 339-1105 | | rrussell@meat-trader.com | 71psstewart@gmail.com | 04/21/23 | Russell/Stewart is one of the clients represented by Kyle Weldon of James D. Bradbury, PLLC |
| Eddie Stewart | 201 Main Street, Suite 600 | Fort Worth | TX | 78759 | (817) 339-1105 | | 71psstewart@gmail.com | | 04/21/23 | Eddie Stewart is one of the clients represented by Kyle Weldon of James D. Bradbury, PLLC |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | 201 Main Street, Suite 600 | Fort Worth | TX | 78759 | (817) 339-1105 | | rrussell@meat-trader.com | | 04/21/23 | W. Robbie Russell Living Trust is one of the clients represented by Kyle Weldon of James D. Bradbury, PLLC |
| Scott Livestock Company | 10150 Hwy 47 | West Point | MS | 39773 | (334) 701-7212 | | scottlivestock1990@yahoo.com | Elizabeth (334) 701-1993 (daught | 05/04/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Dennis Buss | 403 E Grand | Tonkawa | OK | 74653 | (580) 628-0270 | | Dennisbuss@SBCGlobal.net | | 04/24/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Steve Ryan | 4214 Topaz Cir | Yukon | OK | 73099 | (405) 637-2323 | | sryan1956@yahoo.com | | 04/24/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Rapp Ranch | 400 Smith Trail | Weatherford | TX | 76088 | (817) 296-8234 | | phil@rappranch.com | | 04/24/23 | Represented by Eggleston King Davis LLP |
| 2B Farms (Terry "Bo" Robinson) | 9397 CR 3114 | Snyder | TX | 79549 | (325) 207-2794 | | bobeck5354@yahoo.com | | 04/24/23 | |
| Amy & Craig Sutton | 7130 Horizon Trail | McKinney | TX | 75071 | (972) 658-8151 | | osutx5@verizon.net | | 04/24/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Lyndal VanBuskirk | P.O. Box 778 | Ringling | OK | 73456 | (580) 490-6771 | | janet.v@att.net | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Robert J. Spring | P.O. Box 2096 | Edmond | OK | 73083 | (405) 340-6811 | | robert@springoc.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Janet VanBuskirk | P.O. Box 778 | Ringling | OK | 73456 | (580) 465-0041 | | janet.v@att.net | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Scarlet & Black Cattle, LLC (Colton Long) | 5402 Walesa Ct | Amarillo | TX | 79119 | (325) 340-0548 | | coltonlong70@yahoo.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Leah Gungoll | 3818 South Sangre Rd | Stillwater | OK | 74074 | (580) 548-6029 | | gungoll@gungolljackson.com | | 05/03/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Gungoll Cattle, LLC (Bradley Gungoll) | 3818 South Sangre Rd | Stillwater | OK | 74074 | (580) 548-6029 | | gungoll@gungolljackson.com | | 05/03/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| A.J. Jacques Living Trust | 4025 W. Deer Crossing Dr | Stillwater | OK | 74074 | (817) 368-2266 | | aj@atlasdrilling.com | | 05/02/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Robert Gray | 348500 E 3700 Rd | Ralston | OK | 74650-5050 | (918) 225-9265 | | cjchap45@gmail.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Ronnie Gray | 27 36th St, Hwy 18 | Fairfax | OK | 74637-5053 | (918) 440-2472 | | cjchap45@gmail.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Ralph Reisz | 4062 Keller Road | Owensboro | KY | 42301 | (270) 929-6105 | | | | 04/25/23 | |
| Janice E. Lawhon | 912 S. 1st | Blackwell | OK | 74631 | (405) 747-4193 | | janicelawhon@yahoo.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Jean Nix | P.O. Box 1527 | Mont Belvieu | TX | 77580 | (713) 823-4433 | | jeannix@verizon.net | | 04/25/23 | |
| Doug Finley | 3321 South Louisville | Tulsa | OK | 74135 | (918) 507-3697 | | dougselectrickok@gmail.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Charles Lockwood | 30789E 1920 Rd | Ringling | OK | 73456 | (580) 512-9550 | | clockwood@bankanb.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Gray Brothers Cattle (Robert & Ronnie Gray) | 348500 E 3700 Rd | Ralston | OK | 74650-5050 | (918) 225-9265 | | cjchap45@gmail.com | | 04/26/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Map Enterprises (Mike Gourley) | P.O. Box 1045 | Mayfield | KY | 42066 | (270) 705-6475 | | mike.gourley@barnmanagementgroup.com | | 04/25/23 | |
| Rick Rodgers | P.O. Box 931 | Mayfield | KY | 42066 | (270) 339-2741 | | rrodgers7075@gmail.com | | 04/25/23 | |
| Mykel Tidwell | 66 Lake Terry Drive | Mayfield | KY | 42066 | (270) 705-1141 | | mykel.tidwell@gmail.com | | 04/25/23 | |
| Terry Burnett | 210 Bethel Church Road | Melber | KY | 42069 | (270) 994-2478 | | | | 04/25/23 | |
| Tindal Truck Sales (John Tindal) | 3484 State Route 45N | Mayfield | KY | 42066 | (270) 804-7996 | (270) 519-8518 | John@tindaltrucksales.com | | 04/25/23 | |
| Jared Lesh | 10801 E Hwy 82 | Whitesboro | TX | 76273 | (405) 269-3467 | | JaredWLesh@aol.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Jan & Gary Lesh | 19700 County Road 200 | Perry | OK | 73077 | (405) 269-8167 | | jlesh5@yahoo.com | | 04/24/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| John Tidwell | 209 Duffers Lane | Mayfield | KY | 42066 | (270) 210-2556 | | john@westwind.dev | | 04/25/23 | |
| Phillip Sullivan | 396 Neeley Rd | Mayfield | KY | 42066 | (270) 356-0780 | | Phis.17690@yahoo.com | | 04/25/23 | No supporting documentation & no transaction date given |
| Joe Burnett | 187 Peachtree Rd | Melber | KY | 42069 | (270) 536-3698 | | | | 04/25/23 | |
| Brent Burnett | 1612 Sanderson Rd | Mayfield | KY | 42066 | (270) 705-3244 | | | | 04/25/23 | |
| Eric DeJarnatt | 1115 CR 1024 | Cunningham | KY | 42035 | (270) 727-1322 | | | | 04/25/23 | No street address given |
| Wildforest Cattle Company LLC | 1206 Paris Rd | Mayfield | KY | 42066 | (270) 705-4992 | | brownrx@att.net | | 04/25/23 | |
| Kinsey Jones | 30308 S. Carlson Rd | Reading | KS | 66868 | (620) 794-3634 | | curtisjonesfarms@gmail.com | | 04/26/23 | |
| Curtis Jones Farms | 1720 W 13th Ave | Emporia | KS | 66801 | (620) 340-7518 | | curtisjonesfarms@gmail.com | | 04/26/23 | |
| Don Jones Trucking, Inc. | 2434 Road Y | Reading | KS | 66868 | (620) 341-3115 | | curtisjonesfarms@gmail.com | | 04/26/23 | |
| Don Jones Farm, Inc. | 2434 Road Y | Reading | KS | 66868 | (620) 341-3115 | | curtisjonesfarms@gmail.com | | 04/26/23 | |
| Dora Blackman | 25335 N. Midwest Blvd | Orlando | OK | 73073 | (580) 222-0006 | | dorablackman@yahoo.com | | 04/26/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Eddie Bryant | 1000 Fox Bend Way | Prosper | TX | 75078 | (480) 861-2866 | | pressyou@aol.com | | 04/27/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Robert & Rachel Stewart | 1968 US Hwy 70 | East Brownsville | TN | 38012 | (210) 828-8900 | (210) 436-1287 | domstead@jrl-law.com | (210) 804-2339 | 04/27/23 | Represented by Denise M. Omstead, Senior Paralegal, at Lane & Countryman, Attorneys at Law |
| Barry Phillips | 325 Pinewood Ln | Ridgeland | MS | 39157 | (731) 267-6712 | | btphillips54@gmail.com | | 04/27/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| Drew Phillips | 71 Calumet Dr | Jackson | TN | 38305 | (203) 837-0260 | | dphillips@tfbf@gmail.com | | 04/27/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| Robert Ellis | 7050 Old Schoolhouse Lane Number Two | Easton | MD | 21601 | | | rellis@ridgefieldcap.com | | 04/27/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | P.O. Box 389 | Ridgefield | CT | 06877 | (203) 837-0260 | | jgiordano@ridgefieldcap.com | | 04/27/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| Thorlakson Diamond T Feeders, L.P. | 2548 CR 15 | Friona | TX | 79035 | (403) 948-5434 | (403) 999-3156 | tom@tfyinc.com | (403) 948-2992 | 04/26/23 | Represented by David LeBas of Naman, Howell, Smith & Lee, PLLC |
| Audy Spell (University of Florida) | P.O. Box 110910 | Gainesville | FL | 32611 | (352) 294-1059 | (251) 656-6972 | aspell@ufl.edu | | 05/02/23 | |
| Susan & Colby VanBuskirk | P.O. Box 778 | Ringling | OK | 73456 | (580) 662-2447 | | janet.v@att.net | | 04/28/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Dustin Johnson | 28081 Hwy 12 | McCool | MS | 39108 | (662) 312-6073 | | djcowhorses@gmail.com | | 04/28/23 | |
| Buss Family Trust (Edwin D. Buss) | 2228 Crooked Oak Dr | Shawnee | OK | 74804 | (405) 590-0718 | | ELBuss@mbo.net | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Jace Harrold | 650 FM 163 | Cleveland | TX | 77327 | (432) 770-3735 | | jace.harrold@gmail.com | | 05/01/23 | |
| Morrison Café, LLC (Jan Lesh) | P.O. Box 180 | Canyon | TX | 79015 | (806) 476-5090 | | reba@ssbtxlaw.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Lesh Family Trust (Jan Lesh) | 19700 County Road 200 | Perry | OK | 73077 | (806) 476-5090 | | reba@ssbtxlaw.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Jordan Lesh, LLC | 10400 N. Perkins Road | Stillwater | OK | 74075 | (806) 476-5090 | | reba@ssbtxlaw.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Joel Brookshire | 907 Reidland Road | Crosby | TX | 77532 | (281) 389-6117 | | Joelbrookshire@hotmail.com | | 05/09/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Gene Brookshire Family, LP (Joel Brookshire) | 907 Reidland Road | Crosby | TX | 77532 | (281) 389-6117 | | Joelbrookshire@hotmail.com | | 05/09/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Bryan Blackman | 4553 Texas Street | Healdton | OK | 73438 | (806) 476-5090 | | reba@ssbtxlaw.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Steve T Scott Farms Inc. | 10150 MS-47 | West Point | MS | 39773 | (334) 701-1993 | | scottlivestock1990@yahoo.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Arnold Braun Trust | 4932 E. SR 70 | Grandview | IN | 47615 | (806) 476-5090 | | reba@ssbtxlaw.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Robert Braun | 12307 E. Co Rd. 1160 N | Evanston | IN | 47531 | (806) 476-5090 | | reba@ssbtxlaw.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Jim Rininger | P.O. Box 180 | Canyon | TX | 79015 | (806) 476-5090 | | reba@ssbtxlaw.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Cole Lockwood | P.O. Box 180 | Canyon | TX | 79015 | (806) 476-5090 | | reba@ssbtxlaw.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Sherle Lockwood | P.O. Box 180 | Canyon | TX | 79015 | (806) 476-5090 | | reba@ssbtxlaw.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Nikki Lockwood | P.O. Box 180 | Canyon | TX | 79015 | (806) 476-5090 | | reba@ssbtxlaw.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Jimmy Greer | 3209 Wrather Road | Murray | KY | 42071 | (270) 293-7970 | (270) 293-6067 | jdgreer62@gmail.com | | 04/29/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| David Johnson | P.O. Box 180 | Canyon | TX | 79015 | (806) 476-5090 | | reba@ssbtxlaw.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| [illegible]d Rainey | 69 CR 640 | Corinth | MS | 38834 | (662) 287-2675 | | raineysod@e1w.com | | 05/02/23 | |
| [illegible]Seven Capital Partners, LLC | 6809 Main Street, #101 | Cincinnati | OH | 45244 | (513) 265-3036 | | rpcarraway@yahoo.com | | 04/27/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| Open A Arena LLC | 19601 FM 1541 | Canyon | TX | 79015 | (806) 440-4255 | | doug@ctpent.com | | 05/02/23 | |
| Carraway Cattle, LLC | 6809 Main Street, #101 | Cincinnati | OH | 45244 | (513) 265-3036 | | rpcarraway@yahoo.com | | 05/02/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| DAC83 LLC | 2200 4th Ave #131 | Canyon | TX | 79015 | (806) 440-4255 | | doug@ctpent.com | | 05/02/23 | |

720

| Name | Address | City | State | Zip | Telephone Number | Cell Number | Email | Fax Number | Date Claim Filed | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|

**USDA** Agricultural Marketing Service, Fair Trade Practices Program
Packers & Stockyards Division

**Trust Claim Analysis**

ECM # 379830
Analysis as of 09/29/23

**PACKER / POULTRY DEALER INFORMATION**

Name: McClain Farms Inc.
Address: 824 Mullins Lane, Benton, KY 42025-4702

**CLAIM ANALYSIS**

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|---|---|---|---|---|---|---|---|
| 2B Farms (Terry "Bo" Robinson) | $2,530,920.39 | $2,530,920.39 | $0.00 | N/A | 04/24/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $2,559,407.02 | $2,559,407.02 | $0.00 | N/A | 04/24/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $2,540,991.45 | $2,540,991.45 | $0.00 | N/A | 04/24/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $434,905.09 | $434,905.09 | $0.00 | N/A | 05/08/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $2,495,962.99 | $2,495,962.99 | $0.00 | N/A | 05/08/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $755,941.75 | $755,941.75 | $0.00 | N/A | 05/08/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $1,042,361.01 | $1,042,361.01 | $0.00 | N/A | 05/08/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $2,142,866.65 | $2,142,866.65 | $0.00 | N/A | 05/08/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $2,486,071.62 | $2,486,071.62 | $0.00 | N/A | 05/08/23 | N/A | |
| Acey Livestock, LLC | $658,104.27 | $0.00 | $658,104.27 | 04/07/23 | 04/19/23 | Y | NSF Check |
| Acey Livestock, LLC | $862,203.48 | $0.00 | $862,203.48 | 04/07/23 | 04/19/23 | Y | NSF Check |
| Acey Livestock, LLC | $100,272.05 | $0.00 | $100,272.05 | 04/12/23 | 05/01/23 | Y | |
| Acey Livestock, LLC | $102,351.77 | $0.00 | $102,351.77 | 04/17/23 | 05/12/23 | Y | |
| Ayers, Jr., Stan E. | $81,371.17 | $81,371.17 | $0.00 | N/A | 05/02/23 | N/A | |
| Ayers, Jr., Stan E. | $211,625.00 | $211,625.00 | $0.00 | N/A | 05/02/23 | N/A | |
| Ayers, Jr., Stan E. | $153,128.13 | $153,128.13 | $0.00 | N/A | 05/02/23 | N/A | |
| Ayers, Jr., Stan E. | $125,586.23 | $125,586.23 | $0.00 | N/A | 05/02/23 | N/A | |
| Ayers, Jr., Stan E. | $186,709.15 | $186,709.15 | $0.00 | N/A | 05/02/23 | N/A | |
| Ayers, Jr., Stan E. | $78,150.60 | $78,150.60 | $0.00 | N/A | 05/02/23 | N/A | |
| Bar D Ranch Land & Cattle | $92,053.76 | $0.00 | $92,053.76 | 03/21/23 | 04/21/23 | Y | NSF Check |
| Barretts Livestock Inc. | $96,862.41 | $0.00 | $96,862.41 | 03/30/23 | 04/21/23 | Y | |
| Bella Elegance LLC (Job White) | $129,083.77 | $129,083.77 | $0.00 | N/A | 07/26/23 | N/A | |
| Bella Elegance LLC (Job White) | $80,037.41 | $80,037.41 | $0.00 | N/A | 07/26/23 | N/A | |
| Bella Elegance LLC (Job White) | $60,513.65 | $60,513.65 | $0.00 | N/A | 07/26/23 | N/A | |
| Big Seven Capital Partners, LLC | $408,671.58 | $408,671.58 | $0.00 | N/A | 04/27/23 | N/A | |
| Big Seven Capital Partners, LLC | $185,731.89 | $185,731.89 | $0.00 | N/A | 04/27/23 | N/A | |
| Blackman, Dora | $53,651.36 | $53,651.36 | $0.00 | N/A | 04/26/23 | N/A | |
| Brookshire, Joel | $146,549.72 | $146,549.72 | $0.00 | N/A | 05/09/23 | N/A | |
| Brookshire, Joel | $164,835.41 | $164,835.41 | $0.00 | N/A | 05/09/23 | N/A | |
| Bryant, Eddie | $282,119.21 | $282,119.21 | $0.00 | N/A | 04/27/23 | N/A | |
| Burnett, Brent | $96,062.49 | $96,062.49 | $0.00 | N/A | 04/25/23 | N/A | |
| Burnett, Brent | $79,278.28 | $79,278.28 | $0.00 | N/A | 04/25/23 | N/A | |
| Burnett, Joe | $206,442.05 | $206,442.05 | $0.00 | N/A | 04/25/23 | N/A | |
| Burnett, Terry | $98,869.70 | $98,869.70 | $0.00 | N/A | 04/25/23 | N/A | |
| Burnett, Terry | $95,620.27 | $95,620.27 | $0.00 | N/A | 04/25/23 | N/A | |
| Buss Family Trust (Edwin D. Buss) | $99,851.68 | $99,851.68 | $0.00 | N/A | 04/25/23 | N/A | |
| Buss Family Trust (Edwin D. Buss) | $196,158.82 | $196,158.82 | $0.00 | N/A | 04/25/23 | N/A | |
| Buss Family Trust (Edwin D. Buss) | $92,869.56 | $92,869.56 | $0.00 | N/A | 04/25/23 | N/A | |
| Buss Family Trust (Edwin D. Buss) | $98,630.99 | $98,630.99 | $0.00 | N/A | 04/25/23 | N/A | |
| Buss, Dennis | $196,206.34 | $196,206.34 | $0.00 | N/A | 04/24/23 | N/A | |
| Buss, Dennis | $204,450.43 | $204,450.43 | $0.00 | N/A | 04/24/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $330,816.47 | $330,816.47 | $0.00 | N/A | 05/11/23 | N/A | |

## CLAIM ANALYSIS

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|---|---|---|---|---|---|---|---|
| C Heart Ranch (Colette Lesh) | $73,077.13 | $73,077.13 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $176,061.38 | $176,061.38 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $196,446.96 | $196,446.96 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $155,000.03 | $155,000.03 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $100,014.37 | $100,014.37 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $345,578.38 | $345,578.38 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $295,530.71 | $295,530.71 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $209,364.22 | $209,364.22 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $169,020.11 | $169,020.11 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $291,018.00 | $291,018.00 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $268,471.75 | $268,471.75 | $0.00 | N/A | 05/11/23 | N/A | |
| Carraway Cattle, LLC | $107,648.02 | $107,648.02 | $0.00 | N/A | 05/02/23 | N/A | |
| Carraway Cattle, LLC | $112,775.67 | $112,775.67 | $0.00 | N/A | 05/02/23 | N/A | |
| Carraway Cattle, LLC | $160,929.43 | $160,929.43 | $0.00 | N/A | 05/02/23 | N/A | |
| Carraway Cattle, LLC | $107,945.36 | $107,945.36 | $0.00 | N/A | 05/02/23 | N/A | |
| Carraway, Richard | $161,225.02 | $161,225.02 | $0.00 | N/A | 05/02/23 | N/A | |
| Carraway, Richard | $161,095.50 | $161,095.50 | $0.00 | N/A | 05/02/23 | N/A | |
| Carraway, Richard Brad | $72,187.57 | $72,187.57 | $0.00 | N/A | 05/21/23 | N/A | |
| Curtis Jones Farms | $690,107.04 | $690,107.04 | $0.00 | N/A | 04/26/23 | N/A | |
| Curtis Jones Farms | $477,345.89 | $477,345.89 | $0.00 | N/A | 04/26/23 | N/A | |
| Curtis Jones Farms | $285,711.34 | $285,711.34 | $0.00 | N/A | 04/26/23 | N/A | |
| Curtis Jones Farms | $353,831.49 | $353,831.49 | $0.00 | N/A | 04/26/23 | N/A | |
| Curtis Jones Farms | $401,537.17 | $401,537.17 | $0.00 | N/A | 04/26/23 | N/A | |
| DAC83 LLC | $187,032.15 | $187,032.15 | $0.00 | N/A | 05/02/23 | N/A | |
| DeJarnatt, Eric | $67,011.56 | $67,011.56 | $0.00 | N/A | 04/25/23 | N/A | |
| Don Jones Farm, Inc. | $1,377,159.85 | $1,377,159.85 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $191,096.90 | $191,096.90 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $286,017.78 | $286,017.78 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $864,694.69 | $864,694.69 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $578,077.93 | $578,077.93 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $505,176.29 | $505,176.29 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $603,466.10 | $603,466.10 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $100,152.50 | $100,152.50 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $908,524.52 | $908,524.52 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $928,896.65 | $928,896.65 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $888,898.71 | $888,898.71 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $441,404.16 | $441,404.16 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Trucking, Inc. | $190,990.47 | $190,990.47 | $0.00 | N/A | 05/04/23 | N/A | |
| Don Jones Trucking, Inc. | $95,341.44 | $95,341.44 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Trucking, Inc. | $385,488.76 | $385,488.76 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Trucking, Inc. | $579,012.47 | $579,012.47 | $0.00 | N/A | 04/26/23 | N/A | |
| Dufurrena Cutting Horses (Ed Dufurrena) | $113,400.00 | $113,400.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Dufurrena Cutting Horses (Ed Dufurrena) | $113,400.00 | $113,400.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Dufurrena Cutting Horses (Ed Dufurrena) | $113,400.00 | $113,400.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Dufurrena Cutting Horses (Ed Dufurrena) | $113,400.00 | $113,400.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Dufurrena Cutting Horses (Ed Dufurrena) | $16,200.00 | $16,200.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Dufurrena, Edward Lewis | $128,458.60 | $128,458.60 | $0.00 | N/A | 05/11/23 | N/A | |
| Dufurrena, Edward Lewis | $115,393.82 | $115,393.82 | $0.00 | N/A | 05/11/23 | N/A | |
| Dufurrena, Edward Lewis | $67,497.66 | $67,497.66 | $0.00 | N/A | 05/11/23 | N/A | |
| Dufurrena, Edward Lewis | $69,010.00 | $69,010.00 | $0.00 | N/A | 05/11/23 | N/A | |

**CLAIM ANALYSIS**

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|---|---|---|---|---|---|---|---|
| Dufurrena, Rieta May | $67,637.26 | $67,637.26 | $0.00 | N/A | 05/11/23 | N/A | |
| Dufurrena, Rieta May | $67,322.81 | $67,322.81 | $0.00 | N/A | 05/11/23 | N/A | |
| Ellis, Robert | $249,776.44 | $249,776.44 | $0.00 | N/A | 04/27/23 | N/A | |
| Evans, Michael | $200,812.14 | $200,812.14 | $0.00 | N/A | 04/27/23 | N/A | |
| Finley, Doug | $129,582.40 | $129,582.40 | $0.00 | N/A | 04/25/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $451,386.24 | $451,386.24 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $442,451.91 | $442,451.91 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $448,556.74 | $448,556.74 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $233,372.46 | $233,372.46 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $216,264.97 | $216,264.97 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $295,428.99 | $295,428.99 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $307,636.49 | $307,636.49 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $295,508.71 | $295,508.71 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $293,767.00 | $293,767.00 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $295,469.55 | $295,469.55 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $319,514.85 | $319,514.85 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $323,166.23 | $323,166.23 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $421,374.45 | $421,374.45 | $0.00 | N/A | 05/02/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $350,002.69 | $350,002.69 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $406,924.08 | $406,924.08 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $374,202.56 | $374,202.56 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $355,800.03 | $355,800.03 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $413,262.03 | $413,262.03 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $456,534.62 | $456,534.62 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $419,673.01 | $419,673.01 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $413,909.55 | $413,909.55 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $217,299.58 | $217,299.58 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $384,208.00 | $384,208.00 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $412,671.25 | $412,671.25 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $448,653.87 | $448,653.87 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $414,347.14 | $414,347.14 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $350,449.96 | $350,449.96 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $316,292.50 | $316,292.50 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $383,618.10 | $383,618.10 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $412,038.90 | $412,038.90 | $0.00 | N/A | 05/09/23 | N/A | |
| Gray Brothers Cattle (Robert & Ronnie Gray) | $86,060.72 | $86,060.72 | $0.00 | N/A | 04/25/23 | N/A | |
| Gray Brothers Cattle (Robert & Ronnie Gray) | $57,556.04 | $57,556.04 | $0.00 | N/A | 04/25/23 | N/A | |
| Gray Brothers Cattle (Robert & Ronnie Gray) | $86,734.23 | $86,734.23 | $0.00 | N/A | 04/25/23 | N/A | |
| Gray Brothers Cattle (Robert & Ronnie Gray) | $113,403.08 | $113,403.08 | $0.00 | N/A | 04/25/23 | N/A | |
| Gray Brothers Cattle (Robert & Ronnie Gray) | $140,191.86 | $140,191.86 | $0.00 | N/A | 04/25/23 | N/A | |
| Gray, Robert | $166,424.35 | $166,424.35 | $0.00 | N/A | 04/25/23 | N/A | |
| Gray, Robert | $93,800.65 | $93,800.65 | $0.00 | N/A | 04/25/23 | N/A | |
| Gray, Ronnie | $222,219.25 | $222,219.25 | $0.00 | N/A | 04/25/23 | N/A | |
| Greer, Jimmy | $211,613.18 | $211,613.18 | $0.00 | N/A | 04/29/23 | N/A | |
| Greer, Jimmy | $143,305.55 | $143,305.55 | $0.00 | N/A | 04/29/23 | N/A | |
| Gungoll Cattle, LLC (Bradley Gungoll) | $146,159.69 | $146,159.69 | $0.00 | N/A | 05/03/23 | N/A | |
| Gungoll Cattle, LLC (Bradley Gungoll) | $175,052.56 | $175,052.56 | $0.00 | N/A | 05/03/23 | N/A | |
| Gungoll Cattle, LLC (Bradley Gungoll) | $77,611.35 | $77,611.35 | $0.00 | N/A | 05/03/23 | N/A | |
| Gungoll Cattle, LLC (Bradley Gungoll) | $96,825.29 | $96,825.29 | $0.00 | N/A | 05/03/23 | N/A | |
| Gungoll, Leah | $150,852.24 | $150,852.24 | $0.00 | N/A | 05/03/23 | N/A | |

**CLAIM ANALYSIS**

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|------|------|------|------|------|------|------|------|
| Harrold, Jace | $230,024.34 | $230,024.34 | $0.00 | N/A | 04/28/23 | N/A | |
| Hines Cattle Company, LLC | $297,963.18 | $297,963.18 | $0.00 | N/A | 04/21/23 | N/A | |
| Hines Farms, LLC | $307,963.19 | $307,963.19 | $0.00 | N/A | 04/21/23 | N/A | |
| Jacques, A.J. Living Trust | $196,498.02 | $196,498.02 | $0.00 | N/A | 05/02/23 | N/A | |
| Jacques, A.J. Living Trust | $196,553.47 | $196,553.47 | $0.00 | N/A | 05/02/23 | N/A | |
| Jesko, Cory | $84,504.22 | $84,504.22 | $0.00 | N/A | 05/23/23 | N/A | |
| Jesko, Dwight | $309,548.16 | $309,548.16 | $0.00 | N/A | 05/23/23 | N/A | |
| JoAnn & Keith Brooks d.b.a. Brooks Farms | $32,855.25 | $0.00 | $32,855.25 | 04/12/23 | 04/20/23 | Y | |
| JoAnn & Keith Brooks d.b.a. Brooks Farms | $141,260.26 | $0.00 | $141,260.26 | 04/05/23 | 04/20/23 | Y | NSF Check |
| Johnson, Dustin | $213,446.78 | $213,446.78 | $0.00 | N/A | 04/28/23 | N/A | |
| Jones, Kinsey | $353,831.49 | $353,831.49 | $0.00 | N/A | 04/26/23 | N/A | |
| Kingdom Trust (James Mccuan) | $303,070.91 | $303,070.91 | $0.00 | N/A | 05/18/23 | N/A | |
| Kingdom Trust (James Mccuan) | $140,947.17 | $140,947.17 | $0.00 | N/A | 05/18/23 | N/A | |
| Lawhon, Janice | $189,965.10 | $189,965.10 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jan & Gary | $239,732.85 | $239,732.85 | $0.00 | N/A | 04/24/23 | N/A | |
| Lesh, Jan & Gary | $84,036.99 | $84,036.99 | $0.00 | N/A | 04/24/23 | N/A | |
| Lesh, Jared | $183,070.33 | $183,070.33 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $185,070.33 | $185,070.33 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $431,337.88 | $431,337.88 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $99,989.45 | $99,989.45 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $444,576.13 | $444,576.13 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $436,205.95 | $436,205.95 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $327,781.13 | $327,781.13 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $416,878.86 | $416,878.86 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $327,652.78 | $327,652.78 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $329,913.92 | $329,913.92 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $331,041.38 | $331,041.38 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $299,907.05 | $299,907.05 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $250,078.88 | $250,078.88 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $600,104.11 | $600,104.11 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $353,034.48 | $353,034.48 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $698,743.96 | $698,743.96 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $670,409.78 | $670,409.78 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $649,993.87 | $649,993.87 | $0.00 | N/A | 04/25/23 | N/A | |
| LFC Cattle | $128,800.00 | $128,800.00 | $0.00 | N/A | 05/08/23 | N/A | |
| Lockwood, Charles | $272,747.73 | $272,747.73 | $0.00 | N/A | 04/25/23 | N/A | |
| Lockwood, Charles | $383,042.17 | $383,042.17 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $424,427.43 | $424,427.43 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $600,899.57 | $600,899.57 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $501,088.45 | $501,088.45 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $515,008.70 | $515,008.70 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $535,670.31 | $535,670.31 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $535,715.08 | $535,715.08 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $537,724.82 | $537,724.82 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $117,805.53 | $117,805.53 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $165,731.10 | $165,731.10 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $357,943.28 | $357,943.28 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $374,770.76 | $374,770.76 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $415,603.55 | $415,603.55 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $416,410.65 | $416,410.65 | $0.00 | N/A | 04/25/23 | N/A | |

## CLAIM ANALYSIS

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|------|-------------|----------------------------|------------------------|---------------|------------------|--------------------------|---------|
| Map Enterprises (Mike Gourley) | $417,859.69 | $417,859.69 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $425,065.19 | $425,065.19 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $425,326.13 | $425,326.13 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $427,301.04 | $427,301.04 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $499,598.88 | $499,598.88 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $500,008.78 | $500,008.78 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $529,778.09 | $529,778.09 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $532,110.78 | $532,110.78 | $0.00 | N/A | 04/25/23 | N/A | |
| Martus, Natalie | $70,480.01 | $70,480.01 | $0.00 | N/A | 05/06/23 | N/A | |
| Martus, Natalie | $83,200.57 | $83,200.57 | $0.00 | N/A | 05/06/23 | N/A | |
| Nix, Jean | $287,773.85 | $287,773.85 | $0.00 | N/A | 04/25/23 | N/A | |
| Open A Arena LLC | $495,785.79 | $495,785.79 | $0.00 | N/A | 05/02/23 | N/A | |
| Open A Arena LLC | $648,768.24 | $648,768.24 | $0.00 | N/A | 05/02/23 | N/A | |
| Perry, Morgan & Codie | $149,821.97 | $149,821.97 | $0.00 | N/A | 05/11/23 | N/A | |
| Phillips, Barry | $416,216.47 | $416,216.47 | $0.00 | N/A | 04/27/23 | N/A | |
| Phillips, Drew | $161,602.56 | $161,602.56 | $0.00 | N/A | 04/27/23 | N/A | |
| Phillips, Drew | $356,175.33 | $356,175.33 | $0.00 | N/A | 04/27/23 | N/A | |
| Priest Cattle Company, Ltd | $275,679.17 | $275,679.17 | $0.00 | N/A | 04/20/23 | N/A | |
| Priest Cattle Company, Ltd | $434,001.60 | $434,001.60 | $0.00 | N/A | 04/20/23 | N/A | |
| Priest Victory Investment LLC | $218,281.35 | $218,281.35 | $0.00 | N/A | 04/20/23 | N/A | |
| Priest Victory Investment LLC | $410,045.17 | $410,045.17 | $0.00 | N/A | 04/20/23 | N/A | |
| Prince, Christopher | $21,670.30 | $21,670.30 | $0.00 | N/A | 05/11/23 | N/A | |
| Rainey, David | $75,510.52 | $75,510.52 | $0.00 | N/A | 05/01/23 | N/A | |
| Rapp Ranch | $69,564.22 | $69,564.22 | $0.00 | N/A | 04/24/23 | N/A | |
| Rapp Ranch | $90,916.32 | $90,916.32 | $0.00 | N/A | 04/24/23 | N/A | |
| Rapp Ranch | $67,920.93 | $67,920.93 | $0.00 | N/A | 04/24/23 | N/A | |
| Rapp Ranch | $72,804.81 | $72,804.81 | $0.00 | N/A | 04/24/23 | N/A | |
| Rapp Ranch | $74,066.79 | $74,066.79 | $0.00 | N/A | 04/24/23 | N/A | |
| Reisz, Mark J. | $139,653.11 | $139,653.11 | $0.00 | N/A | 05/02/23 | N/A | |
| Reisz, Mark J. | $129,430.20 | $129,430.20 | $0.00 | N/A | 05/02/23 | N/A | |
| Reisz, Ralph | $351,791.38 | $351,791.38 | $0.00 | N/A | 04/25/23 | N/A | |
| Reisz, Ralph | $352,459.33 | $352,459.33 | $0.00 | N/A | 04/25/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $141,519.93 | $141,519.93 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $79,368.52 | $79,368.52 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $488,368.80 | $488,368.80 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $386,827.31 | $386,827.31 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $136,022.18 | $136,022.18 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $232,464.03 | $232,464.03 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $75,310.61 | $75,310.61 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $215,575.52 | $215,575.52 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $116,835.37 | $116,835.37 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $310,459.26 | $310,459.26 | $0.00 | N/A | 04/27/23 | N/A | |
| Riley Livestock, Inc. | $431,020.97 | $0.00 | $431,020.97 | 04/04/23 | 04/20/23 | Y | NSF Check |
| Riley Livestock, Inc. | $28,056.55 | $0.00 | $28,056.55 | 04/14/23 | 04/20/23 | Y | |
| Riley Livestock, Inc. | $234,981.76 | $0.00 | $234,981.76 | 04/10/23 | 04/20/23 | Y | |
| Robinson, Angie | $200,729.43 | $200,729.43 | $0.00 | N/A | 05/08/23 | N/A | |
| Rodgers, Rick | $110,596.70 | $110,596.70 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $178,643.59 | $178,643.59 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $77,052.91 | $77,052.91 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $227,453.19 | $227,453.19 | $0.00 | N/A | 04/25/23 | N/A | |

**CLAIM ANALYSIS**

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|---|---|---|---|---|---|---|---|
| Rodgers, Rick | $301,545.84 | $301,545.84 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $350,385.47 | $350,385.47 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $125,834.72 | $125,834.72 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $96,603.79 | $96,603.79 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $131,256.48 | $131,256.48 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $104,030.46 | $104,030.46 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $101,402.50 | $101,402.50 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $11,291.96 | $11,291.96 | $0.00 | N/A | 04/25/23 | N/A | |
| Ryan, Steve | $166,261.92 | $166,261.92 | $0.00 | N/A | 04/24/23 | N/A | |
| Ryan, Steve | $111,789.95 | $111,789.95 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $400,482.14 | $400,482.14 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $351,287.49 | $351,287.49 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $66,494.14 | $66,494.14 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $195,574.12 | $195,574.12 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $349,776.31 | $349,776.31 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $100,398.75 | $100,398.75 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $267,973.20 | $267,973.20 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $330,251.63 | $330,251.63 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $379,924.71 | $379,924.71 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $431,528.46 | $431,528.46 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $327,034.76 | $327,034.76 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $119,329.56 | $119,329.56 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $386,984.25 | $386,984.25 | $0.00 | N/A | 04/25/23 | N/A | |
| Scott Livestock Company | $252,689.84 | $252,689.84 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $89,381.25 | $89,381.25 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $338,371.88 | $338,371.88 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $203,236.00 | $203,236.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $173,677.50 | $173,677.50 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $458,986.00 | $458,986.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $919,770.00 | $919,770.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $576,406.25 | $576,406.25 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $974,208.00 | $974,208.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $640,309.65 | $640,309.65 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $701,220.00 | $701,220.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | ($269,000.00) | ($269,000.00) | $0.00 | N/A | 05/04/23 | N/A | |
| Shaw & Shaw Farms Partnership LLC | $120,911.37 | $0.00 | $120,911.37 | 03/16/23 | 04/21/23 | Y | Recovered 237 head |
| Spell, Audy (University of Florida) | $21,300.30 | $21,300.30 | $0.00 | 01/26/23 | 05/02/23 | N | Untimely |
| Spring, Robert J. | $149,812.73 | $149,812.73 | $0.00 | N/A | 04/25/23 | N/A | |
| Starnes Cattle (Jeff Starnes) | $30,006.43 | $0.00 | $30,006.43 | 03/16/23 | 04/21/23 | Y | NSF Check |
| Stewart, Eddie | $317,266.34 | $317,266.34 | $0.00 | N/A | 04/21/23 | N/A | |
| Stewart, Robert & Rachel | $254,269.84 | $254,269.84 | $0.00 | N/A | 04/27/23 | N/A | |
| Stewart, Scott E. | $77,089.36 | $77,089.36 | $0.00 | N/A | 05/03/23 | N/A | |
| Stuever, Justin | $43,279.47 | $43,279.47 | $0.00 | N/A | 05/11/23 | N/A | |
| Sullivan, Phillip | $190,000.00 | $190,000.00 | $0.00 | N/A | 04/25/23 | N/A | |
| Sutton, Amy & Craig | $259,188.90 | $259,188.90 | $0.00 | N/A | 04/24/23 | N/A | |
| Sutton, Amy & Craig | $259,193.31 | $259,193.31 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $235,152.14 | $235,152.14 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $82,704.29 | $82,704.29 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $87,159.08 | $87,159.08 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $146,199.34 | $146,199.34 | $0.00 | N/A | 05/11/23 | N/A | |

## CLAIM ANALYSIS

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|---|---|---|---|---|---|---|---|
| TGF Ranch LLC (Tom Frith) | $88,220.43 | $88,220.43 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $85,895.87 | $85,895.87 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $136,813.44 | | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $191,157.50 | $191,157.50 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $105,963.96 | $105,963.96 | $0.00 | N/A | 05/11/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $89,436.62 | $89,436.62 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $224,233.27 | $224,233.27 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $390,380.97 | $390,380.97 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $480,854.21 | $480,854.21 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $472,779.90 | $472,779.90 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $473,338.33 | $473,338.33 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $496,051.38 | $496,051.38 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $454,198.00 | $454,198.00 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $391,451.23 | $391,451.23 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $381,173.73 | $381,173.73 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $454,526.66 | $454,526.66 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $295,458.47 | $295,458.47 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $428,888.94 | $428,888.94 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $345,491.96 | $345,491.96 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $373,232.49 | $373,232.49 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $262,335.42 | $262,335.42 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $269,959.87 | $269,959.87 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $386,205.81 | $386,205.81 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $367,918.28 | $367,918.28 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $106,782.61 | $106,782.61 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $254,374.68 | $254,374.68 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $465,411.06 | $465,411.06 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $270,817.44 | $270,817.44 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $210,089.79 | $210,089.79 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $355,169.54 | $355,169.54 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $351,946.63 | $351,946.63 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $517,418.06 | $517,418.06 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $427,142.53 | $427,142.53 | $0.00 | N/A | 04/28/23 | N/A | |
| Tidwell, John | $140,388.63 | $140,388.63 | $0.00 | N/A | 04/25/23 | N/A | |
| Tidwell, John | $102,338.96 | $102,338.96 | $0.00 | N/A | 04/25/23 | N/A | |
| Tidwell, Mykel | $251,475.68 | $251,475.68 | $0.00 | N/A | 04/25/23 | N/A | |
| Tidwell, Mykel | $250,511.36 | $250,511.36 | $0.00 | N/A | 04/25/23 | N/A | |
| Tindal Truck Sales (John Tindal) | $216,148.80 | $216,148.80 | $0.00 | N/A | 04/25/23 | N/A | |
| Tindal Truck Sales (John Tindal) | $431,717.88 | $431,717.88 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Janet | $161,245.26 | $161,245.26 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Janet | $161,827.71 | $161,827.71 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Janet | $161,402.38 | $161,402.38 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $250,870.86 | $250,870.86 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $226,088.97 | $226,088.97 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $374,365.15 | $374,365.15 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $503,930.54 | $503,930.54 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $152,286.29 | $152,286.29 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $192,843.71 | $192,843.71 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $196,503.19 | $196,503.19 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $260,689.07 | $260,689.07 | $0.00 | N/A | 04/25/23 | N/A | |

## CLAIM ANALYSIS

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|---|---|---|---|---|---|---|---|
| VanBuskirk, Lyndal | $283,029.56 | $283,029.56 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $159,822.12 | $159,822.12 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $375,974.23 | $375,974.23 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $217,668.36 | $217,668.36 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $347,513.87 | $347,513.87 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $374,770.76 | $374,770.76 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $504,163.79 | $504,163.79 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $152,757.80 | $152,757.80 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $192,814.51 | $192,814.51 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Susan & Colby | $155,728.65 | $155,728.65 | $0.00 | N/A | 04/28/23 | N/A | |
| VanBuskirk, Susan & Colby | $136,122.61 | $136,122.61 | $0.00 | N/A | 04/28/23 | N/A | |
| VanBuskirk, Susan & Colby | $156,407.82 | $156,407.82 | $0.00 | N/A | 04/28/23 | N/A | |
| VanBuskirk, Susan & Colby | $152,947.13 | $152,947.13 | $0.00 | N/A | 04/28/23 | N/A | |
| Weddington, Cameron | $61,820.25 | $61,820.25 | $0.00 | N/A | 05/17/23 | N/A | |
| Weddington, Nancy | $55,668.94 | $55,668.94 | $0.00 | N/A | 05/23/23 | N/A | |
| Weddington, William | $760,196.00 | $760,196.00 | $0.00 | N/A | 05/23/23 | N/A | |
| Wildforest Cattle Company LLC | $1,249,789.27 | $1,249,789.27 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $178,736.82 | $178,736.82 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $163,827.21 | $163,827.21 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $1,000,477.92 | $1,000,477.92 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $324,185.14 | $324,185.14 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $347,635.90 | $347,635.90 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $324,064.14 | $324,064.14 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $346,544.97 | $346,544.97 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $562,479.39 | $562,479.39 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $593,628.73 | $593,628.73 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $291,490.17 | $291,490.17 | $0.00 | N/A | 04/25/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | $535,864.65 | $535,864.65 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | $101,754.90 | $101,754.90 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | $102,513.55 | $102,513.55 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | $252,768.38 | $252,768.38 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | $254,968.56 | $254,968.56 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | $252,843.08 | $252,843.08 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $160,257.69 | $160,257.69 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $236,386.24 | $236,386.24 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $105,496.78 | $105,496.78 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $218,144.98 | $218,144.98 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $216,139.99 | $216,139.99 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $249,786.29 | $249,786.29 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $144,372.08 | $144,372.08 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $340,234.44 | $340,234.44 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $287,916.41 | $287,916.41 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $217,621.46 | $217,621.46 | $0.00 | N/A | 04/21/23 | N/A | |
| WJ Performance Horse, Inc. | $643,660.37 | $643,660.37 | $0.00 | N/A | 05/19/23 | N/A | |
| **Totals** | $122,295,867.46 | $119,364,927.13 | $2,930,940.33 | | | | |

USDA Agricultural Marketing Service, Fair Trade Practices Program
Packers & Stockyards Division

**Trust Claim Analysis**

ECM #
379830
Analysis as of
09/29/23

**PACKER / POULTRY DEALER INFORMATION**

Name: McClain Farms Inc.
Address: 824 Mullins Lane, Benton, KY 42025-4702

**CLAIM ANALYSIS**

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|---|---|---|---|---|---|---|---|
| Acey Livestock, LLC | $658,104.27 | $0.00 | $658,104.27 | 04/07/23 | 04/19/23 | Y | NSF Check |
| Acey Livestock, LLC | $862,203.48 | $0.00 | $862,203.48 | 04/07/23 | 04/19/23 | Y | NSF Check |
| Acey Livestock, LLC | $100,272.05 | $0.00 | $100,272.05 | 04/12/23 | 05/01/23 | Y | |
| Acey Livestock, LLC | $102,351.77 | $0.00 | $102,351.77 | 04/17/23 | 05/12/23 | Y | |
| Bar D Ranch Land & Cattle | $92,053.76 | $0.00 | $92,053.76 | 03/21/23 | 04/21/23 | Y | NSF Check |
| Barrett's Livestock Inc. | $96,862.41 | $0.00 | $96,862.41 | 03/30/23 | 04/21/23 | Y | |
| JoAnn & Keith Brooks d.b.a. Brooks Farms | $32,855.25 | $0.00 | $32,855.25 | 04/12/23 | 04/20/23 | Y | |
| JoAnn & Keith Brooks d.b.a. Brooks Farms | $141,260.26 | $0.00 | $141,260.26 | 04/05/23 | 04/20/23 | Y | NSF Check |
| Riley Livestock, Inc. | $431,020.97 | $0.00 | $431,020.97 | 04/04/23 | 04/20/23 | Y | NSF Check |
| Riley Livestock, Inc. | $28,056.55 | $0.00 | $28,056.55 | 04/14/23 | 04/20/23 | Y | |
| Riley Livestock, Inc. | $234,981.76 | $0.00 | $234,981.76 | 04/10/23 | 04/20/23 | Y | |
| Shaw & Shaw Farms Partnership LLC | $120,911.37 | $0.00 | $120,911.37 | 03/16/23 | 04/21/23 | Y | NSF Check |
| Starnes Cattle (Jeff Starnes) | $30,006.43 | $0.00 | $30,006.43 | 03/16/23 | 04/21/23 | Y | NSF Check |
| **Totals** | **$2,930,940.33** | **$0.00** | **$2,930,940.33** | | | | |

**Agricultural Marketing Service, Fair Trade Practices Program**
**Packers & Stockyards Division**

## Trust Asset Analysis

**ECM #** 379830
**Analysis as of** 09/29/23

### PACKER / POULTRY DEALER INFORMATION
**Name** McClain Farms Inc.
**Address** 824 Mullins Lane, Benton, KY  42025-4702

### TRUST ASSETS IDENTIFIED
| | |
|---|---|
| Cash | $2,645,850.14 |
| Inventory | $0.00 |
| Accounts Receivable | $0.00 |
| Total Trust Assets | $2,645,850.14 |

### CLAIM INFORMATION
| | |
|---|---|
| Apparently Valid Claims | $2,930,940.33 |
| Pro Rata Distribution | 90.27% |

| Date | Entity | Head | Total | |
|---|---|---|---|---|
| 4/25/2023 | Lonestar Stockyards LLC | 799 | $ 835,560.05 | Proceeds from sale of livestock that were in inventory |
| 4/27/2023 | Blue Grass Stockyards, LLC | 1638 | $ 1,638,772.29 | Proceeds from sale of livestock that were in inventory |
| 5/4/2023 | Cattle Proceeds Identified by trustee | | $ 91,507.10 | Proceeds from sale of livestock at McClain Farms |
| 7/11/2023 | Chase Bank | | $ 80,010.70 | Cash |
| | | | $ 2,645,850.14 | |