MULLIN HOARD & BROWN, L.L.P.
Steven L. Hoard, SBN: 09736600
P.O. Box 31656
Amarillo, Texas 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086
shoard@mhba.com
*Counsel for Hines Farms, LLC and Hines Cattle Company, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>Debtors.[1] | Chapter 7<br><br>CASE NO. 23-20084-rlj<br><br>Jointly Administered |
| RABO AGRIFINANCE LLC,<br><br>*Plaintiff,*<br>v.<br><br>ACEY LIVESTOCK, LLC, et al.<br><br>*Defendants*. | **ADV. PROC. NO. 23-02005-rlj**<br><br>**Honorable Robert L. Jones** |

## DEFENDANTS HINES FARMS, LLC AND HINES CATTLE COMPANY, LLC'S RESPONSE TO PLAINTIFF RABO AGRIFINANCE LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

TO THE HONORABLE ROBERT L. JONES, U.S. Bankruptcy Judge:

Defendants Hines Farms, LLC and Hines Cattle Company, LLC (collectively, the "Defendants") hereby file their Response to the Motion for Partial Summary Judgment filed by Plaintiff, Rabo Agrifinance LLC ("RAF"), and state:

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

1. Plaintiff RAF filed its Motion for Partial Summary Judgment ("Motion") seeking a declaration that certain claims made by various creditors under the Dealer Trust statute, 7 U.S.C. § 217b, are invalid. *See* ECF 191.

2. RAF's Motion fails as a matter of law. As explained in the accompanying Brief in Support of Defendants' Response to RAF's Motion for Summary Judgment, RAF lacks Article III standing to seek its requested declaration.

3. Pursuant to Northern District of Texas Local Bankruptcy Rule 7056-1(d)(2), each of the matters required by Rule 7056-1(d)(1) will be set forth in Defendants' accompanying brief.

### PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Defendants Hines Farms, LLC and Hines Cattle Company, LLC respectfully pray that the Court deny Plaintiff's Motion for Partial Summary Judgment.

DATED October 17, 2024.

        Respectfully Submitted,

        MULLIN HOARD & BROWN, L.L.P.
        P.O. Box 31656
        Amarillo, Texas 79120-1656
        Telephone: (806) 372-5050
        Facsimile: (806) 372-5086
        Email: shoard@mhba.com

        */s/ Steven L. Hoard*
        Steven L. Hoard, SBN: 09736600
        **Counsel for Hines Farms, LLC and Hines Cattle Company, LLC**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Answer was served on all parties who have entered an appearance in this adversary proceeding via ECF on October 17, 2024.

/s/*Steven L. Hoard*
Steven L. Hoard