John Massouh, SBN 24026866
John.massouh@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas  79105-5008
(806) 468-3300; (806) 373-3454 FAX

*ATTORNEYS FOR DENNIS BUSS, et al*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>Debtors.[1] | Chapter 7<br><br>CASE NO. 23-20084-rlj<br><br>Jointly Administered |
| RABO AGRIFINANCE LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>ACEY LIVESTOCK, LLC, *et al.*,<br><br>*Defendants*. | ADV. PROC. NO.  23-02005-rlj<br><br>Honorable Robert L. Jones |

### **STIPULATION**

Come now Rabo AgriFinance, LLC and Defendants listed on Exhibit "1" (collectively, the "Defendants"), by and through their undersigned counsel, file this Stipulation and state as follows:

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

Rabo and Defendants hereby stipulate that Defendants' Response to Rabo's Motion for Partial Summary Judgment [Doc. 190] shall be due on or before October 28, 2024.

        Respectfully submitted,

        John Massouh, SBN 24026866
        John.massouh@sprouselaw.com
        SPROUSE SHRADER SMITH PLLC
        701 S. Taylor, Suite 500
        P.O. Box 15008
        Amarillo, Texas  79105-5008
        (806) 468-3300; (806) 373-3454 FAX

        */s/ John Massouh*
        John Massouh

        and

        Abel A. Leal, SBN 24026989
        Of Counsel
        abel@ssbtxlaw.com
        SIMMONS SMITH BROWN, PLLC
        8144 Walnut Hill Lane
        Suite 1080
        Dallas, Texas 75231
        Tel. 214-395-5325

        *Attorneys For Defendants Listed on Exhibit "1"*

AGREED:

*/s/ Michael R. Johnson*
Michael R. Johnson
Counsel for Rabo AgriFinance, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2024, the foregoing document was served on all parties entitled to service via the Court's CM/ECF system.

                                */s/ John Massouh*
                                John Massouh