| First Name | Last Name | Entity Name | City | State | Zip |
|---|---|---|---|---|---|
| Dennis | Buss | | Tonkawa | OK | 74653 |
| Ed | Busss | Buss Family Trust | Shawnee | OK | 74084 |
| Eddie | Bryant | | Prosper | TX | 75078 |
| Robert E. | Gray | | Ralston | OK | 74650 |
| Ronnie | Gray | | Ralston | OK | 74650 |
| Robert E. & Ronnie | Gray | Gray Brothers | Ralston | OK | 74650 |
| Craig & Amy | Sutton | | Allen | TX | 75002 |
| Steve | Ryan | | Yukon | OK | 73099 |
| Janice E. | Lawhon | | Blackwell | OK | 74631-4309 |
| AJ | Jacques | AJ Jacques Living Trust | Stillwater | OK | 74074 |
| Bradley | Gungoll | Gungoll Cattle Co., LLC | Stillwater | OK | 74074 |
| Leah | Gungoll | c/o Bradley Gungoll | Stillwater | OK | 74074 |
| Jan | Lesh | Morrison Café, LLC | Perry | OK | 73077 |
| Jan | Lesh | Lesh Family Trust | Perry | OK | 73077 |
| Jan & Gary | Lesh | | Perry | OK | 73077 |
| Jordan | Lesh | Jordan Lesh, LLC | Perry | OK | 73077 |
| Jared | Lesh | | Whitesboro | TX | 76273 |
| Joel | Brookshire | | Crosby | TX | 77532 |
| Joel | Brookshire | Gene Brookshire Family, LP | Lufkin | TX | 75901 |
| Bryan | Blackman | | Healdton | OK | 73438 |
| Douglass | Finley | | Tulsa | OK | 74135 |
| Colton | Long | Scarlet and Black Cattle, LLC | Amarillo | TX | 79119 |
| Steve | Scott | Steve T Scott Farm Inc. | West Point | MS | 39773 |
| Steve | Scott | Scott Livestock Company Inc. | West Point | MS | 39773 |
| Dr. Arnold | Braun | Arnold Braun Trust | Grandview | IN | 47615 |
| Robert | Braun | | Evanston | IN | 47531 |
| Jim | Rininger | | Rockport | IN | 47635 |
| Robert | Spring | | Edmond | OK | 73083 |
| Michael & Miranda | Evans | | Clinton | KY | 42031 |
| Charles | Lockwood | | Ringling | OK | 73456 |
| Cole | Lockwood | | Ringling | OK | 73456 |
| Sherle | Lockwood | | Ringling | OK | 73456 |
| Nikki | Lockwood | | Ringling | OK | 73456 |
| Lyndal | Van Buskirk | | Ringling | OK | 73456 |
| Janet | Van Buskirk | | Ringling | OK | 73456 |
| Colby & Susan | Van Buskirk | | Ringling | OK | 73456 |
| Jimmy | Greer | | Murray | KY | 42071 |
| Dustin | Johnson | | Mccool | MS | 39108 |
| Dora | Blackman | | Orlando | OK | 73073 |

Exhibit

1