Timothy T. Pridmore; SBN: 00788224
Todd J. Johnston; SBN: 24050837
MCWHORTER, COBB & JOHNSON, LLP
1722 Broadway (79401)
P. O. Box 2547
Lubbock, Texas 79408
806/762-0214; 806/762-8014 (fax)
*Attorneys for Defendant Angela Robinson*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| RE:<br><br>McCLAIN FEED YEARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>    *Debtors.*[1] | Chapter 7<br><br>CASE NO. 23-20084-rlj<br><br>Jointly Administered |
| RABO AGRIFINANCE LLC,<br><br>    *Plaintiff,*<br><br>v. | **ADV. PROC. NO. 23-02005-rlj**<br><br>**Honorable Robert L. Jones** |
| ACEY LIVESTOCK, LLC, *et al.*<br><br>    *Defendants.* | |

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

{00792258.DOCX - ver}

## STIPULATION

Come now Rabo AgriFinance, LLC and Defendant Angela Robinson ("Defendant), by and through their undersigned counsel, and file this Stipulation and state as follows:

Rabo and Defendant hereby stipulate that Defendant's Response to Rabo's Motion for Partial Summary Judgment [Doc. 190] shall be due on or before October 28, 2024.

Respectfully submitted

**MCWHORTER, COBB & JOHNSON, L.L.P.**
1722 Broadway
P.O. Box 2547
Lubbock, Texas 79408
(806) 762-0214 - Telephone
(806) 762-8014 – Facsimile

Timothy T. Pridmore
SBN:  00788224
*tpridmore@mcjllp.com*
Todd J. Johnston
SBN:  24050837
*tjohnston@mcjllp.com*

By: /s/ Todd J. Johnston
     Todd J. Johnston

***ATTORNEYS FOR DEFENDANT
ANGELA ROBINSON***

**AGREED**:

/s/ Michael R. Johnson
Michael R. Johnson
Counsel for Rabo AgriFinance, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2024, the foregoing document was served on all parties entitled to service via the Court's CM/ECF system.

/s/ Todd J. Johnston
   Todd J. Johnston

{00792258.DOCX - ver}