David L. LeBas, SBN 12098600
dlebas@namanhowell.com
NAMAN HOWELL SMITH & LEE PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
Ph. (512) 479-0300
Fax (512) 474-1901

*ATTORNEYS FOR AGTEXAS FARM CREDIT SERVICES*
*AGTEXAS, PCA AND*
*THORLAKSON DIAMOND T FEEDERS, LP*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>　　Debtors. | Case No. 23-20084-rlj<br>Chapter No. 7<br><br>Jointly Administered |
| RABO AGRIFINANCE LLC,<br><br>　　*Plaintiff*,<br><br>v.<br><br>ACEY LIVESTOCK, LLC et al.,<br><br>　　*Defendants*. | **Adv. Proc. No. 23-02005-rlj**<br><br>**Honorable Robert L. Jones** |

## APPENDIX TO THORLAKSON DIAMOND T FEEDERS, LLC'S RESPONSE TO RABO AGRIFINANCE LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to the local rules of the Court for confidential records, exhibits are being produced to the Court in physical form via FedEx delivery. All counsel of record will be served with a digital copy via email.

| **Exhibit No.** | **Description** | **Page No.** |
|:---:|:---|:---:|
| A | Facility Sheet (RABO-MCCLAIN 004869-004876) | 1 |
| B | Email transmitting CAFO Permit with attached permit (RABO-MCCLAIN 022534-022536) | 10 |
| C | Appraisal Report of the McClain Feedyard, dated November 3, 2017 (MCCLAIN-RABO 028851-028862) | 14 |
| D | Credit Report (MCCLAIN-RABO 004713-004716) | 27 |
| E | Rabo AgriFinance Borrowing Base Certificate, dated April 30, 2018 (RAF/AT Subpoena Response 001456-001471) | 32 |
| F | Rabo AgriFinance Borrowing Base Certificate, dated July 31, 2018 (RAF/AT Subpoena Response 001124-001132) | 49 |
| G | Rabo AgriFinance Borrowing Base Certificate, dated October 31, 2018 (RAF/AT Subpoena Response 001142-001151) | 59 |
| H | Rabo AgriFinance Borrowing Base Certificate, dated January 31, 2019 (RAF/AT Subpoena Response 001066-001075) | 70 |
| I | Rabo AgriFinance Borrowing Base Certificate, dated April 30, 2019 (RAF/AT Subpoena Response 001291-001300) | 81 |
| J | Rabo AgriFinance Borrowing Base Certificate, dated July 31, 2019 (RAF/AT Subpoena Response 001343-001362) | 92 |
| K | Rabo AgriFinance Borrowing Base Certificate, dated October 31, 2019 (RAF/AT Subpoena Response 001410-001428) | 113 |
| L | Rabo AgriFinance Borrowing Base Certificate, dated January 31, 2020 (RAF/AT Subpoena Response 001206-001229) | 133 |
| M | Rabo AgriFinance Borrowing Base Certificate, dated April 30, 2020 (RAF/AT Subpoena Response 000962-000980) | 158 |
| N | Rabo AgriFinance Borrowing Base Certificate, dated July 31, 2020 (RAF/AT Subpoena Response 0001363-001387) | 178 |
| O | Rabo AgriFinance Borrowing Base Certificate, dated December 31, 2022 (Produced by Glen Karlberg, no bates number) | 204 |
| P | Emails between Rabo employees re Bi-Annual vs. Biennial inspection of McClain Feedyard, dated August 19, 2021 (RABO-MCCLAIN 013052-013054) | 206 |
| Q | Rabo AgriFinance Feedlot Collateral Inspection Report, dated September 9, 2021 (RAF/AT Subpoena Response 001571-001579) | 210 |
| R | Rabo AgriFinance Feedlot Collateral Inspection Report, dated May 11, 2022 (RAF/AT Subpoena Response 001560-001570) | 220 |
| S | Rabo AgriFinance Feedlot Collateral Inspection Report, dated March 10, 2023 (RAF/AT Subpoena Response 001580-001589) | 232 |
| T | Intercreditor Agreement between Rabo and AgTexas, dated January 27, 2021 (THORLAKSON_002030-002036) | 243 |

Respectfully submitted,

NAMAN HOWELL SMITH & LEE, PLLC
8310 N. Capital of Texas Hwy., Suite 490
Austin, Texas 78731
(512) 479-0300
(512) 474-1901 (FAX)
Email:  dlebas@namanhowell.com


BY:   */s/ David L. LeBas*
       David L. LeBas
       State Bar No. 12098600

**ATTORNEYS FOR THORLAKSON DIAMOND T FEEDERS, LP, AGTEXAS FARM CREDIT SERVICES AND AGTEXAS PCA**


**Certificate of Service**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served through the Bankruptcy Court's Electronic Case Filing System upon counsel of record who have consented to such service on October 18, 2024, as follows:

- **Michael Johnson**            mjohnson@rqn.com
- **Joseph H. Mattingly**        joe@mattinglylawoffices.com
- **Thomas C. Riney**            tom.riney@uwlaw.com
- **Dawn Whalen Theiss**         dawn.theiss@usdoj.gov
- **Todd Jeffrey Johnston**      tjohnston@mcjllp.com
- **Abel Angel Leal**            abel@ssbtxlaw.com, abel@leal.law
- **John F. Massouh**            john.massouh@sprouselaw.com
- **Kent David Ries**            kent@kentries.com
- **William Heath Hendricks**    heath.hendricks@uwlaw.com
- **Steven L. Hoard**            shoard@mhba.com
- **Hudson M. Jobe**             hjobe@jobelawpllc.com

              */s/ David L. LeBas*
              David L. LeBas