John Massouh, SBN 24026866
John.massouh@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas  79105-5008
(806) 468-3300; (806) 373-3454 FAX

-and-

The Leal Law Firm, LLC
Abel Leal
State Bar No. 24026989
abel@leal.law
14180 N. Dallas Parkway, Suite 300
Dallas, Texas 75254
Tel. (214) 395-5325; Fax (806) 364-2526

*ATTORNEYS FOR CATTLE OWNER DEFENDANTS*

**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT
OF TEXAS AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>    Debtors. | Case No. 23-20084-rlj<br>Chapter No. 7<br><br>Jointly Administered |
| RABO AGRIFINANCE LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>ACEY LIVESTOCK, LLC et al.,<br><br>    *Defendants.* | Adv. Proc. No. 23-02005-rlj<br><br>Honorable Robert L. Jones |

**APPENDIX TO CATTLE OWNER DEFENDANTS' RESPONSE TO RABO
AGRIFINANCE LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

1

Pursuant to the local rules of the Court for confidential records, exhibits are being produced to the Court in physical form via FedEx delivery. All counsel of record will be served with a digital copy via email.

The Cattle Owner Defendants hereby incorporate all of the exhibits contained and referenced in Thorlakson Diamond T Feeders, LLC's Response to Rabo AgriFinance LLC's Motion for Partial Summary Judgment [ECF 202].

| Exhibit No. | Description | Page No. |
|---|---|---|
| A | McClain Feedyard Proof of Claims 26-1, 28, 29, 30, 31, 32, 33, 34, 37, 38, 39, 41, 42, 43, 44, 46, 48, 49, 50, 51, 54, 55, 57, 58, 59, 62, 66, 68, 71, 83, 84, 86, 87 | Judicial Notice |
| B | McClain Farms Proof of Claims 26, 28, 29, 30, 31, 33, 34, 35, 38, 39, 40, 42, 43, 44, 45, 47, 49, 50, 51, 52, 55, 56, 58, 59, 61, 62, 66, 69, 74, 78, 88, 89, 90 | Judicial Notice |
| C | 7M Feeders Proof of Claims 21, 23, 24, 25, 26, 27, 28, 29, 32, 33, 34, 36, 37, 38, 39, 40, 43, 44, 45, 46, 49, 50, 51, 53, 55, 56, 59, 61, 65, 68, 72, 73, 74 | Judicial Notice |
| D | Emails Between Rabo Employees Re: Renewal Meeting dated June 9-21, 2021 (Rabo-McClain 019142-019144) | 01-03 |
| E | Emails Between Rabo Employees Re: Intercreditor Agreement-AgTexas-Thorlakson Diamond T Feeders LP dated January 25, 2021 (Rabo-McClain 023329) | 04 |
| F | Emails Between Rabo Employees Re: OD-McClain Feed Yard Inc. December 18, 2019 (Rabo-McClain 014333-014335) | 05-07 |

2

Respectfully submitted,

John Massouh, SBN 24026866
John.massouh@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas  79105-5008
(806) 468-3300; (806) 373-3454 FAX

*/s/ John Massouh*
John Massouh

and

The Leal Law Firm, LLC
Abel Leal
State Bar No. 24026989
abel@leal.law
14180 N. Dallas Parkway
Suite 300
Dallas, Texas 75254
Tel. (214) 395-5325
Fax. (806) 364-2526

*Attorneys For Cattle Owner Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served through the Bankruptcy Court's Electronic Case Filing System upon counsel of record who have consented to such service on October 28, 2024, as follows:

- **Michael Johnson**          mjohnson@rqn.com
- **Joseph H. Mattingly**      joe@mattinglylawoffices.com
- **Thomas C. Riney**          tom.riney@uwlaw.com
- **Dawn Whalen Theiss**       dawn.theiss@usdoj.gov
- **Todd Jeffrey Johnston**    tjohnston@mcjllp.com
- **David LeBas**              dlebas@namanhowell.com
- **Kent David Ries**          kent@kentries.com
- **William Heath Hendricks**  heath.hendricks@uwlaw.com
- **Steven L. Hoard**          shoard@mhba.com
- **Hudson M. Jobe**           hjobe@jobelawpllc.com

                          */s/ John Massouh*
                          John Massouh