Van W. Northern
NORTHERN LEGAL, P.C.
3545 S. Georgia Street
Amarillo, Texas  79109
Telephone:  (806) 374-2266
Facsimile:  (806) 374-9535
*northernlegalpc@gmail.com*

and

Joseph H. Mattingly III (Admitted *Pro Hac Vice*)
JOSEPH H. MATTINGLY III, PLLC
P.O. Box 678 – 104 West Main Street
Lebanon, Kentucky  40033
Telephone:  (270) 692-1718
Facsimile:  (270) 692-1249
Email:  *joe@mattinglylawoffices.com*

*Attorneys for Defendants, Acey Livestock, LLC; Michael Acey;
Barrett's Livestock, Inc.; and and Don Ralph Barrett*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| **IN RE:** | |
| **McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., and 7M CATTLE FEEDERS, INC.,** | Chapter 7  CASE NO.:  23-20084-rlj  Jointly Administered |
| Debtors. | |
| **RABO AGRIFINANCE LLC,** | **ADV. PROC. NO:  23-02005-rlj** |
| Plaintiff, | **Honorable Robert L. Jones** |
| vs. | |
| **ACEY LIVESTOCK, LLC,** *et al.*, | |
| Defendants | |

1

## NOTICE OF DOCKET CALL HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT BY DEFENDANTS, ACEY LIVESTOCK, LLC; MICHAEL ACEY; BARRETT'S LIVESTOCK, INC.; AND DON RALPH BARRETT, ON FIRST PHASE ISSUES [DOCKET #215]

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:

**PLEASE BE NOTIFIED** that a hearing is set for a VIDEO DOCKET CALL on **Wednesday, February 19, 2025, at 1:30 C.T.**, via WebEx to consider the following matter:

- The Motion of the Defendants, Acey Livestock, LLC, and Michael Acey; and Barrett's Livestock, Inc., and Don Ralph Barrett for Partial Summary Judgment as to the "First Phase Issues" described in this Court's Alternative Scheduling Order entered July 3, 2024 [Docket # 215].

Objections/responses to the Motion must be filed by no later than **January 8, 2025**.

DATED this 18th day of December, 2024.

Respectfully Submitted,

 /s/ *Joseph H. Mattingly III*
**JOSEPH H. MATTINGLY III**
Attorney at Law
104 W. Main Street - P.O. Box 678
Lebanon, Kentucky 40033
(270) 692 – 1718
*joe@mattinglylawoffices.com*
(Admitted *Pro Hac Vice*)

and

Van W. Northern
NORTHERN LEGAL, P.C.
3545 S. Georgia Street
Amarillo, Texas  79109
Telephone:  (806) 374-2266
Facsimile:  (806) 374-9535
*northernlegalpc@gmail.com*

2

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was electronically filed by the Clerk of the Court on this 18th day of December, 2024, by using the CM/ECF system which will serve a notice of electronic filing upon all interested parties registered. A copy thereof has also been served by electronic mail to the following:

| | |
|---|---|
| UNDERWOOD LAW FIRM, P.C. | Michael R. Johnson |
| Thomas C. Riney | Matthew M. Cannon |
| W. Heath Hendricks | RAY QUINNEY & NEBEKER P.C. |
| 500 South Taylor, Suite 1200, LB 233 | 36 South State Street, Suite 1400 |
| Amarillo, Texas 79101 | Salt Lake City, Utah 84111 |
| tom.riney@uwlaw.com | mjohnson@rqn.com |
| heath.hendricks@uwlaw.com | mcannon@rqn.com |

      By:   /s/ *Joseph H. Mattingly III*
           JOSEPH H. MATTINGLY