UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 24055651
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

Michael R. Johnson (*Pro Hac Vice*)
Matthew M. Cannon (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email:  mjohnson@rqn.com
Email: mcannon@rqn.com

*Attorneys for Plaintiff Rabo AgriFinance LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS, AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., and 7M CATTLE FEEDERS, INC.,<br><br>    Debtors. | Chapter 7<br><br>CASE NO. 23-20084-rlj<br><br>Jointly Administered |
| RABO AGRIFINANCE LLC,<br><br>    *Plaintiff,*<br>v.<br><br>ACEY LIVESTOCK, LLC et al.,<br><br>    *Defendants*. | **ADV. PROC. NO. 23-02005-rlj**<br><br>**Honorable Robert L. Jones** |

1

## APPENDIX TO
## RABO'S BRIEF IN RESPONSE TO ACEY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON FIRST PHASE ISSUES

DATED this 22nd day of January 2025.

        UNDERWOOD LAW FIRM, P.C.
        Thomas C. Riney, SBN: 16935100
        W. Heath Hendricks, SBN: 24055651
        500 South Taylor, Suite 1200, LB 233
        Amarillo, Texas 79101
        Telephone: (806) 376-5613
        Facsimile: (806) 379-0316
        Email: tom.riney@uwlaw.com
        Email: heath.hendricks@uwlaw.com

        Michael R. Johnson (*Pro Hac Vice*)
        Matthew M. Cannon (*Pro Hac Vice*)
        RAY QUINNEY & NEBEKER P.C.
        36 South State Street, Suite 1400
        Salt Lake City, Utah 84111
        Telephone: (801) 532-1500
        Facsimile: (801) 532-7543
        Email: mjohnson@rqn.com
        Email:  mcannon@rqn.com


        */s/ Matthew M. Cannon*
        Michael R. Johnson
        Matthew M. Cannon

        *Attorneys for Rabo AgriFinance LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2025, I electronically filed this **APPENDIX TO RABO'S BRIEF IN RESPONSE TO ACEY'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON FIRST PHASE ISSUES** with the United States Bankruptcy Court for the Northern District of Texas via the Court's CM/ECF system, which sent notice to all registered ECF counsel of record users in this case.

*/s/ Liz Beidoun*