

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 7, 2025**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., | § | Case No.: 23-20084-rlj7 |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |
| _____ | § | |
| | § | |
| Rabo AgriFinance LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 23-02005 |
| | § | |
| Acey Livestock, LLC, Michael Acey, | § | |
| Arnold Braun Trust, Arnold Braun, Robert | § | |
| Braun, Bar D Ranch Land & Cattle LLC, | § | |
| N. Terry Dicks, Barrett's Livestock Inc., | § | |
| Don Ralph Barrett, Dora Blackman, Bryan | § | |
| Blackman, Eddie Bryant, Joe Burnett, | § | |
| Buss Family Trust, Edwin D. Buss, | § | |
| Dennis Buss, Colette Lesh, Curtis Jones | § | |
| Farms, DAC83 LLC, Don Jones Farm, | § | |
| Inc., Don Jones Trucking, Inc., Dufurrena | § | |
| Cutting Horses, Edward Lewis Dufurrena, | § | |
| Rieta May Dufurrena, Michael Evans, | § | |
| Douglas Finley, Gene Brookshire Family, | § | |

---

[1] The Debtors in these jointly administered cases are McClain Feed Yard, Inc. (Case No. 23-20084-rlj7), McClain Farms, Inc. (Case No. 23-20085-rlj7), and 7M Cattle Feeders, Inc. (Case No. 23-20086-rlj7).

1

| | |
|---|---|
| LP, Joel Brookshire, Gray Brothers Cattle, Robert Gray, Ronnie Gray, Jimmy Greer, Gungoll Cattle, LLC, Bradley Gungoll, Leah Gungoll, Hines Cattle Company, LLC, Hines Farms, LLC, A.J. Jacques Living Trust, Cory Jesko, Dwight Jesko, Dustin Johnson, David Johnson, Kinsey Jones, Janice Lawhon, Jan Lesh, Morrison Cafe, LLC, Lesh Family Trust, Gary Lesh, Jared Lesh, Jordan Lesh, LLC, Charles Lockwood, Cole Lockwood, Sherle Lockwood, Nikki Lockwood, Natalie Martus, Open A Arena LLC, Sonny Barthold, Rapp Ranch, Jim Giordano, Riley Livestock, Inc., Angie Robinson, Rick Rodgers, Steve Ryan, Jim Rininger, Scarlet & Black Cattle, LLC, Colton Long, Scott Livestock Company, Shaw & Shaw Farms Partnership LLC, The University of Florida, Robert J. Spring, Steve T Scott Farms, Inc., Amy Sutton, Craig Sutton, Thorlakson Diamond T Feeders, LP, John Tidwell, Mykel Tidwell, John Tindal, Janet VanBuskirk, Lyndal VanBuskirk, Susan VanBuskirk, Colby VanBuskirk, Cameron Weddington, and Kent Ries as Chapter 7 Trustee, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |
| Defendants. | § § |

# ORDER

Rabo AgriFinance LLC, by its motion, is asking that the Court grant partial summary judgment in the form of declaratory relief that the defendants here—the claimants both against the debtors and to the so-called Dealer Trust Funds—do not have valid claims to the approximately $2.6 million in funds held by the chapter 7 trustee, Kent Ries, in the consolidated debtor cases.[2]

---

[2] The "Dealer Trust Funds" are the proceeds of livestock sales that the USDA determined were subject of the Dealer Trust Statute, 7 U.S.C. § 217b.

2

It is not disputed that the USDA[3] issued its report concluding that $122 million in claims (from more than 100 claimants) were made to the USDA under the Dealer Trust Statute, 7 U.S.C. § 217b; that seven claims in the total amount of about $2.9 million are valid claims; that just over $2.6 million in proceeds are from qualifying cattle sales and thus are "trust assets" under the Dealer Trust Statute; and, pertinent to its summary judgment motion, $119 million of submitted claims are "invalid" claims under the statute. Rabo is specifically asking the Court to grant it summary judgment in the form of declaratory relief confirming the invalid claims are indeed improper claims under the Dealer Trust Statute and thereby resolve the question of their validity as an issue in Rabo's action here.

The Court, principally on the point made by the Jones Defendants,[4] denies summary judgment. Rabo's First Amended Complaint recites that "an actual and live controversy" exists between Rabo, the Dealer Trust Claimants, and the Trustee "as to the proper recipient of the [bankruptcy estate funds], the existence of any liens or encumbrances against the [funds], and the applicability of the Dealer Trust Statute." ECF No. 3 ¶ 175.[5]

The Jones Defendants argue summary judgment is improper because the summary judgment evidence reveals no "concrete or particularized injury" to Rabo and thus Rabo lacks standing to seek relief on the issues subject of the summary judgment. The Court agrees. The summary judgment evidence includes the findings of the USDA. The findings, as summarized above, clearly provide that there are $2.6 million in trust funds against which there are $2.9 million in valid claims. (The chapter 7 trustee is presently holding the $2.6 million.) For purposes of the summary judgment, such findings support the inference that Rabo's claim—and

---

[3] "USDA" refers to the United States Department of Agriculture.
[4] The "Jones Defendants" are defendants Curtis Jones Farms, Don Jones Farm, Inc., Don Jones Trucking, Inc., Kinsey Jones, Hines Cattle Company, LLC, and Hines Farms, LLC.
[5] "ECF No." refers to the numbered docket entry in the Court's electronic case file for Adversary No. 23-02005.

liens that secure its claim—do not attach to the $2.6 million of proceeds that are held "in trust" for the benefit of the *valid* trust claimants.

As the Jones Defendants argue, if it is later determined, upon trial or other dispositive relief, that the USDA's report is exactly right, then it would thereby establish that Rabo never had standing for its action here. The Court is not here concluding that Rabo does not have standing on its action here. Rather, the Court concludes that the summary judgment evidence fails to support a conclusion that Rabo has standing to obtain the relief it seeks now. *See* Fed. R. Civ. P. 56; *see also TransUnion LLC v. Ramirez*, 594 U.S. 413, 431, 141 S. Ct. 2190, 2207–10 (2021) (plaintiff must demonstrate standing for each claim asserted and for each form of relief sought).

It is, therefore,

ORDERED that Rabo's motion for partial summary judgment is denied.

### End of Order ###

United States Bankruptcy Court
Northern District of Texas

Rabo AgriFinance LLC,
    Plaintiff

Acey Livestock, LLC,
    Defendant

Adv. Proc. No. 23-02005-rlj

# CERTIFICATE OF NOTICE

District/off: 0539-2　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 6
Date Rcvd: Feb 07, 2025　　　　　　　　　Form ID: pdf001　　　　　　　　　Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol　　　Definition**
+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Kent Ries, Attn: Hudson M. Jobe, 2001 Bryan Street, Suite 1800, Dallas, TX 75201 UNITED STATES 75201-3070 |
| dft | + | Kent Ries, 2700 S. Western St., Suite 300, Amarillo, TX 79109-1536 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 07 2025 21:29:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Feb 07 2025 21:29:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Feb 07 2025 21:29:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2025　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 2 of 6 |
| Date Rcvd: Feb 07, 2025 | Form ID: pdf001 | Total Noticed: 5 |

| Name | Email Address |
|---|---|
| Abel Angel Leal | on behalf of Defendant A.J. Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law |
| David L. LeBas | on behalf of Defendant Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com |
| Dawn Whalen Theiss | on behalf of Interested Party mp U.S. Department of Agriculture dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov |
| Hudson M. Jobe | on behalf of Defendant Kent Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com |
| Hudson M. Jobe | on behalf of Trustee Kent Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com |
| John F. Massouh | on behalf of Defendant Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Edwin D. Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Steve T Scott Farms  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Gray Brothers Cattle john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Arnold Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Scarlet & Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Robert J. Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Janet VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |

District/off: 0539-2 User: admin Page 3 of 6
Date Rcvd: Feb 07, 2025 Form ID: pdf001 Total Noticed: 5

John F. Massouh
    on behalf of Defendant Arnold Braun Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Jan Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Eddie Bryant john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Scott Livestock Company john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Susan VanBuskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Jared Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Nikki Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Colton Long john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Lyndal VanBuskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Sherle Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Craig Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Robert Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Lesh Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Bradley Gungoll john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Colby VanBuskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Amy Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Gary Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Douglas Finley john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Steve Ryan john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant A.J. Jacques Living Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Robert Braun john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

Joseph H Mattingly
    on behalf of Defendant Don Ralph Barrett joe@mattinglylawoffices.com

Joseph H Mattingly
    on behalf of Defendant Michael Acey joe@mattinglylawoffices.com

Joseph H Mattingly
    on behalf of Defendant Barrett's Livestock Inc. joe@mattinglylawoffices.com

Joseph H Mattingly
    on behalf of Defendant Acey Livestock  LLC joe@mattinglylawoffices.com

Josh Kundert
 on behalf of Defendant Michael Evans josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Colby VanBuskirk josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Arnold Braun josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Buss Family Trust josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Jared Lesh josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Leah Gungoll josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Cole Lockwood josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Lyndal VanBuskirk josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Joel Brookshire josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Janice Lawhon josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Douglas Finley josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Gene Brookshire Family  LP josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Dustin Johnson josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Jan Lesh josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Gungoll Cattle  LLC josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Colette Lesh josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Bryan Blackman josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Sherle Lockwood josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Susan VanBuskirk josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Nikki Lockwood josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Gary Lesh josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Bradley Gungoll josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Lesh Family Trust josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant A.J. Jacques Living Trust josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Charles Lockwood josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Morrison Cafe  LLC josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Janet VanBuskirk josh.kundert@sprouselaw.com

Josh Kundert
 on behalf of Defendant Dora Blackman josh.kundert@sprouselaw.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Feb 07, 2025 | Form ID: pdf001 | Total Noticed: 5 |

Josh Kundert
    on behalf of Defendant Dennis Buss josh.kundert@sprouselaw.com

Josh Kundert
    on behalf of Defendant Amy Sutton josh.kundert@sprouselaw.com

Josh Kundert
    on behalf of Defendant Robert Braun josh.kundert@sprouselaw.com

Josh Kundert
    on behalf of Defendant Eddie Bryant josh.kundert@sprouselaw.com

Josh Kundert
    on behalf of Defendant Craig Sutton josh.kundert@sprouselaw.com

Josh Kundert
    on behalf of Defendant Scarlet & Black Cattle  LLC josh.kundert@sprouselaw.com

Josh Kundert
    on behalf of Defendant Edwin D. Buss josh.kundert@sprouselaw.com

Kent David Ries
    on behalf of Defendant Kent Ries kent@kentries.com

Matthew M. Cannon
    on behalf of Plaintiff Rabo AgriFinance LLC mcannon@rqn.com  lbeidoun@rqn.com;docket@rqn.com

Michael R. Johnson
    on behalf of Plaintiff Rabo AgriFinance LLC mjohnson@rqn.com  asanchez@rqn.com;docket@rqn.com

Rachel E Barr
    on behalf of Defendant Thorlakson Diamond T Feeders  LP rbarr@namanhowell.com

Steven Lee Hoard
    on behalf of Defendant Hines Farms  LLC shoard@mhba.com,
    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant Don Jones Farm  Inc. shoard@mhba.com,
    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant Don Jones Trucking  Inc. shoard@mhba.com,
    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant Riley Livestock  Inc. shoard@mhba.com,
    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant Shaw & Shaw Farms Partnership LLC shoard@mhba.com
    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant N. Terry Dicks shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant Bar D Ranch Land & Cattle LLC shoard@mhba.com
    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant Kinsey Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant Curtis Jones Farms shoard@mhba.com
    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
    on behalf of Defendant Hines Cattle Company  LLC shoard@mhba.com,
    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Thomas C. Riney
    on behalf of Plaintiff Rabo AgriFinance LLC tom.riney@uwlaw.com
    hhendricks@rineymayfield.com;rduke@rineymayfield.com;jschulte@rineymayfield.com;colguin@rineymayfield.com;dfields@rineymayfield.com

Todd Jeffrey Johnston
    on behalf of Defendant Angie Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

William Heath Hendricks
    on behalf of Plaintiff Rabo AgriFinance LLC heath.hendricks@uwlaw.com
    roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

District/off: 0539-2 User: admin Page 6 of 6
Date Rcvd: Feb 07, 2025 Form ID: pdf001 Total Noticed: 5
TOTAL: 107