CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 25, 2025**

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., and 7M CATTLE FEEDERS, INC., | CASE NO.: 23-20084-rlj Jointly Administered |
| Debtors.[1] | |
| RABO AGRIFINANCE LLC, | ADV. PROC. NO: 23-02005-rlj |
| Plaintiff, | Honorable Robert L. Jones |
| vs. | |
| ACEY LIVESTOCK, LLC, *et al.*, | |
| Defendants | |

---

[1]The Debtors in these jointly administered cases are McClain Feed Yard, Inc. (Case No. 23-20084-rlj7), McClain Farms, Inc. (Case No. 23-20085-rlj7), and 7M Cattle Feeders, Inc. (Case No. 23-20086-rlj7).

1

*RLJ*

### AGREED ORDER GRANTING IN PART AND ~~RESERVING~~ *DENYING* IN PART THE MOTION FOR PARTIAL SUMMARY JUDGMENT ON FIRST PHASE ISSUES FILED BY DEFENDANTS, ACEY LIVESTOCK, LLC; MICHAEL ACEY; BARRETT'S LIVESTOCK, INC.; AND DON RALPH BARRETT

This matter is before the Court on the *Motion for Partial Summary Judgment* (the "**Motion**") (DE #217) by the Defendants, Acey Livestock, LLC; Michael Acey; Barrett's Livestock, Inc.; and Don Ralph Barrett, seeking summary judgment as against the Plaintiff, Rabo AgriFinance LLC ("**RAF**") on the "First Phase Issues" identified in this Court's Alternative Scheduling Order (DE #178]. The parties have agreed to the proper disposition of the pending Motion.

Accordingly, based upon such agreement, and for good cause shown, the Court **GRANTS IN PART** and **DENIES IN PART, WITHOUT PREJUDICE AND FOR FUTURE ADJUDICATION**, the Motion, and **ORDERS AS FOLLOWS:**

1.      With respect to the specific funds which the Court may ultimately determine constitute the corpus of the statutory trust created by the Dealer Trust Statute (7 U.S.C. §217b), any party which the Court concludes is a qualified and valid beneficiary holding a valid Dealer Trust Claim shall have a right to those funds that is superior to any and all of RAF's alleged rights in those funds.

2.      All other matters raised in the Motion are reserved for further adjudication and this Order is entered without prejudice to any issue outside the scope of the matters set forth in numerical paragraph 1 hereof, including, but not limited to, (1) whether assets currently in the custody and control of the Trustee are subject to the Dealer Trust Statute, (2) whether assets in the custody and control of the Trustee are assets of the bankruptcy estate of any of the subject debtors, (3) which Defendants, if any, has a qualified USDA Dealer Trust claim, (4) what parties are entitled to payment from Dealer Trust Funds, or funds otherwise in the custody and control

2

of the Trustee, and (5) the rights of RAF, if any, to any funds in the custody and control of the

Trustee, if any, after payment of all valid Dealer Trust claims.

**HAVE SEEN AND AGREED:**

/s/ *Joseph H. Mattingly III*
**Joseph H. Mattingly III**
**JOSEPH H. MATTINGLY III, PLLC**
P.O. Box 678 – 104 W. Main St.
Lebanon, Kentucky  40033
*Counsel for Acey Livestock/Barrett Livestock*

/s/ *John Massouh*  [with permission]
**John Missouh**
**SPROUSE SHRADER SMITH, PLLC**
701 S. Taylor, Suite 500 – P.O. Box 15008
Amarillo, Texas  79105
*Counsel for Dennis Buss, et al.*

/s/ *David L. LeBas*  [with permission]
**David L. Lebas**
**NAMAN HOWELL SMITH & LEE, PLLC**
8310 N. Capital of Texas Hwy., Suite 490
Austin, Texas 78731
*Counsel for Thorlakson Diamond T. Feeders, et al*

/s/ *Matthew M. Cannon* [with permission]
**Michael R. Johnson**
**Matthew M. Cannon**
**RAY QUINNEY & NEBEKER, P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah  84111
*Counsel for Rabo AgriFinance LLC*

/s/ *Hudson M. Jobe*  [with permission]
**Hudson M. Jobe**
**JOBE LAW, PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas  75206
*Counsel for Trustee*

*************************** END OF ORDER ***************************

3