

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 25, 2025**

**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| IN RE: | |
| McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., and 7M CATTLE FEEDERS, INC., | Chapter 7 |
| | CASE NO.: 23-20084-rlj Jointly Administered |
| Debtors.[1] | |
| RABO AGRIFINANCE LLC, | ADV. PROC. NO: 23-02005-rlj |
| Plaintiff, | Honorable Robert L. Jones |
| vs. | |
| ACEY LIVESTOCK, LLC, *et al.,* | |
| Defendants | |

[1] The Debtors in these jointly administered cases are McClain Feed Yard, Inc. (Case No. 23-20084-rlj7), McClain Farms, Inc. (Case No. 23-20085-rlj7), and 7M Cattle Feeders, Inc. (Case No. 23-20086-rlj7).

1

RLT

AGREED ORDER GRANTING IN PART AND ~~RESERVING~~ *DENYING* IN PART THE MOTION
FOR PARTIAL SUMMARY JUDGMENT ON FIRST PHASE ISSUES FILED BY
DEFENDANTS, ACEY LIVESTOCK, LLC; MICHAEL ACEY; BARRETT'S
LIVESTOCK, INC.; AND DON RALPH BARRETT

This matter is before the Court on the *Motion for Partial Summary Judgment* (the "**Motion**") (DE #217) by the Defendants, Acey Livestock, LLC; Michael Acey; Barrett's Livestock, Inc.; and Don Ralph Barrett, seeking summary judgment as against the Plaintiff, Rabo AgriFinance LLC ("**RAF**") on the "First Phase Issues" identified in this Court's Alternative Scheduling Order (DE #178]. The parties have agreed to the proper disposition of the pending Motion.

Accordingly, based upon such agreement, and for good cause shown, the Court **GRANTS IN PART** and **DENIES IN PART, WITHOUT PREJUDICE AND FOR FUTURE ADJUDICATION**, the Motion, and **ORDERS AS FOLLOWS:**

1.      With respect to the specific funds which the Court may ultimately determine constitute the corpus of the statutory trust created by the Dealer Trust Statute (7 U.S.C. §217b), any party which the Court concludes is a qualified and valid beneficiary holding a valid Dealer Trust Claim shall have a right to those funds that is superior to any and all of RAF's alleged rights in those funds.

2.      All other matters raised in the Motion are reserved for further adjudication and this Order is entered without prejudice to any issue outside the scope of the matters set forth in numerical paragraph 1 hereof, including, but not limited to, (1) whether assets currently in the custody and control of the Trustee are subject to the Dealer Trust Statute, (2) whether assets in the custody and control of the Trustee are assets of the bankruptcy estate of any of the subject debtors, (3) which Defendants, if any, has a qualified USDA Dealer Trust claim, (4) what parties are entitled to payment from Dealer Trust Funds, or funds otherwise in the custody and control

2

of the Trustee, and (5) the rights of RAF, if any, to any funds in the custody and control of the

Trustee, if any, after payment of all valid Dealer Trust claims.

**HAVE SEEN AND AGREED:**

_/s/ Joseph H. Mattingly III_
**Joseph H. Mattingly III**
**JOSEPH H. MATTINGLY III, PLLC**
P.O. Box 678 – 104 W. Main St.
Lebanon, Kentucky 40033
*Counsel for Acey Livestock/Barrett Livestock*

_/s/ John Massouh_ [with permission]
**John Missouh**
**SPROUSE SHRADER SMITH, PLLC**
701 S. Taylor, Suite 500 – P.O. Box 15008
Amarillo, Texas 79105
*Counsel for Dennis Buss, et al.*

_/s/ David L. LeBas_ [with permission]
**David L. Lebas**
**NAMAN HOWELL SMITH & LEE, PLLC**
8310 N. Capital of Texas Hwy., Suite 490
Austin, Texas 78731
*Counsel for Thorlakson Diamond T. Feeders, et al*

_/s/ Matthew M. Cannon_ [with permission]
**Michael R. Johnson**
**Matthew M. Cannon**
**RAY QUINNEY & NEBEKER, P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
*Counsel for Rabo AgriFinance LLC*

_/s/ Hudson M. Jobe_ [with permission]
**Hudson M. Jobe**
**JOBE LAW, PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
*Counsel for Trustee*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* END OF ORDER \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3

United States Bankruptcy Court
Northern District of Texas

Rabo AgriFinance LLC,
    Plaintiff

Acey Livestock, LLC,
    Defendant

Adv. Proc. No. 23-02005-rlj

# CERTIFICATE OF NOTICE

District/off: 0539-2      User: admin      Page 1 of 6
Date Rcvd: Feb 25, 2025      Form ID: pdf001      Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| tr | + | Kent Ries, Attn: Hudson M. Jobe, 2001 Bryan Street, Suite 1800, Dallas, TX 75201 UNITED STATES 75201-3070 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Feb 26 2025 02:51:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Feb 26 2025 02:51:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Feb 26 2025 02:51:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, San Antonio, TX 78205-2055 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|

District/off: 0539-2

Date Rcvd: Feb 25, 2025

User: admin

Form ID: pdf001

Page 2 of 6

Total Noticed: 4

Abel Angel Leal

on behalf of Defendant A.J. Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law

David L. LeBas

on behalf of Defendant Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

Dawn Whalen Theiss

on behalf of Interested Party mp U.S. Department of Agriculture dawn.theiss@usdoj.gov
brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Hudson M. Jobe

on behalf of Defendant Kent Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe

on behalf of Trustee Kent Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

John F. Massouh

on behalf of Defendant Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Edwin D. Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Steve T Scott Farms  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Gray Brothers Cattle john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Arnold Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Scarlet & Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Robert J. Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Janet VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

District/off: 0539-2                        User: admin                          Page 3 of 6
Date Rcvd: Feb 25, 2025                     Form ID: pdf001                       Total Noticed: 4

|                    | on behalf of Defendant Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Scott Livestock Company john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Susan VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Lyndal VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Colton Long john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Robert Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Bradley Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Colby VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant A.J. Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh    | on behalf of Defendant Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| Joseph H Mattingly | on behalf of Defendant Don Ralph Barrett joe@mattinglylawoffices.com |
| Joseph H Mattingly | on behalf of Defendant Michael Acey joe@mattinglylawoffices.com |
| Joseph H Mattingly | on behalf of Defendant Barrett's Livestock Inc. joe@mattinglylawoffices.com |
| Joseph H Mattingly | on behalf of Defendant Acey Livestock  LLC joe@mattinglylawoffices.com |

District/off: 0539-2                                   User: admin                                   Page 4 of 6
Date Rcvd: Feb 25, 2025                              Form ID: pdf001                               Total Noticed: 4

Josh Kundert
            on behalf of Defendant Colby VanBuskirk josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Arnold Braun josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Buss Family Trust josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Jared Lesh josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Leah Gungoll josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Lyndal VanBuskirk josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Joel Brookshire josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Janice Lawhon josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Douglas Finley josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Gene Brookshire Family  LP josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Dustin Johnson josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Jan Lesh josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Gungoll Cattle  LLC josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Colette Lesh josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Bryan Blackman josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Sherle Lockwood josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Susan VanBuskirk josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Nikki Lockwood josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Gary Lesh josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Bradley Gungoll josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Lesh Family Trust josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant A.J. Jacques Living Trust josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Charles Lockwood josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Morrison Cafe  LLC josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Janet VanBuskirk josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Dora Blackman josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Dennis Buss josh.kundert@sprouselaw.com

Josh Kundert
            on behalf of Defendant Amy Sutton josh.kundert@sprouselaw.com

District/off: 0539-2
Date Rcvd: Feb 25, 2025

User: admin

Form ID: pdf001

Page 5 of 6

Total Noticed: 4

Josh Kundert
on behalf of Defendant Robert Braun josh.kundert@sprouselaw.com

Josh Kundert
on behalf of Defendant Eddie Bryant josh.kundert@sprouselaw.com

Josh Kundert
on behalf of Defendant Craig Sutton josh.kundert@sprouselaw.com

Josh Kundert
on behalf of Defendant Scarlet & Black Cattle  LLC josh.kundert@sprouselaw.com

Josh Kundert
on behalf of Defendant Edwin D. Buss josh.kundert@sprouselaw.com

Josh Kundert
on behalf of Defendant Michael Evans josh.kundert@sprouselaw.com

Josh Kundert
on behalf of Defendant Cole Lockwood josh.kundert@sprouselaw.com

Kent David Ries
on behalf of Defendant Kent Ries kent@kentries.com

Matthew M. Cannon
on behalf of Plaintiff Rabo AgriFinance LLC mcannon@rqn.com  lbeidoun@rqn.com;docket@rqn.com

Michael R. Johnson
on behalf of Plaintiff Rabo AgriFinance LLC mjohnson@rqn.com  asanchez@rqn.com;docket@rqn.com

Rachel E Barr
on behalf of Defendant Thorlakson Diamond T Feeders  LP rbarr@namanhowell.com

Steven Lee Hoard
on behalf of Defendant Hines Farms  LLC shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Don Jones Farm  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Don Jones Trucking  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Riley Livestock  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Shaw & Shaw Farms Partnership LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Curtis Jones Farms shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant N. Terry Dicks shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Bar D Ranch Land & Cattle LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Kinsey Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Hines Cattle Company  LLC shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Thomas C. Riney
on behalf of Plaintiff Rabo AgriFinance LLC tom.riney@uwlaw.com
hhendricks@rineymayfield.com;rduke@rineymayfield.com;jschulte@rineymayfield.com;colguin@rineymayfield.com;dfields@ri
neymayfield.com

Todd Jeffrey Johnston
on behalf of Defendant Angie Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

William Heath Hendricks
on behalf of Plaintiff Rabo AgriFinance LLC heath.hendricks@uwlaw.com
roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

District/off: 0539-2

Date Rcvd: Feb 25, 2025

TOTAL: 107

User: admin

Form ID: pdf001

Page 6 of 6

Total Noticed: 4