BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
McClain Feed Yard, Inc. §
　　　　　　　　　　　　　　　　§  Case No.:   23−20084−swe7
　　　　　　　　　Debtor(s)　　　§  Chapter No.:  7
　　　　　　　　　　　　　　　　§
Rabo AgriFinance LLC  et al. §
　　　　　　　　　Plaintiff(s)　 §  Adversary No.:   23−02005−swe
　vs. §
Acey Livestock, LLC  et al. §
　　　　　　　　　Defendant(s)　§

Dear Matthew Cannon:

　　The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No−Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: Requesting status of case

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 30 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED:  1/12/26　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Stephen J Manz, Clerk of Court

　　　　　　　　　　　　　　　　　　by: /s/Kara Hyden, Deputy Clerk
　　　　　　　　　　　　　　　　　　kara_hyden@txnb.uscourts.gov