UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 24055651
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

Michael R. Johnson (*Pro Hac Vice*)
Matthew M. Cannon (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: mcannon@rqn.com

*Attorneys for Plaintiff Rabo AgriFinance LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS, AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., and 7M CATTLE FEEDERS, INC.,<br><br>Debtors.[1] | Chapter 7<br><br>CASE NO. 23-20084-rlj<br><br>Jointly Administered |
| RABO AGRIFINANCE LLC,<br><br>*Plaintiff,*<br>v.<br><br>ACEY LIVESTOCK, LLC et al.,<br><br>*Defendants.*[2] | ADV. PROC. NO. 23-02005-swe<br><br>Honorable Scott W. Everett |

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

[2] The Defendants named in the Complaint are ACEY LIVESTOCK, LLC; MICHAEL ACEY; STAN E. AYERS, JR.; ARNOLD BRAUN TRUST; ARNOLD BRAUN; ROBERT BRAUN; BAR D RANCH LAND & CATTLE LLC; N.

## RABO'S CASE STATUS REPORT

Pursuant to the Court's request for the status of this case (ECF No. 236), Plaintiff Rabo AgriFinance LLC ("**RAF**" or "**Rabo**"), through its counsel of record, hereby submits the following status report of the above-captioned case (the "**Adversary Proceeding**").

1.  This Adversary Proceeding addresses the trust claims submitted to certain Debtors and the United States Department of Agriculture ("**USDA**") under 7 U.S.C. § 217b (the "**Dealer Trust Statute**") and the status of certain funds in the Trustee's possession that the Trustee or, alternatively, some or all of the Defendants contend or may contend may constitute the corpus of the statutory trust.

---

TERRY DICKS; BARRETT'S LIVESTOCK INC.; DON RALPH BARRETT; BELLA ELEGANCE LLC; BIG SEVEN CAPITAL PARTNERS, LLC; DORA BLACKMAN; BRYAN BLACKMAN; EDDIE BRYANT; BRENT BURNETT; JOE BURNETT; TERRY BURNETT; BUSS FAMILY TRUST; EDWIN D. BUSS; DENNIS BUSS; C HEART RANCH, LLC; COLETTE LESH; CARRAWAY CATTLE, LLC; RICHARD CARRAWAY; CURTIS JONES FARMS; DAC83 LLC; ERIC DeJARNATT; DON JONES FARM, INC.; DON JONES TRUCKING, INC.; DUFURRENA CUTTING HORSES; EDWARD LEWIS DUFURRENA; RIETA MAY DUFURRENA; ROBERT ELLIS; MICHAEL EVANS; DOUG FINLEY; GARWOOD CATTLE CO.; JUSTIN GARWOOD; GENE BROOKSHIRE FAMILY, LP; JOEL BROOKSHIRE; GRAY BROTHERS CATTLE; ROBERT GRAY; RONNIE GRAY; JIMMY GREER; GUNGOLL CATTLE, LLC; BRADLEY GUNGOLL; LEAH GUNGOLL; JACE HARROLD; HINES CATTLE COMPANY, LLC; HINES FARMS, LLC; A.J. JACQUES LIIVING TRUST; CORY JESKO; DWIGHT JESKO, JOANN & KEITH BROOKS d/b/a BROOKS FARMS; LARRY KEITH; DUSTIN JOHNSON; DAVID JOHNSON; KINSEY JONES; KINGDOM TRUST; JAMES MCCUAN; KEITH HARRIS; JANICE LAWHON; JAN LESH; MORRISON CAFÉ, LLC; LESH FAMILY TRUST; GARY LESH; JARED LESH; JORDAN LESH, LLC; LFC CATTLE; CHARLES LOCKWOOD; COLE LOCKWOOD; SHERLE LOCKWOOD; NIKKI LOCKWOOD; MAP ENTERPRISES; MIKE GOURLEY; NATALIE MARTUS; JEAN NIX; OPEN A ARENA LLC; BARRY PHILLIPS; DREW PHILLIPS; PRIEST CATTLE COMPANY LTD; PRIEST VICTORY INVESTMENT LLC; CHRISTOPHER PRINCE; PRODUCERS LIVESTOCK COMMISSION; SONNY BARTHOLD; DAVID RAINEY; RAPP RANCH; MARK J. REISZ; RALPH REISZ; RIDGEFIELD CAPITAL ASSET MANAGEMENT; JIM GIORDANO; RILEY LIVESTOCK, INC.; ANGIE ROBINSON; RICK RODGERS; STEVE RYAN; JIM RININGER; SCARLET & BLACK CATTLE, LLC; COLTON LONG; SCOTT LIVESTOCK COMPANY; SHAW & SHAW FARMS PARTNERSHIP LLC; THE UNIVERSITY OF FLORIDA; ROBERT J. SPRING; STARNES CATTLE; JEFF STARNES; EDDIE STEWART; ROBERT STEWART; RACHEL STEWART; SCOTT E. STEWART; STEVE T SCOTT FARMS, INC.; JUSTIN STUEVER; PHILLIP SULLIVAN; AMY SUTTON; CRAIG SUTTON; TGF RANCH LLC; TOM FRITH; THORLAKSON DIAMOND T FEEDERS, L.P.; JOHN TIDWELL; MYKEL TIDWELL; TINDAL TRUCK SALES; JOHN TINDAL; JANET VANBUSKIRK; LYNDAL VANBUSKIRK; SUSAN VAN BUSKIRK; COLBY VANBUSKIRK; CAMERON WEDDINGTON; NANCY WEDDINGTON; WILLIAM WEDDINGTON; WILDFOREST CATTLE COMPANY LLC; WILEY ROBY RUSSELL, JR. as TRUSTEE OF THE W. ROBBIE RUSSELL LIVING TRUST; WJ PERFORMANCE HORSES, INC.; JOB WHITE; and KENT RIES, in his capacity as CHAPTER 7 TRUSTEE OF THE DEBTORS' CONSOLIDATED BANKRUPTCY ESTATE.

2. On June 9, 2023, with an update on October 12, 2023, the USDA issued its *Investigative Report Synopsis* (the "**USDA Report**"), wherein it concluded that there were $122,295,867.46 in total trust claims filed, of which $2,930,940.33 were alleged to be "valid" and $119,364,927.13 were alleged to be "invalid." The USDA Report also identified $2,645,850.14 of potential "Trust Assets."

3. The USDA Report, however, is not dispositive. This Court must determine which dealer trust claims are "valid" and what assets are "Trust Assets," i.e., the corpus of the statutory trust.

4. Resolution of these issues is important to the Debtors' bankruptcy proceedings for numerous reasons. For example, any portion of funds within the "Trust Assets" that the Court concludes are not subject to the Dealer Trust Statute likely would be deemed assets of Debtors' estate, as would any "Trust Assets" remaining after all valid dealer trust claims are paid. Rabo contends that it had a blanket perfected lien on all of the Debtors' personal property assets as of the Petition Date. Accordingly, to the extent funds held by the Trustee either are not "Trust Assets" or, alternatively, the amount of potential "Trust Assets" exceeds the valid Dealer Trust Claims, Rabo asserts that the funds are encumbered by its perfected liens and security interests.

5. Some of the primary outstanding issues in this Proceeding include the following:

    (1) whether assets currently in the custody and control of the Trustee are subject to the Dealer Trust Statute;

    (2) whether assets in the custody and control of the Trustee are assets of the bankruptcy estate of any of the subject debtors;

    (3) which Defendants, if any, has a qualified USDA Dealer Trust Claim;

    (4) what parties are entitled to payment from Dealer Trust Funds, or funds otherwise in the custody and control of the Trustee; and

    (5)  the rights of RAF, if any, to any funds in the custody and control of the Trustee, if any, after payment of all valid Dealer Trust claims.

(Agreed Order Granting in Part and Denying in Part the Motion for Partial Summary Judgment on First Phase Issues Filed by Defendants, Acey Livestock, LLC' Michael Acey; Barrett's Livestock, Inc.; and Don Ralph Barrett, ECF No. 230 (the "**February 2025 Order**") at ¶ 2.)

  6.  Rabo understands from recent communications with the Trustee that the Trustee: has been personally reviewing and analyzing each of the USDA claims; has nearly completed his review of the claims; intends to discuss his findings with the new counsel for the USDA; and intends to file in this case a motion with the Court addressing various issues surrounding the Trust Claims and Trust Assets within approximately forty-five (45) days.

  7.  Rabo respectfully recommends that the Court await the Trustee's filings and, once that occurs, schedule a status conference to determine the most efficient way to address the matters raised in the filings.

 DATED and respectfully submitted this 11th day of February 2026.

            UNDERWOOD LAW FIRM, P.C.
            Thomas C. Riney, SBN: 16935100
            W. Heath Hendricks, SBN: 24055651
            500 South Taylor, Suite 1200, LB 233
            Amarillo, Texas 79101
            Telephone: (806) 376-5613
            Facsimile: (806) 379-0316
            Email: tom.riney@uwlaw.com
            Email: heath.hendricks@uwlaw.com

            Michael R. Johnson (*Pro Hac Vice*)
            Matthew M. Cannon (*Pro Hac Vice*)
            RAY QUINNEY & NEBEKER P.C.
            36 South State Street, Suite 1400
            Salt Lake City, Utah 84111
            Telephone: (801) 532-1500
            Facsimile: (801) 532-7543

Email: mjohnson@rqn.com
Email:  mcannon@rqn.com

*/s/ Michael R. Johnson*
Michael R. Johnson
Matthew M. Cannon

*Attorneys for Rabo AgriFinance LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February 2026, I electronically filed **RABO'S CASE STATUS REPORT** with the United States Bankruptcy Court for the Northern District of Texas via the Court's CM/ECF system, which sent notice to all registered ECF counsel of record users in this case.

/s/ Annette Sanchez

1735351